# EXHIBIT B

US005715314C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5932nd)

# United States Patent

Payne et al.

(10) Number: **US 5,715,314 C1**

(45) Certificate Issued: ***Oct. 9, 2007**

(54) **NETWORK SALES SYSTEM**

(75) Inventors: **Andrew C. Payne**, Lincoln, MA (US); **Lawrence C. Stewart**, Burlington, MA (US); **G. Winfield Treese**, Wayland, MA (US)

(73) Assignee: **Soverain Software LLC**, Chicago, IL (US)

**Reexamination Request:**
No. 90/007,287, Nov. 3, 2004

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **5,715,314** |
| Issued: | **Feb. 3, 1998** |
| Appl. No.: | **08/328,133** |
| Filed: | **Oct. 24, 1994** |

(*) Notice: This patent is subject to a terminal disclaimer.

Certificate of Correction issued Apr. 6, 2004.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06Q 30/00*** | (2006.01) |
| ***G06Q 10/00*** | (2006.01) |
| ***G06Q 20/00*** | (2006.01) |
| ***G07F 7/00*** | (2006.01) |

(52) **U.S. Cl.** ............................ **705/78**; 705/26; 705/75; 713/162

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,484,304 A | 11/1984 | Anderson et al. |
| 4,528,643 A | 7/1985 | Freeny, Jr. |
| 4,529,870 A | 7/1985 | Chaum |
| 4,566,078 A | 1/1986 | Crabtree |
| 4,759,063 A | 7/1988 | Chaum |
| 4,759,064 A | 7/1988 | Chaum |
| 4,891,503 A | 1/1990 | Jewell |
| 4,926,480 A | 5/1990 | Chaum |
| 4,941,089 A | 7/1990 | Fischer |
| 4,947,430 A | 8/1990 | Chaum |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0172 670 | 2/1986 |
| EP | 0456920 | 11/1991 |
| EP | 0645688 | 3/1995 |
| JP | 3278230 | 12/1991 |
| JP | 4-10191 | 1/1992 |

(Continued)

OTHER PUBLICATIONS

Trewitt, Glenn, *Using Tcl to Process HTML Forms*, Digital Equipment Corporation Network Systems Laboratory TN-14, dated Mar. 1994.

(Continued)

*Primary Examiner*—Michael O'Neill

(57) **ABSTRACT**

A network-based sales system includes at least one buyer computer for operation by a user desiring to buy a product, at least one merchant computer, and at least one payment computer. The buyer computer, the merchant computer, and the payment computer are interconnected by a computer network. The buyer computer is programmed to receive a user request for purchasing a product, and to cause a payment message to be sent to the payment computer that comprises a product identifier identifying the product. The payment computer is programmed to receive the payment message, to cause an access message to be created that comprises the product identifier and an access message authenticator based on a cryptographic key, and to cause the access message to be sent to the merchant computer. The merchant computer is programmed to receive the access message, to verify the access message authenticator to ensure that the access message authenticator was created using the cryptographic key, and to cause the product to be sent to the user desiring to buy the product.



U.S. PATENT DOCUMENTS

4,949,380 A 8/1990 Chaum
4,972,318 A 11/1990 Brown et al.
4,987,593 A 1/1991 Chaum
4,991,210 A 2/1991 Chaum
4,996,711 A 2/1991 Chaum
5,035,515 A 7/1991 Crossman et al.
5,105,184 A 4/1992 Pirani et al.
5,204,947 A 4/1993 Bernstein et al.
5,276,736 A 1/1994 Chaum
5,297,249 A 3/1994 Bernstein et al.
5,309,437 A 5/1994 Perlman et al.
5,311,594 A 5/1994 Penzias
5,319,542 A 6/1994 King, Jr. et al.
5,321,751 A 6/1994 Ray et al.
5,325,362 A 6/1994 Aziz
5,347,632 A 9/1994 Filepp et al. .............. 395/200
5,353,283 A 10/1994 Tsuchiya
5,388,257 A 2/1995 Bauer
5,457,738 A 10/1995 Sylvan
5,475,585 A 12/1995 Bush
5,483,652 A 1/1996 Sudama et al.
5,491,820 A 2/1996 Belove et al.
5,521,631 A 5/1996 Budow et al.
5,530,852 A 6/1996 Meske, Jr. et al.
5,535,229 A 7/1996 Hain, Jr. et al.
5,544,320 A 8/1996 Konrad
5,544,322 A 8/1996 Cheng et al.
5,550,984 A 8/1996 Gelb
5,557,516 A 9/1996 Hogan
5,557,518 A 9/1996 Rosen
5,557,798 A 9/1996 Skeen et al.
5,560,008 A 9/1996 Johnson et al.
5,577,209 A 11/1996 Boyle et al.
5,583,996 A 12/1996 Tsuchiya
5,590,197 A 12/1996 Chen et al.
5,592,378 A 1/1997 Cameron et al. .......... 395/227
5,594,910 A 1/1997 Filepp et al.
5,596,642 A 1/1997 Davis et al.
5,596,643 A 1/1997 Davis et al.
5,604,802 A 2/1997 Holloway
5,619,648 A 4/1997 Canale et al.
5,621,797 A 4/1997 Rosen
5,623,547 A 4/1997 Jones et al.
5,623,656 A 4/1997 Lyons
5,642,419 A 6/1997 Rosen
5,664,110 A 9/1997 Green et al.
5,664,111 A 9/1997 Nahan et al.
5,675,507 A 10/1997 Bobo, II
5,694,551 A 12/1997 Doyle et al.
5,708,780 A 1/1998 Levergood et al.
5,710,884 A 1/1998 Dedrick
5,724,424 A 3/1998 Gifford
5,724,521 A 3/1998 Dedrick
5,727,164 A 3/1998 Kaye et al.
5,732,219 A 3/1998 Blummer et al.
5,734,719 A 3/1998 Tsevdos et al.
5,761,662 A 6/1998 Dasan
5,768,142 A 6/1998 Jacobs
5,768,521 A 6/1998 Dedrick
5,774,670 A 6/1998 Montulli
5,784,565 A 7/1998 Lewine
5,790,793 A 8/1998 Higley
5,806,077 A 9/1998 Wecker
5,812,776 A 9/1998 Gifford
5,826,241 A 10/1998 Stein et al.
5,826,242 A 10/1998 Montulli
5,848,399 A 12/1998 Burke ........................ 705/27
5,848,413 A 12/1998 Wolff
5,870,552 A 2/1999 Dozier et al.
5,895,454 A 4/1999 Harrington
5,897,622 A 4/1999 Blinn et al.
5,909,492 A * 6/1999 Payne et al. ................. 705/78
5,920,847 A 7/1999 Kolling et al.
5,982,891 A 11/1999 Ginter et al.
6,006,199 A 12/1999 Berlin et al.
6,023,683 A 2/2000 Johnson et al.
6,041,316 A 3/2000 Allen
6,049,785 A 4/2000 Gifford
6,134,592 A 10/2000 Montulli
6,195,649 B1 2/2001 Gifford
6,199,051 B1 3/2001 Gifford
6,205,437 B1 3/2001 Gifford
6,449,599 B1 9/2002 Payne et al.
6,708,157 B2 3/2004 Stefik et al.

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 05-158963 | 6/1993 |
| JP | 5274275 | 10/1993 |
| JP | 6162059 | 6/1994 |
| JP | 6291776 | 10/1994 |
| WO | WO 93/10503 | 5/1993 |
| WO | WO 94/03859 | 2/1994 |

OTHER PUBLICATIONS

Viescas, John L., The Official Guide to the Prodigy Service, Microsoft Press, 1991, ISBN 1-55615-374-0.

BizNet Technologies, Versatile Virtual Vending, published at http://www.bnt.com, Sep. 12, 1994.

Amazon "Welcome First Time Visitors" Jun. 1998 pp. 1-4.

"CompuServe Videotex Network Offers Marketing Research Service, ad Test", Marketing News, Nov. 25, 1993, p. 21.

"Electronic In-Home Shopping: 'Our Stores are Always Open'," Chain Store Age Executive, Mar. 1985, pp. 111, 116.

"Mall Offers a Holiday Treat for Hackers," Advertising Age, Nov. 13, 1985, p. 76.

"Suddenly, VideoTex is Finding an Audience", Business Week, Oct. 19, 1987, pp. 92-94.

"Redcoats Join Communications Fight", Industry Week, Feb. 22, 1982, pp. 108-109.

"Taking Advantage of the Past",Advertising Age, Apr. 11, 1983, pp. M36-37.

Beutelspacher et al., "Payment Applications with Multifunctional Smart Cards", Smart Card 2000, 1989, pp. 95-101.

Booz, Allen & Hamilton, "How to Buy Information with a First Virtual Account", Apr. 11, 1994, 63 pages.

Burk et al., "Digital Payment Systems Enabling Security and Unobservability", Computers & Security, 1989, pp. 399-415.

Computer Shopper, "Internet for Profit", Nov. 1994, pp. 180-182; 190-192; 522-528, 532, 534.

"Consumers Plugging into New Electronic Mail", Adversiting Age, Mar. 4, 1985, p. 74.

Damgard, "Payment Systems and Credential Mechanisms with Provable Security Against Abuse by Individuals", Advances in Cryptology—CRYPTO '88, 1988, pp. 328-335.

Davies et al., "Security for Computer Networks: An Introduction to Data Security In Teleprocessing and Electronic Funds Transfer", John Wiley & Sons, Dec. 5, 1985, pp. 304-336.

Ferrarini, E., "Direct Connections for Software Selections", Business Computer Systems, Feb. 1985, pp. 35-38.

Fujioka, et al., "ESIGN: An Efficient Digital Signature Implementation for Smart Cards," Advances in Cryptology—Eurocrypt '91, Apr. 1991, pp. 446–457.

Hakola., et al., A System for Automatic Value Exchange Exchange. Proceedings—Fall Joint Computer Conference, Nov. 1966, pp. 579–589.

Hirschfeld, "Making Electronic Refunds Safer", Laboratory for Computer Science, MIT, 1992. 4 pages.

Jansson, L., "General Electronic Payment System", 7th Proceedings of the International Conference on Computer Communication, 1985, pp. 832–835.

Kenny, "EDI Security: Risks and Solutions", SD–Scion UK Limited,1992, 12 pages.

Knapskog, "Privacy Protected Payments—Rcliazation of a Protocol that Guarantees Payer Anonymity", EuroCrypt 1988, pp. 107–121.

Lai et al., "Endorsements, Licensing, and Insurance for Distributed System Services", Information Sciences Institute, U. of Southern California, undated, 6 pages.

Low et al., "Anonymous Credit Cards", undated, pp. 1–16.

Messmer, "NIST Stumbles on Proposal for Public–Key Encryption", Network World, Jul. 27, 1992, pp. 1–6.

Perry, "Electronic Banking Goes to Market", IEEE Spectrum, Feb. 1988, pp. 46–49.

Ph. van Heurck, "TRASEC: Belgian Security Systems for Electronic Funds Transfers." Computers & Security, 1987, pp. 261–268.

Pongratz, et al., "IC Cards in Videotex Systems", Smart Card 2000. 1989, pp. 179–186, 1 page.

Recommendation X.509: The Directory—Authentication Framework, Fascicle VIII.8 (Melbourne 1988) pp. 48–82.

Remery, P., et al., "Le paiement electronique", L'Echo des Recherches, No. 134, 1988, pp. 15–23.

Rescorla E., et al., "The Secure HyperText Transfer Protocol", Enterprise Integration Technologies, Dec. 1994, 35 pages.

Shain, "Security in Electronic Funds Transfer: Message Integrity in Money Transfer and Bond Settlements through GE Information Services' Global Network", Computers & Security, vol. 8, No. 3 1989, pp. 209–221.

Staskauskas, "The Formal Specification and Design of a Distributed Electronic Funds–Transfer System", *EEE, 1988, pp. 1515–1528.

Stol, "Privacy Protected Payments—A Possible Structure for a Real Implementation and Some Resource Considerations", Reproduced by U.S. Department of Commerce. 83 pages.

Strazewski, "Computerized Service Sets Shoppers Hacking", Advertising Age, Feb. 33, 1988, p. 62.

Takei, Videotex Information System and Credit System Connecting with MARS 301–of JNR, Japanese Railway Engineering, No. 95, Sep. 1985, pp. 9–11.

Tanaka et al., "Untraceable Electronic Funds Transfer Systems", Electronics and Communications in Japan, Part 3, vol. 72, No. 9, 1989, pp. 47–54.

Tunstall, "Electronic Currency", Smart Card 2000: The Future of IC Cards, Oct. 1987, pp. 47–48.

Waidner, et al., "Loss–Tolerance for Electronics Wallets", Fault–Tolerant Computing: 20th International Symposium, Jun. 26–28, 1990, pp. 140–147.

Weber, "Controls in Electronic Funds Transfer Systems: A Survey and Synthesis", Computers & Security, 1989, pp. 123–137.

Williams, "Debit Program Cuts Fraud—CompuServe Plan a Success", Pensions & Investment Age, Feb. 4, 1985, pp. 31–33.

Joint Claim Construction Chart (Patent Local Rule 4–5D)), filed Dec. 27, 2004 with Appendix A.

Order Denying Amazon's Motion to Stay Proceedings Pending Completion of the Reexamination.

Transcript of the Markmam Hearing Before the Honorable Leonard David United States District Judge, Jan. 6, 2005.

Complaint for Patent Infringement filed Jan. 12, 2004.

Amazon.com's Answer, Affirmative Defenses, and Counterclaims to Soverain Software's Complaint filed Mar. 9, 2004.

Amazon.com's Response to Plaintiff's First Set of Interrogatories (Nos. 1–22) filed Jun. 11, 2004.

Soverain's Responses and Objections to Amazon.com's First Set of Interrogatories (Nos. 1–14) filed Jun. 11, 2004.

Disclosure of Preliminary Invalidity Contentions by Defendants Amazon.com and the Gap (with Exhibit A) filed Jul. 6, 2004.

Soverains'Supplemental Responses to Amazon.com's First Set of Interrogatories (Nos. 1–14) filed Aug. 13, 2004.

Soverain's Second Supplemental Response to Amazon.com's First Set of Interragotories (Nos. 1–14) filed Sep. 21, 2004.

Soverain's Third Supplemental Response to Amazon.com's First Set of Interrogatories (Nos. 1–14).

Soverain's Preliminary Claim Construction (Patent Local Rule 4–2) filed Sep. 2, 2004.

Joint Disclosure of Prelminary Claim Construction and Extrinsic Evidence by Defendants Amazon.com and the Gap (with Exhibits A–B) filed Sep. 2, 2004.

Joint Claim Construction and Prehearing Statement (Patent Local Rule 4–3) (with Exhibits A–D) filed Oct. 4, 2004.

Amazon.com's First Amended Answer, Affirmative Defenses, and Counterclaims to Soverain's Complaint filed Oct. 6, 2004.

Declaration of Jack D. Grimes Ph.D., dated Nov. 15, 2004.

Soverain's Claim Construction Brief Pursuant to Patent Rule 4–5(a) dated Nov. 16, 2004.

Declaration of Dr. Richard N. Taylor in Support of Defendants' Markman Brief dated Nov. 29, 2004.

Joint Claim Construction Brief of Amazon.com and Gap dated Nov. 30, 2004.

Soverain's Claim Construction Reply Brief Pusuant to Patent Rule 4–5(c) dated Dec. 7, 2004.

Bina, E., et al., "Secure Access to Data Over the Internet." 1994 IEEE, pp. 99–102.

Xiuchi, T., et al., "C–HTTP—The Development of a Secure, Closed HTTP–Based Network on the Internet," 1996 IEEE, pp. 64–75.

Berners–Lee, T., et al., "Target a Common Internet Syntax Where the User Password is Appended to a Specific URL." http://www.ietf.org/rfc/rfc1738.txt?number=1738.

57 USPQ2D, "*Amazon.com, Inc.* v. *Barnesandnoble.com, Inc.*" pp. 1746–1763.

Pitkow, J.E., "Webviz: A Tool for World–Wide Web Access Log Analysis." First International World Wide Web Conf., May 1994, 7 pgs.

Lim, Jong–Gyun, "Using Coollists to Index HTML Documents in the Web." http://www.ncsa.uiuc.edu/SDG/IT94/Proceedings/Searching/lim/coollist. htm, pp. 1–8.

Sedayao, J., "Mosiac Will Kill My Network!—Studying Network Traffic Patterns of Mosaic Use", http://www.ncsa.uiuc.edu/SDG/IT94/P...gs/DDay/sedayao/mos traf paper.htm.

Catledge, L.D., "Characterizing Browsing Strategies in the World-Wide Web," http:www.igd.fhg.de/archive/1995 .../UserPatterns.Paper4.formatted.htm.

Menefee, C., "New host for Internet Commercial Site Index," Newsbytes Nov. 9, 1994, p. 15.

Michalski, J., "Content in context: the Future of SGML and HTML." Release 1.0, Sep. 27, 1994, pp. 1-10.

Metcalf, R.M., "Commercialization of the Internet Opens Gateways to Interpreneurs," InfoWorld, Aug. 8, 1994, p. 44.

"MaX.500—a Macintosh X.500 Directory Client", contents of WWW website, http://www.umich.edu/~dirsvcs/ldap/max500/index.htlm as of Jul. 7, 1997.

Droms, R.E., "Access to Heterogenous Directory Services," Proceedings IEEE INFOCOM '90, pp. 1054-1061, San Francisco, CA, Jun. 3-7, 1990.

Good, B., "Experience with Bank of America's Distributive Computing System," pp. 2-8, IEEE 1983.

Inselberg, A., "An Approach to Successful Online Transaction Processing Applications," AFIPS Conference Proceedings, 1985 National Computer Conference, pp. 419-427, Chicago, IL, Jul. 15-18, 1985.

Bowman, et al., "Univers: An Attribute-Based Name Server," Software Practice and Experience, vol. 20(4) 403-424 (Apr. 1990).

NCSA HTTPd 1.5 Beta How to Redirect, "The New Redirect Directives."

Housel, B.C., et al., "SNA Distribution Services," IBM Systems Journal, pp. 319-343, vol. 22, No. 4, 1983.

Zatti, et al., "Naming and Registration for IBM Distributed Systems," IBM Systems Journal, pp. 353-380, vol. 31, No. 2, 1992.

Welch, B., et al., "Prefix Tables: A Simple Mechanism for Locating Files in a Distributed System," pp. 184-189, 6th International Conference on Distributed Computing Systems, IEEE Computer Society, Cambridge, MA, May 1996.

Schwartz, et al., "A Name Service for Evolving, Heterogeneous Systems," Proceedings of the 11th ACM Symposium on Operating Systems Principles, vol. 21, No. 5, pp. 52-62, Austin, TX, Nov. 1987.

Hitchens, M., et al., "Bindings Between Names and Objects in a Persistent System," Proceedings of the 2nd International Workshop on Object Orientation in Operating Systems, IEEE Computer Society, pp. 26-37, Dourdan, FR, Sep. 1992.

Sheltzer, et al., "Name Service Locality and Cache Design in a Distributed Operating System," University of California, Los Angeles, 8 pgs.

Andrade, et al., "Open On-Line Transaction Processing with the Tuxedo System," pp. 368-371, Digest of Papers, IEEE Computer Society Press, Compson Spring 1992, San Francisco, California.

Terry, D.B., "Structure-free Name Management for Evolving Distributed Envrivonments," pp. 502-508, 6th International Conference on Distributed Computing Systems, IEEE Computer Society, Cambridge, MA, May 1986.

Cheriton D.R., et al., "Uniform Access to Distributed Name Interpretation in the V-System," pp. 290-297, 4th International Conference on Distributed Computing System, IEEE Computer Society, San Francisco, CA, May 1984.

Lampson, B.W., "Designing a Global Name Service,", pp. 1-10, Proceedings of the 5th Annual ACM Symposium on Principles of Distributed Computing, ACM, Calgary, Alberta, Canada, Aug. 1986.

Curtis, R., et al., "Naming in Distributed Language Systems," pp. 298-302, 4th International Conference on Distributed Computing Systems, IEEE Computer Society, San Francisco, CA May 1984.

Squillante, M.C., et al., Integrating Heteregeneous Local Mail Systems, pp. 59-67, IEEE Software, Nov. 1989.

Schwartz, M.F., et al., Experience with a Semantically Cognizant Internet White Pages Directory Tool, Journal of Internetworking: Research and Experience, pp. 1-22 (1990).

Ordille, J.J., et al., "Nomenclater Descriptive Query Optimization for Large X.500 Environments," pp. 185-196, SIGCOM '91 Conference, Communication Architectures & Protocols, vol. 21, No. 4, Zurich, Switzerland, Sep. 1991.

Notkin, D., "Proxies: A Software Structure for Accomodating Hetergeneity," Software-Practice and Experience, vol. 20(4), 357-364, Apr. 1990.

Bjorn N. Freeman-Benson," Using the Web to Provide Private Information," First International Conference on the World Wide Web, WWW94, May 1994, 5 pages.

Rescorla, E., et al., "The Secure HyperText Transfer Protocol," Aug. 1999.

Lou Montulli, Electronic Mail to Multiple Recipients of the www-talk list (www-talk.1995q2/0134.html on "Session Tracking" (omi.mail.www-talk, Apr. 18, 1995).

Ramanathan, Sirvivas, et al., "Architectures for Personalized Multimedia," IEEE Multimedia, vol. 1, No. 1, Computer Society, pp. 37-46, 1994.

Choudhury, Abhijit K., et al., "Copyright Protection for Electronic Publishing Over Computer Networks," IEEE Network, The Magazine of Computer Communications, vol. 9, No. 3, pp. 12-20, May 1995.

"Persistent Client State HTTP Cookies," http://search.netscape.com/newsref/std/cookie_spec.html (Jan. 9, 1998).

"HTTP State Management Mechanism," http://www.internic.net/rfc/rfc2109.txt (Jan. 9, 1998)—http://www.csc.ohio-state.edu/cgi-bin/rfc/rfc2965.html.

Pitkow, J.E., and Recker, M.M., Using the Web as a Survey Tool: Results from Second WWW User Survey,: http://www.igd.fhg.de/archive/1995_ www95/papers/79/survey/survey_2_paper.html.

Peterson, Larry L., "A Yellow-Pages Service for a Local-Area Network," ACM Proceedings of the ACM SIGCOMM 87 Workshop, ACM Press, 1988, pp. 235-242.

Kahan, Jose, "A Distributed Authorization Model for WWW," http://www.isoc.org/HMP/PAPER/107/html/paper.html, pp. 1-16.

Kahan, Jose, "A capability-based authorization model for the World-Wide Web," http://www.igd.fhg.de/archive/1995_ www95/proceedings/papers/86/CaMWWW.htlm, pp. 1-14.

Kahan, Jose, "A New Authorization Model for Distributed Multimedia Information Consultation Systems," English Translation, pp. 1-21.

Berners-Lee, T., et al., http://www.ietf.org/rfc/rfc1738.txt?numbers=178.

Gary Welz, "The Media Business on the WWW", Proceedings of the Second World Wide Web Conference 1994: Mosaic and the Web, Oct. 1994, 6 pages.

Clickstream, Oct. 1996, The word Spy, [http:www.wordspy.com/words/clickstream.asp], 2 pages.

Bob Novick. (9503) Internet Marketing: The Clickstream, Mar. 1995, [http://www.i-m.com/archives/9503/0375.html] 3 pages.

Kahan, Jose, "Un nouveau modele d-autorisation pour les systemes de consultation d-information multimedia repartee," pp. 45-57.

Brian W. Kernighan and Dennis M. Ritchie, "The C Programming Language" second edition, AT&T Bell Laboratories, (N.J., Prentice Hall) pp. 17-21 (1998).

Computer and Business Equipment Manufacturers Association, "American National Standard for Information Systems-Database Language SQL" (N.Y., American National Standards Institute) pp. 27-28 (1986).

Aho, A.V., et al., "Reports and Databases." In the AWK Programming Language, M.A. Harrison, ed., (Addison-Wesley), pp. 100-101 (1988).

Kelley, A., and Pohl, I., "Arrays, Strings, and Pointers." In a Book on C, A. Apt, ed., (the Benjamin/Cummings Publishing Company, Inc.,) pp. 35-37 (1984).

WordPerfect for Macintosh, pp. 153-162 (1990).

"Here it is, World" internet postings to comp.infosystems.www.users discussion list re: Mosaic Netscape (Oct. 13, 1994-Oct. 17, 1994) available at: http://groups.google.com/group/comp.infosystems.www.users/browse thread/thread/3666fe4e21b3a9c2/9a210e5f72278328?lnk=st&rnum=5&hl=en#9a210e5f72278328.

"Netscape 0.93 Setup Questions" internet postings to comp.infosystems.www.misc discussion list re: Mosaic Netscape (Nov. 21, 1994-Nov. 25, 1994) available at: http://groups.google.com/group/comp.infosystems.www.misc/browse_ thread/thread/da4e82efc6512f67/8dabc347291409d5?lnk=st&rnum=1&hl=en#8dabc347291409d5.

"Netscape and Cookies" internet postings to comp.infosystems.www.users discussion list re: Mosaic Netscape (Dec. 11, 1994-Dec. 13, 1994) available at: http://groups.google.com/group/comp.infosystems.www.users/browse_thread/thread/5347cb89bbae572b/3583cab5e6c13e94?lnk=st&rnum=3&hl=en#3583cab5e6c13e94.

"Cookies.txt" internet postings to comp.infosystems.www.users discussion list re: Mosaic Netscape (Dec. 23, 1994-Dec. 27, 1994) available at: http://groups.google.com/group/comp.infosystems.www.users/browse_thread/thread/613e81948e9cf6e4/134ade72dfc1c58d?lnk=st&rnum=2&hl=en#134ade72dfc1c58d.

"How to get statefull HTML documents" internet postings to comp.infosystems.www.misc discussion list (Jun. 24, 1994-Jun. 25, 1994) available at: http://groups.google.com/group/comp.infosystems.www.misc/browse_thread/thread/fd304fedb645529a/b8f6dab2aa73ae71?lnk=st&rnum=7&hl=en#b8f6dab2aa73ae71.

"How to add state info to a form" internet postings to comp.infosystems.www.providers discussion list (Jun. 30, 1994-Jul. 1, 1994) available at: http://groups.google.com/group/comp.infosystems.www.providers/browse thread/thread/2acad6cdc8ebb8a/bf368e630add2c94?lnk=st&rnum=8&hl=en#bf368e630add2c94.

"Transactional Services on WWW" internet postings to comp.infosystems.www discussion list (May 12, 1994-Jun. 1, 1994) available at: http://groups.google.com/group/comp.infosystems.www/browse_thread/thread/bf430e6df8c6e7d/8ed77a97f5d0b9d6?lnk=st&hl=en#8ed77a97f5d0b9d6.

Dan Aronson, "access and session control" posting to www-talk discussion list (Sep. 14, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q3/0901.html.

Rick Troth, "access and session control" (Sep. 15, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q3/0923.html.

alain@hyperman.co.il, "Identifying Mosaic session" posting to www-talk discussion list (Dec. 20, 1994) available at http://1997.webhistory.org/www.lists/www-talk.1994q4/1098.html.

Joe English, "Re: Identifying Mosaic session", posting to www-talk discussion list (Dec. 20, 1994 available at: http://1997.webhistory.org/www.lists/www-talk.1994q4/1109.html.

Steven Majewski, "Identifying Mosaic session" posting to www-talk discussion list (Dec. 20, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q4/1111.html.

Nick Arnett, "Statelessness" posting to www-talk discussion list (May 16, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q2/0562.html.

Jared Rhine, "Statelessness" posting to www-talk discussion list (May 16, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q2/0563.html.

Simon Spero, "Statelessness" posting to www-talk discussion list (May 17, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q2/0579.html.

Jim McBeath, "Statelessness" posting to www-talk discussion list (May 27, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q2/0683.html.

Phillip Hallam-Baker, "Statelessness" posting to www-talk discussion list (May 30, 1994) available at: http://1997.webhistory.org/www.lists/www-talk.1994q2/0705.html.

Gifford, Stewart, Payne, Treese, "Payment Switches for Open Networks," presented at 40th IEEE, IEEE, COMPCON '95, Mar. 5-9, 1995, San Francisco, CA.

Defendant Amazon.com Inc.'s Unopposed Motion for Leave to Amend its Answer to Include Allegations Regarding Stuff.com.

Declaration of James E. Geringer in Support of Amazon.com, Inc's Motion for Leave to Amend its Answer and Counterclaims to Add Stuff.com.

Exhibit 1 of Geringer Declaration: Excerpts of Deposition of Michael Kuniavsky.

Exhibit 2 of Geringer Declaration: E-mail from Brooks Cutter to Mike Kuniavsky (Jun. 14, 1994).

Exhibit 3 of Geringer Declaration: Excerpts of Deposition of Richard Boake.

Exhibit 5 of Geringer Declaration: Excerpts of Deposition of Andrew Payne.

Exhibit 6 of Geringer Declaration: E-mail from Andrew Payne to Winfield Treese, et al. (Jun. 15, 1994).

Exhibit 7 of Geringer Declaration: Excerpts of Deposition of Winfield Treese.

Exhibit 8 of Geringer Declaration: Amazon.com, Inc.'s [Proposed] fourth Amended Answer, Affirmative Defenses, and Counterclaims to Soverain Software, LLC's Complaint (Redlined Version).

Amazon.com's Motion for Partial Summary Judgment that '314 claims 34-39, '492 claims 17-18 and 35-36, and '780 claims 1, 4, and 22-24 are invalid under 35 U.S.C. 102.

Amazon.com's Motion for Partial Summary Judgment that claims are indefinite under 35 U.S.C. 112.

Berners-Lee, T., et al., http://www.ietf.org/rfc/rfc1738.txt?numbers=1738.

Changes to wwwStat at http://ftp.ics.uci.edu/pub/websoft/wwwstat/Changes.

Berners-Lee, T., RFC 1630: Universal Resource Identifiers in WWW: A Unifying Syntax for the Expression of Names and Addresses of Objects on the Network as used in the World-Wide Web.

Berners-Lee, T., et al. RFC 1738: Uniform Resource Locators.

Fielding, R., RFC 1808: Relative Uniform Resource Locators.

Berners-Lee, T., et al. RFC 1945: Hypertext Transfer Protocol—HTTP/1.0.

Fielding, R., et al. RFC 2068: Hypertext Transfer Protocol—HTTP/1.1.

Fielding, R., et al. RFC 2616: Hypertext Transfer Protocol—HTTP1/1.

Berners-Lee, T. "draft-ietf-iiir-http-00.txt" (Nov. 5, 1993).

wwwStat Readme file at http://ftp.ics.uci.edu/pub/websoft/wwwstat/README.

NCSA HTTPd release notes at http://hoohoo.ncsa.uiuc.edu/docs/Upgrade.html (last updated Aug. 1, 1995).

Crocker, Glenn, "web2mush: Serving Interactive Resources to the Web," Electronic Proc. of the 2nd World Wide Web Conf. '94: Mosaic and the Web!, Developers Days, (Oct. 20, 1994).

Dukach, Seymon; Prototype Implementation of the SNPP Protocol; allspic.lcs.mit.edu; 1992.

Batelaan; Butler; Chan; Chen; Evenchick; Hughes; Jen; Jeng; Millett; Riccio; Skoudis; Starace; Stoddard; "An Internet Billing Server Prototype Design"; Carnegie Mellon.

O'Mahony, Donal, Michael Peirce, & Hitesh Tewari, Electronic Payment Systems, Artech House, Inc., pp. 145-155, Jan. 1997.

Maren, Michael, "The Age of E-Mail," Home Office Computing, vol. 11, No. 12, p. 63(5).

Foster, David & Stuart Finn, "Insurers Can Benefit From E-Mail Networks", National Underwriter Property & Casualty-Rick & Benefits Management, No. 9, p. 46(2), Mar. 4.

Ferrarini, E., "Flight of Fancy: Goodbye Travel Agent", Business Computer Systems, vol. 2, No. 11, pp. 39-40, Nov. 1993.

Trip et al., "Cookies" (client-side persistent information) and their use, Netscape Technical Note 20019, Netscape Communications Corp., Oct. 1995.

Archive of WWWorder mailing list (Jun. 18, 1994-Jun. 13, 1994).

Leggett, John et al., "Hyperform: Using Extensibility to Develop Dynamic, Open and Distributed Hypertext Systems" (1992).

Bieber, Michael, "Issues in Modeling a 'Dynamic' Hypertest Interface for Non-Hypertext Systems" (1991).

Nielson, Jacob, *Hypertext & Hypermedia* (1990).

"Announcing: Internet Shopkeeper" (Aug. 21, 1994) posting on comp.infosystems.www and misc.forsale.

Eaasy Sabre User's Guide and Eaasy Sabre Reference Guide.

Compuserve Manual (undated).

The Major BBS: Collection of information and Advertisements concerning The Major BBS (Fall 1993).

Fielding, Roy, et al., "Principled Design of the Modern Web Architecture" *ACM Transactions on Internet Technology* 2, 2 pp. 115-150 (May 2002).

Smithson, Brian, and Singer, Barbara, An Information Clearinghouse Server for Industry Consortia, 2nd Int'l Conf. On the World Wide Web, Chicago, Ill., Oct. 1994.

Soverain's ANSWER to Counterclaim (Amazon's Third Amended Counterclaim) by Soverain Software LLC.(Seraphine, Jennifer) (Entered: Mar. 17, 2005).

NOTICE by Amazon.com re: Answer to Amended Complaint, Counterclaim Of Rejection Of Claims 1-45 Of U.S. Patent No. 5,708,780 (Entered: Mar. 25, 2005).

MOTION to Stay [Renewed] by Amazon.com. (Entered: Apr. 5, 2005).

Soverain's Opposition to Amazon's Renewed Motion to Stay.

Amazon.Com, Inc.'s Reply in Support of Renewed Motion to Stay.

Deposition of Glenn Arthur Hauman with Exhibits (Oct. 28, 2004).

Deposition of Glenn Crocker with Exhibits (Mar. 10, 2005).

Deposition of Glenn M. Trewitt with Exhibits (Jan. 25, 2005).

Deposition of Guy Henry Timothy Haskin with Exhbits (Mar. 18, 2005).

Deposition of Joshua Smith with Exhibits (Mar. 2, 2005).

Deposition of Kevin Ming-Wei Kadaja Hughes with Exhibits (Mar. 21, 2005).

Deposition of Michael Kuniavsky with Exhibits (Feb. 22, 2005).

Deposition of Michael Lazzaro with Exhibits (Mar. 9, 2005).

Deposition of Phillip Hallam-Baker with Exhibits (Mar. 11, 2005).

Deposition of Robert Allen Olson with Exhibits (Mar. 3, 2005).

Deposition of Thomas Soulanille with Exhibits (Mar. 14, 2005).

Expert Report of Alexander B. Trevor (Apr. 10. 2005).

Reply to Response to Motion re: Motion to Stay [Renewed] (*Surreply in Opposition to Amazon's Renewed Motion to Stay*) filed by Soverain Software LLC.

"It will happen", article excerpt from infoHighway, vol. 2-1, Jan. 1995.

Aronson, Dan, et al., Electronic Mail to multiple recipients of the www-talk list (www-talk@info.cern.ch) on "Access and session control" dated Sep. 15, 1994.

Derler, Christian, "The World-Wide Web Gateway to Hyper-G: Using a Connectionless Protocol to Access Session-Oriented Services", Institut für Informationsverarbeilung and Computergestützte neue Medien, Graz, Austria, dated Mar. 1995.

English, Joe, Electronic Mail to multiple recipients of the www-talk list (www-talk@info.cern.ch) on "Re: Identifying Mosaic session" dated Dec. 20, 1994.

Fielding, Roy, software distribution archive for the HTTP log file analysis program, wwwstat v1.01, dated Apr. 24, 1994, published at http://www.ics.uci.edu/WebSoft/wwwstat/.

Hall, Devra, et al., "Build a Web Site: The Programmer's Guide to Creating, Building, and Maintaining a Web Presence", published Apr. 1995. ISBN 0-7615-0064-2.

Hughes, Kevin, source code file for the HTTP log file analysis program, getstats v1.0, dated Feb. 1, 1994, published at http://eit.com/software/getstats/getstats.html.—Version 1, 64 pages.

Hughes. Kevin. source code file for the HTTP log file analysis program. getstats v1.0. dated Feb. 1. 1994. published at http://eit.com/software/getstats/getstats.html—Version 2. 64 pages.

McCartney. Todd. Message posted to Usenet public discussion group. rec.arts.disney, dated Nov. 21, 1994.

Pitkow. et al.. "Results from the First World Wide Web Use Survey". presented at the First International Conference on the World Wide Web. Geneva. Switzerland. May 25-27. 1994. published at http://www94.web.cern.ch/WWW94/PrelimProcs.html on Jun. 2. 1994. and reprinted in the Journal of Computer Networks and ISDN Systems. vol. 27. No. 2.. Nov. 1994. Elsevier Science B.V.

The NetMarket Company. NetMarket PGP Help file. from http://www.netmarket.com. dated Dec. 10, 1994.

Trewitt, Glenn. "Using Tcl to Proceess HTML Forms". Digital Equipment Corporation. Network Systems Laboratory TN-14. dated Mar. 1994.

"Advanced Electronic Credit Authorization Through the Amherst Group SNET". News Release. New Haven. CT. Dec. 7, 1987. 2 pages.

Anderson. Scot et al.. "Sessioneer: Flexible Session Level Authentication With Off the Shelf Servers and Clients", http//:www.igd.fhg.de/archive/1995 www95/papers/77/sessioneer2.html. pp. 1-7.

Buhle. E. Loren Jr.. "Wide Area Information Servers", Digital Systems Journal. Sep./Oct. 1994. pp. 13-16.

Comer, D.. et al., "The Tilde File Naming Scheme". The 6th International Conference on Distributed Computing Systems. IEEE Computer Society. Cambridge. MA.. May 1996. pp. 509-514.

Comer, D.E., et al., "A Model of Name Resolution in Distributed Systems". The 6th International Conference on Distributed Computer Systems. IEEE Computer Society.. Cambridge. MA. May 1996. pp. 523-530.

Computer Fraud & Security Bulletin. "Underlying Security Mechansms". Mar. 1997. 2 pages.

Cookies and Privacy FAQ. http://search.netscape.com/assist/security/faqs/cookies.html Jan. 9. 1998 at 4:29 pm.. pp. 1-3.

Crocker. Glenn. "web2mush: Serving Interactive Resources to the Web". 2nd International Conference on the WorldWide Web. Chicago. Illinois . Oct. 1994. 7 pages.

Net Market Company. "Numerous News Media Stories". New York Times. Front Page of Business Section. Aug. 12, 1994. 4 pages.

Phillips. K.. "SuperHighway Access Eases Internet Entry". PC Week. Oct. 31. 1994, 3 pages.

Poler, Ariel. "Improving WWW Marketing Through User Information and Non-Intrusive Communications". Internet Profiles Corporation (I/PRO), 2nd WWW Conference. Chicago, Illinois. Oct. 1994, 4 pages.

Soverain's Disclosure of Asserted Claims and Preliminary Infringement Contentions dated Jun. 3. 2004.

Supplemental Disclosure of Preliminary Invalidity Contentions by Amazon and the Gap dated Jul. 26, 2004.

Deposition of G. Winfield Treese. dated Oct. 27. 2004.

Soverain's Reply to Amazon.Com's Amended Counterclaims, dated Jan. 14, 2005.

Third Supplement to Defendant Amazon's Initial Disclosures. dated Mar. 4. 2005.

VideoTaped Deposition of Mark Levergood dated Mar. 8. 2005 (2 parts).

VideoTaped Deposition of Andrew Payne dated Mar. 11. 2005.

VideoTaped Deposition of Stephen Morris dated Mar. 9. 2005.

VideoTaped Deposition of Glenn Trewitt dated Jan. 25. 2005 (2 parts).

Soverain's Fourth Supplemental Responses to Amazon's First Set of Interrogatores (Nos. 1-14) dated Mar. 21, 2005.

Soverain's Responses to Interrogatory Nos. 22, 23, 26 and 36 of Amazon's Third Set of Interrogatores (Nos. 17-28) dated Mar. 21, 2005.

Soverain's Responses to Amazon's First Set of Requests for Admission to Plaintiff Soverain Software (Nos. 1-100) dated Mar. 21, 2005.

Memorandum Opinion dated Apr. 7. 2005.

Soverain's Reply to Amazon's Third Amended Counterclaims. dated Mar. 17. 2005.

Amazon.com's Renewed Motion to Stay Proceedings Until the Patent and Trademark Office Completes Re-Examination of the Three Patents in Suit. dated Apr. 5, 2005.

NCSA "What's New"http://archive.ncsa.uiuc.edu/SDG/Software/Mosaic/Docs/old-whats-new/whats-new-0294.html. Feb. 28, 1994. 17 pages.

Business Wire. CommerceNet Urges Government to Ease Export Restrictions on Encryption Products; Consortium's New White Paper Articulates Position on the Export of Cryptography-Based Products, Jun. 26. 1995. 2 pages.

Motoda, Toshihiro et al., *An Experimental Verification of Relational Database Access Over WWW*, NTT Software Laboratories. Nippon Telegraph and Telephone Corporation, 1995. pp. 47-54 (with English Translation—8 pages).

Ohmori et al.. "An On-line Shopping System Protecting User's Privacy", Information Communication Laboratory of Matsushita Electric Industrial Co., Ltd. , pp. 25-32. Note: 12 Pages of Translation Attached.

Bina et al.. "Secure Access to Data Over the Internet", Natl. Center for Supercomputing Appls., Unv. Of Illinois, Champaign. Illinois. pp. 99-102.

Farber. David. "Interesting-People Message—RSA/NCSA/EIT Announcement on Secure Mosiac" Palo Alto, California. Apr. 12. 1994. 4 pages.

Kent. Stephen T.. "Internet Privacy Enhanced Mail". 8070 Communications of the ACM 36, New York. Aug. 1993, pp. 48-60.

Kohn. Dan. "Prior Art on Open Market Patents". e-mail message dated Mar. 9. 1998, 1 page.

Lewis, Peter H., "Attention Shoppers: Internet is Open". 2 pages.

Medvinsky et al.. NetCash: A Design for Practical Elecronic Currency on the Internet. Information Sciences Institute, University of Southern California, 1993. pp. 102-106.

Schaefer et al., "Networked Information Discovery and Retrieval Tools: Security Capabilities and Needs", The MITRE Corporation, 1994, pp. 145-153.

European Search Report dated Jun. 19, 2006.

*Soverain Software LLC* v. *Amazon.Com, Inc. and The Gap, Inc.*, Form of Stipulated Request for Final Dismissals of the Actions. filed Aug. 30, 2005.

*Soverain Software LLC* v. *Amazon.Com, Inc. and The Gap, Inc.*, Order of Dismissal with Prejudice filed Aug. 31, 2005.

* cited by examiner

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-48** is confirmed.

New claims **49-168** are added and determined to be patentable.

*49. A network-based sales system in accordance with claim 34, wherein the buyer computer activates the payment message by transmitting a message to the shopping cart computer that causes the payment message to be activated.*

*50. A network-based sales system in accordance with claim 34, wherein the network is a public packet switched network.*

*51. A network-based sales system in accordance with claim 34, wherein the network is an Internet.*

*52. A network-based sales system in accordance with claim 34, further comprising:*

*a merchant computer that is interconnected with the buyer computer and shopping cart computer by the computer network; and*

*an advertising document database;*

*wherein the merchant computer is programmed to fetch an advertising document from the advertising document database.*

*53. A network-based sales system in accordance with claim 52, wherein the merchant computer is programmed to send one or more advertising documents to the buyer computer.*

*54. A network-based sales system in accordance with claim 53, wherein the merchant computer is programmed to provide a product requested by the user.*

*55. A network-based sales system in accordance with claim 54, wherein the merchant computer is programmed to respond to payment orders from the buyer computer without the merchant computer having to communicate directly with the shopping cart computer to ensure that the user is authorized to purchase the product;*

*wherein the merchant computer is programmed to respond to payment orders from the buyer computer without the merchant computer having to store information in a database regarding which buyers are authorized to purchase which products.*

*56. A network-based sales system in accordance with claim 53, wherein the advertisement documents are in the form of summaries of newspaper or newsletter articles;*

*wherein prior to a user's product request, the merchant computer sends an advertising document to the buyer computer.*

*57. A network-based sales system in accordance with claim 34, wherein the buyer computer transmits an initial link that comprises information from which the shopping cart computer can create a session link message;*

*wherein the session link is transmitted from the shopping cart computer to the buyer computer;*

*wherein the session link message includes a session link authenticator for use by a computer to authenticate the session link message.*

*58. A network-based sales system in accordance with claim 57, wherein the session link authenticator is a cryptographic function of the session link contents.*

*59. A network-based sales system in accordance with claim 58, wherein the buyer computer is programmed to cause the session link message to be sent to a computer in the network which is programmed to authenticate the session link message by examining the session link authenticator and which is programmed to respond to the session link message based on state of the interaction between the buyer computer and the shopping cart computer.*

*60. A network-based sales system in accordance with claim 34, wherein at least one of the requests comprises a shopping cart URL.*

*61. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises a domain identifier.*

*62. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises a merchant identifier.*

*63. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises a merchant account identifier.*

*64. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises a payment amount.*

*65. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises a product identifier.*

*66. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises a duration time.*

*67. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises an expiration time.*

*68. A network-based sales system in accordance with claim 67, wherein the shopping cart computer transmits a document to the buyer computer indicating that the expiration time has passed.*

*69. A network-based sales system in accordance with claim 60, wherein the URL comprises a buyer network address.*

*70. A network-based sales system in accordance with claim 69, wherein the buyer computer network address is verified by matching it with a network address specified in the shopping cart URL.*

*71. A network-based sales system in accordance with claim 70, wherein if the computer network address verification fails, then the shopping cart computer sends a document to the buyer computer indicating that access is not allowed.*

*72. A network-based sales system in accordance with claim 60, wherein the shopping cart URL comprises an authenticator based on a cryptographic key;*

*wherein the authenticator is a function of contents of the shopping cart URL;*

*wherein the shopping cart computer verifies whether the shopping cart URL authenticator was created from the contents of the shopping cart URL using a cryptographic key.*

*73. A network-based sales system in accordance with claim 72, wherein if the verification fails, the shopping cart*

*computer transmits a document to the buyer computer indicating that access is denied.*

*74. A network-based sales system in accordance with claim 34, wherein the buyer computer activates the payment message by transmitting a message to the shopping cart computer that causes the payment message to be activated;*

*wherein the shopping cart computer transmits a payment confirmation document to the buyer computer.*

*75. A network-based sales system in accordance with claim 74, wherein the payment confirmation document includes an open link and a continue link.*

*76. A network-based sales system in accordance with claim 75, wherein the shopping cart computer opens a new account in response to the user selecting the open link.*

*77. A network-based sales system in accordance with claim 76, wherein the buyer computer sends a payment URL to the shopping cart computer that indicates that an account does not yet exist.*

*78. A network-based sales system in accordance with claim 77, wherein the shopping cart computer creates a new account document.*

*79. A network-based sales system in accordance with claim 78, wherein the shopping cart computer transmits the new account document to the buyer computer.*

*80. A network-based sales system in accordance with claim 79, wherein the new account document comprises a challenge form that requests account information to be entered by the user.*

*81. A network-based sales system in accordance with claim 80, wherein the account information comprises a new account name and account password.*

*82. A network-based sales system in accordance with claim 80, wherein the account information comprises: a new account name, an account password, a credit card number, and an expiration date of the credit card.*

*83. A network-based sales system in accordance with claim 80, wherein the account information comprises security information.*

*84. A network-based sales system in accordance with claim 34, wherein the shopping cart computer, in response to the plurality of shopping cart messages, causes an account name and password request message to be transmitted to the buyer computer.*

*85. A network-based sales system in accordance with claim 34, further comprising:*

*a merchant computer that is interconnected with the buyer and shopping cart computers by the computer network; and*

*an advertising document database;*

*wherein the merchant computer is programmed to fetch an advertising document from the advertising document database;*

*wherein the advertising document database is local to the merchant computer.*

*86. A network-based sales system in accordance with claim 85, wherein a creation computer updates the remote advertising document database on the merchant computer.*

*87. A network-based sales system in accordance with claim 85. wherein the buyer computer transmits a purchase product message to the merchant computer, and, in response, the merchant computer provides a payment URL to the buyer computer.*

*88. A network-based sales system in accordance with claim 87, wherein the buyer computer transmits the payment URL to a payment computer.*

*89. A network-based sales system in accordance with claim 88, wherein the payment computer is the shopping cart computer.*



*90. A network-based sales system in accordance with claim 88, wherein the payment URL comprises an authenticator based on a cryptographic key;*

*wherein the authenticator is a function of contents of the payment URL.*

*91. A network-based sales system in accordance with claim 90, wherein the payment computer verifies whether the payment URL authenticator was created from the contents of the payment URL using a cryptographic key;*

*if the verification fails, the payment computer transmits a document to the buyer computer indicating that access is denied.*

*92. A network-based sales system in accordance with claim 88, wherein the payment URL further comprises an expiration time.*

*93. A network-based sales system in accordance with claim 92, wherein the payment computer transmits a document to the buyer computer indicating that the expiration time has passed.*

*94. A network-based sales system in accordance with claim 88, wherein the payment URL comprises a buyer network address.*

*95. A network-based sales system in accordance with claim 94, wherein the buyer computer network address is verified by matching it with the network address specified in the payment URL;*

*if the verification fails, then the shopping cart computer sends a document to the buyer computer indicating that access is not allowed.*

*96. A network-based sales system in accordance with claim 88, wherein the payment computer transmits a payment confirmation document to the buyer computer;*

*wherein the payment confirmation document includes an open link and a continue link;*

*wherein in response to the user selecting the continue link, the payment computer instructs the buyer computer to provide an account name and password that have previously been provided by the buyer computer to the payment computer.*

*97. A network-based sales system in accordance with claim 96, wherein the buyer computer prompts the user for the account name and password by creating an account name prompt and a password prompt.*

*98. A network-based sales system in accordance with claim 97, wherein the payment computer verifies that the account name and password entered by the user match a previously provided account name and password.*

*99. A network-based sales system in accordance with claim 98, wherein if the verification fails, then the payment computer sends a document to the buyer computer indicating that access is not allowed.*

*100. A network-based sales system in accordance with claim 98, wherein if a payment amount exceeds a threshold, then the user is prompted for security information;*

*wherein the payment computer verifies that the security information matches a previously provided account name and password;*

*if the verification fails, then the payment computer sends a document to the buyer computer indicating that access is not allowed.*

*101. A network-based sales system in accordance with claim 98, further comprising a settlement database that is in communication with the payment computer;*

*wherein the settlement database is used to determine whether the user has unexpired access to a domain identified in the payment message;*

*wherein the user is presented with an option to repurchase or to use the unexpired access.*

*102. A network-based sales system in accordance with claim 101, wherein the purchase of a product in a certain domain by a user account entitles access to other products in the domain for free or at a reduced price.*

*103. A network-based sales system in accordance with claim 98, wherein the payment computer verifies whether the user account has sufficient funds or credit that satisfies a payment amount specified in the payment message.*

*if the verification fails, then the payment computer sends a document to the buyer computer indicating that the user has insufficient funds.*

*104. A network-based sales system in accordance with claim 98, wherein the payment computer records an end of duration time in a settlement database.*

*105. A network-based sales system in accordance with claim 98, wherein the payment computer creates an access URL including an access URL authenticator that is a digital signature generated based on a cryptographic key;*

*wherein the access URL authenticator is a hash of other information in the access URL;*

*wherein the payment computer sends a redirect to the access URL to the buyer computer;*

*wherein the buyer computer sends the access URL to a merchant computer.*

*106. A network-based sales system in accordance with claim 105, wherein the merchant computer verifies whether the access URL authenticator was created from said other information in the access URL using the cryptographic key;*

*if the verification fails, then the merchant computer sends a document to the buyer computer indicating that access is not allowed.*

*107. A network-based sales system in accordance with claim 105, wherein the merchant computer verifies whether a duration time for access has expired;*

*if the verification fails, then the merchant computer sends a document to the buyer computer indicating that the duration time has expired.*

*108. A network-based sales system in accordance with claim 105, wherein the merchant computer verifies that a buyer computer network address is the same as a buyer network address contained in the access URL;*

*if the verification fails, then the merchant computer sends a document to the buyer computer indicating that access is not allowed.*

*109. The method of claim 39, wherein the buyer computer activates the payment message by transmitting a message to the shopping cart computer that causes the payment message to be activated.*

*110. The method of claim 39, wherein the network is a public packet switched network.*

*111. The method of claim 39, wherein the network is an Internet.*

*112. The method of claim 39, wherein a merchant computer is interconnected with the buyer computer and shopping cart computer by the computer network;*

*wherein the merchant computer is programmed to fetch an advertising document from an advertising document database.*

*113. The method of claim 112, wherein the merchant computer is programmed to send one or more advertising documents to the buyer computer.*

*114. The method of claim 113, wherein the merchant computer is programmed to provide a product requested by the user.*

*115. The method of claim 114, wherein the merchant computer is programmed to respond to payment orders from the buyer computer without the merchant computer having to communicate directly with the shopping cart computer to ensure that the user is authorized to purchase the product;*

*wherein the merchant computer is programmed to respond to payment orders from the buyer computer without the merchant computer having to store information in a database regarding which buyers are authorized to purchase which products.*

*116. The method of claim 113, wherein the advertisement documents are in the form of summaries of newspaper or newsletter articles;*

*wherein prior to a user's product request, the merchant computer sends an advertising document to the buyer computer.*

*117. The method of claim 39, wherein the buyer computer transmits an initial link that comprises information from which the shopping cart computer can create a session link message;*

*wherein the session link is transmitted from the shopping cart computer to the buyer computer;*

*wherein the session link message includes a session link authenticator for use by a computer to authenticate the session link message.*

*118. The method of claim 117, wherein the session link authenticator is a cryptographic function of the session link contents.*

*119. The method of claim 118, wherein the buyer computer is programmed to cause the session link message to be sent to a computer in the network which is programmed to authenticate the session link message by examining the session link authenticator and which is programmed to respond to the session link message based on state of the interaction between the buyer computer and the shopping cart computer.*

*120. The method of claim 39, wherein at least one of the requests comprises a shopping cart URL.*

*121. The method of claim 120, wherein the shopping cart URL comprises a domain identifier.*

*122. The method of claim 120, wherein the shopping cart URL comprises a merchant identifier.*

*123. The method of claim 120, wherein the shopping cart URL comprises a merchant account identifier.*

*124. The method of claim 120, wherein the shopping cart URL comprises a payment amount.*

*125. The method of claim 120, wherein the shopping cart URL comprises a product identifier.*

*126. The method of claim 120, wherein the shopping cart URL comprises a duration time.*

*127. The method of claim 120, wherein the shopping cart URL comprises an expiration time.*

*128. The method of claim 127, wherein the shopping cart computer transmits a document to the buyer computer indicating that the expiration time has passed.*

*129. The method of claim 120, wherein the URL comprises a buyer network address.*

*130. The method of claim 129, wherein the buyer computer network address is verified by matching it with a network address specified in the shopping cart URL.*

*131. The method of claim 130, wherein if the computer network address verification fails, then the shopping cart computer sends a document to the buyer computer indicating that access is not allowed.*

*132. The method of claim 120, wherein the shopping cart URL comprises an authenticator based on a cryptographic key;*

*wherein the authenticator is a function of contents of the shopping cart URL;*

*wherein the shopping cart computer verifies whether the shopping cart URL authenticator was created from the contents of the shopping cart URL using a cryptographic key.*

*133. The method of claim 132, wherein if the verification fails, the shopping cart computer transmits a document to the buyer computer indicating that access is denied.*

*134. The method of claim 39, wherein the buyer computer activates the payment message by transmitting a message to the shopping cart computer that causes the payment message to be activated;*

*wherein the shopping cart computer transmits a payment confirmation document to the buyer computer.*

*135. The method of claim 134, wherein the payment confirmation document includes an open link and a continue link.*

*136. The method of claim 135, wherein the shopping cart computer opens a new account in response to the user selecting the open link.*

*137. The method of claim 136, wherein the buyer computer sends a payment URL to the shopping cart computer that indicates that an account does not yet exist.*

*138. The method of claim 137, wherein the shopping cart computer creates a new account document.*

*139. The method of claim 138, wherein the shopping cart computer transmits the new account document to the buyer computer.*

*140. The method of claim 139, wherein the new account document comprises a challenge form that requests account information to be entered by the user.*

*141. The method of claim 140, wherein the account information comprises a new account name and account password.*

*142. The method of claim 140, wherein the account information comprises: a new account name, an account password, a credit card number, and an expiration date of the credit card.*

*143. The method of claim 140, wherein the account information comprises security information.*

*144. The method of claim 39, wherein the shopping cart computer, in response to the plurality of shopping cart messages, causes an account name and password request message to be transmitted to the buyer computer.*

*145. The method of claim 39, wherein a merchant computer is interconnected with the buyer and shopping cart computers by the computer network;*

*wherein the merchant computer is programmed to fetch an advertising document from an advertising document database;*

*wherein the advertising document database is local to the merchant computer.*

*146. The method of claim 145, wherein a creation computer updates the remote advertising document database on the merchant computer.*

*147. The method of claim 145, wherein the buyer computer transmits a purchase product message to the merchant computer, and, in response, the merchant computer provides a payment URL to the buyer computer.*

*148. The method of claim 147, wherein the buyer computer transmits the payment URL to a payment computer.*

*149. The method of claim 148, wherein the payment computer is the shopping cart computer.*

*150. The method of claim 148, wherein the payment URL comprises an authenticator based on a cryptographic key:*

*wherein the authenticator is a function of contents of the payment URL.*

*151. The method of claim 150, wherein the payment computer verifies whether the payment URL authenticator was created from the contents of the payment URL using a cryptographic key;*

*if the verification fails, the payment computer transmits a document to the buyer computer indicating that access is denied.*

*152. The method of claim 148, wherein the payment URL further comprises an expiration time.*

*153. The method of claim 152, wherein the payment computer transmits a document to the buyer computer indicating that the expiration time has passed.*

*154. The method of claim 148, wherein the payment URL comprises a buyer network address.*

*155. The method of claim 154, wherein the buyer computer network address is verified by matching it with the network address specified in the payment URL;*

*if the verification fails, then the shopping cart computer sends a document to the buyer computer indicating that access is not allowed.*

*156. The method of claim 148, wherein the payment computer transmits a payment confirmation document to the buyer computer;*

*wherein the payment confirmation document includes an open link and a continue link;*

*wherein in response to the user selecting the continue link, the payment computer instructs the buyer computer to provide an account name and password that have previously been provided by the buyer computer to the payment computer.*

*157. The method of claim 156, wherein the buyer computer prompts the user for the account name and password by creating an account name prompt and a password prompt.*

*158. The method of claim 157, wherein the payment computer verifies that the account name and password entered by the user match a previously provided account name and password.*

*159. The method of claim 158, wherein if the verification fails, then the payment computer sends a document to the buyer computer indicating that access is not allowed.*

*160. The method of claim 158, wherein if a payment amount exceeds a threshold, then the user is prompted for security information;*

*wherein the payment computer verifies that the security information matches a previously transmitted account name and password;*

*if the verification fails, then the payment computer sends a document to the buyer computer indicating that access is not allowed.*

*161. The method of claim 158, wherein a settlement database is used to determine whether the user has unexpired access to a domain identified in the payment message;*

*wherein the user is presented with an option to repurchase or to use the unexpired access.*

*162. The method of claim 161, wherein the purchase of a product in a certain domain by a user account entitles access to other products in the domain for free or at a reduced price.*

*163. The method of claim 158, wherein the payment computer verifies whether the user account has sufficient funds or credit that satisfies a payment amount specified in the payment message,*

*if the verification fails, then the payment computer sends a document to the buyer computer indicating that the user has insufficient funds.*

*164. The method of claim 158, wherein the payment computer records an end of duration time in a settlement database.*

*165. The method of claim 158, wherein the payment computer creates an access URL including an access URL authenticator that is a digital signature generated based on a cryptographic key;*

*wherein the access URL authenticator is a hash of other information in the access URL,*

*wherein the payment computer sends a redirect to the access URL to the buyer computer;*

*wherein the buyer computer sends the access URL to a merchant computer.*

*166. The method of claim 165, wherein the merchant computer verifies whether the access URL authenticator was created from said other information in the access URL using the cryptographic key;*

*if the verification fails, then the merchant computer sends a document to the buyer computer indicating that access is not allowed.*

*167. The method of claim 165, wherein the merchant computer verifies whether a duration time for access has expired;*

*if the verification fails, then the merchant computer sends a document to the buyer computer indicating that the duration time has expired.*

*168. The method of claim 165, wherein the merchant computer verifies that a buyer computer network address is the same as a buyer network address contained in the access URL;*

*if the verification fails, then the merchant computer sends a document to the buyer computer indicating that access is not allowed.*

* * * * *