IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV - 2 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | |
|---|---|
| Soverain Software LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 6:07cv511 |
| CDW Corporation,<br>Newegg Inc.,<br>Redcats USA, Inc.,<br>Systemax Inc., and<br>Zappos.com, Inc., | ) ) ) ) ) ) |
| Defendants. | ) ) |

### JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Soverain Software LLC hereby demands a trial by jury on all issues triable of right by a jury.

November 2, 2007

Respectfully submitted,

*/s/ Kenneth R. Adamo*

Kenneth R. Adamo, State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
Mark C. Howland, State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

ATTORNEYS FOR PLAINTIFF

NYI-4020147v6

OF COUNSEL:

Thomas L. Giannetti
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York  10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306