AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

FILED CLERK
U.S. DISTRICT COURT
2007 NOV 2 PM 12:35
TEXAS EASTERN

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court For the Eastern District of Texas on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>6:07cv511 | DATE FILED<br>11/2/2007 | U.S. DISTRICT COURT For the Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>Soverain Software LLC | | DEFENDANT<br>CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., and Zappos.com, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,715,314 | 2/3/1998 | Soverain Software LLC |
| 2 | 5,715,314 C1 | 10/9/2007 | Soverain Software LLC |
| 3 | 5,909,492 | 6/1/1999 | Soverain Software LLC |
| 4 | 5,909,492 C1 | 8/7/2007 | Soverain Software LLC |
| 5 | 7,272,639 | 9/18/2007 | Soverain Software LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy