IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CDW Corporation,<br>Newegg Inc.,<br>Redcats USA, Inc.,<br>Systemax Inc., and<br>Zappos.com, Inc.,<br><br>    Defendants. | Civil Action No. 6:07cv511<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Soverain Software LLC ("Soverain") files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. Soverain states that there are no parent corporations owning more than ten percent (10%) of Soverain.

November 2, 2007

Respectfully submitted,

_Kenneth R. Adamo_
Kenneth R. Adamo, State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
Mark C. Howland, State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

ATTORNEYS FOR PLAINTIFF

NYI-4038115v1

- 2 -

OF COUNSEL:

Thomas L. Giannetti
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

NYI-4038115v1