◈AO 440 (Rev. 8/01) Summons in a Civil Action

FILED CLERK
U.S. DISTRICT COURT
2007 NOV 19 AM 9: 23
TEXAS EASTERN
BY_____

# UNITED STATES DISTRICT COURT

Eastern District of Texas

Soverain Software LLC

V.

CDW Corporation,
Newegg Inc.,
Redcats USA, Inc.,
Systemax Inc., and
Zappos.com, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 6:07cv511

TO: (Name and address of Defendant)

Zappos.com, Inc., 2280 Corporate Circle Dr., Suite 100, Henderson, NV 89074, by and through its registered agent for service:

Incorporating Services, Ltd.
3500 South Dupont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth R. Adamo
Jones Day
2727 North Harwood St.
Dallas, Texas  75201-1515

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND

CLERK OF COURT

NOV 0 2 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the summons & complaint was made by me[(1)] | 11/7/2007 @ 11:50 a.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| **Timothy C. Bennett** | **Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Barbara Berkert, records custodian, c/o Incorporating Services, Ltd., 3500 South DuPont Highway, Dover, DE 19901**

**50, F, W, 5'9", 150 pounds, brown hair, glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **11/8/2007**
              Date

*Timothy C. Bennett* (signature)

Timothy C. Bennett

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure