AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

FILED CLERK
U.S. DISTRICT COURT
2007 NOV 19 AM 9:23
TEXAS EASTERN
BY_____

Soverain Software LLC

V.

CDW Corporation,
Newegg Inc.,
Redcats USA, Inc.,
Systemax Inc., and
Zappos.com, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:07cv511

TO: (Name and address of Defendant)

CDW Corporation, 200 North Milwaukee Ave., Vernon Hills, IL 60061, by and through its registered agent for service:

Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth R. Adamo
Jones Day
2727 North Harwood St.
Dallas, Texas 75201-1515

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND

CLERK OF COURT

NOV 02 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Nov 6, 2007 |
| NAME OF SERVER (PRINT) Robert Bartel | TITLE Private Det / Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Clerk, Holly Blankenship 2:45pm

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 6 2007
Date

Signature of Server
115-00133

Address of Server
PO Box 1237
SoFld, IL
62791

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.