IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, <br><br>    Plaintiff, <br><br> v. <br><br> CDW Corporation, <br> Newegg Inc., <br> Redcats USA, Inc., <br> Systemax Inc., and <br> Zappos.com, Inc., <br><br>    Defendants. | § <br> § <br> § <br> § <br> § <br> § Civil Action No. 6:07-cv-511 <br> § <br> § Jury Trial Demanded <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### DEFENDANT SYSTEMAX INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND

Defendant Systemax Inc. (Systemax), files this their Unopposed Motion for Enlargement of Time in Which to Answer or Otherwise Respond to Plaintiff Soverain Software LLC's (Soverain) Complaint and would respectfully show the Court as follows:

1.  Soverain filed its Complaint on November 2, 2007. Systemax's response to the Complaint is due November 26, 2007. Systemax has requested, and Plaintiff has agreed to an extension of Systemax's date to answer or otherwise respond to Plaintiff's Original Complaint up to and including December 31, 2007.

2.  Soverain does not oppose this Motion.

3.  A proposed Order granting this agreed motion is attached for the Court's convenience.

1

Dated: November 21, 2007.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**


/s/ Eric W. Buether
Eric W. Buether
Attorney in Charge
Texas Bar No. 03316880
buethere@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas  75201
Telephone:  (214) 665-3664
Telecopier:  (214) 665-5964

Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400

**ATTORNEYS FOR DEFENDANT SYSTEMAX INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that Soverain Software LLC does not oppose the relief being sought in this Motion

/s/ Eric W. Buether
Eric W. Buether

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As Such, this motion was served on all counsel who have consented to electronic service on this 21[th] day of November, 2007. Local Rule CV-5(a)(3)(A).

/s/ Eric W. Buether
Eric W. Buether