IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., and ZAPPOS.COM, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:07-cv-511[LED] |

**DEFENDANT REDCATS USA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Redcats USA, Inc. ("Redcats"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Soverain Software, LLC's ("Soverain") Complaint and would respectfully show the Court as follows:

Defendant Redcats has requested and Plaintiff has agreed to an extension of time for Redcats to answer or otherwise respond to Plaintiff's Complaint. Specifically, Redcats requests, and Soverain does not oppose, an extension of time up to and including December 31, 2007.

This motion is made in good faith and not for the purpose of delay. Defendant Redcats requires additional time to investigate the claims asserted in the Complaint and to prepare an appropriate Answer or other response.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

US2000 10457895.1

Dated: November 21, 2007

                                          Respectfully submitted,

                            By:    */s/ Michael E. Jones*
                                      Michael E. Jones
                                      State Bar No. 10929400
                                      POTTER MINTON
                                      A Professional Corporation
                                      110 N. College, Suite 500 (75702)
                                      P. O. Box 359
                                      Tyler, Texas  75710
                                      (903) 597 8311
                                      (903) 593 0846 (Facsimile)
                                      mikejones@potterminton.com

<u>Of Counsel</u>:
J. Steven Gardner
SGardner@kilpatrickstockton.com
Tonya R. Deem
TDeem@kilpatrickstockton.com
Frank W. Leak
FLeak@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336-607-7300
Facsimile: 336-607-7500

                                      ATTORNEYS FOR DEFENDANT
                                      REDCATS USA, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of November, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

                                      */s/ Michael E. Jones*
                                      Michael E. Jones

US2000 10457895.1