# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § § Plaintiff, § v. § § CDW Corporation, § Newegg Inc., § Redcats USA, Inc. § Systemax Inc., § Redcats USA, L.P., § The Sportsman's Guide, Inc., and § TigerDirect, Inc., § § Defendants | Civil Action No. 6:07-CV-00511-LED JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that attorney Mark C. Howland enters his appearance in this matter as additional counsel for plaintiff Soverain Software LLC and consents to electronic service of all papers in this action.

DATED:  November 23, 2007

Respectfully submitted,

/s/ Mark C. Howland
Mark C. Howland, State Bar No. 24027240
Email:  mchowland@jonesday.com
Kenneth R. Adamo, State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

ATTORNEYS FOR PLAINTIFF

DLI-6156337v1

- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 6:07-CV-00511-LED |
| CDW Corporation, | § | |
| Newegg Inc., | § | JURY TRIAL DEMANDED |
| Redcats USA, Inc. | § | |
| Systemax Inc., | § | |
| Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc., and | § | |
| TigerDirect, Inc., | | |
| Defendants | | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of this document was served on November 19, 2007, via the Court's ECM/ECF service, to all counsel of record who have consented to such electronic service under Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 19th day of November, 2007.

Respectfully submitted,

/s/ Mark C. Howland
Mark C. Howland

DLI-6156337v1