# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> CDW Corporation, § <br> Newegg Inc., § <br> Redcats USA, Inc. § <br> Systemax Inc., § <br> Redcats USA, L.P., § <br> The Sportsman's Guide, Inc., and § <br> TigerDirect, Inc., § <br> § <br> Defendants | Civil Action No. 6:07-CV-00511-LED <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that attorney Thomas L. Giannetti enters his appearance in this matter as additional counsel for plaintiff Soverain Software LLC and consents to electronic service of all papers in the action.

November 26, 2007

Respectfully submitted,

/s/ Thomas L. Giannetti
Thomas L. Giannetti
tlgiannetti@jonesday.com
NY Attorney Reg. No. 1632819
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Phone: (212) 326-3917
Fax: (212) 755-7306

DLI-6157139v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 6:07-CV-00511-LED |
| CDW Corporation, | § | |
| Newegg Inc., | § | JURY TRIAL DEMANDED |
| Redcats USA, Inc. | § | |
| Systemax Inc., | § | |
| Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc., and | § | |
| TigerDirect, Inc., | | |
| | | |
| Defendants | | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of this document was served on November 26, 2007, via the Court's ECM/ECF service, to all counsel of record who have consented to such electronic service under Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 26th day of November 2007.

/s/ Thomas L. Giannetti
Thomas L. Giannetti