## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:07-cv-511 |
| | § | |
| CDW Corporation, | § | Jury Trial Demanded |
| Newegg Inc., | § | |
| Redcats USA, Inc., | § | |
| Systemax Inc., and | § | |
| Zappos.com, Inc., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING DEFENDANT, SYSTEMAX INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND

The Court has considered the motion to extend time to answer or otherwise respond to Plaintiff's Complaint and finds that such motion is well taken and should be GRANTED in all respects. Accordingly, IT IS ORDERED, that Systemax Inc.'s time to answer or otherwise respond in any manner to Plaintiff's Complaint is extended to **December 31, 2007**.

So ORDERED and SIGNED this 26th day of November, 2007.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1