IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., and ZAPPOS.COM, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:07-cv-511[LED] |

**ORDER GRANTING DEFENDANT REDCATS USA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Upon reviewing Defendant Redcats USA, Inc.'s Unopposed Motion for Extension of Time in which to Answer, Move, or Otherwise Respond to Plaintiff Soverain Software, LLC's Complaint, this Court finds that there is good cause for an enlargement of time allowing Defendant Redcats USA, Inc. up to and including December 31, 2007 to respond to Plaintiff's Complaint and accordingly GRANTS the Agreed Motion.

It is hereby ORDERED that Defendant Redcats USA, Inc. has up to and including December 31, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint.

**So ORDERED and SIGNED this 26th day of November, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

{A07\7897\0001\W0343842.1 }