**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Soverain Software, LLC** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | **Civil Action No. 6:07cv511-LED** |
| **CDW Corporation,** | § | |
| **Newegg Inc.,** | § | **Jury Trial Demanded** |
| **Redcats USA, Inc.,** | § | |
| **Systemax, Inc., and** | § | |
| **Zappos.com, Inc.** | § | |
| **Defendants** | § | |

**Notice of Appearance of Counsel for Defendant,
<u>Newegg Inc.</u>**

Defendant, Newegg Inc., notifies the Court and the parties of the appearance of Trey Yarbrough as counsel on its behalf.  Defendant respectfully requests that Mr. Yarbrough, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

Dated:  November 26, 2007                 Respectfully submitted,


/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
Yarbrough Law Firm
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yarbroughlawfirm.com

Attorney for Defendant,
Newegg Inc.

<u>Certificate of Service</u>

I certify that all counsel who have consented to electronic service have been served with a copy of this instrument via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2007. All counsel who have not so consented will be served via facsimile transmission or first class mail.

<u>/s/ Trey Yarbrough</u>
Trey Yarbrough