# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Soverain Software, LLC** § | | |
|     **Plaintiff** § | | |
| § | | |
| **vs.** § | | |
| § | Civil Action No. 6:07cv511-LED | |
| **CDW Corporation,** § | | |
| **Newegg Inc.,** § | Jury Trial Demanded | |
| **Redcats USA, Inc.,** § | | |
| **Systemax, Inc., and** § | | |
| **Zappos.com, Inc.** § | | |
|     **Defendant** § | | |

### Defendant, Newegg Inc.'s, Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiffs' Complaint

To The Honorable United States District Judge:

Defendant, Newegg Inc. ("Newegg"), respectfully moves the Court, pursuant to F.R.C.P. 6(b), for an extension of time in which to answer, move, or otherwise respond to Plaintiffs's Complaint:

1. Newegg was served with Plaintiffs's Complaint for Patent Infringement on November 6, 2007. Absent an extension of time, Newegg is required to respond to Plaintiff's Complaint on or before November 26, 2007. Defendant seeks an extension of time until December 31, 2007 in which to answer, move, or otherwise respond to the Complaint. As certified below, this motion is unopposed.

2. This suit for patent infringement alleges the infringement of three different patents by Newegg. Newegg needs the additional time requested in order to properly and adequately answer, move or otherwise respond to Plaintiff's

Complaint.  Newegg respectfully submits that good cause exists for the requested extension of time pursuant to F.R.C.P. 6(b).

Wherefore, Defendant, Newegg Inc., moves for an extension of time until December 31, 2007 in which to answer, move or otherwise respond to Plaintiff's Complaint.

Dated:  November 26, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Trey Yarbrough
　　　　　　　　　　　　　　　　　　　　Trey Yarbrough
　　　　　　　　　　　　　　　　　　　　Bar No.  22133500
　　　　　　　　　　　　　　　　　　　　Yarbrough Law Firm
　　　　　　　　　　　　　　　　　　　　100 E. Ferguson St., Ste. 1015
　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　Phone:  (903) 595-3111
　　　　　　　　　　　　　　　　　　　　Fax: (903) 595-0191
　　　　　　　　　　　　　　　　　　　　trey@yarbroughlawfirm.com

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Newegg Inc.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2007.  All other counsel of record will be served via facsimile or first class mail.

　　　　　　　　　　　　　　　　　　　　/s/ Trey Yarbrough
　　　　　　　　　　　　　　　　　　　　Trey Yarbrough

### Certificate of Conference

This is to certify that counsel for Defendant, Newegg Inc., has conferred with counsel for the Plaintiff regarding this motion and it is unopposed.

　　　　　　　　　　　　　　　　　　　　/s/ Trey Yarbrough
　　　　　　　　　　　　　　　　　　　　Trey Yarbrough