IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Soverain Software, LLC** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:07cv511-LED |
| **CDW Corporation,** | § | |
| **Newegg Inc.,** | § | JURY TRIAL DEMANDED |
| **Redcats USA, Inc.,** | § | |
| **Systemax, Inc., and** | § | |
| **Zappos.com, Inc.** | § | |
| **Defendant** | § | |

### Order Granting Defendant's Unopposed Motion For Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint

After considering Defendant, Newegg Inc.'s, Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that Newegg Inc. has until December 31, 2007 in which to answer, move or otherwise respond to Plaintiff's Complaint.