**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 6:07-CV-00511-LED |
| CDW Corporation, | § | |
| Newegg Inc., | § | JURY TRIAL DEMANDED |
| Redcats USA, Inc. | § | |
| Systemax Inc., | § | |
| Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc., and | § | |
| TigerDirect, Inc., | § | |
| | | |
| Defendants | | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the Amended Complaint for Patent Infringement (Docket No. 13) filed in the above-captioned matter was served on November 23, 2007, via the Court's ECM/ECF service, to all counsel of record who have consented to such electronic service under Local Rule CV-5(a)(3).  Any other counsel of record or Parties who have not appeared through counsel have been served this 26th day of November, 2007, as follows:

By mail:
Steven O. Gasser, Esq.
General Counsel
Zappos.com
2280 Corporate Circle, Suite 100
Henderson, NV  89074

By mail:
Christine A. Leahy, Esq.
Vice President, General Counsel and Corporate Secretary
CDW Corporation
200 North Milwaukee Ave.
Vernon Hills, IL  60061

By Federal Express:
Nathan J. Prepelka, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
**Counsel for Newegg, Inc.**

Respectfully submitted,


/s/ Mark C. Howland
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com
Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York  10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF