**Appendix K**

FILED CLERK
U.S. DISTRICT COURT
2007 NOV 28 PM 2: 38
TEXAS EASTERN
BY_____

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 6:07-cv-00511 (LED) Style: Soverain Software LLC v. CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., and Zappos.com
2. Applicant is representing the following party/ies: Systemax Inc.
3. Applicant was admitted to practice in New York on May 12, 1987.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied. If so, give complete information on a separate page.
7. Applicant has not ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: EDNY; SDNY; DAriz.; Fed Cir; NY App Div. 2d Dept.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys." yes
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)). yes
14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only. yes

**Application Oath:**

I, <u>Michael A. Nicodema</u>, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 11-20-07         Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

| | |
|---|---|
| Name (please print) | Michael A. Nicodema |
| State Bar Number | Not Applicable |
| Firm Name: | Greenberg Traurig, LLP |
| Address/P.O. Box: | 200 Park Avenue |
| City/State/Zip: | New York, New York 10166 |
| Telephone #: | (212) 801-9200 |
| Fax #: | (212) 801-6400 |
| E-mail Address: | nicodemam@gtlaw.com |
| Secondary E-mail Address: | |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __**11/29/07**__.

*David Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas


By _____
Deputy Clerk

Receipt for Payment
Receipt No:

# United States District Court
for the
Eastern District of Texas at Tyler

Date: Wednesday, November 28, 2007

Received from:

**GREENBERG TRAURIG**
**200 PARK AVENUE**
**NEW YORK, NY 10166**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: Check
Case or other reference: 6:07CV511
Comments: PHV - CK 21349; 21348; 21347

Received by: KB