# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § § § Plaintiff, § § v. § § CDW Corporation, Newegg Inc., Redcats USA, § Inc., Systemax Inc., and Zappos.com, Inc., § § Defendants. § § § § | Case No.   6:07-CV-00511 (LED) |

### ORDER ON DEFENDANT ZAPPOS.COM, INC.'S AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Came on for consideration the Agreed Motion for Extension of Time for Defendant Zappos.com, Inc. to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, and the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Agreed Motion for Extension of Time for Defendant Zappos.com, Inc. to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement is GRANTED.

IT IS FURTHER ORDERED that the deadline for Defendant Zappos.com, Inc. to file an answer or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended to and including December 31, 2007.