IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS, USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., <br><br> Defendants. | Civil Action No. 6:07-CV-511[LED] |

**DEFENDANTS REDCATS USA, L.P. AND THE SPORTSMAN'S GUIDE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants Redcats USA, L.P., ("Redcats LP") and The Sportsman's Guide, Inc. ("TSG"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Soverain Software, LLC's ("Soverain") Amended Complaint and would respectfully show the Court as follows:

Defendants Redcats LP and TSG have requested and Plaintiff has agreed to an extension of time for Redcats LP and TSG to answer or otherwise respond to Plaintiff's Amended Complaint. Specifically, Redcats LP and TSG request, and Soverain does not oppose, an extension of time up to and including December 31, 2007.

This motion is made in good faith and not for the purpose of delay.  Defendants Redcats LP and TSG require additional time to investigate the claims asserted in the Amended Complaint and to prepare an appropriate Answer or other response.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated:  December 7, 2007

                Respectfully submitted,

            By: */s/ Michael E. Jones*_____
              Michael E. Jones
              State Bar No. 10929400
              POTTER MINTON
              A Professional Corporation
              110 N. College, Suite 500 (75702)
              P.O. Box 359
              Tyler, Texas  75710
              Telephone:  903-597-8311
              Facsimile:  903-593-0846
              mikejones@potterminton.com

Of Counsel:

J. Steven Gardner
SGardner@kilpatrickstockton.com
Tonya R. Deem
TDeem@kilpatrickstockton.com
Frank W. Leak
FLeak@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone:  336-607-7300
Facsimile:  336-607-7500

              *Attorneys for Defendants Redcats USA, Inc.,*
              *Redcats USA, L.P., and The Sportsman's Guide,*
              *Inc.*

**CERTIFICATE OF SERVICE**

      I herby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of December, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

                                             */s/ Michael E. Jones*
                                             Michael E. Jones

US2000 10484675.1