IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>CDW CORPORATION, NEWEGG, INC., )<br>REDCATS USA, INC., SYSTEMAX, INC., )<br>ZAPPOS.COM, INC., REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., AND )<br>TIGERDIRECT, INC. )<br>)<br>   Defendants. )<br>)<br>)<br>)<br>) | Civil Action No. 6:07-CV-511 (LED) |

### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT OF PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant CDW Corporation (CDW), without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to extend the time within which Defendant CDW is required to move, answer or otherwise respond to Plaintiff's Amended Complaint for Patent Infringement to and including December 31, 2007.

II.

Counsel for Plaintiff, Soverain Software, LLC, is unopposed to this request.

III.

Defendant CDW seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, CDW respectfully prays that the time to answer, move or otherwise respond to Soverain Software, LLC's Amended Complaint for Patent Infringement be extended to and including December 31, 2007.

Dated: December 7, 2007                               Respectfully submitted,


By: /s/ Eric H. Findlay
   Eric H. Findlay (Lead Attorney)
   RAMEY & FLOCK, P.C.
   100 E. Ferguson, Suite 500
   Tyler, TX 75702
   (903) 597-3301
   (903) 597-2413 FAX
   efindlay@rameyflock.com

   Thomas L. Duston
   Russell C. Petersen
   Mark H. Izraelewicz
   MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
   233 South Wacker Drive
   Chicago, IL 60606-6357
   (312) 474-6300

   Attorneys for Defendant
   CDW Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT OF PLAINTIFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay_____
ERIC H. FINDLAY