**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CDW CORPORATION, NEWEGG, INC., )<br>REDCATS USA, INC., SYSTEMAX, INC., )<br>ZAPPOS.COM, INC., REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., AND )<br>TIGERDIRECT, INC. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Civil Action No. 6:07-CV-511 (LED) |

**ORDER**

On this day came on to be considered CDW Corporation (CDW)'s Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Amended Complaint of Soverain Software LLC, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Amended Complaint of Soverain Software LLC be granted and that the deadline for CDW to Answer or Otherwise Respond to the Amended Complaint has been extended to December 31, 2007.