IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS, USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC. <br><br> Defendants. | Civil Action No. 6:07CV-511[LED] |

## ORDER GRANTING DEFENDANTS REDCATS USA, L.P. AND THE SPORTSMAN'S GUIDE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Upon reviewing Defendants Redcats USA, L.P. and The Sportsman's Guide, Inc.'s Unopposed Motion for Extension of Time in which to Answer, Move, or Otherwise Respond to Plaintiff Soverain Software, LLC's Amended Complaint, this Court finds that there is good cause for an enlargement of time allowing Defendants Redcats USA L.P. and The Sportsman's Guide, Inc. up to and including December 31, 2007 to respond to Plaintiff's Amended Complaint and accordingly GRANTS the Agreed Motion.

It is hereby ORDERED that Defendants Redcats USA, L.P. and The Sportsman's Guide, Inc. have up to and including December 31, 2007 to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

**So ORDERED and SIGNED this 10th day of December, 2007.**

US2000 10484675.1



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**