# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:07-CV-511 (LED) |
| CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC. | ) |
| Defendants. | ) |

## ORDER

On this day came on to be considered CDW Corporation (CDW)'s Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Amended Complaint of Soverain Software LLC, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Amended Complaint of Soverain Software LLC be granted and that the deadline for CDW to Answer or Otherwise Respond to the Amended Complaint has been extended to December 31, 2007.

**So ORDERED and SIGNED this 10th day of December, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**