## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:07-cv-511 |
| § | |
| CDW Corporation, Newegg Inc., § | Jury Trial Demanded |
| Redcats USA, Inc., Systemax Inc., § | |
| Zappos.com, Inc., Redcats USA, L.P., § | |
| The Sportsman's Guide, Inc,. and § | |
| TigerDirect, Inc. § | |
| § | |
| Defendants. § | |
| § | |

### NOTICE OF APPEARANCE

Please take notice that attorney Mary-Olga Lovett enters her appearance in this matter as counsel for defendants Systemax Inc. and TigerDirect, Inc. and consents to electronic service of all papers in this action

*NY 238606283v1 12/10/2007*

Dated: December 10, 2007.

          Respectfully submitted,

**GREENBERG TRAURIG, LLP**


/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Lousiana Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 374-3500
Telecopier:  (713) 374-3505

**ATTORNEY FOR DEFENDANTS SYSTEMAX INC., AND TIGERDIRECT, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As Such, this motion was served on all counsel who have consented to electronic service on this 10th day of December, 2007.  Local Rule CV-5(a)(3)(A).

s/ Mary-Olga Lovett
Mary-Olga Lovett

*NY 238606283v1 12/10/2007*