IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CDW Corporation, Newegg Inc., § <br> Redcats USA, Inc., Systemax Inc., § <br> Zappos.com, Inc., Redcats USA, L.P., § <br> The Sportsman's Guide, Inc,. and § <br> TigerDirect, Inc. § <br> § <br> Defendants. § <br> § | Civil Action No. 6:07-cv-511 <br><br> Jury Trial Demanded |

**DEFENDANT SYSTEMAX INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

Defendant Systemax Inc. (Systemax), files this their Unopposed Motion for Enlargement of Time in Which to Answer or Otherwise Respond to Plaintiff Soverain Software LLC's (Soverain) Amended Complaint and would respectfully show the Court as follows:

1.  Soverain filed its Amended Complaint on November 23, 2007. Systemax has requested, and Plaintiff has agreed to an extension of Systemax's date to answer or otherwise respond to Plaintiff's Amended Complaint up to and including December 31, 2007.

2.  The Court Granted the Original Unopposed Motion for Enlargement of Time in Which to Answer or Otherwise Respond on November 26, 2007.

1

3.	Soverain does not oppose this Motion.

3.	A proposed Order granting this agreed motion is attached for the Court's convenience.

Dated: December 10, 2007.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Lousiana Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 374-3500
Telecopier:  (713) 374-3505

Barry J. Schindler
Micheal A. Nicodema
Gaston Kroub
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400

**ATTORNEYS FOR DEFENDANT SYSTEMAX INC.**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that Soverain Software LLC does not oppose the relief being sought in this Motion

s/ Mary-Olga Lovett
Mary-Olga Lovett

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.  As Such, this motion was served on all counsel who have consented to electronic service on this 10th day of December, 2007.  Local Rule CV-5(a)(3)(A).

s/ Mary-Olga Lovett
Mary-Olga Lovett