IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:07-cv-511 |
| CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.com, Inc., Redcats USA, L.P., The Sportsman's Guide, Inc,. and TigerDirect, Inc. | § § § § § § § | Jury Trial Demanded |
| Defendants. | § § | |

**DEFENDANT TIGERDIRECT, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

Defendant TigerDirect, Inc. (Tiger), files this their Unopposed Motion for Enlargement of Time in Which to Answer or Otherwise Respond to Plaintiff Soverain Software LLC's (Soverain) Amended Complaint and would respectfully show the Court as follows:

1.  Soverain filed its Amended Complaint on November 23, 2007.  Tiger has requested, and Plaintiff has agreed to an extension of Tiger's date to answer or otherwise respond to Plaintiff's Amended Complaint up to and including December 31, 2007.

2.  Soverain does not oppose this Motion.

3.  A proposed Order granting this agreed motion is attached for the Court's convenience.

1

Dated: December 10, 2007.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

<u>/s/ Mary-Olga Lovett</u>
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Lousiana Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 374-3500
Telecopier:  (713) 374-3505

Barry J. Schindler
Micheal A. Nicodema
Gaston Kroub
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400

**ATTORNEYS FOR DEFENDANT TIGERDIRECT, INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Soverain Software LLC does not oppose the relief being sought in this Motion

                                                  s/ Mary-Olga Lovett
                                                  Mary-Olga Lovett

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As Such, this motion was served on all counsel who have consented to electronic service on this 10th day of December, 2007.  Local Rule CV-5(a)(3)(A).

                                                  s/ Mary-Olga Lovett
                                                  Mary-Olga Lovett