**Appendix K**                                                                  Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Tyler___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2007 DEC 10 PM 4: 29
TEXAS EASTERN

1. This application is being made for the following: Case # __6:07-CV-00511-LED__
Style: __Soverain Software LLC v. CDW Corporation, et al.__
2. Applicant is representing the following party/ies: __Soverain Software LLC__
3. Applicant was admitted to practice in __FL, DC, NY, CA__ (state) on __9/1995, 6/2001, 2/2002, 12/2006__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Middle District of Florida, Southern District of Florida, Southern District of New York, Eastern District of New York__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he / (she) is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Jennifer Seraphine__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __11/30/07__         Signature __/s/ Jennifer Seraphine__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) **Jennifer Seraphine**
State Bar Number **CA State Bar #245463**
Firm Name: **Jones Day**
Address/P.O. Box: **555 California Street, 26th Floor**
City/State/Zip: **San Francisco, CA  94104**
Telephone #: **415-875-5892**
Fax #: **415-875-5700**
E-mail Address: **jseraphine@jonesday.com**
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **12/11/07**



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No.

# United States District Court
for the
Eastern District of Texas at Tyler

Date:  Monday, December 10, 2007

Received from:

**JONES DAY**
**555 CALIFORNIA STREET**
**26TH FLOOR**
**SAN FRANCISCO, CA  94104**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

Payment method:  **Check**
Case or other reference:  **6:07CV511**
Comments:  **PHV - CK 1006636**

Received by:  **KB**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |