# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| Soverain Software LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:07-cv-511 |
| CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.com, Inc., Redcats USA, L.P., The Sportsman's Guide, Inc,. and TigerDirect, Inc. | § § § § § § § | Jury Trial Demanded |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANT, TIGERDIRECT, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND

The Court has considered the motion to extend time to answer or otherwise respond to Plaintiff's Amended Complaint and finds that such motion is well taken and should be GRANTED in all respects. Accordingly, IT IS ORDERED, that TigerDirect, Inc.'s time to answer or otherwise respond in any manner to Plaintiff's Amended Complaint is extended to **December 31, 2007**.

So ORDERED and SIGNED this 11th day of December, 2007.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

4