AO 440 (Rev. 8/01) Summons in a Civil Action

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 1 0 2007

DAVID J. MALAND, CLERK
BY
DEPUTY

# UNITED STATES DISTRICT COURT

Eastern District of Texas

Soverain Software LLC

V.

CDW Corporation,
Newegg Inc.,
Redcats USA, Inc.,
Systemax Inc.,
Zappos.com, Inc.,
Redcats USA, L.P.,
The Sportsman's Guide, Inc., and
TigerDirect, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   6:07-CV-00511-LED

TO: (Name and address of Defendant)

TigerDirect, Inc., 7795 West Flagler, Suite 35, Miami, FL 33144, by and through its registered agent for service:

Prentice Hall Legal & Financial Services
1201 Hays Street
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth R. Adamo
Jones Day
2727 North Harwood St.
Dallas, Texas 75201-1515

Justin L. Vause
Certified Process Server ID#162
Second Judicial Circuit Florida
Date 11/28/07  Time 3:25P

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland

CLERK OF COURT

11/26/07

DATE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Florida

Case Number: 6:07-CA-00511-LED

Plaintiff:
Soverain Software, LLC,

vs.

Defendant:
CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax, Inc.,
Zappos USA, L.P., The Sportsman's Guide, Inc., and TigerDirect, Inc.,

For:
Kenneth R. Adamo
Dickman Davenport
3131turtle Creek Boulevard
Suite 320
Dallas, TX 75219

Received by Vause's Process Service on the 28th day of November, 2007 at 11:00 am to be served on **TigerDirect, Inc. c/o The Prentice-Hall Corporation Sytem, Inc., R.A., 1201 Hays Street, Tallahassee, FL 32301**.

I, Justin L. Vause, being duly sworn, depose and say that on the **28th day of November, 2007** at **3:25 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons, Amended Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Gwen Butler** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **The Prentice-Hall Corporation System, Inc.** as **Registered Agent for TigerDirect, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and not a party to this action. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.

Subscribed and Sworn to before me on the 29th day of November, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ALLEN PYKE
MY COMMISSION # DD 612400
EXPIRES: December 3, 2010
Bonded Thru Budget Notary Services

Justin L. Vause
I.D. #162 2nd Circuit

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: 2007016886
Ref: Teri

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f