AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 1 0 2007
DAVID J. MALAND, CLERK
BY
DEPUTY

Soverain Software LLC

SUMMONS IN A CIVIL ACTION

V.

CDW Corporation,
Newegg Inc.,
Redcats USA, Inc.,
Systemax Inc.,
Zappos.com, Inc.,
Redcats USA, L.P.,
The Sportsman's Guide, Inc., and
TigerDirect, Inc.

CASE NUMBER:   6:07-CV-00511-LED

TO: (Name and address of Defendant)

The Sportsman's Guide, Inc., 411 Farwell Ave., South St. Paul, MN 55075, by and through its registered agent for service:

CT Corporation System Inc.
100 S 5th Street #1075
Minneapolis, MN 55402

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth R. Adamo
Jones Day
2727 North Harwood St.
Dallas, Texas  75201-1515

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland                                          11/26/07

CLERK OF COURT                                        DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE  11/28/07   3:15 PM |
| NAME OF SERVER *(PRINT)*  Leif Hanson | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personal service upon Deb Van Ness, Agent for C.T. Corporation, its Registered Agent

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/07
                    *Date*                  *Signature of Server*

330 2nd Ave S #150, Minneapolis MN 55401
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.