AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

DEC 10 2007
DAVID J. MALAND, CLERK
BY
DEPUTY

Soverain Software LLC

V.

CDW Corporation,
Newegg Inc.,
Redcats USA, Inc.,
Systemax Inc.,
Zappos.com, Inc.,
Redcats USA, L.P.,
The Sportsman's Guide, Inc., and
TigerDirect, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  6:07-CV-00511-LED

TO: (Name and address of Defendant)

Redcats USA, L.P., 463 7th Avenue, New York, NY 10018, by and through its registered agent for service in the State of Texas:

C T Corporation System
1021 Main Street, Suite 1150
Houston, TX 77002.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth R. Adamo
Jones Day
2727 North Harwood St.
Dallas, Texas  75201-1515

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland                                               11/26/07

CLERK OF COURT                                        DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 28Th 2007 3:30PM |
| NAME OF SERVER (PRINT) Michael GRIFFIN | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   CT Corporation System, 1021 Main St Suite 1150 Houston Texas 77002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/07
            Date

Signature of Server   *Michael Griffin* SCh538

1925 Lexington Houston Texas 77098
Address of Server

*Dawn A. Lilly*

DAWN A LILLY
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 5, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.