Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Tyler___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
2007 DEC 11 PM 4: 20
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # __6:07-cv-00511-LED__
Style: __Soverain Software LLC v. CDW Corp., et al.__
2. Applicant is representing the following party/ies: __Redcats USA, Inc., Redcats USA, L.P. and The Sportsman's Guide, Inc.__
3. Applicant was admitted to practice in __NC__ (state) on __8/24/96__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / ~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / ~~has not~~ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / ~~has not~~ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: __US District Courts for the Middle, Eastern and Western Districts of North Carolina 1996; and the US Court of Appeals for the Federal Circuit - 12/04/06)__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Tonya R. Deem__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/6/2007__       Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Tonya R. Deem__
State Bar Number __23075__
Firm Name: __Kilpatrick Stockton LLP__
Address/P.O. Box: __1001 West Fourth Street__
City/State/Zip: __Winston-Salem, North Carolina  27101__
Telephone #: __336-607-7300__
Fax #: __336-607-7500__
E-mail Address: __tdeem@kilpatrickstockton.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __12/12/07__



DAVID J. MALAND

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk