IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 6:07-cv-511 (LED) |
| | § | |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX INC., | § | |
| AND ZAPPOS.COM, INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Defendant, Zappos.com, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 12th day of December, 2007.

DATED:  December 12, 2007          Respectfully submitted,


                          By:  /s/ S. Calvin Capshaw
                              S. Calvin Capshaw
                              State Bar No. 0378390
                              Elizabeth L. DeRieux
                              State Bar No. 05770585
                              BROWN MCCARROLL, LLP
                              1127 Judson Road, Suite 220
                              P.O. Box 3999 (75606-3999)
                              Longview, Texas 75601-5157
                              Telephone:  (903) 236-9800
                              Facsimile:   (903) 236-8787
                              Email: ccapshaw@mailbmc.com
                              Email: ederieux@mailbmc.com


                              Attorneys for Defendant,
                              Zappos.com, Inc.


**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              /s/ S. Calvin Capshaw
                                              S. Calvin Capshaw