## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such this motion was served on all counsel who have consented to electronic service on this 12th day of December, 2007. Local Rule CV-5(a)(3)(A).

/s/ Mary-Olga Lovett
Mary-Olga Lovett

HOU 406,199,326v1 12/13/2007