IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 6:07-cv-511 |
| | § |
| CDW Corporation, Newegg Inc., | § Jury Trial Demanded |
| Redcats USA, Inc., Systemax Inc., | § |
| Zappos.com, Inc., Redcats USA, L.P., | § |
| The Sportsman's Guide, Inc,. and | § |
| TigerDirect, Inc. | § |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

Please take notice that attorney Barry J. Schindler enters his appearance in this matter as counsel for defendant TigerDirect, Inc. and consents to electronic service of all papers in this action.

*NY 238606304v1 12/10/2007*

Dated: December 10, 2007.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

_____
Barry J. Schindler
schindlerb@gtlaw.com
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEY FOR DEFENDANTS SYSTEMAX INC., AND TIGERDIRECT, INC.**