IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, | § |
| Plaintiff, | § § § |
| v. | § Civil Action No. 6:07-cv-511 |
| CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.com, Inc., Redcats USA, L.P., The Sportsman's Guide, Inc,. and TigerDirect, Inc. | § Jury Trial Demanded § § § § § |
| Defendants. | § § |

## NOTICE OF APPEARANCE

Please take notice that attorney Gaston Kroub enters his appearance in this matter as counsel for defendant TigerDirect, Inc. and consents to electronic service of all papers in this action.

Dated: December 10, 2007.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

_/s/ Gaston Kroub_

Gaston Kroub
kroubg@gtlaw.com
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEY FOR DEFENDANTS
SYSTEMAX INC., AND
TIGERDIRECT, INC.**