IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC. <br><br> Defendants. | Civil Action No. 6:07CV-511[LED] |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT REDCATS USA, INC.

It is hereby stipulated and agreed by and between Plaintiff Soverain Software LLC and Defendant Redcats USA, Inc., and by their attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Soverain Software LLC's claims against Defendant Redcats USA, Inc. in the above-captioned action be, and they hereby are, dismissed without prejudice.

Each party shall bear its own costs and attorneys' fees.

US2000 10484675.1
NYI-4052076v1

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas L. Giannetti (w/permission)<br>Kenneth Robert Adamo<br>State Bar No. 00846960<br>Mark Christopher Howland<br>State Bar No. 24027240<br>JONES DAY – Dallas<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Telephone: 214-969-4856<br>Email: mchowland@jonesday.com<br>Email: kradamo@jonesday.com<br><br><br>Thomas I. Giannetti<br>NY Attorney Reg. No. 1632819<br>Barry R. Satine<br>Ognian V. Shentov<br>NY Attorney Reg. No. 2867737<br>JONES DAY – New York<br>222 E 41 Street<br>New York, NY 10017<br>Telephone: 212-326-3939<br>Facsimile: 212-755-7306<br>Email: tlgiannetti@jonesday.com<br>Email: barryrsatine@jonesday.com<br>Email: ovshentov@jonesday.com<br><br>Jennifer Seraphine<br>JONES DAY – San Francisco<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-875-5892<br>Facsimile: 415-875-5700<br>Email: jseraphine@jonesday.com<br><br><br>*Attorneys for Plaintiff Soverain Software LLC* | /s/ Tonya R. Deem (w/permission)<br>Michael E. Jones<br>State Bar No. 10929400<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P.O. Box 359<br>Tyler, Texas  75710<br>Telephone:  903-597-8311<br>Facsimile:  903-593-0846<br>mikejones@potterminton.com<br><br><br>J. Steven Gardner (N.C. Bar No. 20984)<br>Tonya R. Deem (N.C. Bar No. 23075)<br>Frank W. Leak (N.C. Bar No. 27937)<br>KILPATRICK STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>Telephone:  336-607-7300<br>Facsimile:  336-607-7500<br>Email: SGardner@kilpatrickstockton.com<br>Email: TDeem@kilpatrickstockton.com<br>Email: FLeak@kilpatrickstockton.com<br><br>*Attorneys for Defendant Redcats USA, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2007, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Thomas L. Giannetti

US2000 10484675.1
NYI-4052076v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC. <br><br> Defendants. | Civil Action No. 6:07CV-511[LED] |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT REDCATS USA, INC.

Before the Court is the parties' Stipulation of Dismissal as to Defendant Redcats USA, Inc. After considering the Stipulation and finding that good cause exists for the granting of the same, it is hereby ORDERED that Defendant Redcats USA, Inc. is DISMISSED from the above-entitled and numbered case without prejudice as to the re-filing of same, and that each party shall bear their own costs and fees.

_____