IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

SOVERAIN SOFTWARE LLC.,

        Plaintiff,

v.

CDW CORPORATION, NEWEGG, INC.,
REDCATS USA, INC., SYSTEMAX, INC.,
ZAPPOS.COM, INC., REDCATS USA,
L.P., THE SPORTSMAN'S GUIDE, INC.,
and TIGERDIRECT, INC.

        Defendants.

Civil Action No. 6:07CV-511[LED]

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT REDCATS USA, INC.

Before the Court is the parties' Stipulation of Dismissal as to Defendant Redcats USA, Inc. After considering the Stipulation and finding that good cause exists for the granting of the same, it is hereby ORDERED that Defendant Redcats USA, Inc. is DISMISSED from the above-entitled and numbered case without prejudice as to the re-filing of same, and that each party shall bear their own costs and fees.

_____

US2000 10484675.1
NYI-4052076v1