**Appendix K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____Tyler_____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT

2007 DEC 21 PM 2:08

TEXAS EASTERN

BY_____

1. This application is being made for the following: Case # __6:07-cv-00511-LED__
Style: __Soverain Software LLC v. CDW Corporation et al__
2. Applicant is representing the following party/ies: __CDW Corporation__
3. Applicant was admitted to practice in __Illinois__ (state) on __August 17, 1997__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
_____See Attachment A_____
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Thomas L. Duston_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/19/07__     Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Thomas L. Duston
State Bar Number  06196612
Firm Name:    Marshall, Gerstein & Borun LLP
Address/P.O. Box: 233 S. Wacker Dr., 6300 Sears Tower
City/State/Zip: Chicago, IL  60606
Telephone #:  (312) 474-6300
Fax #:   (312) 474-0448
E-mail Address: tduston@marshallip.com
Secondary E-Mail Address:   mkowalski@marshallip.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____**12/26/07**_____

_David Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## ATTACHMENT A

| | |
|---|---|
| U.S. District Court-General Bar | Admitted 12/16/87 |
| U.S. District Court-Trial Bar | Admitted 06/19/97 |
| U.S.D.C. District of Minnesota | Admitted 03/11/91 |
| U.S.D.C. Northern District of Texas (Dallas Division) | Admitted 03/21/94 |
| U.S.D.C. Eastern District of Michigan | Admitted 12/14/00 |
| U.S. Court of Appeals for the Fifth Circuit (New Orleans, LA) | Admitted 10/12/95 |
| U.S. Court of Appeals for the Third Circuit (Philadelphia, PA) | Admitted 05/19/03 |
| U.S. Court of Appeals for the Federal Circuit (Washington, DC) | Admitted 09/30/02 |

# Receipt for Payment

Receipt No: 03-00121950

# United States District Court

for the
Eastern District of Texas at Tyler

Date:  Friday, December 21, 2007

Received from:

RAMEY & FLOCK P.C.
100 E. FERGUSON
SUITE 500
TYLER, TX 75702

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: Check
Case or other reference: 6:07CV511
Comments: PHV - CK 111544

Received by:  KB