IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 6:07-cv-511 (LED) |
| | § | |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX INC., | § | |
| AND ZAPPOS.COM, INC., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT ZAPPOS.COM, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Zappos.com, Inc. respectfully requests that S. Calvin Capshaw and the law firm of Brown McCarroll, L.L.P. be permitted to withdraw as counsel of record for Defendant Zappos.com, Inc. in this matter.  No other changes are requested at this time regarding the other attorneys acting as counsel of record for Defendant Zappos.com, Inc.

Dated:  December 28, 2007 Respectfully submitted,

By:  S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03895700
E-mail: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
E-mail: ederieux@mailbmc.com
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas  75601
Phone:  (903) 236-9800
Facsimile:  (903) 236-8787

Theodore Herhold
E-mail: ttherhold@townsend.com
Townsend and Townsend and Crew, LLP
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

**ATTORNEYS FOR DEFENDANT,
ZAPPOS.COM, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant, Zappos.com, Inc., met and conferred with Plaintiff's counsel regarding this Motion to Withdraw, and opposing counsel does not object to the relief requested.

/s/ S. Calvin Capshaw