**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Soverain Software LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:07-CV-00511-LED |
| | ) | |
| CDW Corporation; Newegg Inc.; Redcats | ) | JURY TRIAL DEMANDED |
| USA, Inc.; Systemax Inc.; Zappos.com, | ) | |
| Inc.; Redcats USA, L.P.; The Sportsman's | ) | |
| Guide, Inc.; and TigerDirect, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## NEWEGG INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 Newegg Inc. ("Newegg") hereby states

that Newegg has no parent corporation and that no publicly held corporation owns more than

10% of Newegg's stock.

Respectfully submitted,

Dated:  December 31, 2007

By: /s/ Eric H. Findlay
Eric H. Findlay
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX  75702
T:  903.597.3301
F:  903.597.2413
E:  efindlay@rameyflock.com

Thomas L. Duston
Charles E. Juister
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL  60606
T:  312.474.6300
F:  312.474.0448
*Attorneys for Defendant Newegg Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, I electronically filed the foregoing

**NEWEGG INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court

using the CM/ECF system which will send notification of such filing via electronic mail to all

counsel of record.

/s/ Eric H. Findlay_____
ERIC H. FINDLAY