IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:07-CV-00511-LED |
| | ) |
| CDW Corporation; Newegg Inc.; Redcats | ) JURY TRIAL DEMANDED |
| USA, Inc.; Systemax Inc.; Zappos.com, | ) |
| Inc.; Redcats USA, L.P.; The Sportsman's | ) |
| Guide, Inc.; and TigerDirect, Inc., | ) |
| | ) |
| Defendants. | ) |

## CDW CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 CDW Corporation ("CDW") hereby states that CDW is a wholly owned subsidiary of VH Holdings, Inc., which is a wholly owned subsidiary of CDW Holdings LLC.  No publicly held corporation owns more than 10% of CDW's stock.

                                                    Respectfully submitted,

Dated:  December 31, 2007                  By: /s/ Eric H. Findlay
                                                                 Eric H. Findlay
                                                                  RAMEY & FLOCK, P.C.
                                                                  100 E. Ferguson, Suite 500
                                                                  Tyler, TX  75702
                                                                  T:  903.597.3301
                                                                  F:  903.597.2413
                                                                  E:  efindlay@rameyflock.com

                                                                  Thomas L. Duston
                                                                  Charles E. Juister
                                                                  Scott A. Sanderson
                                                                  MARSHALL, GERSTEIN & BORUN LLP
                                                                 233 S. Wacker Dr., Suite 6300
                                                                  Chicago, IL  60606
                                                                  T:  312.474.6300
                                                                  F:  312.474.0448
                                                                  *Attorneys for Defendant CDW Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, I electronically filed the foregoing **CDW CORPORATION'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
ERIC H. FINDLAY