**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Soverain Software LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:07-CV-00511-LED |
| | ) | |
| CDW Corporation; Newegg Inc.; Redcats | ) | JURY TRIAL DEMANDED |
| USA, Inc.; Systemax Inc.; Zappos.com, | ) | |
| Inc.; Redcats USA, L.P.; The Sportsman's | ) | |
| Guide, Inc.; and TigerDirect, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## ZAPPOS.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 Zappos.com, Inc., a Delaware corporation

("Zappos"), hereby states that Zappos is a wholly owned subsidiary of Zappos.com, Inc., a

California corporation.  No publicly held corporation owns more than 10% of Zappos' stock.

Respectfully submitted,

Dated:  December 31, 2007

By: /s/ Eric H. Findlay
Eric H. Findlay
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX  75702
T:  903.597.3301
F:  903.597.2413
E:  efindlay@rameyflock.com

Thomas L. Duston
Charles E. Juister
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL  60606
T:  312.474.6300
F:  312.474.0448
*Attorneys for Defendant Zappos.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, I electronically filed the foregoing

**ZAPPOS.COM, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of

Court using the CM/ECF system which will send notification of such filing via electronic mail to

all counsel of record.

/s/ Eric H. Findlay _____
ERIC H. FINDLAY