# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |
|---|---|
| Soverain Software LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:07-cv-511 |
| § | |
| CDW Corporation, § | Jury Trial Demanded |
| Newegg Inc., § | |
| Redcats USA, Inc., § | |
| Systemax Inc., and § | |
| Zappos.com, Inc., § | |
| § | |
| Defendants. § | |
| § | |

## MOTION TO WITHDRAW AS COUNSEL

Eric W. Buether of Greenberg Traurig, LLP, files this Motion to Withdraw as Lead Counsel for Defendant, Systemax Inc. ("Sytemax"), pursuant to Local Rule 83.12, and would show the Court as follows:

1.     Defendant is presently represented *Pro Hac Vice* by Greenberg Traurig, LLP's, New York office, by Barry J. Schindler, Michael A. Nicodema, and Gaston Kroub. Defendant is also represented by local counsel Mary-Olga Lovett of the Greenberg Traurig, LLP office in Houston, Texas.

2.     Mr. Buether seeks to withdraw because Mr. Nicodema will serve as lead counsel for Defendant.

3.     Mr. Buether's withdrawal will not have any adverse effect on Defendant.

4. Mr. Buether requests all service lists be modified to ensure that all hard copies (mail or facsimile) and/or electronic documents or notices are no longer distributed to him, but rather to:

>Barry J. Schindler
>Email: schindlerb@gtlaw.com
>Michael A. Nicodema
>Email: nicodemam@gtlaw.com
>Gaston Kroub
>Email: kroubg@gtlaw.com
>Greenberg Traurig, LLP
>MetLife Building
>200 Park Avenue, 34th Floor
>New York, New York 10166
>Telephone: (212) 801-9200
>Facsimile: (212) 801-6400

Dated: January 2, 2008                           Respectfully Submitted,


**GREENBERG TRAURIG, LLP**


/s/ Eric W. Buether
Eric W. Buether
Texas Bar No. 03316880
E-Mail: buethere@gtlaw.com
2200 Ross Avenue, Suite 5200
JP Morgan Chase Tower
Dallas, TX 75201
Telephone: (214) 665-3664
Facsimile: (214) 665-5964

**ATTORNEYS FOR DEFENDANT SYSTEMAX INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on January 2, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

.

                                                    /s/ Eric W. Buether
                                                    Eric W. Buether