IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:07-cv-511 |
| CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., and Zappos.com, Inc., | § § § § § § § | Jury Trial Demanded |
| Defendants. | § § | |

**ORDER**

The Court has considered the Motion to Withdraw Eric W. Buether as Lead Counsel and is of the opinion that it should be GRANTED.

It is therefore ORDERED that Eric W. Buether be removed as lead counsel for Defendant, Systemax Inc.

Signed this _____ day of January, 2008.