IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § Civil Action No: 6:07-cv-511 (LED) |
| | § |
| CDW CORPORATION, NEWEGG INC., | § |
| REDCATS USA, INC., SYSTEMAX INC., | § |
| AND ZAPPOS.COM, INC. | § |
| | § |
| Defendants. | § |

## ORDER GRANTING DEFENDANT ZAPPOS.COM, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration Defendant Zappos.com, Inc.'s Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant Zappos.com, Inc.'s Motion for Withdrawal of Counsel be and hereby is GRANTED, and that S. Calvin Capshaw and the law firm of Brown McCarroll, L.L.P. is no longer counsel of record for Defendant Zappos.com, Inc. in this matter.

**So ORDERED and SIGNED this 2nd day of January, 2008.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**