IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No.   6:07-CV-00511 (LED) |
| CDW Corporation, Newegg, Inc., Redcats USA, Inc., Systemax, Inc., and Zappos.com, Inc., | | |
| Defendants. | | |

### DEFENDANT ZAPPOS.COM, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Zappos.com, Inc. respectfully requests that Theodore T. Herhold and the law firm of Townsend and Townsend and Crew, LLP be permitted to withdraw as counsel of record for Defendant Zappos.com, Inc. in this matter.  No other changes are requested at this time regarding the other attorneys acting as counsel of record for Defendant Zappos.com, Inc. Plaintiff Soverain Software LLC does not oppose this motion.

DATED:  January 2, 2008            Respectfully submitted,

By: /s/ Theodore T. Herhold

    Theodore T. Herhold (Lead Attorney)
    State Bar No. 122895
    TOWNSEND AND TOWNSEND AND CREW LLP
    379 Lytton Avenue
    Palo Alto, California  94301-1431
    Telephone: (650) 326-2400
    Facsimile: (650) 326-2422
    E-mail:  ttherhold@townsend.com

    **Attorneys for Defendant ZAPPOS.COM, INC.**

61245149 v1

**CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on January 2, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this dame date.

                                               /s/ Theodore T. Herhold  
                                                Theodore T. Herhold