## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDW Corporation, Newegg, Inc., Redcats USA, Inc., Systemax, Inc., and Zappos.com, Inc.,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§   Case No.   6:07-CV-00511 (LED)<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

The Court has considered the Unopposed Motion to Withdraw Theodore T. Herhold and the law firm of Townsend and Townsend and Crew, LLP as counsel of record for Defendant Zappos.com, Inc. and is of the opinion that it should be GRANTED.

It is therefore ORDERED that Theodore T. Herhold and the law firm of Townsend and Townsend and Crew, LLP be removed as counsel for Defendant Zappos.com, Inc.