# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § § § Plaintiff, § § v. § Civil Action No. 6:07-cv-511 § CDW Corporation, § Jury Trial Demanded Newegg Inc., § Redcats USA, Inc., § Systemax Inc., and § Zappos.com, Inc., § § Defendants. § § | |

## ORDER

The Court has considered the Motion to Withdraw Eric W. Buether as Lead Counsel and is of the opinion that it should be GRANTED.

It is therefore ORDERED that Eric W. Buether be removed as lead counsel for Defendant, Systemax Inc.

**So ORDERED and SIGNED this 3rd day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

ORDER