# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:07-CV-00511 (LED) |
| CDW Corporation, Newegg, Inc., Redcats USA, Inc., Systemax, Inc., and Zappos.com, Inc., | § § § § | |
| Defendants. | § § § | |

## **ORDER**

The Court has considered the Unopposed Motion to Withdraw Theodore T. Herhold and the law firm of Townsend and Townsend and Crew, LLP as counsel of record for Defendant Zappos.com, Inc. and is of the opinion that it should be GRANTED.

It is therefore ORDERED that Theodore T. Herhold and the law firm of Townsend and Townsend and Crew, LLP be removed as counsel for Defendant Zappos.com, Inc.

**So ORDERED and SIGNED this 3rd day of January, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**