IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 6:07-CV-00511-LED

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT REDCATS USA, L.P.**

Pursuant to Federal Rule of Civil Procedure 7.1, Redcats USA, L.P. ("Redcats USA") states that its parent corporations are VLP Corporation, Chadwick's of Boston, Inc., Redcats USA, Inc., Redcats USA, LLC, Redcats UK, Plc, Redcats, S.A., and PPR, S.A., which is publicly traded on the Euronext Paris Stock Exchange. No publicly held entity owns 10% or more of the stock of Redcats USA.

Respectfully submitted, this the 7 day of January 2008.

By:/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 College, Suite 500 (75202)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

J. Steven Gardner (N.C. Bar No. 20984)
(admitted *pro hac vice*)
SGardner@kilpatrickstockton.com
Tonya R. Deem (N.C. Bar No. 23075)
(admitted *pro hac vice*)
TDeem@kilpatrickstockton.com
Frank W. Leak, Jr. (N.C. Bar No. 27937)
(admitted *pro hac vice*)
FLeak@kilpatrickstockton.com

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607 7300 (telephone)
(336) 734 2674 (facsimile)

*Attorneys for Defendant Redcats USA, L.P.*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of January 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

                */s/ Michael E. Jones*_____
                Michael E. Jones