IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>CDW CORPORATION, NEWEGG )<br>INC., REDCATS USA, INC., )<br>SYSTEMAX INC., ZAPPOS.COM, )<br>INC., REDCATS USA, L.P., THE )<br>SPORTSMAN'S GUIDE, INC., and )<br>TIGERDIRECT, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 6:07-CV-00511-LED |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE SPORTSMAN'S GUIDE, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, The Sportsman's Guide, Inc. ("The Sportsman's Guide") states that its parent corporations are VLP Corporation, Redcats USA, Inc., Redcats USA, LLC, Redcats UK, Plc, Redcats, S.A., and PPR, S.A., which is publicly traded on the Euronext Paris Stock Exchange. No publicly held entity owns 10% or more of the stock of The Sportsman's Guide.

Respectfully submitted, this the 7th day of January 2008.

By:*/s/ Michael E. Jones*
    Michael E. Jones
    State Bar No. 10929400
    POTTER MINTON
    A Professional Corporation
    110 College, Suite 500 (75202)
    P.O. Box 359
    Tyler, Texas 75710
    Telephone: 903-597-8311
    Facsimile: 903-593-0846
    mikejones@potterminton.com

J. Steven Gardner (N.C. Bar No. 20984)
(admitted *pro hac vice*)
SGardner@kilpatrickstockton.com
Tonya R. Deem (N.C. Bar No. 23075)
(admitted *pro hac vice*)
TDeem@kilpatrickstockton.com
Frank W. Leak, Jr. (N.C. Bar No. 27937)
(admitted *pro hac vice*)
FLeak@kilpatrickstockton.com

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607 7300 (telephone)
(336) 734 2674 (facsimile)

    *Attorneys for Defendant The Sportsman's Guide, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of January 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones