IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC. SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC., | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## SOVERAIN'S REPLY TO COUNTERCLAIMS OF TIGERDIRECT

Plaintiff Soverain Software LLC ("Soverain") replies to the corresponding numbered paragraphs of the counterclaims of Defendant TigerDirect, Inc. ("TigerDirect") as follows:

### COUNTERCLAIMS

1. Upon information and belief, Soverain admits the allegations of Paragraph 1.

2. Soverain admits the allegations of Paragraph 2.

### JURISDICTION AND VENUE

3. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

4. Soverain admits the allegations of Paragraph 4.

5. Soverain admits the allegations of Paragraph 5.

## COUNT I

### Non-Infringement of the '314 Patent

6. Soverain repeats its responses to Paragraphs 1-5 above.

7. Soverain denies the allegations of Paragraph 7.

8. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

## COUNT II

### Invalidity of the '314 Patent

9. Soverain repeats its responses to Paragraphs 1-8 above.

10. Soverain denies the allegations of Paragraph 10.

11. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

## COUNT III

### Non-Infringement of the '492 Patent

12. Soverain repeats its responses to Paragraphs 1-11 above.

13. Soverain denies the allegations of Paragraph 13.

14. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

## COUNT IV

### Invalidity of the '492 Patent

15. Soverain repeats its responses to Paragraphs 1-14 above.

16. Soverain denies the allegations of Paragraph 16.

17. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

## COUNT V

### Non-Infringement of the '639 Patent

18. Soverain repeats its responses to Paragraphs 1-17 above.

19. Soverain denies the allegations of Paragraph 19.

20. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

## COUNT VI

### Invalidity of the '639 Patent

21. Soverain repeats its responses to Paragraphs 1-20 above.

22. Soverain denies the allegations of Paragraph 22.

23. Soverain admits that TigerDirect purports to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that TigerDirect has stated a cause of action or any grounds for such relief.

24. Soverain denies any allegations in TigerDirect's counterclaims that are not specifically admitted herein.

- 4 -

## PRAYER FOR RELIEF

Soverain denies that TigerDirect is entitled to the relief requested in its Prayer for Relief, Paragraphs a-d inclusive.

**WHEREFORE,** Soverain prays for an Order:

A. Granting judgment in Soverain's favor on all claims in TigerDirect's counterclaims;

B. Dismissing TigerDirect's counterclaims with prejudice;

C. Awarding Soverain its attorneys' fees, expenses and costs in defending against TigerDirect's counterclaims;

D. Awarding Soverain the relief sought in its Amended Complaint; and

E. Awarding Soverain such other relief as the Court deems just and proper.

Dated: January 17, 2008                                Respectfully submitted,


/s/ Kenneth R. Adamo
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on January 17, 2008 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/  Thomas L. Giannetti
Thomas L. Giannetti
