IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>CDW CORPORATION, )<br>NEWEGG INC., )<br>REDCATS USA, INC. )<br>SYSTEMAX INC., )<br>ZAPPOS.COM, INC., )<br>REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., AND )<br>TIGERDIRECT, INC., )<br>)<br>  Defendants. )<br>) | Case No. 6:07-CV-00511-LED<br><br>JURY TRIAL DEMANDED |

**SOVERAIN'S REPLY TO COUNTERCLAIMS
OF REDCATS AND THE SPORTSMAN'S GUIDE**

Plaintiff Soverain Software LLC ("Soverain") replies to the corresponding numbered paragraphs of the counterclaims of Defendants Redcats USA, L.P. and The Sportsman's Guide, Inc. (collectively, "Counterclaim Plaintiffs") as follows:

**COUNTERCLAIMS**

1.   Soverain admits that Counterclaim Plaintiffs purport to assert counterclaims under the Federal Declaratory Judgment Act and the patent laws of the United States, but denies that Counterclaim Plaintiffs have stated a cause of action or any grounds for such relief.

2.   Upon information and belief, Soverain admits the allegations of Paragraph 2.

3.   Upon information and belief, Soverain admits the allegations of Paragraph 3.

4.   Soverain admits the allegations of Paragraph 4.

5. Soverain admits that this Court has subject matter jurisdiction over this action but denies the remaining allegations of Paragraph 5.

6. Soverain admits the allegations of Paragraph 6.

7. Soverain admits the allegations of Paragraph 7.

8. Soverain denies the allegations of Paragraph 8.

9. Soverain denies the allegations of Paragraph 9.

## COUNT ONE

### Declaratory Judgment of Non-Infringement

10. Soverain repeats its responses to Paragraphs 1-9 above.

11. Soverain denies the allegations of Paragraph 11.

12. Soverain denies the allegations of Paragraph 12.

13. Soverain denies the allegations of Paragraph 13.

## COUNT TWO

### Declaratory Judgment of Invalidity

14. Soverain repeats its responses to Paragraphs 1-13 above.

15. Soverain denies the allegations of Paragraph 15.

16. Soverain denies the allegations of Paragraph 16.

17. Soverain denies the allegations of Paragraph 17.

## COUNT THREE

### Declaratory Judgment of Unenforceability

18. Soverain repeats its responses to Paragraphs 1-17 above.

19. Soverain denies the allegations of Paragraph 19.

20. Soverain denies the allegations of Paragraph 20.

21. Soverain admits that Andrew Payne is named as an inventor in the Patents-in-Suit (as defined in the Amended Complaint) and was aware of a company called NetMarket as early as June 15, 1994; denies the remaining allegations of Paragraph 21.

22. Soverain denies the allegations of Paragraph 22.

23. Soverain denies the allegations of Paragraph 23.

24. Soverain denies the allegations of Paragraph 24.

25. Soverain denies any allegations in Counterclaim Plaintiffs' counterclaims that are not specifically admitted herein.

## **PRAYER FOR RELIEF**

Soverain denies that Counterclaim Plaintiffs are entitled to the relief requested in their Prayer for Relief, Paragraphs A-F inclusive.

**WHEREFORE,** Soverain prays for an Order:

A. Granting judgment in Soverain's favor on all claims in Counterclaim Plaintiffs' counterclaims;

B. Dismissing Counterclaim Plaintiffs' counterclaims with prejudice;

C. Awarding Soverain its attorneys' fees, expenses and costs in defending against Counterclaim Plaintiffs' counterclaims;

D. Awarding Soverain the relief sought in its Amended Complaint; and

   E. Awarding Soverain such other relief as the Court deems just and proper.

Dated: January 17, 2008       Respectfully submitted,


              /s/ Kenneth R. Adamo
              Kenneth R. Adamo
              State Bar No. 00846960
              Lead Attorney
              Email:  kradamo@jonesday.com

              Mark C. Howland
              State Bar No. 24027240
              Email:  mchowland@jonesday.com

              JONES DAY
              2727 North Harwood Street
              Dallas, Texas 75201-1515
              Telephone:  214-220-3939
              Facsimile:  214-969-5100

              Thomas L. Giannetti
              NY Attorney Reg. No. 1632819
              Email:  tlgiannetti@jonesday.com

              Ognian V. Shentov
              NY Attorney Reg.  No. 2867737
              Email:  ovshentov@jonesday.com

              JONES DAY
              222 East 41st Street
              New York, New York 10017-6702
              Telephone:  212-326-3939
              Facsimile:  212-755-7306

              ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on January 17, 2008 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/  Thomas L. Giannetti
Thomas L. Giannetti
