RECEIVED
U.S. APPENDIX COURT
EASTERN DISTRICT OF TEXAS

JAN 18 2008

DAVID J. MALAND, CLERK

**Revised: 1/24/07**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler   DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT

2008 JAN 18 PH 3: 57

TEXAS EASTERN

1. This application is being made for the following: Case # 6:07-CV-00511-LED

Style: Soverain Software LLC v. CDW Corporation, et al.

2. Applicant is representing the following party/ies: Soverain Software LLC

3. Applicant was admitted to practice in NY (state) on 2/10/04 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

Southern District of New York, Eastern District of New York

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/(she) is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Lynda Quang Nguyen do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 1/14/08        Signature _Lyndanguyen_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Lynda Q. Nguyen__

State Bar Number ___N/A___

Firm Name: ___Jones Day___

Address/P.O. Box: __222 East 41st Street__

City/State/Zip: ___New York, New York 10017-6702___

Telephone #: ___(212) 326-3939___

Fax #: ___(212) 755-7306___

E-mail Address: ___LQNguyen@jonesday.com___

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.  This

application has been approved for the court on: _____**1/23/08**_____

_David J Maland_

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas


By _____

Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date:                     **Friday, January 18, 2008**

Received from:

| | |
|---|---|
| **Account** | **Description** |
| 085000 _ | Attorney Admission Fees |
| 086400 _ | New Case Fee |
| 086900 _ | Filing Fees |
| 121000 _ | Conscience Fund |
| 129900 _ | Gifts |
| 143500 _ | Interest |
| 322340 _ | Sale of Publications |
| 322350 _ | Copy Fees |
| 322360 _ | Miscellaneous Fees |
| 322380 _ | Recoveries of Court Costs |
| 322386 _ | Cost of Prosecution |
| 504100 _ | Crime Victims Fund |
| 508800 _ | Immigration Fees |
| 510000 _ | Civil Filing Fee (1/2) |
| 5100PL _ | Partial Filing Fee (PLRA) |
| 510100 _ | Registry Fee |
| 604700 _ | Registry Funds/General and Special Funds |
| 613300 _ | Unclaimed Monies |
| 6855XX _ | Deposit Funds |

**JONES DAY**

**222 EAST 41ST STREET**

**NEW YORK, NY  10017-6702**

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| | |
| | |
| **Total** | **$25.00** |

Payment method:              **Check**

Case or other reference:     **6:07CV511**

Comments:                    **PHV - CK 1075978**

Received by:                 **KB**