IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:07-cv-511 |
| | § | |
| CDW Corporation, Newegg Inc., | § | Jury Trial Demanded |
| Redcats USA, Inc., Systemax Inc., | § | |
| Zappos.com, Inc., Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc,. and | § | |
| TigerDirect, Inc. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT TIGERDIRECT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, the undersigned, counsel of record for TigerDirect, Inc., certifies that to the best of its knowledge and belief, Systemax Inc. is the parent corporation and there is no publicly held corporation that owns 10% or more of Systemax Inc. stock.


Dated: January 29, 2008.

                                                   Respectfully submitted,

                                                   **GREENBERG TRAURIG, LLP**

                                                   /s/ Mary-Olga Lovett
                                                   Mary-Olga Lovett
                                                   Attorney in Charge

Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 374-3500
Telecopier:  (713) 374-3505

Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400

**ATTORNEYS FOR DEFENDANT TIGERDIRECT, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As Such, **DEFENDANT TIGERDIRECT, INC.'S CORPORATE DISCLOSURE STATEMENT** was served on all counsel who have consented to electronic service on this 29$^{TH\ h}$ day of January, 2008. Local Rule CV-5(a)(3)(A).

                                                            s/ Mary-Olga Lovett
                                                           Mary-Olga Lovett