Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler    DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised 01/24/07

FILED CLERK
U.S. DISTRICT COURT
2008 FEB -1  PM 4: 10
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # 6:07-cv-00511-LED
Style: Soverain Software LLC v. CDW Corporation et al.
2. Applicant is representing the following party/ies: Redcats USA LP and The Sportsman's Guide Inc.
3. Applicant was admitted to practice in Georgia (state) on 11/11/74 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/__has not__ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/__has not__ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/__has not__ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.  None
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    Please see attached.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
  I, William H. Boice, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  1-31-08              Signature /s/ William H Boice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  William H. Boice
State Bar Number  Georgia #065725
Firm Name:  Kilpatrick Stockton LLP
Address/P.O. Box:  1100 Peachtree Street, Suite 2800
City/State/Zip:  Atlanta, Georgia  30309
Telephone #:  404-815-6464
Fax #:  404-541-3134
E-mail Address:  BBoice@kilpatrickstockton.com
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as Lead counsel for the party/parties listed above. This application has been approved for the court on:  **2/4/08**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## William H. Boice (Georgia Bar #065725)

| Courts | Date Admitted |
|---|---|
| United States District Court for the Northern District of Georgia | 11/11/74 |
| Court of Appeals for the State of Georgia | 3/10/75 |
| Supreme Court for the State of Georgia | 3/10/75 |
| United States Court of Appeals, 6th Circuit | 2/16/79 |
| United States Court of Appeals, 9th Circuit | 9/04/80 |
| United States Court of Appeals, 11th Circuit | 10/01/81 |
| United States Court of Appeals, 5th Circuit | 10/01/81 |
| United States Supreme Court | 8/13/82 |
| United States Court of Appeals, 2nd Circuit | 11/30/82 |
| United States District Court for the Middle District of Georgia | 8/21/87 |
| United States Court of Appeals, 3rd Circuit | 8/18/89 |
| United States Court of Appeals, Federal Circuit | 5/22/92 |
| United States Court of Appeals, 4th Circuit | 11/24/98 |

US2000 10594131.1

Receipt for Payment                                    Receipt No.: 6-3-001261

# United States District Court
for the
Eastern District of Texas at Tyler

Date:      **Friday, February 1, 2008**

Received from:

**POTTER MINTON**
**P. O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:     **Check**
Case or other reference:     **6:07CV511**
Comments:     **PHV - CK 67301**

Received by:     **KB**