FEBRUARY 4, 2008 STATUS CONFERENCES

**U.S. DISTRICT JUDGE, LEONARD DAVIS AND U.S. MAGISTRATE JUDGE, JOHN LOVE, PRESIDING**

1:30 pm - Court outlined procedures that will occur today.  Court called each case and parties made announcements of whether they consented to Magistrate Judge John Love.  (See Attached Sign-In Sheet for Attorney appearances).  Court recessed.  Hearing resumed.  Judge Davis addressed Parties.  Judge Love gave parties their Markman Hearing Dates and Jury Selection Dates as indicated below.

| Filing Date | Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|---|
| 3/19/07 | 607cv125-LED **NO CONSENT** | Honeywell v Acer | | 11.20.08 | 7.6.09 | |
| 8/21/07 | 607cv393-LED **NO CONSENT** | Lonestar v Xilinx | 11.6.08 | | 5.11.09 | |
| 8/22/07 | 607cv396-LED-JDL | Dexas v OfficeMax. | Counsel did not apepear.  Court to enter Show Cause Order for Dismissal. | | | |
| 9/19/07 | 207cv416-LED **CONSENT** | SpaSyspatronic v Verifone | | 1.8.09 | | 11.3.09 |
| 9/28/07 | 207cv434-LED **CONSENT** | Access Product v. Medical Depot | | 2.12.09 | | 11.3.09 |
| 10/4/07 | 607cv466-LED-JDL **NO CONSENT** | HTI IP v GenX | | 2.19.09 | 2.1.10 | |
| 10/31/07 | 207cv472-LED **NO CONSENT** | MacLean-Fogg v Eaton | 4.9.09 | | 11.3.09 | |
| 11/2/07 | 607cv511-LED **NO CONSENT** | Soverain v CDW | 5.28.09 | | 2.1.10 | |
| 11/15/07 | 207cv502-LED-JDL **CONSENT** | Whipstock v Key | | 3.12.09 | | 2.2.10 |
| 12/17/07 | 607cv559-LED **CONSENT** | Davis-Lynch Inc. v. Weatherford | | 3.19.09 | | 1.4.10 |

2:30 pm – There being nothing further, COURT ADJOURNED.