# CASE NO. 6:07-CV-511

# SOVERAIN V CDW, et al

## FEBRUARY 4, 2008 - STATUS CONFERENCE
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| ✓ Tonya Deem | Redcats USA, LP + The Sportsmen Guide, Inc |
| ✓ John BuFe | " " " " " |
| Frank Leaic | " " " " |
| ✓ Trey Yarbrough | Newegg, Zappos |
| Carl Roth | Plt. Soverain |
| ✓ Brian Craft | CDW Corp., Newegg, Zappos |
| ✓ Thomas Giannetti | Soverain |
| ✓ Ken Adamo | Soverain |
| ✓ Mary-Olga Lovett | Systemax + TigerDirect |
| Thomas Duston | CDW, Newegg, Zappos.com |