**Appendix K**                                                                                    Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## TYLER DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:07-CV-00511LED__
Style: __Soverain Software LLC v. CDW Corporation, et al.__
2. Applicant is representing the following party/ies: __Soverain Software LLC__
3. Applicant was admitted to practice in __New Jersey__ (state) on __May 29, 2007__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/~~has not~~ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/~~has not~~ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__NJ Supreme Court; NY Appellate Div, 2nd Dep't; U.S. District Court SDNY and EDNY__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Andrey Belenky__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __1/29/2008__                    Signature __Andrey Belenky__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Andrey Belenky__
State Bar Number __NJ 004792007__
Firm Name: __Jones Day__
Address/P.O. Box: __222 East 41st Street__
City/State/Zip: __New York, NY 10017__
Telephone #: __212-326-3939__
Fax #: __212-755-7306__
E-mail Address: __abelenky@jonesday.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __2/5/08__

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date:      Monday, February 4, 2008

Received from:

**Andrey Belenky**

**222 East 41st St**

**Ne York NY 10017**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **6:07cv511**

Comments: **PHV**
**ck 1076411**

Received by:     rw

---

For all future payments, complete this form and include with your next payment to:

**U.S. District Court - Eastern District of Texas - PO Box 570 - Tyler, TX 75710**

Apply Payment to:     **Andrey Belenky**

Address:

(Check if New Address ___ )

*Case Number:     6:07cv511

Circle type of payment:     Assessment     Restitution     Fine

*Money orders or cashier's checks must include your case number and be made payable to: U.S. District Court