IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC** § § | |
| **Plaintiff** § § | |
| vs. § § | CASE NO. 6:07 CV 511 PATENT CASE |
| **CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP** § § § § § § § | |
| **Defendant** § § | |

## ORDER

In accordance with the status conference held February 4, 2008, this case is set for *Markman* hearing on May 28, 2009 at 9:30 a.m., pretrial hearing on January 21, 2010 at 9.a.m., jury selection on February 1, 2010 at 9 a.m., and jury trial on February 8, 2010 at 9 a.m.

The parties are to submit agreed Docket Control and Discovery Orders to the Court by February 19, 2008.[1]  If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements.  For purposes of computing the time deadlines under the local patent rules, the Court deems February 19, 2008 as the effective Rule 16 Initial Case Management Conference date, and thus Plaintiff's P.R. 3-1 and 3-2 disclosures will be due February 11, 2008 in accordance with recent changes to the Local Rules.

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.  *The Docket Control Order was revised on February 4, 2008.*

**So ORDERED and SIGNED this 5th day of February, 2008.**



**_____**
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**