**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC., AND<br>TIGERDIRECT, INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 6:07-CV-00511-LED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SOVERAIN'S NOTICE OF DISCLOSURE OF**
**ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Plaintiff Soverain Software LLC hereby gives notice that Plaintiff's Disclosure of Asserted Claims and Infringement Contentions pursuant to P.R. 3-1 and 3-2 was served on Defendants on February 11, 2008 as set forth in the Court's February 6, 2008 Order.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Thomas L. Giannetti (with permission)
　　　　　　　　　　　　　　　　　　　Kenneth R. Adamo
　　　　　　　　　　　　　　　　　　　State Bar No. 00846960
　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　Email: kradamo@jonesday.com

- 2 -

Mark C. Howland
State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on February 11, 2008 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/  Thomas L. Giannetti