**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.  6:07-CV-511 |
| | § | |
| **CDW CORPORATION, NEWEGG INC.,** | § | Hon. Leonard E. Davis |
| **REDCATS USA, INC., SYSTEMAX,** | § | |
| **INC., ZAPPOS.COM, INC., TIGER** | § | |
| **DIRECT, INC., THE SPORTSMAN'S** | § | |
| **GUIDE, INC., and REDCATS USA LP,** | § | |
| | § | |
| **Defendants.** | | |

**AGREED NOTICE OF COMPLIANCE REGARDING
THE COURT'S FEBRUARY 6, 2008 ORDER**

Pursuant to this Court's Order of February 6, 2008, the parties hereby provides notice that on February 19, 2008, the parties complied with such Order and submitted their proposed Docket Control Order (attached hereto as Exhibit A) and proposed Discovery Order (attached hereto as Exhibit B).

The only areas of disagreement are:

Docket Control Order:      Estimated Time for Trial

Discovery Order:            Number of Testifying Experts

| | |
|---|---|
| Dated: February 19, 2008 | Respectfully submitted, |

/s/ Eric H. Findlay
Eric H. Findlay
BRIAN CRAFT
**RAMEY & FLOCK, P.C.**
100 E. Ferguson, Suite 500
Tyler, TX 75702
(903) 597-3301
(903) 597-2413 FAX
efindlay@rameyflock.com
bcraft@rameyflock.com

Charles Edward Juister
Scott A. Sanderson
Thomas L. Duston
Marshall Gerstein & Borun
233 S. Wacker Dr.
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
312/474-0448 FAX
cjuister@marshallip.com
ssanderson@marshallip.com
tduston@marshallip.com

Attorneys for Defendant
CDW Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay