

RECEIVED
U.S. Appendix Court
EASTERN DISTRICT OF TEXAS
FEB 25 2008
DAVID J. MALAND, CLERK

FILED CLERK
U.S. DISTRICT COURT
2008 FEB 25 PM 2:44
TEXAS EASTERN

Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # 6:07-CV-00511-LED BY
Style: Soverain Software LLC v. CDW Corporation et al.
2. Applicant is representing the following party/ies: Soverain Software, LLC
3. Applicant was admitted to practice in New York (state) on 11/25/2005 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
   U.S. District Court of Southern District of New York
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Clark Craddock do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 2/22/2008     Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Clark Craddock__
State Bar Number __Attorney Reg. No. 4360491__
Firm Name: __Jones Day__
Address/P.O. Box: __222 E. 41st Street__
City/State/Zip: __New York, New York 10017__
Telephone #: __212-326-8320__
Fax #: __212-755-7306__
E-mail Address: __ccraddock@jonesday.com__
Secondary E-Mail Address: __ccraddoc@alumni.law.upenn.edu__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __2/27/08__

*David Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date: **Monday, February 25, 2008**

Received from:

**CLARK CRADDOCK**

**JONES DAY**

**222 E. 41ST ST.**

**NEW YORK, NY 10017**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| Total | $25.00 |

Payment method: **Check**
Case or other reference: **6:07CV511**
Comments: **PHV - CK 1076980**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Received by: **KB**