**Appendix K**

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____ DIVISION

**APPLICATION TO APPEAR PRO HAC VICE**

RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS FEB 25 2008 DAVID J. MALAND, CLERK

FILED CLERK U.S. DISTRICT COURT 2008 FEB 25 PM 2: 44 TEXAS EASTERN BY_____

1. This application is being made for the following: Case # 6:07-CV-511
Style: Soverain Software LLC v. CDW Corporation, et al.
2. Applicant is representing the following party/ies: Soverain Software LLC
3. Applicant was admitted to practice in New York (state) on July 11, 2005 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
New York App. Div., 1st Dep't; U.S. District Court, S.D.N.Y. and W.D.N.Y
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Stela Cristina Tipi _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 02/20/2008         Signature _Stela Tipi_

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  STELA CRISTINA TIPI

State Bar Number  NEW YORK (no number)

Firm Name:  JONES DAY

Address/P.O. Box:  222 East 41 st.

City/State/Zip:  New York, New York, 10017

Telephone #:  212 326 3939

Fax #:  212 755 7306

E-mail Address:  stipi@jonesday.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on:  **2/27/08**

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Receipt for Payment
Receipt No.: 69001286198

# United States District Court

for the
Eastern District of Texas at Tyler

Date: **Monday, February 25, 2008**

Received from:

**STELA CRISTINA TIPI**
**JONES DAY**
**222 EAST 41ST ST.**
**NEW YORK, NY 10017**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **6:07CV511**
Comments: **PHV - CK 374**

Received by: **KB**