**Appendix K**

Revised: 1/24/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_TYLER_ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2008 FEB 25 PM 3: 15
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # __6:07-cv-00511-LED__
Style: __Soverain Software LLC v. CDW Corporation, et al.__
2. Applicant is representing the following party/ies: __CDW Corporation__
3. Applicant was admitted to practice in __Illinois__ (state) on __11/04/99__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
   __*Please see separate insert.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Matthew C. Nielsen__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __02/22/08__     Signature __[signed]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Matthew C. Nielsen
State Bar Number ARDC #6270353
Firm Name: Marshall, Gerstein & Borun LLP
Address/P.O. Box: 233 South Wacker Drive, 6300 Sears Tower
City/State/Zip: Chicago, Illinois 60606
Telephone #: (312) 474-6300
Fax #: (312) 474-0048
E-mail Address: mnielsen@marshallip.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **2/27/08**

_David Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## INSERT

### Response to No. 11 of the
### Application to Appear Pro Hac Vice
### for Matthew C. Nielsen in Case # 6:07-cv-00511-LED

Whereas applicant has been admitted to practice in the following courts:

    Supreme Court of Illinois

    U.S. District Court for the Northern District of Illinois

    U.S. District Court for the Central District of Illinois

    U.S. Court of Appeals for the Federal Circuit

    U.S. Court of Appeals for the Seventh Circuit

Receipt for Payment                                                        Receipt No: 069-1286

# United States District Court
for the
Eastern District of Texas at Tyler

Date:        Monday, February 25, 2008

Received from:

**RAMEY & FLOCK**
**100 E. FERGUSON**
**SUITE 500**
**TYLER, TX  75702-7202**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:           **Check**
Case or other reference:  **6:07CV511**
Comments:                 **PHV - CK 111939**

Received by:              **KB**