# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> **CDW CORPORATION, NEWEGG INC.,** § <br> **REDCATS USA, INC., SYSTEMAX, INC.,** § <br> **ZAPPOS.COM, INC., TIGER DIRECT, INC.,** § <br> **THE SPORTSMAN'S GUIDE, INC., and** § <br> **REDCATS USA LP,** § <br> § <br> Defendants. § | Civil Action No. 6:07-CV-511 <br><br> Hon. Leonard E. Davis |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, Newegg Inc. and Zappos.com, Inc., hereby notify the Court that Scott A. Sanderson of the firm Marshall, Gerstein & Borun LLP, 233 S. Wacker Dr., 6300 Sears Tower, Chicago, Illinois, 60606-6357, Phone (312) 474-6300, Fax (312) 474-0448, E-mail: ssanderson@marshallip.com has entered this action as counsel to be noticed on its behalf. In connection with this notice, Mr. Sanderson requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

/s/ Scott A. Sanderson
Scott A. Sanderson
Illinois Bar No. 06290663
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr.
6300 Sears Tower
Chicago, IL  60606-6357
312/474-6300 (Telephone)
312/474-0448 (Facsimile)
ssanderson@marshallip.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Scott A. Sanderson_____
Scott A. Sanderson