# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No.  6:07-CV-511 |
| **CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP,** | § § § § § | Hon. Leonard E. Davis |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, Newegg Inc. and Zappos.com, Inc., hereby notify the Court that Matthew C. Nielsen of the firm Marshall, Gerstein & Borun LLP, 233 S. Wacker Dr., 6300 Sears Tower, Chicago, Illinois, 60606-6357, Phone (312) 474-6300, Fax (312) 474-0448, E-mail: mnielsen@marshallip.com has entered this action as counsel to be noticed on its behalf.   In connection with this notice, Mr. Nielsen requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

/s/ Matthew C. Nielsen_____
Matthew C. Nielsen
Illinois Bar No. 06270353
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr.
6300 Sears Tower
Chicago, IL  60606-6357
312/474-6300 (Telephone)
312/474-0448 (Facsimile)
mnielsen@marshallip.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Matthew C. Nielsen_____
Matthew C. Nielsen