# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC., AND<br>TIGERDIRECT, INC.,<br><br>    Defendants. | Case No. 6:07-CV-00511-LED |

## SOVERAIN'S NOTICE OF COMPLIANCE WITH
## PARAGRAPH 1 OF THE DISCOVERY ORDER

Plaintiff Soverain Software LLC hereby gives notice that Plaintiff's Initial Disclosures pursuant to Paragraph 1 of the Discovery Order was served on Defendants on March 20, 2008 as set forth in the Docket Control Order entered by the Court on February 25, 2008.

    Respectfully submitted,

    /s/ Thomas L. Giannetti (with permission)
    Kenneth R. Adamo
    State Bar No. 00846960
    Lead Attorney
    Email: kradamo@jonesday.com

NYI-4071948v1

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on March 20, 2008 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/  Thomas L. Giannetti

NYI-4071948v1