IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) | |

**DEFENDANTS REDCATS USA, L.P.'S AND THE SPORTSMAN'S GUIDE, INC.'S
<u>NOTICE OF INITIAL DISCLOSURES</u>**

Defendants Redcats USA, L.P. and The Sportsman's Guide, Inc. hereby give notice that Defendants' Initial Disclosures pursuant to Paragraph 1 of the Discovery Order were served on all counsel of record on March 20, 2008 via electronic mail as set forth in the Docket Control Order entered by the Court on February 25, 2008.

Respectfully submitted, this the 20th day of March 2008.

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 College, Suite 500 (75202)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

{A07\7897\0001\W0362116.1 }

William H. Boice (Ga. Bar No. 065725)
(admitted *pro hac vice*)
BBoice@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

J. Steven Gardner (N.C. Bar No. 20984)
(admitted *pro hac vice*)
SGardner@kilpatrickstockton.com
Tonya R. Deem (N.C. Bar No. 23075)
(admitted *pro hac vice*)
TDeem@kilpatrickstockton.com
Frank W. Leak, Jr. (N.C. Bar No. 27937)
(admitted *pro hac vice*)
FLeak@kilpatrickstockton.com

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607 7300 (telephone)
(336) 734 2674 (facsimile)

*Attorneys for Defendants Redcats USA, L.P.*
*and The Sportsman's Guide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of March 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

> */s/ Michael E. Jones*
> Michael E. Jones