IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:07-cv-511 |
| | § | |
| CDW Corporation, Newegg Inc., | § | Jury Trial Demanded |
| Redcats USA, Inc., Systemax Inc., | § | |
| Zappos.com, Inc., Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc,. and | § | |
| TigerDirect, Inc. | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT TIGERDIRECT, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 1 OF FEBRUARY 19, 2008 DISCOVERY ORDER

Pursuant to L.R. CV-26(c) and Paragraph 9 of the February 19, 2008 Discovery Order, the Defendant, TigerDirect, Inc., respectfully advises that its Initial Disclosures pursuant to Paragraph 1 of the February 19, 2008 Discovery Order have been served upon all parties of record in accordance with the requirements of FED. R. CIV. P. 5.

Dated: March 20, 2008.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

Barry J. Schindler (*pro hac vice*)
Michael A. Nicodema (*pro hac vice*)
Gaston Kroub (*pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEYS FOR DEFENDANT TIGERDIRECT, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As Such, **DEFENDANT TIGERDIRECT, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 1 OF FEBRUARY 19, 2008 DISCOVERY ORDER** was served on all counsel who have consented to electronic service on this 20th day of March, 2008. Local Rule CV-5(a)(3)(A).

                                           s/ Mary-Olga Lovett
                                           Mary-Olga Lovett

```
  ##         ##                                                   ##
   #          #                                                    #
  # #         #       ####   ## #  #    ####   ## ##              # #
  # #         #      #    #  ## ## #   #    #  ## #  #            # #
  # #         #      ######  #  #  #   #####   #  #  #            # #
  ###         #      #       #     #   #       #  #  #            ###
 #   #        #      #       #     #   #    #  ## #  #           #   #
### ###     #####     #####  ###   ##  #  ###  ## ### ###  ### ###
```

Job : 47
Date: 3/20/2008
Time: 4:53:52 PM