IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CDW Corporation, Newegg Inc., § <br> Redcats USA, Inc., Systemax Inc., § <br> Zappos.com, Inc., Redcats USA, L.P., § <br> The Sportsman's Guide, Inc,. and § <br> TigerDirect, Inc. § <br> § <br> Defendants. § | Civil Action No. 6:07-cv-511 <br><br> Jury Trial Demanded |

## DEFENDANT SYSTEMAX, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 1 OF FEBRUARY 19, 2008 DISCOVERY ORDER

Pursuant to L.R. CV-26(c) and Paragraph 9 of the February 19, 2008 Discovery Order, the Defendant, Systemax, Inc., respectfully advises that its Initial Disclosures pursuant to Paragraph 1 of the February 19, 2008 Discovery Order have been served upon all parties of record in accordance with the requirements of FED. R. CIV. P. 5.

Dated: March 20, 2008.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

Barry J. Schindler (*pro hac vice*)
Michael A. Nicodema (*pro hac vice*)
Gaston Kroub (*pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEYS FOR DEFENDANT SYSTEMAX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As Such, **DEFENDANT SYSTEMAX, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 1 OF FEBRUARY 19, 2008 DISCOVERY ORDER** was served on all counsel who have consented to electronic service on this 20TH day of March, 2008. Local Rule CV-5(a)(3)(A).

                                             s/ Mary-Olga Lovett
                                             Mary-Olga Lovett