# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:07-CV-00511-LED |
| | ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC.; ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS CDW CORPORATION'S, NEWEGG INC.'S, AND ZAPPOS.COM, INC.'S NOTICE OF INITIAL DISCLOSURES**

Defendants CDW Corporation, Newegg Inc., and Zappos.com, Inc. hereby give notice that each of their individual Initial Disclosures pursuant to Paragraph 1 of the Discovery Order (Court Docket No. 91) were served on counsel of record on March 20, 2008 via electronic mail and U.S. Mail.

Dated: March 20, 2008                              Respectfully submitted,


                                           By: /s/ Thomas L. Duston
                                               Eric H. Findlay
                                               RAMEY & FLOCK, P.C.
                                               100 E. Ferguson, Suite 500
                                               Tyler, TX  75702
                                               T:  903.597.3301
                                               F:  903.597.2413
                                               E:  efindlay@rameyflock.com

                                               Thomas L. Duston
                                               Matthew C. Nielsen
                                               Charles E. Juister
                                               Scott A. Sanderson
                                               MARSHALL, GERSTEIN & BORUN LLP
                                               233 S. Wacker Dr., Suite 6300
                                               Chicago, IL  60606
                                               T:  312.474.6300
                                               F:  312.474.0448
                                               E:  tduston@marshallip.com

                                               Counsel for Defendants CDW CORPORATION,
                                               NEWEGG INC., and ZAPPOS.COM, INC.


## CERTIFICATE OF SERVICE

   I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of March 2008. Any other counsel of record will be served by first class U.S. mail on this same date.


                                               /s/ Thomas L. Duston
                                               Thomas L. Duston