IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v | § | CASE NO. 6:07-cv-511-LED |
| | § | |
| CDW CORPORATION, ET AL. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Plaintiff Soverain Software LLC and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Plaintiff.

Brendan C. Roth
State Bar No. 24040132
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797
Email:  br@rothfirm.com

Respectfully submitted,

By: _____
BRENDAN C. ROTH
State Bar No. 24040132
115 Wellington, Suite 200
Marshall, Texas 75670
br@rothfirm.com
Phone: (903) 935-1665
Fax:    (903) 935-1797

ATTORNEYS FOR PLAINTIFF
SOVERAIN SOFTWARE LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 26th day of March, 2008.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

.

_____
Brendan C. Roth