IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) C.A. No. 6:07-cv-511-LED |
| | ) |
| **CDW CORPORATION, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE

The undersigned attorney hereby enters an appearance as additional counsel of record for Soverain Software, LLC, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Soverain Software, LLC.

Respectfully submitted,

Michael C. Smith
State Bar No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith, LLP
713 South Washington Avenue
Marshall, Texas 75670
Office: (903) 938-8900
(Fax):  (972) 767-4620
michaelsmith@siebman.com

COUNSEL FOR SOVERAIN SOFTWARE, LLC

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 26th day of March, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_/s/ Michael Smith_