IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE, LLC | § | |
| | § | |
| VS. | § | CAUSE NO. 6:07CV511 (LED) |
| | § | |
| CDW CORPORATION et al | § | |

### TIGERDIRECT, INC.'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant, TIGERDIRECT, INC., files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Douglas R. McSwane, Jr. of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for TIGERDIRECT, INC. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Date: April 7, 2008

Respectfully submitted

By: */s/ Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.
State Bar No. 13861300
dougmcswane@potterminton.com
**POTTER MINTON, PC**
110 N. College, 500 Plaza Tower
Tyler, Texas 75702
Telephone: (903) 597-831
Facsimile: (903) 593-0846

*Attorneys for Defendant*
**TIGERDIRECT, INC.**

1

{VAM\7967\0001\W0362969.1 }

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 7, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

                 */s/ Douglas R. McSwane, Jr.*
                 Douglas R. McSwane, Jr.