

515 SOUTH VINE AVENUE
TYLER, TEXAS 75702
PHONE 903-592-4433   FAX 903-592-7830
www.mikepattersonmediation.com
mike@mikepattersonmediation.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| V. | § | CIVIL NO. 6:07-CV-511 |
| | § | |
| CDW CORPORATION, NEWEGG INC. REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS,COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., AND REDCATS USA LP | § | |

## MEDIATOR'S REPORT

This mediation took place on May 13, 2008. The mediation recessed, but the parties are still negotiating.

SIGNED this 21st day of May, 2008.

_/s/ Mike Patterson_
Mike Patterson
MEDIATOR

cc:
Mr. Ken Adamo
Email: kradamo@jonesday.com

Mr. Mark Howland
Email: mchowland@jonesday.com

Mr. Tom Giannetti
Email: tlgiannetti@jonesday.com

Mr. Barry Satine
Email: barryrsatine@jonesday.com

Ms Jennifer Seraphine
Email: jseraphine@jonesday.com

Mr. Kenneth Canfield
Email: kcanfield@jonesday.com

Ms. Lynda Nguyen
Email: lqnguyen@jonesday.com

Mr. Thomas Duston
Email: tduston@marshallip.com

Mr. Charles Juister
Email: cjuister@marshallip.com

Mr. Matthew Nielsen
Email: mnielsen@marshallip.com

Ms. Tonya Deem
Email: tdeem@kilpatrickstockton.com

Mr. Mike Jones
Email: mikejones@potterminton.com

Mr. William Boice
Email: bboice@kilpatrickstockton.com

Ms. Mary-Olga Lovett
Email: alemana@gtlaw.com

Mr. Barry Schindler
Email: schindlerb@gtlaw.com

Mr. Andrey Belenky
Email: abelenky@jonesday.com

Mr. Clark Craddock
Email: ccraddock@jonesday.com

Ms. Stela Tipi
Email: stipi@jonesday.com

Mr. Eric Findlay
Email: efindlay@rameyflock.com

Mr. Scott Sanderson
Email: ssanderson@marshallip.com

Mr. Trey Yarbrough
Email: trey@yw-lawfirm.com

Mr. Steven Gardner
Email: sgardner@kilpatrickstockton.com

Mr. Frank Leak, Jr.
Email: fleak@kilpatrickstockton.com

Mr. Gaston Kroub
Email: kroubg@gtlaw.com

Mr. Michael Nicodema
Email: nicodemam@gtlaw.com

Mr. Eric Buether
Email: buethere@gtlaw.com