IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS, USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC. <br><br> Defendants. | Civil Action No. 6:07-CV-511[LED] |

## ORDER GRANTING DEFENDANTS REDCATS USA, L.P. AND THE SPORTSMAN'S GUIDE, INC.'S UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER TO EXTEND DEADLINES

Before the Court is Defendants Redcats USA, L.P. and The Sportsman's Guide, Inc.'s Unopposed Motion to Amend the Docket Control Order to Extend Deadlines. After consideration of same, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED that the deadlines for Redcats USA, L.P. and The Sportsman's Guide, Inc. are amended such that Defendants shall have up to and including July 21, 2008 to: (1) file Invalidity Contentions under P.R. 3-3; (2) produce documents accompanying their Invalidity Contentions under and P.R. 3-4; (3) join additional parties without leave of court; (4) assert any counterclaims without leave of Court; and (5) add any inequitable conduct allegations to pleadings without leave of Court.

**So ORDERED and SIGNED this 19th day of June, 2008.**

US2000 10484675.1



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**