IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, <br><br> Plaintiff, <br><br> v. <br><br> CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.com, Inc., Redcats USA, L.P., The Sportsman's Guide, Inc,. and TigerDirect, Inc. <br><br> Defendants. | § § § § § § § § § § § § § § § § § Civil Action No. 6:07-cv-511 <br><br> Jury Trial Demanded |

**DEFENDANTS SYSTEMAX, INC. AND TIGERDIRECT, INC.'S UNOPPOSED MOTION TO AMEND DISCOVERY ORDER TO EXTEND DEADLINES**

Defendants Systemax, Inc. ("Systemax") and TigerDirect, Inc. ("TigerDirect") (collectively referred to here in as "Defendants") hereby file their Unopposed Motion to Amend Discovery Order to Extend Deadlines, and, in support thereof, respectfully state the following:

### I. UNOPPOSED MOTION TO AMEND DISCOVERY ORDER TO EXTEND DEADLINES

1. Under the Discovery Order entered by this Court on February 19, 2008, Defendants are required to file the following by June 20, 2008: (1) Invalidity Contentions under P.R. 3-3; (2) documents supporting their Invalidity Contentions under P.R. 3-4; (3) join any additional parties without leave of court; (4) assert any counterclaims without leave of Court; and (5) add any inequitable conduct allegations to pleadings without leave of Court. (referred to collectively herein as the "June 20, 2008 deadline").

2. At its request, Defendants agreed to extend Plaintiff Soverain Software LLC ("Soverain") deadline to answer Interrogatories. Soverain subsequently filed its answers to Interrogatories on June 11, 2008. Based on information contained in those responses, Defendants must investigate, obtain and evaluate additional documents and information to satisfy the required filings for the June 20, 2008 deadline.

3. Defendants have addressed this issue with Soverain, and Soverain has stated it is unopposed to the relief requested.

4. In order to allow Defendants to accurately and completely address the matters due to be filed on the June 20, 2008 deadline, Defendants respectfully request that the Court amend the Discovery Order to extend the June 20, 2008 deadline by 30-days to July 21, 2008.

5. This extension is not sought for purposes of delay alone, but so that justice may be done.

## II.   PRAYER

Therefore, Defendants respectfully request an extension of time to July 21, 2008, to file the following: (1) Invalidity Contentions under P.R. 3-3; (2) documents supporting their Invalidity Contentions under P.R. 3-4; (3) join any additional parties without leave of court; (4) assert any counterclaims without leave of Court; and (5) add any inequitable conduct allegations to pleadings without leave of Court.

Respectfully submitted this 20th day of June, 2008.

        Respectfully submitted,

        **GREENBERG TRAURIG, LLP**

        /s/ Mary-Olga Lovett
        Mary-Olga Lovett
        Attorney in Charge
        Texas Bar No. 00789289
        lovettm@gtlaw.com
        1000 Louisiana Street, Suite 1800
        Houston, Texas 77002
        Telephone: (713) 374-3500
        Telecopier: (713) 374-3505

        Barry J. Schindler
        Michael A. Nicodema
        Gaston Kroub
        Greenberg Traurig, LLP
        MetLife Building
        200 Park Avenue, 34th Floor
        New York, New York 10166
        Telephone: (212) 801-9200
        Facsimile: (212) 801-6400

        **ATTORNEYS FOR DEFENDANT SYSTEMAX INC.**

Case 6:07-cv-00511-LED  Document 120  Filed 06/20/08  Page 4 of 4 PageID #: 685

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2008, a true copy of the foregoing DEFENDANTS' UNOPPOSED MOTION TO AMEND DISCOVERY ORDER TO EXTEND DEADLINES was served on counsel of record herein by Certified Mail Return Receipt Requested:

William H. Boice, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530

Steven Gardner, Esq.
Tonya R. Deem, Esq.
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

Thomas L. Duston, Esq.
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL 60606-6357

Kenneth R. Adamo
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515

/s/ Mary-Olga Lovett
Mary-Olga Lovett