IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>Plaintiff,<br><br>v.<br><br>CDW Corporation, Newegg Inc.,<br>Redcats USA, Inc., Systemax Inc.,<br>Zappos.com, Inc., Redcats USA, L.P.,<br>The Sportsman's Guide, Inc,. and<br>TigerDirect, Inc.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 6:07-cv-511<br>§<br>§ Jury Trial Demanded<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANTS SYSTEMAX, INC. AND TIGERDIRECT, INC.'S UNOPPOSED MOTION TO AMEND DISCOVERY ORDER TO EXTEND DEADLINES

On this day, the Court considered Defendants Systemax, Inc. and TigerDirect, Inc.'s Unopposed Motion to Amend Discovery Order to Extend Deadlines, and the Court, after considering the Motion, is of the opinion that it should be, in all things, granted. The Court, therefore, makes the following ORDERS:

It is hereby ORDERED that the Court's Discovery Order of February 19, 2008, is hereby amended so that the deadline for Defendants Systemax, Inc. and TigerDirect, Inc. to file the following is extended to **July 21, 2008**:

(1) Invalidity Contentions under P.R. 3-3;

(2) documents supporting their Invalidity Contentions under P.R. 3-4;

(3) join any additional parties without leave of court;

(4) assert any counterclaims without leave of Court; and

(5) add any inequitable conduct allegations to pleadings without leave of Court.