IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:07-CV-00511-LED |
| | ) | |
| CDW CORPORATION, | ) | |
| NEWEGG INC., | ) | |
| REDCATS USA, INC. | ) | |
| SYSTEMAX INC., | ) | |
| ZAPPOS.COM, INC., | ) | |
| REDCATS USA, L.P., | ) | |
| THE SPORTSMAN'S GUIDE, INC., AND | ) | |
| TIGERDIRECT, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER
EXTENDING AND SETTING DEADLINES**

This Cause having come before the Court on Defendants Systemax, Inc. and TigerDirect, Inc.'s Unopposed Motion to Amend Discovery Order to Extend Deadlines and Plaintiff Soverain Software, LLC's Response to said Motion, it is Ordered and Adjudged that the Docket Control Order is amended, and that certain deadlines in the Docket Control Order are set or extended as set out below. The Court, therefore, makes the following ORDERS:

1. That the Court's Docket Control Order of February 22, 2008, is hereby amended so that the deadline for all Defendants to comply with Local Patent Rules 3-3 and 3-4, to join any additional parties without leave of Court, to assert any counterclaims without leave of Court, and to add any inequitable conduct allegations to pleadings without leave of Court, is extended to

**July 21, 2008**; provided, however, that Defendants commence a rolling production of documents under Local Patent Rule 3.4(a) on June 20, 2008, and complete that production by July 21, 2008.

2.      That the Court's Docket Control Order is amended so that the deadline for the parties to comply with Local Patent Rule 4-1 (Exchange of Proposed Terms and Claim Elements for Construction) is extended through and including **August 22, 2008**.

3.      That the Court's Docket Control Order is amended to include the submission of a joint proposed Protective Order, or an order indicating the differences in the parties' respective positions on Protective Order issues, and to set the deadline for submission of such Order on **June 30, 2008**.