IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC § | |
| § | |
|    Plaintiff § | |
| § | |
| vs. § | CASE NO. 6:07 CV 511 |
| § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., § | |
| REDCATS USA, INC., SYSTEMAX, INC., § | |
| ZAPPOS.COM, INC., TIGERDIRECT, § | |
| INC., THE SPORTSMAN'S GUIDE, INC., § | |
| and REDCATS USA LP § | |
| § | |
|    Defendant § | |

**ORDER**

The Court **GRANTS** the Unopposed Motion to Amend the Docket Control Order (Docket No. 122) and **DENIES** as moot Defendants Systemax, Inc. and TigerDirect, Inc.'s Motion to Amend Discovery Order to Extend Deadlines (Docket No. 120).

**So ORDERED and SIGNED this 25th day of June, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**