**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

**STIPULATION BETWEEN PLAINTIFF SOVERAIN
AND DEFENDANTS REDCATS USA AND SPORTSMAN'S GUIDE
AND ORDER OF DISMISSAL**

WHEREAS, Plaintiff and Defendants Redcats USA, Inc., Redcats USA, L.P. and The Sportsman's Guide, Inc. (collectively, "Licensee") have entered into a Patent License and Settlement Agreement dated as of June 9, 2008;

NOW, THEREFORE, Plaintiff and Licensee stipulate, subject to approval of the Court, that:

1. Plaintiff's complaint against Licensee is dismissed with prejudice.

2. Licensee's counterclaims are dismissed with prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED TO:

K.R. Adamo
(by TLGiannetti w/permission)

Kenneth R. Adamo
State Bar No. 00846960
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100
Email: kradamo@jonesday.com
Attorney for Soverain Software LLC

Mike Jones

Michael Edwin Jones
State Bar No. 10929400
POTTER MINTON PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
Telephone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com
Attorney for Redcats USA, Inc., Redcats USA, L.P., and The Sportsman's Guide, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of July 2008. Any other counsel of record will be served by first class mail.

Clark Craddock



NYI-4095224v2