# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>    Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>    Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

## ORDER OF DISMISSAL WITH PREJUDICE

Whereas, Plaintiff and Defendants Redcats USA, Inc., Redcats USA, L.P. and The Sportsman's Guide, Inc. (collectively, "Licensee") have entered into a Stipulation of Dismissal pursuant to a Patent License and Settlement Agreement dated as of June 9, 2008, thereby settling their respective claims for relief asserted in this cause. The Court, having considered this Stipulation, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint against Licensee is dismissed with prejudice.

2. Licensee's counterclaims are dismissed with prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.

    **So ORDERED and SIGNED this 7th day of July, 2008.**



NYI-4095290v1

    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**