# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § § §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>CDW Corporation, Newegg Inc., §<br>Redcats USA, Inc., Systemax Inc., §<br>Zappos.com, Inc., Redcats USA, L.P., §<br>The Sportsman's Guide, Inc,. and §<br>TigerDirect, Inc. §<br>§<br>Defendants. §<br>§ | Civil Action No. 6:07-cv-511<br><br>Jury Trial Demanded |

## NOTICE OF COMPLIANCE

Pursuant to Patent Rule 3-3 and the Court's Docket Control Order, Defendant TigerDirect, Inc. ("TigerDirect"), hereby files this Notice of Compliance with Patent Rule 3-3 Invalidity Contentions. The undersigned certifies that on July 21, 2008, as required by FED. RULE OF CIV. P. 26(a)(1), and the Agreed Discovery Order and Agreed Docket Control Order entered in this case, Defendant TigerDirect served its Invalidity Contentions upon counsel for the Plaintiff in this case.

Dated:                                                                July 21, 2008.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Mary-Olga Lovett*

_____
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505
Michael A. Nicodema (pro hac vice)
Barry J. Schindler (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC., AND TIGERDIRECT, INC.**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 21, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

_____
Mary-Olga Lovett

**Counsel List for:**

**Soverain v. Systemax**

| Counsel | Company | Contact Information |
|---|---|---|
| Kenneth Robert Adamo (lead) *kradamo@jonesday.com* Mark Christopher Howland *mchowland@jonesday.com* Ognian V. Shentov ovshentov@jonesday.com (not noticed) | **Soverain Software LLC** | **Jones Day - Dallas** 2727 North Harwood St. Dallas, Tx 75201 Tel: 214-969-4856 Fax: 214-969-5100 |
| Jennifer Seraphine *jseraphine@jonesday.com* | **Soverain Software LLC** | **Jones Day - San Francisco** 555 California Street 26th Floor San Francisco, CA 94l04 Tel: (415) 875-5892 Fax: (415) 875-5700 |
| Thomas L. Gianetti *tlgiannetti@jonesday.com* Mark Christopher Howland *mchowland@jonesday.com* Barry R Satine *barryrsatine@jonesday.com* | **Soverain Software LLC** | **Jones Day - New York** 222 E 41 Street New York, NY 10017 Tel: (212) 326-3939 Fax: (212) 755-7306 |
| Herbert A. Yarbrough, III (Trey) *trey@yarbroughlawfirm.com* | **Newegg Inc.** | **Yarbrough Law Firm** 100 E Ferguson Suite 1015 Tyler, TX 75702 Tel: (903) 595-3111 Fax: (903) 595-0191 |
| Nathan J. Prepelka (?) (not noticed, but served Amend Complaint) | **Newegg Inc** | **Webb Law Firm** 700 Koppers Building 436 Seventh Avenue Pittsburgh, Penn 15219 Tel: 412-471-8815 Fax: 412-471-4094 |

| | | |
|---|---|---|
| Steven O. Gasser<br>General Counsel | **Zappos.com** | **Zappos.com**<br>2280 Corporate Circle<br>Suite 100<br>Henderson, NV 89074 |
| Theodore Herhold<br>ttherhold@townsend.com | **Zappos.com** | **Townsend & Townsend & Crew - Palo Alto**<br>379 Lytton Ave<br>Palo Alto, CA 94301<br>650/326-2400<br>Fax: 650/326-2422 |
| Christine A. Leahy<br>VP, General Counsel &<br>Corporate Secretary | **CDW Corporation** | **CDW Corporation**<br>200 North Milwaukee Ave.<br>Vernon Hills, Il 60061 |
| Eric Hugh Findlay<br>*efindlay@rameyflock.com* | **CDW Corporation** | **Ramey & Flock**<br>100 East Ferguson<br>Ste 500<br>Tyler, TX 75702<br>Tel: (903) 597-3301<br>Fax: (903) 5972413 |