UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 6:07-cv-00511-LED

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Before the Court is Defendants CDW Corporation, Newegg, Inc., Zappos.com, Inc. (a California Corporation) and Zappos.com, Inc.'s (a Delaware Corporation) Agreed Motion for an Extension of Time to file an Amended Answer, Affirmative Defenses and Counterclaims. After consideration of same, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED that said Defendants are granted an extension of time through August 20, 2008 to (1) assert any counterclaims without leave of Court; and (2) add any inequitable conduct allegations to pleadings without leave of Court, and the date for the exchange of terms and claim elements for construction is extended through September 19, 2008.

So ORDERED and SIGNED this 31st day of July, 2008.

SFI-588665v1



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**