Appendix K

FILED CLERK
U.S. DISTRICT COURT

Revised 1/24/07
2008 SEP -2 PM 2: 59

TEXAS EASTERN

BY_____

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #6:07cv511
Style: Soverain Software, LLC v. CDW Corporation, et al.
2. Applicant is representing the following party: Newegg Inc.
3. Applicant was admitted to practice in ___California___ in 1992.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied.
7. Applicant has not ever had the privilege to practice before another court suspended.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. **NONE** Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Superior Court of the State California, United States District Court, Central District of California.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, Mira S. Wolff do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 6/29/08   Signature _____
                           Mira S. Wolff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print):    Mira S. Wolff
State Bar Number:       161672
Firm Name:              Newegg Inc.
Address/P.O. Box:       16839 E. Gale Avenue
City/State/Zip:         City of Industry, CA 91745
Telephone #:            (626) 271-1420
Fax #:                  (626) 271-9483
E-mail Address:         mira.s.wolff@newegg.com

Applicant is authorized to enter an appearance as counsel for the party/parties

listed above. This application has been approved for the court on: _____ **9/4/08** _____.



*David J Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
      Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date:          **Tuesday, September 2, 2008**

Received from:

**YARBROUGH - WILCOX, PLLC**

**100 EAST FERGUSON**

**SUITE 1015**

**TYLER, TX 75702**

| Account | Amount |
|---------|--------|
| 6855XX  | **$100.00** |
| | |
| | |
| **Total** | **$100.00** |

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method:          **Check**

Case or other reference:     **6:07-CV-511**

Comments:                 **PHV FEES PAID FOR KENT BALDAUF JR, JOHN MCILVAINE III,  DAVID HANSON,  AND MIRA WOLFF**
**CHECK #391**

Received by:          **GG**