Appendix K

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT

2008 SEP -2 PM 2: 59

TEXAS EASTERN

BY_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #6:07cv511
Style: Soverain Software, LLC v. CDW Corporation, et al.
2. Applicant is representing the following party: Newegg Inc.
3. Applicant was admitted to practice in Pennsylvania in September 1993.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied.
7. Applicant has not ever had the privilege to practice before another court suspended.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. **NONE** Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Supreme Court of Pennsylvania, U.S. District Court for the Western District of Pennsylvania, United States Court of Appeals for the Federal Circuit, United States District Court for the Eastern District of Michigan and United States District Court for the Western District of Michigan.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, Kent E. Baldauf, Jr. do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 9-2-08   Signature _____
                              Kent E. Baldauf, Jr.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

| | |
|---|---|
| Name (please print): | Kent E. Baldauf, Jr. |
| State Bar Number: | Pennsylvania 70793 |
| Firm Name: | The Webb Law Firm |
| Address/P.O. Box: | 700 Koppers Building, 436 Seventh Avenue |
| City/State/Zip: | Pittsburg, PA 15219 |
| Telephone #: | (412) 471-8815 |
| Fax #: | (412) 471-4094 |
| E-mail Address: | kbaldaufjr@webblaw.com |
| Secondary E-mail Address: | jburgess@webblaw.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **9/4/08**.



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By:_____
Deputy Clerk

# Receipt for Payment

Receipt No.: 6-3-001496

# United States District Court

for the

Eastern District of Texas at Tyler

Date: Tuesday, September 2, 2008

Received from:

YARBROUGH - WILCOX, PLLC

100 EAST FERGUSON

SUITE 1015

TYLER, TX 75702

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: Check

Case or other reference: 6:07-CV-511

Comments: PHV FEES PAID FOR KENT BALDAUF JR, JOHN MCILVAINE III, DAVID HANSON, AND MIRA WOLFF
CHECK #391

Received by: GG