# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC., AND<br>TIGERDIRECT, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 6:07-CV-00511-LED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SOVERAIN'S AGREED MOTION TO EXTEND TIME TO REPLY OR OTHERWISE RESPOND TO COUNTERCLAIMS OF DEFENDANTS CDW CORPORATION, NEWEGG, INC. AND ZAPPOS.COM, INC.**

Plaintiff Soverain Software LLC ("Soverain") files this Agreed Motion to Extend Time to Reply or Otherwise Respond to Counterclaims of Defendants CDW Corporation, Newegg, Inc, Zappos.com, Inc. (a California Corporation) and Zappos.com, Inc. (a Delaware Corporation) (collectively, "Defendants") and in support of the same would respectfully show the Court as follows:

Plaintiff Soverain has requested an extension of time to reply or otherwise respond to Defendants' Counterclaims. Defendants have agreed to such an extension. The parties respectfully request that Plaintiff Soverain be granted an extension of time to reply or otherwise respond to Defendants' Counterclaims to and including October 10, 2008.

NYI-4117749v1

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves the Court to extend the deadline as set forth above.

A proposed Order granting this agreed Motion is attached for the Court's convenience.

Dated: September 4, 2008                                    Respectfully submitted,

/s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on September 4, 2008 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ Thomas L. Giannetti
Thomas L. Giannetti

NYI-4117749v1