# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>CDW CORPORATION, )<br>NEWEGG INC., )<br>REDCATS USA, INC. )<br>SYSTEMAX INC., )<br>ZAPPOS.COM, INC., )<br>REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., AND )<br>TIGERDIRECT, INC., )<br><br>    Defendants. ) | Case No. 6:07-CV-00511-LED |

## ORDER GRANTING PLAINTIFF SOVERAIN'S AGREED MOTION TO EXTEND TIME TO REPLY OR OTHERWISE RESPOND TO COUNTERCLAIMS OF DEFENDANTS CDW CORPORATION, NEWEGG, INC. AND ZAPPOS.COM, INC.

Before the Court is Plaintiff Soverain Software LLC's Agreed Motion to Extend Time to Reply or Otherwise Respond to Counterclaims of Defendants CDW Corporation, Newegg, Inc, Zappos.com, Inc. (a California Corporation) and Zappos.com, Inc. (a Delaware Corporation) (collectively, "Defendants"). After consideration of the same, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED THAT said the Agreed Motion to Extend Time to Reply or Otherwise Respond to Counterclaims of Defendants is GRANTED.

IT IS FURTHER ORDERED that the deadline for Plaintiff Soverain to file a reply or otherwise respond to Defendants' Counterclaims is extended to and including October 10, 2008.

**So ORDERED and SIGNED this 5th day of September, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**