IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Soverain Software, LLC** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:07-cv-511 (LED) |
| **CDW Corporation,** | § | |
| **Newegg Inc.,** | § | Jury Trial Demanded |
| **Systemax, Inc.,** | § | |
| **Tiger Direct Inc., and** | § | |
| **Zappos.com, Inc.** | § | |
| **Defendants** | § | |

### Defendant Newegg Inc.'s Unopposed Motion for Withdrawal and Substitution of Counsel

Defendant, Newegg Inc. ("Newegg"), respectfully requests that Thomas L. Duston, Julianne Hartzell, Charles Edward Juister, Matthew C. Nielsen, and Scott A. Sanderson of Marshall Gerstein & Borun and Eric Findlay of Ramey & Flock be permitted to withdraw as counsel for Newegg.  The foregoing attorneys will continue to serve as counsel for Defendants, CDW Corporation and Zappos.com, Inc.  Newegg further requests that Kent E. Baldauf, Jr.,  John W. McIlvaine, III, and David C. Hanson of the Webb Law Firm and Mira Wolff be substituted as counsel for Newegg, all of whom have filed pro hac vices with the Court.  Trey Yarbrough of Yarbrough Wilcox PLLC will continue to serve as counsel for Newegg.  This motion will not affect the scheduled trial of this cause.  As captioned above, the motion is unopposed.

Based on the foregoing, Defendant, Newegg Inc., requests that the Court enter an order authorizing the withdrawal and substitution of counsel as set forth above.

- 2 -

| | |
|---|---|
| Dated:  September 12, 2008 | By: /s/ Trey Yarbrough<br>Trey Yarbrough<br>Texas Bar No. 22133500<br>YARBROUGH ♦ WILCOX, PLLC<br>100 E. Ferguson St., Ste. 1015<br>Tyler, Texas 75702<br>Tel: (903) 595-3111<br>Fax: (903) 595-0191<br>trey@yw-lawfirm.com<br><br>Attorneys for Defendant<br>Newegg Inc. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 12th day of September, 2008. All other counsel of record not deemed to have consented will be served via fax or first class mail, postage prepaid.

/s/ Trey Yarbrough
Trey Yarbrough