**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Soverain Software, LLC** § | | |
|    **Plaintiff** § | | |
| § | | |
| vs. § | | |
| § | Civil Action No. 6:07cv511-LED | |
| **CDW Corporation,** § | | |
| **Newegg Inc.,** § | Jury Trial Demanded | |
| **Systemax, Inc.,** § | | |
| **Tiger Direct Inc., and** § | | |
| **Zappos.com, Inc.** § | | |
|    **Defendants** § | | |

### Order on Newegg, Inc.'s Unopposed Motion for Withdrawal and Substitution of Counsel

Before the Court is Defendant, Newegg Inc.'s ("Newegg"), unopposed motion for an order authorizing the withdrawal and substitution of counsel. Having considered same, the Court grants the motion and hereby Orders the withdrawal of Thomas L. Duston, Julianne Hartzell, Charles Edward Juister, Matthew C. Nielsen, and Scott A. Sanderson of Marshall Gerstein & Borun and Eric Findlay of Ramey & Flock and the substitution of Kent E. Baldauf, Jr., John W. McIlvaine, III, and David C. Hanson of The Webb Law Firm and Mira Wolff as counsel for Newegg.