**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Soverain Software, LLC** § | | |
| Plaintiff § | | |
| § | | |
| vs. § | | |
| § | Civil Action No. 6:07-cv-511 (LED) | |
| **CDW Corporation,** § | | |
| **Newegg Inc.,** § | Jury Trial Demanded | |
| **Systemax, Inc.,** § | | |
| **Tiger Direct Inc., and** § | | |
| **Zappos.com, Inc.** § | | |
| Defendants § | | |

### Order

Before the Court is Defendant, Newegg Inc.'s, unopposed motion to amend the First Amended Docket Control Order (Doc. No. 124) for the limited purpose of extending the deadline by which the parties must comply with P.R. 4-1. After consideration of same, the Court is of the opinion that said motion should be granted.

It is, therefore, Ordered that the parties are granted an extension of time until October 31, 2008 to exchange proposed terms and claim elements for construction in compliance with P.R. 4-1.

So ORDERED and SIGNED this 17th day of September, 2008.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**