# EXHIBIT D

# Greenberg Traurig

Mary-Olga Lovett
Direct Number: 713 374-3541
Fax: 713 754-7541
lovettm@gtlaw.com

July 31, 2008

**VIA E-MAIL TLGIANNETTI@JONESDAY.COM AND**
**BY FIRST CLASS MAIL**

Thomas L. Giannetti
Jones Day
222 East 41st Street
New York, New York 10017-6706

RE:   Soverain v. Systemax and Tigerdirect

Dear Tom:

Arrangements have been completed for TigerDirect's production under Patent Rule 3-4(a). The production will be available beginning August 6, 2008 at 9 a.m. Eastern at TigerDirect's corporate headquarters, 7795 West Flagler Street, Suite 35, Miami Florida. The specific room for the production will be the Managed Information Systems (MIS) White Room. Access times are 9 a.m. - 4:30 p.m. Eastern, Monday through Friday. Your designee will need to ask for Mr. Todd Lee to gain access to the designated area. We will also have a Greenberg Traurig information technology specialist on site should there be any technical issues.

Please let me know the proposed dates and times of your visit so that I may inform my client's representatives.

Very truly yours,

*Mary-Olga Lovett*

Mary-Olga Lovett