# EXHIBIT F

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3917
tlgiannetti@jonesday.com

JP003072
432383-600049

August 8, 2008

VIA E-MAIL AND U.S. MAIL

Mary-Olga Lovett, Esq.
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002

Re: *Soverain Software LLC v. Systemax and TigerDirect*
    Systemax's and TigerDirect's Document and Source-Code Productions

Dear Mary-Olga:

We are writing in response to your letter dated August 6, 2008.

Thank you for offering to supply replacement documents for the exhibits that you have reclassified as nonconfidential.

Regarding your "clean room" proposal, we believe that the provisions in the draft protective order provide more than adequate protection for your clients' source code without unduly burdening us in our case preparation. Your codefendants, CDW, Newegg, and Zappos, have provided their source code to us under those provisions. Additionally, Amazon provided its source code to us under similar provisions. None insisted on us viewing the source code at "clean room" locations of its choosing. Further, none imposed a schedule limiting our access to the code to certain times. And we are not at all sure why it should make a difference that your clients' software was developed by them and not by a third party. In any event, Amazon's source code (and possibly that of your codefendants) was home grown, and even so, Amazon (and your codefendants) were willing to provide us with copies of their code for our use in the respective cases.

Your proposal to have Soverain review your clients' source code only at certain times and at two separate locations, in Miami, Florida (for TigerDirect) and Port Washington, New York (for Systemax), is not workable. Soverain has experts located on the west coast. For them as well as for us, the locations you have selected and the procedures you have proposed are inconvenient and unacceptable (even with your offer of partial reimbursement of expenses). Further, we believe you are understating the role of source code in analyzing your clients' websites, preparing for depositions and in connection with motions and expert reports. Soverain expects that it will need access to the source code on many occasions throughout the case,

JONES DAY

Mary-Olga Lovett, Esq.
August 8, 2008
Page 2

possibly on short notice and spanning longer periods of time than the four days that you proposed. We cannot agree, therefore, to your proposal that places scheduling and other restrictions on our access to this code. And while we appreciate your proffered stipulation relating to session identifiers, it is quite limited and does not eliminate the problems raised by your proposal.

Finally, thank you for acknowledging the existence of additional documents other than source code and agreeing to supply those documents on Monday.

We appreciate your attention to the above issues. As you know, we have requested time for a "meet and confer" to discuss the protective order. We look forward to speaking to you then.

Sincerely,

Thomas L. Giannetti

NYI-4112066v1