# EXHIBIT K

| | | | |
|---|---|---|---|
| **Jennifer Seraphine/JonesDay**<br>Extension 3-5892<br>Phone (415) 875-5892 | | To | "Thomas Duston" <tduston@marshallip.com> |
| | | cc | lovettm@gtlaw.com |
| 09/11/2008 11:47 AM | | Subject | Re: SOVERAIN #1093647 v1 - PLE-Suggestions for Prot Ord |

Tom,

Can you let me know when we can expect your comments?

Thank you,

Jennifer

Jennifer Seraphine
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Direct Phone: (415) 875-5892
Fax: (415) 875-5700
Jennifer Seraphine/JonesDay

| | | | |
|---|---|---|---|
| **Jennifer Seraphine/JonesDay**<br>Extension 3-5892<br>Phone (415) 875-5892 | | To | "Thomas Duston" <tduston@marshallip.com> |
| | | cc | lovettm@gtlaw.com |
| 09/03/2008 03:06 PM | | Subject | Re: SOVERAIN #1093647 v1 - PLE-Suggestions for Prot Ord |

Tom,

Thank you for the below. Subject to final review in the context of the entire document, I've accepted your changes to these sections and made some revisions that I believe are consistent with the intent, and intended only to clarify.

Please review and let me have your comments, or if you have questions feel free to give me a call to discuss.

Thank you,

Jennifer



SFI_590895_1_Defendants' Protective Order Proposal w_Redline.DOC

Jennifer Seraphine
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Direct Phone: (415) 875-5892
Fax: (415) 875-5700
"Thomas Duston" <tduston@marshallip.com>



"Thomas Duston"
<tduston@marshallip.com>

08/21/2008 03:57 PM

To "Jennifer Seraphine" <jseraphine@JonesDay.com>
cc <lovettm@gtlaw.com>
Subject SOVERAIN #1093647 v1 - PLE-Suggestions for Prot Ord

Please review and contact me to discuss. Thanks.

<<NFV301!.DOC>>

The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.

[attachment "NFV301!.DOC" deleted by Jennifer Seraphine/JonesDay]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========




==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========