# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC., AND<br>TIGERDIRECT, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6:07-CV-00511-LED |

## ORDER GRANTING PLAINTIFF SOVERAIN SOFTWARE LLC'S MOTION FOR ENTRY OF PROTECTIVE ORDER

This Cause having come before the Court on Plaintiff Soverain Software LLC's Motion for Entry of Protective Order, and having considered the motion good cause supporting it, the Court is of the opinion that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Soverain's Motion for Entry of Protective **Order is GRANTED.**