IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:07-cv-511 |
| § | |
| CDW Corporation, Newegg Inc., § | Jury Trial Demanded |
| Redcats USA, Inc., Systemax Inc., § | |
| Zappos.com, Inc., Redcats USA, L.P., § | |
| The Sportsman's Guide, Inc,. and § | |
| TigerDirect, Inc. § | |
| § | |
| Defendants. § | |
| § | |

### DEFENDANTS SYSTEMAX, INC. AND TIGERDIRECT, INC.'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Defendants Systemax, Inc. ("Systemax") and TigerDirect, Inc. ("TigerDirect")

(collectively referred to here in as "Defendants") hereby file their Unopposed Motion to Enlarge

Time to Respond to Plaintiff's Motion for Protective Order, and, in support thereof, respectfully

state the following:

### I.      UNOPPOSED MOTION TO ENLARGE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

1.      Plaintiff Soverain Software LLC ("Plaintiff") filed a Motion for Protective Order

on September 19, 2008, and Defendants are required to file their Response by October 6, 2008

(referred to herein as the "October 6, 2008 deadline").

2.      Defendants would like to utilize, in their Response to Plaintiff's Motion for

Protective Order, deposition testimony which was delayed in the aftermath of Hurricane Ike.

*Unopposed Motion to Enlarge Time  to Respond*
*To Plaintiff's Motion for Protective Order*
*NY 239,160,324v1 10-6-08*

3.     Defendants have addressed this issue with Plaintiff, and Plaintiff has stated it is unopposed to the relief requested.

4.     In order to allow Defendants to accurately and completely respond to Plaintiff's Motion for Protective Order, due to be filed on the October 6, 2008 deadline, Defendants respectfully request that the Court enlarge the time for responding and extend the October 6, 2008 deadline to October 10, 2008.

5.     This extension is not sought for purposes of delay alone, but so that justice may be done.

## II.     PRAYER

Therefore, Defendants respectfully request an enlargement of time to October 10, 2008, to file their Response to Plaintiff's Motion for Protective Order.


Respectfully submitted this 6th day of October, 2008.




Respectfully submitted,

**GREENBERG TRAURIG, LLP**


/s/ Mary-Olga Lovett_____
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 374-3500
Telecopier:  (713) 374-3505

*Unopposed Motion to Enlarge Time  to Respond*
*To Plaintiff's Motion for Protective Order*
*NY 239,160,324v1 10-6-08*

Barry J. Schindler (pro hac vice)
Michael A. Nicodema (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC. AND TIGERDIRECT, INC.**

*Unopposed Motion to Enlarge Time  to Respond*
*To Plaintiff's Motion for Protective Order*
*NY 239,160,324v1 10-6-08*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 6, 2008, a true copy of the foregoing DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER was served on counsel of record herein by E-Filing/electronic mail:

William H. Boice, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Steven Gardner, Esq.
Tonya R. Deem, Esq.
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

Thomas L. Duston, Esq.
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL 60606-6357

Kenneth R. Adamo
Jones Day
2727 North Harwood Street
Dallas, Texas  75201-1515

Thomas L. Gianetti
Jones Day - New York
222 E 41 Street
New York, NY 10017

Herbert A. Yarbrough, III
Yarbrough Law Firm
100 E Ferguson, Suite 1015
Tyler, TX 75702

Nathan J. Prepelka
Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Penn 15219

                                                    /s/ Mary-Olga Lovett
                                                    Mary-Olga Lovett

Unopposed Motion to Enlarge Time to Respond
To Plaintiff's Motion for Protective Order
NY 239,160,324v1 10-6-08