IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CDW Corporation, Newegg Inc.,<br>Redcats USA, Inc., Systemax Inc.,<br>Zappos.com, Inc., Redcats USA, L.P.,<br>The Sportsman's Guide, Inc,. and<br>TigerDirect, Inc.<br><br>        Defendants. | § § § § § § § § § § § § § § § §<br><br>Civil Action No. 6:07-cv-511<br><br>Jury Trial Demanded |

**ORDER GRANTING DEFENDANTS SYSTEMAX, INC. AND TIGERDIRECT, INC.'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

On this day, the Court considered Defendants Systemax, Inc. and TigerDirect, Inc.'s Unopposed Motion to Enlarge Time to Response to Plaintiff's Motion for Protective Order, and the Court, after considering the Motion, is of the opinion that it should be, in all things, granted. The Court, therefore, makes the following ORDERS:

It is hereby ORDERED that the time for Defendants Systemax, Inc. and TigerDirect, Inc. to file their Response to Plaintiff's Motion for Protective Order is enlarged to **October 10, 2008**.

SIGNED on this the _____ day of _____, 2008.

_____
U.S. DISTRICT JUDGE

*Unopposed Motion to Enlarge Time to Respond*
*To Plaintiff's Motion for Protective Order*
*NY 239,160,324v1 10-6-08*