## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 6:07-cv-511 |
| | § |
| CDW Corporation, Newegg Inc., | § Jury Trial Demanded |
| Redcats USA, Inc., Systemax Inc., | § |
| Zappos.com, Inc., Redcats USA, L.P., | § |
| The Sportsman's Guide, Inc,. and | § |
| TigerDirect, Inc. | § |
| | § |
| Defendants. | § |
| | § |

---

### ORDER GRANTING DEFENDANTS SYSTEMAX, INC. AND TIGERDIRECT, INC.'S
### UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND
### TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

On this day, the Court considered Defendants Systemax, Inc. and TigerDirect, Inc.'s

Unopposed Motion to Enlarge Time to Response to Plaintiff's Motion for Protective Order, and

the Court, after considering the Motion, is of the opinion that it should be, in all things, granted.

The Court, therefore, makes the following ORDERS:

It is hereby ORDERED that the time for Defendants Systemax, Inc. and TigerDirect, Inc.

to file their Response to Plaintiff's Motion for Protective Order is enlarged to **October 10, 2008**.

SIGNED on this the _____ day of _____, 2008.

**So ORDERED and SIGNED this 7th day of October, 2008.**



*Unopposed Motion to Enlarge Time to Respond*
*To Plaintiff's Motion for Protective Order*
*NY 239,160,324v1 10-6-08*

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**