IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> CDW CORPORATION, NEWEGG INC., § <br> REDCATS USA, INC., SYSTEMAX, § <br> INC., ZAPPOS.COM, INC., TIGER § <br> DIRECT, INC., THE SPORTSMAN'S § <br> GUIDE, INC., and REDCATS USA LP, § <br>     Defendants. § <br> § | Civil Action No.  6:07-CV-511 <br><br> Hon. Leonard E. Davis |

## STIPULATION TO EXTEND TIME TO FILE REPLY

IT HEREBY IS STIPULATED AND AGREED, by and among counsel for plaintiff Soverain Software LLC and counsel for CDW Corporation, that Plaintiff Soverain Software LLC shall have until October 23, 2008 to file a Reply in Support of its Motion for Protective Order. Soverain's reply to Defendant CDW Corporation's Response to Motion for Protective Order was originally due to be filed on October 17, 2008, but the parties are in agreement that the deadline should be extended to October 23, 2008.

Dated: October 16, 2008

/s/ Jennifer Seraphine (with permission)
Kenneth R. Adamo, Lead Counsel
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
Email:  kradamo@jonesday.com

Michael C. Smith
SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP
713 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620
Email:  michaelsmith@siebman.com

ATTORNEYS FOR PLAINTIFF
SOVERAIN SOFTWARE LLC

/s/ Julianne M. Hartzell
Eric H. Findlay, Lead Counsel
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
Email:  efindlay@rameyflock.com

Julianne M. Hartzell
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL 60606
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448
Email:  jhartzell@marshallip.com

ATTORNEYS FOR DEFENDANT
CDW CORPORATION