**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC., AND<br>TIGERDIRECT, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 6:07-CV-00511-LED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY**

Plaintiff Soverain Software LLC ("Soverain") hereby files this unopposed motion requesting additional time for Soverain to reply to CDW Corporation's ("CDW") Response to Motion for Protective Order.

1.  Soverain filed its Motion for Entry of Protective Order on September 19, 2008.

2.  Defendant CDW filed its response on October 6, 2008.

3.  Defendants Systemax, Inc. ("Systemax") and TigerDirect, Inc. ("TigerDirect") served their response on October 13, 2008.

4.  Soverain's reply to Systemax and TigerDirect's response is due October 23, 2008.

5.  Soverain requests more time to reply to the issues in CDW's response so that it may coordinate the two responses. Soverain therefore seeks to file its response to CDW on the same day it files its response to Systemax and TigerDirect.

6. Soverain and CDW have stipulated that Soverain may have the additional time requested in this motion.

7. Wherefore, Soverain respectfully requests that this Court extend the deadline for filing its reply to CDW's Response to Motion for Protective Order to October 23, 2008. An Order granting this motion is attached for the Court's convenience.

Respectfully submitted this 17th day of October 2008.

/s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com
Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

Jennifer Seraphine
State Bar No. 245463
Email:  jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

ATTORNEYS FOR PLAINTIFF

- 4 -

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a copy of Plaintiff Soverain Software LLC's Unopposed Motion to Extend Time to File Reply filed in the above-captioned matter was served on October 17, 2008, via the Court's ECM/ECF service, to all counsel of record who have consented to such electronic service under Local Rule CV-5(a).

/s/ Carrie L. Ortner

NYI-4131711v1