# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC. SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING SOVERAIN'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPLY

This Cause having come before the Court on the Unopposed Motion for Extension of Time to File Reply filed by Soverain Software LLC, it is hereby Ordered and Adjudged that the Motion is GRANTED.  Soverain shall reply to CDW Corporation's Response to Motion for Protective Order by October 23, 2008.

**IT IS THEREFORE ORDERED that Soverain's Unopposed Motion for Extension of Time is GRANTED.**

NYI-4131718v1