IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, <br> NEWEGG INC., <br> REDCATS USA, INC. <br> SYSTEMAX INC., <br> ZAPPOS.COM, INC., <br> REDCATS USA, L.P., <br> THE SPORTSMAN'S GUIDE, INC., AND <br> TIGERDIRECT, INC., <br><br> Defendants. | Case No. 6:07-CV-00511-LED |

**SOVERAIN'S NOTICE OF DISCLOSURE OF
PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**

Plaintiff Soverain Software LLC hereby gives notice that Plaintiff's Disclosure of Proposed Terms and Claim Elements for Construction pursuant to P.R. 4-1 was served on Defendants on October 31, 2008 as set forth in the Court's September 17, 2008 Order.

DATED: October 31, 2008

Respectfully submitted,

/s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com

- 2 -

Mark C. Howland
State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Jennifer Seraphine
CA State Bar No. 245463
Email: jseraphine@jonesday.com

JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

ATTORNEYS FOR PLAINTIFF

- 1 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on October 31, 2008 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/   Thomas L. Giannetti