# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CDW CORPORATION, NEWEGG ) | Civil Action No. 6:07-CV-00511-LED |
| INC., REDCATS USA, INC., ) | |
| SYSTEMAX INC., ZAPPOS.COM, ) | JURY TRIAL DEMANDED |
| INC., REDCATS USA, L.P., THE ) | |
| SPORTSMAN'S GUIDE, INC., and ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT NEWEGG INC.'S NOTICE OF DISCLOSURE OF
## PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendant Newegg Inc. hereby gives notice that Defendant's Disclosure of Proposed Terms and Claim Elements for Construction pursuant to P.R. 4-1 was served on the parties on October 31, 2008 as set forth in the Court's September 17, 2008 Order.

Dated: October 31, 2008

By: /s/ Trey Yarbrough
Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorneys for Defendant Newegg Inc.

## Certificate of Service

      The undersigned hereby certifies that all counsel who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 31st day of October, 2008.   All other counsel of record not deemed to have consented will be served via fax or first class mail, postage prepaid.

                                          /s/ Trey Yarbrough  
                                          Trey Yarbrough