# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>    )<br>        Plaintiff, )<br>    )<br>v.  )<br>    )<br>CDW CORPORATION, NEWEGG INC., )<br>REDCATS USA, INC., SYSTEMAX )<br>INC.; ZAPPOS.COM, INC., REDCATS )<br>USA, L.P., THE SPORTSMAN'S )<br>GUIDE, INC., and TIGERDIRECT, )<br>INC., )<br>    )<br>        Defendants. ) | Civil Action No. 6:07-CV-00511-LED |

## NOTICE OF DISCLOSURE OF PROPOSED TERMS
## AND CLAIM ELEMENTS FOR CONSTRUCTION

PLEASE TAKE NOTICE that pursuant to P.R. 4-1 and the Court's scheduling order dated September 17, 2008, counsel for Defendants CDW Corporation and Zappos.com, Inc., served its identification of proposed terms and claim elements for construction on October 31, 2008.

Respectfully submitted,

Dated: October 31, 2008

By: /s/ Julianne M. Hartzell
Thomas L. Duston
Matthew C. Nielsen
Julianne M. Hartzell
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL  60606

        T:  312.474.6300
        F:  312.474.0448
        E:  ssanderson@marshallip.com

        Eric H. Findlay
        RAMEY & FLOCK, P.C.
        100 E. Ferguson, Suite 500
        Tyler, TX  75702
        T:  903.597.3301
        F:  903.597.2413
        E:  efindlay@rameyflock.com

*Counsel for Defendants CDW Corporation and Zappos.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing **NOTICE OF DISCLOSURE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION** via the Court's ecf system.

Dated: October 31, 2008

                                              /s/ Julianne M. Hartzell
                                              Julianne M. Hartzell