IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, § § § Plaintiff, § § v. § Civil Action No. 6:07-cv-511 § CDW Corporation, Newegg Inc., § Jury Trial Demanded Redcats USA, Inc., Systemax Inc., § Zappos.com, Inc., Redcats USA, L.P., § The Sportsman's Guide, Inc,. and § TigerDirect, Inc. § § Defendants. § § | |

## DEFENDANT TIGERDIRECT, INC.'S
## NOTICE OF DISCLOSURE OF PROPOSED TERMS
## AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendant TigerDirect, Inc. ("TigerDirect") hereby gives notice that, pursuant to Patent Rule 4-1, TigerDirect's Disclosure of Proposed Terms and Claim Elements for Construction was served on Plaintiff on October 31, 2008 as set forth by the Court's September 17, 2008 Order.

DATED: October 31, 2008

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*Mary-Olga Lovett*

---

Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505
Michael A. Nicodema (pro hac vice)
Barry J. Schindler (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC. AND TIGER DIRECT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 31, 2008.

*Mary-Olga Lovett*

---
Mary-Olga Lovett