IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

## STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC AND DEFENDANT ZAPPOS.COM, INC. AND ORDER OF DISMISSAL.

WHEREAS, Plaintiff and Defendant Zappos.com, Inc. ("Licensee") have entered into a Patent License Agreement dated as of November 24, 2008;

NOW, THEREFORE, Plaintiff and Licensee stipulate, subject to approval of the Court, that:

1. Plaintiff's complaint against Licensee is dismissed without prejudice.

2. Licensee's counterclaims against Plaintiff are dismissed without prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.

Execution copy
NYI-4141128v1

STIPULATED AND AGREED TO:

_____
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email kradamo@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Attorneys for Soverain Software LLC

_____
Thomas L. Duston
Email: tduston@marshallip.com
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr., 6300 Sears Tower
Chicago, Illinois 60606
Telephone: 312-474-6300
Facsimile: 312-474-0448

Attorneys for Zappos.com, Inc.

SO ORDERED.

2

Execution copy
NYI-4141128v1

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st day of December 2008. Any other counsel of record will be served by first class mail.