# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>        Plaintiff,<br><br>  vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>        Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Plaintiff and Defendant Zappos.com, Inc. ("Licensee") have entered into a Patent License Agreement dated as of November 24, 2008, and a Stipulation of Dismissal, thereby settling their respective claims for relief asserted in this cause. The Court, having considered this Stipulation, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint against Licensee is dismissed without prejudice.

2. Licensee's counterclaims against Plaintiff are dismissed without prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.