IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

## ORDER

Having reviewed the parties' briefs, the Court **GRANTS** Soverain's Motion for Entry of Protective Order (Docket No. 149). The Court will separately enter the protective order submitted as Exhibit M to Docket No. 161. The Court further **ORDERS** Soverain to direct its attorneys and experts that they shall not access Tiger Direct's and Systemax's customer information when reviewing those parties' source code.

**So ORDERED and SIGNED this 13th day of January, 2009.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE