IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,     § | |
|     Plaintiff,     § | |
| § | |
| § | |
| v.     § | Civil Action No.  6:07-CV-511 |
| CDW CORPORATION, NEWEGG INC.,     § | Hon. Leonard E. Davis |
| REDCATS USA, INC., SYSTEMAX,     § | |
| INC., ZAPPOS.COM, INC., TIGER     § | |
| DIRECT, INC., THE SPORTSMAN'S     § | |
| GUIDE, INC., and REDCATS USA LP,     § | |
|     Defendants.     § | |

### NOTICE OF CHANGE OF CONTACT INFORMATION

PLEASE TAKE NOTICE that the contact information of Eric H. Findlay, counsel for Defendant, CDW Corporation has been changed to:

**Findlay Craft**
**6760 Old Jacksonville Hwy**
**Suite 101**
**Tyler, TX  75703**
**903/534-1100**
**903/534-1137 FAX**
**efindlay@findlaycraft.com**


Dated: January 20, 2009              Respectfully submitted,

                                                                               /s/ Eric H. Findlay
                                                                               Eric H. Findlay
                                                                               Texas State Bar No. 00789886
                                                                               Findlay Craft
                                                                               6760 Old Jacksonville
                                                                               Suite 101
                                                                               Tyler, TX  75703
                                                                               903/534-1100
                                                                               903/534-1137 FAX
                                                                               efindlay@findlaycraft.com

## Certificate of Service

I hereby certify that on this the 20th day of January, 2009, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay