IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:07-cv-5 11 (LED) |
| | § | |
| CDW Corporation, Newegg Inc., | § | |
| Redcats USA, Inc., Systemax Inc., | § | |
| Zappos.com, Inc., Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc,. and | § | |
| TigerDirect, Inc. | § | |
| | § | |
| Defendants. | § | |

AGREED MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO COMPLY WITH
PATENT RULES 4-2 AND 4-3

Defendants CDW Corporation, Newegg, Inc., Systemax, Inc., and Tigerdirect, Inc. (collectively, "Defendants") hereby move the Court for an extension of time through February 20, 2009 to comply with patent rule ("P.R.") 4-2 to exchange with Plaintiff Soverain Software LLC preliminary claim constructions and extrinsic evidence and to exchange privilege logs. Defendants hereby further move the Court for an extension of time through March 16, 2009 to comply with P.R. 4-3 to file of joint claim construction and prehearing statement.

1. Discovery on claim construction issues does not close in this case until April 9, 2009. *Markman* hearing is presently scheduled for May 29, 2009. The requested extension will not affect these dates set by the Court.

1

2. Under the current Docket Control Order, Defendants and Plaintiff had through February 6, 2009 (1) to comply with patent rule ("P.R.") 4-2 to exchange with Plaintiff preliminary claim constructions and extrinsic evidence and (2) to exchange privilege logs or inform the Court that there are no disputes as to claims of privileged documents.

3. In order to facilitate ongoing discussions between Defendants and Plaintiff, the parties have agreed to extend the date by which Defendants and Plaintiff are (1) to  comply with patent rule ("P.R.") 4-2 to exchange with Plaintiff preliminary claim constructions and extrinsic evidence and (2) to exchange privilege logs through February 20, 2009.

4. Additionally, consistent with the current schedule, Defendants hereby further move the Court for an extension of time through March 16, 2009 to comply with P.R. 4-3 to file of joint claim construction and prehearing statement.

5. This Motion is submitted in good faith and not for the purpose of delay, and, as noted, the Defendants do not expect that the requested extension of time shall in any way effect any other dates in the Court's current Docket Control Order or the present trial date in this matter.

6. A separate Proposed Order is submitted herewith.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant Defendants an extension of time through February 20, 2009 to (1) to comply with P.R. 4-2 to exchange with Plaintiff preliminary claim constructions and extrinsic evidence and to exchange privilege logs or inform the Court that there are no disputes as to claims of privileged

NY 239,354,226v1 2-6-09

documents; and (2) an extension of time through March 16, 2009 to comply with P.R. 4-3 to file

of joint claim construction and prehearing statement.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*Mary-Olga Lovett*

_____

Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505
Michael A. Nicodema (pro hac vice)
Barry J. Schindler (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC., AND TIGERDIRECT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2009.  Any other counsel of record will be served by facsimile transmission and first class mail.

_____

Mary-Olga Lovett

NY 239,354,226v1 2-6-09

Counsel List for:

Soverain v. Systemax

| Counsel | Company | Contact Information |
|---------|---------|---------------------|
| Kenneth Robert Adamo (lead)<br>*kradamo@jonesday.com*<br>Mark Christopher Howland<br>*mchowland@jonesday.com*<br>Ognian V. Shentov<br>ovshentov@jonesday.com<br>(not noticed) | **Soverain Software<br>LLC** | **Jones Day - Dallas**<br>2727 North Harwood St.<br>Dallas, Tx 75201<br>Tel: 214-969-4856<br>Fax: 214-969-5100 |
| Jennifer Seraphine<br>*jseraphine@jonesday.com* | **Soverain Software<br>LLC** | **Jones Day - San Francisco**<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-5892<br>Fax: (415) 875-5700 |
| Thomas L. Gianetti<br>*tlgiannetti@jonesday.com*<br>Mark Christopher Howland<br>*mchowland@jonesday.com*<br>Barry R Satine<br>*barryrsatine@jonesday.com* | **Soverain Software<br>LLC** | **Jones Day - New York**<br>222 E 41 Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306 |
| Douglas Ray McSwane, Jr.<br>*dougmcswane@potterminton.com* | **Systemax, Inc.** | **Potter Minton**<br>P.O. Box 359<br>Tyler, Texas 75710<br>Ph:  (903) 597.8311<br>Fax:  (903) 593.0846 |
| Herbert A. Yarbrough, III (Trey)<br>*trey@yarbroughlawfirm.com* | **Newegg Inc.** | **Yarbrough Law Firm**<br>100 E Ferguson<br>Suite 1015<br>Tyler, TX 75702<br>Tel: (903) 595-3111<br>Fax: (903) 595-0191 |

*NY 239,354,226v1 2-6-09*

| Nathan J. Prepelka (not noticed, but served Amended Complaint) | **Newegg Inc** | **Webb Law Firm** 700 Koppers Building 436 Seventh Avenue Pittsburgh, Penn 15219 Tel: 412-471-8815 Fax: 412-471-4094 |
|---|---|---|
| Christine A. Leahy VP, General Counsel & Corporate Secretary | **CDW Corporation** | **CDW Corporation** 200 North Milwaukee Ave. Vernon Hills, Il 60061 |
| Eric Hugh Findlay *efindlay@rameyflock.com* | **CDW Corporation** | **Ramey & Flock** 100 East Ferguson Ste 500 Tyler, TX 75702 Tel: (903) 597-3301 Fax: (903) 5972413 |

*NY 239,354,226v1 2-6-09*