IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 6:07-cv-511 (LED) |
| | § |
| CDW Corporation, Newegg Inc., | § |
| Redcats USA, Inc., Systemax Inc., | § |
| Zappos.com, Inc., Redcats USA, L.P., | § |
| The Sportsman's Guide, Inc,. and | § |
| TigerDirect, Inc. | § |
| | § |
| Defendants. | § |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO COMPLY WITH PATENT RULES 4-2 AND 4-3

Before the Court is Defendants CDW Corporation, Newegg, Inc., Systemax, Inc., and Tigerdirect, Inc.'s Motion for an Extension of Time (1) to comply with P.R. 4-2 to exchange preliminary claim constructions and extrinsic evidence and to exchange privilege log; and (2) to comply with P.R. 4-3 to file of joint claim construction and prehearing statement. After consideration of same, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED that said Defendants are granted an extension of time through February 20, 2009 to (1) to comply with P.R. 4-2 to exchange preliminary claim constructions and extrinsic evidence and to exchange privilege log, and the date for filing joint claim construction and prehearing statement under P.R. 4-3 is extended through March 16, 2009.

SIGNED on this the _____ day of _____, 2009.

_____
U.S. DISTRICT JUDGE

NY 239,354,226v1 2-6-09