IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CDW CORPORATION,** ) <br> **NEWEGG INC.,** ) <br> **REDCATS USA, INC.** ) <br> **SYSTEMAX INC.,** ) <br> **ZAPPOS.COM, INC.,** ) <br> **REDCATS USA, L.P.,** ) <br> **THE SPORTSMAN'S GUIDE, INC.,** ) <br> **AND** ) <br> **TIGERDIRECT, INC.,** ) <br> ) <br> Defendants. ) | Case No. 6:07-CV-00511-LED <br><br> **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO VACATE ORDER (DKT. NO. 174) AND TO ENTER A CORRECTED ORDER

Due to an inadvertent error in the Agreed Motion for Extension of Time For Defendants to Comply with Patent Rules 4-2 and 4-3 and the proposed Order accompanying the motion (Dkt. No. 173), filed by Defendants, the Order of February 9, 2009 (Dkt. No. 174) granted extensions of time for complying with P.R. 4-2 and 4-3 and for the exchange of privilege logs to Defendants <u>only</u>.

The parties have conferred and reached agreement that these extensions of time should be applicable to all parties.  A proposed corrected order is submitted herewith.

WHEREFORE, the parties respectfully request the Court to vacate the Order Granting Agreed Motion for Extension of Time For Defendants to Comply with Patent Rules 4-2 and 4-3 of February 9, 2009 (Dkt. No. 174) and to enter the corrected order submitted herewith.

NYI-4158305v1

Dated: February 10, 2009                                         Respectfully submitted,


/s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

      Pursuant to Local Rule CV−7(h), I certify that I have conferred with opposing counsel in a good faith attempt to resolve this matter by agreement, and been advised that Defendants do not oppose this motion.  Plaintiff and Defendants have reached an agreement regarding the proposed Order submitted with this motion.

                      /s/ Thomas L. Giannetti
                      Thomas L. Giannetti


## CERTIFICATE OF SERVICE

      This is to certify that on February 10, 2009 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                      /s/ Thomas L. Giannetti
                      Thomas L. Giannetti