IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,           )<br>                                                         )<br>    Plaintiff,                              )<br>                                                         )<br>    v.                                          )<br>                                                         )<br>CDW CORPORATION,               )<br>NEWEGG INC.,                            )<br>REDCATS USA, INC.                   )<br>SYSTEMAX INC.,                        )<br>ZAPPOS.COM, INC.,                   )<br>REDCATS USA, L.P.,                  )<br>THE SPORTSMAN'S GUIDE, INC., )<br>AND                                             )<br>TIGERDIRECT, INC.,                  )<br>                                                         )<br>    Defendants.                            )  | Case No. 6:07-CV-00511-LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO VACATE
ORDER (DKT. NO. 174) AND TO ENTER A CORRECTED ORDER**

The Court has considered the Unopposed Motion to Vacate Order (Dkt. No. 174) and to Enter a Corrected Order. The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Order Granting Agreed Motion for Extension of Time For Defendants to Comply with Patent Rules 4-2 and 4-3 (Dkt. No. 174) is vacated.

IT IS FURTHER ORDERED that the deadline for complying with P.R. 4-2 is set to February 20, 2009 for all parties.

IT IS FURTHER ORDERED that the deadline for the exchange of privilege logs is set to February 20, 2009 for all parties.

– 2 –

IT IS FURTHER ORDERED that the deadline for complying with P.R. 4-3 is set to March 16, 2009 for all parties.

**So ORDERED and SIGNED this 11th day of February, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**