IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 6:07-CV-00511-LED |
| CDW Corporation, | § | |
| Newegg Inc., | § | JURY TRIAL DEMANDED |
| Redcats USA, Inc. | § | |
| Systemax Inc., | § | |
| Redcats USA, L.P., | § | |
| The Sportsman's Guide, Inc., and | § | |
| TigerDirect, Inc., | § | |
| | § | |
| Defendants | § | |

## **NOTICE OF APPEARANCE**

Please take notice that attorney Ognian V. Shentov enters his appearance in this matter as additional counsel for plaintiff Soverain Software LLC and consents to electronic service of all papers in the action.

February 19, 2009                                       Respectfully submitted,


                                                        /s/ Ognian V. Shentov
                                                        Ognian V. Shentov
                                                        ovshentov@jonesday.com
                                                        NY Attorney Reg. No. 2867737
                                                        JONES DAY
                                                        222 East 41st Street
                                                        New York, New York  10017-6702
                                                        Phone:  (212) 326-3650
                                                        Fax:  (212) 755-7306

NYI-4158944v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. 6:07-CV-00511-LED |
| CDW Corporation, § | |
| Newegg Inc., § | JURY TRIAL DEMANDED |
| Redcats USA, Inc. § | |
| Systemax Inc., § | |
| Redcats USA, L.P., § | |
| The Sportsman's Guide, Inc., and § | |
| TigerDirect, Inc., | |
| | |
| Defendants | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of this document was served on February 19, 2009, via the Court's ECM/ECF service, to all counsel of record who have consented to such electronic service under Local Rule CV-5(a)(3).

/s/ Ognian V. Shentov
Ognian V. Shentov

NYI-4158944v1             2