# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:07-CV-00511-LED |
| | ) | |
| **CDW CORPORATION,** | ) | JURY TRIAL DEMANDED |
| **NEWEGG INC.,** | ) | |
| **REDCATS USA, INC.** | ) | |
| **SYSTEMAX INC.,** | ) | |
| **ZAPPOS.COM, INC.,** | ) | |
| **REDCATS USA, L.P.,** | ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) | |
| **AND** | ) | |
| **TIGERDIRECT, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF SOVERAIN SOFTWARE LLC'S
## NOTICE OF COMPLIANCE WITH P.R. 4-2

Plaintiff Soverain Software LLC notifies the Court that it has complied with the requirements of P.R. 4-2.

Dated: February 20, 2009    Respectfully submitted,


/s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  This is to certify that on February 20, 2009 a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's ECF system.

              /s/ Thomas L. Giannetti
              Thomas L. Giannetti