IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, | § § § |
| Plaintiff, | § § |
| v. | § Civil Action No. 6:07-cv-511 § |
| CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.com, Inc., Redcats USA, L.P., The Sportsman's Guide, Inc,. and TigerDirect, Inc. | § Jury Trial Demanded § § § § § |
| Defendants. | § § § |

**DEFENDANT TIGERDIRECT, INC.'S**
**NOTICE TO THE COURT**

Pursuant to the Docket Control Order regarding privilege, Defendant TigerDirect, Inc. hereby notifies the Court that there are no disputes regarding privileged materials at this time.

Dated:   February 20, 2009.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Mary-Olga Lovett*

---

Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505
Michael A. Nicodema (pro hac vice)
Barry J. Schindler (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC. AND TIGERDIRECT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a true and correct copy of this document via the Court's CM/ECF system on February 20, 2009.

_____
Mary-Olga Lovett