## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 6:07-CV-00511-LED |
| | ) |
| CDW CORPORATION, NEWEGG INC., SYSTEMAX INC., and TIGERDIRECT, INC., | ) ) ) |
| | ) |
| Defendants. | |

### DEFENDANT CDW CORPORATION'S NOTICE OF COMPLIANCE WITH DOCKET CONTROL ORDER REGARDING PRIVILEGE

Pursuant to the Docket Control Order regarding privilege, Defendant CDW notifies the court that there are no disputes regarding privileged materials at this time.

Dated: February 20, 2009

s/ Thomas L. Duston
Eric H. Findlay,
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
Email: efindlay@rameyflock.com

Thomas L. Duston
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448
Email: tduston@marshallip.com

ATTORNEYS FOR DEFENDANT CDW CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of DEFENDANT CDW CORPORATION'S NOTICE OF COMPLIANCE WITH DOCKET CONTROL ORDER REGARDING PRIVILEGE was served upon counsel of record via the Court's ecf system.

>                         */s/ Thomas L. Duston*
>                         Thomas L. Duston