**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,           )<br>                                                         )<br>            Plaintiff,                          )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>CDW CORPORATION, NEWEGG )<br>INC., SYSTEMAX INC., and           )<br>TIGERDIRECT, INC.,                    )<br>                                                         )<br>            Defendants.                      ) | Civil Action No. 6:07-CV-00511-LED |

## DEFENDANT CDW CORPORATION'S NOTICE OF COMPLIANCE WITH P.R. 4-2

Defendant CDW notifies the court that it has complied with the requirements of P.R. 4-2.

Dated: February 20, 2009

       s/ Thomas L. Duston
       Eric H. Findlay,
       RAMEY & FLOCK, P.C.
       100 E. Ferguson, Suite 500
       Tyler, TX 75702
       Telephone:  (903) 597-3301
       Facsimile:   (903) 597-2413
       Email:  efindlay@rameyflock.com

       Thomas L. Duston
       MARSHALL, GERSTEIN & BORUN LLP
       233 S. Wacker Dr., Suite 6300
       Chicago, IL 60606
       Telephone:  (312) 474-6300
       Facsimile:   (312) 474-0448
       Email:  tduston@marshallip.com

       ATTORNEYS FOR DEFENDANT CDW
       CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of DEFENDANT CDW CORPORATION'S NOTICE OF COMPLIANCE WITH P.R. 4-2 was served upon counsel of record via the Court's ecf system.

*/s/ Thomas L. Duston*___
Thomas L. Duston