IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software, LLC §<br>　　Plaintiff §<br>　　　　　　　　　　　　§<br>vs. §<br>　　　　　　　　　　　　§<br>CDW Corporation, §<br>Newegg Inc., §<br>Redcats USA, Inc., §<br>Systemax, Inc., and §<br>Zappos.com, Inc. §<br>　　Defendants § | Civil Action No. 6:07cv511-LED<br><br>Jury Trial Demanded |

### Defendant Newegg Inc.'s Notice of Compliance with P.R. 4-2

Defendant, Newegg Inc., notifies the Court of its compliance with the requirements of P.R. 4-2.

Dated:  February 20, 2009        Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Trey Yarbrough
　　　　　　　　　　　　　　　　Trey Yarbrough
　　　　　　　　　　　　　　　　Bar No. 22133500
　　　　　　　　　　　　　　　　Yarbrough & Wilcox, PLLC
　　　　　　　　　　　　　　　　100 E. Ferguson St., Ste. 1015
　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　Phone: (903) 595-3111
　　　　　　　　　　　　　　　　Fax: (903) 595-0191
　　　　　　　　　　　　　　　　trey@yw-lawfirm.com

　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　Newegg Inc.

## Certificate of Service

      I certify that all counsel who have consented to electronic service have been served with a copy of this instrument via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 20, 2009. All counsel who have not so consented will be served via facsimile transmission or first class mail.


                                          /s/ Trey Yarbrough  
                                          Trey Yarbrough