IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:07 CV 511 <br><br> Hon. Leonard E. Davis |

## STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC AND DEFENDANT CDW CORPORATION AND ORDER OF DISMISSAL

Plaintiff Soverain Software LLC and Defendant CDW Corporation have resolved their dispute on mutually agreed terms and conditions and hereby stipulate, subject to approval of the Court, that:

1. Plaintiff's complaint against CDW is dismissed with prejudice.

2. CDW's counterclaims against Plaintiff are dismissed with prejudice.

3. Each party shall bear its own attorneys' fees, expenses and costs.

NYI-4165394v1

STIPULATED AND AGREED TO:

/s/ *(by TL Giannetti w/permission)* K. R. Adamo

Kenneth R. Adamo
State Bar No. 00846960
JONES DAY – Dallas
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-4856
Facsimile: (214) 969-5100
Email: kradamo@jonesday.com

*Attorneys for Soverain Software LLC*

/s/ *[signature]*

Thomas L. Duston
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448
Email: tduston@marshallip.com

*Attorneys for CDW Corporation*

SO ORDERED.

NYI-4165394v1

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of March 2009.

*/s/ Thomas L. Giannetti*

THOMAS L. GIANNETTI

NYI-4165394v1