IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:07 CV 511 |
| CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | Hon. Leonard E. Davis |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant CDW Corporation ("CDW") have resolved their respective claims for relief asserted in this case and entered into a Stipulation of Dismissal. The Court, having considered this Stipulation, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint against CDW is dismissed with prejudice.

2. CDW's counterclaims against Plaintiff are dismissed with prejudice.

3. Each party shall bear its own attorneys' fees, expenses and costs.

NYI-4165394v1