IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:07 CV 511 <br><br> Hon. Leonard E. Davis |

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

WHEREAS, Plaintiff and Defendant CDW Corporation ("CDW") have resolved their respective claims for relief asserted in this case and entered into a Stipulation of Dismissal.  The Court, having considered this Stipulation, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's complaint against CDW is dismissed with prejudice.

2.      CDW's counterclaims against Plaintiff are dismissed with prejudice.

3.      Each party shall bear its own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 16th day of March, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**