# Exhibit B

## SOVERAIN'S PROPOSED CLAIM CONSTRUCTIONS AND SUPPORT

### List of Sources for Extrinsic Evidence

American Heritage Dictionary, Third Edition, Dell Publishing, New York, New York, 1994 ("American Heritage") (SVN2-0072339 – SVN2-0072348; SVN2-0072360 – SVN2-0072363).

Berners-Lee, T. et al., Hypertext Transfer Protocol -- HTTP/1.0, March 8, 1995, *available at* ftp://ftp.ics.uci.edu/pub/ietf/http/history/draft-ietf-http-v10-spec-00.txt ("HTTP/1.0") (SVN2-0072365 – SVN2-0072418).

Dictionary of Banking Terms, Second Edition, Barron's Educational Series, Inc., Hauppauge, New York, U.S.A., 1993 ("Banking Terms") (SVN2-0072325 – SVN2-0072327).

Fielding, R., Relative Uniform Resource Locators, Request for Comments 1808, UC Irving, June 1995, *available at* http://www.ietf.org/rfc/rfc1808.txt ("RFC 1808") (SVN2-0072435 – SVN2-0072449).

IBM Dictionary of Computing, Tenth Edition, McGraw-Hill, Inc., 1993 ("IBM") (SVN2-0072419 – SVN2-0072427).

IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Edition, IEEE Std 100-1992, Published by the Institute of Electrical and Electronics Engineers, Inc. ("IEEE 5th Ed.") (SVN2-0072309 – SVN2-0072316).

IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Edition, IEEE Std 100-1996, Published by the Institute of Electrical and Electronics Engineers, Inc. ("IEEE 6th Ed.") (SVN2-0072317 – SVN2-0072324; SVN2-0072428 – SVN2-0072430).

Merriam-Webster's Collegiate Dictionary, Ninth Edition, Merriam-Webster, Inc., Springfield, Massachusetts, U.S.A., 1989 ("Webster's (1989)") (SVN2-0072450 - SVN2-0072452).

Merriam-Webster's Collegiate Dictionary, Ninth Edition, Merriam-Webster, Inc., Springfield, Massachusetts, U.S.A., 1990 ("Webster's (1990)") (SVN2-0072349 - SVN2-0072359).

Microsoft Press Computer Dictionary, Third Edition, Microsoft Press, 1997 ("Microsoft") (SVN2-0072328 – SVN2-0072338; SVN2-0072431 – SVN2-0072434).

*Soverain Software LLC v. Amazon.com, Inc.,* 6:04cv14, Dkt. Item 245, slip op (E.D. Tex. April 7, 2005) ("Amazon Markman Order") (SVN2-0072273 – SVN2-0072308).

**Soverain's Proposed Claim Constructions and Support[1]**

| | U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 1. | Buyer computer for operation by a user desiring to buy products<br><br>'314 patent:<br>claims 34, 39<br><br>'492 patent:<br>claim 17, 18, 35, 36 | defendants | a computer for operation by a user desiring to buy products<br><br>where "computer" means a functional unit that can perform substantial computation, including numerous arithmetic operations or logic operations without human intervention | '314/'492 Disclosure[2]<br>Abstract<br>FIG. 1<br>Col. 1, ll. 17 – 23<br>Col. 2, ll. 19 – 42<br>Col. 3, ll. 38 – 56<br>Col. 10, ll. 27 – 31<br><br>'314 Claims<br>34, 39<br><br>'492 Claims<br>17, 18, 35, 36<br><br>'424 Disclosure[3]<br>Abstract<br>FIG. 1<br>Col. 5, l. 60 – Col. 6, l. 2 | *Amazon* Markman Order<br><br>IEEE 5th Ed. at p. 230<br><br>IEEE 6th Ed. at p. 192 |

---

[1] Defendants have adopted the claim-construction positions taken by Defendant Amazon in *Soverain v. Amazon* with respect to the following claim terms: "Shopping cart database," "Shopping cart," "Plurality of products added to . . . shopping cart / [Add a] plurality of respective products to a shopping cart," "Service request," and "Session identifier." In addition, Newegg adopted the claim-construction position taken by Amazon with respect to the claim term "Shopping Cart Computer."  Appendix C, Defendants' Preliminary Claim Construction Chart, at 1 n.1.  In response, Soverain reserves the right to rely upon the intrinsic and extrinsic evidence cited by Soverain in the P.R. 4-3 submission in the *Soverain v. Amazon* case and the Markman Order in that case.

[2] U.S. Pat. No. 5,715,314 ("'314 patent") and U.S. Pat. No. 5,909,492 ("'492 patent") share the same specification  The column-and-line citations refer to the '314 patent, even if the construed term appears only in the '492 patent.

| U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 2. | Being programmed to receive a plurality of requests from a user<br><br>'314 patent:<br>claims 34<br><br>'492 patents:<br>claims 17, 35 | Soverain | containing a set of instructions for receiving a plurality of requests from a user | '314/'492 Disclosure<br>FIGS. 2A – 2I, 3A – 3B, 4A – 4C<br>Col. 1, ll. 17 – 23<br>Summary of the Invention<br>Col. 4, ll. 46 – 50<br>Col. 9, l. 51 – Col. 10, l. 20<br>Col. 10, ll. 27 – 31<br>Appendices A – G<br><br>'424 Disclosure<br>Col. 5, l. 60 – Col. 6, l. 2 | Microsoft at p. 384<br><br>IEEE 5th Ed. at p. 1013<br><br>IEEE 6th Ed. at p. 825<br><br>American Heritage at p. 661<br><br>Webster's (1990) at p. 940<br><br>IBM at p. 535 |

---

(continued…)

[3] The '314 patent incorporates U.S. App No. 09/168,519, later abandoned, by reference.  A continuation of that application, U.S. App. No. 08/563,745, issued as U.S. Pat. No. 5,724,424 ("'424 patent").  For convenience, reference is made to columns and lines of the '424 patent instead of U.S. App. No. 09/168,519.

NYI-4167322v1

| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | U.S. Patent Nos. 5,715,314 and 5,909,492 | | |
| 3. | Shopping cart computer<br><br>'314 patent:<br>claims 34, 35, 39, 49, 74, 84, 109, 134, 144<br><br>'492 patent:<br>claims 17, 18, 35, 36 | defendants | a computer processing data associated with one or more shopping carts<br><br>*See* construction of "computer" in term 1 | '314/'492 Disclosure<br>FIG. 3A – 3B<br>Col. 1, ll. 18 – 47<br>Col. 2, ll. 19 – 42<br>Col. 4, ll. 35 – 45<br>Col. 5, ll. 5 – 15<br>Col. 7, l. 55 – Col. 8, l. 31<br>Col. 10, ll. 27 – 31<br>Appendices F, G<br><br>'314 Claims<br>1 – 33, 34, 35, 39, 49, 74, 84 – 109, 134, 144 – 168<br><br>'492 Claims<br>17, 18, 35, 36<br><br>'314 File History<br>Amendment, 12/19/96 | *Amazon* Markman Order |

| U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 4. | Shopping cart database<br><br>'314 patent<br>claims 34, 39<br><br>'492 patents<br>claims 17, 18, 35, 36 | defendants | a database of stored representations of collections of products<br><br>where "database" means a collection of logically related data stored together in one or more computerized files | '314/'492 Disclosure<br>FIGS. 1, 3A – 3B<br>Col. 2, ll. 19 – 42<br>Col. 5, ll. 5 – 15<br>Col. 7, ll. 55 – 59<br>Col. 10, ll. 27 – 31<br><br>'314 Claims<br>34, 39<br><br>'492 Claims<br>17, 18, 35, 36<br><br>'314 File History<br>Amendment, 12/19/96 | *Amazon* Markman Order<br><br>IEEE 5th Ed. at p. 304<br><br>IEEE 6th Ed. at p. 251<br><br>Microsoft at p. 129 |

| | U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 5. | Shopping cart message<br><br>'314 patent:<br>claims 34, 39, 84, 144<br><br>'492 patent:<br>claims 17, 18, 35, 36 | defendants | a message concerning a shopping cart<br><br>*See* term 6 | '314/'492 Disclosure<br>FIGS. 3A – 3B<br>Col. 2, ll. 19 – 42<br>Col. 9, l. 51 – Col. 10, l. 20<br>Col. 10, ll. 27 – 31<br>Appendices A – D<br><br>'314 Claims<br>34, 39, 60 – 73, 84, 120 – 133, 144<br><br>'492 Claims<br>17, 18, 35, 36 | *Amazon* Markman Order<br><br>'639 Disclosure<br>Col. 3, l. 54 – Col. 4, l. 21<br><br>RFC 1808 |
| 6. | Shopping cart<br><br>'314 patent:<br>claims 34, 36, 39<br><br>'492 patent:<br>claims 17, 18, 35, 36 | defendants | a stored representation of a collection of products | '314/'492 Disclosure<br>FIGS. 2A – 2I, 3A – 3B<br>Col. 2, ll. 19 – 42<br>Col. 10, ll. 27 – 31<br><br>'314 Claims<br>34, 36, 39<br><br>'492 Claims<br>17, 18, 35, 36<br><br>'314 File History<br>Amendment, 12/19/96 | *Amazon* Markman Order |

| | | | | | |
|---|---|---|---|---|---|
| | U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | |
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 7. | Plurality of products added to . . . shopping cart / [Add a] plurality of respective products to a shopping cart<br><br>'314 patent:<br>claims 34, 36, 39<br><br><br>'492 patent:<br>claim 17, 18, 35, 36 | defendants | product identifiers which are added to an instance of a shopping cart in the shopping cart database / [add] identifiers of respective products to an instance of a shopping cart<br><br>*See* terms 4, 6 | '314/'492 Disclosure<br>Col. 2, ll. 19 – 42<br>Col. 5, ll. 5 – 15<br>Col. 7, ll. 55 – 59<br>Col. 10, ll. 27 – 31<br><br>'314 Claims<br>34, 36, 38, 39<br><br>'492 Claims<br>17, 18, 35, 36 | *Amazon* Markman Order |

NYI-4167322v1

| | U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 8. | Payment message<br><br>'314 patent:<br>claims 34, 35, 39, 49, 74, 109, 134<br><br>'492 patent:<br>claim 17, 18, 35, 36 | defendants | a message relating to a payment for one or more products | '314/'492 Disclosure<br>FIGS. 2A – 2I, 3A – 3B<br>Col. 2, ll. 32 – 42<br>Col. 3, ll. 38 – 47<br>Col. 9, l. 51 – Col. 10, l. 20<br>Col. 10, ll. 27 – 31<br><br>'314 Claims<br>1, 7, 8, 12, 33, 34, 39, 87, 147<br><br>'492 Claims<br>11, 13, 17, 18, 35, 36 | *Amazon* Markman Order |

| U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 9. | To cause said payment message to be activated to initiate a payment transaction[4]<br><br>'314 patent: claims 34, 39<br><br>'492 patent: claim 17, 18, 35, 36 | defendants | to cause an action associated with said payment message to initiate a payment transaction<br><br>*See* term 8 | '314/'492 Disclosure<br>FIG. 3B<br>Col. 1, ll. 17 – 23<br>Col. 8, ll. 25 – 28<br>Col. 10, ll. 27 – 31<br><br><u>'314 Claims</u><br>1, 20, 21, 34, 39, 49, 74<br><br><u>'492 Claims</u><br>17, 18, 35, 36<br><br><u>'424 Disclosure</u><br>FIGS. 2, 3, 5, 8<br>Col. 5, ll. 7 – 28<br>Col. 5, ll. 45 – 59<br>Col. 7, ll. 15 – 38 | IBM at p. 9 |

---

[4] Although the defendants' P.R. 4-1 disclosures identified the phrase "to cause said payment message to be activated" as requiring construction, Soverain believes, and so indicated in its P.R 4-2 disclosures, that the complete phrase identified above (which includes the phrase identified by the defendants) should be construed.

| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
|---|---|---|---|---|---|
| | U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | |
| 10. | A Shopping Cart URL<br><br>'314 patent:<br>claims 60, 65, 120, 125 | defendants | a URL concerning a shopping cart<br><br>*See* term 6 | '314/'492 Disclosure<br>Col. 5, l. 26 – Col. 6, l. 42<br>Col. 7, ll. 14 – 30<br>Col. 8, l. 14 – Col. 9, l. 2<br>Col. 9, l. 51 – Col. 10, l. 20<br>Col. 10, ll. 27 – 31<br>Appendices A – D<br><br>'314 Claims<br>34, 39, 60 – 73, 120 – 133<br><br>'492 Claims<br>17, 18, 35, 36 | Microsoft at p. 405<br><br>'639 Disclosure<br>Col. 3, l. 54 – Col. 4, l. 21<br><br>RFC 1808 |
| 11. | Hypertext link<br><br>'492 patent:<br>claim 15, 16 | defendants | a non-sequential web association which the user can use to navigate through related topics | '314/'492 Patent<br>Col. 1, ll. 17 – 23<br>Col. 9, l. 51 – Col. 10, l. 20<br>Col. 10, ll. 27 – 31<br>Appendices A – D<br><br>'424 Disclosure<br>Col. 4, l. 61 – Col. 5, l. 6 | *Amazon* Markman Order<br><br>Microsoft at p. 240<br><br>'639 Disclosure<br>FIGS. 2A-2B, 4, 5;<br>Col. 1, l. 66 – Col. 4, l. 22;<br>Col. 5, l. 18 – Col. 5, l. 41;<br>Col. 6, ll. 17 – 26;<br>Col. 8, ll. 27 – 50<br><br>'639 Claims<br>1, 62, 78 |

| | U.S. Patent Nos. 5,715,314 and 5,909,492 | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 12. | A statement URL<br><br>'492 patent: claim 41, 76 | defendants | a URL concerning a statement | '314/'492 Disclosure FIG. 4A<br>Col. 5, l. 26 – Col. 6, l. 42<br>Col. 7, ll. 14 – 30<br>Col. 8, l. 14 – Col. 9, l. 2<br>Col. 9, l. 51 – Col. 10, l. 20<br>Col. 10, ll. 27 – 31<br>Appendices A – D<br><br>'492 Claims<br>15, 16, 41, 42, 76, 77 | Microsoft at p. 405<br><br>'639 Disclosure<br>Col. 3, l. 54 – Col. 4, l. 21<br><br>RFC 1808 |
| 13. | A transaction log identifier<br><br>'492 patent : claims 67, 102 | defendants | a text string that identifies a transaction log | '314/'492 Disclosure FIGS. 12, 13<br>Col. 9, ll. 19 – 25<br>Col. 10, ll. 27 – 31 | *See Amazon* Markman Order<br><br>Microsoft at p. 243<br><br>IBM at p. 428 |
| 14. | an initiator number<br><br>'492 patent : claims 67, 102 | defendants | a number concerning an entity starting a funds transfer | '314/'492 Disclosure FIGS. 12, 13<br>Col. 9, ll. 19 – 25<br>Col. 10, ll. 27 – 31 | |

| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
|---|---|---|---|---|---|
| 15. | a beneficiary number<br><br>'492 patent :<br>claims 67, 102 | defendants | a number concerning an entity receiving a funds transfer | '314/'492 Disclosure<br>FIGS. 12, 13<br>Col. 9, ll. 19 – 25<br>Col. 10, ll. 27 – 31 | Banking Terms at p. 77 |

*U.S. Patent Nos. 5,715,314 and 5,909,492*

- 12 -

| U.S. Patent No. 6,272,639 | | | | |
|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 16. | Service request<br><br>'639 patent:<br>claims 1, 10, 60, 65, 78, 79 | defendants | a solicitation of services from a client to a server.  A service request may entail the exchange of any number of messages between the client and the server. | '639 Disclosure<br>FIG. 3<br>Col. 1, ll. 24 – 47<br>Col. 3, ll. 6 – 19<br>Col. 10, ll. 19 – 23<br><br>'639 File History<br>Amendment, 10/19/06 and attached 1.131 declaration | *Amazon* Markman Order<br><br>IEEE 6th Ed. at pp. 974 – 975<br><br>HTTP/1.0 |
| 17. | Session identifier<br><br>'639 patent:<br>claims 1, 10, 47, 63, 78, 79 | defendants | a text string that identifies a session<br><br>*See* term 18 | '639 Disclosure<br>FIGS. 2A, 2B, 3<br>throughout the specification<br>*see*, *e.g.*,<br>Abstract<br>Col. 3, l. 6 – Col. 4, l. 30<br>Col. 8, ll. 1 – 4<br>Col. 10, ll. 19 – 23<br><br>'780 Claims<br>throughout, *see*, *e.g.*, 1, 2, 3, 11, 14, 15, 21, 32, 34<br><br>'639 File History<br>Amendment, 12/28/2001, at 4 – 5 | *Amazon* Markman Order<br><br>Microsoft at p. 243 |

| U.S. Patent No. 6,272,639 | | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 18. | Session<br><br>'639 patent:<br>claims 1, 10, 47, 63, 78, 79 | defendants | a series of requests and responses to perform a complete task or set of tasks between a client and a server system | '639 Disclosure<br>FIG. 3<br>Summary of the Invention<br>Col. 2, ll. 9 – 14<br>Col. 3, ll. 20 – 41<br>Col. 6, l. 35 – Col. 7, l. 13<br>Col. 7, ll. 52 – 67<br>Col. 8, ll. 27 – Col. 9, l. 6<br>Col. 10, ll. 19 – 23<br><br>'639 File History<br>Amendment, 12/28/2001, at 4 – 5<br><br>'314/'492 Disclosure<br>Col. 7, ll. 40 – 54 | *Amazon* Markman Order<br><br>IBM at pp. 323 – 24 |

| | | | | U.S. Patent No. 6,272,639 | | |
|---|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 19. | Appending the stored session identifier to each of the subsequent distinct requests<br><br>'639 patent:<br>claim 1 | defendants | tagging, adding, affixing or supplementing the stored session identifier to each of the subsequent distinct requests<br><br>*See* terms 16, 17 | '639 Disclosure<br>FIGS. 2A, 2B, 3, 6<br>Col. 1, l. 48 – Col. 2, l. 39<br>Col. 3, l. 54 – Col. 4, l. 30<br>Col. 5, ll. 42 – 65<br>Col. 7, l. 22 – Col. 9, l. 65<br>Col. 10, ll. 19 – 23<br><br>'780 Claims<br>58, 111<br><br>'639 File History<br>Amendment, 12/28/01, at 4 – 5, 7<br>Amendment, 10/19/06 and attached 1.131 declaration | *See Amazon* Markman Order<br><br>IEEE 6th Ed. at p. 1049<br><br>Microsoft at pp. 26, 450<br><br>American Heritage at pp. 40, 800 – 01<br><br>Webster's (1990) at p. 96<br><br>HTTP/1.0 |

| | U.S. Patent No. 6,272,639 | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 20. | Validating, at the server system, the appended session identifier<br><br>'639 patent:<br>claim 47 | defendants | at the server system, determining the validity of the appended session identifier<br><br>*See* terms 17, 19 | '639 Disclosure<br>Col. 3, ll. 42 – 47<br>Col. 6, ll. 5 – 16<br>Col. 10, ll. 19 – 23<br><br>'780 Disclosure<br>Col. 43 – 46<br><br>'649 File History<br>Amendment, 12/28/01, at 4 – 5<br>Amendment, 10/19/06, and attached 1.131 declaration | Microsoft at p. 490<br><br>Webster's (1990) at p. 1302 |
| 21. | user identifier<br><br>'639 patent:<br>claim 60 | defendants | a text string that identifies a user | '639 Disclosure<br>Col. 1, ll. 13 – 25<br>Col. 5, ll. 42 – 65<br>Col. 8, ll. 1 – 13<br>Col. 8, l. 51 – Col. 9, l. 6<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>2, 14, 23, 32, 60, 61 | *See Amazon* Markman Order<br><br>Microsoft at p. 243<br><br>IBM at pp. 323 – 24, 724 |

| U.S. Patent No. 6,272,639 | | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 22. | A purchase request / a request for purchase<br><br>'639 patent:<br>claim 60 | defendants | One or more messages requesting a purchase | '639 Disclosure<br>Col. 2, l. 54 – Col. 3, l. 2<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>60, 61 | |
| 23. | Accessing, upon receipt of the purchase request at the server system, user information associated with the user identifier sufficient to charge an account associated with the user<br><br>'639 patent:<br>claim 60 | defendants | upon receipt of the purchase request at the server system, obtaining access to user information associated with the user identifier sufficient to charge an account associated with the user<br><br>*See* term 22 | '639 Disclosure<br>Abstract<br>Col. 2, ll. 9 – 14<br>Col. 6, l. 35 – Col. 7, l. 14<br>Col. 8, ll. 28 – Col. 9, l. 20<br>Col. 9, ll. 52 – Col. 10, l. 11<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>60, 62<br><br>'314/'492 Disclosure<br>FIGS. 2A – 2I, 7<br>Col. 6, ll. 23 – 29<br>Col. 7, ll. 14 – 15 | IEEE 5th Ed. at p. 6<br><br>IEEE 6th Ed. at p. 5<br><br>Microsoft at p. 12<br><br>American Heritage at p. 5<br><br>Webster's (1990) at p. 49<br><br>IBM at p. 3 |

| | | | | U.S. Patent No. 6,272,639 | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 24. | Charging the user . . . according to the user information<br><br>'639 patent:<br>claim 60 | defendants | charging an account associated with the user according to the user information | '639 Disclosure<br>Col. 2, ll. 9 – 14<br>Col. 8, l. 27 – Col. 9, l. 6<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>23, 27, 31, 59, 60, 62<br><br>'314/'492 Disclosure<br>FIGS. 2A – 2I, 7<br>Col. 6, ll. 23 – 29<br>Col. 7, ll. 14 – 15 | American Heritage at p. 148<br><br>Webster's (1990) at p. 49<br><br>Webster's (1989) at p. 227<br><br>IBM at p. 100 |
| 25. | Fulfilling the purchase request based on the user information<br><br>'639 patent:<br>claim 60 | defendants | carrying out the purchase request based on the user information<br><br>*See* term 22 | '639 Disclosure<br>Col. 2, ll. 9 – 14<br>Col. 10, ll. 19 – 23<br><br>'314/'492 Disclosure<br>Col. 4, l. 50 – 65<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>60, 62 | American Heritage at p. 341 |

NYI-4167322v1

| | | | U.S. Patent No. 6,272,639 | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 26. | Creating, responsive to the initial service request, the session identifier<br><br>'639 patent:<br>claim 79 | defendants | producing, in response to the initial service request, the session identifier<br><br>*See* terms 17, 29 | '639 Disclosure<br>FIG. 2B<br>Col. 5, ll. 42 – 65<br>Col. 6, l. 27 – Col. 7, l. 13<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>10, 69, 79 | *See Amazon* Markman Order, *see, e.g.,* discussion of the term "creating a database"<br><br>American Heritage at p. 203<br><br>Webster's (1990) at p. 304 |

| | U.S. Patent No. 6,272,639 | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 27. | Hyperlink<br><br>'639 patent:<br>claim 62 | defendants | a non-sequential web association which the user can use to navigate through related topics | '639 Disclosure<br>FIGS. 2A – 2B, 4, 5<br>Col. 1, l. 66 – Col. 4, l. 22<br>Col. 2, ll. 9 – 14<br>Col. 5, l. 18 – Col. 5, l. 41<br>Col. 6, ll. 17 – 26<br>Col. 8, ll. 27 – 50<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>1, 62, 78<br><br>'314/'492 Disclosure<br>Col. 1, ll. 17 – 23<br>Col. 9, l. 51 – Col. 10, l. 20<br>Appendices A – D<br><br>'424 Disclosure<br>Col. 14, l. 61 – Col. 5, l. 6 | *See Amazon* Markman Order<br><br>Microsoft at p. 240 |
| 28. | An identifier of a purchaser<br><br>'639 patent:<br>claim 62 | defendants | a text string that identifies a purchaser | '639 Claims<br>62 | *See Amazon* Markman Order<br><br>Microsoft at p. 243 |

| U.S. Patent No. 6,272,639 | | | | | |
|---|---|---|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it app | Constr. Requested By | Soverain's Proposed Construction | Intrinsic Support | Extrinsic Evidence |
| 29. | Initial service request<br><br>'639 patent:<br>claims 10, 79 | Soverain | the first service request in a session<br><br>*See* terms 16, 18 | '639 Disclosure<br>FIGS. 2A – 2B, 4<br>Col. 5, l. 18 – Col. 6, l. 34<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>1, 10, 78, 79<br><br>'639 File History<br>Amendment, 12/28/01, at 4 | American Heritage at p. 431<br><br>Webster's (1990) at p. 622 |
| 30. | Controlled document<br><br>'639 patent:<br>claim 47 | Soverain | a document that can be accessed when one or more conditions are met | '639 Disclosure<br>Abstract<br>FIGS. 2A – 2B, 4<br>Col. 2, l. 40 – Col. 3, l. 2<br>Col. 3, l. 20 – Col. 4, l. 21<br>Col. 5, ll. 18 – Col. 6, l. 17<br>Col. 6, l. 57 – Col. 7, l. 21<br>Col. 7, ll. 35 – 67<br>Col. 8, ll. 59 – Col. 9, l. 6<br>Col. 9, l. 66 – Col. 10, l. 11<br>Col. 10, ll. 19 – 23<br><br>'639 Claims<br>47 | IEEE at p. 5<br><br>IBM at p. 3 |

NYI-4167322v1