IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

### ORDER

The Court has reviewed the parties' P.R. 4-3 Joint Claim Construction and Prehearing Statement (Docket No. 188). There are three patents in suit, two of which have already been addressed by this Court in *Soverain Software LLC v. Amazon.com, Inc.*, 6:04cv14, and thirty terms in dispute. The Court **ORDERS** the parties to meet and confer and narrow the number of disputed terms to a reasonable number. The Court also reminds the parties that the page limits governing dispositive motions pursuant to Local Rule CV-7(a) apply to claim construction briefing and will not be extended absent a showing of good cause. The parties have also requested a full day's time for the claim construction hearing. It is the Court's standard practice to conclude claim construction hearings by lunch. The parties should plan accordingly.

**So ORDERED and SIGNED this 17th day of March, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**