**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:07-CV-00511-LED** |
| | ) | |
| **CDW CORPORATION,** | ) | **JURY TRIAL DEMANDED** |
| **NEWEGG INC.,** | ) | |
| **REDCATS USA, INC.** | ) | |
| **SYSTEMAX INC.,** | ) | |
| **ZAPPOS.COM, INC.,** | ) | |
| **REDCATS USA, L.P.,** | ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) | |
| **AND** | ) | |
| **TIGERDIRECT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF SOVERAIN SOFTWARE LLC'S
NOTICE OF COMPLIANCE WITH DOCKET CONTROL
ORDER REGARDING TECHNICAL ADVISORS**

Plaintiff Soverain Software LLC notifies the Court that it has complied with the

requirements of the First Amended Docket Control Order regarding Technical Advisors.

Plaintiff further states that the parties were unable to reach agreement as to any potential

technical advisor.

Dated: March 19, 2009                    Respectfully submitted,


/s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

NYI-4168116v1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on March 19, 2009 a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.


/s/ Thomas L. Giannetti
Thomas L. Giannetti