IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP | § § § § § § § | |
| Defendant | § | |

### ORDER

In light of the parties' inability to agree on a technical advisor, the Court is considering appointing Michael T. McLemore to the position. The Court **ORDERS** the parties to file any objections they have to Mr. McLemore no later than April 3, 2009.

**So ORDERED and SIGNED this 26th day of March, 2009.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE