IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| | ) |
| **CDW CORPORATION,** | ) JURY TRIAL DEMANDED |
| **NEWEGG INC.,** | ) |
| **REDCATS USA, INC.** | ) |
| **SYSTEMAX INC.,** | ) |
| **ZAPPOS.COM, INC.,** | ) |
| **REDCATS USA, L.P.,** | ) |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) |
| **AND** | ) |
| **TIGERDIRECT, INC.,** | ) |
| | ) |
| Defendants. | ) |

**AMENDED P.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT**

Pursuant to P.R. 4-3, the Court's Docket Control Order, as amended, and in response to the March 24, 2009 Court Order granting leave to file (Dkt. No. 192), the parties hereby submit this Amended Joint Claim Construction and Prehearing Statement, to which all parties have agreed.  Plaintiff Soverain Software LLC ("Soverain") is making this filing on behalf of itself and all remaining defendants.

I.   AGREED CONSTRUCTIONS

The parties have agreed upon the construction of the following claim terms, phrases, and clauses appearing in U.S. Pat. No. 5,715,314 ("'314 patent"), U.S. Pat. No. 5,909,492 ("'492 patent"), and U.S. Patent No. 7,272,639 ("'639 patent"):

| Claim Term, Phrase or Clause | Patent Claim | Agreed Construction |
|---|---|---|
| Message | '314 patent, Claims 34, 35, 39, 49, 74, 84, 109, 134, 144<br><br>'492 patent, Claim 17, 18, 35, 36 | a unit of information sent electronically |
| Plurality of products added to . . . shopping cart / [Add a] plurality of respective products to a shopping cart | '314 patent, Claims 34, 36, 39<br><br>'492 patent, Claim 17, 18, 35, 36 | product identifiers which are added to an instance of a shopping cart in the shopping cart database / [add] identifiers of respective products to an instance of a shopping cart |
| Shopping cart | '314 patent: Claims 34, 36, 39<br><br>'492 patent, Claims 17, 18, 35, 36 | a stored representation of a collection of products |
| Shopping cart database | '314 patent, Claims 34, 39<br><br>'492 patents, Claims 17, 18, 35, 36 | a database of stored representations of collections of products<br><br>where "database" means a collection of logically related data stored together in one or more computerized files |
| An identifier of a purchaser | '639 patent, Claim 62 | a text string that identifies a purchaser |
| Charging the user . . . according to the user information | '639 patent, Claim 60 | charging an account associated with the user according to the user information |

NYI-4169919

| Claim Term, Phrase or Clause | Patent Claim | Agreed Construction |
|---|---|---|
| Durable product | '639 patent, Claim 68 | physical product |
| Forwarding . . . from the client to the server system | '639 patent, Claim 1 | sending . . . from the client to the server system |
| Fulfilling the purchase request based on the user information | '639 patent, Claim 60 | carrying out the purchase request based on the user information |
| Returning | '639 patent, Claims 1, 47, 79 | sending back |
| user identifier | '639 patent, Claim 60 | a text string that identifies a user |

## II.   DISPUTED CONSTRUCTIONS

Exhibit A is a side-by-side comparison of the parties' proposed constructions of the terms, phrases, and clauses that are still in dispute.

Exhibit B sets forth Soverain's proposed constructions of the disputed claim terms, phrases, or clauses, together with an identification of references from the specifications or prosecution histories supporting those constructions, and an identification of any extrinsic evidence known to Soverain on which it intends to rely either to support its proposed constructions or to oppose the constructions proposed by the defendants.

Exhibit C sets forth the defendants' proposed constructions of the disputed claim terms, phrases, or clauses, together with an identification of references from the specifications or prosecution histories supporting those constructions, and an identification of any extrinsic evidence known to the defendants on which they intend to rely either to support their proposed constructions or to oppose the constructions proposed by Soverain.

- 4 -

Exhibit D sets forth Systemax and TigerDirect's proposed construction of the term "shopping cart computer," together with an identification of references from the specifications or prosecution histories supporting that construction, and an identification of any extrinsic evidence known to Systemax and TigerDirect on which they intend to rely either to support their proposed construction or to oppose the construction for "shopping cart computer" proposed by Soverain.

Exhibit E sets forth terms which defendants Newegg Inc., Systemax Inc, and TigerDirect, Inc. adopted from the *Amazon* Markman Order, Civil Action 6:04-cv-14, and for which one or more of these defendants expressly preserved the right of appeal. Specifically, Exhibit E contains an identification of the record, upon which an appeal from the adopted claim constructions is to be based.

### III.   LENGTH OF TIME NEEDED FOR CLAIM-CONSTRUCTION HEARING

The parties suggest that approximately four hours be set aside for the claim-construction hearing.

### IV.   WITNESSES

No party will call any witnesses at the claim-construction hearing.

### V.   NO ISSUES FOR A PREHEARING CONFERENCE

At this time, the parties do not believe there are any issues to be taken up at a Prehearing Conference.

NYI-4169919

- 5 -

Dated: March 27, 2009  Respectfully submitted,


/s/ Ognian V. Shentov (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF SOVERAIN
SOFTWARE LLC

- 5 -

Respectfully submitted,
**GREENBERG TRAURIG, LLP**


/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

Michael A. Nicodema (pro hac vice)
Barry J. Schindler (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Attorneys for Defendants
Systemax Inc. and TigerDirect, Inc.

- 6 -

- 7 -

Respectfully submitted,


/s/ Kent E. Baldauf, Jr.
Kent E. Baldauf, Jr.
Lead Attorney
Email: kbaldaufjr@webblaw.com

David C. Hanson
Email: dhanson@webblaw.com

John W. McIlvaine
Email: jmcilvaine@webblaw.com

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T:  (412) 471-8815
F:  (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Counsel for Defendant Newegg Inc..

- 8 -

## CERTIFICATE OF SERVICE

    This is to certify that on March 27, 2009 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                          /s/ Ognian V. Shentov
                                          Ognian V. Shentov