IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC. SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC., | ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF SOVERAIN SOFTWARE LLC'S NOTICE OF NO OBJECTION TO PROPOSED TECHNICAL ADVISOR

Plaintiff Soverain Software LLC notifies the Court that it has no objection to Michael T. McLemore serving as technical advisor.

NYI-4172421v1

Dated: April 2, 2009                                     Respectfully submitted,


/s/ Thomas L. Giannetti (w/permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF

NYI-4172421v1

## CERTIFICATE OF SERVICE

This is to certify that on April 2, 2009 a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.

/s/ Thomas L. Giannetti
Thomas L. Giannetti