IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC** § § | |
| Plaintiff § § | |
| vs. § § | CASE NO. 6:07 CV 511 |
| § | PATENT CASE |
| **CDW CORPORATION, NEWEGG INC.,** § | |
| **REDCATS USA, INC., SYSTEMAX, INC.,** § | |
| **ZAPPOS.COM, INC., TIGER DIRECT,** § | |
| **INC., THE SPORTSMAN'S GUIDE, INC.,** § | |
| **and REDCATS USA LP** § § | |
| Defendant § | |

**ORDER**

Not having received any objections from the parties, the Court **APPOINTS** Michael T. McLemore to the position of technical advisor in this case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.

**So ORDERED and SIGNED this 8th day of April, 2009.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE