IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) </br> ) </br>     Plaintiff, ) </br> ) </br>     v. ) </br> ) </br> CDW CORPORATION, ) </br> NEWEGG INC., ) </br> REDCATS USA, INC. ) </br> SYSTEMAX INC., ) </br> ZAPPOS.COM, INC., ) </br> REDCATS USA, L.P., ) </br> THE SPORTSMAN'S GUIDE, INC., AND ) </br> TIGERDIRECT, INC., ) </br> ) </br>     Defendants. ) </br> ) | Case No. 6:07-CV-00511-LED </br></br> JURY TRIAL DEMANDED |

**NOTICE OF SUBMISSION OF MARKMAN TUTORIAL**

PLEASE TAKE NOTICE that Soverain Software LLC has submitted its Markman Tutorial Presentation to the Court, in duplicate.  A copy of the CD containing the Tutorial has been mailed to the Court's technical advisor, Mr. Michael T. McLemore, at address 10333 Richmond Avenue, Suite 1100, Houston, TX 77042, for overnight delivery.  Finally, two copies of the CD containing the Tutorial were delivered to each of defendants' local counsel, specifically the offices of Trey Yarbrough and Douglas R. McSwane, Jr.

- 2 -

Dated: April 13, 2009            Respectfully submitted,

                     /s/ Thomas L. Giannetti (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email:  mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

- 3 -

## **CERTIFICATE OF SERVICE**

This is to certify that on April 13, 2009 a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's ECF system.

/s/ Thomas L. Giannetti

Thomas L. Giannetti

- 3 -