# EXHIBIT 10

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/005,479 | 01/12/98 | LIVERGOOD | CMI95-01A |

021005                        TM02/0119
HAMILTON BROOK SMITH AND REYNOLDS, P.C.
TWO MILITIA DR
LEXINGTON MA 02421-4799

| EXAMINER |
|---|
| WINDER, P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2155 | 18 |

DATE MAILED: 01/19/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
U.S. G.P.O. 2000 : 465-188/25268



1- File Copy

PAGE 1 OF 1

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 09/005,479 | GROUP ART UNIT 2155 | ATTACHMENT TO PAPER NO. | 18 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Levergood et al. | | | |

### U.S. PATENT DOCUMENTS

| * |   | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
|   | A | 5,347,632 | 9/1994 | Filepp et al. | 709 | 202 | 7/1989 |
|   | B | 5,544,322 | 8/1996 | Cheng et al. | 709 | 229 | 5/1994 |
|   | C | 5,560,008 | 9/1996 | Johnson et al. | 709 | 300 | 5/1989 |
|   | D | 5,768,521 | 6/1998 | Dedrick | 709 | 224 | 5/1994 |
|   | E |   |   |   |   |   |   |
|   | F |   |   |   |   |   |   |
|   | G |   |   |   |   |   |   |
|   | H |   |   |   |   |   |   |
|   | I |   |   |   |   |   |   |
|   | J |   |   |   |   |   |   |
|   | K |   |   |   |   |   |   |

### FOREIGN PATENT DOCUMENTS

| * |   | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS |
|---|---|---|---|---|---|---|---|
|   | L |   |   |   |   |   |   |
|   | M |   |   |   |   |   |   |
|   | N |   |   |   |   |   |   |
|   | O |   |   |   |   |   |   |
|   | P |   |   |   |   |   |   |
|   | Q |   |   |   |   |   |   |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | Bjorn N. Freeman-Benson, Using the Web to Provide Private Information, First International Conference on the World Wide Web, WWW94, May 1994, 5 pages |
|---|---|
| S |   |
| T |   |
| U |   |

| EXAMINER Patrice Winder | DATE January 16, 2001 | Form892ccs2106b |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05(a).)