UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:07-CV-511 |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP, | § § § § § § § | Hon. Leonard E. Davis |
| Defendants. | | |

## NOTICE OF COMPLAINCE

Pursuant to Patent Rule 3-3 and the Court's Docket Control Order, Defendant Newegg Inc. ("Newegg"), hereby files this Notice of Compliance. The undersigned certifies that on April 30, 2009, Defendant Newegg served its Supplemental Invalidity Contentions upon counsel for the Plaintiff in this case.

Respectfully submitted,

Dated: April 30, 2009

By: /s/ David C. Hanson

David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500

YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Counsel for Newegg Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of NEWEGG INC.'S SUPPLEMENTAL INVALIDITY CONTENTIONS was served via Federal Express on April 30, 2009 upon the counsel for Plaintiff.

>Thomas L. Giannetti
>JONES DAY
>222 East 41st Street
>New York, New York 10017-6702

_____
Counsel for Newegg Inc.