IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC,. AND TIGERDIRECT, INC.,<br><br>DEFENDANTS. | Civil Action No. 6:07-cv-5 11 (LED)<br><br>Jury Trial Demanded |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF DISPUTE AS TO CERTAIN CLAIM TERMS

Defendants Systemax, Inc., TigerDirect, Inc., and Newegg, Inc. hereby notify the Court and Plaintiff that they are withdrawing their dispute as to the proper construction of the following claim terms, and thereby consent to Soverain's proposed constructions of those terms:

1) "Shopping Cart URL" - '492 and '314 Patents

2) "Statement URL" - '492 and '314 Patents

3) "Hyperlink" - '639 Patent

4) "Purchase Request" - '639 Patent

5) "A Request for Purchase" - '639 Patent

6) "Validating, at the Server System, the Appended Session Identifier" - '639 Patent

NY 239,544,863v1 5-1-09

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

Michael A. Nicodema (pro hac vice)
Barry J. Schindler (pro hac vice)
Gaston Kroub (pro hac vice)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**POTTER MINTON, P.C.**

Douglas R. McSwane
110 North College
Tyler, Texas 75702
Telephone: (903) 597-8311
Telecopy: (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC., AND TIGERDIRECT, INC.**

**-and-**

2

/s/ Kent E. Baldauf, Jr (with permission)
David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANT NEWEGG INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 1, 2009.  Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Mary-Olga Lovett
Mary-Olga Lovett

## Counsel List for:

## Soverain v. Systemax

| Counsel | Company | Contact Information |
|---|---|---|
| Kenneth Robert Adamo (lead)<br>*kradamo@jonesday.com*<br>Mark Christopher Howland<br>*mchowland@jonesday.com*<br>Ognian V. Shentov<br>*ovshentov@jonesday.com*<br>(not noticed) | **Soverain Software LLC** | **Jones Day - Dallas**<br>2727 North Harwood St.<br>Dallas, Tx 75201<br>Tel: 214-969-4856<br>Fax: 214-969-5100 |
| Jennifer Seraphine<br>*jseraphine@jonesday.com* | **Soverain Software LLC** | **Jones Day - San Francisco**<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-5892<br>Fax: (415) 875-5700 |
| Thomas L. Gianetti<br>*tlgiannetti@jonesday.com*<br>Mark Christopher Howland<br>*mchowland@jonesday.com*<br>Barry R Satine<br>*barryrsatine@jonesday.com* | **Soverain Software LLC** | **Jones Day - New York**<br>222 E 41 Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306 |
| Herbert A. Yarbrough, III (Trey)<br>*trey@yarbroughlawfirm.com* | **Newegg Inc.** | **Yarbrough Law Firm**<br>100 E Ferguson<br>Suite 1015<br>Tyler, TX 75702<br>Tel: (903) 595-3111<br>Fax: (903) 595-0191 |
| Nathan J. Prepelka (not noticed, but served Amend Complaint) | **Newegg Inc** | **Webb Law Firm**<br>700 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, Penn 15219<br>Tel: 412-471-8815<br>Fax: 412-471-4094 |