IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| SOVERAIN SOFTWARE LLC, | Civil Action No. 6:07-cv-511 (LED) |
|---|---|
| PLAINTIFF, | |
| V. | |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC,. AND TIGERDIRECT, INC., | |
| DEFENDANTS. | |

### DECLARATION OF MARY-OLGA LOVETT, ESQ., SUBMITTING DOCUMENTS AND EXHIBITS IN SUPPORT OF SYSTEMAX AND TIGERDIRECT'S CLAIM CONSTRUCTION BRIEF

I, Mary-Olga Lovett, declare as follows:

1. I am an attorney admitted to practice in the state of Texas and before this Court, and am a Shareholder with the law firm of Greenberg Traurig, LLP, counsel for Systemax, Inc. and TigerDirect, Inc.. (collectively, "Systemax"). I submit this declaration in support of Systemax's claim construction brief. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify to such facts under oath.

2. Appended hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,715,314 ("the '314 patent") as issued by the United States Patent and Trademark Office ("USPTO").

3. Appended hereto as Exhibit 2 is a true and correct copy U.S. Patent No. 5,909,492 ("the '492 patent.") as issued by the USPTO.

4. Appended hereto as Exhibit 3 is a true and correct copy of the Section 201.07 of the Manual of Patent Examining Procedure

5. Appended hereto as Exhibit 4 is a true and correct copy of the notes of Andrew Payne, entitled "Notes for the Web payment system," dated July 18, 1994, as produced by Soverain and Bates-labeled SVN2-0040037-42.

6. Appended hereto as Exhibit 5 is a true and correct copy of the Preliminary Report of Soverain's Expert Michael Shamos, dated May 9, 2005.

7. Appended hereto as Exhibit 6 is a true and correct copy of certain pages of Source Code, Appendix F to the '314 and '492 patents, Bates labeled SOV0000241 and SOV0000254.

8. Appended hereto as Exhibit 7 is a true and correct copy of Appendix E to the '314 and '492, Bates labeled SOV0000145-156.

9. Appended hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,272,639 ("the '639 patent.") as issued by the USPTO.

10. Appended hereto as Exhibit 9 is a true and correct copy of of U.S. Patent No. 5,708,780 ("the '780 patent.") as issued by the USPTO.

11. Appended hereto as Exhibit 10 is Amendment D from the file history of the '639 patent, dated December 28, 2001.

12. Appended hereto as Exhibit 11 is a true and correct copy of an entry from the online dictionary *Webopedia*, defining the word "operator" as the person generally responsible for ensuring that the computer runs properly. (TD0060639)

13. Appended hereto as Exhibit 12 is a true and correct copy an entry from the online dictionary *Webopedia*, listing definition for the word "computer."

14. Appended hereto as Exhibit 13 is a true and correct copy an entry from the online dictionary *Webopedia*, listing definitions for the word "storage." (TD0060640-42)

15. Annexed hereto as Exhibit 15 is a true and correct copy of an entry from the *Microsoft Computer Dictionary* (5th Ed.) for the word "access". (TD0060643).

I declare, under penalty of perjury that the foregoing is true and correct.

Dated: Houston, Texas
May 1, 2009

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Mary-Olga Lovett*

Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC., AND
TIGERDIRECT, INC.**