```
#!/usr/local/bin/tclsh-misc
#
# Copyright 1994 Open Market Inc. All rights reserved.

set cwd [pwd]
cd ../../../lib
source sb.tcl
cd $cwd

catchall {

# Roadblock in case contract was not signed
if {[info exists merchant_globals(contract)]
    && $merchant_globals(contract) != "signed"} {
    cgi_send_html_hdr
    puts [sb_begin "Unable to Proceed with Grand Opening"]
    puts {
        According to our records, we have not received and processed
        your executed copy of the Open Market Merchant Agreement. <P>

        puts "If you would like instructions about the agreement, you can"
        puts [sb_link "go to the" "Open Market Merchant Agreement." \
                  $sb_merchant_url/builder/AgreementInstr.cgi]
        puts "<P>Or if you have sent us the agreement, you can"
        puts [sb_link "contact" "Open Market Customer Service" \
                  http://$sb_server/$sb_dir/Intro/MailToOpenMarket.cgi]
        puts "about this problem."
    }
    puts [sb_end]
    exit
}

source $sb_merchant_dir/info/Merchant.tcl

proc sb_industry_list {} {
    global sb_merchant_dir
    source $sb_merchant_dir/builder/IndustryList.tcl

    set buf "<SELECT name=\"industry\">"
    foreach industry $industry_list {
        append buf "<OPTION>$industry"
    }
    append buf "</SELECT>"
    return $buf
}

set f [open $sb_merchant_dir/builder/UpdateStore.html w]
if {$merchant_globals(store_state) == "construction"} {
    puts $f [sb_begin "Grand Opening"]
} elseif {
    puts $f [sb_begin "Update Store"]
}

puts $f "If you haven't already done so, you should"
puts $f [sb_link "preview" "Your Store." \
             $sb_merchant_url/builder/StorePreview.cgi]
puts $f "to check that everything is ready for your customers."

if {$merchant_globals(store_state) == "construction"} {
    puts $f [sb_form_begin $sb_merchant_url/builder/GrandOpening.cgi]
} else {
    puts $f [sb_form_begin $sb_merchant_url/builder/UpdateStore.cgi]
}

if {$merchant_globals(store_state) == "construction"} {
    puts $f {
```

```
        When your store is opened it is added to two directories of Internet
        Stores to aid customers in finding you.
        <UL>
        <LI> The first is the
    }
    puts $f [sb_link "" "Open Market Directory" \
                 http://$mkt_server/$mall_dir/directory.shtml]
    puts $f {
        which is a listing of all Open Market affiliated merchants.
        <LI> The second is the
    }
    puts $f [sb_link "" "Commercial Sites Index" http://www.directory.net/]
    puts $f {
        which lists all known commercial entities on the Internet,
        </UL><P>
        Below is the information about your store that will be published in
        these directories. You should review this very carefully since
        this will be your customer's initial contact with your store.
        <P>
        <BR>
    }
}

# Name of Store
puts $f {
    Both directories have a single line entries for the names of the
    listed stores.
    This is frequently just the name of a company
    but it can be whatever is appropriate.
    <P>
}

if {[is_null merchant_fields(store_name)]} {
    set merchant_fields(store_name) $merchant_fields(company)
}

puts $f "<B>Store Name:</B><BR>"
puts $f "<INPUT name=\"store_name\" size=$sb_dflt_text_size value=\"$merchant_fi

# URL of Store
puts $f {
    A Universal Resource Locator (URL) is the World Wide Web's version of a
    mailing address, or phone number. URLs are the addresses by which
    information is found on the web.
    Just as you would advertise an 800 phone number to customers,
    you will want to advertise your store URL to customers.
    <P>
    All stores created by Store Builder have URL's of the form
    http://www.directory.net/company where 'company' is a name select by you
    the merchant.
    <P>
    You should choose a URL that clearly identifies your store, but is
    short and easy to remember.
    Conventions to be aware of when choosing your URL is that generally
    URL's contain only lower-case letters and no special punctuation.
    <P>
    For example, Abel Baker Charlie, Inc. might choose the URL
    http://www.directory.net/abc. A poor choice would be
    http://www.directory.net/Abel_Baker_Charlie_Inc
    <P>
}

if {[is_null merchant_fields(store_url)]} {
    set merchant_fields(store_url) $sb_merchant
    regexp {([^\$])\$(.*)} $sb_merchant trash merchant_fields(store_url)
}

puts $f "<B>Store URL:</B> http://www.directory.net/<BR>"
puts $f "<INPUT name=\"store_url\" typestext size=$sb_dflt_text_size value=\"$me
```

SOV0000254



```
#!/usr/local/bin/tclsh-misc
#
# Copyright 1994 Open Market Inc. All rights reserved.

set cwd [pwd]
cd ../../lib
source sb.tcl
cd $cwd

catchall {

cgi_send_html_hdr
puts [sb_begin "Open Market Shopping Cart"]
puts "This will be the customer's Open Market Shopping Cart showing the items"
puts "which have been selected for purchase."
puts "<P>Click on your Browser's 'Back' button to return to the previous page."
"$ [sb_return_link "Overview of Store Management" \
       $sb_merchant_url/builder/MgmtOverviewPage.cgi]
...$ [sb_end]
}
```

PreviewShoppingCart.cgi     Mon Sep 26 15:58:13 1994     1

SOV0000241