55

```
/*
 *----------------------------------------------------------------------
 *
 * computeHash --
 *
 *  Compute the MD5 hash for the specified string, returning the hash as
 *  a 32-character hex string.
 *
 * Results:
 *      Pointer to static hash string.
 *
 * Side effects:
 *      None.
 *----------------------------------------------------------------------
 */
static char *computeHash(char *str)
{
    int i;
    MD5_CTX md5;
    unsigned char hash[16];
    static char hashstr[33];
    char *q;

    MD5Init(&md5);
    MD5Update(&md5, (unsigned char *) str, strlen(str));
    MD5Final(hash, &md5);
    q = hashstr;
    for(i=0; i<16; i++) {
        sprintf(q, "%02x", hash[i]);
        q += 2;
    }
    *q = '\0';
    return hashstr;
}
```

56

```
/*
 *----------------------------------------------------------------------
 *
 * TICKET_ParseTicket --
 *
 *      Called by dorequest, before any region commands or mount handlers
 *      have run. We parse and handle incomeing sid's and tickets.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *
 *----------------------------------------------------------------------
 */

int TICKET_ParseTicket(HTTP_Request *reqPtr)
    {
    int status = HT_OK;

    IncTicketCounter(CountTotalUrl);

    status = ParseSid(reqPtr);
    if (TicketGlobalData(EnableTicket) && (status == HT_OK)) status = ParseTicke
    return status;
    }
```

57

```
/*
 *----------------------------------------------------------------------
 *
 * ParseSid --
 *
 *      Called by TICKET_ParseTicket, before any region commands or mount handle
 *      have run. We parse and handle incomeing sid's.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *
 *----------------------------------------------------------------------
 */

int ParseSid(HTTP_Request *reqPtr)
    {
    TICKET_Request *ticketPtr;
    HTTP_Server *serverPtr;
    DString hash;
    int i;
    char *cp, *cp1;
    int *bsid=NULL, act_hash;
    unsigned int cur_tim, tdif, exp_tim;
    char *secret;
    char temp_str[512];
    char *hashP;
    int sid_ok = 0;
    unsigned char *ecp;
    unsigned int eda;
    int endian = 1;
    int ip1,ip2,ip3,ip4;

    /* fetch the server private ticket extension data */
    /* note that this sets up a default ticket block for both SID's and Ticket a
    serverPtr = reqPtr->serverPtr;
    ticketPtr = (TICKET_Request *) HT_GetReqExtData(reqPtr, TicketServerData.tic
    ASSERT (ticketPtr == NULL);

    ticketPtr = (TICKET_Request *) Malloc(sizeof(TICKET_Request));
    HT_AddReqExtData(reqPtr, TicketServerData.ticketExtensionId, ticketPtr, free
    DStringInit(&ticketPtr->rawUrl);
    DStringInit(&ticketPtr->sid);
    DStringInit(&ticketPtr->fields);
    DStringInit(&ticketPtr->signature);
    DStringInit(&ticketPtr->ticketIP);
    ticketPtr->valid      = 0;
    ticketPtr->sidDom     = -1;
    ticketPtr->ticketDom  = -1;
    ticketPtr->ticketExp  = -1;
    ticketPtr->uid        = 0;
    ticketPtr->uctx       = 0;
    sscanf(DStringValue(&reqPtr->remoteAddr), "%d.%d.%d.%d", &ip1, &ip2, &ip3, &
    ticketPtr->uid = (((ip1+ip2)<<24) | ((ip3+ip4)<<16) | (rand() & 0xFFFF));
    ticketPtr->uctx  = 1;
```

```
/* we are done if sids are not enabled, or this url does not have a sid */
if (!(TicketGlobalData(EnableSid))) return HT_OK;
cp1 = DStringValue(&reqPtr->url);
if (strstr(cp1, SID_prefix) != cp1)
  return HT_OK;
if (strlen(cp1) == sidLength)
  {
  DStringAppend(&reqPtr->url, "/", -1);
  DStringAppend(&reqPtr->path, "/", -1);
  cp1 = DStringValue(&reqPtr->url);
  }
cp = strchr(cp1+sizeof(SID_prefix),'/');
if ((cp - cp1) != sidLength)
  return HT_OK;
IncTicketCounter(CountSidUrl);

DStringInit(&hash);

/* if sid eater is enabled, rewrite the url without the sid, and reprocess t
if (TicketGlobalData(EnableSidEater))
  {
  DStringAppend(&hash, DStringValue(&reqPtr->url), -1);
  DStringFree(&reqPtr->url);
  DStringAppend(&reqPtr->url, DStringValue(&hash)+sidLength, -1);
  DStringTrunc(&hash, 0);
  DStringAppend(&hash, DStringValue(&reqPtr->path), -1);
  DStringFree(&reqPtr->path);
  DStringAppend(&reqPtr->path, DStringValue(&hash)+sidLength, -1);
  DStringFree(&hash);
  IncTicketCounter(CountDiscardedSidUrl);
  return HT_OK;
  }

DStringAppend(&ticketPtr->sid,  DStringValue(&reqPtr->url), sidLength);

/* first convert the SID back to binary*/
i = DStringLength(&ticketPtr->sid)-3;
bsid = (int *) radix64decode_noslash(DStringValue(&ticketPtr->sid)+3, i, &i)
if ((bsid == NULL) || (i != 12)) goto rtn_exit;

fix_endian(&bsid[0], ecp, eda);
fix_endian(&bsid[1], ecp, eda);
fix_endian(&bsid[2], ecp, eda);

/* check the SID version field */
if (get_sid(rev_lw,rev_pos,rev_mask) != sid_rev_zero) goto sid_bad;
if (get_sid(rsrv1_lw,rsrv1_pos,rsrv1_mask) != 0) goto sid_bad;
if (get_sid(rsrv2_lw,rsrv2_pos,rsrv2_mask) != 0) goto sid_bad;

/* Get a pointer to the secret */
secret = GetSecret(get_sid(kid_lw,kid_pos,kid_mask));
if (secret == NULL) goto sid_bad;

 /* hash the sid and check the signature */
DStringAppend(&hash, secret, -1);
```

57

```
DStringAppend(&hash, DStringValue(&reqPtr->remoteAddr), -1);
sprintf(temp_str, "%08x%08x", bsid[2],bsid[1]);
DStringAppend(&hash, temp_str, -1);
/* format of the hash string is %s%s%08x%08x", secret,ip_addr,bsid[2],bsid[1

hashP = DStringValue(&hash);
act_hash = compute_ihash(hashP);
while (*hashP != 0) *hashP++ = 0;

fix_endian(&act_hash, ecp, eda);
if (act_hash != get_sid(sig_lw,sig_pos,sig_mask)) goto  sid_bad;

/* is is ok, may be expired, but good enough to id user */
ticketPtr->uid = get_sid(uid_lw,uid_pos,uid_mask);
ticketPtr->uctx = get_sid(uctx_lw,uctx_pos,uctx_mask);

/* do the SID experation processing */
cur_tim = (time(0)>>exp_shft_amt) & exp_mask;
exp_tim = get_sid(exp_lw,exp_pos,exp_mask);
tdif = (exp_tim - cur_tim) & 0xffff;
if (tdif > 0x7fff)
  {
  IncTicketCounter(CountExpSid);
  goto sid_exp;
  }

/* sid is fine, save the sid state, update the url's */
ticketPtr->sidDom = get_sid(dom_lw,dom_pos,dom_mask);
ticketPtr->valid = 1;
sid_ok = 1;
IncTicketCounter(CountValidSid);

sid_bad:
  if (!(sid_ok)) IncTicketCounter(CountInvalidSid);
sid_exp:
  DStringAppend(&ticketPtr->rawUrl, DStringValue(&reqPtr->path), -1);
  DStringTrunc(&reqPtr->path, 0);
  DStringAppend(&reqPtr->path, DStringValue(&ticketPtr->rawUrl)+sidLength, -1)

  DStringTrunc(&ticketPtr->rawUrl, 0);
  DStringAppend(&ticketPtr->rawUrl, DStringValue(&reqPtr->url), -1);
  DStringTrunc(&reqPtr->url, 0);
  DStringAppend(&reqPtr->url, DStringValue(&ticketPtr->rawUrl)+sidLength, -1);

rtn_exit:
  DStringFree(&hash);
  if (bsid != NULL) free(bsid);
  return HT_OK;
  }
```

60

```
/*
 *------------------------------------------------------------------------
 *
 * freeTicketReqData
 *
 *       This routine frees the storage used by ticket specific request
 *       data.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Memory freed.
 *
 *------------------------------------------------------------------------
 */

static void freeTicketReqData(void *dataPtr)
    {
    TICKET_Request *ticketPtr = dataPtr;
    DStringFree(&ticketPtr->rawUrl);
    DStringFree(&ticketPtr->sid);
    DStringFree(&ticketPtr->fields);
    DStringFree(&ticketPtr->signature);
    DStringFree(&ticketPtr->ticketIP);
    free(ticketPtr);
    }
```

61

```
/*
 *---------------------------------------------------------------------
 *
 * GetSecret --
 *
 *      Given a binary keyID, returns an ascii secret from the
 *      secrets store.
 *      for untranslatable names, return NULL.
 *
 * Results:
 *      "I've got a secret, now you do too"
 *
 * Side effects:
 *
 *
 *---------------------------------------------------------------------
 */

char *GetSecret(int kid)
    {
    HashEntry *entryPtr;

    entryPtr = FindHashEntry(&TicketServerData.SecretsKid, (void *) kid);
    if(entryPtr == NULL) return NULL;
    return DStringValue((DString *)GetHashValue(entryPtr));
    }
```

– 602 –

```
/*
 *----------------------------------------------------------------------
 *
 * GetKidByKeyID --
 *
 *      Given an ascii  KeyID return the binary KeyID.
 *      for untranslatable names, return -1.
 *
 * Results:
 *      "I've got a secret, now you do too"
 *
 * Side effects:
 *
 *
 *----------------------------------------------------------------------
 */

int GetKidByKeyID(char *keyID)
    {
    HashEntry *entryPtr;

    entryPtr = FindHashEntry(&TicketServerData.KeyID, (void *) keyID);
    if(entryPtr == NULL) return -1;
    return (int) GetHashValue(entryPtr);
    }
```

```
/*
 *----------------------------------------------------------------------
 *
 * fieldParse --
 *
 *  Given a string, a separator character, extracts a field up to the
 *  separator into the result string.
 *  Does substitution on '%XX' sequences, and returns the pointer to the
 *  character beyond last character in '*endptr'.
 *
 * Results:
 *      Returns a malloc'ed string (caller must free), or NULL if an
 *      error occurred during processing (such as an invalid '%' sequence).
 *
 * Side effects:
 *      None.
 *
 *----------------------------------------------------------------------
 */
#define SIZE_INC 200
static char *fieldParse(char *str, char sep, char **endptr)
{
    char buf[3];
    char c;
    char *end, *data, *p;
    int maxlen, len;

    len = 0;
    maxlen = SIZE_INC;
    p = data = malloc(maxlen);

   /*
    * Loop through string, until end of string or sep character.
    */
    while(*str && *str != sep) {

        if(*str == '%') {
            if(!isxdigit(str[1]) || !isxdigit(str[2])) {
                free(data);
                return NULL;
            }
            buf[0] = str[1];
            buf[1] = str[2];
            buf[2] = '\0';
            c = strtol(buf, &end, 16);
            str += 3;
        } else if(*str == '+') {
            c = ' ';
            str++;
        } else
            c = *str++;

        *p++ = c;
        len++;
        if(len >= maxlen) {
            maxlen += SIZE_INC;
            data = realloc(data, maxlen);
            p = data + len;
        }
```

```
    }
    *p++ = '\0';
    *endptr = str;
    return data;
}
```

65

```
/*
 *----------------------------------------------------------------------
 *
 * DomainNameCmd --
 *
 *      A call to this routine, builds the ascii domain name
 *      to binary domain name maping structure for a numeric domain.
 *      Syntax is Domain number name1 name2 name3 name... name_last
 *      At least one name is required. The number is decimal and
 *      can be any value except -1. -1 is reserved as a marker
 *      for untranslatable names.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Commands are validate, and entries added to the map
 *
 *----------------------------------------------------------------------
 */

static int DomainNameCmd(ClientData clientData, Tcl_Interp *interp,
                            int argc, char **argv)
    {
    int new,i;
    HashEntry *entryPtr;
    int DomNumber;
    DString DomName;

    if (argc <3)
      {
      Tcl_AppendResult(interp, argv[0], " directive:  wrong number of "
                "arguments, should be \"3\"",
                (char *) NULL);
      return TCL_ERROR;
      }

    DStringInit(&DomName);

    if (((sscanf(argv[1], "%d", &DomNumber) != 1) || (DomNumber == -1)))
      {
      Tcl_AppendResult(interp, argv[0], " directive:  ",
                "Domain number must be an integer, and not equal to -1",
                ", value found was ",argv[1],
                (char *) NULL);
      return TCL_ERROR;
      }

    for (i = 2; i < argc; i++)
      {
      DStringFree(&DomName);
      DStringAppend(&DomName, argv[i], -1);
      strtolower(DStringValue(&DomName));
      entryPtr = CreateHashEntry(&TicketServerData.Domains, DStringValue(&DomNam
      if (new == 0)
        {
        Tcl_AppendResult(interp, argv[0], " directive:  ",
```

66

```
            "Duplicate domain name specified, '", argv[i], "'",
            (char *) NULL);
        return TCL_ERROR;
        }
      SetHashValue(entryPtr, DomNumber);
      }
    DStringFree(&DomName);
    return TCL_OK;
    }
```

67

```
/*
 *----------------------------------------------------------------------
 *
 * SecretsCmd --
 *
 *      A call to this routine, builds kid to secrets table
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Secrets are stored.
 *
 *----------------------------------------------------------------------
 */

static int SecretsCmd(ClientData clientData, Tcl_Interp *interp,
                            int argc, char **argv)
    {
    int newKid,newKeyID;
    HashEntry *entryPtrKid = NULL , *entryPtrKeyID = NULL;
    int Kid;
    DString *dsptrKid;

    if (argc != 4)
      {
      Tcl_AppendResult(interp, argv[0], " directive:  wrong number of "
                "arguments, should be \"4\"",
                (char *) NULL);
      return TCL_ERROR;
      }

    if (sscanf(argv[2], "%d", &Kid) != 1)
      {
      Tcl_AppendResult(interp, argv[0],
                " directive:  KeyID must be an integer",
                ", value found was '",argv[2],"'",
                (char *) NULL);
      return TCL_ERROR;
      }

    entryPtrKid = CreateHashEntry(&TicketServerData.SecretsKid, (void *) Kid, &n
    if (strlen(argv[1]))
      entryPtrKeyID = CreateHashEntry(&TicketServerData.KeyID, (void *) argv[1],
    if ((newKid == 0) || ((newKeyID == 0) && strlen(argv[1])))
      {
      Tcl_AppendResult(interp, argv[0],
                " directive:  Duplicate Secret specified for KeyID '",
                argv[1],
                (char *) NULL);
      return TCL_ERROR;
      }

    if (strlen(argv[1]))
      {
      dsptrKid = (DString *) malloc(sizeof(DString));
      DStringInit(dsptrKid);
      DStringAppend(dsptrKid, argv[3], -1);
```

68

```
    SetHashValue(entryPtrKid, dsptrKid);
    }

  SetHashValue(entryPtrKeyID, Kid);
  return TCL_OK;
  }
```

69

```
/*
 *----------------------------------------------------------------------
 *
 * TICKET_Initialize --
 *
 *      Calls all the necessary routines to initialize the ticket subsystem.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Commands added to the region interpreter.
 *      SID "/@@" url catcher declared.
 *
 *----------------------------------------------------------------------
 */

int TICKET_Initialize(HTTP_Server *serverPtr, Tcl_Interp *interp)
    {
    TicketServerData.ticketExtensionId = HT_RegisterExtension(serverPtr, "ticket

    InitHashTable(&TicketServerData.SecretsKid, TCL_ONE_WORD_KEYS);
    InitHashTable(&TicketServerData.KeyID,     TCL_STRING_KEYS);
    InitHashTable(&TicketServerData.Domains,   TCL_STRING_KEYS);

    /* initialize Server ticket data */
    DStringInit(&TicketGlobalData(AuthServer));
    DStringInit(&TicketGlobalData(TicketExpHandler));
    DStringInit(&TicketGlobalData(TicketAdrHandler));
    TicketGlobalData(FreeArea)              = 0;
    TicketGlobalData(EnableLocalAuth)       = 0;
    TicketGlobalData(CurrentSecret)         = 0;
    TicketGlobalData(EnableSid)             = 0;
    TicketGlobalData(EnableTicket)          = 0;
    TicketGlobalData(EnableSidEater)        = 0;
    TicketGlobalData(LocalAuthExp)          = 60*30;

    /* ticket event counters */
    TicketGlobalData(CountTotalUrl)         = 0;
    TicketGlobalData(CountSidUrl)           = 0;
    TicketGlobalData(CountValidSid)         = 0;
    TicketGlobalData(CountExpSid)           = 0;
    TicketGlobalData(CountInvalidSid)       = 0;
    TicketGlobalData(CountCrossDomain)      = 0;
    TicketGlobalData(CountLocalRedirects)   = 0;
    TicketGlobalData(CountRemoteRedirects)  = 0;
    TicketGlobalData(CountNoRedirects)      = 0;
    TicketGlobalData(CountDiscardedSidUrl)  = 0;

    /* Ticket related Config commands */
    Tcl_CreateCommand(interp, "Domain",                 DomainNameCmd,
                  (ClientData) serverPtr, NULL);
    Tcl_CreateCommand(interp, "Secrets",                SecretsCmd,
                  (ClientData) serverPtr, NULL);
    Tcl_CreateCommand(interp, "AuthenticationServer", CmdStringValue,
          (ClientData) &TicketGlobalData(AuthServer), NULL);
    Tcl_CreateCommand(interp, "TicketExpirationHandler", CmdStringValue,
          (ClientData) &TicketGlobalData(TicketExpHandler), NULL);
```

70

```
Tcl_CreateCommand(interp, "TicketAddressHandler", C..dStringValue,
        (ClientData) &TicketGlobalData(TicketAdrHandler), NULL);
Tcl_CreateCommand(interp, "FreeDomain",           CmdIntValue,
        (ClientData) &TicketGlobalData(FreeArea), NULL);
Tcl_CreateCommand(interp, "EnableSidEater",       CmdIntValue,
        (ClientData) &TicketGlobalData(EnableSidEater), NULL);
Tcl_CreateCommand(interp, "EnableSid",            CmdIntValue,
        (ClientData) &TicketGlobalData(EnableSid), NULL);
Tcl_CreateCommand(interp, "EnableTicket",           CmdIntValue,
        (ClientData) &TicketGlobalData(EnableTicket), NULL);
Tcl_CreateCommand(interp, "EnableLocalAuth",      CmdIntValue,
        (ClientData) &TicketGlobalData(EnableLocalAuth), NULL);
Tcl_CreateCommand(interp, "CurrentSecret",        CmdIntValue,
        (ClientData) &TicketGlobalData(CurrentSecret), NULL);
Tcl_CreateCommand(interp, "LocalAuthExp",         CmdIntValue,
        (ClientData) &TicketGlobalData(LocalAuthExp), NULL);

HT_AddMountHandler(serverPtr, (ClientData) NULL, TICKET_DebugHooks,
    "/omiserver", NULL);

return HT_OK;
}
```

- 71 -

```
/*
 *----------------------------------------------------------------------
 *
 * TICKET_Shutdown --
 *
 *      Calls all the necessary routines to shutdown the ticket subsystem.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Memory freed
 *
 *----------------------------------------------------------------------
 */

void TICKET_Shutdown(HTTP_Server *serverPtr)
    {
    HashEntry *entryPtr;
    HashSearch search;
    DString   *dstring;

    DStringFree(&TicketGlobalData(AuthServer));
    DStringFree(&TicketGlobalData(TicketExpHandler));
    DStringFree(&TicketGlobalData(TicketAdrHandler));

    entryPtr = FirstHashEntry(&TicketServerData.SecretsKid, &search);
    while (entryPtr != NULL)
      {
      dstring = GetHashValue(entryPtr);
      DStringFree(dstring);
      free(dstring);
      entryPtr = NextHashEntry(&search);
      }
    DeleteHashTable(&TicketServerData.SecretsKid);

    DeleteHashTable(&TicketServerData.KeyID);

    DeleteHashTable(&TicketServerData.Domains);
    }
```

72

```
/*
 *----------------------------------------------------------------------
 *
 * TICKET_AddRegionCommands --
 *
 *      Add TICKET region commands for authentication/authorization decisions.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Commands added to the region interpreter.
 *
 *----------------------------------------------------------------------
 */

void TICKET_AddRegionCommands(HTTP_Request *reqPtr, Tcl_Interp *interp)
    {
    Tcl_CreateCommand(interp, "RequireSID", TICKET_RequireSidCmd,
                    (ClientData) reqPtr, NULL);
    Tcl_CreateCommand(interp, "RequireTicket", TICKET_RequireTicketCmd,
                    (ClientData) reqPtr, NULL);
    }
```

73

```
/*
 *-----------------------------------------------------------------------
 *
 * TICKET_GetCGIVariables --
 *
 *      Add TICKET CGI variables to the CGI variable table.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      Extends the CGI variable hash table.
 *
 *-----------------------------------------------------------------------
 */

void TICKET_GetCGIVariables(HTTP_Request *req)
    {
    TICKET_Request *ticketPtr = (TICKET_Request *) HT_GetReqExtData(req, TicketS

    /*
     * If there's no extension data, then we're not doing a ticket.  Just return
     */

    if (ticketPtr == NULL)
        return;

    if (DStringLength(&ticketPtr->rawUrl) != 0)
      HT_AddCGIParameter(req, "TICKET_URL", DStringValue(&ticketPtr->rawUrl), FA
    if (DStringLength(&ticketPtr->sid) != 0)
      HT_AddCGIParameter(req, "TICKET_SID", DStringValue(&ticketPtr->sid), FALSE
    if (DStringLength(&ticketPtr->fields) != 0)
      HT_AddCGIParameter(req, "TICKET_FIELDS", DStringValue(&ticketPtr->fields),
    if (DStringLength(&ticketPtr->signature) != 0)
      HT_AddCGIParameter(req, "TICKET_SIGNATURE", DStringValue(&ticketPtr->signa
    }
```

74

```
/*
 *----------------------------------------------------------------------
 *
 * TICKET_GetUrl
 *
 *      Return the original url (with sid)
 *
 * Results:
 *      The URL.
 *
 * Side effects:
 *      None.
 *
 *----------------------------------------------------------------------
 */
char * TICKET_GetUrl(HTTP_Request *reqPtr)
    {
    TICKET_Request *ticketPtr;

    ticketPtr = (TICKET_Request *)
      HT_GetReqExtData(reqPtr, TicketServerData.ticketExtensionId);
    if ((ticketPtr != NULL) &&
        (DStringLength(&ticketPtr->rawUrl) != 0))
      return DStringValue(&ticketPtr->rawUrl);
    else
      return DStringValue(&reqPtr->url);
    }
```

75

```
/*
 *--------------------------------------------------------------------------
 *
 * TICKET_ConfigCheck
 *
 *      Perform late configuration checks
 *
 * Results:
 *
 *
 * Side effects:
 *      Possible message loged/printed, and program exit'd.
 *
 *--------------------------------------------------------------------------
 */
void TICKET_ConfigCheck()
    {
    HashEntry *entryPtr;
    int kid;

    if ((TicketGlobalData(EnableSid) & ~0x1) != 0)
      {
      LogMessage(LOG_ERR, "EnableSid must be 0 or 1");
      exit(0);
      }

    if (!(TicketGlobalData(EnableSid))) return;

    kid = TicketGlobalData(CurrentSecret);
    if ((kid && kid_mask) != kid)
      {
      LogMessage(LOG_ERR, "CurrentSecret %d is invalid", kid);
      exit(0);
      }

    entryPtr = FindHashEntry(&TicketServerData.SecretsKid, (void *) kid);
    if(entryPtr == NULL)
      {
      LogMessage(LOG_ERR, "No secret defined for CurrentSecret %d", kid);
      exit(0);
      }

    if ((TicketGlobalData(FreeArea) & ~0x255) != 0)
      {
      LogMessage(LOG_ERR, "FreeArea must be between 0 and 255");
      exit(0);
      }

    if ((TicketGlobalData(EnableSidEater) & ~0x1) != 0)
      {
      LogMessage(LOG_ERR, "EnableSidEater must be 0 or 1");
      exit(0);
      }

    if ((TicketGlobalData(EnableTicket) & ~0x1) != 0)
      {
      LogMessage(LOG_ERR, "EnableTicket must be 0 or 1");
      exit(0);
      }
```

```
if ((TicketGlobalData(EnableLocalAuth) & ~0x1) != 0)
  {
  LogMessage(LOG_ERR, "EnablLocalAuth must be 0 or 1");
  exit(0);
  }
}
```

77

```
/*
 *--------------------------------------------------------------------
 *
 * TICKET_DebugHooks
 *
 *      Check for debug hooks and execute if found.
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      None.
 *
 *--------------------------------------------------------------------
 */
static void TICKET_DebugHooks(ClientData clientData, char *suffix,
                              HTTP_Request *reqPtr)
    {
    if(strcmp(suffix, "/ticketstatus") == 0)
      {
      DumpStatus(reqPtr);
      HT_FinishRequest(reqPtr);
      return;
      }
    HTTP_Error(reqPtr, NOT_FOUND, "access denied due to poorly formed url");
    HT_FinishRequest(reqPtr);
    return;
    }
```

78

```
/*
 *----------------------------------------------------------------------
 *
 * DumpStatus --
 *
 *      Dump the server's ticket stat's
 *
 * Results:
 *      None.
 *
 * Side effects:
 *      None.
 *
 *----------------------------------------------------------------------
 */
#define BUFSIZE 1024
static void DumpStatus(HTTP_Request *reqPtr)
{
    HTTP_Server *serverPtr = reqPtr->serverPtr;
    char tmp[BUFSIZE], timeStr[BUFSIZE];
    struct utsname sysinfo;
    time_t uptime;
    int hours;

    HTTP_BeginHeader(reqPtr, "200 OK");
    HTTP_SendHeader(reqPtr, "Content-type: text/html", NULL);
    HTTP_EndHeader(reqPtr);
    HTTP_Send(reqPtr, "<title>WebServer Ticket Status</title>",
                      "<h1>WebServer Ticket Status</h1>", NULL);

    HTTP_Send(reqPtr, "<p><hr><p><h2>Ticket Log</h2>","<p><pre>\n", NULL);

    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of access          ", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of SID URL's       ", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of Valid SID's     ", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of Expired SID's   ", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of Invalid SID's   ", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of XDomain accesses", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of Local Redirects ", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of Remote Redirects", Ticket
    HTTP_Send(reqPtr, tmp, NULL);
    sprintf(tmp, "    <b>%s:  </b>  %d\n", "Number of No Auth servers ", Ticket

    HTTP_Send(reqPtr, tmp, "</pre>", NULL);

    uptime = time(NULL) - serverPtr->started;
    uname(&sysinfo);
    strftime(timeStr, BUFSIZE, "%A, %d-%b-%y %T",
        localtime(&serverPtr->started));
```

```
    sprintf(tmp, "Server running on <b>%s</b> (%s %s) port %d, has been up \
                 since %s.<p>", sysinfo.nodename, sysinfo.sysname,
                   sysinfo.release, serverPtr->server_port, timeStr);
    HTTP_Send(reqPtr, tmp, NULL);

    sprintf(tmp, "      <b>Number of connections:      </b> %d\n",
            serverPtr->numConnects);
    HTTP_Send(reqPtr, "<p><pre>\n", tmp, NULL);

    sprintf(tmp, "      <b>Number of HTTP requests:    </b> %d\n",
            serverPtr->numRequests);
    HTTP_Send(reqPtr, tmp, "</pre><p>", NULL);

    hours = max(uptime / 3600, 1);
    sprintf(tmp, "This server is averaging <b>%d</b> requests per hour.<p>",
            serverPtr->numRequests/hours);
    HTTP_Send(reqPtr, tmp, NULL);

    DumpRusage(reqPtr);
/*  DumpConnections(reqPtr); */

    DNS_DumpStats(reqPtr);

    HTTP_Send(reqPtr, "<p><hr><address>", DStringValue(&ht_serverSoftware),
            "</address>\n", NULL);

    reqPtr->done = TRUE;

}
#undef BUFSIZE
```

80

```
User: morris
Host: uprism.openmarket.com
Class: uprism.openmarket.com
Job: t.t
```

What is claimed is:

1. A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

forwarding a service request from the client to the server system, wherein communications between the client and server system are according to hypertext transfer protocol;

returning a session identifier from the server system to the client; and

appending as part of a path name in a uniform resource locator the session identifier to the request and to subsequent service requests from the client to the server system within a session of requests.

2. A method as claimed in claim 1 wherein the session identifier includes a user identifier.

3. A method as claimed in claim 1 wherein the session identifier includes an expiration time for the session.

4. A method as claimed in claim 1 wherein the server system records information from the session identifier in a transaction log in the server system.

5. A method as claimed in claim 4 wherein the server system tracks the access history of sequences of service requests within a session of requests.

6. A method as claimed in claim 5 wherein the server system tracks the access history to determine service requests leading to a purchase made within the session of requests.

7. A method as claimed in claim 4 wherein the server system counts requests to particular services exclusive of repeated requests from a common client.

8. A method as claimed in claim 4 wherein the server system maintains a data base relating customer information to access patterns.

9. A method as claimed in claim 8 wherein the information includes customer demographics.

10. A method as claimed in claim 1 wherein the server system assigns the session identifier to an initial service request to the server system.

11. A method as claimed in claim 1 wherein the server system subjects the client to an authorization routine prior to issuing the session identifier and the session identifier is protected from forgery.

12. A method as claimed in claim 1 wherein the server system comprises plural servers including an authentication server which provides session identifiers for service requests to multiple servers.

13. A method as claimed in claim 12 wherein:

a client directs a service request to a first server which is to provide the requested service;

the first server checks the service request for a session identifier and only services a service request having a valid session identifier, and where the service request has no valid identifier:

the first server redirects the service request from the client to the authorization server;

the authorization server subjects the client to the authorization routine and issues the session identifier to be appended to the service request to the first server;

the client forwards the service request appended with the session identifier to the first server; and

the first server recognizes the session identifier and services the service request to the client; and

the client appends the session identifier to subsequent service requests to the server system and is serviced without further authorization.

14. A method as claimed in claim 13 wherein the session identifier includes a user identifier.

15. A method as claimed in claim 13 wherein the session identifier includes an expiration time for the session.

16. A method as claimed in claim 13 wherein the session identifier provides access to a protected domain to which the session has access authorization.

17. A method as claimed in claim 16 wherein the session identifier is modified for access to a different protected domain.

18. A method as claimed in claim 13 wherein the session identifier provides a key identifier for key management.

19. A method as claimed in claim 13 wherein the server system records information from the session identifier in a transaction log in the server system.

20. A method as claimed in claim 13 wherein the client modifies the path name of a current uniform resource locator using relative addressing and retains the session identifier portion of the path name unmodified for successive requests in the session.

21. A method as claimed in claim 1 wherein:

the server system subjects the client to an authorization routine prior to issuing the session identifier and the session identifier is protected from forgery, records information from the session identifier in a transaction log in the server system, tracks request paths relative to hypertext pages, and maintains a data base relating customer demographics to access patterns; and

the client modifies the path name of a current uniform resource locator using relative addressing and retains the session identifier portion of the path name unmodified for successive requests in a session.

22. A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

appending as part of a path name in a uniform resource locator a session identifier to the request, wherein communications between the client and server system are according to hypertext transfer protocol;

responding to requests for hypertext pages received from a client through the network by returning the requested hypertext pages to the client;

responding to further client requests related to links in the hypertext pages; and tracking the further client requests related to a particular hypertext page.

23. A method as claimed in claim 22 wherein the requests include a common session identifier and the server system tracks client requests within a session of requests.

24. A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

appending a session identifier to the request as part of a path name in a uniform resource locator, wherein communications between the client and server system are according to hypertext transfer protocol; and

responding to requests for documents received from the client through the network by returning the requested documents wherein the documents are customized for a particular user based on a user profile.

25. A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

responding to a request for a document received from the client through the network, wherein communications between the client and server system are according to hypertext transfer protocol;

appending a session identifier, which includes a user identification to the request as part of a path name in a uniform resource locator; and

returning the requested document wherein the document is customized for a particular user based on the user identification of the session identifier.

**26.** A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

appending a session identifier to the request as part of a path name in a uniform resource locator, wherein communications between the client and server system are according to hypertext transfer protocol;

responding to requests for information received from the client through the network by returning the requested information to the client; and

counting requests to particular information exclusive of repeated requests from a common client.

**27.** A method as claimed in claim **26** comprising excluding from the counting requests made for information from the client within a defined period of time.

**28.** A method of processing service requests for a document received from a client through a network in which the document has been purchased by a user, said method comprising the steps of:

responding to a request for a document received from a client through the network in which the document has been purchased by the user wherein communications between the client and server system are according to hypertext transfer protocol;

appending an authorization identifier to the request as part of a path name in a uniform resource locator; and

returning the requested document if the authorization identifier indicates that the user is authorized to access the document.

**29.** A method as claimed in claim **28**, wherein the authorization identifier is encoded within a session identifier which is appended to the request as part of a path name in a uniform resource locator.

**30.** A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

responding to a request for a document received from a client through the network, wherein communications between the client and server system are according to hypertext transfer protocol;

appending as part of a path name in a uniform resource locator a session identifier to the request;

returning the requested document to the client, and;

charging the user identified in the session identifier for access to the document.

**31.** A method as claimed in claim **30**, wherein a user identifier is encoded within a session identifier which is appended to the request.

**32.** An information system on a network, comprising:

means for receiving service requests from clients and for determining whether a service request includes a session identifier, wherein communications between the client and server system are according to hypertext transfer protocol;

means for appending the session identifier as part of a path name in a uniform resource locator in response to an initial service request in a session of requests; and

means for servicing service requests from a client which include the session identifier, the subsequent service request being processed in the session.

**33.** An information system as claimed in claim **32** wherein the means for providing the session identifier is in a server system which services the requests.

**34.** An information system as claimed in claim **32** further comprising an authorization routine for authorizing the client prior to issuing the session identifier and means for protecting the session identifier from forgery.

**35.** An information server system as claimed in claim **32** further comprising a transaction log for recording information from the session identifier.

**36.** An information system as claimed in claim **32** further comprising means for tracking access history of sequences of service requests within the session of requests.

**37.** An information system as claimed in claim **32** further comprising means for counting requests to particular services exclusive of repeated requests from a common client.

**38.** An information system as claimed in claim **32** further comprising a data base relating customer information to access patterns.

**39.** An information system as claimed in claim **38** wherein the information includes customer demographics.

**40.** An information server on a network, comprising:

means for appending a session identifier as part of a path name in a uniform resource locator, wherein communications between the client and server system are according to hypertext transfer protocol;

means for responding to requests for hypertext pages received from a client through the network by returning the requested hypertext pages to the client;

means for responding to further requests derived from links in the hypertext pages; and means for tracking the further requests derived from a particular hypertext page.

**41.** A server as claimed in claim **40** wherein the requests include a common session identifier and the server tracks requests within a session of requests.

**42.** A server as claimed in claim **41** further comprising a data base relating customer demographics to access patterns.

**43.** An information server on a network, comprising:

means for appending the session identifier as part of a path name in a uniform resource locator, wherein communications between the client and server system are according to hypertext transfer protocol;

means for responding to requests for service received from a client through a network by returning the requested service to the client; and

means for counting requests to particular service exclusive of repeated requests from a common client.

**44.** A server as claimed in claim **43** wherein the requests include a common session identifier and the server tracks requests within a session of requests.

**45.** A server as claimed in claim **43** further comprising means for excluding requests made to a service from the client within a defined period of time.

* * * * *

US005708780C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5320th)

# United States Patent

**Levergood et al.**

(10) **Number: US 5,708,780 C1**
(45) **Certificate Issued: Apr. 4, 2006**

(54) **INTERNET SERVER ACCESS CONTROL AND MONITORING SYSTEMS**

(75) Inventors: **Thomas Mark Levergood**, Hopkinton, MA (US); **Lawrence C. Stewart**, Burlington, MA (US); **Stephen Jeffrey Morris**, Westford, MA (US); **Andrew C. Payne**, Lincoln, MA (US); **George Winfield Treese**, Newton, MA (US)

(73) Assignee: **Divine Technology Ventures**, Chicago, IL (US)

**Reexamination Request:**
No. 90/007,183, Aug. 24, 2004

**Reexamination Certificate for:**

Patent No.: **5,708,780**
Issued: **Jan. 13, 1998**
Appl. No.: **08/474,096**
Filed: **Jun. 7, 1995**

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)
***G06F 15/56*** (2006.01)

(52) **U.S. Cl.** ...................... **709/229**; 709/203; 709/218; 709/219; 709/228

(58) **Field of Classification Search** ................ 709/203, 709/208, 217–219, 224–225, 227–229
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,305,059 A | 12/1981 | Benton |
| 4,484,304 A | 11/1984 | Anderson et al. |
| 4,528,643 A | 7/1985 | Freeny, Jr. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0172 670 | 2/1986 |
| EP | 0456920 | 11/1991 |
| EP | 0542 298 | 5/1993 |
| EP | 0542298 B1 | 5/1993 |
| EP | 0645688 | 3/1995 |
| GB | 2102606 | 2/1983 |
| JP | 4-10191 | 1/1992 |
| JP | 05-158983 | 6/1993 |
| WO | WO 91/16691 | 10/1991 |
| WO | WO 93/10503 | 5/1993 |
| WO | WO 94/03859 | 2/1994 |
| WO | WO 95/16971 | 6/1995 |

OTHER PUBLICATIONS

Trewitt Glenn, *Using Tcl to Process HTML Forms*, Digital Equipment Corporation Network Systems Laboratory TN–14, dated Mar. 1994.

Derler, Christian, *The World–Wide Web Gateway to Hyper–G: Using a Connectionless Protocol to Access Session–Oriented Services*, Institut für Informationsverarbeitung und Computergestützte neue Medien, Graz, Austria, dated Mar. 1995.

Hall, Devra, et al, *Build a Web Site: The Programmer's Guide to Creating, Building, and Maintaining a Web Presence*, published Apr. 1995. ISBN 0–7615–0064–2.

The NetMarket Company, *NetMarket PGP Help* file, from netmarket.com, dated Dec. 10, 1994.

(Continued)

*Primary Examiner*—Bharat Barot

(57) **ABSTRACT**

This invention relates to methods for controlling and monitoring access to network servers. In particular, the process described in the invention includes client-server sessions over the Internet involving hypertext files. In the hypertext environment, a client views a document transmitted by a content server with a standard program known as the browser. Each hypertext document or page contains links to other hypertext pages which the user may select to traverse. When the user selects a link that is directed to an access-controlled file, the server subjects the request to a secondary server which determines whether the client has an authorization or valid account. Upon such verification, the user is provided with a session identification which allows the user to access to the requested file as well as any other files within the present protection domain.



U.S. PATENT DOCUMENTS

4,529,870 A 7/1985 Chaum
4,566,078 A 1/1986 Crabtree
4,578,530 A 3/1986 Zeidler
4,734,858 A 3/1988 Schlafly
4,755,940 A 7/1988 Brachtl et al.
4,759,063 A 7/1988 Chaum
4,759,064 A 7/1988 Chaum
4,775,935 A 10/1988 Yourick
4,795,890 A 1/1989 Goldman
4,799,156 A 1/1989 Shavit et al.
4,812,628 A 3/1989 Boston et al.
4,827,508 A 5/1989 Shear
4,891,503 A 1/1990 Jewell
4,922,521 A 5/1990 Krikke et al.
4,926,480 A 5/1990 Chaum
4,935,870 A 6/1990 Burk, Jr. et al.
4,941,089 A 7/1990 Fischer
4,947,028 A 8/1990 Gorog
4,947,430 A 8/1990 Chaum
4,949,380 A 8/1990 Chaum
4,972,318 A 11/1990 Brown et al.
4,977,595 A 12/1990 Ohta et al.
4,982,346 A 1/1991 Girouard et al.
4,987,593 A 1/1991 Chaum
4,991,210 A 2/1991 Chaum
4,992,940 A 2/1991 Dworkin
4,996,711 A 2/1991 Chaum
5,025,373 A 6/1991 Keyser, Jr. et al.
5,035,515 A 7/1991 Crossman et al.
5,060,153 A 10/1991 Nakagawa
5,077,607 A 12/1991 Johnson et al.
5,105,184 A 4/1992 Pirani et al.
5,204,947 A 4/1993 Bernstein et al.
5,220,501 A 6/1993 Lawlor et al.
5,247,575 A 9/1993 Sprague et al.
5,276,736 A 1/1994 Chaum
5,297,249 A 3/1994 Bernstein et al.
5,305,195 A 4/1994 Murphy
5,309,437 A 5/1994 Perlman et al.
5,311,594 A 5/1994 Penzias
5,319,542 A 6/1994 King, Jr. et al.
5,321,751 A 6/1994 Ray et al.
5,325,362 A 6/1994 Aziz
5,336,870 A 8/1994 Hughes et al.
5,341,429 A 8/1994 Stringer et al.
5,347,632 A 9/1994 Filepp et al.
5,351,186 A 9/1994 Bullock et al.
5,351,293 A 9/1994 Michener et al.
5,353,283 A 10/1994 Tsuchiya
5,383,113 A 1/1995 Kight et al.
5,388,257 A 2/1995 Bauer
5,414,833 A 5/1995 Hershey et al.
5,457,738 A 10/1995 Sylvan
5,475,585 A 12/1995 Bush
5,483,652 A 1/1996 Sudama et al.
5,491,820 A 2/1996 Belove et al.
5,521,631 A 5/1996 Budow et al.
5,530,852 A 6/1996 Meske, Jr. et al.
5,535,229 A 7/1996 Hain, Jr. et al.
5,544,320 A 8/1996 Konrad
5,544,322 A 8/1996 Cheng et al.
5,550,984 A 8/1996 Gelb
5,557,516 A 9/1996 Hogan
5,557,518 A 9/1996 Rosen
5,557,798 A 9/1996 Skeen et al.
5,560,008 A 9/1996 Johnson et al.
5,577,209 A 11/1996 Boyle et al.
5,583,996 A 12/1996 Tsuchiya
5,590,197 A 12/1996 Chen et al.
5,592,378 A 1/1997 Cameron et al.
5,594,910 A 1/1997 Filepp et al.
5,596,642 A 1/1997 Davis et al.
5,596,643 A 1/1997 Davis et al.
5,604,802 A 2/1997 Holloway
5,619,648 A 4/1997 Canale et al.
5,621,797 A 4/1997 Rosen
5,623,547 A 4/1997 Jones et al.
5,623,656 A 4/1997 Lyons
5,642,419 A 6/1997 Rosen
5,664,110 A 9/1997 Green et al.
5,664,111 A 9/1997 Nahan et al.
5,675,507 A 10/1997 Bobo, II
5,694,551 A 12/1997 Doyle et al.
5,710,884 A 1/1998 Dedrick
5,715,314 A 2/1998 Payne et al.
5,724,424 A 3/1998 Gifford
5,724,521 A 3/1998 Dedrick
5,727,164 A 3/1998 Kaye et al.
5,732,219 A 3/1998 Blummer et al.
5,734,719 A 3/1998 Tsevdos et al.
5,761,662 A 6/1998 Dasan
5,768,142 A 6/1998 Jacobs
5,768,521 A 6/1998 Dedrick
5,774,670 A 6/1998 Montulli
5,784,565 A 7/1998 Lewine
5,790,793 A 8/1998 Higley
5,806,077 A 9/1998 Wecker
5,812,776 A 9/1998 Gifford
5,826,241 A 10/1998 Stein et al.
5,826,242 A 10/1998 Montulli
5,848,399 A 12/1998 Burke
5,848,413 A 12/1998 Wolff
5,870,552 A 2/1999 Dozier et al.
5,895,454 A 4/1999 Harrington
5,897,622 A 4/1999 Blinn et al.
5,909,492 A 6/1999 Payne et al.
5,920,847 A 7/1999 Kolling et al.
5,982,891 A 11/1999 Ginter et al.
6,006,199 A 12/1999 Berlin et al.
6,023,683 A 2/2000 Johnson et al.
6,041,316 A 3/2000 Allen
6,049,785 A 4/2000 Gifford
6,134,592 A 10/2000 Montulli
6,195,649 B1 2/2001 Gifford
6,199,051 B1 3/2001 Gifford
6,205,437 B1 3/2001 Gifford
6,449,599 B1 9/2002 Payne et al.

OTHER PUBLICATIONS

Aronson, Dan, et al, Electronic Mail to multiple recipients of the www–talk list (talk@info.cern.ch) on "Access and session control" dated Sep. 15, 1994.

English, Joe, Electronic Mail to multiple recipients of the www–talk list (talk@info.cern.ch) on "Re: Identifying Mosaic session" dated Dec. 20, 1994.

Bina, et al., Secure Acces to Data over the Internet, 1994, p. 99–102, IEEE.

"It will happen", article excerpt from infoHighway, vol. 2–1, Jan. 1995.

McCartney, Todd, Message posted to Usenet public discussion group, rec.arts.disney, dated Nov. 21, 1994.

Hughes, Kevin, source code file for the HTTP log file analysis program, getstats v1.0, dated Feb. 1, 1994, published at eit.com/software/getstats/getstats.html.

Fielding, Roy, software distribution archive for the HTTP log file analysis program, wwwstat v1.01, dated Apr. 24, 1994, published at ics.uci.edu/WebSoft/wwwstat/.

Pitkow, et al, *Results from the First World Wide Web Use Survey*, presented at the First International Conference on the World Wide Web, Geneva, Switzerland, May 25–27, 1994, published at 94.web.cern.ch/WWW94/PrelimProcs.html on Jun. 2, 1994, and reprinted in the Journal of Computer Networks and ISDN Systems, vol. 27, No. 2., Nov. 1994, Elsevier Science B.V.

Pitkow, et al, *Using the Web as a Survey Tool: Results from the Second WWW User Survey*, presented at The Third International World–Wide Web Conference, Apr. 10–14, 1995, Darmstadt, Germany, published at igd.fhg.de/archive/1995_www95/proceedings/papers/79/survey/survey_2paper.html and elsevier.nl/www3/welcome.html; and reprinted in the Journal of Computer Networks And ISDN Systems, vol. 27, No. 6, Apr. 1995, Elsevier Science B.V.

Complaint for Patent Infringement filed Jan. 12, 2004.

Amazon.com's Answer, Affirmative Defenses, and Counterclaims to Soverain Software's Complaint filed Mar. 9, 2004.

Amazon.com's Response to Plaintiff's First Set of Interrogatories filed Jun. 11, 2004.

Soverain's Responses and Objections to Amazon.com's First Set of Interrogatories (Nos. 1–14) filed Jun. 11, 2004.

Disclosure of Preliminary Invalidity Contentions by Defendants Amazon.com and the Gap (with Exhibit A) filed Jul. 6, 2004.

Amazon's Motion for Partial Summary Judgment of Non–Infringement ('780 Patent), and Memorandum in Support Thereof filed Jul. 15, 2005.

Soverain's Supplemental Responses to Amazon.com's First Set of Interrogatories (Nos. 1–14) filed Aug. 13, 2004.

Soverain's Second Supplemental Response to Amazon.com's First Set of Interrogatories (Nos. 1–14) filed Sep. 21, 2004.

Soverain's Third Supplemental Response to Amazon.com's First Set of Interrogatories (Nos. 1–14).

Soverain's Opposition to Defendant Amazon.com's Motion for Partial Summary Judgement of Non–Infringement ('780 Patent) and Supporting Memorandum; Declaration of Jack Grimes.

Amazon.com's Reply in Support of its Motion for Partial Summary Judgment of Non–Infringement ('780 Patent) filed Aug. 19, 2004; Declaration of John Vandenberg.

Soverain's Surreply to Amazon.com's Motion for Partial Summary Judgment of Non–Infringement ('780 Patent) filed Aug. 23, 2004 and Supplemental Declaration of Jack D. Grimes Ph.D. filed Aug. 23, 2004.

Soverain's Preliminary Claim Construction (Patent Local Rule 4–2) filed Sep. 2, 2004.

Joint Disclosure of Preliminary Claim Construction and Extrinsic Evidence by Defendants Amazon.com and the Gap (with Exhibits A–B) filed Sep. 2, 2004.

Joint Claim Construction and Prehearing Statement (Patent Local Rule 4–3) (with Exhibits A–D) filed Oct. 4, 2004.

Amazon.com's First Amended Answer, Affirmative Defenses, and Counterclaims to Soverain's Complaint filed Oct. 6, 2004.

Declaration of Jack D. Grimes Ph.D. dated Nov. 15, 2004.

Soverain's Claim Construction Brief Pursuant to Patent Rule 4–5(a) dated Nov. 16, 2004.

Declaration of Dr. Richard N. Taylor in Support of Defendants' Markman Brief dated Nov. 29, 2004.

Joint Claim Construction Brief of Amazon.com and Gap dated Nov. 30, 2004.

Soverain's Claim Construction Reply Brief Pusuant to Patent Rule 4–5(c) dated Dec. 7, 2004.

Bina, E., et al., "Secure Access to Data Over the Internet," 1994 IEEE, pp. 99–102.

Kiuchi, T., et al., "C–HTTP—The Development of a Secure, Closed HTTP–Based Network on the Internet," 1996 IEEE, pp. 64–75.

Berners–Lee, T., et al., "Target a Common Internet Syntax Where the User Password is Appended to a Specific URL," ietf.org/rfc/rfc1738.txt?number=1738.

57 USPQ2D, "*Amazon.com, Inc.* v. *Barnesandnoble.com, Inc.*" pp. 1746–1763.

Pitkow, J.E., "Webviz: A Tool for World–Wide Web Access Log Analysis." First International World Wide Web Conf., May 1994, 7 pgs.

Lim, Jong–Gyun, "Using Coollists to Index HTML Documents in the Web." ncsa.uiuc.edu/SDG/TT94/Proceedings/Searching/lim/coollist.htm, pp. 1–8.

Sedayao, J., "Mosaic Will Kill My Network!—Studying Network Traffic Patterns of Mosaic Use", ncsa.uiuc.edu/SDG/TT94/P . . . gs/DDay/sedayao/mos_traf_paper.htm.

Catledge, L.D., "Characterizing Browsing Strategies in the World–Wide Web," igd.thg.de/archive/1995_ . . . /UserPatterns.Paper4.formatted.htm.

Menefee, C., "New host for Internet Commercial Site Index," Newsbytes Nov. 9, 1994, p. 15.

Michalski, J., "Content in context: the Future of SGML and HTML," Release 1.0, Sep. 27, 1994, pp 1–10.

Metcalf, R.M., "Commercialization of the Internet Opens Gateways to Interpreneurs," InfoWorld, Aug. 8, 1994, p. 44.

"maX.500–a Macintosh X.500 Directory Client", contents of WWW website, umich.edu/dirsvcs/ldap/max500/index.htlm as of Jul. 7, 1997.

Droms, R.E., "Access to Heterogenous Directory Services," Proceedings IEEE INFOCOM '90, pp. 1054–1061, San Francisco, CA, Jun. 3–7, 1990.

Good, B., "Experience with Bank of America's Distributive Computing System," pp. 2–8, IEEE 1983.

Inselberg, A., "An Approach to Successful Online Transaction Processing Applications," AFIPS Conference Proceedings, 1985 National Computer Conference, pp. 419–427, Chicago, IL, Jul. 15–18, 1985.

Bowman, et al., "Univers: An Attribute–Based Name Server," Software Practice and Experience, vol. 20(4) 403–424 (Apr. 1990).

NCSA HTTPd 1.5 Beta How to Redirect, "The New Redirect Directives."

Housel, B.C., et al., "SNA Distribution Services," IBM Systems Journal, pp. 319–343, vol. 22, No. 4, 1983.

Zatti, et al., "Naming and Registration for IBM Distributed Systems," IBM Systems Journal, pp. 353–380, vol. 31, No. 2, 1992.

Welch, B., et al., "Prefix Tables: A Simple Mechanism for Locating Files in a Distributed System," pp. 184–189, 6th International Conference on Distributed Computing Systems, IEEE Computer Society, Cambridge, MA, May 1996.

Schwartz, et al., "A Name Service for Evolving, Heterogeneous Systems," Proceedings of the 11th ACM Symposium on Operating Systems Principles, vol. 21, No. 5, pp. 52–62, Austin, TX, Nov., 1987.

Hitchens, M., et al., "Bindings Between Names and Objects in a Persistent System," Proceedings of the 2nd International Workshop on Object Orientation in Operating Systems, IEEE Computer Society, pp. 26–37, Dourdan, FR, Sep. 1992.

Sheltzer, et al., "Name Service Locality and Cache Design in a Distributed Operating System," University of California, Los Angeles, 8 pgs.

Andrade, et al., "Open On–Line Transaction Processing with the TUXEDO System," pp. 366–371, Digest of Papers, IEEE Computer Society Press, COMPSON Spring 1992, San Francisco, California.

Terry, D.B., "Structure–free Name Management for Evolving Distributed Environments," pp. 502–508, 6th International Conference on Distributed Computing Systems, IEEE Computer Society, Cambridge, MA, May, 1986.

Cheriton, D.R., et al., "Uniform Access to Distributed Name Interpretation in the V–System," pp. 290–297, 4th International Conference on Distributed Computing System, IEEE Computer Society, San Francisco, CA, May, 1984.

Lampson, B.W., "Designing a Global Name Service,", pp. 1–10, Proceedings of the 5th Annual ACM Symposium on Principles of Distributed Computing, ACM, Calgary, Alberta, Canada, Aug. 1986.

Curtis, R., et al., "Naming in Distributed Language Systems," pp. 298–302, 4th International Conference on Distributed Computing Systems, IEEE Computer Society, San Francisco, CA May 1984.

Squillante, M.C., et al., Integrating Heteregeneous Local Mail Systems, pp. 59–67, IEEE Software, Nov. 1989.

Schwartz, M.F., et al., Experience with a Semantically Cognizant Internet White Pages Directory Tool, Journal of Internetworking: Research and Experience, pp. 1–22 (1990).

Ordille, J.J., et al., "Nomenclater Descriptive Query Optimization for Large X.500 Environments," pp. 185–196, SIGCOM '91 Conference, Communication Architectures & Protocols, vol. 21, No. 4, Zurich, Switzerland, Sep., 1991.

Notkin, D., "Proxies: A Software Structure for Accomodating Hetergeneity," Software–Practice and Experience, vol. 20(4), 357–364, Apr. 1990.

Bjorn N. Freeman–Benson, "Using the Web to Provide Private Information," First International Conference on the World Wide Web, WWW94, May 1994, 5 pages.

Chaum, D., "Achieving Electronic Privacy," Scientific American, Aug. 1992, pp 96–101.

Neuman, B.C., "Proxy–Based Authorization and Accounting for Distributed Systems," Proceedings on the 13th International Conference on Distributed Computing Systems, Pittsburg, May 1993, pp. 283–291.

Anderson, R., "Why Cryptosystems Fail," 1st Conf.—Computer & Comm. Security, 1993–11/93–VA, USA, pp 215–227.

Abadi M., et al., "Authentication and Delegation with Smart–Cards," Oct. 1990, Chapter 67.

Rivest, R., "The MD5 Message–Digest Algorithm," MIT Laboratory for Computer Science and RSA Data Security, Inc., Apr. 1992.

Voydock V., et al., "Security Mechanisms in High Level Network Protocols," Computing Surveys, vol. 15, No. 2, Jun. 1983, pp. 135–171.

Gligor, V.D., "Object Migration and Authentication," IEEE Transactions of Software Engineering, vol. SE–5, No. 6, Nov. 1979, pp. 607–611.

"Mosaic Communications Unveils Network Navigator and Server Software for the Internet," Mosaic Communications Press Release, Sep. 1994.

Rescorla, E., et al., "The Secure HyperTest Transfer Protocol," Aug. 1999.

Lou Montulli, Electronic Mail to Multiple Recipients of the www–talk list (www–talk.1995q2/0134.html on "Session Tracking" (omi.mail.www–talk, Apr. 18, 1995).

Ramanathan, Sirvivas, et al., "Architectures for Personalized Multimedia," IEEE Multimedia, vol. 1, No. 1, Computer Society PP 37–46 1994.

Choudhury, Abhijit K., et al., "Copyright Protection for Electronic Publishing Over Computer Networks," IEEE Network, The Magazine of Computer Communications, vol. 9, No. 3, pp. 12–20, May 1995.

"Persistent Client State HTTP Cookies," search.netscape.com/newsref/std/cookie_spec.html (Jan. 9, 1998).

"HTTP State Management Mechanism," internic.net/rfc/rfc2109.txt (Jan. 9, 1998)—cse.ohio–state.edu/cgi–bin/rfc/rfc2965.html.

Pitkow, J.E., and Recker, M.M., Using the Web as a Survey Tool: Results from Second WWW User Survey,: igd.fhg.de/archive/1995_www95/papers/79/survey/survey_2_paper.html.

Peterson, Larry L., "A Yellow–Pages Service for a Local–Area Network," ACM Proceedings of the ACM SIGCOMM 87 Workshop, ACM Press, 1988, pp. 235–242.

Kahan Jose, "A Distributed Authorization Model for WWW," isoc.org/HMP/PAPER/107/html/paper.html, pp. 1–16.

Kahan, Jose, "A capability–based authorization model for the World–Wide Web," igd.fhg.de/archive/1995_www95/proceedings/papers/86/CaMWWW.htlm, pp. 1–14.

Kahan, Jose, "Un nouveau modele d–autorisation pour les systemes de consultation d–information multimedia repartee," pp. 45–57.

Kahan, Jose, "A New Authorization Model for Distributed Multimedia Information Consultation Systems," English Translation, pp. 1–21.

Berners–Lee, T., et al., ietf.org/rfc/rfc1738.txt?numbers=178.

Gary Welz, "The Media Business on the WWW", Proceedings of the Second World Wide Web Conference 1994: Mosaic and the Web, Oct. 1994, 6 pages.

Clickstream, Oct. 1996, The word Spy, [wordspy.com/words/clickstream.asp], 2 pages.

Bob Novick, (9503) Internet Marketing: The Clickstream, Mar. 1995, [i–m.com/archives/9503/0375.html] 3 pages.

Brian W. Kemighan and Dennis M. Ritchie, "The C Programming Language" second edition, AT&T Bell Laboratories, (N.J., Prentice Hall) pp. 17–21 (1998).

Computer and Business Equipment Manufacturers Association, "American National Standard for Information Systems–Database Language SQL" (N.Y., American National Standards Institute) pp. 27–28 (1986).

Aho, A.V., et al., "Reports and Databases." In the AWK Programming Language, M.A. Harrison, ed., (Addison–Wesley), pp. 100–101 (1988).

Kelley, A., and Pohl, I., "Arrays, Strings, and Pointers." In a Book on C, A. Apt, ed., (the Benjamin/Cummings Publishing Company, Inc.,) pp. 35–37 (1984).

WordPerfect for Macintosh, pp. 153–162 (1990).

Amazon "Welcome First Time Visitors" Jun. 1998 pp 1–4.

"CompuServe Videotex Network Offers Marketing Research Service, ad Test", Marketing News, Nov. 25, 1983, p. 21.

"Electronic In–Home Shopping: 'Our Stores are Always Open'," Chain Store Age Executive, Mar. 1985, pp. 111, 116.

"Mall Offers a Holiday Treat for Hackers," Advertising Age, Nov. 13, 1985, p. 76.

"Suddenly, VideoTax is Finding an Audience", Business Week, Oct. 19, 1987, pp. 92–94.

"Redcoats Join Communications Fight", Industry Week, Feb. 22, 1982, pp. 108–109.

"Taking Advantage of the Past",Advertising Age, Apr. 11, 1983, pp. M36–37.

American National Standard: "Financial Institution Retail Message Authentication"; ANSI X9.19–1986.

American National Standard: "Interchange Message Specification for Debit and Credit Card Message Exchange Among Financial Institutions"; ANSI–X9.2–1988.

Anderson, Ross J.: "UEPS—A Second Generation Electronic Walltet", Proc. of the Second European Symposium on Research in Computer Security (ESORICS); Touluse, France, pp. 411–418, no date.

Bellcore Internal e–mail, Nov. 24, 1993, 7 pages.

Bender, M., "EFTC: Electronic Funds Transfer Systems", Kennikat Press; Port Washington, New York, pp. 43–46; 1975.

Beutelspacher et al., "Payment Applications with Multifunctional Smart Cards", Smart Card 2000, 1989, pp. 95–101.

BizNet Technologies, Versatile Virtual Vending, published by http://www.bnt.com, Sep. 12, 1994.

Booz, Allen & Hamilton, "How to Buy Information with a First Virtual Account", Apr. 11, 1994, 63 pages.

Bos et al., "SmartCash: A Practical Electronic Payment System", Centre for Mathematics and Computer Science, Aug. 1990, pp. 1–8.

Burk et al., "Digital Payment Systems Enabling Security and Unobservability", Computers & Security, 1989, pp. 399–415.

Burk et al., "Value Exchange Systems Enabling Security and Unobservability", Computers & Security, 1990, pp. 715–721.

Chaum et al., "Untraceable Electronic Cash"; Advances in Cryptology, 1988, pp. 319–327.

Chaum et al., "Implementing Capability–Based Protection Using Encryption", Electronics Research Laboratory, University of California, Berkeley, 1978, 12 pages.

Cohen, D., "Computerized Commerce", ISI Reprint Series IS/RS–89–243; Oct. 1989, Reprinted from Information Processing 89, Proceedings of the IFIP World Computer Congress, Held Aug. 28–Sep. 1, 1989, 8 pages.

Cohen, D., "Electronic Commerce", University of Southern California Information Sciences Institute, Research Report ISI/RR–89–244, Oct. 1989, 42 pages.

CompuServe International: CompuServe Information Service Users Guide, pp. 109–113; 1986.

Computer Shopper, "Internet for Profit", Nov. 1994, pp. 180–182; 190–192; 522–528, 532, 534.

"Consumers Plugging into New Electronic Mail", Adversiting Age, Mar. 4, 1985, p. 74.

Damgard, "Payment Systems and Credential Mechanisms with Provable Security Against Abuse by Individuals", Advances in Cryptology—CRYPTO '88, 1988, pp. 328–335.

Davies et al., "Security for Computer Networks: An Introduction to Data Security in Teleprocessing and Electronic Funds Transfer", John Wiley & Sons, Dec. 5, 1985, pp. 304–336.

Dukach, S., "SNPP: A Simple Network Payment Protocol"; MIT Laboratory for Computer Science; Cambridge, MA, 7 pages.

Even et al., "Electronic Wallet"; Computer Science Department, Israel, pp. 383–386.

Ferrarini, E., "Direct Connections for Software Selections", Business Computer Systems, Feb. 1985, pp. 35–38.

Fujioka, et al., "ESIGN: An Efficient Digital Signature Implementation for Smart Cards," Advances in Cryptology—Eurocrypt '91, Apr. 1991, pp. 446–457.

Gifford et al., "Case Study: The Cirrus Banking Network"; Communications of the ACM, Aug. 1995, 2 pages.

Gifford, David K, "Notes on Community Information Systems", MIT/LCS/TM–419, Dec. 10, 1989, 7 pages.

Gifford, David K., "Cryptographic Sealing for Information Secrecy and Authentication", Stanford University and Xerox Palo Alto Research Center, Communications of the ACM, vol. 25, No. 4, Apr. 1982, pp. 274–286.

Hakola., et al., A System for Automatic Value Exchange Exchange, Proceedings—Fall Joint Computer Conference, Nov. 1966, pp. 579–589.

Harty et al., "Case Study: The VISA Transaction Processing System", May 1988, pp. 1–23.

Hirschfeld, "Making Electronic Refunds Safer", Laboratory for Computer Science, MIT, 1992, 4 pages.

Information Networking Institute, Carnegie Mellon University, Prototype Scope Document, INI Technical Report 1993–1, Oct. 14, 1993, 29 pages.

International Organization for Standardization, International Standard—Bank Card Originated Messages—Interchange Message Specifications Content for Financial Transactions, ISO 8583 1987.

Intuit Corp. Quicken User's Guide, "Paying Bills Electronically", no date, pp. 171–191.

Jansson, L., "General Electronic Payment System", 7th Proceedings of the International Conference on Computer Communication, 1985, pp. 832–835.

Kenny, "EDI Security: Risks and Solutions", SD–Scion UK Limited, 1992, 12 pages.

Knapskog, "Privacy Protected Payments—Reliazation of a Protocol that Guarantees Payer Anonymity", EuroCrypt 1988, pp. 107–121.

Krajewski, M., "Concept for a Smart Card Kerberos", 15th National Computer Security Conference, Oct. 1992, 9 pages.

Krajweski, M., et al., "Applicability of Smart Cards to Network User Authentication", Computing Systems, vol. 7, No. 1, Winter 1994, pp. 75–89.

Krajewski, M., "Smart Card Augmentation of Kerberos", Privacy and Security Research Group Workshop on Network and Distributed System Security, Feb. 1993, 5 pages.

Lai et al., "Endorsements, Licensing, and Insurance for Distributed System Services", Information Sciences Institute, U. of Southern California, undated, 6 pages.

Low et al., "Anonymous Credit Cards", undated, pp. 1–16.

Medvinsky et al., "Electronic Currency for the Internet", Electronic Markets., Sep. 1993, pp. 30–31.

Medvinsky et al., "NetCash: A Design for Practical Electronic Currency on the Internet", Information Sciences Intitute, University of S. California, under, 6 pages.

Messmer, "NIST Stumbles on Proposal for Public–Key Encryption", Network World, Jul. 27, 1992, pp. 1–6.

Mosaic Communications Corp. Press Release, "Mosaic Communications Unveils Network Navigator and Server Software for the Internet", Sep. 1994, 3 pages.

National Westminster Bank Broup, "Clearing House Automated Payments System", undated, 31 pages.

Needham, Roger M., "Adding Capability Access to Conventional File Servers", Xerox Palo Alto Research Center, California, undated, pp. 3–4.

Okamoto et al., "University Electronic Cash", NTT Laboratories, pp. 324–337.

Payment Systems, "United States", undated, pp. 217–235.

Perry, "Electronic Banking Goes to Market", IEEE Spectrum, Feb. 1988, pp. 46–49.

Pfitzmann et al., "How to Break and Repair a Provably Secure Untraceable Payment System", pp. 338–350.

Ph. van Heurck, "TRASEC: Belgian Security Systems for Electronic Funds Transfers," Computers & Security, 1987, pp 261–268.

Pongratz, et al., "IC Cards in Videotax Systems", Smart Card 2000, 1989, pp. 179–186.1 page.

Recommendation X.509; The Directory—Authentication Framework, Fascicle VIII.8 (Melbourne 1988) pp. 48–82.

Remery, P., et al., "Le paiement electronique", L'Echo des Recherches, No. 134, 1988, pp. 15–23.

Rescorla, E., et al., "The Secure HyperText Transfer Protocol", Enterprise Integration Techtologies, Jun. 1994, 22 pages.

Rescorla E., et al., "The Secure HyperText Transfer Protocol", Enterprise Integration Technologies, Dec. 1994, 35 pages.

Rivest et al., "A Method for Obtaining Digital Signatures and Public–Key Crypotosystems", Laboratory for Computer Science, MIT, undated, pp 1–15.

Schaumuller–Bichl, "IC Cards in High–Security Applications", Selected Papers from the Smart Card Conference, Springer Verlag, 1991, pp. 177–199.

Shain, "Security in Electronic Funds Transfer: Message Integrity in Money Transfer and Bond Settlements through GE Information Services' Global Network", Computers & Security, vol. 8, No. 3 1989, pp. 209–221.

Sirbu, Marvin A., "Internet Billing Service Design and Prototype Implementation", pp. 1–19.

Society for Worldwide Interbank Financial Telecommunications S.C.; "A S.W.I.F.T. Overview" no date, 34 pages.

Stallings, William, "Data and Computer Communications", MacMillan Publishing, 1985, pp. 245–252.

Staskauskas, "The Formal Specification and Design of a Distributed Electronic Funds–Transfer System", EEE, 1988, pp. 1515–1528.

Stol, "Privacy Protected Payments—A Possible Structure for a Real Implementation and Some Resource Considerations", Reproduced by U.S. Department of Commerce, 83 pages.

Strazewski, "Computerized Service Sets Shoppers Hacking", Advertising Age, Feb. 22, 1988, p. 62.

Takei, Videotex Information System and Credit System Connecting with MARS 301–of JNR, Japanese Railway Engineering, No. 95, Sep. 1985, pp. 9–11.

Tanaka et al., "Untraceable Electronic Funds Transfer Systems", Electronics and Communications in Japan, Part 3, vol. 72, No. 9, 1989, pp. 47–54.

Tenenbaum et al., "Development of Network Infrastructure and Services for Rapid Acquisition", Adapted from a White Paper Submitted to DARPA by MCC in Collaboratio with EIT and ISI, Jan. 1992, pp. 1–19.

Tunstall, "Electronic Currency", Smart Card 2000: The Future of IC Cards, Oct. 1987, pp. 47–48.

Vittal, "Active Message Processing: Messages as Messengers", 1981, pp. 175–195.

Viescas, John L., "The Official Guide to the Prodigy Service", Microsoft Press, 1991, ISBN 1–55615–374–0.

Waidner, et al., "Loss–Tolerance for Electronics Wallets", Fault–Tolerant Computing: 20th International Symposium, Jun. 26–28, 1990, pp. 140–147.

Weber, "Controls in Electronic Funds Transfer Systems: A Survey and Synthesis", Computers & Security, 1989, pp. 123–137.

Williams, "Debit Program Cuts Fraud—CompuServe Plan a Success", Pensions & Investment Age, Feb. 4, 1985, pp. 31–33.

Joint Claim Construction Chart (Patent Local Rule 4–5D)), filed Dec. 27, 2004 with Appendix A.

Order Denying Amazon's Motion to Stay Proceedings Pending Completion of the Reexamination.

Transcript of the Markmam Hearing Before the Honorable Leonard David United States District Judge, Jan. 6, 2005.

"Advanced Electronic Credit Authorization Through the Amherst Group SNET", News Release, New Haven, CT, Dec. 7, 1987, 2 pages.

Anderson, Scot et al., "Sessioneer: Flexible Session Level Authenication With Off the Shelf Servers and Clients", igd.fhg.de/archive/1995_www95/papers/77/sessioneer2.html, pp. 1–7.

Buhle, E., Loren Jr., "Wide Area Information Servers", Digital Systems Journal, Sep./Oct. 1994, pp. 13–16.

Comer, D., et al., "The Tilde File Naming Scheme", The 6th International Conference on Distributed Computing Systems, IEEE Computer Society, Cambridge, MA., May 1996, pp. 509–514.

Comer, D.E., et al., "A Model of Name Resolution in Distributed Systems", The 6th International Conference on Distributed Computer Systems, IEEE Computer Society,, Cambridge, MA, May 1996, pp. 523–530.

Computer Fraud & Security Bulletin, "Underlying Security Mechansms", Mar. 1997, 2 pages.

Cookies and Privacy FAQ, search.netscape.com/assist/security/faqs/cookies.html Jan. 9, 1998 at 4:29 pm., pp. 1–3.

Crocker, Glenn, "web2mush: Serving Interactive Resources to the Web", 2nd International Conference on the WorldWide Web, Chicago, Illinois, Oct. 1994, 7 pages.

Net Market Company, "Numerous News Media Stories", New York Times, Front Page of Business Section, Aug. 12, 1994, 4 pages.

Phillips, K., "SuperHighway Access Eases Internet Entry", PC Week, Oct. 31, 1994, 3 pages.

Poler, Ariel, "Improving WWW Marketing Through User Information and Non–Intrusive Communications", Internet Profiles Corporation (I/PRO), 2nd WWW Conference, Chicago, Illinois, Oct. 1994, 4 pages.

Soverain's Disclosure of Asserted Claims and Preliminary Infringement Contentions dated Jun. 3, 2004.

Supplemental Disclosure of Preliminary Invalidity Contentions by Amazon and the Gap dated Jul. 26, 2004.
Deposition of G. Winfield Treese, dated Oct. 27, 2004.
Soverain's Reply to Amazon.Com's Amended Counterclaims, dated Jan. 14, 2005.
Third Supplemental to Defendant Amazon's Initial Disclosures, dated Mar. 4, 2005.
VIdeoTaped Deposition of Mark Levergood dated Mar. 8, 2005 (2 parts).
VideoTaped Deposition of Andrew Payne dated Mar. 11, 2005.
VideoTaped Deposition of Stephen Morris dated Mar. 9, 2005.
VideoTaped Deposition of Glenn Trewitt dated Jan. 25, 2005 (2 parts).
Soverain's Fourth Supplemental Responses to Amazon's First Set of Interrogatores (Nos. 1–14) dated Mar. 21, 2005.
Soverain's Responses to Interrogatory Nos. 22, 23, 26 and 36 of Amazon's Third Set of Interrogatores (Nos. 17–28) dated Mar. 21, 2005.
Soverain's Responses to Amazon's First Set of Requests for Admission to Plaintiff Soverain Software (Nos. 1–100) dated Mar. 21, 2005.
Memorandum Opinion dated Apr. 7, 2005.
Soverain's Reply to Amazon's Third Amended Counterclaims, dated Mar. 17, 2005.
Amazon.com's Renewed Motion to Stay Proceedings Until the Patent and Trademark Office Completes Re–Examination of the Three Patents in Suit, dated Apr. 5, 2005.
NCSA "What's New", archive.ncsa.uiuc.edu/SDG/Software/Mosaic/Docs/old–whats–new/whats–new–0294.html, Feb. 28, 1994, 17 pages.
Business Wire, CommerceNet Urges Government to Ease Export Restrictions on Encryption Products; Consortium's New White Paper Articulates Position on the Export of Cryptography–Based Products, Jun. 26, 1995, 2 pages.
Berners–Lee, T., et al., ietf.org/rfc/rfc1738.txt?numbers=1738.
Changes to wwwStat at ftp.ics.uci.edu/pub/websoft/wwwstat/Changes.
Berners–Lee, T., RFC 1630: Universal Resource Identifiers in WWW: A Unifying Syntax for the Expression of Names and Addresses of Objects on the Network as used in the World–Wide Web.
Berners–Lee, T., et al. RFC 1738: Uniform Resource Locators.
Fielding, R., RFC 1808: Relative Uniform Resource Locators.
Berners–Lee, T., et al. RFC 1945: Hypertext Transfer Protocol—HTTP/1.0.
Fielding, R., et al. RFC 2068: Hypertext Transfer Protocol—HTTP/1.1.
Fielding, R., et al. RFC 2616: Hypertext Transfer Protocol—HTTP1/1.
Berners–Lee, T. "draft–ietf–iiir–http–00.txt" (Nov. 5, 1993).
wwwStat Readme file at ftp.ics.uci.edu/pub/websoft/wwwstat/README.
NCSA HTTPd release notes at hoohoo.ncsa.uiuc.edu/docs/Upgrade.html (last updated Aug. 1, 1995).
Crocker, Glenn, "web2mush: Serving Interactive Resources to the Web," Electronic Proc. of the 2nd World Wide Web Conf. '94: Mosaic and the Web!, Developers Day, (Oct. 20, 1994).
Dukach, Seymon; Prototype Implementation of the SNPP Protocol; allspic.lcs.mit.edu; 1992.
Batelaan; Butler; Chan; Chen; Evenchick; Hughes; Jen; Jeng; Millett; Riccio; Skoudis; Starace; Stoddard; "An Internet Billing Server Prototype Design"; Carnegie Mellon.
O'Mahony, Donal, Michael Peirce, & Hitesh Tewari, Electronic Payment Systems, Artech House, Inc., pp. 145–155, Jan. 1997.
Maren, Michael, "The Age of E–Mail," Home Office Computing, vol. 11, No. 12, p. 63(5).
Foster, David & Stuart Finn, "Insurers Can Benefit From E–Mail Networks", National Underwriter Property & Casualty–Risk & Benefits Management, No. 9, p. 46(2), Mar. 4.
Ferrarini, E., "Flight of Fancy: Goodbye Travel Agent", Business Computer Systems, vol. 2, No. 11, pp. 39–40, Nov. 1993.
Trip et al., "Cookies" (client–side persistent information) and their use, Netscape Technical Note 20019, Netscape Communications Corp., Oct. 1995.
Archive of WWWorder mailing list (Jun. 18, 1994–Jun. 13, 1994).
Leggett, John et al., "Hyperform: Using Extensibility to Develop Dynamic, Open and Distributed Hypertext Systems" (1992).
Bieber, Michael, "Issues in Modeling of a 'Dynamic' Hypertext Interface for Non–Hypertext Systems" (1991).
Nielson, Jacob, *Hypertext & Hypermedia* (1990).
"Announcing: Internet Shopkeeper" (Aug. 2, 1994) posting on comp.infosystems.www and misc.forsale.
EAASY SABRE User's Guide and EAASY SABRE Reference Guide.
Compuserve Manual (undated).
The Major BBS: Collection of information and Advertisements concerning The Major BBS (Fall 1993).
Fielding, Roy, et al., "Principled Design of the Modern Web Architecture" *ACM Transactions on Internet Technology 2*, 2 pp. 115–150 (May 2002).
Smithson, Brian, and Singer, Barbara, An Information Clearinghouse Server for Industry Consortia, 2nd Int'l Conf. On the World Wide Web, Chicago, Ill., Oct. 1994.
Soverain's ANSWER to Counterclaim (Amazon's Third Amended Counterclaim) by Soverain Software LLC.(Seraphine, Jennifer) (Entered: Mar. 17, 2005).
NOTICE by Amazon.com re: Answer to Amended Complaint, Counterclaim Of Rejection Of Claims 1–45 Of U.S. Pat. No. 5,708,780 (Entered: Mar. 25, 2005).
MOTION to Stay [Renewed] by Amazon.com (Entered: Apr. 5, 2005).
Soverain's Opposition to Amazon's Renewed Motion to Stay.
Amazon.Com, Inc.'s Reply in Support of Renewed Motion to Stay.
Deposition of Glenn Arthur Hauman with Exhibits (Oct. 28, 2004).
Deposition of Glenn Crocker with Exhibits (Mar. 10, 2005).
Deposition of Glenn M. Trewitt with Exhibits (Jan. 25, 2005).
Deposition of Guy Henry Timothy Haskin with Exhbits (Mar. 18, 2005).
Deposition of Joshua Smith with Exhibits (Mar. 2, 2005).
Deposition of Kevin Ming–Wei Kadaja Hughes with Exhbits (Mar. 21, 2005).
Deposition of Michael Kuniavsky with Exhibits (Feb. 22, 2005).

Deposition of Michael Lazzaro with Exhibits (Mar. 9, 2005).
Deposition of Phillip Hallam–Baker with Exhibits (Mar. 11, 2005).
Deposition of Robert Allen Olson with Exhibits (Mar. 3, 2005).
Deposition of Thomas Soulanille with Exhibits (Mar. 14, 2005).
REPLY to Response to Motion re: MOTION to Stay [*Renewed*] (*Surreply in Opposition to Amazon's Renewed Motion to Stay*) filed by Soverain Software LLC.
Gifford, Stewart, Payne, Treese, "Payment Switches for Open Networks," presented at 40th IEEE, IEEE, COMPCON '95, Mar. 5–9, 1995, San Francisco, CA.
Defendant Amazon.com Inc.'s Unopposed Motion for Leave to Amend its Answer to Include Allegations Regarding Stuff.com.
Declaration of James E. Geringer in Support of Amazon.com, Inc's Motion for Leave to Amend its Answer and Counterclaims to Add Stuff.com.
Exhibit 1 of Geringer Declaration: Excerpts of Deposition of Michael Kuniavsky.
Exhibit 2 of Geringer Declaration: E–mail from Brooks Cutter to Mike Kuniavsky (Jun. 14, 1994).
Exhibit 3 of Geringer Declaration: Excerpts of Deposition of Richard Boake.
Exhibit 5 of Geringer Declaration: Excerpts of Deposition of Andrew Payne.
Exhibit 6 of Geringer Declaration: E–mail from Andrew Payne to Winfield Treese, et al. (Jun. 15, 1994).
Exhibit 7 of Geringer Declaration: Excerpts of Deposition of Winfield Treese.
Exhibit 8 of Geringer Declaration: Amazon.com, Inc.'s [Proposed] fourth Amended Answer, Affirmative Defenses, and Counterclaims to Soverain Software, LLC's Complaint (Redlined Version).
Amazon.com's Motion for Partial Summary Judgment that '314 claims 34–39, '492 claims 17–18 and 35–36, and '780 claims 1, 4, and 22–24 are invalid under 35 U.S.C. 102.
Amazon.com's Motion for Partial Summary Judgment that claims are indefinite under 35 U.S.C. 112.

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1**–**45** is confirmed.

New claims **46**–**136** are added and determined to be patentable.

*46. The method of claim 1, wherein the session identifier includes a key identifier.*

*47. The method of claim 1, wherein the session identifier includes an Internet Protocol address of the client.*

*48. The method of claim 1, further comprising the step of digitally signing the session identifier prior to returning it from the server to the client.*

*49. The method of claim 48, wherein the session identifier includes a plurality of information fields and is digitally signed by performing a hash computation on the information fields.*

*50. The method of claim 49, wherein the information fields of the session identifier include a user identification field and an expiration time field.*

*51. The method of claim 49, wherein the information fields of the session identifier include a network address field and a key identifier field.*

*52. The method of claim 49, wherein the information fields of the session identifier include a domain field and a network address field.*

*53. The method of claim 1, further comprising the steps of:*

*determining that the service request is from an unauthorized user of the server; and*

*prior to returning a session identifier to the unauthorized client,*

*prompting the client to become an authorized user of the server by providing access credentials, the access credentials including a user identifier and a secret key; and*

*validating the access credentials as the server; and*

*transmitting a hypertext transfer protocol REDIRECT command back to the client along with the session identifier, wherein the REDIRECT command includes a uniform resource locator having the session identifier appended thereto.*

*54. The method of claim 53, further comprising:*

*receiving the REDIRECT command at the client and processing the command using a web browser application operating at the client, the web browser application issuing a hypertext transfer protocol GET command in response to the REDIRECT command, the GET command including the uniform resource locator with the appended session identifier.*

*55. The method of claim 4, wherein the information recorded in the transaction log includes the network address of the client.*

*56. The method of claim 1, wherein the session identifier includes an access domain to which the client is authorized to gain access, the method further comprising the steps of:*

*generating a relative uniform resource locator link at the client, the relative uniform resource locator link including the session identifier;*

*transmitting the relative uniform resource locator link to the server;*

*determining whether the relative uniform resource locator link is pointing to a hypertext page in the same access domain as that identified in the session identifier;*

*if the relative uniform resource locator link is pointing to a hypertext page in the same access domain, then the server accepts the link and transmits the requested page to the client; and*

*if the relative uniform resource locator link is pointing to a hypertext page in a different access domain, then the server denies the link.*

*57. The method of claim 56, further comprising the steps of:*

*after denying the link, the server transmitting a hypertext transfer protocol REDIRECT command to the client, the REDIRECT command including a uniform resource locator of an authorization server.*

*58. The method of claim 1, further comprising the steps of:*

*providing a browser program at the client; and*

*storing one or more session identifiers at the browser program for use in transmitting subsequent service requests to the server.*

*59. The method of claim 1, wherein the uniform resource locator includes a transfer protocol identifier, a host name, one or more directory names, and a file name.*

*60. The method of claim 59, wherein the session identifier is appended to the path name in the uniform resource locator between the transfer protocol identifier and the file name.*

*61. The method of claim 1, wherein the server system tracks access history information within a client-server session.*

*62. The method of claim 61, wherein the access history information is used to charge for advertising on the server system.*

*63. The method of claim 62, wherein the amount to charge for advertising is based on a number of link traversals from an advertising page to a product page.*

*64. The method of claim 62, wherein the amount to charge for advertising is based on a count of purchases resulting from a path including an advertisement.*

*65. The method of claim 1, wherein the server system includes a content server and an authorization server, the content server receives the service request from the client and causes one or more client authentication parameters to be forwarded to the authorization server for authorization, the authorization server in turn returns the session identifier to the client.*

*66. The method of claim 65, wherein the request with the session identifier is transmitted from the client to the content server.*

*67. The method of claim 66, wherein the session identifier includes a plurality of information fields and a digital signature, and wherein the content server receives the request with the session identifier and compares the digital signature with a computed digital signature of the information fields in order to verify the session identifier.*

*68. The method of claim 65, wherein the authorization server queries a user account database and compares data*

*stored therein with the one or more client authentication parameters in order to authorize the client service request.*

*69. The method of claim 68, wherein the user account database includes a user identifier and a password.*

*70. The method of claim 68, wherein the user account database includes demographic information regarding the user of the client.*

*71. The method of claim 68, wherein the user account database includes a network address of the client.*

*72. The method of claim 71, wherein the network address is an Internet Protocol address.*

*73. The method of claim 65, further comprising the steps of:*

*determining that the client is not authorized to access the content server; and*

*the authorization server prompting the client to setup an account with the authorization server in order to become authorized to access the content server.*

*74. The method of claim 1, wherein the session identifier enables the client to access files within a protection domain.*

*75. The method of claim 74, wherein the protection domain includes a plurality of servers.*

*76. The method of claim 1, wherein the client is operating a web browser, and the server system is a web server, and wherein the session of requests include a plurality of hypertext transfer protocol GET requests transmitted from the client web browser to the web server, each of the GET requests including a uniform resource locator having the session identifier appended thereto.*

*77. The method of claim 65, wherein the content server transmits a hypertext transfer protocol REDIRECT command back to the client that causes the client to transmit the one or more client authentication parameters to the authorization server.*

*78. The method of claim 1, wherein the service request causes the server to transmit a document to the requesting client.*

*79. The method of claim 78, wherein the document is customized for the client by the server, prior to transmission, based upon the session identifier.*

*80. The method of claim 79, wherein the customized document is a web page, and the web page is customized based upon a user identifier encoded within the session identifier.*

*81. The method of claim 79, wherein the customized document is a web page, and the web page is customized based upon a user profile associated with the session identifier.*

*82. The method of claim 1, wherein the session identifier is provided to the client prior to or without a credential check procedure being performed between the client and the server.*

*83. The method of claim 82, wherein the credential check procedure includes a request for user name and password from the client.*

*84. The information system of claim 32, wherein the session identifier includes a user identifier.*

*85. The information system of claim 32, wherein the session identifier includes an expiration time for the session.*

*86. The information system of claim 36, further comprising means for tracking the access history to determine service requests leading to a purchase made within the session of requests.*

*87. The information system of claim 33, wherein the server system maintains a data base relating customer information to access patterns.*

*88. The information system of claim 87, wherein the information includes customer demographics.*

*89. The information system of claim 33, wherein the server system comprises plural servers including an authentication server which provides session identifiers for service requests to multiple servers.*

*90. The information system of claim 32, further comprising:*

*means for directing the service request to a first server which is to provide the requested service;*

*the first server including a means for checking the service request for a session identifier and for only servicing a service request having a valid session identifier, and where the service request has no valid identifier:*

*the first server redirecting the service request from the client to the authorization server;*

*the authorization server subjecting the client to the authorization routine and issuing the session identifier to be appended to the service request to the first server;*

*the client forwarding the service request appended with the session identifier to the first server; and*

*the first server recognizing the session identifier and servicing the service request to the client; and*

*the client including a means for appending the session identifier to subsequent service requests to the server system.*

*91. The information system of claim 90, wherein the session identifier includes a user identifier.*

*92. The information system of claim 90, wherein the session identifier includes an expiration time for the session.*

*93. The information system of claim 90, wherein the session identifier provides access to a protected domain to which the session has access authorization.*

*94. The information system of claim 93, further comprising a means for modifying the session identifier for access to a different protected domain.*

*95. The information system of claim 90, wherein the session identifier provides a key identifier for key management.*

*96. The information system of claim 90, wherein the server system includes a means for recording information from the session identifier in a transaction log in the server system.*

*97. The information system of claim 90, wherein the client includes a means for modifying the path name of a current uniform resource locator using relative addressing and for retaining the session identifier portion of the path name unmodified for successive requests in the session.*

*98. The information system of claim 32, wherein:*

*the server system subjects the client to an authorization routine prior to issuing the session identifier and the session identifier is protected from forgery, records information from the session identifier in a transaction log in the server system, tracks request paths relative to hypertext pages, and maintains a data base relating customer demographics to access patterns; and*

*the client modifies the path name of a current uniform resource locator using relative addressing and retains the session identifier portion of the path name unmodified for successive requests in a session.*

*99. The information system of claim 32, wherein the session identifier includes a key identifier.*

*100. The information system of claim 32, wherein the session identifier includes an Internet Protocol address of the client.*

*101. The information system of claim 32, further comprising means for digitally signing the session identifier prior to appending it to the uniform resource locator.*

*102. The information system of claim 101, wherein the session identifier includes a plurality of information fields and is digitally signed by performing a hash computation on the information fields.*

*103. The information system of claim 102, wherein the information fields of the session identifier include a user identification field and an expiration time field.*

*104. The information system of claim 102, wherein the information fields of the session identifier include a network address field and a key identifier field.*

*105. The information system of claim 102, wherein the information fields of the session identifier include a domain field and a network address field.*

*106. The information system of claim 32, further comprising:*

*means for determining that the service request is from an unauthorized user of the server; and*

*means for prompting the client to become an authorized user of the server by providing access credentials, the access credentials including a user identifier and a secret key;*

*means for validating the access credentials at the server; and*

*means for transmitting a hypertext transfer protocol REDIRECT command back to the client along with the session identifier, wherein the REDIRECT command includes a uniform resource locator having the session identifier appended thereto.*

*107. The information system of claim 106, further comprising:*

*means for receiving the REDIRECT command at the client and for processing the command using a web browser application operating at the client, the web browser application issuing a hypertext transfer porotocl GET command in response to the REDIRECT command, the GET command including the uniform resource locator with the appended session identifier.*

*108. The information system of claim 35, wherein the information recorded in the transaction log includes the network address of the client.*

*109. The information system of claim 33, wherein the session identifier includes an access domain to which the client is authorized to gain access, further comprising:*

*means for generating a relative uniform resource locator link at the client, the relative uniform resource locator link including the session identifier;*

*means for transmitting the relative uniform resource locator link to the server system;*

*means for determining whether the relative uniform resource locator link is pointing to a hypertext page in the same access domain as that identified in the session identifier;*

*means for accepting or denying the link, and if the link is accepted for transmitting the hypertext page pointed to by the link.*

*110. The information system of claim 109, further comprising:*

*means, responsive to the link being denied, for transmitting a hypertext transfer protocol REDIRECT command to the client, the REDIRECT command including a uniform resource locator of an authorization server.*

*111. The information system of claim 32, further comprising:*

*a browser program at the client; and*

*means for storing one or more session identifiers at the browser program for use in transmitting subsequent service requests to the system.*

*112. The information system of claim 32, wherein the uniform resource locator includes a transfer protocol identifier, a host name, one or more directory names, and a file name.*

*113. The information system of claim 112, wherein the session identifier is appended to the path name in the uniform resource locator between the transfer protocol identifier and the file name.*

*114. The information system of claim 33, wherein the server system tracks access history information within a client-server session.*

*115. The information system of claim 114, wherein the access history information is used to charge for advertising on the server system.*

*116. The information system of claim 115, wherein the amount to charge for advertising is based on a number of link traversals from an advertising page to a product page.*

*117. The information system of claim 115, wherein the amount to charge for advertising is based on a count of purchases resulting from a path including an advertisement.*

*118. The information system of claim 33, wherein the server system includes a content server and an authorization server, the content server including means for receiving the service request from the client and for causing one or more client authentication parameters to be forward to the authorization server for authorization, the authorization server including means for returning the session identifier to the client.*

*119. The information system of claim 118, wherein the request with the session identifier is transmitted from the client to the content server.*

*120. The information system of claim 119, wherein the session identifier includes a plurality of information fields and a digital signature, and wherein the content server receives the request with the session identifier and compares the digital signature with a computed digital signature of the information fields in order to verify the session identifier.*

*121. The information system of claim 118, wherein the authorization server includes a means for querying a user account database and for comparing data stored therein with the one or more client authentication parameters in order to authorize the client service request.*

*122. The information system of claim 121, wherein the user account database includes a user identifier and a password.*

*123. The information system of claim 121, wherein the user account database includes demographic information regarding the user of the client.*

*124. The information system of claim 121, wherein the user account database includes a network address of the client.*

*125. The information system of claim 124, wherein the network address is an Internet Protocol address.*

*126. The information system of claim 118, further comprising:*

*means for determining that the client is not authorized to access the content server; and*

*the authorization server including means for prompting the client to setup an account with the authorization server in order to become authorized to access the content server.*

*127. The information system of claim 32, wherein the session identifier enables the client to access files within a protection domain.*

*128. The information system of claim 127, wherein the protection domain includes a plurality of servers.*

*129. The information system of claim 33, wherein the client is operating a web browser, and the server system is*

*a web server, and wherein the session of requests include a plurality of hypertext transfer protocol GET requests transmitted from the client web browser to the web server, each of the GET requests including a uniform resource locator having the session identifier appended thereto.*

*130. The information system of claim 118, wherein the content server transmits a hypertext transfer protocol REDIRECT command back to the client that causes the client to transmit the one or more client authentication parameters to the authorization server.*

*131. The information system of claim 33, wherein the service request causes the server to transmit a document to the requesting client.*

*132. The information system of claim 131, wherein the document is customized for the client by the server, prior to transmission, based upon the session identifier.*

*133. The information system of claim 132, wherein the customized document is a web page, and the web page is customized based upon a user identifier encoded within the session identifier.*

*134. The information system of claim 132, wherein the customized document is a web page, and the web page is customized based upon a user profile associated with the session identifier.*

*135. The information system of claim 32, wherein the session identifier is provided to the client prior to or without a credential check procedure being performed between the client and the server.*

*136. The information system of claim 135, wherein the credential check procedure includes a request for user name and password from the client.*

* * * * *