What is operator? - A Word Definition From the Webopedia Computer Dictionary



» ECommerce-Guide | Small Business Computing | Webopedia | WinPlanet

Register for Tech.Ed North America 2009 today! Attend Tech.Ed 2009 May 11-15, in Los Angeles, & gain knowledge & expertise about current & upcoming Microsoft technologies, tools, platforms & services.



Enter a word for a definition...                                   ...or choose a computer category.

[        ] Go!                                                      [choose one... ▼] Go!

**MENU**
Home
Term of the Day
New Terms
Pronunciation
New Links
Quick Reference
Did You Know?
Categories
Tech Support
Technology Jobs
About Us
Link to Us
Advertising

XML RSS



Become a Marketplace Partner

Colocation and Data Center Experts

Learn The Truth about CDP

## operator

Last modified: Monday, August 11, 2003

**(1)** A symbol that represents a specific action. For example, a plus sign (+) is an operator that represents addition. The basic mathematic operators are **+ addition, - subtraction, * multiplication, / division.**

In addition to these operators, many programs and programming languages recognize other operators that allow you to manipulate numbers and text in more sophisticated ways. For example, Boolean operators enable you to test the truth or falsity of conditions, and relational operators let you compare one value to another.

**(2)** A computer operator is an individual who is responsible for mounting tapes and disks, making backups, and generally ensuring that a computer runs properly.



TD0060639