What is computer? - A Word Definition From the Webopedia Computer Dictionary        Page 1 of 5



| IT | Developer | News | Small Business | Personal Tech | Events | Blogs | Jobs | Partners | Solutions | Shop | Login | Register |      Search



Microsoft. Online Services — GET A FREE 30-DAY TRIAL

**internet.com** You are in the: Small Business Computing Channel

» ECommerce-Guide | Small Business Computing | Webopedia | WinPlanet

**What Do You Look for in a Server?** Are you a Wallet Watcher, Data Center Guru, Tech Enthusiast or an Application Addict? Find out what type of user you are and access resources that apply to you.

internet.com (Webopedia) The #1 online encyclopedia dedicated to computer technology

Enter a word for a definition...                              ...or choose a computer category.

[          ] Go!                                   [choose one...     ▼] Go!

### MENU
Home
Term of the Day
New Terms
Pronunciation
New Links
Quick Reference
Did You Know?
Categories
Tech Support
Technology Jobs
About Us
Link to Us
Advertising

**XML RSS**

(Webopedia) Partners

**Become a Marketplace Partner**

**Continuous**
Learn The Truth about CDP and Microsoft Exchange

# computer

Last modified: Monday, June 25, 2007



Output Devices, Mass Storage Device, system unit, Input Devices

A programmable machine. The two principal characteristics of a computer are:

- It responds to a specific set of instructions in a well-defined manner.

- It can execute a prerecorded list of instructions (a program).

TD0060640


Colocation and Data Center Experts


EARN YOUR DEGREE IN INFORMATION TECHNOLOGY
CLICK HERE

Modern computers are electronic and digital. The actual machinery -- wires, transistors, and circuits -- is called *hardware*; the instructions and data are called *software*.

All general-purpose computers require the following hardware components:

- **memory** : Enables a computer to store, at least temporarily, data and programs.
- **mass storage device** : Allows a computer to permanently retain large amounts of data. Common mass storage devices include disk drives and tape drives.
- **input device** : Usually a keyboard and mouse, the input device is the conduit through which data and instructions enter a computer.
- **output device** : A display screen, printer, or other device that lets you see what the computer has accomplished.
- **central processing unit** (CPU): The heart of the computer, this is the component that actually executes instructions.





Before developing your next Web site, or redesigning an existing site, download this Internet.com eBook to guide you through the process and plan your project.

Download Now!

Register now for your free Internet.com membership to download your complimentary eBook. Membership will also give you access to:

- eBook library
- Whitepapers
- Webcasts
- Newsletters
- WinDrivers


internet.com
IT
Developer
Internet News
Small Business
Personal Technology

Search internet.com
Advertise
Corporate Info
Newsletters
Tech Jobs
E-mail Offers

**MARKETPLACE**

**Microsoft Online Services - FREE TRIAL**
View a Demo Today. Take the Fastest Road to Productivity. 30 Days Free Trial!

**2000 Financial INC**
BBB member with efficient loan process enables us to offer you the lowest rates

In addition to these components, many others make it possible for the basic components to work together efficiently. For example, every computer requires a bus that transmits data from one part of the computer to another.

Computers can be generally classified by size and power as follows, though there is considerable overlap:

- **personal computer** : A small, single-user computer based on a microprocessor. In addition to the microprocessor, a personal computer has a keyboard for entering data, a monitor for displaying information, and a storage device for saving data.
- **workstation** : A powerful, single-user computer. A workstation is like a personal computer, but it has a more powerful microprocessor and a higher-quality monitor.
- **minicomputer** : A multi-user computer capable of supporting from 10 to

TD0060641

- hundreds of users simultaneously.
- **mainframe** : A powerful multi-user computer capable of supporting many hundreds or thousands of users simultaneously.
- **supercomputer** : An extremely fast computer that can perform hundreds of millions of instructions per second.

•**E-mail this definition to a colleague**•

For internet.com pages about **computer** *CLICK HERE*. Also check out the following links!

**LINKS**                    ⋛⋚ = Great Page!

### Building Your Own PC ⋛⋚
What hard-core techies and companies like Dell and Compaq have been doing for years is what any computer user can learn how to do - build a computer from scratch. Let SE take you on a stroll through the park and ease the pain of building a DIY PC.

### Webopedia Did You Know - From AT to BTX: Motherboard Form Factors ⋛⋚
You've probably heard the term motherboard a thousand times, but do you know what it really means and how it relates to the rest of your computer?

### Webopedia's "Did You Know... Preventative Maintenance Tips for Your PC" ⋛⋚
The following tips will serve as a basic guideline to keep your PC maintained to run efficiently, increase component lifespan and also will help lessen the likelihood of PC failure.

### What Is 64-bit Computing? ⋛⋚
When reading about PCs and servers, you'll often see the CPU described by the number of bits (e.g., 32-bit or 64-bit), here's a little info about what that means.

### IEEE's Computer magazine
Monthly magazine received by all members of the IEEE Computer Society. Offers articles of interest to computing professionals, computer scientists and engineers.

### Price Watch - street price search engine
Offers a way to find prices on computer products (systems, CPU, memory, storage, networking, multimedia, etc.) from many manufacturers. Prices are entered by the manufacturer using a proprietary Price Watch Info-Link system. Users then see a date and time posting with each product chosen.

**ParetoLogic Power Pack 5 in 1**
For a limited time, $120 off MSRP (75% off)! Buy and download now for $39.95!

**Free Trial**
Professional website statistics. Real-time clickstream tracking. Start Your Free Demo Now.

**Applicant Tracking System**
Complete Talent Platform, including Applicant Tracking, Onboarding and more, backed by AT&T Hosting.

*Advertise Here*

**internet commerce**
Be a Commerce Partner
Televisions
Promote Your Website
Phone Cards
Car Donations
Calling Cards
Cell Phones
Online Education
Custom Products
Promotional Golf
Auto Insurance Quote
Logo Design
Laptops
Premium Bandwidth
Online Universities

**Related Categories**

Types of Computers

**Related Terms**

CPU

hardware

mainframe

microprocessor

minicomputer

personal computer

software

supercomputer

workstation

**(Webopedia)**
Give Us Your Feedback

Shopping computer Products
Compare Products,Prices and Stores

Shop by Category:
**Laptops**
4477 Model Matches

**PC Desktops**
4947 Model Matches

**Sport and Outdoor**
12190 Store Offers

**Toys**
1712 Store Offers

**Luggage**
5359 Store Offers