What is storage? - A Word Definition From the Webopedia Computer Dictionary

| internet.com | IT | Developer | News | Small Business | Personal Tech | Events | Blogs | Jobs | Partners | Solutions | Shop | Login | Register | [search] |



internet.com®   You are in the: **Small Business Computing Channel**

» ECommerce-Guide | Small Business Computing | Webopedia | WinPlanet

Calling all mobile and web application developers--Submit best-in-class applications for use on Nokia devices and win $30,000!

internet.com (Webopedia) The #1 online encyclopedia dedicated to computer technology

Enter a word for a definition...                    ...or choose a computer category.
[        ] Go!                                       [choose one…   ▼] Go!

---

**MENU**

Home
Term of the Day
New Terms
Pronunciation
New Links
Quick Reference
Did You Know?
Categories
Tech Support
Technology Jobs
About Us
Link to Us
Advertising

XML RSS

## storage

Last modified: Tuesday, October 30, 2001

(1) The capacity of a device to hold and retain data.

(2) Short for mass storage.



(Webopedia) Partners

**Become a Marketplace Partner**

MANAGED SERVICES
Colocation and Data Center Experts

Continuous
Learn The Truth about CDP and Microsoft Exchange

TD0060643