# EXHIBIT 14



# A Beginner's Guide to HTML

This is a primer for producing documents in HTML, the markup language used by the World Wide Web.

- Acronym expansion – the World Wide Web alphabet soup
- The minimal HTML document
  - Titles
  - Headings
  - Paragraphs
- Linking to other documents
  - Uniform Resource Locator (URL)
  - Anchors to specific sections in other documents
  - Anchors to specific sections in the same document
- Additional markup tags
  - Lists
    - Unnumbered lists
    - Numbered lists
    - Descriptive lists
    - Nested Lists
  - Preformatted text
  - Extended quotes
  - Character formatting
  - Special characters
- Inline images
- External images
- Troubleshooting
- A longer example
- For more information

## Introduction

### Acronym expansion

*WWW*
    World Wide Web
*SGML*
    Standard Generalized Markup Language – This is perhaps best be thought of as a programming language for style sheets.
*DTD*
    Document Type Definition – This is a specific implementation of document description using SGML. One way to think about this is: Fortran is to a computer program as SGML is to a DTD.
*HTML*
    HyperText Markup Language – HTML is a SGML DTD. In practical terms, HTML is a collection of styles used to define the various components of a World Wide Web document.

### What this primer doesn't cover

This primer assumes that you have:

- at least a passing knowledge of how to use NCSA Mosaic or other WWW browser
- a general understanding of how World Wide Web servers and client browsers work and
- access to a World Wide Web server for which you would now like to produce HTML documents

### Creating HTML documents

HTML documents are in plain text format and can be created using any text editor (e.g., Emacs or vi on Unix machines). A couple of WWW browsers (tkWWW for X Window System machines and CERN's WWW browser for the NeXT) do include rudimentary HTML editors in a WYSIWYG environment, and you may want to try one of them first before delving into the details of HTML.

> *You can preview documents in progress with NCSA Mosaic (and some other WWW browers). Open the document using the Open Local option under the* **File** *menu. Use the Filters, Directories, and Files fields to locate the document or enter the path and name of the document in the Name of Local Document to Open field. Press OK.*

```
<H3>Headings</H3>
```

**Title versus first heading**: In many documents (including this one), the first heading is identical to the title. For multi-part documents, the text of the first heading should be suitable for a reader who is already browsing related information (e.g., a chapter title), while the title tag should identify the node in a wider context (e.g., include both the book title and the chapter title).

### Paragraphs

Unlike documents in most word processors, carriage returns and white space in HTML files aren't significant. Word wrapping can occur at any point in your source file, and multiple spaces are collapsed into a single space (except in the <TITLE> field). Notice that in the barebones example, the first paragraph is coded as

```
Welcome to HTML.
This is the first paragraph. <P>
```

In the source file, there is a line break between the sentences. A Web browser ignores this line break and starts a new paragraph only when it reaches a <P> tag.

**Important:** You must end each paragraph with <P>. The viewer ignores any indentations or blank lines in the source text. Without the <P> tags, the document becomes one large paragraph. HTML relies almost entirely on the tags for formatting instructions. (The exception is text tagged as "preformatted," explained below.) For instance, the following would produce identical output as the first barebones HTML example:

```
<TITLE>The simplest HTML example</TITLE><H1>This is a level
one heading</H1>Welcome to the world of HTML. This is one
paragraph.<P>And this is a second.<P>
```

However, to preserve readability in HTML files, headings should be on separate lines, and paragraphs should be separated by blank lines.

### Linking to other documents

==The chief power of HTML comes from its ability to link regions of text (and also images) to another document (or an image). These regions are typically highlighted by the browser to indicate that they are hypertext links.==

> *In NCSA Mosaic, hypertext links are in color and underlined by default. It is possible to modify this in the Options menu as well as in your .Xdefaults file.*

HTML's single hypertext-related directive is A, which stands for anchor. To include anchors in your document:

1. Start by opening the anchor with the leading angle bracket and the anchor directive followed by a space: `<a`
2. Specify the document that's being pointed to by giving the parameter `href="filename.html"` followed by a closing angle bracket: `>`
3. Enter the text that will serve as the hypertext link in the current document (i.e., the text that will be in a different color and/or underlined)
4. Enter the ending anchor tag: `</A>`

Below is an sample hypertext reference:

```
<a href="MaineStats.html">Maine</a>
```

This entry makes "Maine" the hyperlink to the document `MaineStats.html`.

### Uniform Resource Locator

A Uniform Resource Locator (URL) refers to the format used by WWW documents to