IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Case No. 6:07-CV-00511-LED |
| ) | |
| CDW CORPORATION,      ) | |
| NEWEGG INC.,      ) | |
| REDCATS USA, INC.      ) | |
| SYSTEMAX INC.,      ) | |
| ZAPPOS.COM, INC.,      ) | |
| REDCATS USA, L.P.,      ) | |
| THE SPORTSMAN'S GUIDE, INC.,      ) | |
| AND      ) | |
| TIGERDIRECT, INC.,      ) | |
| ) | |
| Defendants.      ) | |

**JOINT NOTICE REGARDING ESTIMATED
TIME FOR *MARKMAN* HEARING**

The parties estimate that 2 hours will be required for the *Markman* hearing in this case.

Dated: May 15, 2009                             Respectfully submitted,


                                                /s/ Ognian V. Shentov (with permission)
                                                Kenneth R. Adamo
                                                State Bar No. 00846960
                                                Lead Attorney
                                                Email:  kradamo@jonesday.com

                                                JONES DAY
                                                2727 North Harwood Street
                                                Dallas, Texas 75201-1515
                                                Telephone:  214-220-3939
                                                Facsimile:  214-969-5100

                                                ATTORNEYS FOR PLAINTIFF
                                                SOVERAIN SOFTWARE LLC

NYI-4182794

Respectfully submitted,
**GREENBERG TRAURIG, LLP**


/s/ Mary-Olga Lovett
Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com

1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC. AND TIGERDIRECT, INC.



Respectfully submitted,


/s/ Kent E. Baldauf, Jr.
Kent E. Baldauf, Jr.
Lead Attorney
Email: kbaldaufjr@webblaw.com

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T:  (412) 471-8815
F:  (412) 471-4094

ATTORNEYS FOR DEFENDANT
NEWEGG INC.

## **CERTIFICATE OF SERVICE**

      This is to certify that on May 15, 2009 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                                    /s/ Ognian V. Shentov
                                                    Ognian V. Shentov

NYI-4182794