IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC**, | ) |
| | ) |
|     **Plaintiff**, | ) |
| | ) |
|     v. | )    C.A. No. 6:07-cv-511-LED |
| | ) |
| **CDW CORPORATION, ET AL.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

JOINT NOTICE OF COMPLIANCE WITH P.R. 4-5(d)

Pursuant to this Court's Docket Control Order, the Parties respectfully notify the Court that the Parties have complied with Patent Rule 4-5(d) by serving their Patent Rule 4-5(d) Joint Claim Chart on the Court via electronic mail on May 21, 2009.

                                             Respectfully submitted,

                                             /s/ Michael C. Smith
                                             Michael C. Smith
                                             State Bar No. 18650410
                                             Siebman, Reynolds, Burg, Phillips & Smith, LLP
                                             713 South Washington Avenue
                                             Marshall, Texas 75670
                                             Office: (903) 938-8900
                                             (Fax):   (972) 767-4620
                                             michaelsmith@siebman.com

                                             COUNSEL FOR SOVERAIN SOFTWARE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 21st day of May, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith