IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, NEWEGG INC.,<br>REDCATS USA, INC., SYSTEMAX INC.,<br>ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC.,<br>and REDCATS USA LP<br><br>Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

## STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC AND DEFENDANTS SYSTEMAX INC. AND TIGERDIRECT, INC. AND ORDER OF DISMISSAL.

Plaintiff Soverain Software LLC and Defendants Systemax Inc. and TigerDirect, Inc. (collectively, "Systemax") have entered into a Patent License Agreement dated May 22, 2009 and hereby stipulate, subject to approval of the Court, that:

1. Plaintiff's complaint against Systemax is dismissed with prejudice.

2. Systemax's counterclaims against Plaintiff are dismissed with prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED TO:

*Kenneth R. Adamo (by TLG w/permission)*    *Mary-Olga Lovett*

Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

**ATTORNEYS FOR PLAINTIFF
SOVERAIN SOFTWARE LLC**

Mary-Olga Lovett
Attorney in Charge
Texas Bar No. 00789289
lovettm@gtlaw.com
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

Michael A. Nicodema (*pro hac vice*)
Barry J. Schindler (*pro hac vice*)
Gaston Kroub (*pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**POTTER MINTON, P.C.**

Douglas R. McSwane
110 North College
Tyler, Texas 75702
Telephone: (903) 597-8311
Telecopy: (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX INC. AND TIGER
DIRECT, INC.**

SO ORDERED.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd day of May 2009. Any other counsel of record will be served by first class mail.

*/s/ Thomas McGlamry*

NYI-4185372v1