# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>    Plaintiff,<br><br> vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>    Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

## ORDER OF DISMISSAL WITH PREJUDICE

Whereas Plaintiff Soverain Software LLC and Defendants Systemax Inc. and TigerDirect, Inc. (collectively, "Systemax") have entered into a Patent License Agreement dated May 22, 2009, and a Stipulation of Dismissal, thereby settling their respective claims for relief asserted in this cause. The Court, having considered this Stipulation, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint against Systemax is dismissed with prejudice.

2. Systemax's counterclaims against Plaintiff are dismissed with prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.