UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  6:07-CV-511 |
| | § | |
| CDW CORPORATION, NEWEGG INC., | § | Hon. Leonard E. Davis |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP, | § | |
| | § | |
| Defendants. | | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF DISPUTE
AS TO CERTAIN CLAIM TERMS**

Defendant Newegg, Inc. hereby notifies the Court and Plaintiff that it is withdrawing its dispute as to the proper construction of the following claim terms, and thereby consent to Soverain's proposed constructions of those terms:

1)   "hypertext link" – '492 Patent

2)   "controlled document" – '639 Patent

3)   "subsequent distinct requests" – '639 Patent

4)   "creating, responsive to the initial service request, the session identifier" – '639 Patent

5)   "initial service request" – '639 Patent


Dated: May 26, 2009                                By: s/ Kent E. Baldauf, Jr.
                                                                  David C. Hanson
                                                                  Kent E. Baldauf, Jr.
                                                                  John W. McIlvaine

2

        THE WEBB LAW FIRM
        700 Koppers Building
        436 Seventh Avenue
        Pittsburgh, PA 15219
        T:  (412) 471-8815
        F:  (412) 471-4094

        Trey Yarbrough
        Texas Bar No. 22133500
        YARBROUGH ♦ WILCOX, PLLC
        100 E. Ferguson St., Ste. 1015
        Tyler, Texas 75702
        Tel: (903) 595-3111
        Fax: (903) 595-0191
        trey@yw-lawfirm.com

**CERTIFICATE OF SERVICE**

    This is to certify that on May 26, 2009 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                                              s/ Kent E. Baldauf, Jr.
                                                              Attorney for Defendant Newegg Inc.