# APPENDIX A

| U.S. Patent Nos. 5,715,314 and 5,909,492 | |
|---|---|
| Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 1. **Message** | **[AGREED]**<br>a unit of information sent electronically |
| 2. **Shopping cart computer** | **[AGREED]**<br>a computer processing data associated with one or more shopping carts |
| 3. **Shopping cart database** | **[AGREED]**<br>a database of stored representations of collections of products<br><br>where "database" means a collection of logically related data stored together in one or more computerized files |
| 4. **Shopping cart message** | **[AGREED]**<br>a message concerning a shopping cart |
| 5. **Shopping cart** | **[AGREED]**<br>a stored representation of a collection of products |
| 6. **Plurality of products added to . . . shopping cart / [Add a] plurality of respective products to a shopping cart / [add] . . .  plurality of products to . . . shopping cart** | **[AGREED]**<br>product identifiers which are added to an instance of a shopping cart in the shopping cart database / [add] identifiers of respective products to an instance of a shopping cart / [add] identifiers of products to an instance of a shopping cart |

| U.S. Patent Nos. 5,715,314 and 5,909,492 | | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 7. | **Payment message** | **[AGREED]**<br>a message relating to a payment for one or more products |
| 8. | **To cause said[/the/a] payment message to be activated to initiate a payment transaction** | **[AGREED]**<br>to cause an action associated with said[/the/a] payment message to initiate a payment transaction |
| 9. | **[A] Shopping Cart URL** | **[AGREED]**<br>a URL concerning a shopping cart |
| 10. | **Hypertext link** | **[AGREED]**<br>a non-sequential web association which the user can use to navigate through related topics |
| 11. | **A statement URL** | **[AGREED]**<br>a URL concerning a statement |

3

| U.S. Patent No. 7,272,639 | | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 12. | **Service request** | **[AGREED]** a solicitation of services from a client to a server.  A service request may entail the exchange of any number of messages between the client and the server. |
| 13. | **Session identifier** | **[AGREED]** a text string that identifies a session |
| 14. | **Session** | **[AGREED]** a series of requests and responses to perform a complete task or set of tasks between a client and a server system |
| 15. | **the stored session identifier** | **[AGREED]** Plain meaning applies; this term does not require construction |
| 16. | **subsequent distinct requests** | **[AGREED]** Plain meaning applies; this term does not require construction |
| 17. | **Validating, at the server system, the appended session identifier / validating the session identifier appended to the service request** | **[AGREED]** at the server system, determining the validity of the appended session identifier |
| 18. | **user identifier** | **[AGREED]** a text string that identifies a user |
| 19. | **A purchase request / a request to purchase** | **[AGREED]** One or more messages requesting a purchase |

4

| U.S. Patent No. 7,272,639 | | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 20. | **Charging the user . . . according to the user information** | **[AGREED]**<br>charging an account associated with the user according to the user information |
| 21. | **Durable Product** | **[AGREED]**<br>physical product |
| 22. | **Forwarding . . . from the client to the server system** | **[AGREED]**<br>sending . . . from the client to the server system |
| 23. | **Returning** | **[AGREED]**<br>sending back |
| 24. | **Fulfilling the purchase request based on the user information** | **[AGREED]**<br>carrying out the purchase request based on the user information |
| 25. | **Creating, responsive to the initial service request, the session identifier** | **[AGREED]**<br>producing, in response to the initial service request, the session identifier |
| 26. | **Hyperlink** | **[AGREED]**<br>a non-sequential web association which the user can use to navigate through related topics |
| 27. | **An identifier of a purchaser** | **[AGREED]**<br>a text string that identifies a purchaser |

| U.S. Patent No. 7,272,639 | | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 28. | **Initial service request** | **[AGREED]**<br> the first service request in a session |
| 29. | **Controlled document** | **[AGREED]**<br> a document that can be accessed when one or more conditions are met |

## APPENDIX B

### U.S. Patent No. 5,715,314

34. A network-based sales system, comprising:

at least one buyer computer for operation by a user desiring to buy products;

at least one **shopping cart computer**; and

a **shopping cart database** connected to said **shopping cart computer**;

said buyer computer and said **shopping cart computer** being interconnected by a computer network;

said buyer computer being programmed to receive a plurality of requests from a user to **add a plurality of respective products to a shopping cart** in said **shopping cart database**, and, in response to said requests to add said products, to send a plurality of respective **shopping cart message**s to  said **shopping cart computer** each of which comprises a product identifier identifying one of said plurality of products;

said **shopping cart computer** being programmed to receive said plurality of **shopping cart message**s, to modify said **shopping cart** in said **shopping cart database** to reflect said plurality of requests to **add said plurality of products to said shopping cart**, and to cause a **payment message** associated with said **shopping cart** to be created; and

said buyer computer being programmed to receive a request from said user to purchase said **plurality of products added to said shopping cart** and **to cause said payment message to be activated to initiate a payment transaction** for said **plurality of products added to said shopping cart**;

said **shopping cart** being a stored representation of a collection of products, said **shopping cart database** being a database of stored representations of collections

7

of products, and said **shopping cart computer** being a computer that modifies said stored representations of collections of products in said database.

35. A network-based sales system in accordance with claim 34, wherein said **shopping cart computer** is programmed to cause said **payment message** to be created before said buyer computer causes said **payment message** to be activated.

36. A network-based sales system in accordance with claim 34, wherein said buyer computer is programmed to receive a request from said user to display said **plurality of products added to said shopping cart**.

39. A method of operating a **shopping cart computer** in a computer network comprising at least one buyer computer for operation by a user desiring to buy products, at least one **shopping cart computer**, and a **shopping cart database** connected to said **shopping cart computer**, said method comprising the steps of:

> receiving, at said **shopping cart computer**, a plurality of **shopping cart message**s sent to said **shopping cart computer** by said buyer computer in response to receipt of a plurality of requests from a user to **add a plurality of respective products to a shopping cart** in said **shopping cart database**, each of said **shopping cart message**s comprising a product identifier identifying one of said plurality of products;

> modifying said **shopping cart** in said **shopping cart database** to reflect said plurality of requests to **add said plurality of products to said shopping cart**; and

> causing a **payment message** associated with said **shopping cart** to be created;

> said buyer computer being programmed to receive a request from said user to purchase said **plurality of products added to said shopping cart** and **to cause said payment message to be activated to initiate a payment transaction** for said **plurality of products added to said shopping cart**;

8

said **shopping cart** being a stored representation of a
collection of products, said **shopping cart database**
being a database of stored representations of collections
of products, and said **shopping cart computer** being a
computer that modifies said stored representations of
collections of products in said database.

49. A network-based sales system in accordance with claim 34,
wherein the buyer computer activates the **payment message** by
transmitting a **message** to the **shopping cart computer** that causes
the **payment message** to be activated.

50. A network-based sales system in accordance with claim 34,
wherein the network is a public packet switched network.

51. A network-based sales system in accordance with claim 34,
wherein the network is an Internet.

60. A network-based sales system in accordance with claim 34,
wherein at least one of the requests comprises **a shopping cart
URL**.

61. A network-based sales system in accordance with claim 60,
wherein the **shopping cart URL** comprises a domain identifier.

62. A network-based sales system in accordance with claim 60,
wherein the **shopping cart URL** comprises a merchant identifier.

65. A network-based sales system in accordance with claim 60,
wherein the **shopping cart URL** comprises a product identifier.

74. A network-based sales system in accordance with claim 34,
wherein the buyer computer activates the **payment message** by
transmitting a **message** to the **shopping cart computer** that causes
the **payment message** to be activated;

wherein the **shopping cart computer** transmits a payment
confirmation document to the buyer computer.

84. A network-based sales system in accordance with claim 34,
wherein the **shopping cart computer**, in response to the plurality
of **shopping cart message**s, causes an account name and password
request **message** to be transmitted to the buyer computer.

9

109. The method of claim 39, wherein the buyer computer activates the **payment message** by transmitting a **message** to the **shopping cart computer** that causes the **payment message** to be activated.

110. The method of claim 39, wherein the network is a public packet switched network.

111. The method of claim 39, wherein the network is an Internet.

120. The method of claim 39, wherein at least one of the requests comprises **a shopping cart URL**.

121. The method of claim 120, wherein the **shopping cart URL** comprises a domain identifier.

122. The method of claim 120, wherein the **shopping cart URL** comprises a merchant identifier.

125. The method of claim 120, wherein the **shopping cart URL** comprises a product identifier.

134. The method of claim 39, wherein the buyer computer activates the **payment message** by transmitting a **message** to the **shopping cart computer** that causes the **payment message** to be activated;

> wherein the **shopping cart computer** transmits a payment confirmation document to the buyer computer.

144. The method of claim 39, wherein the **shopping cart computer**, in response to the plurality of **shopping cart message**s, causes an account name and password request **message** to be transmitted to the buyer computer.

10

**U.S. Patent No. 5,909,492**

15. A hypertext statement system, comprising:

    a client computer for operation by a client user; and

    one or more server computers for operation by a server user;

    the client computer and the server computers being interconnected by a public packet switched computer network;

    at least one of the server computers being programmed to record information pertaining to purchase transaction records in a database, and to transmit a statement document comprising the purchase transaction records to the client computer over the network;

    the client computer being programmed to display the statement document to receive a request from the client user to display transaction details corresponding to a portion of the statement document displayed by the client computer, and to cause a transaction detail **hypertext link** corresponding to the portion of the statement document to be activated;

    at least one of the server computers being programmed to respond to activation of the transaction detail **hypertext link** by transmitting the transaction details to the client computer over the network as a transaction detail document.

16. A method of operating a server computer in a hypertext statement system comprising a client computer for operation by a client user, and one or more server computers for operation by a server user, the client computer and the server computers being interconnected by a public packet switched computer network, the method comprising the steps of:

    recording, at one of the server computers, information pertaining to purchase transaction records in a database; and

11

transmitting a statement document comprising the purchase transaction records to the client computer over the network;

the client computer being programmed to display the statement document, to receive a request from the client user to display transaction details corresponding to a portion of the statement document displayed by the client computer, and to cause a transaction detail **hypertext link** corresponding to the portion of the statement document to be activated;

at least one of the server computers being programmed to respond to activation of the transaction detail **hypertext link** by transmitting the transaction details to the client computer over the network as a transaction detail document.

17. A network-based sales system, comprising:

at least one buyer computer for operation by a user desiring to buy products;

at least one **shopping cart computer**; and
a **shopping cart database** connected to the **shopping cart computer**;

the buyer computer and the **shopping cart computer** being interconnected by a public packet switched computer network;

the buyer computer being programmed to receive a plurality of requests from a user to **add a plurality of respective products to a shopping cart** in the **shopping cart database**, and, in response to the requests to add the products, to send a plurality of respective **shopping cart message**s over the network to the **shopping cart computer** each of which comprises a product identifier identifying one of the plurality of products and at least one of which comprises a universal resource locator;

the **shopping cart computer** being programmed to receive the plurality of **shopping cart message**s, to modify the **shopping cart** in the **shopping cart database** to reflect

12

the plurality of requests to **add the plurality of products to the shopping cart**, and to cause a **payment message** associated with the **shopping cart** to be created, the **payment message** comprising a universal resource locator; and

the buyer computer being programmed to receive a request from the user to purchase the **plurality of products added to the shopping cart** and **to cause the payment message to be activated to initiate a payment transaction** for the **plurality of products added to the shopping cart**;

the **shopping cart** being a stored representation of a collection of products, the **shopping cart database** being a database of stored representations of collections of products, and the **shopping cart computer** being a computer that modifies the stored representations of collections of products in the database.

18. A method of operating a **shopping cart computer** in a public packet switched computer network comprising at least one buyer computer for operation by a user desiring to buy products, at least one **shopping cart computer**, and a **shopping cart database** connected to the **shopping cart computer**, the method comprising the steps of:

receiving, at the **shopping cart computer**, a plurality of **shopping cart messages** sent over the network to the **shopping cart computer** by the buyer computer in response to receipt of a plurality of requests from a user to **add a plurality of respective products to a shopping cart** in the **shopping cart database**, each of the **shopping cart messages** comprising a product identifier identifying one of the plurality of products and at least one of which comprises a universal resource locator;

modifying the **shopping cart** in the **shopping cart database** to reflect the plurality of requests to **add the plurality of products to the shopping cart**; and

13

causing a **payment message** associated with the **shopping cart** to be created, the **payment message** comprising a universal resource locator;

the buyer computer being programmed to receive a request from the user to purchase the **plurality of products added to the shopping cart** and **to cause the payment message to be activated to initiate a payment transaction** for the **plurality of products added to the shopping cart**;

the **shopping cart** being a stored representation of a collection of products, the **shopping cart database** being a database of stored representations of collections of products, and the **shopping cart computer** being a computer that modifies the stored representations of collections of products in the database.

35. A network-based sales system, comprising:

at least one buyer computer for operation by a user desiring to buy products;

at least one **shopping cart computer**; and

a **shopping cart database** connected to the **shopping cart computer**;

the buyer computer and the **shopping cart computer** being interconnected by a public packet switched computer network;

the buyer computer being programmed to receive a plurality of requests from a user to **add a plurality of respective products to a shopping cart** in the **shopping cart database**, and, in response to the requests to add the products, to send a plurality of respective **shopping cart message**s over the network to the **shopping cart computer** each of which comprises a product identifier identifying one of the plurality of products;

the **shopping cart computer** being programmed to receive the plurality of **shopping cart message**s, and to modify the **shopping cart** in the **shopping cart database** to reflect

14

the plurality of requests to **add the plurality of products to the shopping cart**; and

the buyer computer being programmed to receive a request from the user to purchase the **plurality of products added to the shopping cart** and **to cause a payment message to be activated to initiate a payment transaction** for the **plurality of products added to the shopping cart**;

the **shopping cart** being a stored representation of a collection of products, the **shopping cart database** being a database of stored representations of collections of products, and the **shopping cart computer** being a computer that modifies the stored representations of collections of products in the database.

36. A method of operating a **shopping cart computer** in a public packet switched computer network comprising at least one buyer computer for operation by a user desiring to buy products, at least one **shopping cart computer**, and a **shopping cart database** connected to the **shopping cart computer**, the method comprising the steps of:

receiving, at the **shopping cart computer**, a plurality of **shopping cart message**s sent over the network to the **shopping cart computer** by the buyer computer in response to receipt of a plurality of requests from a user to **add a plurality of respective products to a shopping cart** in the **shopping cart database**, each of the **shopping cart message**s comprising a product identifier identifying one of the plurality of products; and

modifying the **shopping cart** in the **shopping cart database** to reflect the plurality of requests to **add the plurality of products to the shopping cart**;

the buyer computer being programmed to receive a request from the user to purchase the **plurality of products added to the shopping cart** and **to cause a payment message to be activated to initiate a payment transaction** for the **plurality of products added to the shopping cart**;

15

the **shopping cart** being a stored representation of a collection of products, the **shopping cart database** being a database of stored representations of collections of products, and the **shopping cart computer** being a computer that modifies the stored representations of collections of products in the database.

39. A hypertext statement system in accordance with claim 15, wherein the network is an Internet.

40. A hypertext statement system in accordance with claim 15, wherein the client computer is a buyer computer, and at least one of the server computers is a payment computer.

41. A hypertext statement system in accordance with claim 15, wherein the statement document is sent by at least one of the server computers to the client computer in response to **a statement URL** sent by the client computer to at least one of the server computers.

60. A hypertext statement system in accordance with claim 15, wherein the statement document includes information on transactions by the user that took place in a given month.

61. A hypertext statement system in accordance with claim 60, wherein the information on transactions by the user includes at least one of the following types of information:  a date of transaction, an identification of the product, a payment amount, and a merchant identifier.

62. A hypertext statement system in accordance with claim 60, wherein the statement document also includes one or more links to information regarding previous transactions by the user.

66. A hypertext statement system in accordance with claim 15, wherein the transaction detail document includes transaction information and merchant information.

67. A hypertext statement system in accordance with claim 66, wherein the transaction information included at least one of the following types of information:  a URL where a product is located, a transaction log identifier, a currency type used, a transaction date, an expiration time, an initiator number, a product description,

a transaction amount, a beneficiary number, an IP address, a transaction type indicator, and a domain corresponding to the product.

68. A hypertext statement system in accordance with claim 66, wherein the merchant information includes at least one of the following types of information:  a merchant telephone number, a merchant address, a merchant FAX number, a merchant e-mail address, a merchant principal name, a merchant home URL, and a merchant country.

73. A hypertext statement system in accordance with claim 15, wherein a digital advertising document is provided to the client computer.

74. The method of claim 16, wherein the network is an Internet.

75. The method of claim 16, wherein the client computer is a buyer computer, and at least one of the server computers is a payment computer.

76. The method of claim 16, wherein the statement document is sent by at least one of the server computers to the client computer in response to **a statement URL** sent by the client computer to at least one of the server computers.

95. The method of claim 16, wherein the statement document includes information on transactions by the user that took place in a given month.

96. The method of claim 95, wherein the information on transactions by the user includes at least one of the following types of information: a date of transaction, an identification of the product, a payment amount, and a merchant identifier.

97. The method of claim 95, wherein the statement document also includes one or more links to information regarding previous transactions by the user.

101. The method of claim 16, wherein the transaction detail document includes transaction information and merchant information.

102. The method of claim 101, wherein the transaction information includes at least one of the following types of information: a URL where a product is located, a transaction log identifier, a currency type used, a transaction date, an expiration time, an initiator number, a product description, a transaction amount, a beneficiary number, an IP address, a transaction type indicator, and a domain corresponding to the product.

103. The method of claim 101, wherein the merchant information includes at least one of the following types of information: a merchant telephone number, a merchant address, a merchant FAX number, a merchant e-mail address, a merchant principal name, a merchant home URL, and a merchant country.

108. The method of claim 16, wherein a digital advertising document is provided to the client computer.

## U.S. Patent No. 7,272,639

1. A method of processing **service request**s from a client to a server system through a network, said method comprising the steps of **forwarding a service request from the client to the server system**, wherein communications between the client and server system are according to hypertext transfer protocol;

> returning a **session identifier** from the server system to the client, the client storing the **session identifier** for use in **subsequent distinct requests** to the server system; and

> appending **the stored session identifier** to each of the **subsequent distinct requests** from the client to the server system.

10. A method as claimed in claim 1 wherein the server system assigns the **session identifier** to an **initial service request** to the server system.

47. The method of claim 1, wherein the **session identifier** is designated by the server system, furthers comprising the steps of:

> **validating, at the server system, the appended session identifier**; and

> **returning** a **controlled document** if the appended **session identifier** is valid.

60. The method of claim 1, wherein at least one **service request** comprises **a purchase request**, the **purchase request** including an associated **user identifier**, the method further comprising:

> accessing, upon receipt of the **purchase request** at the server system, user information associated with the **user identifier** sufficient to charge to an account associated with the user, the purchase price of the product identified by the **purchase request**;

> **charging the user for the product identified by the purchase request according to the user information**; and

19

**fulfilling the purchase request based on the user information**.

62. The method of claim 1, further comprising:

under control of a client system, displaying information identifying a product; and

in response to a user selection of a **hyperlink** associated with a product desired to be purchased, sending **a request to purchase** the item along with **an identifier of a purchaser** of the item to a server system; and

under control of the server system, upon receiving the request, retrieving additional information previously stored for the purchaser identified by the identifier in the received request;

charging the user the purchase price of the product; and fulfilling the request for the product.

63. The method of claim 1, wherein the **session identifier** is appended by the client.

65. The method of claim 1, wherein a **service request** comprises **a request to purchase** a product.

66. The method of claim 65, wherein the product is transmitted over the network.

68. The method of claim 65, wherein the product is a **durable product**.

78. A method of processing, in a server system, **service request**s from a client to the server system through a network, said method comprising the steps of:

receiving, from the client, a **service request** to which a **session identifier** stored at the client has been appended by the client, wherein communications between the client and server system are according to hypertext transfer protocol;

**validating the session identifier appended to the service request**; and servicing the **service request** if the appended **session identifier** is valid.

79. The method of claim 78, further comprising, in the server system:

receiving an **initial service request** from the client;

**creating, responsive to the initial service request, the session identifier**; and

**returning** the **session identifier** to the client for storage by the client for use in **subsequent distinct requests** to the server system.

21