IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 6:07-cv-511-LED |
| | ) |
| CDW CORPORATION, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CLAIM CONSTRUCTION ORDER

Came on to be heard this day the parties' submissions regarding the proper construction of the claim terms at issue in this case. The Court having been advised that the parties have agreed on the constructions for the remaining claim terms hereby adopts the parties' agreed constructions as set out in Appendix A to this order.

# APPENDIX A

| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
|---|---|---|
| | U.S. Patent Nos. 5,715,314 and 5,909,492 | |
| 1. | **Message** | **[AGREED]** a unit of information sent electronically |
| 2. | **Shopping cart computer** | **[AGREED]** a computer processing data associated with one or more shopping carts |
| 3. | **Shopping cart database** | **[AGREED]** a database of stored representations of collections of products

where "database" means a collection of logically related data stored together in one or more computerized files |
| 4. | **Shopping cart message** | **[AGREED]** a message concerning a shopping cart |
| 5. | **Shopping cart** | **[AGREED]** a stored representation of a collection of products |
| 6. | **Plurality of products added to . . . shopping cart / [Add a] plurality of respective products to a shopping cart / [add] . . . plurality of products to . . . shopping cart** | **[AGREED]** product identifiers which are added to an instance of a shopping cart in the shopping cart database / [add] identifiers of respective products to an instance of a shopping cart / [add] identifiers of products to an instance of a shopping cart |

2

| U.S. Patent Nos. 5,715,314 and 5,909,492 ||| 
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 7. | **Payment message** | [AGREED]<br>a message relating to a payment for one or more products |
| 8. | **To cause said[/the/a] payment message to be activated to initiate a payment transaction** | [AGREED]<br>to cause an action associated with said[/the/a] payment message to initiate a payment transaction |
| 9. | **[A] Shopping Cart URL** | [AGREED]<br>a URL concerning a shopping cart |
| 10. | **Hypertext link** | [AGREED]<br>a non-sequential web association which the user can use to navigate through related topics |
| 11. | **A statement URL** | [AGREED]<br>a URL concerning a statement |

3

| | U.S. Patent No. 7,272,639 | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 12. | **Service request** | **[AGREED]** a solicitation of services from a client to a server. A service request may entail the exchange of any number of messages between the client and the server. |
| 13. | **Session identifier** | **[AGREED]** a text string that identifies a session |
| 14. | **Session** | **[AGREED]** a series of requests and responses to perform a complete task or set of tasks between a client and a server system |
| 15. | **the stored session identifier** | **[AGREED]** Plain meaning applies; this term does not require construction |
| 16. | **subsequent distinct requests** | **[AGREED]** Plain meaning applies; this term does not require construction |
| 17. | **Validating, at the server system, the appended session identifier / validating the session identifier appended to the service request** | **[AGREED]** at the server system, determining the validity of the appended session identifier |
| 18. | **user identifier** | **[AGREED]** a text string that identifies a user |
| 19. | **A purchase request / a request to purchase** | **[AGREED]** One or more messages requesting a purchase |

| | U.S. Patent No. 7,272,639 | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 20. | **Charging the user . . . according to the user information** | [AGREED] charging an account associated with the user according to the user information |
| 21. | **Durable Product** | [AGREED] physical product |
| 22. | **Forwarding . . . from the client to the server system** | [AGREED] sending . . . from the client to the server system |
| 23. | **Returning** | [AGREED] sending back |
| 24. | **Fulfilling the purchase request based on the user information** | [AGREED] carrying out the purchase request based on the user information |
| 25. | **Creating, responsive to the initial service request, the session identifier** | [AGREED] producing, in response to the initial service request, the session identifier |
| 26. | **Hyperlink** | [AGREED] a non-sequential web association which the user can use to navigate through related topics |
| 27. | **An identifier of a purchaser** | [AGREED] a text string that identifies a purchaser |

5

| | U.S. Patent No. 7,272,639 | |
|---|---|---|
| | Claim Term, Phrase, or Clause and Patent(s) and Claim(s) in which it appears | Court's Construction |
| 28. | **Initial service request** | **[AGREED]** the first service request in a session |
| 29. | **Controlled document** | **[AGREED]** a document that can be accessed when one or more conditions are met |