IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Soverain Software, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:07-cv-511 (LED) |
| **CDW Corporation,** | § | |
| **Newegg Inc.,** | § | Jury Trial Demanded |
| **Systemax, Inc.,** | § | |
| **Tiger Direct Inc., and** | § | |
| **Zappos.com, Inc.** | § | |
| | § | |
| **Defendants** | § | |

**Defendant Newegg Inc.'s Unopposed Motion For Extension of Time**

To The Honorable United States District Judge:

Defendant, Newegg Inc. ("Newegg"), files this unopposed motion for extension of time regarding certain pre-trial deadlines and respectfully shows:

I.

Newegg moves for an extension of time with respect to the following deadlines:

| **Event**: | **Current Deadline**: | **Proposed Deadline**: |
|---|---|---|
| Opening Expert Reports | July 21, 2009 | July 23, 2009 |
| Rebuttal Expert Reports | August 14, 2009 | August 18, 2009 |
| Discovery Deadline | August 31, 2009 | September 4, 2009 |

II.

The requested extensions will not affect the trial date or other pre-trial deadlines and is necessary in order for the parties to properly comply with their pre-trial responsibilities in an orderly fashion.

Wherefore, Defendant, Newegg Inc., respectfully moves for an extension of time regarding the foregoing deadlines.

Dated:  July 21, 2009	Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone:  (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Kent E. Baldauf, Jr.
David C. Hanson
John W. McIlvaine, III
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburg, PA 15219
(412) 471-8815
(412) 471-4094 - Fax

Attorneys for Defendant, Newegg Inc.

Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 21, 2009.   All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough

2