IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:07-cv-511 (LED) |
| CDW Corporation, | § | |
| Newegg Inc., | § | Jury Trial Demanded |
| Systemax, Inc., | § | |
| Tiger Direct Inc., and | § | |
| Zappos.com, Inc. | § | |
| | § | |
| Defendants | § | |

**Order Granting Defendant Newegg Inc.'s
Unopposed Motion For Extension of Time**

After considering Defendant, Newegg Inc.'s Unopposed Motion for Extension of Time, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that the following deadlines are extended as follows:

| Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Opening Expert Reports | July 21, 2009 | July 23, 2009 |
| Rebuttal Expert Reports | August 14, 2009 | August 18, 2009 |
| Discovery Deadline | August 31, 2009 | September 4, 2009 |

**So ORDERED and SIGNED this 22nd day of July, 2009.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE