## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | )   **C.A. No. 6:07-cv-511-LED** |
| | ) |
| **CDW CORPORATION, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
## REGARDING PRE-TRIAL DEADLINES

Before the Court is Plaintiff's unopposed motion to extend time regarding certain pre-trial deadlines.  After consideration of the motion, the Court is of the opinion that it is well taken and should be GRANTED.

It is, therefore, ORDERED that the following deadlines are extended as follows:

| Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Expert Reports - Damages | July 23, 2009 | August 4, 2009 |
| Rebuttal Expert Reports - Damages | August 18, 2009 | August 31, 2009 |
| Discovery Deadline- depositions of damages experts | September 4, 2009 | September 25, 2009 |