IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 6:07-cv-511-LED |
| | ) |
| **CDW CORPORATION, ET AL.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
REGARDING PRE-TRIAL DEADLINES**

Before the Court is Plaintiff's unopposed motion to extend time regarding certain pre-trial deadlines. After consideration of the motion, the Court is of the opinion that it is well taken and should be GRANTED.

It is, therefore, ORDERED that the following deadlines are extended as follows:

| Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Expert Reports - Damages | July 23, 2009 | August 4, 2009 |
| Rebuttal Expert Reports - Damages | August 18, 2009 | August 31, 2009 |
| Discovery Deadline- depositions of damages experts | September 4, 2009 | September 25, 2009 |

**So ORDERED and SIGNED this 24th day of July, 2009.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1