**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:07-CV-00511-LED** |
| | ) | |
| **CDW CORPORATION,** | ) | |
| **NEWEGG INC.,** | ) | |
| **REDCATS USA, INC.** | ) | |
| **SYSTEMAX INC.,** | ) | |
| **ZAPPOS.COM, INC.,** | ) | |
| **REDCATS USA, L.P.,** | ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) | |
| **AND** | ) | |
| **TIGERDIRECT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING SOVERAIN'S UNOPPOSED MOTION FOR
LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**

The Court has considered Soverain's Unopposed Motion for Leave to Amend/Supplement Its Infringement Contentions.  The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the July 23, 2009 Expert Report of Jack D. Grimes, Ph.D. Regarding U.S. Patent Nos. 7,272,639, 5,715,314, and 5,909,492 be deemed as Soverain's amended and supplemented infringement contentions for defendant Newegg.

**So ORDERED and SIGNED this 3rd day of August, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**