# EXHIBIT C




F:\ODMA\MHODMA\iManage;223348;1

PATENT APPLICATION
DOCKET NO. 1984.1001-001

MAY 17 2001

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED
MAY 2 2 2001
Technology Center 2100

| | |
|---|---|
| Applicants: | Thomas Mark Levergood, Lawrence C. Stewart, Stephen Jeffrey Morris, Andrew C. Payne and George Winfield Treese |
| Application No.: | 09/005,479     Group:    2155 |
| Filed: | January 12, 1998    Examiner:   P. Winder |
| For: | INTERNET SERVER ACCESS CONTROL AND MONITORING SYSTEMS |

---

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231

on   5-15-01       [signature]
    Date                Signature

Deborah Celeste
Typed or printed name of person signing certificate

---

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Transmitted herewith is an Amendment for filing in the above-identified application.

[ ]    Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established by a Small Entity Statement previously submitted.

[ ]    A Small Entity Statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is enclosed.

The fee has been calculated as shown below:

| | (COL. 1) CLAIMS REMAINING AFTER AMENDMENT | | (COL. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (COL. 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 92 | MINUS | * 91 | 1 | X $9 | $ · | | X $18 | $ 18 |
| INDEP | 3 | MINUS | ** 13 | 0 | X $40 | $ | | X $80 | $ 0 |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | + $135 | $ | | + $270 | $ |

\*   not fewer than 20
\*\*   not fewer than 3

TOTAL = $   0         TOTAL = $   18

-2-

Please charge Deposit Account No. 08-0380 for the following fees:

[  ]   Petition for [          ] month Extension of Time          $ _____

[  ]   Amendment Fee                                              $ _____

[  ]   Other Fees:

       _____                    $ _____

       _____                    $ _____

                                              TOTAL:              $      0


A check is enclosed in payment of the following fees:

[X]    Petition for one-month Extension of Time                   $     110

[X]    Amendment Fee                                              $      18

[X]    Other Fees:

       Second Supplemental IDS                                    $     180

       _____                    $ _____

                                              TOTAL:              $     308


[X]    A general authorization is hereby granted to charge Deposit Account No. 08-0380
       for any fees required under 37 C.F.R. 1.16 and 1.17 in order to maintain pendency of
       this application. A copy of this authorization is enclosed for accounting purposes.

                         Respectfully submitted,

                         HAMILTON, BROOK, SMITH & REYNOLDS, P.C.


                         By _Gerald M. Bluhm_____
                         Gerald M. Bluhm
                         Registration No.: 44,035
                         Telephone: (781) 861-6240
                         Facsimile: (781) 861-9540

Lexington, Massachusetts 02421-4799
Dated: 5/15/01

. 09/005,479

-2-

Please amend the application as follows:

<u>In the Specification</u>

Replace the paragraph at page 17, lines 1 through 25 with the below paragraph:

Additionally, the server may, at any given time, track access history within a client-server session. Such a history profile informs the service provider about link traversal frequencies and link paths followed by users. This profile is produced by filtering transaction logs from one or more servers to select only transactions involving a particular user ID (UID). Two subsequent entries, A and B, corresponding to requests from a given user in these logs represent a link traversal from document A to document B made by the user in question. This information may be used to identify the most popular links to a specific page and to suggest where to insert new links to provide more direct access. In another embodiment, the access history is evaluated to determine traversed links leading to a purchase of a product made within commercial pages. This information may be used, for example, to charge for advertising based on the number of link traversals from an advertising page to a product page or based on the count of purchases resulting from a path including the advertisement. In this embodiment, the server can gauge the effectiveness of advertising by measuring the number of sales that resulted from a particular page, link, or path of links. The system can be configured to charge the merchant for an advertising page based on the number of sales that resulted from that page.

Amendments to the specification are indicated in the attached "Marked Up Version of Amendments" (page i).

<u>In the Claims</u>

Cancel Claims 99 and 107.

Please amend Claims 3, 16, 31, 35, 50, 79 and 81. Amendments to the claims are indicated in the "Marked Up Version of Amendments" (pages i-iii).

·09/005,479

-3-

3.      (Twice Amended) A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

forwarding a service request from the client to the server system, wherein communications between the client and server system are according to hypertext transfer protocol;

returning a session identifier from the server system to the client, the client storing the session identifier for use in subsequent communications; and

appending the session identifier to subsequent service requests from the client to the server system within a session of requests.


16.     (Twice Amended) A method as claimed in Claim 15 wherein:

a client directs a service request to a first server which is to provide the requested service;

the first server checks the service request for a session identifier and only services a service request having a valid session identifier, and where the service request has no valid identifier:

the first server returns a response to the client, the response redirecting the service request from the client to the authentication server;

the authentication server subjects the client to an authorization routine and issues the session identifier to be appended to the service request to the first server;

the client forwards the service request appended with the session identifier to the first server; and

the first server recognizes the session identifier and services the service request to the client; and

the client appends the session identifier to subsequent service requests to the server system and is serviced without further authorization.

. 09/005,479

-4-

31.   (Three Times Amended)  The method of Claim 3, wherein at least one service request comprises a request for a document which has been purchased by a user, and wherein the session identifier comprises an authorization identifier, the method further comprising:

returning the requested document if the authorization identifier indicates that the user is authorized to access the document.

35.   (Twice Amended)  An information system on a network, comprising:
means for receiving service requests from clients and for determining whether a service request includes a session identifier, wherein communications to and from the clients are according to hypertext transfer protocol;
means for providing the session identifier in response to an initial service request in a session of requests;
means for servicing subsequent service requests within the session of requests from a client, the subsequent service requests including the session identifier; and
means for storing, at the client, the session identifier for use in each communication associated with the document request.

50.   (Amended)  The method of Claim 3 further comprising:
returning a response to the client, the response redirecting an initial service request to an authentication server, the authentication server providing the session identifier.

79.   (Amended)  A method of processing service requests from a client to a server system through a network, said method comprising the steps of:
forwarding a service request from the client to the server system, wherein communications between the client and server system are according to hypertext transfer protocol;

.09/005,479

-5-

returning a session identifier from the server system to the client, the client storing the session identifier for use in subsequent communications; and

appending as part of a path name in a uniform resource locator the session identifier to subsequent service requests from the client to the server system within a session of requests.

81.     (Amended)  The method of Claim 79 further comprising:

returning a response to the client, the response containing a locator for an authentication server, the response redirecting the first service request to the authentication server, the authentication server providing the session identifier.

Please add new Claims 108-111.

108.    (New)  The method of Claim 3, wherein a service request comprises a request to purchase a product.

109.    (New)  The method of Claim 108, wherein the product is transmitted over the network.

110.    (New)  The method of Claim 109, wherein the product is a newspaper/newsletter article.

111.    (New)  The method of Claim 108, wherein the product is a durable product.

## REMARKS

Before this Amendment, Claims 3, 5-26, 31-43, 49-63, 67-93 and 96-107 were pending in the Application.  Claims 3, 35, and 79 were independent.  All claims have been rejected, except for Claims 99 and 107, both of which use the term "cookie."  However, as discussed with Examiner Winder in a telephone interview on April 17, 2001, the "cookie" limitations of Claims 99 and 107 were not explicitly stated in the earliest application to which priority is claimed.

·09/005,479

-6-

While still covering the cookie embodiment, the substance of allowed Claims 99 and 107 is herein amended and incorporated into all independent claims, i.e., Claims 3, 35 and 79, with such wording as to assure a priority claim to June 7, 1995 for all claims, that is, "the client storing the session identifier for use in subsequent communications." Support for these amendments can be found at page 8, lines 12-18 of the Specification as filed. Accordingly, Claims 99 and 107 have been canceled. Applicants believe that Claims 3, 35 and 79, as well as all remaining depending claims, i.e., Claims 5-26, 31-34, 36-43, 80-93, 96-98 and 100-106, should now be allowable.

These amendments have been made to expedite allowance of the claims. Applicants reserve the right to re-file the claims in a Continuation in their form previous to this Amendment.

Claim 31 has been amended to recite that "the session identifier comprises an authorization identifier." Support for this amendment can be found at page 6, lines 2-3 of the Specification as filed.

Claims 50 and 81 have been broadened such that a specific REDIRECT command is no longer required. Instead, each claim now recites "returning a response to the client, the response redirecting an initial request...." See for example, Fig. 2A, reference numbers 122. and Fig. 3, step 4, of the Application as filed.

Claim 16 has been amended, by including substantially the same language as above, to clarify that it is the response from the first server that redirects the service request.

New Claim 108 has been added to specify that a service request may be a request to purchase a product. This is supported, for example, at column 4, lines 35-45 in U.S. Patent No. 5,715,314 (Application S/N 09/328,133) ("Payne"), which is incorporated into the present · Specification by reference. See Specification as filed, page 3, lines 19-23.

New Claims 109 and 110 recite that the product may be a "soft" good such as can be transmitted over the network, such as a newspaper or newsletter article. New Claim 111 recites that the product may be a durable or "hard" good. Support for these claims is found in Payne at column 4, lines 50-60.

The Specification has been amended to correct a minor typographical error.

·09/005,479

-7-

Information Disclosure Statement

An Information Disclosure Statement (IDS) is being filed concurrently herewith. Entry of the IDS is respectfully requested.

## CONCLUSION

In view of the above amendments and remarks, it is believed that all remaining claims, i.e., Claims 3, 5-26, 31-43, 49-63, 67-93, 96-98, 100-106 and 108-111 are in condition for allowance, and it is respectfully requested that the application be passed to issue. If the Examiner feels that a telephone conference would expedite prosecution of this case, the Examiner is invited to call the undersigned at (781) 861-6240.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

By _____

Gerald M. Bluhm
Registration No. 44,035
Telephone (781) 861-6240
Facsimile  (781) 861-9540

Lexington, Massachusetts 02421-4799
Dated:  5/15/09

· 09/005,479



-i-

## MARKED UP VERSION OF AMENDMENTS

Specification Amendments Under 37 C.F.R. § 1.121(b)(1)(iii)

Replace the paragraph at page 17, lines 1 through 25 with the below paragraph marked up by way of bracketing and underlining to show the changes relative to the previous version of the paragraph:

Additionally, the server may, at any given time, track access history within a client-server session. Such a history profile informs the service provider about link <u>traversal</u> [transversal] frequencies and link paths followed by users. This profile is produced by filtering transaction logs from one or more servers to select only transactions involving a particular user ID (UID). Two subsequent entries, A and B, corresponding to requests from a given user in these logs represent a link traversal from document A to document B made by the user in question. This information may be used to identify the most popular links to a specific page and to suggest where to insert new links to provide more direct access. In another embodiment, the access history is evaluated to determine traversed links leading to a purchase of a product made within commercial pages. This information may be used, for example, to charge for advertising based on the number of link traversals from an advertising page to a product page or based on the count of purchases resulting from a path including the advertisement. In this embodiment, the server can gauge the effectiveness of advertising by measuring the number of sales that resulted from a particular page, link, or path of links. The system can be configured to charge the merchant for an advertising page based on the number of sales that resulted from that page.

Claim Amendments Under 37 C.F.R. § 1.121(c)(1)(ii)

Cancel claims 99 and 107.

3.      (Twice Amended) A method of processing service requests from a client to a server system through a network, said method comprising the steps of:
        forwarding a service request from the client to the server system, wherein communications between the client and server system are according to hypertext transfer protocol;
        returning a session identifier from the server system to the client, <u>the client storing the session identifier for use in subsequent communications</u>; and
        appending the session identifier to subsequent service requests from the client to the server system within a session of requests.

16.     (Twice Amended) A method as claimed in Claim 15 wherein:
        a client directs a service request to a first server which is to provide the requested service;

· 09/005,479

-ii-

the first server checks the service request for a session identifier and only services a service request having a valid session identifier, and where the service request has no valid identifier:

the first server <u>returns a response to the client, the response redirecting</u> [redirects] the service request from the client to the authentication server;

the authentication server subjects the client to an authorization routine and issues the session identifier to be appended to the service request to the first server;

the client forwards the service request appended with the session identifier to the first server; and

the first server recognizes the session identifier and services the service request to the client; and

the client appends the session identifier to subsequent service requests to the server system and is serviced without further authorization.

31.     (Three Times Amended)  The method of Claim 3, wherein at least one service request comprises a [document] request for a document which has been purchased by a user, <u>and wherein the session identifier comprises an authorization identifier, the method</u> further comprising [the steps of] :

[appending an authorization identifier to the request; and]

returning the requested document if the authorization identifier indicates that the user is authorized to access the document.

35.     (Twice Amended)  An information system on a network, comprising:

means for receiving service requests from clients and for determining whether a service request includes a session identifier, wherein communications to and from the clients are according to hypertext transfer protocol;

means for providing the session identifier in response to an initial service request in a session of requests; [and]

means for servicing <u>subsequent</u> service <u>requests within the session of</u> requests from a client, the subsequent service requests including [which include] the session identifier [, the subsequent service request being processed in the session]; and

<u>means for storing, at the client, the session identifier for use in each communication associated with the document request.</u>

50.     (Amended)  The method of Claim 3 further comprising:

returning a <u>response</u> [REDIRECT] to the client, <u>the response redirecting an initial service request to</u> [the REDIRECT containing a locator for] an authentication server, the authentication server providing the session identifier.

79.     (Amended)  A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

forwarding a service request from the client to the server system, wherein communications between the client and server system are according to hypertext transfer protocol;

· 09/005,479

-iii-

      returning a session identifier from the server system to the client<u>, the client storing the session identifier for use in subsequent communications</u>; and

      appending as part of a path name in a uniform resource locator the session identifier to subsequent service requests from the client to the server system within a session of requests.

81.    (Amended)  The method of Claim 79 further comprising:

      returning a <u>response</u> [REDIRECT] to the client, the [REDIRECT] <u>response</u> containing a locator for an authentication server, <u>the response redirecting the first service request to the authentication server,</u> the authentication server providing the session identifier.

108.   (New)  The method of Claim 3, wherein a service request comprises a request to purchase a product.

109.   (New)  The method of Claim 108, wherein the product is transmitted over the network.

110.   (New)  The method of Claim 109, wherein the product is a newspaper/newsletter article.

111.   (New)  The method of Claim 108, wherein the product is a durable product.