# EXHIBIT G

```
/home/payne/archives/aegean-omkt/Mail/inbox1/20571         Fri May 19 16:17:39 1995         1
Received: from life.ai.mit.edu (life.ai.mit.edu [128.52.32.80]) by relay.openmarket.com (8.6.10/8.6.6) with SMTP id OAA25621; F
ri, 19 May 1995 16:55:42 -0400
Received: from grits (grits.ai.mit.edu) by life.ai.mit.edu (4.1/AI-4.10) for stewart@openmarket.com id AA18954; Fri, 19 May 95
16:55:39 EDT
From: billd@ai.mit.edu (Bill Dally)
Received: by grits (4.1/AI-4.10) id AA11213; Fri, 19 May 95 16:55:36 EDT
Date: Fri, 19 May 95 16:55:36 EDT
Message-Id: <9505192055.AA11213@grits>
To: stewart@openmarket.com
Cc: tml@openmarket.com, gifford@openmarket.com, stewart@openmarket.com,
    payne@openmarket.com, levergood@openmarket.com, billd@ai.mit.edu
In-Reply-To: "Lawrence C. Stewart"'s message of Fri, 19 May 1995 11:53:58 -0400 <199505191553.LAA20685@arctic.openmarket.com>
Subject: Session ID Patent
```

Larry,

To follow up on your message.

>>    The authentication dialog itself is not central to the SID idea.

Yes, but we need to disclose enough detail here to meet the
requirements that the patent be "enabling" and disclose the "best
mode" of practicing the invention.

>> 1) The netscape navigator browser has a cookie storage mechanism, in which
>> one server can tell the browser "Store this cookie, and present it whenever
>> you send a request to any server on this list".

Yes, I'm aware of this. We mention this facility in the specification
of the patent and have claims that straddle both sides of it to hedge
our bets on what and when Netscape may have done with respect to IP.

>> 2)  Do we describe the benefits of SIDs that go beyond access control?
>> They include the ability for the content servers to be personalized, because
>> the SID encodes the user ID on every hit.  The content server can alter
>> its behavior according to who is the user.

We do describe the uses of SIDs in processing a transaction log -
tracking paths of link traversals, temporal filtering, and crediting
advertisements with resulting purchases.  We do not yet mention
personalized content.  I'll add that.  Can you give an example.

Also, right now we are citing no prior art other than the earlier OMI
patent application.  Are you or any of the other inventors aware of
any papers on related topics that we should cite to the patent
examiner?

----Bill

Confidential