**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Soverain Software, LLC** § | | |
| **Plaintiff** § | | |
| § | | |
| vs. § | | |
| § | Civil Action No. 6:07cv511-LED | |
| **CDW Corporation,** § | | |
| **Newegg Inc.,** § | Jury Trial Demanded | |
| **Redcats USA, Inc.,** § | | |
| **Systemax, Inc., and** § | | |
| **Zappos.com, Inc.** § | | |
| **Defendants** § | | |

## ORDER GRANTING DEFENDANT NEWEGG'S MOTION FOR SUMMARY JUDGMENT

Defendant, Newegg Inc.'s, Motion for Summary Judgment has been presented for determination by the Court. The Court, having considered the motion, plaintiff's response, additional pleadings and argument, the summary judgment evidence, and the applicable law, finds that the motion is well-taken and should be granted.

It is, therefore, Ordered that Defendants' Motion for Summary Judgment be and the same is hereby Granted.

It is further Ordered that the claims of U.S. Patent No. 7,272,639 asserted in this action are invalid and this action is hereby dismissed with prejudice, with taxable costs assessed against Plaintiff, Soverain Software, LLC.