# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>             Plaintiff,<br><br>    vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>             Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

**PLAINTIFF SOVERAIN SOFTWARE LLC'S UNOPPOSED MOTION REQUESTING AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO NEWEGG INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND/OR DENIAL OF PRIORITY CLAIM OF THE '639 PATENT**

    Plaintiff Soverain Software LLC ("Soverain") respectfully moves for leave to file its Opposition to Newegg Inc.'s Motion for Summary Judgment of Invalidity and/or Denial of Priority Claim of the '639 Patent by September 11, 2009, an extension of 10 days. The extension is requested to accommodate scheduling of on-going expert discovery. The requested extension of time will not affect the trial date or other pre-trial deadlines.

    Defendant Newegg Inc. does not oppose this motion.

NYI-4210432v1

Wherefore, Soverain respectfully moves for an extension of time regarding the foregoing deadline.

Respectfully submitted this 24th day of August, 2009.

*/s/ Thomas Giannetti (w/permission)*

Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com

Mark C. Howland
State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

**ATTORNEYS FOR PLAINTIFF
SOVERAIN SOFTWARE LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of August, 2009.

*[signature]*

NYI-4210432v1