IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Soverain Software, LLC** | § | |
|    **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:07-cv-511 (LED) |
| **CDW Corporation,** | § | |
| **Newegg Inc.,** | § | Jury Trial Demanded |
| **Systemax, Inc.,** | § | |
| **Tiger Direct Inc., and** | § | |
| **Zappos.com, Inc.** | § | |
|    **Defendants** | § | |

## Order

Before the Court is Defendant, Newegg Inc.'s, unopposed motion to amend the First Amended Docket Control Order (Doc. No. 124) for the limited purpose of extending the deadline by which the parties must complete their discovery. After consideration of same, the Court is of the opinion that said motion should be granted.

It is, therefore, Ordered that the discovery deadline in this action is hereby extended through September 10, 2009.