# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>    Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP<br><br>    Defendants. | CIVIL ACTION NO. 6:07 CV 511<br><br>Hon. Leonard E. Davis |

## ORDER GRANTING SOVERAIN SOFTWARE LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Before the Court is Plaintiff's unopposed motion to extend time regarding the filing of its Opposition to Newegg Inc.'s Motion for Summary Judgment of Invalidity and/or Denial of Priority Claim of the '639 Patent. After consideration of the motion, the Court is of the opinion that it is well taken and should be GRANTED.

It is therefore ordered that Soverain Software LLC file its Opposition to Newegg Inc.'s Motion for Summary Judgment of Invalidity and/or Denial of Priority Claim of the '639 Patent by September 11, 2009.

**So ORDERED and SIGNED this 25th day of August, 2009.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**