# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  6:07-CV-511 |
| | § | |
| CDW CORPORATION, NEWEGG INC., | § | Hon. Leonard E. Davis |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP, | § | |
| | | |
| Defendants. | | |

## ORDER GRANTING NEWEGG'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS

The Court has considered Newegg Inc's Unopposed Motion for Leave to Supplement Its Invalidity Contentions.  The Court finds that the Motion should be Granted.

IT IS THEREFORE ORDERED that Newegg Inc. be and is hereby granted leave to supplement its invalidity contentions and serve the said Second Supplemental Invalidity Contentions on the Plaintiff.