**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, § § Plaintiff, § § v. § § CDW CORPORATION, NEWEGG INC., § REDCATS USA, INC., SYSTEMAX, INC., § ZAPPOS.COM, INC., TIGER DIRECT, § INC., THE SPORTSMAN'S GUIDE, INC., § and REDCATS USA LP, § § Defendants. | Civil Action No. 6:07-CV-511 Hon. Leonard E. Davis |

**ORDER GRANTING NEWEGG'S UNOPPOSED MOTION FOR
LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**

The Court has considered Newegg Inc's Unopposed Motion for Leave to Supplement Its Invalidity Contentions. The Court finds that the Motion should be Granted.

IT IS THEREFORE ORDERED that Newegg Inc. be and is hereby granted leave to supplement its invalidity contentions and serve the said Second Supplemental Invalidity Contentions on the Plaintiff.

**So ORDERED and SIGNED this 27th day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**