# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) Civil Action No. 6:07-CV-00511-LED |
| | ) |
| Defendants. | ) |

## NEWEGG'S UNOPPOSED MOTION TO ENTER SUBSTITUTE STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant Newegg, Inc. (Newegg) hereby moves the Court to enter the attached substitute Statement of Undisputed Material Facts to replace the previously filed Statement of Undisputed Material Facts (Dkt. No. 221-2), which was filed on August 17, 2009 in support of Newegg's Motion for Summary Judgment concerning the validity and effective filing date of the '639 Patent.

Certain inadvertent errors contained in the originally filed Statement of Undisputed Material Facts (Dkt. No. 221-2) have recently come to the attention of Newegg.  The attached substitute Statement of Undisputed Material Facts merely corrects these errors.  Counsel for Soverain has agreed not to oppose Newegg's present Motion.

WHEREFORE, Newegg respectfully moves that the Court enter the attached substitute Statement of Undisputed Material Facts.

Dated: August 28, 2009							Respectfully submitted,


							/s/ *Trey Yarbrough*
							Trey Yarbrough
							Bar No. 22133500
							YARBROUGH ♦ WILCOX, PLLC
							100 E. Ferguson St., Ste. 1015
							Tyler, TX 75702
							Phone: (903) 595-3111
							Fax: (903) 595-0191
							trey@yw-lawfirm.com

							Kent E. Baldauf, Jr.
							David C. Hanson
							John W. McIlvaine, III
							THE WEBB LAW FIRM
							700 Koppers Building
							436 Seventh Avenue
							Pittsburg, PA 15219
							(412) 471-8815
							(412) 471-4094 - Fax

							Attorneys for Defendant, Newegg Inc.


**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2009. All other counsel of record will be served via facsimile or first class mail.


							/s/ *Trey Yarbrough*
							Trey Yarbrough