# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Soverain Software, LLC** § | |
| § | |
| **Plaintiff** § | |
| § | |
| vs. § | |
| § | Civil Action No. 6:07-cv-511 (LED) |
| **CDW Corporation,** § | |
| **Newegg Inc.,** § | Jury Trial Demanded |
| **Systemax, Inc.,** § | |
| **Tiger Direct Inc., and** § | |
| **Zappos.com, Inc.** § | |
| § | |
| **Defendants** § | |

## ORDER GRANTING NEWEGG INC.'S UNOPPOSED MOTION TO ENTER SUBSTITUTE STATEMENT OF UNDISPUTED MATERIAL FACTS

After considering Defendant, Newegg Inc.'s Unopposed Motion to Enter Substitute Statement of Undisputed Material Facts, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that the substitute Statement of Undisputed Material Facts replace the previously filed Statement of Undisputed Material Facts (Dkt. No. 221-2), which was filed on August 17, 2009 in support of Newegg's Motion for Summary Judgment concerning the validity and effective filing date of the '639 Patent.