IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Soverain Software, LLC** § § **Plaintiff** § § vs. § § **CDW Corporation,** § **Newegg Inc.,** § **Systemax, Inc.,** § **Tiger Direct Inc., and** § **Zappos.com, Inc.** § § **Defendants** § | Civil Action No. 6:07-cv-511 (LED) Jury Trial Demanded |

### ORDER GRANTING NEWEGG INC.'S UNOPPOSED MOTION TO ENTER SUBSTITUTE STATEMENT OF UNDISPUTED MATERIAL FACTS

After considering Defendant, Newegg Inc.'s Unopposed Motion to Enter Substitute Statement of Undisputed Material Facts, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that the substitute Statement of Undisputed Material Facts replace the previously filed Statement of Undisputed Material Facts (Dkt. No. 221-2), which was filed on August 17, 2009 in support of Newegg's Motion for Summary Judgment concerning the validity and effective filing date of the '639 Patent.

So ORDERED and SIGNED this 31st day of August, 2009.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE