# EXHIBIT 3

PAT'                **08/474096**
D' C           NO.   OMI95-01

DAVID E. BROOK
JAMES M. SMITH
LEO R. REYNOLDS
PATRICIA GRANAHAN
JOHN L. DUPRÉ
DAVID J. BRODY
MARY LOU WAKIMURA
THOL··'S O. HOOVER
ALICE J. CARROLL
N. SCOTT PIERCE

ANNE J. COLLINS
ROB··RT T. CONWAY
STEVEN G. DAVIS
CAROL A. EGNER*
DOREEN M. HOGLE
J. GRANT HOUSTON
RODNEY D. JOHNSON
ELIZABETH W. MATA
SCOTT A. MCNEIL
TIMOTHY J. MEAGHER
STEVEN M. MILLS
ANTHONY P. ONELLO, JR.
NINA L. PEARLMUTTER**
HELEN E. WENDLER
DARRELL L. WONG
 * ADMITTED IN WISCONSIN
** ADMITTED IN IOWA

# HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

TWO MILITIA DRIVE · LEXINGTON, MASSACHUSETTS 02173-4799
TELEPHONE: (617) 861-6240 · FACSIMILE: (617) 861-9540

MUNROE H. HAMILTON
(1906-1984)

OF COUNSEL
RICHARD A. WISE
SUSAN G. L. GLOVSKY

JOHN W. MEDBURY
ADMINISTRATIVE DIRECTOR

BARBARA J. FORGUE
PATENT ADMINISTRATOR

PATENT AGENTS
CAROLYN S. ELMORE
HELEN LEE
RICHARD W. WAGNER

PATENTS, TRADEMARKS,
COPYRIGHTS AND
LITIGATION

June 7, 1995

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        Transmitted herewith for filing is the patent application of
Inventor(s):  Thomas Mark Levergood, Lawrence C. Stewart,
        Stephen Jeffrey Morris, Andrew C. Payne,
        George Winfield Treese and David K. Gifford
Title:    INTERNET SERVER ACCESS CONTROL AND MONITORING SYSTEMS

[X] Specification, Claims, Abstract of the Disclosure

[X]  7   sheets of formal/informal drawings. (Figs. 1-6.

[ ] An assignment of the invention to _____

[ ] A verified statement to establish small entity status under 37 C.F.R. 1.9 and
37 C.F.R. 1.27.

[X] Executed/Unexecuted Combined Declaration/Power of Attorney.

[ ] Other: _____

---

        EXPRESS MAIL Mailing Label No.   EG978839667US

        Date of Deposit   June 7, 1995

I hereby certify that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10
on the date indicated above and is addressed to the Assistant Commissioner for
Patents, Washington, D.C.  20231.

        Elizabeth S. Duggan
        (Typed or printed name of person mailing paper or fee)

        (Signature of person mailing paper or fee)

-2-

The filing fee has been calculated as shown below:

| | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | | SMALL ENTITY | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| **FOR** | **NO. FILED** | **NO. EXTRA** | | **RATE** | **FEE** | **RATE** | **FEE** |
| BASIC FEE | ▨▨▨▨▨ | ▨▨▨▨▨ | | ▨▨▨ | $ 365 | ▨▨▨ | $ 730 |
| TOTAL CLAIMS | 49 – 20 = | * 29 | | X 11 = | $ | X 22 = | $ 638 |
| INDEP CLAIMS | 11 – 3 = | * 8 | | X 38 = | $ | X 76 = | $ 608 |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENTED | | | | +120 = | $ | +240 | $ |
| *If the difference in Col. 1 is less than zero, enter "0" in Col. 2 | | | | Assignment Fee | $ | Assignment Fee | $ |
| | | | | Total: | $ | Total: | $1976 |

☐ Please charge my Deposit Account No. 08-0380 in the amount of $_____

[X] A check in the amount of $ 1976. _____ to cover the filing fee is enclosed.

[X] Authorization is hereby granted to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 08-0380.  Two duplicate copies of this letter are enclosed.

    [X] Any additional filing fees required under 37 CFR 1.16.

    [X] Any patent application processing fees under 37 CFR 1.17.

[X] Authorization is hereby granted to charge payment of the following fees during pendency of this application or credit any overpayment to Deposit Account No. 08-0380.  Two duplicate copies of this letter are enclosed.

    [X] Any patent application processing fees under 37 CFR 1.17.

    [X] Any filing fees under 37 CFR 1.16 for presentation of extra claims.

Respectfully submitted,

HAMILTON, BROOK, SMITH & REYNOLDS

By _____

James M. Smith
Registration No. 28,043
Attorney for Applicant(s)
(617) 861-6240

Dated: 6/7/95

APPATENT.LTR-REV. 4/20/95

-20-

## CLAIMS

What is claimed is:

1.  A method of processing service requests from a client
    to a server system through a network comprising:
        forwarding a service request from the client to
    the server system; and
        appending a session identifier to the request and
    subsequent service requests from the client to the
    server system within a session of requests.

2.  A method of processing service requests from a client
    to a server system through a network comprising:
        forwarding a service request from the client to
    the server system;
        returning a session identifier from the server
    system to the client; and
        appending the session identifier to the request
    and subsequent service requests from the client to the
    server system within a session of requests.

3.  A method as claimed in claim 2 wherein the session
    identifier includes a user identifier.

4.  A method as claimed in claim 2 wherein the session
    identifier includes an expiration time for the
    session.

5.  A method as claimed in claim 2 wherein the server
    system records information from the session identifier
    in a transaction log in the server system.

-21-

6.  A method as claimed in claim 5 wherein the server
    system tracks the access history of sequences of
    service requests within a session.

7.  A method as claimed in claim 5 wherein the server
    system tracks the access history to determine service
    requests leading to a purchase made within the session
    of requests.

8.  A method as claimed in claim 4 wherein the server
    system counts requests to particular services
    exclusive of repeated requests from a common client.

9.  A method as claimed in claim 4 wherein the server
    system maintains a data base relating customer
    information to access patterns.

10.  A method as claimed in claim 8 wherein the information
     includes customer demographics.

11.  A method as claimed in claim 2 wherein communications
     between the client and server system are according to
     hypertext transfer protocol and the session identifier
     is appended as part of a path name in a uniform
     resource locator.

12.  A method as claimed in claim 1 wherein the server
     system assigns the session identifier to an initial
     service request to the server system.

13.  A method as claimed in claim 1 wherein the server
     system subjects the client to an authorization routine
     prior to issuing the session identifier and the
     session identifier is protected from forgery.

Snba²7

-22-

14.  A method as claimed in claim 13 wherein the server
system comprises plural servers including an
authentication server which provides session
identifiers for service requests to multiple servers.

5  15.  A method as claimed in claim 14 wherein:
         a client directs a service request to a first
     server which is to provide the requested service;
         the first server checks the service request for a
     session identifier and only services a service request
10   having a valid session identifier, and where the
     service request has no valid identifier:
             the first server redirects the service
     request from the client to the authorization server;
             the authorization server subjects the client
15   to the authorization routine and issues the session
     identifier to be appended to the service request to
     the first server;
             the client forwards the service request
     appended with the session identifier to the first
20   server; and
             the first server recognizes the session
     identifier and services the service request to the
     client; and
         the client appends the session identifier to
25   subsequent service requests to the server system and
     is serviced without further authorization.

Sub a³7  16.  A method as claimed in claim 13 wherein the session
     identifier includes a user identifier.

17.  A method as claimed in claim 13 wherein the session
30   identifier includes an expiration time for the
     ~~session~~

-23-

18.  A method as claimed in claim 13 wherein the session
     identifier provides access to a protected domain to
     which the session has access authorization.

19.  A method as claimed in claim 18 wherein the session
5    identifier is modified for access to a different
     protected domain.

20.  A method as claimed in claim 13 wherein the session
     identifier provides a key identifier for key
     management.

10  21.  A method as claimed in claim 13 wherein the server
     system records information from the session identifier
     in a transaction log in the server system.

22.  A method as claimed in claim 13 wherein communications
     between the client and server system are according to
15   hypertext transfer protocol and the session identifier
     is appended as part of a path name in a uniform
     resource locator.

23.  A method as claimed in claim 22 wherein the client
     modifies the path name of a current uniform resource
20   locator using relative addressing and retains the
     session identifier portion of the path name unmodified
     for successive requests in a session.

24.  A method as claimed in claim 2 wherein:
     the server system subjects the client to an
25   authorization routine prior to issuing the session
     identifier and the session identifier is protected
     from forgery, records information from the session
     identifier in a transaction log in the server system,
     tracks request paths relative to hypertext pages, and
30   maintains a data base relating customer demographics
     to access patterns;

-24-

communications between the client and server
system are according to hypertext transfer protocol;
the session identifier is appended as part of a
path name in a uniform resource locator; and

5       the client modifies the path name of a current
uniform resource locator using relative addressing and
retains the session identifier portion of the path
name unmodified for successive requests in a session.

25.     A method of processing service requests from a client
10      to a server system through a network comprising:
responding to requests for hypertext pages
received from a client through the network by
returning the requested hypertext pages to the client;
responding to further client requests related to
15      links in the hypertext pages; and
tracking the further client requests related to a
particular hypertext page.

26.     A method as claimed in claim 25 wherein the requests
include a common session identifier and the server
20      system tracks client requests within a session of
requests.

27.     A method of processing service requests from a client
to a server system through a network comprising
responding to requests for documents received from the
client through the network by returning the requested
documents wherein the documents are customized for a
particular user based on a user profile.

28.     A method of processing service requests from a client
to a server system through a network comprising:
30      responding to a request for a document received
from the client through the network;

-25-

appending a session identifier, which includes a user identification, to the request; and

returning the requested document wherein the document is customized for a particular user based on

5     the user identification of the session identifier.

29.  A method of processing service requests from a client to a server system through a network comprising:

responding to requests for information received from the client through the network by returning the

10    requested information to the client; and

counting requests to particular information exclusive of repeated requests from a common client.

30.  A method as claimed in claim 29 comprising excluding requests made to information from the client within a

15    defined period of time.

31.  A method of processing service request for a document received from a client through network in which the document has been purchased by a user comprising:

responding to a request for a document received

20    from a client through the network in which the document has been purchased by the user;

appending an authorization indicator to the request; and

returning the requested document if the

25    authorization identifier indicates that the user is authorized to access the document.

32.    A method as claimed in Claim 31, wherein the authorization identifier is encoded within a session identifier which is appended to the request.

-26-

33.   A method of processing service requests from a client
to a server system through a network comprising:
      responding to a request for a document received
from a client through the network;
5      appending a user identifier to the request;
      returning the requested document to the client,
and;
      charging the user identified in the identifier
for access to the document.

10  34.   A method as claimed in Claim 33, wherein a user
identifier is encoded within a session identifier
which is appended to the request.

*[handwritten: 31]*
*[handwritten: 30]*

35.   An information system on a network comprising:
      means for receiving service requests from clients
15  and for determining whether a service request includes
a session identifier;
      means for providing the session identifier in
response to an initial service request in a session;
and
20      means for servicing service requests from a
client which include the session identifier, the
subsequent service request being processed as a
~~session~~.

*[handwritten: Sub a26 byt Cb]*

36.   An information system as claimed in claim 35 wherein
25  the means for providing the session identifier is in a
server system which services the requests.

*[handwritten: 33]*
*[handwritten: 32]*

37.   An information system as claimed in claim 36 further
comprising an authorization routine for authorizing
the client prior to issuing the session identifier and
30  means for protecting the session identifier from
~~forgery~~.

*[handwritten: Sub a7]*

-27-

38. An information server system as claimed in claim 35
further comprising a transaction log for recording
information from the session identifier.

5      39. An information system as claimed in claim 38 further
comprising means for tracking access history of
sequences of service requests within a session.

40. An information system as claimed in claim 37 further
comprising means for counting requests to particular
services exclusive of repeated requests from a common
10     client.

41. An information system as claimed in claim 38 further
comprising a data base relating customer information
to access patterns.

42. An information system as claimed in claim 41 wherein
15     the information includes customer demographics.

43. An information system as claimed in claim 35 wherein
communications between the client and server system
are according to hypertext transfer protocol and the
session identifier is appended as part of a path name
20     in a uniform resource locator.

44. An information server on a network comprising:
means for responding to requests for hypertext
pages received from a client through the network by
returning the requested hypertext pages to the client;
means for responding to further request derived
from links in the hypertext pages; and
25     means for tracking the further requests derived
from a particular hypertext page.

-28-

45. A server as claimed in claim 44 wherein the requests
include a common session identifier and the server
tracks requests within a session of requests.

46. A server as claimed in claim 45 further comprising a
5       data base relating customer demographics to access
patterns.

47. An information server on a network comprising:
        means for responding to requests for service
received from a client through a network by returning
10      the requested service to the client; and
        means for counting requests to particular service
exclusive of repeated requests from a common client.

48. A server as claimed in claim 47 wherein the requests
include a common session identifier and the server
15      tracks requests within a session of requests.

49. A server as claimed in claim 47 further comprising
means for excluding requests made to a service from
the client within a defined period of time.