# EXHIBIT 9

From: Bill Dally
Sent: Friday, May 19, 1995 4:56 PM
To: stewart@openmarket.com
Cc: tml@openmarket.com; gifford@openmarket.com; stewart@openmarket.com; payne@openmarket.com; levergood@openmarket.com; billd@ai.mit.edu
Subject: Session ID Patent


----boundary-LibPST-iamunique-1737517723_-_-
Content-type: text/plain

Larry,

To follow up on your message.

>>   The authentication dialog itself is not central to the SID ideas.

Yes, but we need to disclose enough detail here to meet the requirements that the patent be "enabling" and disclose the "best mode" of practicing the invention.

>> 1)  The netscape navigator browser has a cookie storage mechanism, in
>> which one server can tell the browser "Store this cookie, and present
>> it whenever you send a request to any server on this list".

Yes, I'm aware of this.  We mention this facility in the specification of the patent and have claims that straddle both sides of it to hedge our bets on what and when Netscape may have done with respect to IP.

>> 2)  Do we describe the benefits of SIDs that go beyond access
>> control? They include the ability for the content servers to be
>> personalized, because the SID encodes the user ID on every hit.  The
>> content server can alter its behavior according to who is the user.

We do describe the uses of SIDs in processing a transaction log - tracking paths of link traversals, temporal filtering, and crediting advertisements with resulting purchases.  We do not yet mention personalized content.  I'll add that.  Can you give an example.

Also, right now we are citing no prior art other than the earlier OMI patent application.  Are you or any of the other inventors aware of any papers on related topics that we should cite to the patent examiner?

----Bill

**CONFIDENTIAL**

SOV-E 0009538