# EXHIBIT 10



OMI95-...S
JS3
JS/bjn
03/27/96

PATENT APPLICATION
DOCKET NO.: OMI95-01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Thomas Mark Levergood, Lawrence C. Stewart
Stephen Jeffrey Morris, Andrew C. Payne and
George Winfield Treese

Serial No.:  08/474,096                    Group Art Unit:  2309

Filed:  June 7, 1995                       Examiner:  Unknown

For:  INTERNET SERVER ACCESS CONTROL AND MONITORING SYSTEMS

---

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231

on  3/27/96      B. J. Nannis
       Date              Signature

Barbara J. Nannis
Typed or printed name of person signing certificate

---

INFORMATION DISCLOSURE STATEMENT

RECEIVED
APR 03 1996
GROUP 2300

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

This Information Disclosure Statement is submitted:

[ ]   under 37 CFR 1.129(a), or
      (First/Second submission after Final Rejection)

[X]   under 37 CFR 1.97(b), or
      (Within three months of filing national application; or date of entry of the national stage in international application; or before mailing date of first office action on the merits; whichever occurs last)

[ ]   under 37 CFR 1.97(c) together with either:

      [ ]   a Certification under 37 CFR 1.97(e), as checked below, or

      [ ]   a $210.00 fee under 37 CFR 1.17(p), or
      (After the 37 CFR 1.97(b) time period, but before final action or notice of allowance, whichever occurs first)

[ ]   under 37 CFR 1.97(d) together with:

      [ ]   a Certification under 37 CFR 1.97(e), as checked below, and

      [ ]   a petition under 37 CFR 1.97(d)(2)(ii), and

      [ ]   a $130.00 petition fee set forth in 37 CFR 1.17(i)(1).
      (Filed after final action or notice of allowance, whichever occurs first, but before payment of the issue fee)

-2-

### Certification Under 37 CFR 1.97(e)

[ ]  Each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement.

[ ]  No item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of this Information Disclosure Statement.

Enclosed herewith is form PTO-1449:

[X]  Copies of the cited references are enclosed.

[ ]  Copies of cited references are enclosed except those entered in prior application, U.S. Serial No. _____, and references that are not required to be submitted under 37 CFR 1.98.

[ ]  The listed references were cited in the enclosed International Search Report in a counterpart foreign application.

Concise Explanation Requirement (non-English references):

[ ]  The "concise explanation" requirement for reference(s) _____ under 37 CFR 1.98(a)(3) is satisfied by:

  [ ]  the explanation provided on the attached sheet.

  [ ]  the explanation provided in the Specification.

  [ ]  submission of the enclosed International Search Report.

  [ ]  abstract.

It is requested that the information disclosed herein be made of record in this application.

Method of payment:

[ ]  Enclosed is a check in the amount of $_____.

[ ]  Please charge Deposit Account 08-0380 in the amount of $_____.

[ ]  Two duplicate copies of this Statement are enclosed.

[X]  Please charge any deficiency in fees and credit any overpayment to Deposit Account 08-0380.

Respectfully submitted,

By /s/ James M. Smith
James M. Smith
Attorney for Applicant(s)
Registration No. 28,043
Telephone: (617) 861-6240

Lexington, Massachusetts 02173
Dated: 3/27/96

Sheet 1 of 2

| FORM PTO-1449 (REV. 7-80) | | ATTY. DOCKET NO. OMI95-01 | SERIAL NO. 08/474,096 | | | #7 |
|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | | APPLICANT Levergood et al. | | | | |
| | | FILING DATE June 7, 1995 | GROUP 2309 2315 | | | |

*[MAIL ROOM MAR 29 1996 PAT. & TRADEMARK OFF. stamp]*

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION YES NO |
|---|---|---|---|---|---|---|---|
| | AL | | | | | | |
| | AM | | | | | | |
| | AN | | | | | | |
| | AO | | | | | | |
| | AP | | | | | | |
| | AQ | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| PLW | AR | Netscape Products, "Open and Secure Internet Software" INTERNET, September 18, 1995, pp. 1-2 |
| PLW | AS | Merchant System: Overview, "Netscape Merchant System Data Sheet" INTERNET, September 18, 1995, pp. 1-3 |
| PLW | AT | Internet Applications Customer Showcase, "Customer Showcase" INTERNET, September 18, 1995., pp. 1-2 |

| EXAMINER *Patrice F. Winder* | DATE CONSIDERED 12/10/96 |
|---|---|

DOC. ID NO.: JS3\OMI95-01.149

Sheet 2 of 2

| FORM PTO-1449 (REV. 7-80) INFORMATION DISCLOSURE CITATION IN AN APPLICATION (Use several sheets if necessary) | ATTY. DOCKET NO. OMI95-01 | SERIAL NO. 08/474,096 | | |
|---|---|---|---|---|
| | APPLICANT Levergood et al. | | | |
| | FILING DATE June 7, 1995 | GROUP 2309 2315 | | |
| PATENT DOCUMENTS | | | | |
| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| PLW | AU | The Server-Application Function and Netscape Server API, "The Netscape Server API" Netscape Products" INTERNET, September 18, 1995, pp. 1-11 |
|---|---|---|
| PLW | AV | The Object-Oriented Paradigm of Server Configuration, "The Object-Oriented Paradigm of Server Configuration" INTERNET, September 18, 1995, pp. 102 |
| PLW | AW | Verisign Redirection Information, "Important Announcement" INTERNET, September 18, 1995, pg. 1 |
| PLW | AX | Lou Montulli, Electronic Mail to multiple recipients of the www-talk list (www-talk@www10.w3.org) on "Session Tracking" (omi.mail.www-talk, April 18, 1995) |
| PLW | AY | PR: Digital IDs for Open Market's Secure WebServer, "Press Release, VeriSign, Inc. to Provide Digital IDs for Open Market's Secure WebServer" INTERNET, September 18, 1995, pp. 1-2 |
| PLW | AZ | PR: Online Security Solutions, "VeriSign, Inc. Adds the Missing Component to Online Security Solutions" INTERNET, September 18, 1995, pp. 1-2 |
| PLW | AR1 | The SSL Protocol, INTERNET, September 18, 1995, pp. 1-18 |
| PLW | AS1 | IStore, "Netscape Istore Data Sheet" INTERNET, September 18, 1995, pp. 1-2 |

EXAMINER: Patrice L. Winder    DATE CONSIDERED: 12/10/96