**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 6:07-CV-511 |
| | ) |
| | ) |
| | ) JURY TRIAL DEMANDED |
| CDW CORPORATION, | ) |
| NEWEGG INC., | ) |
| SYSTEMAX INC., | ) |
| ZAPPOS.COM, INC., | ) |
| REDCATS USA, L.P., | ) |
| THE SPORTSMAN'S GUIDE, INC., AND | ) |
| TIGERDIRECT, INC., | ) |
| | ) |
| Defendants. | ) |

## TRIAL WITNESS LIST OF PLAINTIFF SOVERAIN SOFTWARE LLC

Pursuant to the Court's First Amended Docket Order, set forth below are the names of the witnesses Soverain Software LLC ("Soverain") expects to or may call at trial if the need arises, either in person or by means of a deposition:

Jack Grimes

Thomas Levergood

James Nawrocki

Andrew Payne

Michael I. Shamos

Lawrence Stewart

G. Winfield Treese

Katharine Wolanyk

Set forth below are the names of each witness Soverain expects to or may call at trial if the need arises by means of a deposition:

Lee Cheng

Shikhar Ghosh

Lucy Huo

Rick Quiroga

James Wu

Soverain reserves the right to call at trial, as a rebuttal witness, any of the witnesses listed on this list, on the trial witness list of Newegg Inc., or any other witness, either in person or by way of deposition.

Dated: September 14, 2009

Respectfully submitted,

/s/ Thomas L. Giannetti (w/permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
Mark C. Howland
State Bar No. 24027240
Email: mchowland@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306
ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on September 14, 2009, pursuant to Local Rule CV-5(a) and has been served on all counsel through the Court's ECF System.

/s/ Thomas L. Giannetti
Thomas L. Giannetti