# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 6:07-CV-00511-LED

## **TRIAL WITNESS LIST OF DEFENDANT NEWEGG INC.**

Pursuant to the Court's First Amended Docket Order, set forth below are the names of the witnesses Newegg Inc.("Newegg") expects to or may call at trial if the need arises, either in person or by means of a deposition:

Lee Cheng

Rick Quiroga

James Wu

Lucy Huo

Edward Tittel

Chris Bakewell

Alexander Trevor

Thomas Levergood

David Mackie

Andrew Payne

Lawrence Stewart

G. Winfield Treese

Katharine Wolanyk

Shikhar Ghosh

Eric Pyenson

Paul Esdale

Newegg reserves the right to call at trial, as a rebuttal witness, any of the witnesses listed on this list, on the trial witness list of Soverain Software LLC, or any other witness, either in person or by way of deposition.

| | |
|---|---|
| Dated: September 14, 2009 | By: /s/ David C. Hanson with permission by Trey Yarbrough<br>David C. Hanson<br>Kent E. Baldauf, Jr.<br>John W. McIlvaine<br><br>THE WEBB LAW FIRM<br>700 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>T: (412) 471-8815<br>F: (412) 471-4094<br><br>Trey Yarbrough<br>Bar No. 22133500<br>YARBROUGH ♦ WILCOX, PLLC<br>100 E. Ferguson St., Ste. 1015<br>Tyler, Texas 75702<br>Tel: (903) 595-3111<br>Fax: (903) 595-0191<br>trey@yw-lawfirm.com<br><br>Attorneys for Defendant<br>Newegg Inc. |

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 14, 2009. All other counsel of record will be served via facsimile or first class mail.

      /s/ Trey Yarbrough
      Trey Yarbrough