# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC.,<br><br>Defendants. | Civil Action No. 6:07-CV-00511-LED |

**DEFENDANT NEWEGG INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ITS OPPOSITION TO
SOVERAIN SOFTWARE LLC'S MOTION FOR PARTIAL
<u>SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 5,909,492</u>**

Defendant Newegg Inc. ("Newegg") respectfully moves for a four day extension of time in which to file its Opposition to Soverain Software LLC's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 5,909,492 until and through September 28, 2009. The extension is requested to accommodate the schedule of Newegg's counsel due to office closures while the G-20 Summit is in Pittsburgh, Pennsylvania. The requested extension of time will not affect the trial date or other pre-trial deadlines.

Plaintiff, Soverain Software LLC, does not oppose this motion.

Wherefore, Newegg respectfully moves for an extension of time until September 28, 2009.

| | |
|---|---|
| Dated: September 16, 2009 | By: /s/ David C. Hanson with permission by Trey Yarbrough<br>David C. Hanson<br>Kent E. Baldauf, Jr.<br>John W. McIlvaine<br>THE WEBB LAW FIRM<br>700 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>T:  (412) 471-8815<br>F:  (412) 471-4094<br><br>Trey Yarbrough<br>Bar No. 22133500<br>YARBROUGH ♦ WILCOX, PLLC<br>100 E. Ferguson St., Ste. 1015<br>Tyler, Texas 75702<br>Tel: (903) 595-3111<br>Fax: (903) 595-0191<br>trey@yw-lawfirm.com<br><br>Attorneys for Defendant<br>Newegg Inc. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 16, 2009.  All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough