IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) | Civil Action No. 6:07-CV-00511-LED |
| Defendants. | ) ) | |

**ORDER GRANTING NEWEGG INC.'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME**

Before the Court is Defendant's unopposed motion to extend the time for the filing of its response in opposition to Soverain Software LLC's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 5,909,492. After consideration of the motion, the Court is of the opinion that it is well taken and should be granted.

It is therefore Ordered that Newegg Inc. be and is hereby granted an extension of time to file its Opposition to Soverain Software LLC's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 5,909,492 until and through September 28, 2009.

**So ORDERED and SIGNED this 17th day of September, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**