Appendix K

Revised: 1/24/07

*[Stamp: CLERK U.S. DISTRICT COURT RECEIVED SEP 18 2009 EASTERN DIST. OF TEXAS]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 6:07-cv-00511-LED
Style: Soverain Software, LLC v. CDW Corporation, et al
2. Applicant is representing the following party/ies: Soverain Software, LLC
3. Applicant was admitted to practice in NY (state) on 2/5/2009 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
U.S. District Courts of Southern and Eastern Districts of New York
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Debra R. Smith, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 9/14/09         Signature *[signed] Debra R. Smith*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Debra R. Smith
State Bar Number Attorney Reg. No. 762003
Firm Name: Jones Day
Address/P.O. Box: 222 E 41st St.
City/State/Zip: New York, NY 10017
Telephone #: 212-326-3606
Fax #: 212-755-7306
E-mail Address: debrarsmith@jonesday.com
Secondary E-Mail Address: debrose59@gmail.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **9/18/09**

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

## United States District Court
for the
Eastern District of Texas at Tyler

Receipt No.: 100193363

Date: **Friday, September 18, 2009**

Received from:

**JONES DAY**
**222 EAST 41ST STREET**
**NEW YORK, NY 10017-6702**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **6:07-CV-511 LED**

Comments: **PHV FEES PAID FOR DEBRA R SMITH**
**CHECK #1088713**

Received by: **GG**