**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 6:07-CV-00511-LED

## REBUTTAL TRIAL WITNESS LIST OF DEFENDANT NEWEGG INC.

Pursuant to the Court's First Amended Docket Order, set forth below are the names of the rebuttal witnesses Newegg Inc.("Newegg") expects to or may call at trial if the need arises, either in person or by means of a deposition:

Lee Cheng

Rick Quiroga

James Wu

Edward Tittel

Chris Bakewell

Lawrence Stewart

Katharine Wolanyk

Shikhar Ghosh

Newegg reserves the right to call at trial, as a rebuttal witness, any of the witnesses listed on this list, on Newegg's trial witness list dated September 14, 2009, on the trial witness list of Soverain Software LLC, or any other witness, either in person or by way of deposition.

Dated: September 25, 2009

By:/s/ David C. Hanson with permission by
Trey Yarbrough
David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorneys for Defendant
Newegg Inc.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 25, 2009. All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough