IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, NEWEGG, INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:07 CV 511 <br><br> Hon. Leonard E. Davis |

**ORDER GRANTING SOVERAIN'S MOTION TO PRECLUDE EXPERT TRIAL TESTIMONY BY ALEXANDER TREVOR, PRECLUDE EDWARD TITTEL FROM OFFERING TESTIMONY BASED ON THE TREVOR REPORT, AND EXCLUDE THE TREVOR REPORT FROM EVIDENCE**

The Court has considered Soverain's Motion To Preclude Expert Trial Testimony By Alexander Trevor, Preclude Edward Tittel From Offering Testimony Based On The Trevor Report, And Exclude The Trevor Report From Evidence.  The Court finds that the Motion should be GRANTED.