IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) | Civil Action No. 6:07-CV-00511-LED |
| Defendants. | ) ) | |

**ORDER GRANTING AGREED MOTION TO MODIFY PAGE LIMITS WITH RESPECT TO SUMMARY JUDGMENT BRIEFING**

Before the Court is Defendant Newegg's Agreed Motion to Modify Page Limits With Respect to Summary Judgment Briefing. Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that Defendant Newegg's Agreed Motion to Modify Page Limits with Respect to Summary Judgment Briefing is granted and the Court hereby modifies the overall page limits for summary judgment briefing in this case as follows:

1. Defendant Newegg's summary judgment motions shall not exceed 71 pages collectively, excluding attachments;

2. Plaintiff Soverain's responses to Newegg's summary judgment motions shall not exceed 71 pages collectively, excluding attachments;

    3.    Defendant Newegg's reply briefing in support of its summary judgment motions shall not exceed 30 pages collectively, excluding attachments; and

    4.    Plaintiff Soverain's surreply briefing in opposition to Newegg's summary judgment motions shall not exceed 30 pages collectively, excluding attachments.

**So ORDERED and SIGNED this 29th day of September, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**