# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** )<br>)<br>    **Plaintiff,** )<br>)<br>        v. )<br>)<br>**CDW CORPORATION,** )<br>**NEWEGG INC.,** )<br>**REDCATS USA, INC.** )<br>**SYSTEMAX INC.,** )<br>**ZAPPOS.COM, INC.,** )<br>**REDCATS USA, L.P.,** )<br>**THE SPORTSMAN'S GUIDE, INC.,** )<br>**AND** )<br>**TIGERDIRECT, INC.,** )<br>)<br>    **Defendants.** )  | Case No. 6:07-CV-00511-LED |

**SOVERAIN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO NEWEGG'S OPPOSITION TO SOVERAIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 5,909,492**

Soverain Software LLC ("Soverain") respectfully moves the Court for a short extension of time, until October 13, 2009, for filing a reply to Dkt. # 250, Newegg's Opposition to Soverain's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 5,909,492. The extension is requested to accommodate the schedule of Soverain's counsel, and will not affect the trial date or other pre-trial deadlines.

Defendant Newegg Inc. does not oppose this motion.

WHEREFORE, Soverain respectfully requests the Court to enter the Order submitted herewith.

NYI-4219971v1

Dated: October 5, 2009                               Respectfully submitted,

                                                   /s/ Ognian V. Shentov (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com

Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com

JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  This is to certify that on October 5, 2009 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

               /s/ Ognian V. Shentov
               Ognian V. Shentov