# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CDW CORPORATION,** ) <br> **NEWEGG INC.,** ) <br> **REDCATS USA, INC.** ) <br> **SYSTEMAX INC.,** ) <br> **ZAPPOS.COM, INC.,** ) <br> **REDCATS USA, L.P.,** ) <br> **THE SPORTSMAN'S GUIDE, INC.,** ) <br> **AND** ) <br> **TIGERDIRECT, INC.,** ) <br> ) <br> **Defendants.** ) | Case No. 6:07-CV-00511-LED |

## ORDER GRANTING SOVERAIN'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME

The Court has considered Soverain's Unopposed Motion For Extension Of Time To File A Reply To Newegg's Opposition To Soverain's Motion For Partial Summary Judgment Of Infringement Of U.S. Patent No. 5,909,492. The Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Soverain is granted an extension of time until October 13, 2009 to file a Reply to Newegg's Opposition to Soverain's Motion For Partial Summary Judgment Of Infringement Of U.S. Patent No. 5,909,492.