**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:07-CV-00511-LED |
| ) | |
| **CDW CORPORATION,** ) | |
| **NEWEGG INC.,** ) | |
| **REDCATS USA, INC.** ) | |
| **SYSTEMAX INC.,** ) | |
| **ZAPPOS.COM, INC.,** ) | |
| **REDCATS USA, L.P.,** ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** ) | |
| **AND** ) | |
| **TIGERDIRECT, INC.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING SOVERAIN'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

The Court has considered Soverain's Unopposed Motion For Extension Of Time To File A Reply To Newegg's Opposition To Soverain's Motion For Partial Summary Judgment Of Infringement Of U.S. Patent No. 5,909,492. The Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Soverain is granted an extension of time until October 13, 2009 to file a Reply to Newegg's Opposition to Soverain's Motion For Partial Summary Judgment Of Infringement Of U.S. Patent No. 5,909,492.

**So ORDERED and SIGNED this 6th day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**