# Exhibit A

Lawrence C. Stewart
August 4, 2009

Exhibits: 1-21        Volume 1, Pages 1 - 126

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

Civil Action No. 6:07-CV-511

---------------------------

SOVERAIN SOFTWARE LLC,

            Plaintiff

v.

CDW CORPORATION, NEWEGG INC.,

REDCATS USA, INC., SYSTEMAX, INC.,

ZAPPOS.COM, INC., TIGER DIRECT,

INC., THE SPORTSMAN'S GUIDE, INC.,

and REDCATS USA LP,

            Defendants

----------------------------

VIDEOTAPED DEPOSITION OF LAWRENCE C. STEWART

Tuesday, August 4, 2009, 8:51 a.m.

Farmer Arsenault Brock LLC

50 Congress Street, Suite 415

Boston, Massachusetts

-------Reporter:  Susan J. Blatt, RPR-------

All New England Reporting Service, LLC

9 Hammond Street, Worcester, Massachusetts 01610

508-753-9292/Fax 508.753.9284

1ed40a85-50a0-4460-aca9-de980834dff4

Lawrence C. Stewart
August 4, 2009

|  | Page 2 |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | Jones, Day, Reavis & Pogue |
| 4 | Clark Craddock, Ph.D., Esq. |
| 5 | Thomas L. Giannetti, Esq. |
| 6 | 222 East 41st Street |
| 7 | New York, New York 10017-6702 |
| 8 | 212.326.3939  Fax: 212.755.7306 |
| 9 | ccraddock@jonesday.com |
| 10 | tlgiannetti@jonesday.com |
| 11 | for Plaintiff |
| 12 | |
| 13 | The Webb Law Firm |
| 14 | David C. Hanson, Esq. |
| 15 | Kent E. Baldauf, Esq. |
| 16 | 700 Koppers Building |
| 17 | Pittsburgh, Pennsylvania 15219-1845 |
| 18 | 412.471.8815  Fax: 412.471.4094 |
| 19 | dhanson@webblaw.com |
| 20 | kbaldauf@webblaw.com |
| 21 | for Newegg Inc. |
| 22 | |
| 23 | Also Present: |
| 24 | Edward Tittel |

|  | Page 3 |
|---|---|
| 08:35:19 1 | PROCEEDINGS |
| 08:35:19 2 | THE VIDEOGRAPHER:  We are now recording |
| 08:51:22 3 | and on the record.  My name is Odi J. Wong.  I'm a |
| 08:51:26 4 | legal video specialist for National Video Reporters, |
| 08:51:30 5 | Inc.  The business address is 71 Commercial Street, |
| 08:51:33 6 | Suite 274, Boston, Massachusetts 02109.  Today's |
| 08:51:40 7 | date is the 4th of August, 2009 and the time is 8:51 |
| 08:51:45 8 | a.m.  This is the deposition of Dr. Lawrence C. |
| 08:51:49 9 | Stewart in the matter of Soverain Software LLC |
| 08:51:53 10 | versus CDW Corporation, et al. in the United States |
| 08:51:58 11 | District Court, Eastern District of Texas, Tyler |
| 08:52:02 12 | Division, Civil Action 6:07-CV-511.  This deposition |
| 08:52:08 13 | is being taken at Farmer Arsenault Brock at 50 |
| 08:52:13 14 | Congress Street, Boston, Massachusetts.  The court |
| 08:52:15 15 | reporter is Susan Blatt of All New England Court |
| 08:52:19 16 | Reporting. |
| 08:52:19 17 | Counsel, please state your appearances |
| 08:52:21 18 | for the record and the court reporter will |
| 08:52:23 19 | administer the oath. |
| 08:52:25 20 | MR. HANSON:  David Hanson and Kent |
| 08:52:28 21 | Baldauf of The Web Law Firm on behalf of Newegg; and |
| 08:52:32 22 | also present is Ed Tittel, expert assisting us. |
| 08:52:38 23 | MS. CRADDOCK:  Clark Craddock and Tom |
| 08:52:42 24 | Giannetti of Jones Day representing Soverain |

|  | Page 4 |
|---|---|
| 08:52:44 1 | Software and Dr. Stewart. |
| 08:52:52 2 | LAWRENCE C. STEWART, sworn |
| 08:52:53 3 | EXAMINATION |
| 08:52:55 4 | BY MR. HANSON: |
| 08:52:55 5 | Q.  Dr. Stewart, will you state your full name, |
| 08:52:58 6 | please. |
| 08:52:58 7 | A.  Lawrence Colm Stewart. |
| 08:53:01 8 | Q.  And what is your residence? |
| 08:53:03 9 | A.  In Wayland, Massachusetts. |
| 08:53:04 10 | Q.  In what year were you born? |
| 08:53:06 11 | A.  1955. |
| 08:53:08 12 | Q.  And by whom are you employed? |
| 08:53:10 13 | A.  Serissa Research. |
| 08:53:13 14 | Q.  And how long have you worked for Serissa |
| 08:53:18 15 | Research? |
| 08:53:18 16 | A.  Since 2001. |
| 08:53:22 17 | Q.  And who did you work for before that? |
| 08:53:25 18 | A.  Open Market. |
| 08:53:29 19 | Q.  Are you compensated for your |
| 08:53:39 20 | appearance here today? |
| 08:53:40 21 | A.  I am being compensated for my time, but not |
| 08:53:45 22 | for testimony. |
| 08:53:46 23 | Q.  And at what hourly rate are you being |
| 08:53:49 24 | compensated? |

|  | Page 5 |
|---|---|
| 08:53:50 1 | A.  Let me see if I remember.  I think it is |
| 08:53:54 2 | about $400 an hour. |
| 08:53:57 3 | Q.  And did you meet with counsel in the near |
| 08:54:02 4 | past to discuss preparation for this deposition? |
| 08:54:05 5 | A.  I did. |
| 08:54:06 6 | Q.  And for how many hours did you meet with |
| 08:54:09 7 | them? |
| 08:54:09 8 | A.  Maybe six. |
| 08:54:14 9 | Q.  Do you have any financial interest in the |
| 08:54:17 10 | outcome of this lawsuit? |
| 08:54:18 11 | A.  I do not. |
| 08:54:20 12 | Q.  Do you own any stock in Soverain? |
| 08:54:23 13 | A.  I do not. |
| 08:54:25 14 | Q.  Do you still own any stock in Open Market? |
| 08:54:28 15 | A.  I have some wallpaper from Open Market, I |
| 08:54:32 16 | think, but, no, it is, as far as I know, of no |
| 08:54:35 17 | value. |
| 08:54:36 18 | Q.  And how did you acquire stock for Open |
| 08:54:39 19 | Market? |
| 08:54:39 20 | A.  I acquired founders' stock when the company |
| 08:54:42 21 | was started. |
| 08:54:44 22 | Q.  Did you ever sell any of your founders' |
| 08:54:49 23 | stock? |
| 08:54:49 24 | A.  I did. |

2 (Pages 2 to 5)

1ed40a85-50a0-4460-aca9-de980834dff4

Lawrence C. Stewart
August 4, 2009

---

Page 30

09:36:56 1   it in the system of that day.

09:37:00 2     Q. Would one of the ways be looking at the IP

09:37:03 3   address of the user?

09:37:05 4     A. Not in the software we developed as of that

09:37:10 5   time, no.

09:37:13 6     Q. What were the other ways that you could do

09:37:15 7   it?

09:37:15 8     A. I believe another technique is that the

09:37:18 9   server issues an HTTP 302 redirect telling the user

09:37:24 10   retry using this URL that now has the ticket in it,

09:37:29 11   and that replaces the first request with a revised

09:37:32 12   first request that now has the ticket.

09:37:40 13     Q. Was there any way during 1994 to use the

09:37:52 14   basic authorization feature of HTTP to craft

09:38:04 15   sessions?

09:38:04 16     A. Are you referring to basic authentication?

09:38:12 17     Q. Yes, sir.

09:38:13 18     A. Okay. I don't recognize "basic

09:38:17 19   authorization" as the term.

09:38:18 20     Q. I'm sorry.

09:38:20 21     A. I believe there is something about this in

09:38:24 22   my book. Hang on a second.

09:38:38 23     If you have an authentication mechanism,

09:38:41 24   you can use it to make a sort of a poor shadow copy

---

Page 31

09:38:44 1   of the session mechanism. It doesn't do what you

09:38:49 2   want in several ways, but within limited

09:38:52 3   circumstances you can use it for sessions.

09:38:53 4     Q. Could it be used for a commercial product?

09:38:56 5     A. I'm sure I don't know what, what all

09:39:01 6   commercial products could be, so I don't think I can

09:39:04 7   say one way or the other.

09:39:28 8     MR. HANSON: I'm going to ask the

09:39:30 9   reporter to mark as Exhibit 3 a document that was

09:39:39 10   produced bearing production numbers SVN2-00039958

09:39:48 11   through 60, and it bears a date of May 5, 1994 and a

09:39:56 12   title Store Building Kit.

09:40:07 13     (Marked, Exhibit 3, document,

09:40:11 14   SVN2-0039958 - 60.)

09:43:16 15     Q. Did you prepare this document?

09:43:18 16     A. It's -- I think so, yes.

09:43:23 17     Q. Was this prepared during that period of

09:43:25 18   time when you were working at home or was this

09:43:30 19   prepared later?

09:43:30 20     A. You know, I don't know the answer. I don't

09:43:33 21   know when we moved into our first offices. The...

09:43:40 22     Q. Did Open Market eventually design something

09:43:45 23   referred to as the store building kit or the like?

09:43:48 24     A. Not in -- we did it a different way in

---

Page 32

09:43:55 1   1994. Later on we had something much like this. I

09:43:59 2   think in 1995.

09:44:02 3     Q. How does this differ from what was done in

09:44:04 4   1994?

09:44:05 5     A. This is a description of a shrink-wrapped

09:44:10 6   software product that you would load onto your own

09:44:12 7   PC and build content. What we developed in 1994 was

09:44:16 8   called Online Store Builder that was an interactive

09:44:20 9   process with a Web browser for the user and a Web-

09:44:27 10   server-based implementation of the store building

09:44:30 11   system.

09:44:31 12     Q. Now, there's mention in the second line of

09:44:37 13   this first paragraph of the Open Mall. Was that a

09:44:46 14   project that was taken up during 1993 by Open

09:44:51 15   Market?

09:44:51 16     A. No.

09:44:52 17     Q. I'm sorry. In '94?

09:44:57 18     A. Yes.

09:44:57 19     Q. Can you describe how that was taken up.

09:45:01 20     A. I think this is an early name for the idea

09:45:04 21   of Open Market itself operating a mall, namely, a

09:45:11 22   collection of online merchants that came to

09:45:15 23   commercial fruition as the Open Marketplace in

09:45:18 24   October.

---

Page 33

09:45:23 1     Q. On page 3, the second-to-the-last paragraph

09:45:48 2   begins, "There might be (at least) two classes of

09:45:58 3   merchants who would use the kit. The first class

09:46:02 4   are folks who are already plugged into the Internet

09:46:06 5   and have seen things like Mosaic (or at least have

09:46:15 6   seen AOL or CompuServe)."

09:46:18 7     What was your knowledge of AOL at the

09:46:18 8   time of preparing this document?

09:46:22 9     A. I believe I had seen other people using it.

09:46:25 10   I did not myself have an account or myself have used

09:46:29 11   it.

09:46:29 12     Q. Do you know what other people you had seen

09:46:31 13   using it?

09:46:32 14     A. No.

09:46:35 15     Q. Had you seen them using it for purchase

09:46:39 16   of -- for making purchases of products?

09:46:41 17     A. I'm pretty sure not.

09:46:44 18     Q. At the time of this memo, what was your

09:46:48 19   knowledge of CompuServe?

09:46:50 20     A. I knew it to be an online service but one

09:46:55 21   disconnected from the Internet.

09:46:59 22     Q. And what kind of services did CompuServe

09:47:03 23   provide that you knew of at the time?

09:47:04 24     A. My general understanding, it was sort of a

---

9 (Pages 30 to 33)

1ed40a85-50a0-4460-aca9-de980834dff4

Lawrence C. Stewart
August 4, 2009

---

**Page 34**

09:47:09 1 commercial time-sharing service.  You could get an
09:47:13 2 account and you could log into it, and I actually
09:47:15 3 don't know what you could do once you got there.
09:47:19 4    Q.  Did you have any familiarity with a thing
09:47:22 5 known as the CompuServe mall at the time of
09:47:25 6 preparing this document?
09:47:26 7    A.  I did not.
09:47:51 8    Q.  Who was assigned to build the Open
09:47:56 9 Marketplace software?
09:47:58 10    A.  There -- that pretty much encompasses all
09:48:07 11 of the software that Open Market was working on, so
09:48:09 12 I suppose everybody in engineering was working on it
09:48:12 13 in one way or another.
09:48:14 14    Q.  Did any individual have the heavy oar, so
09:48:19 15 to speak?
09:48:20 16    A.  It's difficult to say which is the heavy
09:48:27 17 oar.  I think fundamentally I was working on the
09:48:30 18 transaction system.  Dave Mackie was working on the
09:48:34 19 Online Store Builder aspects of it.  Andy Payne
09:48:37 20 worked on servers and infrastructure and the mall
09:48:41 21 machinery.  Henry Tumblin worked on payment
09:48:47 22 processing and interactive voice response.  Win
09:48:48 23 Treese worked on security and authentication issues.
09:48:54 24 That's a rough breakdown, but we all worked on

**Page 35**

09:48:57 1 everything.
09:49:05 2        MR. HANSON:  I'm going to ask the
09:49:07 3 reporter to mark as Exhibit 4 a document that was
09:49:12 4 produced with production numbers SVN2-0039679
09:49:20 5 through 86.  It appears to be an email dated 8 May
09:49:33 6 1994.
09:49:36 7        (Marked, Exhibit 4, email, SVN2-0039679
09:49:39 8 - 86.)
09:55:12 9    Q.  Did you prepare this email?
09:55:14 10    A.  I have no reason to think I didn't.  I
09:55:18 11 think I did.
09:55:22 12    Q.  Does it relate to one of the early meetings
09:55:27 13 that you mentioned earlier?
09:55:28 14    A.  I think it does.
09:55:34 15    Q.  Is the Shikhar referred there Mr. Ghosh?
09:55:41 16    A.  Shikhar, yes, it is.
09:55:41 17    Q.  Shikhar?
09:55:43 18    A.  That's correct.
09:55:43 19    Q.  And Andy refers to Andy Payne?
09:55:46 20    A.  That's correct.
09:55:46 21    Q.  And Cathy -- no.  Who is Cathy?
09:55:52 22    A.  I think I'm in trouble here.  That's
09:55:56 23 misspelled.  It's Kathy with a K.  I think that's
09:55:59 24 Kathy Matthews, who is Shikhar's administrative

**Page 36**

09:56:03 1 assistant.
09:56:04 2    Q.  So Kim Alley wasn't present according to
09:56:08 3 this?
09:56:08 4    A.  According to this, nobody else was present,
09:56:11 5 right.
09:56:12 6    Q.  I believe if you go to the last page,
09:56:21 7 second-to-last page of this document, I think it
09:56:23 8 appears at number 85, there's an indication that Mr.
09:56:34 9 Treese was under consideration for becoming an
09:56:42 10 employee?
09:56:42 11    A.  It looks that way, yes.
09:56:43 12    Q.  As was Mr. Mackie?
09:56:45 13    A.  I don't see the reference to Mackie.
09:56:51 14    Q.  Well, in the sentence following Win Treese.
09:56:56 15    A.  Ah, I have it, yes.
09:57:01 16    Q.  So at that time they were probably not
09:57:05 17 employees of Open Market?  "At that time" being the
09:57:10 18 date of this document.
09:57:11 19    A.  I believe that's correct.
09:57:18 20    Q.  Now, going back to the first page, in a
09:57:26 21 paragraph that begins "Stage 2:"  There is reference
09:57:30 22 to the Future Fantasy Bookstore.  And my question to
09:57:35 23 you is what was your knowledge of the Future Fantasy
09:57:39 24 Bookstore at the time of this email?

**Page 37**

09:57:41 1    A.  I had been to the physical store when I was
09:57:50 2 in Palo Alto, so I had that much knowledge of it.  I
09:57:54 3 don't know whether I had been to visit the website,
09:57:59 4 for example, or knew anything about the store before
09:58:01 5 this meeting.
09:58:05 6    Q.  And at this meeting who related the
09:58:09 7 information which raised, "Another example is the
09:58:14 8 Future Fantasy Bookstore, which is resident on a DEC
09:58:20 9 World Wide Web server in Palo Alto"?
09:58:25 10    A.  I don't know for sure.  Probably Andy.
09:58:33 11    Q.  Did you come to have any more specific
09:58:36 12 understanding of the Future Fantasy Bookstore
09:58:43 13 website subsequent to the date of this email?
09:58:49 14    A.  I did.
09:58:50 15    Q.  And what was that knowledge?
09:58:52 16    A.  At some point I think I went to visit the
09:58:59 17 website, looked at the -- looked at some number of
09:59:04 18 the screens.
09:59:06 19    Q.  Was that during 1994?
09:59:10 20    A.  Very likely yes, during the summer of '94,
09:59:14 21 sometime between here and mid-summer, probably.
09:59:17 22    Q.  During that period of time, did you visit
09:59:22 23 any other commercial websites, meaning websites that
09:59:30 24 offered products for sale?

All New England Reporting Service, LLC
508.753.9282        www.ANEreporting.com

1ed40a85-50a0-4460-aca9-de980834dff4

Lawrence C. Stewart
August 4, 2009

Page 122

14:51:16  1    break.
14:51:16  2         MR. GIANNETTI:  Give us a five-minute
14:51:18  3    break.
14:51:19  4         MR. HANSON:  Certainly.
14:51:20  5         THE VIDEOGRAPHER:  Going off the record.
14:51:22  6    The time is 2:51.
14:51:24  7         (Brief recess.)
14:58:47  8         THE VIDEOGRAPHER:  Going back on the
14:59:02  9    record.  The time is 2:59.
14:59:06 10         MS. CRADDOCK:  Counsel, we have no
14:59:08 11    questions.
14:59:14 12         THE VIDEOGRAPHER:  The time is 2:59 and
14:59:16 13    the deposition is concluded.  We're off the record.
         14         (2:59 p.m.)
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24

Page 123

 1         CERTIFICATE OF COURT REPORTER
 2
 3
 4
 5
 6         I, Susan J. Blatt, Registered
    Professional Reporter, do certify that the
 7    deposition of LAWRENCE C. STEWART, in the matter of
    Soverain v CDW, et al., on August 4, 2009, was
 8    stenographically recorded by me; that the witness
    provided satisfactory evidence of identification, as
 9    prescribed by Executive Order 455 (03-13) issued by
    the Governor of the Commonwealth of Massachusetts,
10    before being sworn by me, a Notary Public in and for
    the Commonwealth of Massachusetts; that the
11    transcript produced by me is a true and accurate
    record of the proceedings to the best of my ability;
12    that I am neither counsel for, related to, nor
    employed by any of the parties to the above action;
13    and further that I am not a relative or employee of
    any attorney or counsel employed by the parties
14    thereto, nor financially or otherwise interested in
    the outcome of the action.
15
16
17    Transcript review was requested of the reporter.
18
19    Exhibits returned to Mr. Hanson
20
21    _____ August 12, 2009
22    Susan J. Blatt, RPR
23
24

Page 124

 1              I N D E X
 2
 3            EXAMINATIONS
 4    LAWRENCE C. STEWART
 5      BY MR. HANSON:              4
 6
 7         EXHIBITS MARKED
 8    1, patent 5,715,314.          26
 9    2, patent 5,708,780.          27
10    3, document, SVN2-0039958 - 60.    31
11    4, email, SVN2-0039679 - 86.       35
12    5, three pages.               49
13    6, collection of documents.        52
14    7, document, SVN2-0039949 - 950.   55
15    8, document, SVN2-0039969 - 71.    58
16    9, document SVN2-0072064 - 071.    59
17    10, document, SVN2-0024292.        63
18    11, document, SVN2-0025102 - 103.  66
19    12, document, SVN2-0040042.        68
20    13, document, SVN2-0039731.        69
21    14, document, SVN2-0039738 - 739.  71
22    15, document, SVN2-0040349 - 353.  73
23    16, document, SOV-E0000980.        79
24    17, document, SVN2-0039787 - 791.  85

Page 125

 1    18, Appendix G.               90
 2    19, document, SVN2-0039906.        103
 3    20, document, SVN2-0039907.        103
 4    21, excerpts from book.       104
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

32 (Pages 122 to 125)

All New England Reporting Service, LLC
508.753.9282        www.ANEreporting.com

1ed40a85-50a0-4460-aca9-de980834dff4

Lawrence C. Stewart
August 4, 2009

Page 126

WITNESS:  LAWRENCE C. STEWART
CASE:   Soverain v CDW, et al.
              SIGNATURE PAGE/ERRATA SHEET
PAGE     LINE     CHANGE OR CORRECTION AND REASON

I have read the transcript of my deposition taken August 4,
2009.  Except for any corrections or changes noted above, I
hereby subscribe to the transcript as an accurate record of the
statements made by me.
Signed under the pains and penalties of perjury.

_____DATE_____
Deponent, LAWRENCE C. STEWART
On this _____ day of _____, 200__, before me, the
undersigned notary public, personally appeared LAWRENCE C.
STEWART, who presented satisfactory evidence of identification,
to wit, _____, and signed this document
in my presence.

_____
Notary Public in and for_____
My commission expires

LAWRENCE C. STEWART

SIGNATURE PAGE/ERRATA SHEET INFORMATION

For deposition taken on: August 4, 2009

Soverain v CDW, et al.

SIGNATURE INFORMATION FOR COUNSEL

The original signature page/errata sheet has been sent to Clark
Craddock, Esq. to obtain signature from the deponent.  When
complete, please send original to David C. Hanson, Esq.  A copy
of any errata should be sent to each party of record present at
the deposition.

WITNESS INSTRUCTIONS

After reading the transcript of your deposition, please note any
change or correction and the reason on the errata/signature
page.  DO NOT make any notations on the transcript itself.  If

necessary, continue the format on a separate page.

PLEASE SIGN AND DATE the errata/signature page (before a notary

if requested) and return it to your counsel.

33 (Pages 126 to 127)

1ed40a85-50a0-4460-aca9-de980834dff4