# Exhibit D



# Business Day

## The New York Times

MONDAY, MARCH 4, 1996

# Open Market Hopes It'll Be Next Netscape

## Web Software Maker Fast in Transactions

**By GLENN RIFKIN**

CAMBRIDGE, Mass., March 3 — Since Netscape Communications rocketed out as 1995's hottest initial public offering in August, many companies with Internet-related products have become darlings of Wall Street. Open Market Inc., an 18-month-old software start-up, hopes it will soon be its turn at bat.

The company's OM-Transact software allows merchants on the World Wide Web to take orders, collect payment and fulfill the orders without having to handle credit card transactions. Such services can be contracted to banks or transaction-processing companies, while OM-Transact allows merchants to maintain customer profiles and records of previous transactions.

"Open Market is saying they can get companies up to speed for doing business-to-business transactions on the Web faster than anybody else," said John Logan, president of the Aberdeen Group, a Boston consultant, who has tested the product. "We believe they can get a company up on the Web six months faster than anything else out there. If they can execute flawlessly over the next year, they could become an industry standard."

Analysts say Open Market is likely to go public some time this year, and they expect the company to become one of the hottest initial public offerings of 1996.

Bruce Judson, general manager of Time Inc.'s new-media division, one of Open Market's first customers and an investor in the company, said its software had the "ability to create an easy and secure transaction capability that was scalable and that could work with any browser."

Open Market will be competing with Netscape's I-Store and Merchant Server of Microsoft. Besides Time Warner, Open Market has signed several big customers including Banc One, First Union Bank, Hewlett-Packard, Digital Equipment and Bloomberg, the financial publisher. Time Warner has been offering electronic versions of Time, People, Sports Illustrated, Money and other publications free on its Pathfinder Web site. The company plans to start charging fees for some products and services later this year.

SOV0104017