# Exhibit E

# Open Market, Inc. CORPORATE OVERVIEW

### THE OPEN MARKET VISION

Open Market, Inc., is a unique company founded on the vision that the Internet would fundamentally change the way business is done, and that this change would require an entirely new software foundation. Today, this vision is reality. Companies of all sizes and aspirations are beginning to recognize the Internet as a means to reduce costs, reach new customers, and offer new products. New businesses are being established to exploit the unique economics and value creation potential of the Internet and intranet. Global retailers with no inventory or space costs, and FDIC-approved banks with essentially no physical infrastructure are exploiting the unique economics of the Internet, while traditional mass market media companies take advantage of its unique value creation potential by offering personalized information and entertainment to a global customer base. A



growing number of established companies have transformed the way they do business to take full advantage of the Internet, thereby reshaping not just their own businesses, but the very foundations of their industries. These companies each demonstrate the enormous power of the Internet to transform the economic structure of most businesses in an industrialized economy. The Internet is changing the way in which products and services are distributed in much the same way that the Industrial Revolution changed the way products were manufactured.

Since its inception, Open Market has delivered ground-breaking products that perform order management, security, authentication, and online merchandising and marketing. These innovations have led some of the largest and most demanding companies to choose Open Market software as the foundation for their Internet commerce businesses. The combination of technology, customer experience, and a relentless focus on being the best positions Open Market to be the leader in Internet commerce.



OPEN MARKET

We ARE Internet Commerce™

## COMPANY OVERVIEW

Open Market is head-quarters in Burlington, Massachusetts, and has offices in the U.K., France, Germany, Italy, Japan, the Netherlands, and Australia. Open Market products are distributed by several of Japan's largest trading companies as well as by leading companies in other countries such as Brazil, Malaysia, Singapore, and South Africa. The company has over 500 employees dedicated exclusively to developing, marketing, and supporting solutions for Internet commerce and information publishing. Open Market's award-winning flagship Internet commerce product, Transact™, has been implemented by respected businesses at the forefront of the information economy.

Open Market offers an industry-leading suite of products for the information publishing needs of commercial publishers and corporations. The Folio* product suite has become a standard among publishers and corporations in several industries, including legal, tax and accounting, finance and banking, insurance, and medical. The majority of Fortune 500 companies and more than 400 publishers use Folio and Transact software to create and distribute professional information, and to facilitate knowledge management strategies. The combination of Folio and Transact products enables companies to streamline and enhance current operations and to build new information-based businesses.

## MAJOR MILESTONES

Open Market's growth and development have been characterized by consistent, accelerated achievement of critical business milestones. These milestones serve as the foundation for continued growth, and as a formula for future success.

- Open Market was one of the first companies to conduct a live transaction over the Internet and the first to bring to market a full-fledged order management system for conducting commerce over the Internet.
- The company gained momentum with early customer wins and significant backing from some of the most respected companies in the world, including Time Warner, Tribune Co., and Advance Publications.
- <u>Transact, Open Market's flagship Internet commerce product, has received recognition in the form of awards such as the Intranet Excellence Award presented by Networld+Interop.</u>
- Open Market participated in the first multivendor Secure Electronic Transaction (SET) demonstration.
- The company has expanded globally and has been among the first of the Internet companies to establish a presence in Europe and the Pacific Rim.
- The opening of a support center in the Netherlands further reinforces the company's position as a global leader.
- Recognizing the significant Internet commerce opportunity in the information publishing market, the company acquired Folio Corporation, the world's leading provider of software for publishing information, with a desire to further enhance its ability to supply complete solutions to this market.

## MARKETS

Open Market's focus is on the ability of the Internet to revolutionize the customer-facing aspects of a business, including marketing and sales, order to delivery, service, and product creation processes.

Toward this end, Open Market software products are used by a variety of companies across a broad spectrum of markets, including business-to-consumer, business-to-business, information publishing, retail, financial services, and telecommunications, among others. These businesses take advantage of the richness of Open Market solutions either directly by deploying the software within their own enterprises, or indirectly by procuring services from commerce service providers (CSPs) running Open Market software. CSPs include telecommunications firms, banks, and Internet service providers that have implemented Open Market software and as a result, offer commerce services to smaller and mid-size companies that wish to outsource the implementation and maintenance of their Internet commerce solutions.

Business-to-business manufacturers and distributors benefit from the power of Open Market software in conducting Internet commerce with their partners. Open Market has a complete solution for business-to-business suppliers who not only want to build and manage a compelling online catalog, but who want to quickly move to selling products directly over the Internet.

Commercial publishers use Open Market products to create and profitably distribute high-value collections of professional reference information both via CD-ROM and via the Internet. Corporate users use the Folio product suite to customize, personalize, manage, and distribute information vital to their ongoing businesses and knowledge management initiatives.

## ENABLING COMMERCE THROUGHOUT THE NETWORKED MARKETPLACE

Open Market products allow companies to fully participate in the "networked marketplace." In order to compete effectively for a buyer's attention and loyalty, a business must embrace other participants in the online business community to offer value and convenience to buyers. Only Open Market software enables companies to actively promote, advertise, and merchandise their products and services beyond their Web site by allowing them to incorporate non-Web electronic media such as e-mail, CD-ROM, and word processing documents with their Internet strategy.

Open Market's unique SecureLink™ commerce architecture connects all participants in the online business community, enabling them to reach more customers, close sales faster, and create enhanced relationships and cross-promotional opportunities with partners. This is achieved through Open Market's powerful, secure, standards-based commerce objects, which are part of the SecureLink architecture. Commerce objects such as digital offers, digital receipts, digital tickets, and digital coupons require no custom coding, are completely secure, and can be used with standard Internet technology.

## THE NETWORKED MARKETPLACE



*Open Market's unique SecureLink commerce architecture connects all participants in the online business community, enabling them to provide significant added value to the customer and fortify their business and partnering success.*

SOV0088450

Open Market, Inc.
One Wayside Road
Burlington, MA 01803

**TEL**
781-359-3000
or call toll free
1-888-OPEN-MKT
**URL**
www.openmarket.com
**E-MAIL**
sales@openmarket.com

## INTERNET COMMERCE PRODUCTS

The company's core Internet commerce platform product is Transact. Transact, which manages Internet commerce within a corporation's or commerce service provider's operations, offers powerful functionality such as complete order management, online customer service, security, authentication, record-keeping, flexible purchasing and payment models, and secure transaction processing, including tax and shipping charges. Already the preeminent order management system for business-to-consumer Internet commerce, Transact has been widely adopted by major telecommunications and financial service providers as the basis of their Internet commerce services, and powers many of the world's largest commerce Web sites.

In addition to Transact, Open Market offers LiveCommerce™, a next-generation Internet catalog application. As part of Open Market's complete Internet commerce software solution, all types of businesses. Manufacturers and distributors, retailers and publishers can use the software to create online catalogs with unparalleled searching flexibility that enhance customer relationships while reducing costs and ultimately increasing revenue. For example, distributors can use LiveCommerce to economically provide a customized, private catalog that presents content, product lines, pricing, and branding specific to a company or type of customer.

## FOLIO PRODUCTS

The Folio® products meet the information publishing needs of both commercial publishers whose business is to create and distribute professional reference information and corporations that consume that professional information. Corporate customers use the powerful Folio tools to manage the professional information and combine it with business-critical internally created information to deepen their knowledge management infrastructure. The award-winning Folio product family includes Folio siteDirector™ which manages highly compressed, secure, and rapidly searchable multimedia information accessed via an intranet or the Internet. The Folio suite also includes Folio Views®, a high-end access and retrieval product designed for professional information users; Folio® Builder, an industrial-strength software suite for creating, distributing, and updating electronic information; Folio® Publisher, a redistribution license and software solution for professional information providers; and Folio® Integrator, a tool set that enables developers to incorporate Folio's information management components into information solutions.

## OPEN MARKET WORLDWIDE SERVICE AND SUPPORT

Open Market offers customer service programs that provide world-class technical and professional support. The company is proud to offer services that lend to the successful planning and deployment of customers' business solutions, and stands as the industry leader in Internet commerce and information management service experience.

Open Market operates service centers both in the United States and Europe to ensure that its global customers receive the prompt support that they need to build and maintain mission-critical software applications. Its set of dynamic technical support, education, and consulting programs are accompanied and enhanced by the services offered by Open Market's strategic business partners. Programs are modular and flexible so customers can choose the level of support that best fits their unique business needs.

## THE OPEN MARKET ADVANTAGE

Open Market has developed a reputation as a leader in a constantly evolving, fast-paced market that continues to redefine the very nature of how companies are doing business. At the same time, the company continues to hold on to its roots and its foundation — the inspiration, the desire, and most of all, the vision for the future.

*According to Software Magazine, July 1997*



OPEN MARKET

We ARE Internet Commerce™

2/98  10M