# Exhibit F

**Powerful Web Commerce Software**



# BUILDING WEB COMMERCE SITES



*Start doing business on the Web NOW!*

**Learn cutting-edge techniques for implementing:**

**Secure Servers:** Netscape, Apache, Quarterdeck, and others

**Payment Systems:** Including ICVERIFY, Netscape LivePayment, and CommerceRoom

**Net Cash Solutions:** Including eCash, CyberCash, and First Virtual

## ED TITTEL, CHARLIE SCOTT, PAUL WOLFE, AND MIKE ERWIN

Foreword by Steve Elefant, Chairman and Cofounder, ICVERIFY Corporation



IDG BOOKS WORLDWIDE



EXHIBIT

# BUILDING WEB COMMERCE SITES

*by Ed Tittel, Charlie Scott, Paul Wolfe, and Mike Erwin*



IDG BOOKS WORLDWIDE, INC.
AN INTERNATIONAL DATA GROUP COMPANY

Foster City, CA ■ Chicago, IL ■ Indianapolis, IN ■ Southlake, TX

**Building Web Commerce Sites**

Published by
**IDG Books Worldwide, Inc.**
An International Data Group Company
919 E. Hillsdale Blvd., Suite 400
Foster City, CA 94404

Copyright © 1997 IDG Books Worldwide, Inc. All rights reserved. No part of this book, including interior design, cover design, and icons, may be reproduced or transmitted in any form, by any means (electronic, photocopying, recording, or otherwise) without the prior written permission of the publisher.

Library of Congress Catalog Card No.: 96-079058

ISBN: 0-7645-3032-1

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

1B/QS/RS/ZW/FC

First Virtual, Virtual Tag, and VirtualPIN are trademarks of First Virtual Holdings Incorporated.

Netscape Communications Corporation has not authorized, sponsored, or endorsed, or approved this publication and is not responsible for its content. Netscape, and the Netscape Communications Corporate Logos, are trademarks and trade names of Netscape Communications Corporation. All other product names and/or logos are trademarks of their respective owners.

Distributed in the United States by IDG Books Worldwide, Inc.

Distributed by Macmillan Canada for Canada; by Contemporanea de Ediciones for Venezuela; by Distribuidora Cuspide for Argentina; by CITEC for Brazil; by Ediciones ZETA S.C.R. Ltda. for Peru; by Editorial Limusa SA for Mexico; by Transworld Publishers Limited in the United Kingdom and Europe; by Academic Bookshop for Egypt; by Levant Distributors S.A.R.L. for Lebanon; by Al Jassim for Saudi Arabia; by Simron Pty. Ltd. for South Africa; by Pustak Mahal for India; by The Computer Bookshop for India; by Toppan Company Ltd. for Japan; by Addison Wesley Publishing Company for Korea; by Longman Singapore Publishers Ltd. for Singapore, Malaysia, Thailand, and Indonesia; by Unalis Corporation for Taiwan; by WS Computer Publishing Company, Inc. for the Philippines; by WoodsLane Pty. Ltd. for Australia; by WoodsLane Enterprises Ltd. for New Zealand. Authorized Sales Agent: Anthony Rudkin Associates for the Middle East and North Africa.

For general information on IDG Books Worldwide's books in the U.S., please call our Consumer Customer Service department at 800-762-2974. For reseller information, including discounts and premium sales, please call our Reseller Customer Service department at 800-434-3422.

For information on where to purchase IDG Books Worldwide's books outside the U.S., please contact our International Sales department at 415-655-3172 or fax 415-655-3295.

For information on foreign language translations, please contact our Foreign & Subsidiary Rights department at 415-655-3021 or fax 415-655-3281.

For sales inquiries and special prices for bulk quantities, please contact our Sales department at 415-655-3200 or write to the address above.

For information on using IDG Books Worldwide's books in the classroom or for ordering examination copies, please contact our Educational Sales department at 800-434-2086 or fax 817-251-8174.

For authorization to photocopy items for corporate, personal, or educational use, please contact Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, or fax 508-750-4470.

**LIMIT OF LIABILITY/DISCLAIMER OF WARRANTY:** AUTHOR AND PUBLISHER HAVE USED THEIR BEST EFFORTS IN PREPARING THIS BOOK. IDG BOOKS WORLDWIDE, INC., AND AUTHOR MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE CONTENTS OF THIS BOOK AND SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTIONS CONTAINED IN THIS PARAGRAPH. NO WARRANTY MAY BE CREATED OR EXTENDED BY SALES REPRESENTATIVES OR WRITTEN SALES MATERIALS. THE ACCURACY AND COMPLETENESS OF THE INFORMATION PROVIDED HEREIN AND THE OPINIONS STATED HEREIN ARE NOT GUARANTEED OR WARRANTED TO PRODUCE ANY PARTICULAR RESULTS, AND THE ADVICE AND STRATEGIES CONTAINED HEREIN MAY NOT BE SUITABLE FOR EVERY INDIVIDUAL. NEITHER IDG BOOKS WORLDWIDE, INC., NOR AUTHOR SHALL BE LIABLE FOR ANY LOSS OF PROFIT OR ANY OTHER COMMERCIAL DAMAGES, INCLUDING BUT NOT LIMITED TO SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES.

**Trademarks:** All brand names and product names used in this book are trade names, service marks, trademarks, or registered trademarks of their respective owners. IDG Books Worldwide is not associated with any product or vendor mentioned in this book.



 is a trademark under exclusive license to IDG Books Worldwide, Inc., from International Data Group, Inc.

Our suggestion for those of you wishing to use Stronghold is to first attempt to install the Apache *httpd* server on your system. If you can accomplish this, then Stronghold should be simple to install.

**ONLY AVAILABLE FOR UNIX PLATFORMS**

The downside of Stronghold is that, like Apache, it's only available for UNIX platforms (and, unfortunately, not as many as Apache itself). A die-hard UNIX lover would say, "So what? What else do you need?" But the fact is, most Web server environments are becoming amalgamations of a variety of different platforms. A company may have a UNIX server to house its main pages because of the number of connections it allows, but also have a Windows NT Web server for a WWW front end to their MS Access database. When working in an environment like this, it's nice to have some homogeneity in how you interact with your Web server, such as Netscape's browser-based administrative pages.

Also, although Stronghold has a very nice script that helps guide you through the installation process, you may still run into the foibles that occur when installing *anything* on a UNIX system: Are permissions correct? Do you have port 443 open? Who should you run the Web server as? In other words, you should know your way around a UNIX system before you attempt to install Stronghold.

Perhaps some enterprising developer out there will take charge and port the Apache and SSLeay code to Windows NT and other platforms, so we can have a choice of Stronghold servers.

# Open Market's Secure Server

Open Market, Inc. has been a leader in electronic commerce products since early 1994. The following sections takes a look at the Open Market server, its highlights, and its shortcomings.

## It's a server with room to grow

Open Market's Secure Server is one of the most comprehensive servers on the market. Rather than trying to infuse the Internet industry with their own standards, as Microsoft and Netscape are doing, Open Market takes a more holistic approach and attempts to encompass as many competing technologies as possible. This is one instance where the "everything but the kitchen sink" approach seems to work. Their angle is that it's difficult to tell if the next new hot technology will become an industry standard or disappear without a trace. Why would an information manager want to invest in a product that gambles its livelihood on one server API, security protocol, or browser? Open Market attempts to take the risk out of buying its product by supporting everything. Combining this philosophy with server features and tools that complement (rather than clobber) existing Web server paradigms, makes for a powerful Web server.

**HOW MERCHANTS CAN USE LIVEPAYMENT**

If you're a merchant, the process of signing up for LivePayment is similar to signing up for a card-swipe device. As with the other technology, the merchant's bank arranges for an acquirer (such as NaBanCo or FDC) to take care of the processing demands. The acquirer gives the merchant whatever identification information is necessary, and configures its Internet banking gateway to accept the merchant's transactions. To guarantee secure communications (and accurate identification), the merchant also must apply to a certificate authority for a digital certificate.

**LIVEPAYMENT BENEFITS**

LivePayment is a well-developed, complex payment environment. One of LivePayment's strongest selling points is its support—it's backed by leading banks and prominent financial institutions such as First Data Corp., MasterCard, Wells Fargo Bank, GE Capital Retailer Financial Services, CyberCash, and VeriFone.

LivePayment is armed with the tools to help you add it to your Web site (including templates). Its cross-platform abilities are also a positive attribute—it runs on UNIX and Windows NT operating environments. The sample applications that LivePayment offers are also useful, as is its JavaScript tutorial. LivePayment also gains strength by being a part of Netscape's wide-reaching environment for electronic commerce.

**THE FUTURE OF LIVEPAYMENT**

At the time of writing, LivePayment was working on creating an exportable SET version of LivePayment for use in foreign countries. Look for LivePayment to accept a wider variety of payment forms (including debit cards and electronic checks), as well as micro-payments. Netscape also plans to expand LivePayment with server-side Java applications.

For more information about LivePayment, refer to the LivePayment FAQ, found at the following URL:

```
http://www.netscape.com/comprod/products/iapps/platform/
livepay_faq.html .
```

The LivePayment White Paper can be viewed at the following site:

```
http://www.netscape.com/comprod/products/iapps/platform/
livepay_white_paper.html .
```

## Open Market

Open Market heralds itself as "the only software available that offers companies a complete back-office infrastructure for secure Internet commerce." Its software solution is regarded as one of the most viable for businesses wanting to establish an online commerce presence. It provides solutions for business-to-consumer transactions as well as business-to-business transactions. One of OM's greatest selling points is the fact that it functions with all types of browsers, all varieties of payment types, and all security protocol formats.