IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:07-cv-511 [LED] |
| | § | JURY DEMAND |
| NEWEGG INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Newegg Inc. files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Richard A. Sayles is appearing as additional counsel for Defendant Newegg Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated: November 3, 2009.

Respectfully submitted,

 /s/ Richard A. Sayles
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

1

        David C. Hanson
        Kent E. Baldauf, Jr.
        John W. McIlvaine
        The Webb Law Firm
        436 Seventh Avenue, Suite 700
        Pittsburgh, PA  15219
        Telephone:  (412) 471-8815
        Facsimile:  (412) 471-4094

        Trey Yarbrough
        Yarbrough Wilcox, PLLC
        100 E. Ferguson St., Suite 1015
        Tyler, Texas  75702
        Telephone:  (903) 595-3111
        Facsimile:  (903) 595-0191

        *Attorneys for Defendant Newegg Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 3rd day of November, 2009.

        /s/ Richard A. Sayles