IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

**ORDER**

This case is set for pretrial hearing on January 21, 2010. The Agreed Docket Control Order requires that motions in limine be filed by January 13 and that the parties are to meet and confer and advise the Court by 3 p.m. on January 20 as to which paragraphs are agreed and which need to be addressed at the pretrial conference. The Court amends this and **ORDERS** that the parties substantively meet and confer on all limine issues before filing any motions in limine. Motions in limine shall be filed on January 13, 2010 and responses are due by January 15, 2010.

The Court also withdraws its general request for any pending motion notebooks or courtesy copies. If the Court needs copies of any particular motion, it will specifically request notebooks from the moving party.

**So ORDERED and SIGNED this 9th day of November, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**