### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG ) | |
| INC., REDCATS USA, INC., ) | |
| SYSTEMAX INC., ZAPPOS.COM, ) | |
| INC., REDCATS USA, L.P., THE ) | |
| SPORTSMAN'S GUIDE, INC., and ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Defendant Newegg's Motion for Leave to File Supplemental Brief is hereby GRANTED. Newegg shall file its Supplemental Brief by November _____, 2009. Soverain may file an opposing brief no longer than five (5) pages in length, no later than ten (10) days from service of Newegg's Supplemental Brief.