IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 6:07-CV-00511-LED

## ORDER

Defendant Newegg's Motion for Leave to File Supplemental Brief is hereby GRANTED. Newegg shall file its Supplemental Brief by November 20, 2009. Soverain may file an opposing brief no longer than five (5) pages in length, no later than ten (10) days from service of Newegg's Supplemental Brief.

**So ORDERED and SIGNED this 17th day of November, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**