IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC**, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | C.A. No. 6:07-cv-511-LED |
| ) | |
| **CDW CORPORATION, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME
FOR PARTIES TO EXCHANGE TRIAL EXHIBITS**

Plaintiff and Defendants hereby move the Court for an extension of time to exchange trial exhibits. Pursuant to the First Amended Docket Control Order (Docket No. 124) the parties are to file their Joint Pretrial Order with the Court on November 24, 2009. The parties are requesting an extension of time to comply with the exchange of exhibits portion **only** of the Joint Pretrial Order from November 24, 2009 until December 11, 2009.

The requested extension will not affect the trial date or other pre-trial deadlines and is necessary in order for the parties to properly comply with their pre-trial responsibilities in an orderly fashion. This extension is not sought for purposes of delay, but so that justice may be done.

Respectfully submitted,

*Michael C. Smith*
Michael C. Smith
State Bar No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith, LLP
713 South Washington Avenue

1

>Marshall, Texas 75670
>Office: (903) 938-8900
>(Fax):   (972) 767-4620
>michaelsmith@siebman.com
>
>COUNSEL FOR SOVERAIN SOFTWARE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 17th day of November, 2009.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

>*Michael C. Smith*
>Michael C. Smith

2