IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 6:07-cv-511-LED |
| ) | |
| **CDW CORPORATION, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
FOR PARTIES TO EXCHANGE TRIAL EXHIBITS**

Before the Court is the parties' Joint Motion for Extension of Time for Parties to Exchange Trial Exhibits. Having considered the motion, the Court GRANTS the motion and extends the deadline for the parties to exchange their trial exhibits to December 11, 2009.