# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | C.A. No. 6:07-cv-511-LED |
| ) | |
| **CDW CORPORATION, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
## FOR PARTIES TO EXCHANGE TRIAL EXHIBITS

Before the Court is the parties' Joint Motion for Extension of Time for Parties to Exchange Trial Exhibits. Having considered the motion, the Court GRANTS the motion and extends the deadline for the parties to exchange their trial exhibits to December 11, 2009.

So ORDERED and SIGNED this 18th day of November, 2009.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1