# EXHIBIT 1



*"Old Software Never Dies, It's Just Hard to Find It When You Need It!"*

## About Nuvocom

### Background

Founded in 1996, Nuvocom specializes in applying its expertise in Software Archaeology and related prior art research to assist our clients.

The growth of the Internet in the late 1990's inspired the creation of much software technology. Many of the companies and individuals involved believed that they were the first to solve some of the problems related to creating and delivering services over a communications network. Often they were *NOT* the first to see the opportunity and create these electronic products and services. Many patents were filed and granted by Internet developers, with neither the applicant nor the USPTO being aware that the same technology had been created before the Internet by the on-line services industry (The Source, Prodigy, GEnie, CompuServe, Delphi, AOL). (See Software Patent Overview)

As pioneers in the on-line services industry, Nuvocom's associates have personal knowledge of this early on-line technology; they are experienced at locating and actually demonstrating it. Nuvocom also has extensive experience with Internet technology and trends. This provides a broad context in which to evaluate the similarities and differences of modern developments and early technology.

In addition to the associates listed below, Nuvocom draws on a global network of hundreds of topical experts.

### David Eastburn, Chairman

A pioneer in on-line computing and broadband services, Mr. Eastburn has 30 years of experience in interactive computing, application design & development, R&D, content acquisition & development, business development, and executive level management and consulting services.

Examples of his experience include:



- Provided consulting services on all aspects of broadband service deployment.
- Testified in patent cases as both expert and fact witness.
- Wrote expert reports and claims interpretations.
- Conducted extensive prior art research and reconstructed applications for high profile Internet patent cases.
- 22 years at CompuServe with responsibilities for Product Marketing, Advanced Technologies (R&D), Channel Marketing, International Operations, and Business Development. Many industry firsts.
- Early broadband trials: Warner Qube (Columbus, OH; 1981),

- Continental (Exeter, NH; 1993), Time Warner (Elmira, NY; 1994), Rogers (Toronto, ON; 1995).
- VP & General Manager for Road Runner deployment in Columbus, Ohio; 1997-1999.
- Designed and developed early device-independent computer graphics applications beginning in the 1970's.
- Extensive experience in relational database management systems.
- Highly sought speaker at global industry gatherings on a wide range of topics.

MS Computer & Information Science, The Ohio State Univ; AB Math, Catawba College

### Alexander Trevor, President

A pioneer in on-line computing and former EVP and Chief Technical Officer of CompuServe, Mr. Trevor has over 30 years of computer engineering and technical management experience, including hardware and software development, computer networking, systems integration, and computer operations.

Some things we've done in patent, on-line and network areas:



- Fact witness in the Amazon v Barnes & Noble "1-click" case
- With Vint Cerf created first commercial email system linkage (CompuServe and MCI Mail)
- Built & managed world's largest site of SC-Group 36-bit servers
- CompuServe® GIF Protocol - we conceived it, Steve Wilhite created it, everyone uses it. (For those who care, the correct pronounciation is "JIF", not as in "gift.")
- CompuServe® CB - from concept to code, invented first commercial real-time chat
- Co-invented multi-lingual on-line forums - US Pat #5,715,466
- Architectural design of CompuServe Information Service (CIS)
- Designed CC-1115 and several other hardware interfaces
- Wrote DARE-IIIB, a digital simulation system
- Climbed all 46 Adirondack peaks over 4000'

MS Electrical Engineering, Univ of Arizona; BS Physics, Yale University

### Barry Berkov , Vice President - West Coast Operations

An early developer and participant in online computing and a long-time interactive services industry executive, Mr. Berkov has over 30 years of experience in interactive systems, product planning and management, application design and development, marketing, strategic planning and general executive management. He also has extensive hands-on and senior-level consulting experience in a wide variety of industries and areas.

Examples of his experience include:

- Ongoing software archaeology research for Nuvocom.
- Principal, Systematic Management Solutions providing executive consulting services to technology companies both in the US and

- overseas.
- Consultant serving as Director, Business Management for Fallbrook Technologies Inc.
- Interim General Manager, SignOnSandiego (website of the San Diego Union Tribune) in 2001.
- President and Chief Operating Officer at boxLot, an auction software development firm and destination site in 1999 and 2000.
- Executive VP at CompuServe Inc. with overall responsibility for the CompuServe Information Service from 1990 to 1996. Held various other executive positions at CompuServe from 1977 to 1990. Designed and managed CompuServe's customer support systems. Personally developed MicroQuote® and a number of other products.
- Consulting services including analysis, planning, product design, operations management and/or investment evaluations for various clients including Entertainment Drive, MediaLinx (Bell Canada), CableTel (UK), HBOC, The Ohio Partners LLC, Path 1 Network Technologies, Construction BidBoard and other startup companies.

MBA, University of Dallas; BA, Pomona College, Claremont, California

Software Patent Overview |  Nuvocom Background |  Services |  Links |  Contact us |  Home

© 1996-2007 Nuvocom Incorporated, All Rights Reserved.
Disclaimer: Nuvocom does not provide legal advice; nothing on this site should be construed as such.