# EXHIBIT 2

WILLIAM H. LOGSDON
RUSSELL D. ORKIN
DAVID C. HANSON
RICHARD L. BYRNE
KENT E. BALDAUF
PAUL M. REZNICK
JOHN W. MCILVAINE III
JULIE W. MEDER
LESTER N. FORTNEY
KENT E. BALDAUF, JR.
KIRK M. MILES
RANDALL A. NOTZEN
JAMES G. PORCELLI
CHRISTIAN E. SCHUSTER
ANN M. CANNONI
NATHAN J. PREPELKA
J. MATTHEW PRITCHARD IV

THE WEBB LAW FIRM
700 KOPPERS BUILDING
436 SEVENTH AVENUE
PITTSBURGH, PA 15219
TELEPHONE 412-471-8815
FAX 412-471-4094
E-MAIL webblaw@webblaw.com

PATENT, TRADEMARK & COPYRIGHT LAW

WILLIAM H. WEBB (1929-1997)
FREDERICK B. ZIESENHEIM (1958-2004)

DARRELL E. WILLIAMS
PATRICIA A. OLOSKY
ALEXANDER DETSCHELT
LARA A. NORTHROP
JAMES R. FRANKS
JAMES J. BOSCO, JR.
THOMAS C. WOLSKI
TARESSA J. FENUS
RYAN J. MILLER
ADAM J. KOMOROWSKI
BRYAN P. CLARK
JOHN W. ZERR
DANIEL H. BREAN

PATENT AGENT
MICHELE K. YODER

OF COUNSEL
DONALD C. LEPIANE

November 12, 2009

**VIA E-MAIL: tlgiannetti@jonesday.com**

Thomas L. Giannetti, Esq.
Jones Day
222 East 41st Street
New York, NY  10017-6702

    Re:    <u>Soverain Software LLC v. CDW Corporation et al.</u>

Dear Tom:

    Thank you for your letter of yesterday inquiring about summaries of witness testimony. We had planned to provide this with the Joint Pretrial Order, however, we are providing it to you today and will include it in the Joint Pretrial Order.

    We will not be calling Mr. Mackie. We will be calling Mr. Trevor. The summary of his testimony follows.

<u>Summary of Trevor Testimony</u>

    Based on personal knowledge, Mr. Trevor will describe the operation of the CompuServe Mall prior to May 1994, its public availability, and its commercial success.

    Mr. Trevor will explain the means by which CompuServe Mall customers could select more than one item during a single visit to a given merchant's online store prior to checkout (arranging for payment and shipping). In particular, Mr. Trevor will describe the files that accumulated customer selections at the CompuServe servers prior to checkout.

**STATEMENT OF CONFIDENTIALITY**
The information in this e-mail is <u>privileged</u> and <u>confidential</u> and is intended only for the use of the named recipient. Disclosure or copying of this document or its contents other than by the named recipient is prohibited. If this document is received in error, it should be returned to sender. If there are any reception problems, please call 412-471-8815.

The Webb Law Firm

Thomas L. Giannetti, Esq.                    - 2 -                    November 12, 2009

      Mr. Trevor will describe the communication protocols used by CompuServe.

      Mr. Trevor will describe the client software running on users' computers while communicating with the CompuServe Mall and transacting purchases.

      Mr. Trevor will describe the skills of professional programmers prior to May 1994 including familiarity with Internet protocols.

Very truly yours,

David C. Hanson

DCH/laf