# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 6:07-CV-00511-LED |
| ) | |
| CDW CORPORATION, NEWEGG INC., ) | |
| REDCATS USA, INC., SYSTEMAX ) | |
| INC.; ZAPPOS.COM, INC., REDCATS ) | |
| USA, L.P., THE SPORTSMAN'S ) | |
| GUIDE, INC., and TIGERDIRECT, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT NEWEGG, INC.'S INITIAL DISCLOSURES**

Pursuant to Paragraph 1 of the Discovery Order (Court Docket No. 91) in this action, defendant Newegg, Inc. ("Newegg" or "Defendant") makes the following initial disclosures of information. These disclosures are based on Newegg's current knowledge, information and belief. This action is currently in its preliminary stages, Newegg's investigations are ongoing, trial is not scheduled to begin until slightly less than two years from now (on February 8, 2010), and Newegg accordingly reserves the right to supplement these disclosures as it discovers new information.

**A.  Identification of the parties to the lawsuit**

On information and belief, plaintiff Soverain Software LLC ("Soverain") is a Delaware limited liability company with its principal place of business at 233 South Wacker Drive, Suite 3970, Chicago, IL 60606; defendant CDW Corporation is an Illinois corporation with its principal place of business at 200 N. Milwaukee Ave., Vernon Hills, IL 60061. Defendant Newegg is a Delaware corporation with a principal place of business at 16839 E. Gale Ave., City

existence of the NetMarket System to the USPTO for consideration in the applications leading to the '314 and '492 patents and the parent application to the '639 patent – which issued as U.S. Pat. No. 5,708,780 and contains claims directly related to those in the '639 patent. Newegg is accordingly entitled to a declaration by the Court that the patents-in-suit are unenforceable because of inequitable conduct.

**D. Identification of persons likely to have knowledge of relevant facts, connection with the case, and brief summary of the substance of such information**

The following persons are likely to have knowledge of facts relevant to this action.

| Name, address and telephone number | Connection with the case and summary of substance of information likely known |
| --- | --- |
| James Wu<br>Newegg Inc.<br>16839 E. Gale Ave.<br>City of Industry, CA 91745<br>This person may be contacted through Marshall, Gerstein & Borun LLP | Likely to have knowledge of facts relating to development, design and operation of Newegg website |
| Lucy Huo<br>Newegg Inc.<br>16839 E. Gale Ave.<br>City of Industry, CA 91745<br>This person may be contacted through Marshall, Gerstein & Borun LLP | Likely to have knowledge of facts relating to design of Newegg website |
| Rick Quiroga<br>Newegg Inc.<br>16839 E. Gale Ave.<br>City of Industry, CA 91745<br>This person may be contacted through Marshall, Gerstein & Borun LLP | Likely to have knowledge of facts relating to finances, revenues, costs, and profits associated with Newegg website |
| Katherine Wolanyk<br>Soverain Software LLC<br>233 South Wacker Drive, Suite 3970<br>Chicago, IL 60606<br>Phone: (312) 715-1500 | Likely to have information pertaining to the ownership of the patents in suit, licensing of those patents, and Soverain's business and intellectual property |

| Name, address and telephone number | Connection with the case and summary of substance of information likely known |
|---|---|
| David J. Mackie<br>21 Wormwood St.<br>Boston, MA  02210-1627<br>Phone:  (617) 670-2893 | Initially named inventor of U.S. Patent Nos. 5,909,492 and 5,715,314 and is likely to have information concerning the development of the subject matter claimed in those patents |
| Thomas M. Levergood<br>The Levergood Group, Inc.<br>9 North Street<br>Hopkinton, MA  01748-1028<br>Phone:  (508) 497-2417 | Named inventor of U.S. Patent Nos. 5,708,780 and 7,272,639  and is likely to have information concerning the development of the subject matter claimed in those patents |
| Lawrence C. Stewart<br>7 Erwin Road<br>Wayland, MA  01778-2502<br>Phone:  (508) 358-4167 | Named inventor of U.S. Patent Nos. 5,909,492, 5,715,314, 5,708,780 and 7,272,639  and is likely to have information concerning the development of the subject matter claimed in those patents, and likely to have information about Open Market, Inc. |
| G. Winfield Treese<br>11 Erwin Road<br>Wayland, MA  01778-2502<br>Phone:  (508) 358-0746 | Named inventor of U.S. Patent Nos. 5,708,780 and 7,272,639  and is likely to have information concerning the development of the subject matter claimed in those patents, and likely to have information about Open Market, Inc. |
| Andrew C. Payne (home)<br>83 Tower Road<br>Lincoln, MA  01773-3304<br>Phone:  (781) 259-9875 | Named inventor of U.S. Patent Nos. 5,909,492, 5,715,314, 5,708,780 and 7,272,639  and is likely to have information concerning the development of the subject matter claimed in those patents, and likely to have information about Open Market, Inc. |
| Stephen Jeffrey Morris<br>84 South Shaker Road<br>Harvard, Massachusetts 01451<br>Phone: (978) 772-4948 | Mr. Morris is a named inventor of U.S. Patent Nos. 5,708,780 and 7,272,639  and is likely to have information concerning the development of the subject matter claimed in those patents |
| David K. Gifford<br>26 Pigeon Hill Road<br>Weston, MA 02493-1640<br>Phone: (781) 647-0637 | Likely to have information regarding prior art and Open Market, Inc. |

| Name, address and telephone number | Connection with the case and summary of substance of information likely known |
|---|---|
| All persons that testified by deposition in the lawsuit Soverain Software LLC v. Amazon.com, Inc., Case No. 6-04CV-14 (E.D. Tex.) | Likely to have knowledge of facts relating to the subject matter disclosed in his or her deposition testimony |
| All persons identified as potential witnesses or disclosed as individuals with knowledge of relevant facts in the lawsuit *Soverain Software LLC v. Amazon.com, Inc*., Case No. 6-04CV-14 (E.D. Tex.) | Likely to have knowledge of facts relating to the subject matter upon which the individual was identified as having knowledge during the prior litigation |
| All authors and inventors of prior art listed of record in the patent prosecution and reexamination of the patents-in-suit or indemnified in the invalidity contentions of any party | Likely to have knowledge of the substance of the prior art as to which each author or inventor is named and all relevant dates and facts thereto |
| All licensees or alleged licensees of the patents-in-suit | Likely to have information regarding the licensing of the patents-in-suit, products or processes sold pursuant to any such licenses, and marking of those products or processes |
| Open Market, Inc. | Likely to have information regarding prior art and/or ownership of the patents-in-suit |
| Devine, Inc. | Likely to have information regarding prior art and/or ownership of the patents-in-suit |
| Divine Technology Ventures | Likely to have information regarding prior art and/or ownership of the patents-in-suit |
| Saratoga DMS, LLC | Likely to have information regarding prior art and/or ownership of the patents-in-suit |
| Data Return Managed Services LLC | Likely to have information regarding prior art and/or ownership of the patents-in-suit |
| Conor Robert Patent Holdings, LLC | Likely to have information regarding prior art and/or ownership of the patents-in-suit |
| Soverain Software LLC | Likely to have information regarding prior art and/or ownership of the patents-in-suit |

| Name, address and telephone number | Connection with the case and summary of substance of information likely known |
|---|---|
| Robert A. Pressman<br>Bramson & Pressman<br>1100 E. Hector Street<br>Suite 410<br>Conshohocken, PA 19428<br>Phone: (610) 260-4444 | Likely to have information regarding the licensing of the patents-in-suit |
| Casey Andrysiak<br>Soverain Software LLC<br>233 South Wacker Drive, Suite 3970<br>Chicago, IL  60606<br>Telephone: (312) 715-1500 | Likely to have information pertaining to Soverain's business |
| Robert S. Bramson<br>Bramson & Pressman<br>1100 E. Hector Street<br>Suite 410<br>Conshohocken, PA 19428<br>Phone: (610) 260-4444 | Likely to have information regarding the licensing of the patents-in-suit |
| Jeffrey Bussgang | Likely to have information pertaining to Open Market, Inc. |
| Maria Costanzo<br>Soverain Software LLC<br>233 South Wacker Drive, Suite 3970<br>Chicago, IL  60606<br>Telephone: (312) 715-1500 | Likely to have information regarding the licensing of the patents-in-suit |
| Gary Eichhorn<br>Eichhorn Group LLC<br>P.O. Box 2060<br>Dennis, MA 02638<br>Phone: (508) 353-4714 | Likely to have information pertaining to Open Market, Inc. |
| Paul Esdale<br>101 Rogers Street<br>Cambridge, MA 02142<br>Phone: (617) 761-6380 | Likely to have information pertaining to Open Market, Inc. |

- 13 -

| Name, address and telephone number | Connection with the case and summary of substance of information likely known |
|---|---|
| Shikhar Ghosh<br>388 Warren Street<br>Brookline, MA 02445<br>Phone: (617) 953-0787 | Likely to have information pertaining to Open Market, Inc. |
| Gail L. Grant | Likely to have information pertaining to Open Market, Inc. |
| Christian Oberbeck | Likely to have information pertaining to Saratoga DMS, LLC |
| Eric Penson | Likely to have information pertaining to Open Market, Inc. |
| Robert Weinberger | Likely to have information pertaining to Open Market, Inc. |

Discovery and Newegg's investigation of this matter are ongoing. Accordingly, Newegg reserves the right to supplement these disclosures in accordance with the Federal Rules of Civil Procedure and the Local Court Rules. Newegg further identifies, and incorporates by reference, all persons identified in the documents and things that have been and will be produced in this lawsuit, all persons identified in discovery responses, and all persons identified in depositions or in briefs or any supporting documents in this action. Newegg further identifies, and incorporates by reference herein, all individuals disclosed by any other party in their disclosures in this action.

### E.  Indemnity and insuring agreements

Newegg is not presently aware of any indemnity or insuring agreements under which any person or entity may be liable to satisfy part or all of a judgment entered in this action or to indemnify or reimburse for payments made to satisfy such a judgment.

**F.  Settlement agreements**

Newegg is not party to any settlement agreements relevant to the subject matter of this action.

**G.  Statements of Any Party to the Litigation**

To the extent any written statements by any party to the litigation are in Newegg's possession, custody, or control (which Newegg is not currently aware of) and are found after a reasonable search for documents, things and electronically stored information, they will be produced on May 6, 2008.

                                                        Respectfully submitted,

Dated: March 20, 2008                                        By: /s/ Thomas L. Duston

                                                           Eric H. Findlay
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX  75702
T:  903.597.3301
F:  903.597.2413
E:  efindlay@rameyflock.com

Thomas L. Duston
Matthew C. Nielsen
Charles E. Juister
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL  60606
T:  312.474.6300
F:  312.474.0448
E:  tduston@marshallip.com

Counsel for Defendant NEWEGG, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT NEWEGG, INC.'S INITIAL DISCLOSURES** has been served on the following counsel via email and U.S. Mail on March 20, 2008:

Kenneth R. Adamo
Jones Day
2727 North Harwood Street
Dallas, Tx 75201
kradamo@jonesday.com

Gaston Kroub
Greenberg Traurig
Metlife Building
200 Park Avenue, 15th Floor
New York, NY 10166
kroubg@gtlaw.com

Mary-Olga Lovett
Greenberg Traurig
1000 Louisiana
Suite 1800
Houston, TX 77002
lovettm@gtlaw.com

Thomas L. Giannetti
Jones Day
222 E. 41 Street
New York, NY 10017
tlgiannetti@jonesday.com

Tonya R. Deem
Frank Leak
Kilpatrick Stockton LLP NC
1001 W Fourth Street
Winston-Salem, NC 27101
tdeem@kilpatrickstockton.com
fleak@kilpatrickstockton.com

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
bboice@kilpatrickstockton.com

/s/ Thomas L. Duston