## ATTACHMENT 2

<u>Defendant's Witness List</u>

Defendant expects the following witnesses to testify at trial.

1. Lee Cheng
   General Counsel
   Newegg Inc.
   c/o Defendant's Counsel

2. Rick Quiroga
   Chief Financial Officer
   Newegg Inc.
   c/o Defendant's Counsel

3. James Wu
   Newegg Inc.
   c/o Defendant's Counsel

4. Alexander Trevor
   President
   Nuvocom Inc.
   c/o Defendant's Counsel

5. Edward Tittel
   c/o Defendant's Counsel

6. Chris Bakewell
   Duff and Phelps
   c/o Defendant's Counsel

Defendant may call the following witnesses to testify at trial, either live or via deposition.

7. Lawrence Stewart

8. Andrew Payne

9. Thomas Levergood

10. G. Winfield Treese

11. Katharine Wolanyk

Defendant may enter into evidence the testimony of the following witnesses via deposition.

12. Shikhar Ghosh

13. Eric Pyenson

14. Paul Esdale