## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 6:07-CV-00511-LED** |
| ) | |
| **CDW CORPORATION,** ) | |
| **NEWEGG INC.,** ) | |
| **REDCATS USA, INC.** ) | |
| **SYSTEMAX INC.,** ) | |
| **ZAPPOS.COM, INC.,** ) | |
| **REDCATS USA, L.P.,** ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** ) | |
| **AND** ) | |
| **TIGERDIRECT, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff, Soverain Software, LLC, pursuant to the Court's Docket Control Order entered in this case, files this Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Lee Cheng | | | ✓ |
| 2. | Shikhar Ghosh | | | ✓ |
| 3. | Jack Grimes | ✓ | | |
| 4. | Lucy Huo | | | ✓ |
| 5. | Thomas Levergood | | | ✓ |
| 6. | James Nawrocki | ✓ | | |
| 7. | Andrew Payne | | ✓ | |
| 8. | Richard Quiroga | | | ✓ |
| 9. | Michael Shamos | ✓ | | |
| 10. | Lawrence Stewart | | ✓ | |

| | | | | |
|---|---|---|---|---|
| **11.** | G. Winfield Treese | ✓ | | |
| **12.** | Katharine Wolanyk | ✓ | | |
| **13.** | James Wu | | ✓ | |

NYI-4233253v1