**ATTACHMENT 6--DEFENDANT'S SUBMISSION**

Deleted: DISCUSSION DRAFT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 6:07-CV-00511-LED** |
| **CDW CORPORATION, NEWEGG INC., REDCATS USA, INC. SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S SUBMISSON OF**

**JOINT PROPOSED VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Charge of the Court.

## QUESTION NO. 1

Did Soverain prove, by a preponderance of the evidence, that Newegg directly infringed the patent claims of the ’314 Patent and the ’492 Patent?

**For each claim, answer “Yes” or “No”.**

**’314 Patent:**

**(Direct Infringement)**

Claim 35: ________________

Claim 49: ________________

Claim 51: ________________

**’492 Patent:**

**(Direct Infringement)**

Claim 17: ________________

Claim 41: ________________

Claim 61: ________________

Deleted: A.

Deleted: B. Did Soverain prove, by a preponderance of the evidence, that Newegg induced infringement of the patent claims of the ’314 Patent and the ’492 Patent?¶

Deleted: **in column 1A**

Deleted: **If for any claim your answer in column 1A is “No,” then for that claim you must answer “Yes” or “No” in column 1B. If for any claim your answer in column 1A is “Yes,” then do not answer column 1B for that claim.**

Deleted: **1A**

Deleted: **1A**

**QUESTION NO. 2**

Did Soverain prove, by a preponderance of the evidence, that Newegg directly infringed the patent claims of the ’639 Patent?

**For each claim, answer “Yes” or “No.”**

**’639 Patent:**

Claim 60: ________________

Claim 66: ________________

Claim 68: ________________

Claim 79: ________________

**QUESTION NO. 3**

3. Did Newegg prove, by clear and convincing evidence, that the patent claims of the ’314 Patent, the ’492 Patent, and the ’639 Patent are invalid as anticipated by the prior art?

**For each claim, answer “Yes” or “No.”**

**’314 Patent:**

Claim 35: ________________

Claim 49: ________________

Claim 51: ________________

**’492 Patent:**

Claim 17: ________________

Claim 41: ________________

Claim 61: ________________

**’639 Patent:**

Claim 60: ________________

Claim 66: ________________

Claim 68: ________________

Claim 79: ________________

Deleted: ’314 Patent:¶
Claim 49: ... [1]

**QUESTION NO. 4**

4. Did Newegg prove, by clear and convincing evidence, that the patent claims of the ’314 Patent, the ’492 Patent, and the ’639 Patent are invalid as obvious to a person of ordinary skill in the field of technology at the time the invention of that claim was made?

**For each claim, answer “Yes” or “No.”**

**’314 Patent:**

Claim 35: ________________

Claim 49: ________________

Claim 51: ________________

**’492 Patent:**

Claim 17: ________________

Claim 41: ________________

Claim 61: ________________

**’639 Patent:**

Claim 60: ________________

Claim 66: ________________

Claim 68: ________________

Claim 79: ________________

**Deleted:** ’314 Patent:¶
Claim 34: ... [2]

**QUESTION NO. 5**

5. Did Newegg prove, by clear and convincing evidence, that the '780 patent fails to support the claims of the '639 patent for lack of written description, lack of enablement, and/or failure to set for the best mode of practicing the invention?

Deleted: 4

**Answer "Yes" or "No."**

**Answer: ____________**

**Answer Question No. 6 for any patent for which you answered "Yes" for one or more of the claims in Question No. 1, and for which you also answered "No" for the same claim in both Questions Nos. 3 and 4.**

Deleted: 5

Deleted: 5

**QUESTION N0. 6**

6. What sum of money, if paid now in cash, do you find should be awarded to Soverain as adequate to compensate it for the patent claims you have found to have been infringed?

Deleted: 5

**'314 Patent and/or '492 Patent** $______________________________

**Answer Question No. 7, if you answered "Yes" for one or more of the claims in Question No. 2, and for which you also answered "No" for the same claim in Questions Nos. 3 and 4.**

Deleted: 6
Deleted: both
Deleted: ,
Deleted: , or 5. and 4.

**QUESTION N0. 7**

Deleted: 6

7. What sum of money, if paid now in cash, do you find should be awarded to Soverain as adequate to compensate it for the patent claims you have found to have been infringed?

Deleted: 6

**'639 Patent** $_________________________________________

**SIGNED** this _______ day of February, 2010.

_________________________________________
JURY FOREPERSON

| Page 4: [1] Deleted | Author |
| --- | --- |

**’314 Patent:**

Claim 49: ________________

**’492 Patent:**

Claim 17: ________________

**’639 Patent:**

Claim 60: ________________

Claim 68: ________________

| Page 5: [2] Deleted | Author |
| --- | --- |

**’314 Patent:**

Claim 34: ________________

Claim 51: ________________

**’492 Patent:**

Claim 17: ________________

Claim 41: ________________

**’639 Patent:**

Claim 60: ________________

Claim 66: ________________

Claim 68: ________________

Claim 79: ________________