# Exhibit A

# COMPUSERVE® CIM *Running*START

Bob Campbell


SYBEX®

San Francisco . Paris . Düsseldorf . Soest

Acquisitions Editor: Dave Clark
Developmental Editor: David Kolodney
Editor: Savitha Varadan
Technical Editor: Maryann Brown
Book Series Designer: Claudia Smelser
"Running Start" Icon Designer: Alissa Feinberg
Production Artist: Lisa Jaffe
Screen Graphics: Cuong Le
Desktop Publishing Specialist: Ann Dunn
Proofreader/Production Assistant: Lisa Haden
Indexer: Ted Laux
Cover Design and Illustration: Archer Design

Screen reproductions produced with Collage Plus.

Collage Plus is a trademark of Inner Media Inc.

SYBEX is a registered trademark of SYBEX Inc.

TRADEMARKS: SYBEX has attempted throughout this book to distinguish proprietary trademarks from descriptive terms by following the capitalization style used by the manufacturer.

SYBEX is not affiliated with any manufacturer.

Every effort has been made to supply complete and accurate information. However, SYBEX assumes no responsibility for its use, nor for any infringement of the intellectual property rights of third parties which would result from such use.

Copyright ©1993 SYBEX Inc., 2021 Challenger Drive, Alameda, CA 94501. World rights reserved. No part of this publication may be stored in a retrieval system, transmitted, or reproduced in any way, including but not limited to photocopy, photograph, magnetic or other record, without the prior agreement and written permission of the publisher.

Library of Congress Card Number: 93-83895
ISBN: 0-7821-1279-X

Manufactured in the United States of America
10 9 8 7 6 5 4 3

# INTRODUCTION

This book is your guide to the CompuServe system, today's most popular online service, and easily the richest in possibilities. Read this book if you are new to CompuServe, the Information Manager, or CIM, or if you would like to gain a wider acquaintance with the system through some easy, hands-on examples. As you follow these lessons, you will quickly learn these uses of CompuServe:

- How to find the services you need anywhere on the system.

- How to use CompuServe's bulletin board services, known as *forums* (sometimes called *fora*), to trade messages or conduct live exchanges with other users, and to obtain computer programs, files, and vital information on a host of topics.

- How to exchange electronic mail, or *e-mail*, with other CompuServe users or people on other networks or e-mail systems.

- How to use CompuServe's financial services, news and information services, reference databases, travel services, and other areas of the system.

Basically, there are three means of access to CompuServe: CIM, specialized access programs, and general communications programs. This book focuses on CIM for Windows (hereafter called WinCIM), the newest, easiest, and most attractive avenue to CompuServe. The book also notes significant differences between WinCIM, CIM for DOS (DOS CIM), and standard communications programs. In Part II, the Alphabetical Reference, you will find descriptions of several programs that will automate your access to CompuServe and get you on- and offline as quickly as possible, for significant savings.

WinCIM places CompuServe at your fingertips through a clear, consistent system of windows, menus, icons, and buttons, making it as accessible as any Windows application. Even if you are comfortable with CompuServe's command mode, you owe it to yourself to try CIM; you will find that it organizes and even speeds many common operations in ways you wouldn't expect. It even opens new possibilities.

Usually, you register shareware by sending a form and a check or credit card number directly to the author. You can, however, register many shareware packages directly through CompuServe, making the process especially painless.

## TO REGISTER A SHAREWARE PACKAGE ONLINE

1. Use go swreg and choose the Register Shareware item.
2. Identify the package that you want to register, as by the Title or usual name of the package, the name of the file that you downloaded, the category of software, or the author's name. You can abbreviate many of these criteria, as by entering the first part of a title, category, or last name.
3. Pick a package from a list (if offered) and enter y when asked if you would like to register.
4. Supply your address information as prompted and confirm your intent to register. The information will be sent to the author, and the price will go to your CompuServe account.

## TO OBTAIN COLLECTIONS OF SHAREWARE PROGRAMS

Use go sd for the Shareware Depot, browse the menus, and order any packages you wish.

# SHOPPING

The CompuServe Shopping Mall features a collection of electronic mall merchants, selling everything from hardware and software to books to jewelry. You can also send for free or very cheap mail-order catalogs.

## TO SHOP IN THE ELECTRONIC MALL

1. Choose Shopping from the Browse menu, then choose, successively, the Electronic Mall and ENTER THE ELECTRONIC MALL. (Go mall takes you directly to the entrance of the Electronic Mall.)
2. Pick your merchant. You can find merchants by department (product category) or alphabetically.
3. Choose an item, read the description, and enter o to order it. Order as many items as you want and think you can afford. You can use ordinary navigation commands (like m and t) to get around.
4. As you leave the Mall (by entering exit or clicking the Leave button in the WinCIM ribbon), you will be asked to confirm your orders, to choose a method of payment (MasterCard or VISA), and to enter a billing address (and a shipping address, if it's different).

**SEE ALSO**  Automobiles, Consumer Reports

# SPORTS

This topic includes sports news coverage and forums devoted to sports and sports fans.

## TO SEE A SPORTS MASTER MENU

Use **go sports**. This menu includes the AP Sports Wire, AP Online, and several forums devoted to sports.

## TO READ A SPORTS STORY

1. From the Sports menu, choose the AP Sports Wire.

**223**

*Installing the Information Manager*
**APPENDIX**

- You can obtain a complete membership kit with the Information Manager from a neighborhood software store, or from many bookstores. If you have access to a CompuServe account (for instance, if you use a communications program but want to try CIM), you can order it online: Use the go word **cissoft** and choose the DOS or Windows version from the menu. Read about features and requirements and then choose to order the product. Follow the prompts and enter the information requested. Once you have registered the program, this is the place to go for upgrades as well.

- Note that both versions of CIM require a PC with an 80286 or later processor. (An 80386 SX or later is recommended for WinCIM.) DOS CIM requires 500K of available DOS memory (640K total); WinCIM requires 1MB total memory (at least 2MB are highly recommended). DOS CIM will need 1.5MB of disk space; WinCIM, 4MB. To run WinCIM, you must have an EGA or higher resolution monitor and Microsoft Windows 3 running (preferably, version 3.1). For both versions, you need a Hayes-compatible modem, and a mouse is very helpful.

- Follow the detailed setup instructions that come with your version of CIM: For DOS CIM, change to the drive holding the installation disk and enter **install** at the DOS prompt. For WinCIM, open the File menu from the Program Manager, select Run, and enter **a:setup**. Follow the prompts. Choose to copy the Signup files if you are going to open an account.

- If you plan to use both DOS CIM and WinCIM, be sure to copy them to the same master directory (which you should allow the installation program to name CSERVE) so that the programs can share various support files. To do this, you must be using DOS CIM version 2.1 or later—you should upgrade if necessary.

- To set up an account for DOS CIM, enter **signup** from the CSERVE directory at the DOS prompt and follow the instructions. For WinCIM, click the Membership Sign Up icon in your CompuServe program group. You will be asked to provide billing information, and CIM will use an 800 number to locate a local phone number to reach the service. Your one account will be valid for any means by which you reach CompuServe—DOS CIM, WinCIM, a general-purpose communications program, or any specialized form of access.

**240**