# Exhibit B

# How to Get the Most Out of CompuServe®

## Revised Fourth Edition

Charles Bowen
and David Peyton



BANTAM BOOKS
NEW YORK · TORONTO · LONDON · SYDNEY · AUCKLAND

*HOW TO GET THE MOST OUT OF COMPUSERVE 4th EDITION*
*A Bantam Book / February 1989*

*We wish to thank the following photgraphers for the use of their work on the front cover:
Donnelley Marks, Peter Gridley/FPG International, Chris Margerin/FPG International,
Richard Laird/FPG International, Paul Markow/FPG International, Patricia Lanza Field/Bruce
Coleman, Inc., and Scala/Art Resource, N.Y. for the use of the art by Georges-Pierre Seurat.*

*Throughout the book, the trade names and trademarks of some companies
and products have been used, and no such uses are intended to convey
endorsement of or other affiliations with the book or software.*

*All rights reserved.*
*Copyright © 1989 by Charles Bowen and David Peyton.*
*Cover art copyright © 1989 by Bantam Books, Inc.*

*No part of this book may be reproduced or transmitted
in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information
storage and retrieval system, without permission
in writing from the publisher.*
*For information address: Bantam Books, Inc.*

ISBN 0-553-34707-1

*Published simultaneously in the United States and Canada*

Bantam Books are published by Bantam Books, Inc. Its trademark, consisting of the
words "Bantam Books" and the portrayal of a rooster, is Registered in U.S. Patent and
Trademark Office and in other countries. Marca Registrada, Bantam Books, Inc., 666
Fifth Avenue, New York, New York 10103.

PRINTED IN THE UNITED STATES OF AMERICA

FG   0   9   8   7   6   5   4   3   2   1

4   How to Get the Most Out of CompuServe

Hundreds of different computers are on the market with many communications programs available for each. Because all of us are using different computers, different modems, and different software, obviously we won't be able to have much discussion here about problems you might have with any of those specific components. For those problems, we refer you to your owners' manuals and your service representatives at your local computer store. What we *can* talk about is the common ground among us, CompuServe, which treats us all the same, no matter what machines we are using.

## What Is a CompuServe?

CompuServe began in 1969 in Columbus, Ohio, when a small insurance holding company toyed with the idea of using computers to help manage its business. Not sure of what computers could do, the company hired some experts to determine the cost of setting up a data-processing operation. The report, prepared by a 25-year-old engineering graduate, showed the data-processing subsidiary would lose money the first year. "Do it," said the insurance company's president.

Engineer Jeffrey M. Wilkins, after convincing some of his associates to join him in building the fledgling company, began leasing time on local computers. For the first ten years, CompuServe primarily served corporations and governments, providing convenient computer storage for their data. However, in 1979, ten years ago this year, when the personal computer still was more rumination than reality, CompuServe saw the new PC technology's potential and opened its consumer information service, which has been operating ever since. In 1985, after 16 years at the helm during which the small data-processing subsidiary came to national prominence as a leading high-tech company, Wilkins stepped down as president of CompuServe to follow other business interests, and Charles McCall was named the new president.

Today CompuServe, Inc., still headquartered in Columbus, has broadened its scope from the days when it was recognized as a "time-sharing" company. The firm now offers services in videotex, network communication, and education. It employs more than 900 people, and its computer center houses some 40 Digital Equipment Corporation minicomputers. The firm outgrew its parent company in 1975 and "spun off" to become a public company with stock traded over-the-counter. In May 1980 CompuServe merged with H&R Block to become a subsidiary. Currently, CompuServe can be accessed with a local telephone call in more than 500 cities, meaning that about 85 percent of the U.S. population can log on directly. Hundreds more can reach the service through carrier networks like Tymnet, Telenet, DataPac, and others.

the on-line Feedback service after subscribing. You can convert to a business account from MasterCard, VISA, American Express, or Checkfree billing. A one-time $44.95 charge is levied for setting an initial business account user ID number and $19.95 is charged for each additional user ID number. If you want to go on-line right now, you can use a credit card or the Checkfree method and later convert it to a business account for a $10 charge.

Also on your scratch paper, you need to note two things about your computer's screen, its *width* and its *depth*. How many characters does your screen display on one line? And how many lines of text does it display at one time?

Finally, assuming you have determined what local to use to connect with the system — CompuServe's own network, a packet network like Tymnet, Telenet, or DataPac, or a LATA offered by your local phone company — turn to our On-line Survival Kit in the back of the book and locate the first section, called "Making the Connection." In that section, you will find a log-on procedure for each type of connection. Please put a bookmark on the appropriate page; we shall use that information in just a moment.

## Fire Up Your Machine

Okay, let's get started. Turn on your computer and run your communications program. While it is loading, let's talk about three things that should go on when your computer says, "Hello, Columbus!"

First, your program should be communicating in *full duplex*, which means that after you are connected to CompuServe, the letters and numbers you type on your keyboard are transmitted to Columbus and echo (or "bounce back") to you and are displayed on your screen. When you are on-line, what you see on the screen is *not* coming directly from your keyboard but is rather an echo of what the system "thinks" you have typed. The value of this full-duplex arrangement (common on most dialup services these days) is that: Sometimes while on-line, especially on very busy evenings, you may type a command that appears on the screen as usual but ... ut-oh, nothing seems to happen. It is as if the system has just ignored you. But it hasn't. The problem is that when many people are on-line at the same time, the system can become sluggish, and several seconds might pass before the system registers your command and reacts to it. However, as long as the system has echoed what you typed, you know that it has taken notice of your command and will get around to it as soon as it can. The echo is then a report on how you are being received on the other end. Therefore, if what you see on the screen is *not* what you typed — is, instead, garbled characters — then you know immediately you have a problem, usually static on the phone line. Break the connection and call again, and you probably will get a better line. If the condition persists, consult the On-line Survival Kit's "Trouble Shooting"

Although there is more to this list of book types (note the prompt), let's search for a computer book. Choose option 6 — Computer/Technical — to see which on-line stores offer such books:

```
MALL PRODUCT INDEX                        INX

  1 CompuServe Store                    [ ORD ]
  2 Computer Express                    [ CE  ]
  3 Marymac Industries Inc.             [ MM  ]
  4 McGraw-Hill Book Company, The       [ MH  ]
  5 Small Computer Book Club            [ BK  ]
  6 Some Things Special                 [ SP  ]
  7 Time-Life Books                     [ TL  ]
  8 Waldenbooks                         [ WB  ]

Enter choice !
```

Some are small regional companies; others, like McGraw-Hill and Walden-books, are nationally known. The codes in the right column are direct addresses for the stores, so from anywhere in the system you could reach one of them by entering GO followed by a code, such as G WB or G BK. Let's see what Waldenbooks offers. Enter 8 (or G WB), and the system says:

```
Waldenbooks

  WELCOME TO WALDENBOOKS!!!

  Offering you the best in
  * Videos * Computer Books
  * Free Catalogs *

Enter choice or <CR> for more !
```

Consider this message to be an electronic version of a window display. To enter the kiosk itself, press RETURN and see the main Waldenbooks menu:

```
Waldenbooks

  1 About Waldenbooks Online
  2 Ordering/Shipping Info
  3 ** ONLINE SHOPPING **
  4 Request FREE Catalog
  5 Waldensoftware Store
     Locations

 Enter choice !
```

Most mall merchants' electronic stores are designed like this, with an introductory menu of options for an overview of the store, one or more catalogs (often searchable by keywords or topics), and ordering and customer service information. To go directly to the book catalog, you enter 3, which causes the system to respond:

```
Waldenbooks                     WB-19

  1 CURRENT COMPUTERS BOOKS
     Selected for First New
     Direct by Waldensoftware
     Experts
  2 VIDEOSELECT
     New Releases and Classics

 Enter choice !
```

Here are the computer books that the Index told us Waldenbooks offered. Choose option 1.

320   How to Get the Most Out of CompuServe

```
Waldenbooks

COMPUTER BOOKS selected by
Waldensoftware Experts

THE BEST OF CURRENT COMPUTER BOOKS

Waldensoftware, is a growing chain
of storesbringing you the finest in
computer books and software. Their
staff of experts designed this list
for First New Direct with the needs
and interests of the Compuserve
customer in mind.

Waldensoftware's selections cover
a wide range of interests, offering
titles that reach the novice,
intermediate and advanced user. This
list will continue to grow and change,
reflecting thediversity and cutting
edge elements in the computer market.

Press <CR> for more !
```

Press RETURN to see the menu:

```
Waldenbooks

COMPUTER BOOKS AND VIDEOS

  1 Hardware
  2 Online
  3 Operating Systems/Utilities
  4 PC Videos
  5 Programming
  6 Software

Enter choice !
```

Let's see what they have in the way of books about on-line communications, which is option 2 in our example.

```
 ----------------------------------------------
|                                              |
|  2 articles selected                         |
|                                              |
|  Waldenbooks                            WB   |
|                                              |
|                                              |
|   1 How to Get the Most Out of Compuserve    |
|   2 How to Look It Up Online                 |
|                                              |
|  Enter choice !                              |
|                                              |
 ----------------------------------------------
```

Well, well — would you look at that! The very book you hold in your hands is listed here. Kind of makes you want to go out and buy another copy, doesn't it? (Nervous grin.) Choose 1 on this menu and read the description of the book. Go ahead! We love those words. There *is* a reason for all of this, besides assuaging our egos. Notice after the description comes a prompt like this:

```
 ----------------------------------------------
|                                              |
|  Enter "O" to order.                         |
|                                              |
|   !                                          |
|                                              |
 ----------------------------------------------
```

This is a common prompt in the Electronic MALL. If you want to order a product you have read about, simply enter O (that is, capital "o", not a zero), and the system notes it. The O command is universal in the MALL. It isn't the only thing you do to order something, but it is the beginning. Here is the rundown on ordering:

— You browse through a single store's database, ordering as many things as you like with the O command.

— As you exit the store, you are taken to an order area (the electronic version of the check-out clerk with a cash register) where you are asked for information such as name, address, phone number, and your method of payment (which often is a credit card number but can vary depending on the merchant with which you are dealing).

— There are stopping places all along the way to make corrections to the ordering information and even to cancel the entire order. In other words, the O command *isn't* a final commitment, so a slip of the fingers won't get you in trouble.

Right now we shall assume that for some reason you don't want to take advantage of the marvelous offer to purchase another of our books, so enter G MALL at the ! prompt, which takes you back out in the concourse:

```
The Electronic Mall                    EM-18

   __/__/ T H E
   __/__/ E L E C T R O N I C
        M A L L (R)

  1 -- Shop The MALL
  2 Index to Products
  3 SHOPPERS ADVANTAGE Club
  4 How to Shop
  5 Talk to the Mall Manager
  6 Go Mall Online
  7 Mall News/Free Shopping

 Enter choice !
```

Take a good look at this menu. You will probably want to come back later and check it out in more details. CompuServe is proud of this software, because it offers information about a world of products without the hassle often associated with shopping.

## You Don't Need a Weatherman...

Weather touches all of us, whether we are going out the door to the market or hitting the road for vacation or business. But before you head off, you might want to log on. CompuServe has tapped into the National Weather Service database of local and state forecasts to provide one of the most complete and extensive on-line forecast delivery services. To go there for the next leg of our tour, enter G WEA and, after a "One moment please" message, see: