# Exhibit C



# Using CompuServe

Jill H. Ellsworth, Ph.D.
Matthew V. Ellsworth

Que

# Using CompuServe®

**Copyright © 1994 by Que® Corporation**

All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any form or by any means, or stored in a database or retrieval system, without prior written permission of the publisher except in the case of brief quotations embodied in critical articles and reviews. Making copies of any part of this book for any purpose other than your own personal use is a violation of United States copyright laws. For information, address Que Corporation, 201 W. 103rd St., Indianapolis, IN 46290.

Library of Congress Catalog No.: 94-65518

ISBN: 1-56529-726-1

This book is sold *as is*, without warranty of any kind, either express or implied, respecting the contents of this book, including but not limited to implied warranties for the book's quality, performance, merchantability, or fitness for any particular purpose. Neither Que Corporation nor its dealers or distributors shall be liable to the purchaser or any other person or entity with respect to any liability, loss, or damage caused or alleged to have been caused directly or indirectly by this book.

97  96  95  94     6  5  4  3  2  1

Interpretation of the printing code: the rightmost double-digit number is the year of the book's printing; the rightmost single-digit number, the number of the book's printing. For example, a printing code of 94-1 shows that the first printing of the book occurred in 1994.

**Publisher:** David P. Ewing

**Associate Publisher:** Corinne Walls

**Publishing Director:** Lisa A. Bucki

**Managing Editor:** Anne Owen

**Marketing Manager:** Ray Robinson

Let's GO SHOPPING—CompuServe's Electronic Mall     **373**

### Getting Weather Maps

Choosing the Maps button displays the Regional Weather Maps screen in which you can specify the maps you want to view (see fig. 15.7). The Radar map shows weather activity across a national map. The Depiction map shows precipitation and cloud activity over a national map. Scroll down the list to see the large variety of forecast maps available, including regional travel weather maps. You can even change the location of the map area. You can view satellite weather maps for Europe, Asia, and Australia in addition to those for North America.



**Fig. 15.7**
The Regional Weather Maps screen.

# Let's GO SHOPPING—CompuServe's Electronic Mall

CompuServe's Electronic Mall is the oldest shopping center in cyberspace. Shopping electronically has been available for some time now, and the process has gotten more tightly focused as CompuServe users and vendors have zeroed in on the products and services that best suit on-line users. Over 120 "stores" are available in the mall, offering a complete gamut of goods and services, but the overall focus is on upscale consumer goods and gift items. Each mall vendor has its own GO designation to allow you to jump directly to its shopping area once you get to know the vendor and its offerings. Access to the mall is free of additional access charges. You pay for only your connect time.



The mall is composed of mail-order and direct-response merchants with lots of experience in order fulfillment. Almost all mall merchants let you request a catalog from them by filling out an on-line form. You can then use the mall for on-line order placement (see fig. 15.8). If you are among the growing legion of mail-order buyers, then shopping on-line should be a logical and comfortable step.



**Fig. 15.8**
The Mall menu.

The mall is currently organized into 28 departments. Choose the department heading to list all the vendors whose products fall under that department heading. The vendor listing details available payment methods (Visa, MasterCard, Discover, American Express), and may also describe any available special offers or discounts. You can shop in the mall either by selecting vendors by department, or you can search alphabetically. The alphabet list is divided into subsections. If you can, use the subsections; choosing the whole list takes too much time because the system tries to load information on all 120 vendors to your workspace.

**Tip**
If you plan to use the mall regularly, join the Mall Elite program. It's simple to join, it's free, and it can save you money.

The Electronic Mall is large and freewheeling. It runs frequent contests and sweepstakes as an enticement to get people to come to the mall, and then to keep them coming back to play, browse, and (hopefully) buy. If you are unfamiliar with the mall, one good resource is the CompuServe Magazine, where many of the Mall vendors place print ads describing their offerings and highlighting special features and sales.

The mall is separated into 28 categories for easy browsing (see fig. 15.9).




**Fig. 15.9**
Mall categories.

Once you get past the main menu window in WinCIM, you are dropped into a menu interface with numbers beside each choice. Press the number next to the menu item to either execute the command or read its description. To browse through the mall's offerings, you page through the screens using the navigation commands listed in table 15.1.

| Table 15.1 Mall Navigation Commands | |
|---|---|
| **Command** | **Function** |
| T | Go to the Top menu page |
| M | Go to the previous menu |
| S*n* | Scroll from *n* |
| R | Resend a page |
| F | Go forward a page |
| B | Go back a page |
| N | Display the next menu item |
| P | Display previous screen |

When you arrive at the desired merchant's top-level menu, you see the options for that section. Mall merchants may be running sales, or they may also be participating in one of the frequent mall-wide contests. These options

are shown in the menu. Read the merchant's Ordering Instructions—not all vendors handle the shopping process uniformly. Each product is designated with a number. Entering the number displays the item's description.

The Order command functions the same way for each store, but merchants may vary in payment and delivery options. Some merchants also offer extended warranty options. Again, pay attention to these options. When you find a product that you want to buy, press O for order. Your order will be stored in a personal holding file until you leave that merchant's store.

Press R to continue browsing the store in which you just placed the order. You can place as many orders in the store as you want. When you are finished shopping in that store, type **checkout**. An electronic order form appears.

During the order completion process, you are asked to specify your name, address, phone number, payment method, and delivery method. Next, you see an order summary; you have the option of changing any of your order at this point. You can cancel the order at any time by typing **exit** at any prompt on the order form.

After you indicate that your order is correct and complete, you automatically receive a confirmation number. Use this number if you need to inquire about the order. Make sure that you note this number—either electronically or on paper.

You can check the status of your order by contacting the mall merchant from whom you ordered the product(s). Many merchants include direct feedback sections, addresses, and telephone numbers in their on-line stores. In the case of a problem or dispute, contact the mall merchant. If you still need help, leave an Electronic Mall Feedback message (choose this option from the main Electronic Mall menu).

Questions about shopping in the mall are answered at the Information Booth (see fig. 15.10).



**Fig. 15.10**
The Mall Information Booth.



Mall merchants provide a variety of payment options, although it depends on where you choose to shop. To locate acceptable payment methods, read each merchant's Ordering Instructions before you start shopping. You can also locate payment methods and ship-to countries. From the Mall menu, choose Shop the Mall, and then by choosing either Shop by Department or Shop by Merchant.

Most merchants accept at least one major credit card. Some merchants may choose to bill you directly. Because most merchants accept credit cards, it is useful to have your credit card handy when ordering. You will be prompted for the type of card, card number, expiration date, and issuing bank.

Although some merchants include shipping and handling charges in the cost of the product, others add these to the final bill. Therefore, your final bill may be somewhat higher than the total cost indicated when ordering, due to shipping and handling charges, sales tax, and so on. Overall, expect to exercise the same caution that you would when dealing with any mail order vendor.

To overcome some of the resistance people might have to buying goods sight unseen, parts of the mall have instituted a viewer function. You can download pictures of items for sale as GIF files for viewing.

### Shoppers Advantage Club

Shoppers Advantage Club (GO SAC) is a premium shopping service available through the Mall. Available for an annual membership fee of $39.95, the Shoppers Advantage catalog claims to provide access to over 250,000 items at discount prices. Members and non-members alike can shop through Shoppers Advantage, but members always receive a discount price. Shoppers Advantage offers a wide array of name-brand products at very competitive prices.

### Consumer Reports On-Line

The well-known *Consumer Reports* (go consumer) is available on-line in the Electronic Mall. This service lets you check the reliability of the products that you might be ordering. It is an excellent resource to be able to search the extensive *Consumer Reports* database and library to obtain information about any potential purchase. Once you have chosen the products that you want to evaluate, *Consumer Reports* provides the results of its lab testing along with an explanation of its criteria. Figure 15.11 shows the Consumer Reports main menu.



**Fig. 15.11**
Consumer Reports on-line is an excellent resource for researching product reliability and safety.

The Consumer Reports Automobile Finder is an exceptionally useful feature if you are car shopping. Under WinCIM, the process is as simple as filling out a form to specify the type of car you are looking for. Double-click or press Enter on a field to display the choices under a given category. Once you complete the search form, simply choose Select, and the service displays all the relevant reports on the vehicles that conform to your search criteria. You can read the *Consumer Reports* review of the vehicle and the specifications.

Let's GO SHOPPING—CompuServe's Electronic Mall    **379**

Additionally, the all-important follow-up reliability studies are included in the search where applicable. Overall, this feature is a new car buyer's dream. Figure 15.12 shows the Carfind feature in action.





**Fig. 15.12**
The Consumer Reports Carfind feature lets you specify a car's characteristics and provides you with detailed specifications and recommendations.

Also available in the automotive section are reports on automotive products, such as tires, batteries, alarms, insurance, child safety seats, and car stereos.

Even if you are not in the market for a new car, *Consumer Reports* provides side-by-side comparative breakdowns of products from all the major makers in a given market. Using WinCIM, the process is fast and easy. From the Consumer Reports menu, choose the section that applies to the product you want to evaluate. These include:

- Appliances
- Electronics
- Home
- Automotive

You then can view all the products reviewed in the report by entering Models Tested/Rating. After you display a group of model reports, you can then display details on a particular product by double-clicking on it, or by pressing Enter. Figure 15.13 shows the display of an individual product report from the Consumer Reports database.

**Fig. 15.13**
Reports on a wide variety of products available. An overview of a given product area is available, along with specific detail on each product tested.



### New Car Showroom

The AutoNet/AutoBase New Car Showroom (GO NEWCAR) database is another spot for the would-be car buyer to get the low-down on the latest models. The service lets you access a complete database of specifications of almost all domestic and foreign models. It goes further by letting you run side-by-side feature comparisons of two different models. The database also has a Car Finder feature in which you answer a series of specification questions so that you can find matches in the database. Additionally, the New Car Showroom has the National Highway Traffic Safety Administration's new car assessment program crash test results. You can examine the test results from all the cars in a given size category. All the searches in this database are subject to small ($0.20 to $0.90) surcharges.

### Softex

Softex is a software sales and distribution outlet that lets you choose software products on-line, buy them, and then download them to your system. Softex goes beyond the notion of shareware, providing commercial vendors the opportunity to deliver their software products directly to users, through CompuServe. The purchaser is billed by CompuServe.

You access the Softex catalog through a menu. You can browse by subject area or list the entire catalog contents. Choosing an item displays a detailed

description of the package. You then have an opportunity to buy it. If you choose to buy, you need to be prepared for downloading the program files. Most interfaces handle downloads automatically, but if you are using a standard communications package to access CompuServe, you may need to do more setting up (see Chapter 3, "Retrieving and Posting Information").

## Playing Games on CompuServe

Gaming and entertainment on-line is a growing part of the on-line universe. Studies have shown that people use computers for games for 35 percent of all the time they spend computing. When they surveyed computer professionals, the number goes to 40 percent. CompuServe provides several gaming options. Games on CompuServe range from straightforward text-based trivia games, to a new generation of modem-sharing and multiplayer games that allow two or more users to interconnect and play a variety of adventure and arcade-type games.



Games and Entertainment is divided into two sections. Basic game products are part of the regular services. The extended products is where advanced, special feature games (specifically the multiplayer and modem-sharing games) are accessed. Figure 15.14 shows the main Entertainment/Games menu with all its options.



**Fig. 15.14**
The Entertainment/Games menu.

Case 6:07-cv-00511-LED   Document 291-4   Filed 12/03/09   Page 13 of 13 PageID #: 8114

## Appendix C

# CompuServe Logins: Finding Local Access Numbers and Supplemental Networks



Using CompuServe would become cost-prohibitive if you had to pay long distance charges in addition to connect charges. When you join CompuServe, you learn which local access number you should use to connect to the service. However, if you move or if you travel and want to use CompuServe from another city, you'll need to find that city's local access number so that you can connect free of long distance charges.

In some cities, however, there is no local access number. Does this mean you're out of luck and will be forced to pay for long distance? Not necessarily. You may be able to find a supplemental network for that city—such as SprintNet, Telenet, or Tymnet—so you can connect with savings over long distance charges. You may also want to find out how to gain access to a PDN—Public Data Network.

This appendix explains where to find city-by-city listings of local access numbers and supplemental networks, as well as logon instructions for the supplemental networks. These procedures start with *go phones*.