# Exhibit E

CONFIDENTIAL COPY

1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF TEXAS
3  TYLER DIVISION
4
5  SOVERAIN SOFTWARE, L.L.C.,       )
                                    )
6          Plaintiff,                )
                                    )
7      vs.                           ) No. 6:04-CV-14
                                    )
8  AMAZON.COM, INC., and THE GAP,    )
   INC.,                             )
9                                   )
           Defendants.               )
10
11         DEPOSITION OF ALEXANDER B. TREVOR
12                 May 17, 2005
13              Seattle, Washington
14
15        **** CONFIDENTIAL TRANSCRIPT ****
16
17
18
19
20
21
22
23
24
25

TOBY FELDMAN
INCORPORATED
One Penn Plaza . New York. New York 10119 . tel . 212.244.3990 . fax . 212.268.4828

```
                                                           121
 1    A    Okay.
 2    Q    Actually, let's see.  On Page 4 of the exhibit, take
 3         a look for a moment.  There is -- on the left-hand
 4         side, there is a panel that has a number of icons,
 5         including computers, forums, news, et cetera,
 6         et cetera.  Travel is listed on the lower left-hand
 7         corner.
 8    A    Right.
 9    Q    Is that the option that would enable the
10         Travelshopper feature?
11    A    What you have described is the browse menu.  It's
12         kind of a top menu for CompuServe.  And the travel
13         icon there, if you click on that or activate it,
14         would take you to the top-level CompuServe travel
15         menu, which includes many things, one of them being
16         CompuServe Travelshopper.
17    Q    If you could for a moment, could you look at the row
18         immediately above the last -- the next to last row in
19         the browse menu?
20    A    Okay.
21    Q    There is an icon on the right-hand side of this row
22         that is labeled "Shopping."
23    A    Right.
24    Q    Do you have an understanding as to what the shopping
25         icon in the browse menu was intended to do at
```

```
                                                                 122
 1        CompuServe?
 2    A   Again, that took you to the top-level shopping menu,
 3        which included things like the CompuServe Electronic
 4        Mall.
 5    Q   Do you have an understanding of what the shopping --
 6        of what the CompuServe Electronic Mall offered to
 7        CompuServe members?
 8    A   Yes.
 9    Q   Could you briefly describe that?
10    A   Electronic Mall was a collection of online merchants,
11        kind of like a virtual mall of stores.  And users
12        could enter those stores and purchase things.
13    Q   Have you formed an opinion as to whether the
14        Electronic Mall feature offered by CompuServe is
15        relevant to the claims of the '314 or '492 patents?
16    A   I haven't, no.
17    Q   Have you been asked to consider that option?
18    A   No.
19    Q   So you don't have an opinion whether the Electronic
20        Mall option is relevant to the claims of the --
21    A   I haven't really considered that.  So, no, I don't
22        have an opinion right now.
23    Q   Okay.  All right.  Flipping through the pages in this
24        exhibit, we see -- let's say, for example, at Page 7,
25        the CompuServe member dials a local access number.
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning