## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 6:07-CV-00511-LED |
| | ) |
| **CDW CORPORATION,** | ) |
| **NEWEGG INC.,** | ) |
| **REDCATS USA, INC.** | ) |
| **SYSTEMAX INC.,** | ) |
| **ZAPPOS.COM, INC.,** | ) |
| **REDCATS USA, L.P.,** | ) |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) |
| **AND** | ) |
| **TIGERDIRECT, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### SOVERAIN'S NOTICE OF COMPLIANCE WITH PARAGRAPHS 6(B) AND 6(C) OF THE DISCOVERY ORDER

Plaintiff Soverain Software LLC ("Plaintiff") hereby gives notice that Plaintiff's First Initial Deposition Designations, pursuant to Paragraph 6(B) of the Discovery Order, were served on Defendants on December 11, 2009 as set forth in the Docket Control Order entered by the Court on February 25, 2008.

Plaintiff further gives notice that Plaintiff's exhibit list and exhibits, pursuant to Paragraph 6(c) of the Discovery Order, were served on Defendants on December 11, 2009 as set forth in the Court's Order Granting Joint Motion for Extension of Time for Parties to Exchange Trial Exhibits entered by the Court on November 18, 2009.

Dated: December 14, 2009                    Respectfully submitted,


/s/ Thomas L. Giannetti    (with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Jennifer Seraphine
CA Attorney Reg. No. 245463
Email: jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    This is to certify that on December 14, 2009, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                           /s/ Thomas L. Giannetti
                                              Thomas L. Giannetti

NYI-4237028v1