IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,                 )<br>                                                              )<br>     Plaintiff,                                    )<br>                                                              )<br>     v.                                                )<br>                                                              )<br>CDW CORPORATION,                        )<br>NEWEGG INC.,                                  )<br>REDCATS USA, INC.                          )<br>SYSTEMAX INC.,                                )<br>ZAPPOS.COM, INC.,                           )<br>REDCATS USA, L.P.,                          )<br>THE SPORTSMAN'S GUIDE, INC.,    )<br>AND                                                    )<br>TIGERDIRECT, INC.,                          )<br>                                                              )<br>     Defendants.                               )  | Case No. 6:07-CV-00511-LED |

**SOVERAIN SOFTWARE LLC'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT
AND REAL TIME REPORTING OF COURT PROCEEDINGS**

Plaintiff Soverain Software LLC respectfully notifies the Court of its request for daily transcripts and real time reporting of the court proceedings for trial.

Dated: December 14, 2009                           Respectfully submitted,


                                                   /s/ Thomas L. Giannetti (with permission)
                                                   Kenneth R. Adamo
                                                   State Bar No. 00846960
                                                   Lead Attorney
                                                   Email:  kradamo@jonesday.com
                                                   JONES DAY
                                                   2727 North Harwood Street
                                                   Dallas, Texas 75201-1515
                                                   Telephone:  214-220-3939
                                                   Facsimile:  214-969-5100

                                                   Thomas L. Giannetti
                                                   NY Attorney Reg. No. 1632819
                                                   Email: tlgiannetti@jonesday.com
                                                   Ognian V. Shentov
                                                   NY Attorney Reg.  No. 2867737
                                                   Email:  ovshentov@jonesday.com
                                                   Barry R. Satine
                                                   NY Attorney Reg. No. 1450220
                                                   Email:  barryrsatine@jonesday.com
                                                   JONES DAY
                                                   222 East 41st Street
                                                   New York, New York 10017-6702
                                                   Telephone:  212-326-3939
                                                   Facsimile:  212-755-7306

                                                   Jennifer Seraphine
                                                   CA Attorney Reg. No. 245463
                                                   Email:  jseraphine@jonesday.com
                                                   JONES DAY
                                                   555 California Street, 26th Floor
                                                   San Francisco, CA 94104

                                                   ATTORNEYS FOR PLAINTIFF
                                                   SOVERAIN SOFTWARE LLC

## **CERTIFICATE OF SERVICE**

      This is to certify that on December 14, 2009, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

      /s/ Thomas L. Giannetti