IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| SOVERAIN SOFTWARE LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:07-cv-511 [LED] |
| | § | JURY DEMAND |
| NEWEGG INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE

Defendant Newegg Inc. hereby gives notice that Newegg Inc.'s Deposition Designation was served on Plaintiff's counsel by electronic mail on December 11, 2009, in compliance with this Court's First Amended Docket Control Order dated June 21, 2008, and Paragraph 6(B) of the Discovery Order.

Defendant also gives notice that Defendant Newegg's Trial Exhibit List and exhibits were served on Plaintiff's counsel by electronic mail and federal express on December 11, 2009, in compliance with Paragraph 6(C) of the Discovery Order and this Court's Order Granting Joint Motion for Extension of Time for Parties to Exchange Trial Exhibits dated November 18, 2009.

Dated: December 15, 2009.

Respectfully submitted,

 /s/ Richard A. Sayles
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

1

David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine
The Webb Law Firm
436 Seventh Avenue, Suite 700
Pittsburgh, PA 15219
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

Trey Yarbrough
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191

*Attorneys for Defendant Newegg Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 15th day of December, 2009.

    /s/ Richard A. Sayles