IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:07-cv-511 [LED] |
| | § | JURY DEMAND |
| NEWEGG INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE

Defendant Newegg Inc. hereby gives notice that Newegg Inc.'s Rebuttal Deposition Designation was served on Plaintiff's counsel by first class mail on December 23, 2009, in compliance with this Court's First Amended Docket Control Order dated June 21, 2008, and Paragraphs 2(A) and 6(B) of the Discovery Order.

Dated: December 29, 2009.

                                                                                                                       Respectfully submitted,

                                                                                                                       /s/ Richard A. Sayles
                                                                                                                       Richard A. Sayles
                                                                                                                       Texas State Bar No. 17697500
                                                                                                                       Mark D. Strachan
                                                                                                                       Texas State Bar No. 19351500
                                                                                                                       SAYLES | WERBNER
                                                                                                                       A Professional Corporation
                                                                                                                       1201 Elm Street
                                                                                                                       4400 Renaissance Tower
                                                                                                                       Dallas, Texas 75270
                                                                                                                       Telephone: (214) 939-8700
                                                                                                                       Facsimile: (214) 939-8787

          David C. Hanson
          Kent E. Baldauf, Jr.
          John W. McIlvaine
          The Webb Law Firm
          436 Seventh Avenue, Suite 700
          Pittsburgh, PA  15219
          Telephone:  (412) 471-8815
          Facsimile:  (412) 471-4094

          Trey Yarbrough
          Yarbrough Wilcox, PLLC
          100 E. Ferguson St., Suite 1015
          Tyler, Texas  75702
          Telephone:  (903) 595-3111
          Facsimile:  (903) 595-0191

          *Attorneys for Defendant Newegg Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 29th day of December, 2009.

               /s/ Richard A. Sayles

2