IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:07-cv-511 [LED] |
| | § | JURY DEMAND |
| NEWEGG INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE

Defendant Newegg Inc. hereby gives notice that Newegg Inc.'s Objections to Soverain's Rebuttal Deposition Designations was served on Plaintiff's counsel by electronic mail on January 4, 2010, in compliance with this Court's First Amended Docket Control Order dated June 21, 2008, and Paragraphs 2(A) and 6 of the Discovery Order.

Dated: January 5, 2010.

                                                                             Respectfully submitted,

                                                                             /s/ Richard A. Sayles
                                                                             Richard A. Sayles
                                                                             Texas State Bar No. 17697500
                                                                             Mark D. Strachan
                                                                             Texas State Bar No. 19351500
                                                                             SAYLES | WERBNER
                                                                             A Professional Corporation
                                                                             1201 Elm Street
                                                                             4400 Renaissance Tower
                                                                              Dallas, Texas 75270
                                                                             Telephone: (214) 939-8700
                                                                             Facsimile: (214) 939-8787

        David C. Hanson
        Kent E. Baldauf, Jr.
        John W. McIlvaine
        The Webb Law Firm
        436 Seventh Avenue, Suite 700
        Pittsburgh, PA  15219
        Telephone:  (412) 471-8815
        Facsimile:  (412) 471-4094

        Trey Yarbrough
        Yarbrough Wilcox, PLLC
        100 E. Ferguson St., Suite 1015
        Tyler, Texas  75702
        Telephone:  (903) 595-3111
        Facsimile:  (903) 595-0191

        *Attorneys for Defendant Newegg Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 5th day of January, 2010.

           /s/ Richard A. Sayles