IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:07-cv-511 [LED] |
| § | JURY DEMAND |
| NEWEGG INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF COMPLIANCE

Defendant Newegg Inc. hereby gives notice that Newegg Inc.'s Objections to Plaintiff Soverain's Exhibits was served on Plaintiff's counsel by electronic mail on January 8, 2010, in compliance with this Court's First Amended Docket Control Order dated June 21, 2008.

Dated:  January 11, 2010.

Respectfully submitted,

 /s/ Richard A. Sayles
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

>David C. Hanson
>Kent E. Baldauf, Jr.
>John W. McIlvaine
>The Webb Law Firm
>436 Seventh Avenue, Suite 700
>Pittsburgh, PA 15219
>Telephone: (412) 471-8815
>Facsimile: (412) 471-4094
>
>Trey Yarbrough
>Yarbrough Wilcox, PLLC
>100 E. Ferguson St., Suite 1015
>Tyler, Texas 75702
>Telephone: (903) 595-3111
>Facsimile: (903) 595-0191
>
>*Attorneys for Defendant Newegg Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 11th day of January, 2010.

>/s/ Richard A. Sayles