IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **CDW CORPORATION,** ) <br> **NEWEGG INC.,** ) <br> **REDCATS USA, INC.** ) <br> **SYSTEMAX INC.,** ) <br> **ZAPPOS.COM, INC.,** ) <br> **REDCATS USA, L.P.,** ) <br> **THE SPORTSMAN'S GUIDE, INC.,** ) <br> **AND** ) <br> **TIGERDIRECT, INC.,** ) <br> ) <br>     **Defendants.** ) | Case No. 6:07-CV-00511-LED |

**AGREED MOTION TO MODIFY PAGE LIMITS
WITH RESPECT TO MOTION IN LIMINE BRIEFING**

Plaintiff, Soverain Software LLC, submits this Agreed Motion to Modify Page Limits with Respect to Motion in Limine Briefing and respectfully shows:

This patent case involves three patents and a substantial number of claims. Soverain plans to file an in limine motion with three supporting briefs.

1. While Soverain's omnibus motion and its three supporting briefs encompass twenty-nine in limine issues, the motion and its three supporting briefs are, collectively, 30 pages in length, and exceed the 15-page limit of L.R. CV-7(a)(2) by 15 pages.

2. Soverain has made every effort to be succinct and efficient with respect to the length of its motion and supporting briefs, but believes that the additional pages are essential adequately and properly to present grounds for each of the in limine issues with respect to the three patents in this action.

NYI-4244757v1

3. Newegg and Soverain have conferred with respect to the subject matter of this motion and have agreed to request that the Court modify the overall page limits for nondispositive briefing in this case as follows:

(1) Soverain's in limine motion and supporting briefs shall not exceed 30 pages collectively, excluding attachment of the Proposed Order;

(2) Newegg's responses to Soverain's in limine motion and supporting briefs shall not exceed 30 pages collectively, excluding attachments.

WHEREFORE, Plaintiff, Soverain Software LLC, respectfully requests that the Court modify the page limits for nondispositive briefing in this case as set forth above.

**PRIVILEGED AND CONFIDENTIAL DRAFT**
1/11/2010

Dated: January 11, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Thomas L. Giannetti   (with permission)
　　　　　　　　　　　　　　　　　　　　　Kenneth R. Adamo
　　　　　　　　　　　　　　　　　　　　　State Bar No. 00846960
　　　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　　　Email:  kradamo@jonesday.com
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　2727 North Harwood Street
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201-1515
　　　　　　　　　　　　　　　　　　　　　Telephone:  214-220-3939
　　　　　　　　　　　　　　　　　　　　　Facsimile:  214-969-5100

　　　　　　　　　　　　　　　　　　　　　Thomas L. Giannetti
　　　　　　　　　　　　　　　　　　　　　NY Attorney Reg. No. 1632819
　　　　　　　　　　　　　　　　　　　　　Email:  tlgiannetti@jonesday.com
　　　　　　　　　　　　　　　　　　　　　Ognian V. Shentov
　　　　　　　　　　　　　　　　　　　　　NY Attorney Reg.  No. 2867737
　　　　　　　　　　　　　　　　　　　　　Email:  ovshentov@jonesday.com
　　　　　　　　　　　　　　　　　　　　　Barry R. Satine
　　　　　　　　　　　　　　　　　　　　　NY Attorney Reg. No. 1450220
　　　　　　　　　　　　　　　　　　　　　Email:  barryrsatine@jonesday.com
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　　　　New York, New York 10017-6702
　　　　　　　　　　　　　　　　　　　　　Telephone:  212-326-3939
　　　　　　　　　　　　　　　　　　　　　Facsimile:  212-755-7306

　　　　　　　　　　　　　　　　　　　　　Jennifer Seraphine
　　　　　　　　　　　　　　　　　　　　　CA Attorney Reg. No. 245463
　　　　　　　　　　　　　　　　　　　　　Email:  jseraphine@jonesday.com
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　555 California Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104

　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

NYI-4243449v5

## CERTIFICATE OF SERVICE

      This is to certify that on January 11, 2010, a true and correct copy of the foregoing document and its attachment has been served on all counsel of record via the court's ECF system.

      /s/ Thomas L. Giannetti
      Thomas L. Giannetti

## CERTIFICATE OF CONFERENCE

      This is to certify that counsel for the parties participated in conferences regarding the subject matter of this motion on January 11, 2010, as required by Local Rule CV-7(h) and agreed to the subject matter of this motion.

      /s/ Thomas L. Giannetti
      Thomas L. Giannetti