**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:07-CV-00511-LED** |
| | ) | |
| **CDW CORPORATION,** | ) | |
| **NEWEGG INC.,** | ) | |
| **REDCATS USA, INC.** | ) | |
| **SYSTEMAX INC.,** | ) | |
| **ZAPPOS.COM, INC.,** | ) | |
| **REDCATS USA, L.P.,** | ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) | |
| **AND** | ) | |
| **TIGERDIRECT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO MODIFY PAGE LIMITS**
**WITH RESPECT TO MOTION IN LIMINE BRIEFING**

Before the Court is Plaintiff, Soverain Software LLC's Agreed Motion to Modify Page Limits with Respect to Motion in Limine Briefing.  Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that Plaintiff Soverain's Agreed Motion to Modify Page Limits with Respect to Motion in Limine Briefing is granted and the Court hereby modified the overall page limits for motion in limine briefing in this case as follows:

(1) Soverain's in limine motion and supporting briefs shall not exceed 30 pages collectively, excluding attachment of the Proposed Order; and

(2) Newegg's responses to Soverain's in limine motion and supporting briefs shall not exceed 30 pages collectively, excluding attachments.