IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 6:07-cv-511-LED |
| | § | |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX INC., | § | JURY TRIAL DEMANDED |
| ZAPPOS.COM, INC., REDCATS USA, L.P., | § | |
| THE SPORTSMAN'S GUIDE, INC., and | § | |
| TIGERDIRECT, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Defendant Newegg Inc. files this Notice of Appearance of Additional Counsel, and hereby notifies the court that Claudia Wilson Frost is appearing as additional counsel for Defendant Newegg Inc. in the above-styled matter.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated: January 14, 2010         Respectfully submitted,


                                /s/ Claudia Wilson Frost
                                Claudia Wilson Frost
                                State Bar No. 21671300
                                909 Fannin, Suite 2000
                                Houston, TX 77010
                                (713) 276-7648
                                (713) 276-7673 – FAX
                                Email: claudia.frost@pillsburylaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 14, 2009.  Any other counsel of record will be served via facsimile or first class mail.

/s/ Claudia Wilson Frost<br>
Claudia Wilson Frost