IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 6:07-cv-511-LED |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Newegg Inc. files this Notice of Appearance of Additional Counsel, and hereby notifies the court that Jeremy J. Gaston is appearing as additional counsel for Defendant Newegg Inc. in the above-styled matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated: January 15, 2010                    Respectfully submitted,

/s/ Jeremy J. Gaston
Jeremy J. Gaston
State Bar No. 24012685
909 Fannin, Suite 2000
Houston, TX 77010
(713) 276-7613
(713) 276-7673 – FAX
Email: jeremy.gaston@pillsburylaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 15, 2010.  Any other counsel of record will be served via facsimile or first class mail.

/s/ Jeremy J. Gaston
Jeremy J. Gaston
