IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 6:07-CV-00511-LED |
| | ) |
| CDW CORPORATION, | ) |
| NEWEGG INC., | ) |
| REDCATS USA, INC. | ) |
| SYSTEMAX INC., | ) |
| ZAPPOS.COM, INC., | ) |
| REDCATS USA, L.P., | ) |
| THE SPORTSMAN'S GUIDE, INC., | ) |
| AND | ) |
| TIGERDIRECT, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF SOVERAIN SOFTWARE LLC'S
TRIAL TIME REQUESTS**

In accordance with the First Amended Docket Control Order requesting that the parties submit specific requests for trial time, and in consideration of the parties' joint estimate that trial will require 5 days, or a total of 30 hours (assuming a 6-hour trial day), Plaintiff Soverain Software LLC ("Soverain") requests 15 hours of trial time, said time to be allocated as follows:

| | | | | | |
|---|---|---|---|---|---|
| Voir Dire | — | 0 | hours | 30 | minutes |
| Opening Statement | — | 0 | hours | 30 | minutes |
| Direct and Cross Examinations | — | 13 | hours | 0 | minutes |
| Closing Argument | — | 1 | hour | 0 | minutes |
| | | 15 | hours | 0 | minutes |

Soverain further requests that should Defendant request and be granted more than 15 hours of trial time, that Soverain be granted an equal amount of trial time.

NYI-4243867v2

Dated:    January 19, 2010             Respectfully submitted,

/s/ Thomas L. Giannetti (w/permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      This is to certify that on January 19, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                                  /s/ Thomas L. Giannetti
                                                  Attorney for Plaintiff