IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br> ) <br>    **Plaintiff,** ) <br> ) <br>    v. ) <br> ) <br> **CDW CORPORATION,** ) <br> **NEWEGG INC.,** ) <br> **REDCATS USA, INC.** ) <br> **SYSTEMAX INC.,** ) <br> **ZAPPOS.COM, INC.,** ) <br> **REDCATS USA, L.P.,** ) <br> **THE SPORTSMAN'S GUIDE, INC.,** ) <br> **AND** ) <br> **TIGERDIRECT, INC.,** ) <br> ) <br>    **Defendants.** ) | Case No. 6:07-CV-00511-LED |

## JOINT MOTION REQUESTING SUBMISSION OF A JUROR QUESTIONNAIRE

Plaintiff Soverain Software LLC ("Soverain") and Defendant Newegg Inc. ("Newegg") jointly move for submission of a Juror Questionnaire in the form accompanying this motion.

As mentioned in Paragraph M of the Joint Proposed Pretrial Order (Docket No. 289), the parties have conferred and reached agreement upon a Joint Proposed Juror Questionnaire. The form agreed to by the parties accompanies this motion as Attachment 1.

The parties jointly request that this questionnaire be submitted and filled out by potential jurors, prior to *voir dire* and jury selection, now scheduled for February 1, 2010.

A proposed order accompanies this motion.

NYI-4246662v1

- 2 -

Dated:       January 19, 2010           Respectfully submitted,


/s/ Thomas L. Giannetti (w/permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100


Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF


/s/ Richard A. Sayles
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES │WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas  75270
Telephone: 214-939-8700
Facsimile: 214-939-8787

- 3 -

      David C. Hanson
      Kent E. Baldauf, Jr.
      John W. McIlvaine
      Daniel H. Brean

      THE WEBB LAW FIRM
      700 Koppers Building
      436 Seventh Avenue
      Pittsburgh, Pennsylvania  15219
      Telephone: 412-471-8815
      Facsimile: 412-471-4094

      Trey Yarbrough
      Texas State Bar No. 22133500
      YARBROUGH ♦WILCOX, PLLC
      100 E. Ferguson St., Ste. 1015
      Tyler, Texas  75702
      Telephone:  903-595-3111
      Facsimile: 903-595-0191
      trey@yw-lawfirm.com

      ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      This is to certify that on January 19, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                              /s/ Thomas L. Giannetti
                                              Attorney for Plaintiff