**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CDW CORPORATION, )<br>NEWEGG INC., )<br>REDCATS USA, INC. )<br>SYSTEMAX INC., )<br>ZAPPOS.COM, INC., )<br>REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., AND )<br>TIGERDIRECT, INC., )<br>)<br>Defendants. )<br>)<br>) | Case No. 6:07-CV-00511-LED |

**[PROPOSED] JOINT JUROR QUESTIONNAIRE**

## **TO PROSPECTIVE JURORS**

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case.  By the use of this questionnaire, the process of jury selection will be shortened.  Please answer the questions as completely as possible.  The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge.  During the questioning by the Court or the attorneys, you will be given an opportunity to explain or expand any answers, if necessary.  If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process.  The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please use the back of the questionnaire should you wish to make further comments regarding any of your answers, and please remember to indicate the corresponding question number.

If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court.  **PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS – JUST HONEST ONES.**

**JUROR QUESTIONNAIRE**               Juror No. _____

1. Name: _____  Age: _____   ☐ Male   ☐ Female
2. City/town where you live, and how long you have lived there? _____
3. What is the last or highest level of school you completed (if beyond high school, indicate field of study)? _____
   _____
4. Please list current or last place of work, your job title, duties and time of employment? _____
   _____
5. Have you ever owned or operated a small business?   ☐ Yes   ☐ No   If yes, please describe: _____
   _____
6. Have you ever held a public service job or worked for the government?   ☐ Yes   ☐ No   If yes, please describe (If military service, include branch and highest rank): _____
7. Do you have any special training, education, or experience in the following areas? [Check all that apply]
   ☐ Accounting                  ☐ Computer software              ☐ Law / Law enforcement
   ☐ Computer hardware           ☐ Insurance / Employee benefits  ☐ Technology
   ☐ Computer programming        ☐ Internet sales                 ☐ Web site design
8. If you have served as a juror, explain what was/were the case(s) about: _____
9. Have you or anyone close to you ever worked in the legal profession, including working for any court, judge, lawyer or law firm?   ☐ Yes   ☐ No   If yes, please explain: _____
10. What is your current marital status?         ☐ Single
    ☐ Married       *How long?* _____     ☐ Divorced   *How long?* _____
    ☐ Divorced, but remarried                  ☐ Widowed    *How long?* _____
11. Spouse's Name: _____   Spouse's Employer: _____
12. Have you, or any immediate family member, ever:   Been a witness in court?   ☐ Yes   ☐ No
                                                      Filed a lawsuit?            ☐ Yes   ☐ No
                                                      Been sued?                  ☐ Yes   ☐ No
13. Are there any newspapers / magazines you read regularly?   ☐ Yes   ☐ No   If yes, please list them: _____
    _____
14. Have you ever used: [Check all that apply]   ☐ America Online (AOL)   ☐ CompuServe   ☐ Prodigy
15. Do you use a computer for: [Check all that apply]   ☐ Email   ☐ Shopping   ☐ Work   ☐ Other
16. Do you use the Internet for: [Check all that apply]   ☐ Email   ☐ Shopping   ☐ Work   ☐ Other
17. Do you or anyone close to you have your/their own web site?   ☐ Yes   ☐ No
18. Do you work for or have a company that sells things on a web site?   ☐ Yes   ☐ No
19. Have you ever designed a web site?   ☐ Yes   ☐ No
20. Do you know what a database is?   ☐ Yes   ☐ No   If you use databases, please explain how: _____
21. Do you know what an Internet "cookie" is?   ☐ Yes   ☐ No
22. What does "patent infringement" mean to you? _____
23. Have you or anyone close to you ever applied for / obtained a patent or trademark?   ☐ Yes   ☐ No   If yes, please describe: _____
24. Do you have any familiarity or experience with the U.S. Patent and Trademark Office?   ☐ Yes   ☐ No   If yes, please explain: _____
25. Do you have any understanding of patent law or how the U.S. Patent and Trademark Office grants a patent?
    ☐ Yes  ☐ No   If yes, please explain: _____
26. Is there is anything that may affect your ability to be a fair and impartial juror in this case?   ☐ Yes ☐ No   If yes, please explain: _____

Your Signature: _____                Date Signed: _____