# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **CDW CORPORATION,** ) <br> **NEWEGG INC.,** ) <br> **REDCATS USA, INC.** ) <br> **SYSTEMAX INC.,** ) <br> **ZAPPOS.COM, INC.,** ) <br> **REDCATS USA, L.P.,** ) <br> **THE SPORTSMAN'S GUIDE, INC.,** ) <br> **AND** ) <br> **TIGERDIRECT, INC.,** ) <br> ) <br>     **Defendants.** ) | Case No. 6:07-CV-00511-LED |

## **ORDER**

The parties to this action having moved jointly for submission of a questionnaire to the proposed jurors for this case.

And the Court having considered the motion.

IT IS HEREBY Ordered that the motion is granted. The Joint Proposed Juror Questionnaire accompanying the motion shall be submitted to and filled out by potential jurors prior to *voir dire* and jury selection, scheduled for February 1, 2010.

NYI-4246670v1