IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX INC., | § | |
| ZAPPOS.COM, INC., REDCATS USA, | § | |
| L.P., THE SPORTSMAN'S GUIDE, INC., | § | |
| and TIGERDIRECT, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT NEWEGG INC.'S ESTIMATE OF TIME**

Pursuant to the Court's Docket Control Order entered on June 21, 2008, Defendant files this its estimate for the amount of time for trial as follows:

1. Voir Dire — 45 minutes per side;

2. Opening Statement — 30 minutes per side;

3. Direct And Cross Examination — 12 hours per side;

4. Closing Argument — 30 minutes per side.

Dated:  January 19, 2010

Respectfully submitted,


 /s/ Richard A. Sayles
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas  75270
Telephone:  (214) 939-8700
Facsimile:  (214) 939-8787

David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine
The Webb Law Firm
436 Seventh Avenue, Suite 700
Pittsburgh, PA  15219
Telephone:  (412) 471-8815
Facsimile:  (412) 471-4094

Trey Yarbrough
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas  75702
Telephone:  (903) 595-3111
Facsimile:  (903) 595-0191

*Attorneys for Defendant Newegg Inc.*

140221v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 19th day of January, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Richard A. Sayles　　　　　

140221v1

3