IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Soverain Software, LLC** § | | |
| **Plaintiff** § | | |
| § | | |
| vs. § | | |
| § | Civil Action No. 6:07cv511-LED | |
| **CDW Corporation,** § | | |
| **Newegg Inc.,** § | Jury Trial Demanded | |
| **Redcats USA, Inc.,** § | | |
| **Systemax, Inc., and** § | | |
| **Zappos.com, Inc.** § | | |
| **Defendants** § | | |

### Defendant Newegg Inc.'s Notice of Compliance with 35 U.S.C. § 282

This is to notify the Court that on August 28, 2009, Defendant, Newegg Inc., served its Second Supplemental Invalidity Contentions on Plaintiff pursuant to P.R. 3-3 and 3-6 and in compliance with 35 U.S.C. § 282.

Dated:  January 23, 2010                    Respectfully submitted,

<ins>/s/ Trey Yarbrough for Richard A. Sayles</ins>
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

        David C. Hanson
        Kent E. Baldauf, Jr.
        Daniel H. Brean
        The Webb Law Firm
        436 Seventh Avenue, Suite 700
        Pittsburgh, PA 15219
        Telephone: (412) 471-8815
        Facsimile: (412) 471-4094

        Trey Yarbrough
        Bar No. 22133500
        Yarbrough Wilcox, PLLC
        100 E. Ferguson St., Suite 1015
        Tyler, Texas 75702
        Telephone: (903) 595-3111
        Facsimile: (903) 595-0191

        Attorneys for Defendant, Newegg Inc.

## Certificate of Service

    I certify that all counsel who have consented to electronic service have been served with a copy of this instrument via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 23, 2010. All counsel who have not so consented will be served via facsimile transmission or first class mail.

        /s/ Trey Yarbrough
        Trey Yarbrough