**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:07 CV 511** |
| | § | **PATENT CASE** |
| **CDW CORPORATION, NEWEGG INC.,** | § | |
| **REDCATS USA, INC., SYSTEMAX, INC.,** | § | |
| **ZAPPOS.COM, INC., TIGER DIRECT,** | § | |
| **INC., THE SPORTSMAN'S GUIDE, INC.,** | § | |
| **and REDCATS USA LP** | § | |
| | § | |
| **Defendant** | § | |

**ORDER**

In an effort to balance the Court's civil docket with an impending criminal trial, the Court

sets this case for trial on February 1-2, 2010, February 8-9, 2010, and February 16-17, 2010. Trial

will commence immediately following jury selection on February 1, 2010.

**So ORDERED and SIGNED this 26th day of January, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**