IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CDW CORPORATION, )<br>NEWEGG INC., )<br>REDCATS USA, INC. )<br>SYSTEMAX INC., )<br>ZAPPOS.COM, INC., )<br>REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., )<br>AND )<br>TIGERDIRECT, INC., )<br>)<br>    Defendants. ) | Case No. 6:07-CV-00511-LED |

## **ORDER**

The parties to this action having moved jointly to continue the trial date from February 1, 2010 to April 26, 2010, and the Court having considered the motion, IT IS HEREBY Ordered that the motion is granted.  Jury selection will commence at that time.