IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,   )<br>  )<br>  Plaintiff,   )<br>  )<br>  v.   )<br>  )<br>CDW CORPORATION,   )<br>NEWEGG INC.,   )<br>REDCATS USA, INC.   )<br>SYSTEMAX INC.,   )<br>ZAPPOS.COM, INC.,   )<br>REDCATS USA, L.P.,   )<br>THE SPORTSMAN'S GUIDE, INC.,   )<br>AND   )<br>TIGERDIRECT, INC.,   )<br>  )<br>  Defendants.   ) | Case No. 6:07-CV-00511-LED |

### DECLARATION OF MICHAEL IAN SHAMOS

I, Michael Ian Shamos, Ph.D., declare:

1. I have been retained by Soverain Software LLC ("Soverain") to provide expert opinions and testimony on the prior art in the case and to rebut the contentions of invalidity presented by the defendants in the above-styled case.

2. I have prepared an expert report concerning validity in this case, and have been deposed by defendant Newegg Inc. (Newegg).

3. I expect to testify at trial in this case.

4. Since 2001 I have held an appointment as a Visiting Professor at the University of Hong Kong. My duties include traveling to China each year in late winter to deliver a course on Electronic Payment Systems.

5. I was careful to schedule my trip around the expected trial date in this case. I was informed that trial was scheduled to proceed on February 8-12, 2010. I left the period February 1-12 open for the trial. I leave for Asia on February 13 and will be in Hong Kong until March 10, 2010. My course has been scheduled for

        many months and has been announced to students at the University and is now unmovable at such short notice.  The course lectures are interspersed with several other courses taken by the students during the same time period and the schedule is not subject to radical change.

6.     I have made advance travel payments exceeding $12,000 which would not be refundable if the travel dates change.

7.     I am available to testify for Soverain should the trial be continued to the week of April 26, 2010.

I declare under penalty of perjury that the foregoing statements are true.

Signed at Pittsburgh, Pennsylvania on January 27, 2010.

_____
Michael I. Shamos, Ph.D.

## CERTIFICATE OF SERVICE

This is to certify that on January 27, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ Kenneth R. Adamo
Kenneth R. Adamo
Attorney for Plaintiff
