IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC.,<br>AND<br>TIGERDIRECT, INC.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 6:07-CV-00511-LED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The parties to this action having moved jointly to continue the trial date from February 1, 2010 to April 26, 2010, and the Court having considered the motion, IT IS HEREBY ORDERED that the motion is granted. The Court sets this case for jury selection on April 19, 2010 at 9 a.m. with trial to commence on April 26, 2010 at 9 a.m.

**So ORDERED and SIGNED this 27th day of January, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**