IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

### ORDER

The Court **ORDERS** the following expedited briefing schedule for the Emergency Opposed Motion by Newegg to Disqualify Jones Day (Docket No. 324):

| | |
|---|---|
| Response | Friday, March 5, 2010 at 12:00 p.m. |
| Reply (as needed) | Monday, March 8, 2010 at 12:00 p.m. |
| Surreply (as needed) | Tuesday, March 9, 2010 at 8:00 a.m. |

**So ORDERED and SIGNED this 2nd day of March, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**