# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:07-CV-00511-LED |
| ) | |
| CDW CORPORATION, ) | |
| NEWEGG INC., ) | |
| REDCATS USA, INC. ) | |
| SYSTEMAX INC., ) | |
| ZAPPOS.COM, INC., ) | |
| REDCATS USA, L.P., ) | |
| THE SPORTSMAN'S GUIDE, INC., ) | |
| AND ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING SOVERAIN'S MOTION TO EXCLUDE THE BELATEDLY-PRODUCED COMPUSERVE DOCUMENTS, THE COMPUSERVE MANUALS AS CORROBORATING EVIDENCE, AND TREVOR'S UNCORROBORATED TESTIMONY**

The Court, having considered Soverain's Motion to Exclude the Belatedly-Produced CompuServe Documents, the CompuServe Manuals as Corroborating Evidence, and Trevor's Uncorroborated Testimony, hereby orders that the motion is GRANTED.

NYI-4257751