IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CDW CORPORATION,** <br> **NEWEGG INC.,** <br> **REDCATS USA, INC.** <br> **SYSTEMAX INC.,** <br> **ZAPPOS.COM, INC.,** <br> **REDCATS USA, L.P.,** <br> **THE SPORTSMAN'S GUIDE, INC.,** <br> **AND** <br> **TIGERDIRECT, INC.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 6:07-CV-00511-LED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

NOW COMES Plaintiff Soverain Software, LLC and files this unopposed motion for leave to exceed the page limit in their response to Defendant Newegg's Sealed Emergency Motion to Disqualify the Jones Day Firm (Docket #324) in this action. Counsel for the Plaintiff has contacted Defendant's counsel, and hereby represents to the Court that the relief sought is not opposed and that Defendant has agreed to a 25 page limit for Plaintiff's response. At the same time, Plaintiff's counsel agreed to any reasonable request by Newegg to exceed the page limit in its Reply.

Respectfully submitted,

*Michael C. Smith*
Michael C. Smith
State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
713 South Washington Avenue
Marshall, Texas 75670
Office: (903) 938-8900
(Fax):  (972) 767-4620

1

michaelsmith@siebman.com

COUNSEL FOR SOVERAIN SOFTWARE, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 5th day of March, 2010.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ *Michael C. Smith*
Michael C. Smith