IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **CDW CORPORATION, NEWEGG INC., REDCATS USA, INC. SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC.,** | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

CAME ON TO BE HEARD THIS DAY Plaintiff Soverain Software, LLC's unopposed motion for leave to exceed the page limit for their response to Defendant Newegg's Sealed Emergency Motion to Disqualify the Jones Day Firm (Docket #324) in this action. After considering the motion, the Court finds that it is well taken and should be granted. It is, therefore, ORDERED that Plaintiff Soverain Software, LLC is granted leave to exceed the page limit for its response to Docket #324.

**So ORDERED and SIGNED this 8th day of March, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**