IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC.,<br>AND<br>TIGERDIRECT, INC.,<br><br>    Defendants. | Case No. 6:07-CV-00511-LED |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

NOW COMES Defendant Newegg Inc. ("Newegg") and files this unopposed motion for leave to exceed the page limits in its reply to plaintiff Soverain Software's Response to Newegg's Sealed Emergency Motion to Disqualify the Jones Day Firm (Docket #327).  Counsel for Newegg has contacted plaintiff's counsel and hereby represents to the Court that the relief sought is not opposed and that plaintiff has agreed to a 7-page limit for Newegg's reply.

                                                            Respectfully submitted,

Dated: March 8, 2010         By:      /s/ Trey Yarbrough_____
                                                            Trey Yarbrough
                                                            Texas Bar No. 22133500
                                                            YARBROUGH ♦ WILCOX, PLLC
                                                            100 E. Ferguson St., Ste. 1015
                                                            Tyler, Texas 75702
                                                            Tel: (903) 595-3111
                                                            Fax: (903) 595-0191
                                                            trey@yw-lawfirm.com

                                                            *Counsel for Newegg, Inc.*

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 8th day of March, 2010.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                         /s/ *Trey Yarbrough*
                                         Trey Yarbrough