# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:07-CV-00511-LED** |
| | ) | |
| **CDW CORPORATION,** | ) | |
| **NEWEGG INC.,** | ) | |
| **REDCATS USA, INC.** | ) | |
| **SYSTEMAX INC.,** | ) | |
| **ZAPPOS.COM, INC.,** | ) | |
| **REDCATS USA, L.P.,** | ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) | |
| **AND** | ) | |
| **TIGERDIRECT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

NOW COMES Plaintiff Soverain Software LLC and files this unopposed motion for leave to exceed the page limit in their surreply to Defendant Newegg's Emergency Opposed Motion to Disqualify Jones Day (Docket No. 324) in this action.  Counsel for the Plaintiff has contacted Defendant's counsel, and hereby represents to the Court that the relief sought is not opposed, and that Defendant has agreed to a 10-page limit for Plaintiff's surreply.

NYI-4258687v1

Wherefore Plaintiff requests that this motion be granted by the Court.

Dated: March 8, 2010                                    Respectfully submitted,


                                                       /s/ Thomas L. Giannetti   (with permission)
                                                       Kenneth R. Adamo
                                                       State Bar No. 00846960
                                                       Lead Attorney
                                                       Email:  kradamo@jonesday.com
                                                       JONES DAY
                                                       2727 North Harwood Street
                                                       Dallas, Texas 75201-1515
                                                       Telephone:  214-220-3939
                                                       Facsimile:  214-969-5100

                                                       Thomas L. Giannetti
                                                       NY Attorney Reg. No. 1632819
                                                       Email:  tlgiannetti@jonesday.com
                                                       Ognian V. Shentov
                                                       NY Attorney Reg.  No. 2867737
                                                       Email:  ovshentov@jonesday.com
                                                       Barry R. Satine
                                                       NY Attorney Reg. No. 1450220
                                                       Email:  barryrsatine@jonesday.com
                                                       JONES DAY
                                                       222 East 41st Street
                                                       New York, New York 10017-6702
                                                       Telephone:  212-326-3939
                                                       Facsimile:  212-755-7306

                                                       Jennifer Seraphine
                                                       CA Attorney Reg. No. 245463
                                                       Email:  jseraphine@jonesday.com
                                                       JONES DAY
                                                       555 California Street, 26th Floor
                                                       San Francisco, CA 94104

                                                       ATTORNEYS FOR PLAINTIFF

NYI-4258687v1

## CERTIFICATE OF SERVICE

     This is to certify that on March 8, 2010, a true and correct copy of the foregoing document and its attachment has been served on all counsel of record via the court's ECF system.

/s/ Thomas L. Giannetti
Thomas L. Giannetti