IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

## ORDER

Before the Court is the Emergency Opposed Motion by Newegg to Disqualify Jones Day (Docket No. 324). Having reviewed the parties' written submissions, the Court sets this matter for evidentiary hearing on **March 17, 2010 at 1:30 p.m.**

Each party's lead trial counsel must attend the hearing. The Court expects the declarants to be present and available for direct and cross examination.

So ORDERED and SIGNED this 9th day of March, 2010.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE