## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:07-CV-00511-LED** |
| | ) | |
| **CDW CORPORATION,** | ) | |
| **NEWEGG INC.,** | ) | |
| **REDCATS USA, INC.** | ) | |
| **SYSTEMAX INC.,** | ) | |
| **ZAPPOS.COM, INC.,** | ) | |
| **REDCATS USA, L.P.,** | ) | |
| **THE SPORTSMAN'S GUIDE, INC.,** | ) | |
| **AND** | ) | |
| **TIGERDIRECT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING SOVERAIN'S UNOPPOSED MOTION TO ENTER
## SUBSTITUTE EXHIBIT 8 TO DECLARATION OF MARK A. FINKELSTEIN

Before the Court is Plaintiff, Soverain Software LLC's ("Soverain") Unopposed Motion

to Enter Substitute Exhibit 8 to Declaration of Mark A. Finkelstein with Respect to Soverain's

Response to Defendant Newegg, Inc.'s Emergency Opposed Motion to Disqualify Jones Day.

Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that the Clerk is to enter the attached substitute Exhibit 8 to the

Declaration of Mark A. Finkelstein to replace the previously filed Exhibit 8 to the Declaration of

Mark A. Finkelstein (Dkt. No. 327-9), which was filed on March 5, 2010, in support of

Soverain's Response to Emergency Opposed Motion by Newegg to Disqualify Jones Day (Dkt.

No. 327).

**So ORDERED and SIGNED this 8th day of March, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**