## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **CDW CORPORATION,** **NEWEGG INC.,** **REDCATS USA, INC.** **SYSTEMAX INC.,** **ZAPPOS.COM, INC.,** **REDCATS USA, L.P.,** **THE SPORTSMAN'S GUIDE, INC.,** **AND** **TIGERDIRECT, INC.,** | ) |
| Defendants. | ) |

### ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT

CAME ON TO BE HEARD THIS DAY defendant Newegg Inc.'s unopposed motion for leave to exceed the page limit for its reply to plaintiff Soverain Software LLC's Response to Newegg's Sealed Emergency Motion to Disqualify the Jones Day Firm (Docket #327). After considering the motion, the Court finds that it is well taken and should be granted. It is, therefore, ORDERED that defendant Newegg Inc. is granted leave to exceed the page limit for its reply.

**So ORDERED and SIGNED this 8th day of March, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**