IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:07-CV-00511-LED |
| ) | |
| CDW CORPORATION, ) | |
| NEWEGG INC., ) | |
| REDCATS USA, INC. ) | |
| SYSTEMAX INC., ) | |
| ZAPPOS.COM, INC., ) | |
| REDCATS USA, L.P., ) | |
| THE SPORTSMAN'S GUIDE, INC., ) | |
| AND ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

CAME ON TO BE HEARD THIS DAY Plaintiff Soverain Software LLC's unopposed motion for leave to exceed the page limit for their surreply to Defendant Newegg's Emergency Opposed Motion to Disqualify Jones Day (Docket No. 324) in this action and to set a 10-page limit for the surreply. After considering the motion, the Court finds that it is well taken and should be granted. It is, therefore, ORDERED that plaintiff Soverain Software LLC is granted leave to exceed the page limit for its surreply to Docket No. 324.

**So ORDERED and SIGNED this 9th day of March, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**