# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC § § **Plaintiff** § § vs. § § CDW CORPORATION, NEWEGG INC., § REDCATS USA, INC., SYSTEMAX, INC., § ZAPPOS.COM, INC., TIGER DIRECT, § INC., THE SPORTSMAN'S GUIDE, INC., § and REDCATS USA LP § § **Defendant** § | CASE NO. 6:07 CV 511 PATENT CASE |

## ORDER

The Court's order setting the Emergency Opposed Motion by Newegg to Disqualify Jones Day (Docket No. 324) for evidentiary hearing on March 17, 2010 at 1:30 p.m. (Docket No. 335) states that the Court expects the declarants to be present and available for direct and cross examination.  The Court amends this as follows:

The Court expects the principal declarants, including Mark A. Finkelstein, Lee Cheng, and Mira Wolff, to be present and available for direct and cross examination regarding their declarations. In addition, the parties are directed to meet and confer in person or by telephone to determine if either party expects any other declarants to be present and available to testify at the evidentiary hearing.  While the Court does not anticipate the parties will have any disputes regarding testifying witnesses, should any disputes arise, the parties shall notify the Court by March 12, 2010 at 12 p.m.

**So ORDERED and SIGNED this 10th day of March, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**