**Appendix K**                                                                                      Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_Tyler_ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # _6:07-CV-00511-LED_
Style: _Soverain Software LLC v. CDW Corporation et al._
2. Applicant is representing the following party/ies: _Soverain Software LLC_
3. Applicant was admitted to practice in _Ohio_ (state) on _11/29/79_ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / (has no) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / (has no) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / (has no) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. _None_
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
_USDC, ND Ohio; US Court of Appeals, 4th, 6th, 7th, 9th and 10th Circuits_
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Thomas Demitrack_ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _3/10/10_           Signature _[signature]_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Thomas Demitrack
State Bar Number 0025266 (Ohio)
Firm Name: Jones Day
Address/P.O. Box: North Point, 901 Lakeside Ave.
City/State/Zip: Cleveland, Ohio 44114
Telephone #: 216-586-7141
Fax #: 216-579-0212
E-mail Address: tdemitrack@jonesday.com
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **3/11/10**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By MLL
Deputy Clerk

# Receipt for Payment

Receipt No: 0-1-0021427

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Thursday, March 11, 2010

Received from:

MICHAEL C. SMITH PLLC
P. O. BOX 1556
MARSHALL, TX 75671

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 6:07CV511
Comments: PHV - CK 688
THOMAS DEMITRACK

Received by: KB