Appendix K

Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

*[Stamp: RECEIVED MAR 12 2010 CLERK US DISTRICT COURT EASTERN DIST. OF TEXAS]*

1. This application is being made for the following: Case # __6:07-CV-00511-LED__
Style: __Soverain Software LLC v. CDW Corporation et al.__
2. Applicant is representing the following party/ies: __Soverain Software LLC__
3. Applicant was admitted to practice in __Texas__ (state) on __4/18/2008__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See attachment__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __George T. Manning__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __3/11/2010__          Signature _____

CONTINUATION FORM — ATTACHMENT

(Use a separate form for each question that requires a *Continuation Form*. Make additional copies of this form as needed.)

For Question No. __3(c)__

NAME: __Manning__   __George__   __Taylor__
       Last         First         Middle

| Federal Jurisdictions -- U.S. District Court | |
|---|---|
| Southern District of New York | 2/25/1975 |
| Eastern District of New York | 3/21/1975 |
| USDC District of Columbia | 12/6/1982 |
| District of Maryland | 2/5/1988 (lapsed due to no activity) |
| Northern District of Texas | 8/10/1992 |
| Southern District of Texas | 8/14/2009 |
| Northern District of Georgia | 7/30/2001 |
| District of New Jersey | 2002 (lapsed due to no activity) Pro Hac Vice |
| U.S. Court of Federal Claims | 5/27/1997 |

| U.S. Court of Appeals | |
|---|---|
| Second Circuit Court of Appeals | 12/7/1981 |
| Third Circuit Court of Appeals | 5/20/2003 |
| Fourth Circuit Court of Appeals | 9/4/1987 |
| Sixth Circuit Court of Appeals | 12/16/1985 |
| Eighth Circuit Court of Appeals | 8/6/1998 |
| Ninth Circuit Court of Appeals | 8/11/1986 |
| Eleventh Circuit Court of Appeals | 5/22/2002 |
| U.S. Supreme Court | 4/22/1986 |

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **George T. Manning**, Bar # **24062546**, was duly admitted to practice in said Court on **08/10/92**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **03/10/10**.

Karen Mitchell

BY: *Dawn D Burton*

Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __George T. Manning__
State Bar Number __24062546__
Firm Name: __Jones Day__
Address/P.O. Box: __2727 North Harwood Street__
City/State/Zip: __Dallas, Texas 75201__
Telephone #: __214-969-3676__
Fax #: __214-969-5100__
E-mail Address: __gtmanning@jonesday.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __3/12/10__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __MLL__
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0021437

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Friday, March 12, 2010

Received from:

MICHAEL C. SMITH PLLC
P. O. BOX 1556
MARSHALL, TX  75671

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 6:07CV511
Comments: PHV - CK 697
GEORGE T. MANNING

Received by: KB