IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:07-CV-00511-LED |
| ) | |
| CDW CORPORATION, ) | |
| NEWEGG INC., ) | |
| REDCATS USA, INC. ) | |
| SYSTEMAX INC., ) | |
| ZAPPOS.COM, INC., ) | |
| REDCATS USA, L.P., ) | |
| THE SPORTSMAN'S GUIDE, INC., ) | |
| AND ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |

**SOVERAIN'S NOTICE OF COMPLIANCE**

Plaintiff Soverain Software LLC hereby gives notice that (1) Plaintiff's Objections to Defendant's Supplemental Trial Exhibit List and (2) Plaintiff's Objections to Defendant's Second Supplemental Trial Exhibit List were served on March 15, 2010.

NYI-4261726v1

Dated: March 16, 2010                                   Respectfully submitted,


                                            /s/  Thomas L. Giannetti     (with permission)

Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email:  barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

Jennifer Seraphine
CA Attorney Reg. No. 245463
Email:  jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     This is to certify that on March 16, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                       /s/ Thomas L. Giannetti
                                           Thomas L. Giannetti

NYI-4261726v1