**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | **CASE NO. 6:07-CV-511** |
| | § | **PATENT CASE** |
| **NEWEGG, INC.** | § | |
| | § | |
| **Defendant** | § | |

**ORDER REGARDING EXHIBITS**

The Court enters this order *sua sponte*. The Court **ORDERS** the following:

Within five business days of the conclusion of the evidentiary hearing held March 17, 2010, each party shall submit to the Court **(to Chambers):**

(1) A hard copy of Final Exhibit List of Exhibits Admitted During the hearing, listing only the exhibits admitted at the hearing, and in addition provide the Court a disk containing this document in WordPerfect or Word format.

(2) A disk or disks containing their respective admitted trial exhibits in PDF format, with the exception of sealed exhibits. If the Court ordered any exhibits sealed during trial, the Sealed Exhibits shall be copied on a separate disk.

After verification of final exhibit lists, the Courtroom Administrator shall file and docket the lists, and the disk or disks containing the exhibits in PDF format shall be stored in the Clerk's Office, Tyler Division.

**So ORDERED and SIGNED this 17th day of March, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**