UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS, TYLER DIVISION

**PLAINTIFF'S LIST OF EXHIBITS ADMITTED DURING MARCH 17, 2010 HEARING**

SOVERAIN SOFTWARE LLC

V.

NEWEGG INC                                                                  Case Number:          6:07-CV-511-LED

| PRESIDING JUDGE<br>Honorable Judge Leonard Davis | PLAINTIFF'S ATTORNEY<br>Kenneth R. Adamo, George Manning, Thomas L. Giannetti, Ognian V. Shentov, Barry R. Satine, Jennifer Seraphine, JONES DAY | DEFENDANT'S ATTORNEY<br>Richard A. Sayles, Mark D. Strachan, David C. Hanson, Kent E. Baldauf, Daniel H. Brean, Trey Yarbrough, Claudia Wilson Frost, Jeremy Gaston |
|---|---|---|
| HEARING DATE(S)<br>March 17, 2010 | COURT REPORTERS<br>Shea Sloan | COURTROOM DEPUTY<br>Rosa Ferguson |

| EX NO. | DESCRIPTION | PRODUCTION NO. | CATEGORY | MARKED | OFFERED | OBJECTIONS | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 1 | Memo dated March 1, 2010 from Jones Day Irvine office re Screening Procedures to Screen Mark Finkelstein from Soverain Software Matter Adverse to Newegg, Inc. **[SEALED]** | | | | | | X | 3/17/2010 | |

*Categories:  A - Will Use, B - May Use, and C - Probably Will Not Use*

| EX NO. | DESCRIPTION | PRODUCTION NO. | CATEGORY | MARKED | OFFERED | OBJECTIONS | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 2 | Memo dated March 1, 2010 from Jones Day Irvine office re Screening Procedures to Screen Mark Finkelstein from Soverain Software Matter Adverse to Newegg, Inc. **[SEALED]** | | | | | | X | 3/17/2010 | |
| Exhibit 3 | Declaration from Mark Finkelstein dated March 4, 2010 **[SEALED]** | | | | | | X | 3/17/2010 | |
| Exhibit 4 | Form S-1 Registration Statement of Newegg Inc. dated September 28, 2009 | | | | | | X | 3/17/2010 | |
| Exhibit 5 | Form S-1 Registration Statement of Newegg Inc. dated September 28, 2009 | | | | | | X | 3/17/2010 | |
| Exhibit 6 | Amendment No. 2 to Form S-1 Registration Statement of Newegg Inc. dated December 14, 2009 | | | | | | X | 3/17/2010 | |
| Exhibit 7 | Amendment No. 2 to Form S-1 Registration Statement of Newegg Inc. dated December 14, 2009 | | | | | | X | 3/17/2010 | |
| Exhibit 8 | Lawyer Conflict of Interest Form **[SEALED]** | | | | | | X | 3/17/2010 | |
| Exhibit 9 | Email from Marc K. Callahan to Mark Finkelstein dated January 22, 2010 re conflicts forms **[SEALED]** | | | | | | X | 3/17/2010 | |

| EX NO. | DESCRIPTION | PRODUCTION NO. | CATEGORY | MARKED | OFFERED | OBJECTIONS | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 10 | Email from Marc K. Callahan to Mark Finkelstein dated January 23, 2010 re follow-up **[SEALED]** | | | | | | X | 3/17/2010 | |
| Exhibit 11 | Email from Mark Finkelstein to Marc K. Callahan dated January 25, 2010 re follow-up **[SEALED]** | | | | | | X | 3/17/2010 | |
| Exhibit 12 | Email from Mark Finkelstein to Marc K. Callahan dated January 28, 2010 re follow-up **[SEALED]** | | | | | | X | 3/17/2010 | |
| Exhibit 13 | Calendar entry dated September 17, 2009 re Project Diamond:  IP diligence call | | | | | | X | 3/17/2010 | |
| Exhibit 14 | Calendar entry dated December 10, 2009 re Newegg litigation discussion | | | | | | X | 3/17/2010 | |
| Exhibit 19 | Excerpts from Form S-1 Registration Statement of Newegg Inc. dated September 28, 2009 | | | | | | X | 3/17/2010 | |