# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br>　　　　　Plaintiff,<br>v.<br><br>CDW CORPORATION, NEWEGG INC.,<br>REDCATS USA, INC., SYSTEMAX INC.,<br>ZAPPOS.COM, INC., REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC., and<br>TIGERDIRECT, INC.,<br>　　　　　Defendants. | Case No. 6:07-cv-511-LED<br><br>JURY TRIAL DEMANDED |

## DEFENDANT NEWEGG INC.'S EXHIBIT LIST

| **Presiding Judge:**<br><br>**LEONARD DAVIS** | **Plaintiff's Attorney(s):**<br>George Manning,,<br>Thomas Demitrack | **Defendant's Attorneys:**<br><br>Claudia Wilson Frost |
|---|---|---|
| **Trial / Hearing Date(s):**<br>March 17, 2010 | **Court Reporter:**<br>Shea Sloan | **Courtroom Deputy:**<br>Rosa Ferguson |

**\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use**

| NEWEGG EXHIBIT NO. | DESCRIPTION | BATES NO. | |
|---|---|---|---|
| 1 | Declaration of Lee Cheng | | A |
| 2 | Timeline – Finkelstein's Move to Jones Day | | A |
| 3 | ABA Model Rule 1.10 | | A |