IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

# ORDER

The Court **ORDERS** the parties to meet and confer on the Court's Charge and submit a proposed Charge to the Court by April 21, 2010. The parties shall file the proposed Charge and email it in WordPerfect to Natalie_Alfaro@txed.uscourts.gov.

So ORDERED and SIGNED this 14th day of April, 2010.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE