IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

## ORDER

The Court **ORDERS** the parties to meet and confer on a claim construction chart to be submitted to the jurors and for use at trial containing the Court's constructions of the terms in the '314 Patent, '492 Patent, and '639 patent.  The chart should be split up by patent or related patents and should only contain the claim term and the Court's construction, without any reference to whether the construction was agreed to by the parties.  The parties shall submit the claim construction chart to the Court by April 21, 2010.  The parties shall file the claim construction chart and email it in WordPerfect to Natalie_Alfaro@txed.uscourts.gov.

**So ORDERED and SIGNED this 16th day of April, 2010.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE