IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **CDW CORPORATION,** **NEWEGG INC.,** **REDCATS USA, INC.** **SYSTEMAX INC.,** **ZAPPOS.COM, INC.,** **REDCATS USA, L.P.,** **THE SPORTSMAN'S GUIDE, INC., AND** **TIGERDIRECT, INC.,** | ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## JOINT SUBMISSION OF CHARGE OF COURT

Pursuant to the Court's Order of April 14, 2010, (Dkt. No. 352), Plaintiff Soverain Software LLC ("Soverain") and Defendant Newegg Inc. ("Newegg") hereby submit the following proposed Charge of the Court in the above-captioned matter.[1] The joint proposed Charge of the Court is attached as Exhibit A.

---

[1] Newegg joins this filing on the understanding that (1) the parties' "agreed" submission of any jury charge item (definition, instruction, question, or issue) is an agreement as to form only and thus is without prejudice to either party's right to object to the submission of the item to the jury on the ground that it is not sufficiently supported by the evidence or is otherwise not an appropriate submission to the jury and (2) either party's submission of any item is without prejudice to its right to request the submission of additional or modified item(s) based on intervening changes in the law, rulings by the Court, or evidence admitted at trial.

- 2 -

| | |
|---|---|
| Dated:     April 16, 2010 | Respectfully submitted, |

<u>/s/ Kenneth R. Adamo (by Thomas L. Giannetti with permission)</u>
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100


Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF


<u>/s/ Richard A. Sayles (by Thomas L. Giannetti with permission)</u>
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES │WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas  75270
Telephone: 214-939-8700

Facsimile: 214-939-8787

David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine
Daniel H. Brean

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania  15219
Telephone: 412-471-8815
Facsimile: 412-471-4094

Claudia Wilson Frost
Texas Bar No. 21671300
Jeremy J. Gaston
Texas Bar No. 24012685
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin, Ste. 2000
Houston, TX 77010
Claudia.Frost@pillsburylaw.com
Jeremy.Gaston@pillsburylaw.com
Telephone:  713-276-7648
Facsimile:  713-276-7673

Trey Yarbrough
Texas State Bar No. 22133500
YARBROUGH ♦WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas  75702
Telephone:  903-595-3111
Facsimile: 903-595-0191
trey@yw-lawfirm.com

ATTORNEYS FOR DEFENDANT

- 3 -

NYI-4270741v1

**CERTIFICATE OF SERVICE**

     This is to certify that on April 16, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                             _/s/ Thomas L. Giannetti_____
                                             Attorney for Plaintiff