IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

## ORDER

As stated at the pretrial hearing on April 19, 2010, the Court **GRANTS** in part and **DENIES** in part Soverain's Motion to Exclude the Belatedly-Produced CompuServe Documents, the CompuServe Manuals as Corroborating Evidence, and Trevor's Uncorroborated Testimony (Docket No. 326).

The Court further **GRANTS** Soverain Software LLC's Motions in Limine (Docket No. 305) as to matters 1, 9, 14, and 15, and **DENIES** the motion as to matters 8, 12, and 13. Finally, the Court **DENIES** Newegg Inc.'s Motions in Limine (Docket No. 306) as to matter 2.

**So ORDERED and SIGNED this 20th day of April, 2010.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE