IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> CDW CORPORATION, ) <br> NEWEGG INC., ) <br> REDCATS USA, INC. ) <br> SYSTEMAX INC., ) <br> ZAPPOS.COM, INC., ) <br> REDCATS USA, L.P., ) <br> THE SPORTSMAN'S GUIDE, INC., ) <br> AND ) <br> TIGERDIRECT, INC., ) <br> ) <br>    Defendants. ) | Case No. 6:07-CV-00511-LED |

**JOINT SUBMISSION OF CLAIM CONSTRUCTION CHART**

Pursuant to the Court's April 16, 2010 Order (Dkt. No. 353), Plaintiff Soverain Software LLC ("Soverain") and Defendant Newegg Inc. ("Newegg") hereby submit the claim construction chart to be submitted to the jurors and for use at trial containing the constructions of the terms in the '314, '492, and '639 patents. The claim construction chart is attached as Exhibit A.

- 2 -

Dated:     April 21, 2010               Respectfully submitted,

/s/ Kenneth R. Adamo (by Thomas L.
Giannetti with permission)
Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100


Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

ATTORNEYS FOR PLAINTIFF


/s/ Richard A. Sayles (by Thomas L.
Giannetti with permission)
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES │WERBNER
A Professional Corporation
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas  75270

Telephone: 214-939-8700
Facsimile: 214-939-8787

David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine
Daniel H. Brean

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania  15219
Telephone: 412-471-8815
Facsimile: 412-471-4094

Claudia Wilson Frost
Texas Bar No. 21671300
Jeremy J. Gaston
Texas Bar No. 24012685
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin, Ste. 2000
Houston, TX 77010
Claudia.Frost@pillsburylaw.com
Jeremy.Gaston@pillsburylaw.com
Telephone:  713-276-7648
Facsimile:  713-276-7673

Trey Yarbrough
Texas State Bar No. 22133500
YARBROUGH ♦WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas  75702
Telephone:  903-595-3111
Facsimile: 903-595-0191
trey@yw-lawfirm.com

ATTORNEYS FOR DEFENDANT

- 3 -

## CERTIFICATE OF SERVICE

      This is to certify that on April 21, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

/s/  Thomas L. Giannetti  
Attorney for Plaintiff

NYI-4271353v1