# EXHIBIT A

# **CLAIM CONSTRUCTION CHART**

| U.S. Patent Nos. 5,715,314 and 5,909,492 ||
|---|---|
| Claim Term, Phrase, or Clause | Court's Construction |
| A statement URL | A URL concerning a statement |
| Computer | A functional unit that can perform substantial computation, including numerous arithmetic operations, or logic operations without human intervention |
| Connected to | Having a link to ... to send or receive data |
| Database | A collection of logically related data stored together in one or more computerized files |
| Document(s) | Any type of digital data |
| Hypertext link | A non-sequential web association which the user can use to navigate through related topics |
| Interconnected by a [computer network, a public packet switched computer network] | To be connected by a [computer network, a public packet switched computer network] |
| Message | A unit of information sent electronically |
| Modif[y] [the shopping cart in the shopping cart database] | To change [an instance of a shopping cart in a shopping cart database] |
| Payment message | A message relating to a payment for one or more products |
| Plurality of products added to . . . shopping cart / [Add a] plurality of respective products to a shopping cart / [add] . . . plurality of products to . . . shopping cart | Product identifiers which are added to an instance of a shopping cart in the shopping cart database / [add] identifiers of respective products to an instance of a shopping cart / [add] identifiers of products to an instance of a shopping cart |
| Product(s) | Anything that can be advertised, sold, and provided to a purchaser |

| U.S. Patent Nos. 5,715,314 and 5,909,492 ||
|---|---|
| Claim Term, Phrase, or Clause | Court's Construction |
| Public packet switched computer network | A packet switched computer network, accessible by the public through communication common carriers to provide data transmission services.<br><br>"Packet switching" means a message-delivery technique in which small units of information (packets) are relayed through stations in a computer network preferably along the best route available between the source and the destination.<br><br>"Public data network" is a network established and operated by common carriers for the specific purpose of providing low error-rate data transmission services to the public. |
| Record[] . . . in a database | Store[] in a database |
| Shopping cart | A stored representation of a collection of products |
| Shopping cart computer | A computer processing data associated with one or more shopping carts |
| Shopping cart database | A database of stored representations of collections of products, where "database" means a collection of logically related data stored together in one or more computerized files |
| Shopping cart message | A message concerning a shopping cart |
| Statement document comprising the purchase transaction records | A document that includes purchase transaction records |
| To cause said[/the/a] payment message to be activated to initiate a payment transaction | To cause an action associated with said[/the/a] payment message to initiate a payment transaction |
| Transaction detail hypertext link | Hypertext link to transaction detail |
| Transmit[ting/ed] | To send information over a communications channel |

- 2 -

| U.S. Patent Nos. 7,272,639 ||
|---|---|
| Claim Term, Phrase, or Clause | Court's Construction |
| A purchase request / a request to purchase | One or more messages requesting a purchase |
| Charging the user . . . according to the user information | Charging an account associated with the user according to the user information |
| Creating, responsive to the initial service request, the session identifier | Producing, in response to the initial service request, the session identifier |
| Forwarding . . . from the client to the server system | Sending . . . from the client to the server system |
| Fulfilling the purchase request based on the user information | Carrying out the purchase request based on the user information |
| Hypertext transfer protocol | Also known as HTTP, the client/server protocol used to access information on the World Wide Web |
| Initial service request | The first service request in a session |
| Returning | Sending back |
| Service request | A solicitation of services from a client to a server. A service request may entail the exchange of any number of messages between the client and the server |
| Session | A series of requests and responses to perform a complete task or set of tasks between a client and a server system |
| Session identifier | A text string that identifies a session |
| User identifier | A text string that identifies a user |
| Validating, at the server system, the appended session identifier / validating the session identifier appended to the service request | At the server system, determining the validity of the appended session identifier |