# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> **CDW CORPORATION,** ) <br> **NEWEGG INC.,** ) <br> **REDCATS USA, INC.** ) <br> **SYSTEMAX INC.,** ) <br> **ZAPPOS.COM, INC.,** ) <br> **REDCATS USA, L.P.,** ) <br> **THE SPORTSMAN'S GUIDE, INC.,** ) <br> **AND** ) <br> **TIGERDIRECT, INC.,** ) <br>  ) <br> Defendants. ) | Case No. 6:07-CV-00511-LED |

### ORDER GRANTING SOVERAIN'S MOTION TO STRIKE
### THE TREVOR TRIAL TESTIMONY

The Court, having considered Soverain's Motion to Strike the Trevor Trial Testimony, hereby orders that the motion is GRANTED.

DLI-6303790v1