# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**CDW CORPORATION,**  )<br>**NEWEGG INC.,**  )<br>**REDCATS USA, INC.**  )<br>**SYSTEMAX INC.,**  )<br>**ZAPPOS.COM, INC.,**  )<br>**REDCATS USA, L.P.,**  )<br>**THE SPORTSMAN'S GUIDE, INC.,**  )<br>**AND**  )<br>**TIGERDIRECT, INC.,**  )<br>)<br>**Defendants.**  ) | Case No. 6:07-CV-00511-LED |

## ORDER GRANTING SOVERAIN'S MOTION FOR
## JUDGMENT AS A MATTER OF LAW

The Court, having considered Soverain's Motion for Judgment as a Matter of Law, hereby orders:

Soverain's motion for judgment as a matter of law of no anticipation is GRANTED

Soverain's motion for judgment as a matter of law of no obviousness is GRANTED

Soverain's motion for judgment as a matter of law of infringement is GRANTED

DLI-6303793v1