IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) | Civil Action No. 6:07-CV-00511-LED |
| | ) | |
| Defendants. | ) | |

**Order Granting Newegg's Motion for Judgment as a Matter of Law on Invalidity**

Before the Court is Defendant Newegg's Motion for Judgment as a Matter of Law on Invalidity. Having considered the motion, response, pertinent pleadings, evidence, and applicable law, the Court finds that the motion is well-taken and should be granted.

The Court therefore GRANTS the motion and renders judgment in favor of Newegg Inc. that all asserted patent claims are invalid.