# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) Civil Action No. 6:07-CV-00511-LED |
| Defendants. | ) ) |

## Order Granting Newegg's Rule 50(a)
## Motion for Judgment as a Matter of Law on Damages

Before the Court is Defendant Newegg's Motion for Judgment as a Matter of Law under Fed. R. Civ. P. Rule 50(a) on Damages. Having considered the motion, response, pertinent pleadings, evidence, and applicable law, the Court finds that the motion is well-taken and should be granted.

The Court therefore GRANTS the motion and renders judgment in favor of Newegg Inc. on damages.