IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC., | ) ) ) ) ) ) ) | Civil Action No. 6:07-CV-00511-LED |
| | ) | |
| Defendants. | ) | |
| | ) | |

***Newegg's Proposed Jury Charge Instruction***

With respect to plaintiff Soverain's damages theory that a reasonable royalty in this case may be based in whole or part on defendant Newegg's profits or revenues from sales of products not covered by the asserted patent claims, Newegg requests the following jury charge instruction:

      7.5     Royalties Based on Profits or Revenues from Other Product Sales

For purposes of your damages calculation, you are to assume that the technology of the asserted patent claims is used by Newegg when it sells other products that are not covered by the patents-in-suit, such as computers and other consumer products.

Where a patented invention is used for convenience or business advantage in selling other products not covered by the patent, royalty damages may not be based on the profits or revenues of those product sales unless the patent owner can demonstrate that the patented invention is of such importance that it created substantial customer demand for those other products.

In other words, unless you find that Newegg's use of the patented shopping cart and session ID technology created substantial demand for the products sold by Newegg, you may not

use Newegg's product sales revenues or profits in determining a reasonable royalty.

                                        Respectfully submitted,

Dated: April 29, 2010           By:   /s/ Mark D. Strachan
                                            Mark D. Strachan
                                            Texas State Bar No. 19351500
                                            Richard A. Sayles
                                            Texas State Bar No. 17697500
                                            SAYLES | WERBNER
                                            1201 Elm Street
                                            4400 Renaissance Tower
                                            Dallas, Texas 75270
                                            Telephone: (214) 939-8700
                                            Facsimile: (214) 939-8787


                                            David C. Hanson
                                            Kent E. Baldauf, Jr.
                                            Daniel H. Brean
                                            THE WEBB LAW FIRM
                                            700 Koppers Building
                                            436 Seventh Avenue
                                            Pittsburgh, PA 15219
                                            T:  (412) 471-8815
                                            F:  (412) 471-4094


                                            Trey Yarbrough
                                            Texas Bar No. 22133500
                                            YARBROUGH ♦ WILCOX, PLLC
                                            100 E. Ferguson St., Ste. 1015
                                            Tyler, Texas 75702
                                            Tel: (903) 595-3111
                                            Fax: (903) 595-0191
                                            trey@yw-lawfirm.com

                                            Attorneys for Defendant Newegg Inc.

**Certificate of Service**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being hereby served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 29, 2010, or will be served via electronic mail.  All other counsel of record will be served via facsimile or first class mail.

                                                                                          /s/ Mark D. Strachan
                                                                                            Mark D. Strachan