IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:07 CV 511 |
| NEWEGG INC. | § § § | PATENT CASE |
| Defendant | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

### INFRINGEMENT

1. Did Soverain prove by a preponderance of the evidence that Newegg directly infringed or induced infringement of the asserted claims of the '314 Patent and the '492 Patent? Answer "Yes" or "No" for each Claim and each type of infringement below.

|  | Direct Infringement | Inducement |
|---|---|---|
| **'314 Patent** | | |
| Claim 35 | No | Yes |
| Claim 51 | No | Yes |
| **'492 Patent** | | |
| Claim 17 | No | Yes |
| Claim 41 | No | Yes |
| Claim 61 | No | Yes |

2. Did Soverain prove by a preponderance of the evidence that Newegg directly infringed the asserted claims of the '639 Patent?

**Answer "Yes" or "No" for each Claim below.**

Claim 60     No

Claim 79     No

## INVALIDITY

3. Did Newegg prove by clear and convincing evidence that the claims of the '314 Patent, the '492 Patent, and the '639 Patent are invalid?

**If you find the claim invalid answer "Yes," otherwise answer "No."**

<u>'314 Patent</u>

Claim 35     No

Claim 51     No

<u>'492 Patent</u>

Claim 17     No

Claim 41     No

Claim 61     No

<u>'639 Patent</u>

Claim 60     No

Claim 79     No

## DAMAGES

If you have found any claim infringed, answer question 4; otherwise, do not answer question 4.

4. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Soverain for Newegg's infringement of the following patents?

   Answer with the amount in dollars and cents.

   '314 Patent and/or '492 Patent:   $ 2,500,000.00

   '639 Patent:   $ 0.00

Signed this 30 day of April, 2010

_____

JURY FOREPERSON