IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| NEWEGG INC. | § | |
| | § | |
| Defendant | § | |

### ORDER

As stated on April 29, 2010, the Court **DENIES** Soverain's Motion to Strike the Trevor Trial Testimony (Docket No. 364).

**So ORDERED and SIGNED this 30th day of April, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**