Plaintiff's
Exhibit List 1A
607CV511

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

SOVERAIN SOFTWARE LLC,

    **Plaintiff,**

v.                                          **CASE NO.: 6:07-CV-00511-LED**

CDW CORPORATION, NEWEGG INC.,
REDCATS USA, INC., SYSTEMAX INC.,
ZAPPOS.COM, INC., REDCATS USA, L.P.,
THE SPORTSMAN'S GUIDE, INC., AND
TIGERDIRECT, INC.,

    **Defendants.**

## PLAINTIFF SOVERAIN'S LIST OF EXHIBITS TO WHICH DEFENDANT NEWEGG HAS NOT OBJECTED

| | | | |
|---|---|---|---|
| 1 | 18 | 38 | 59 |
| 2 | 19 | 40 | 60 |
| 3 | 20 | 41 | 61 |
| 4 | 24 | 42 | 62A |
| 5 | 25 | 43 | 62B |
| 6 | 26 | 45 | 63 |
| 7 | 27 | 47 | 64 |
| 8 | 28 | 51 | 65 |
| 9 | 29 | 52 | 66 |
| 10 | 32 | 55 | 67 |
| 12 | 33 | 56 | 68 |
| 14 | 36 | 57 | 69 |
| 15 | 37 | 58 | 70 |



| | | | |
|---|---|---|---|
| · 71 | · 96 | ·121 | · 149 |
| · 72 | · 97 | ·122 | · 158 |
| · 73 | · 98 | · 123 | · 160 |
| ·74 | · 99 | ·124 | · 161 |
| ·75 | · 100 | ·125 | ·162 |
| ·76 | ·101 | ·126 | · 163 |
| · 77 | ·102 | ·127 | · 164 |
| ·78 | ·103 | · 128 | · 165 |
| · 79 | ·104 | ·129 | · 166 |
| ·80 | ·105 | ·130 | · 167 |
| · 81 | ·106 | ·131 | · 168 |
| ·82 | ·107 | ·132 | · 169 |
| ·83 | ·108 | ·133 | · 170 |
| ·84 | ·109 | ·134 | · 171 |
| ·85 | ·110 | ·135 | · 172 |
| ·86 | ·111 | ·136 | · 173 |
| ·87 | ·112 | · 137 | ·174 |
| ·88 | ·113 | · 138 | · 175 |
| ·89 | ·114 | · 139 | ·176 |
| ·90 | ·115 | ·140 | · 177 |
| ·91 | ·116 | ·141 | · 178 |
| ·92 | · 117 | · 142 | · 180 |
| ·93 | ·118 | ·143 | · 181 |
| ·94 | ·119 | · 144 | · 184 |
| ·95 | · 120 | · 147 | ·185 |

| | | | |
|---|---|---|---|
| 186 | 200 | 214 | 230 |
| 187 | 201 | 215 | 231 |
| 188 | 202 | 216 | 232 |
| 189 | 203 | 217 | 233 |
| 190 | 204 | 218 | 234 |
| 191 | 205 | 219 | 239 |
| 192 | 206 | 220 | 240 |
| 193 | 207 | 221 | 241 |
| 194 | 208 | 222 | 243 |
| 195 | 209 | 223 | 245 |
| 196 | 210 | 224 | 246 |
| 197 | 211 | 225 | 247 |
| 198 | 212 | 226 | 248 |
| 199 | 213 | 227 | |

Dated: April 26, 2010

Respectfully submitted,

/s/ _____

Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email:  kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email:  tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg.  No. 2867737
Email:  ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email:  barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306

Jennifer Seraphine
CA Attorney Reg. No. 245463
Email:  jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

ATTORNEYS FOR PLAINTIFF