

Plaintiff's
Exhibit List 1-B
607CV511

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

**SOVERAIN SOFTWARE LLC,**

      **Plaintiff,**

**v.**

**CDW CORPORATION, NEWEGG INC.,
REDCATS USA, INC., SYSTEMAX INC.,
ZAPPOS.COM, INC., REDCATS USA, L.P.,
THE SPORTSMAN'S GUIDE, INC., AND
TIGERDIRECT, INC.,**

      **Defendants.**

**CASE NO.: 6:07-CV-00511-LED**

### PLAINTIFF SOVERAIN'S LIST OF EXHIBITS TO WHICH DEFENDANT NEWEGG HAS NOT OBJECTED

| Presiding Judge:<br><br>LEONARD DAVIS | Plaintiff's Attorney(s): Kenneth Adamo, Thomas Giannetti, Barry Satine, Clark Craddock | Defendant's Attorneys: Richard Sayles, Mark Strachan, Kent Baldauf, Jr., David Hanson, Daniel Brean, Trey Yarborough |
|---|---|---|
| Trial Date(s): February 8-12, 2010 | Court Reporter: Shea Sloan | Courtroom Deputy: Rosa Ferguson |

*** C (Category): (A) – Will Use; (B) – May Use; (C) Probably Won't Use**

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 1 | United States Patent No. 5,715,314 | | A |
| 2 | United States Patent No. 5,909,492 | | A |

~0313291.DOC
NYI-4272707v2

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 3 | United States Patent No. 7,272,639 B1 | | A |
| 4 | Ex Parte Reexamination Certificate for Patent No. 5,715,314 C1 | | A |
| 5 | Ex Parte Reexamination Certificate for Patent No. 5,909,492 C1 | | A |
| 6 | United States Patent No. 5,708,780 | | A |
| 7 | Jack D. Grimes CV | Appendix A to opening report | A |
| 8 | Newegg system diagram | NEW0000232-36 | A |
| 9 | Newegg system diagram | NEW0000225-31 | A |
| 10 | Set of transactions for newegg.com (January 12, 2008) | Grimes Exhibit 1 (with separator - pages added) | A |
| 12 | Set of transactions for newegg.com (June 24, 2009) | Grimes Exhibit 3 (with separator pages added) | A |
| 14 | Newegg.com's shopping flowchart | NEW0000002-03 | A |
| 15 | Newegg.com's Ordering FAQ page (http://www.newegg.com/HelpInfo/FAQDetail.aspx?Module=1, last accessed on July 21, 2009) | Grimes Exhibit 10 | A |
| 18 | Newegg.com's "About Us" page | Grimes Exhibit 10 | A |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| | (http://www.newegg.com/Info/AboutUs.aspx, last accessed on July 21, 2009) | | |
| 19 | E-mail From: Ricky.B.Leman, dated 12/30/2006 12:59:21 AM, To: Richard.L.Chen, Subject: FW: (Info) some useful documents, with attachments | Grimes Exhibit 19 | A |
| 20 | E-mail From: Lucy.A.Huo, dated 6/25/2007 9:40:36 PM, To: Jerry.S.Cheng, Subject: FW: (info) SSL .net version testing plan | Grimes Exhibit 20 | A |
| 24 | Jon Postel, Internet Protocol, RFC 791 (http://www.ietf.org/rfc/rfc791.txt, last accessed on November 30, 2009) | Soverain's MSJ of infringement, Grimes Decl. Exh. 11 contained a portion | A |
| 25 | [Portion of] Tanenbaum, Computer Networks Third Edition, 1996, pp. 35-38 | Grimes Exhibit 13 | A |
| 26 | D. Kristol, at al., HTTP State Management Mechanism, RFC 2109, (http://www.ietf.org/rfc/rfc2109.txt, last accessed on July 21, 2009) | Grimes Exhibit 18 | A |
| 27 | Defendant's Responses to Plaintiff's Second Set of Interrogatories (Nos. 8-30), dated July 17, 2009 | Grimes Exhibit 23 | A |
| 28 | Exhibit 15 from James Wu 30(b)(1) deposition (Mr. Wu's drawing of the Newegg Mall System) | Grimes Exhibit 14 | A |
| 29 | Set of transactions for neweggmall.com (July 17, 2009) | Grimes Exhibit 15 (with separator pages | A |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
|  |  | added) |  |
| 32 | Neweggmall.com's "Help" page. (http://www.neweggmall.com/Info/Help.aspx, last visited on July 21, 2009).) | Grimes Exhibit 21 | A |
| 33 | Neweggmall.com's "FAQ" page (http://www.neweggmall.com/Info/FAQDetail.aspx?Module=3& Menu=%2331, last visited on July 21, 2009).) | Grimes Exhibit 21 | A |
| 36 | IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Edition, IEEE Std 100-1996, Published by the Institute of Electrical and Electronics Engineers, Inc., pp. 731, 834 | Grimes Exhibit 12 | C |
| 37 | Fielding, et al., Hypertext Transfer Protocol -- HTTP/1.1, RFC 2616 (http://www.ietf.org/rfc/rfc2616.txt, last accessed on July 20, 2009) | Grimes Exhibit 17 | C |
| 38 | Defendant Newegg Inc.'s Responses to Plaintiff Soverain Software LLC's First Set of Requests for Admission (Nos. 1-57), dated July 17, 2009 | Grimes Exhibit 22 | B |
| 40 | E-mail From: Joyce Y. Hu, To: Robert Q. Wang, dated 12/12/2007, Subject: ??: (info) pls help identify net scalar cookie with an attachment | Grimes Exhibit 25 | B |
| 41 | R. Fielding, Relative Uniform Resource Locators RFC 1808 (http://www.ietf.org/rfc/rfc1808.txt, last accessed July 22, 2009 |  | C |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 42 | Shamos CV | | A |
| 43 | **[Portion of]** Book entitled "Building Web Commerce Sites" by Tittel, et al, pp. 79-82, 157-159 | | A |
| 45 | Article entitled "Open Market Inc. Says It Will Receive Patents for Internet-Commerce Software" (Wall Street Journal) | SOV0100900 | A |
| 47 | Article entitled "Open market Hopes It'll Be Next Netscape" (NY Times) | SOV0104017 | A |
| 51 | Article about CompuServe: Lewis, Peter, "Move to the Web Is in the Works For Compuserve," NY Times, May 21, 1996 | | A |
| 52 | Article about CompuServe: Eng, Paul, "For CompuServe, will 'C' spell success?," Business Week Online, Dec. 15, 1997. | | A |
| 55 | http://nuvocom.com/nuvo_bak.htm | | A |
| 56 | http://nuvocom.com/softwr_pat.htm | | A |
| 57 | Msnbc.com article entitled "Patent piracy, or Goliath's comeuppance" | | A |
| 58 | United States Patent No. 5,966,685 | | A |
| 59 | United States Patent No. 5,715,466 | | A |
| 60 | E-mail from James Wu sent to Ken Lam, "Subject: FW: (Request) OH Reduction Meeting Files." | Wu Exhibit 13 (30(b)(1)) | C |
| 61 | E-mail from Zach Song attaching spreadsheet listing Newegg servers | Wu Exhibit 14 (30(b)(1)), NEW0000957-1016 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 62A | Summary Exhibit of Wu deposition testimony | | |
| 62B | Summary Exhibit of Wu deposition testimony | | |
| 63 | Transact 4.2 | SVN2-0040432 | B |
| 64 | Tx V5.0 Master | SVN2-0040433 | B |
| 65 | Tx V5.2 Master | SVN2-0040434 | B |
| 66 | Tx V 4.0.1 | SVN2-0040431 | B |
| 67 | Transact 4.0 | SVN2-0040430 | B |
| 68 | Transact 3.0.1 | SVN2-0040429 | B |
| 69 | Transact 3.0 For Solaris-Oracle | SVN2-0040428 | B |
| 70 | Tx V2.2 Oracle-SGI | SVN2-0040427 | B |
| 71 | Tx V2.2 Global For Sybase | SVN2-0040426 | B |
| 72 | Securelink 6.0 Installables Documentation | SVN2-0040437 | B |
| 73 | Transact 6.0 SDK | SVN2-0040436 | B |
| 74 | Transact 6.0 | SVN2-0040435 | B |
| 75 | Notes re: Session IDs | SOV0039156 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 76 | Email re: Pay Per Page | SOV0056795 - 56797 | B |
| 77 | Open Market Service Offering | SOV0102686 - 102689 | B |
| 78 | Open Market Store Building Kit Plan | SOV0001571 - 1578 | B |
| 79 | Code to Handle URLs With Access Tickets in Them | SOV0033498 | B |
| 80 | CGI Script That Takes a Customer Name | SOV0053818 - 53819 | B |
| 81 | Source code: OM-Axcess 1.0; OM-Axcess documentation; Pathfinder; Transact 2.1; pathfinder versions; hacks demo (SOVSRC0001-SOVSRC0003) | SVN2-CD-037 | B |
| 82 | 1st Edition - Designing Systems for Internet Commerce (cover and copyright page included; entire book to be used as Exhibit) | | B |
| 83 | 2nd Edition - Designing Systems for Internet Commerce (cover and copyright page included; entire book to be used as Exhibit) | | B |
| 84 | Part of Payment System Prototype | SOV0053688 - 53690 | B |
| 85 | Database Creation Script | SOV0054154 - 54158 | B |
| 86 | Part of Payment System Prototype | SOV0054071-54073 | B |
| 87 | Part of Payment System Prototype | SOV0054671 - 54672 | B |
| 88 | CGI Script to Permit Buyer to Add Items to Shopping Cart | SOV0053617 - 53619 | B |
| 89 | File Containing Subroutines for Cart Management | SOV0053396 - 53398 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 90 | Payment System | SOV0001053 - 1060 | B |
| 91 | Open Market Inc. Managing in a Turbulent Environment | SOV0154828 - 154856 | B |
| 92 | http_get.c | SOV0103398 - 103399 | B |
| 93 | Pathfinder --Day 1 | SVN2-0039828 | B |
| 94 | pay1094 code | SVN2-0024143-SVN2-0025969 | B |
| 95 | Email re: Working definition of binary SID | SOV0007842 | B |
| 96 | Payment Switches for Open Networks | SOV0102251-SOV0102256 | C |
| 97 | nph-payment.cgi-rev1.10 | SOV0053691-SOV0053695 | B |
| 98 | payment.tcl-rev1.22 | SOV0053388-SOV0053392 | B |
| 99 | dbschema.tcl-rev1.16 | SOV0053192-SOV0053197 | B |
| 100 | smartstatement.tcl-rev1.16 | SOV0053502-SOV0053505 | B |
| 101 | nph-payment.cgi-rev1.43 | SVN2-0025319-SVN2-0025325 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 102 | nph-payment.cgi-rev1.12 | SOV0053701-SOV0053706 | B |
| 103 | Payment System | SVN2-0039991-SVN2-0039998 | B |
| 104 | nph-statement.cgi-rev1.11 | SVN2-0025348-SVN2-0025349 | B |
| 105 | smartstatement.tcl-rev1.8 | SVN2-0024758-SVN2-0024760 | B |
| 106 | This is the CGI script that authenticates the customer and if successful, redirects to the specified URL. | SVN2-0038678-SVN2-0038682 | B |
| 107 | OnAccount (TR-104) email from L. Stewart | SVN2-0039787-SVN2-0039791 | B |
| 108 | Patent Assignment to Open Market | SOV0161235-237 | A |
| 109 | Patent Assignment to Open Market | SOV0161238-241 | A |
| 110 | Inventor's Declaration | SOV0161247 | A |
| 111 | Inventor's Declaration | SOV0161248 | A |
| 112 | Inventor's Declaration | SOV0161254 | A |
| 113 | Inventor's Declaration | SOV0161255 | A |
| 114 | Patent Assignment to Open Market | SOV0161242 | A |

~0313291.DOC
NYI-4272707v2

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 115 | Company Officer's Declaration | SOV0161244 | A |
| 116 | Inventor's Declaration | SOV0161256 | A |
| 117 | Inventor's Declaration | SOV0161246 | A |
| 118 | Inventor's Declaration | SOV0161245 | A |
| 119 | Inventor's Declaration | SOV0161257 | A |
| 120 | Petition to Correct Inventorship | SOV0161243 | A |
| 121 | Petition to Correct Inventorship | SOV0161252 | A |
| 122 | Notice of Recordation of Assignment | SOV0161297-299 | A |
| 123 | Asset Purchase Agreement by and among divine, Inc. and Certain Domestic Subsidiaries and Saratoga DMS LLC | SOV0161302-367 | A |
| 124 | Asset Purchase Agreement by and among divine, inc. and Certain Domestic Subsidiaries and Saratoga DMS LLC | SOV0161449-645 | A |
| 125 | Patent Assignment to Saratoga DMS LLC | SOV0161368-379 | A |
| 126 | Patent Assignment to Saratoga DMS LLC | SOV0161380-382 | A |
| 127 | Notice of Recordation of Assignment | SOV0161437-440 | A |
| 128 | Notice of Recordation of Assignment | SOV0161441-443 | A |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 129 | Certificate of Amendment of Saratoga DMS LLC changing name to Data Return Managed Services LLC | SOV0161429 | A |
| 130 | Notice of Recordation of Assignment | SOV0161444-448 | A |
| 131 | Asset Purchase Agreement by and among Data Return Managed Services LLC and Conor Robert Patent Holdings LLC | SOV0161390-424 | A |
| 132 | Patent Assignment to Conor Robert Patent Holdings, LLC | SOV0161425-428 | A |
| 133 | Notice of Recordation of Assignment | SOV0162051-054 | A |
| 134 | Certificate of Amendment of Data Return Managed Services LLC changing name to Data Return LLC | SOV0161430 | A |
| 135 | Certificate of Amendment for Data Return Managed Services, LLC changing name to Data Return LLC | SOV0161431-432 | A |
| 136 | Certificate of Amendment of Conor Robert Patent Holdings LLC changing name to Soverain Software LLC | SOV0161433 | A |
| 137 | Notice of Recordation of Assignment | SOV0162055-058 | A |
| 138 | Intellectual Property Security Agreement | SOV0161259-289 | A |
| 139 | Certificate of Correction | | A |
| 140 | Open Market Annual Report for 1997 | SOV0100200 – 235 | A |
| 141 | Open Market 10-K FY 1997 | SOV0206415-504 | A |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 142 | Open Market 10-K FY 1998 | SOV0206510-604 | A |
| 143 | Open Market 10-K FY 1999 | SOV0206699-819 | A |
| 144 | Open Market 10-K FY 2000 | SOV0206820-7035 | A |
| 147 | Strategic Partnership and Patent Assignment Agreement between Open Market. and Ricos International. – Unexecuted | SOV0093371-383 | B |
| 149 | Open Market Management Presentation | SVN2-0079969-80059 | B |
| 158 | divine 10-K405 FY 2001 | | A |
| 160 | http://www.soverain.com/asp/products/products_ahead.asp | | A |
| 161 | Soverain "Commerce Service Provider Program" | SVN2-0080135 | B |
| 162 | Newegg Mall Business Plan | NEW027137-169 | A |
| 163 | Magnell Associate, Inc., Combined Financial Statements for the year ended 12/31/2001 | NEW006897-901 | A |
| 164 | Magnell Associate, Inc., (dba American Business Service Computer Technologies) Combined Financial Statements for the year ended 12/31/2002 | NEW006902-914 | A |
| 165 | Magnell Associate, Inc., (dba American Business Service Computer Technologies) Combined Financial Statements for the year ended 12/31/2003 | NEW006915-928 | A |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 166 | Newegg Business Overview 2005 Q3 Board Meeting | NEW027764-783 | A |
| 167 | Newegg Inc. and Subsidiaries Financial Forecast for the years 2006, 2007 and 2008 | NEW024849 | A |
| 168 | Newegg Inc. and Subsidiaries Report on Audited Consolidated Financial Statements For the Years Ended December 31, 2006, 2005 and 2004 | NEW006964-993 | A |
| 169 | Newegg Board of Directors 2008 Plan | NEW027334-338 | A |
| 170 | Newegg. Inc Financial Statements For the Years Ended December 31, 2007, 2006 and 2005 | NEW006994-7024 | A |
| 171 | Newegg Projected Income Statements 2005-2008 | IVP0040 | A |
| 172 | Newegg Inc. Financial Statements As of December 31, 2008 and 2007 and for the years ended December 31, 2008, 2007 and 2006 | NEW007025-058 | A |
| 173 | Newegg Inc. Consolidated Statements of Operations for the three months ended March 31, 2009 and March 31, 2008 | NEW007060 | A |
| 174 | Newegg.com, Newegg.ca, Neweggmall.com Total sales revenue for 2001-2009 | NEW028953-954 | A |
| 175 | Newegg Canada - 2008 Q4 Summary and 2009 Strategy | NEW027784-795 | A |
| 176 | Amended Form S-1 filed by Newegg Inc. with the Securities and Exchange Commission | | A |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 177 | http://www.newegg.com/Info/FactSheet.aspx | | B |
| 178 | http://www.newegg.com/info/aboutus.aspx | | B |
| 180 | http://www.neweggmall.com/partners/ BusinessModel.html | | B |
| 181 | http://secure.neweggmall.com/Affiliates/ SignUp.aspx | | B |
| 184 | "Patent Assignment and License Agreement" between Open Market and Internet Number Corporation | SVN2-0040611-619 | B |
| 185 | Patent license agreement between Open Market and Johnson & Johnson Vision Care, Inc. | SVN2-0040620 - 40623 | B |
| 186 | Patent license agreement between divine, Inc. and Bikecology, Inc. (supergo.com) | SVN2-0040559 - 40563 | B |
| 187 | Patent license agreement between divine, Inc. and Bissinger French Confections | SVN2-0040554 - 40558 | B |
| 188 | Patent license agreement between divine, Inc. and Cadence 120 Bicycle Works, Inc. | SVN2-0040564 - 40568 | B |
| 189 | Patent license agreement between divine, Inc. and Cartronix, Inc. | SVN2-0040569 - 40574 | B |
| 190 | Patent license agreement between divine, Inc. and DVD Planet.com Inc. | SVN2-0040580 - 40584 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 191 | Patent license agreement between divine, Inc. and Emagio Inc. | SVN2-0040585 - 40589 | B |
| 192 | Patent license agreement between divine, Inc. and Game Link, Inc. | SVN2-0040601 - 40605 | B |
| 193 | Patent license agreement between divine, Inc. and GLOOKS.COM | SVN2-0040606 - 40610 | B |
| 194 | Patent license agreement between divine, Inc. and Katco Industries Inc. (cosmeticmall.com) | SVN2-0040624 - 40628 | B |
| 195 | Patent license agreement between divine, Inc. and Kreiss Enterprises, Inc. | SVN2-0040629 - 40633 | B |
| 196 | Patent license agreement between divine, Inc. and L.H. Internet (adultbiggest.com) | SVN2-0040634 - 40638 | B |
| 197 | Patent license agreement between divine, Inc. and Natural Foods, Inc. (bulkfoods.com) | SVN2-0040639 - 40642 | B |
| 198 | Patent license agreement between divine, Inc. and Perfumania.com | SVN2-0040648 - 40652 | B |
| 199 | Patent license agreement between divine, Inc. and Odimo Incorporated (diamond.com) | SVN2-0040643 - 40647 | B |
| 200 | Patent license agreement between divine, Inc. and Spun.com, Inc. | SVN2-0040653 - 40657 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 201 | Patent license agreement between divine, Inc. and System Optics, Inc. | SVN2-0040658 - 40662 | B |
| 202 | Patent license agreement between divine, Inc. and The Fruit Company, Inc. (Webster Orchard, Inc.) | SVN2-0040673 - 40677 | B |
| 203 | Patent license agreement between divine, Inc. and Tryiton Eyewear, LLC (eyeglasses.com) | SVN2-0040668 - 40672 | B |
| 204 | Transact License Agreement between Open Market and MTS Advanced | SOV0159257-293 | B |
| 205 | Amendment to Transact License Agreement between Open Market and MTS Advanced | SOV0159242-252 | B |
| 206 | Transact License Agreement between Open Market and Lynk Systems, Inc. | SOV0159615-666 | B |
| 207 | Transact License Agreement between Open Market and Corel Corp. | SOV0158663-679 | B |
| 208 | Transact License Agreement between Open Market and Reuters | SOV0159320-355 | B |
| 209 | Transact License Agreement between Open Market and The McGraw Hill Companies | SOV0159085-092 | B |
| 210 | Transact License Agreement between Open Market and Clearview Technologies | SOV0085865-873 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 211 | Transact License Agreement between Open Market and Bureau of National Affairs | SOV0158830-843 | B |
| 212 | Transact License Agreement between Open Market and Thompson Learning | SOV0159490-508 | B |
| 213 | Transact License Agreement between Open Market and Novis | SOV0160562-583 | B |
| 214 | Transact License Agreement between Open Market and Finsiel Spa | SOV0160415-426 | B |
| 215 | Transact License Agreement between Open Market and AT&T | SOV0093315-357 | B |
| 216 | Transact License Agreement between Open Market and Blue Window | SOV0160638-666 | B |
| 217 | Transact License Agreement between Open Market and Nippon Telegraph and Telephone Corporation | SOV0159801-834 | B |
| 218 | Transact License Agreement between Open Market and Cable Wireless | SOV0160127-202 | B |
| 219 | Transact License Agreement between Open Market and Telia Electronic Commerce | SOV0160698-750 | B |
| 220 | Transact License Agreement between Open Market and Mirand d.o.o. | SOV0159523-540 | B |
| 221 | Transact License Agreement between Open Market and Canal+ | SOV0160219-234 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 222 | Transact License Agreement between Open Market and Terranet Ltd. | SOV0160803-822 | B |
| 223 | Transact License Agreement between Open Market and Kocsistem-Bilgi Ve ilertisim Hizmelteri As | SOV0160481-496 | B |
| 224 | Transact License Agreement between Open Market and NTT PC Communications | SOV0159864-871 | B |
| 225 | Transact License Agreement between Open Market and Wind Telecommunicazioni Spa | SOV0160852-866 | B |
| 226 | Transact License Agreement between Open Market and Houghton Mifflin | SOV0158721-733 | B |
| 227 | Curriculum Vitae of James Nawrocki | | B |
| 230 | Internet Applications Customer Showcase, "Customer Showcase" Internet, Sep. 18, 1995 | SOV0164051 – SOV0164052 | B |
| 231 | The Server-Application Function and Netscape Server API, "The Netscape Server APT" Netscape Products Internet, Sep. 18, 1995 | SOV0164053 – SOV0164063 | B |
| 232 | Lou Montulli, Electronic Mail to multiple recipients of the www-talk list (www-talk@www10.w3.org) on "Session Tracking" (omi.mail.ww-talk, Apr. 18, 1995) | SOV0143959 - SOV0143960 | B |
| 233 | IStore, "Netscape Istore Data Sheet" Internet, Sep. 18, 1995. | SOV0164089 – SOV0164090 | B |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | C |
|---|---|---|---|
| 234 | Appendix G | SOV0092015 – SOV0092047 | B |
| 239 | Re: Session ID Patent | SVN2-0039906 | B |
| 240 | Newegg's Statement of Undisputed Facts (Dkt. No. 221-2) | | B |
| 241 | Exhibit K (Dkt. No. 221-15) | | B |
| 243 | Certificate of Correction | | |
| 245 | Third Amended Form S-1 filed by Newegg Inc. with the Securities and Exchange Commission | | A |
| 246 | Transaction data for www.newegg.com, www.newegg.ca, and www.neweggmall.com through March 19, 2010 | NEW028982-987 | A |
| 247 | Transaction data for www.newegg.com, www.newegg.ca, and www.neweggmall.com through March 31, 2010 | NEW029000-006 | A |
| 248 | Ex Parte Reexamination Certificate for Patent No. 5,708,780 | | A |

## CERTIFICATE OF SERVICE

This is to certify that on April 26, 2010, a true and correct copy of the foregoing document has been served via e-mail on the following counsel for Defendant Newegg, Inc.:

DBrean@webblaw.com
KBaldaufjr@webblaw.com
DHanson@webblaw.com
DSayles@swtriallaw.com


/s/ Debra R. Smith
Debra R. Smith