IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>CDW CORPORATION,<br>NEWEGG INC.,<br>REDCATS USA, INC.<br>SYSTEMAX INC.,<br>ZAPPOS.COM, INC.,<br>REDCATS USA, L.P.,<br>THE SPORTSMAN'S GUIDE, INC.,<br>AND<br>TIGERDIRECT, INC.,<br><br>Defendants. | Case No. 6:07-CV-00511-LED |

### PLAINTIFF SOVERAIN'S LIST OF EXHIBITS ADMITTED ON APRIL 27, 2010

P-54, P-162, P-163, P-164, P-165, P-166, P-167, P-168, P-169, P-170, P-171, P-172, P-173, P-174, P-175, P-176, P-244, P-245.

\* Court sustained objection to P-54 & P-244



Plaintiff's Exh List 2
607CV511



NYI-4274164v1

Dated: April 28, 2010

Respectfully submitted,

*/s/ Kenneth R. Adamo*

Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Jennifer Seraphine
CA Attorney Reg. No. 245463
Email: jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

ATTORNEYS FOR PLAINTIFF