IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 6:07-CV-00511-LED |
| | ) | |
| ~~CDW CORPORATION,~~ | ) | |
| NEWEGG INC., | ) | |
| ~~REDCATS USA, INC.~~ | ) | |
| SYSTEMAX INC., | ) | |
| ZAPPOS.COM, INC., | ) | |
| REDCATS USA, L.P., | ) | |
| THE SPORTSMAN'S GUIDE, INC., | ) | |
| ~~AND~~ | ) | |
| TIGERDIRECT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

*Plaintiff's FINAL Exhibit List*

## PLAINTIFF SOVERAIN'S ADMITTED TRIAL EXHIBITS INDEX

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | United States Patent No. 5,715,314 |
| 2 | United States Patent No. 5,909,492 |
| 3 | United States Patent No. 7,272,639 B1 |
| 4 | Ex Parte Reexamination Certificate for Patent No. 5,715,314 C1 |
| 5 | Ex Parte Reexamination Certificate for Patent No. 5,909,492 C1 |
| 6 | United States Patent No. 5,708,780 |
| 7 | Jack D. Grimes CV |
| 8 | Newegg system diagram |

| 9 | Newegg system diagram |
|---|---|
| ✓ 10 | Set of transactions for newegg.com (January 12, 2008) |
| ✓ 12 | Set of transactions for newegg.com (June 24, 2009) |
| 14 | Newegg.com's shopping flowchart |
| 15 | Newegg.com's Ordering FAQ page (http://www.newegg.com/HelpInfo/FAQDetail.aspx?Module=1, last accessed on July 21, 2009) |
| 16 | Google sponsored links |
| 17 | Gizmodo sponsored links |
| 18 | Newegg.com's "About Us" page (http://www.newegg.com/Info/AboutUs.aspx, last accessed on July 21, 2009) |
| 19 | E-mail From: Ricky.B.Leman, dated 12/30/2006 12:59:21 AM, To: Richard.L.Chen, Subject: FW: (Info) some useful documents, with attachments |
| 20 | E-mail From: Lucy.A.Huo, dated 6/25/2007 9:40:36 PM, To: Jerry.S.Cheng, Subject: FW: (info) SSL .net version testing plan |
| 24 | Jon Postel, Internet Protocol, RFC 791 (http://www.ietf.org/rfc/rfc791.txt, last accessed on November 30, 2009) |
| 25 | [Portion of] Tanenbaum, Computer Networks Third Edition, 1996, pp. 35-38 |
| 26 | D. Kristol, at al., HTTP State Management Mechanism, RFC 2109, (http://www.ietf.org/rfc/rfc2109.txt, last accessed on July 21, 2009) |
| 27 | Defendant's Responses to Plaintiff's Second Set of Interrogatories (Nos. 8-30), dated July 17, 2009 |
| 27A | Verified Defendant's Responses to Plaintiff's Second Set of Interrogatories (Nos. 8-30), dated July 17, 2009 |
| 28 | Exhibit 15 from James Wu 30(b)(1) deposition (Mr. Wu's drawing of the Newegg Mall System) |
| ✓ 29 | Set of transactions for neweggmall.com (July 17, 2009) |
| 32 | Neweggmall.com's "Help" page. (http://www.neweggmall.com/Info/Help.aspx, last visited on July 21, 2009).) |
| 33 | Neweggmall.com's "FAQ" page (http://www.neweggmall.com/Info/FAQDetail.aspx?Module=3&Menu=%2331, last visited on July 21, 2009).) |
| 36 | IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Edition, IEEE Std 100-1996, Published by the Institute of Electrical and Electronics Engineers, Inc., pp. 731, 834 |

| 37 | Fielding, et al., Hypertext Transfer Protocol -- HTTP/1.1, RFC 2616 (http://www.ietf.org/rfc/rfc2616.txt, last accessed on July 20, 2009) |
| 38 | Defendant Newegg Inc.'s Responses to Plaintiff Soverain Software LLC's First Set of Requests for Admission (Nos. 1-57), dated July 17, 2009 |
| 40 | E-mail From: Joyce Y. Hu, To: Robert Q. Wang, dated 12/12/2007, Subject: ??: (info) pls help identify net scalar cookie with an attachment |
| 41 | R. Fielding, Relative Uniform Resource Locators RFC 1808 (http://www.ietf.org/rfc/rfc1808.txt, last accessed July 22, 2009 |
| 42 | Shamos CV |
| 43 | [Portion of] Book entitled "Building Web Commerce Sites" by Tittel, et al, pp. 79-82, 157-159 |
| 55 | http://nuvocom.com/nuvo_bak.htm |
| 56 | http://nuvocom.com/softwr_pat.htm |
| 57 | Msnbc.com article entitled "Patent piracy, or Goliath's comeuppance" |
| 58 | United States Patent No. 5,966,685 |
| 59 | United States Patent No. 5,715,466 |
| 60 | E-mail from James Wu sent to Ken Lam, "Subject: FW: (Request) OH Reduction Meeting Files." |
| 61 | E-mail from Zach Song attaching spreadsheet listing Newegg servers |
| 62A | Summary Exhibit of Wu deposition testimony |
| 62B | Claim Chart with Wu deposition testimony |
| 63 | Transact 4.2 |
| 64 | Tx V5.0 Master |
| 65 | Tx V5.2 Master |
| 66 | Tx V 4.0.1 |
| 67 | Transact 4.0 |
| 68 | Transact 3.0.1 |
| 69 | Transact 3.0 For Solaris-Oracle |
| 70 | Tx V2.2 Oracle-SGI |
| 71 | Tx V2.2 Global For Sybase |

| 72 | Securelink 6.0 Installables Documentation |
|----|----|
| 73 | Transact 6.0 SDK |
| 74 | Transact 6.0 |
| 75 | Notes re: Session IDs |
| 76 | Email re: Pay Per Page |
| 77 | Open Market Service Offering |
| 78 | Open Market Store Building Kit Plan |
| 79 | Code to Handle URLs With Access Tickets in Them |
| 80 | CGI Script That Takes a Customer Name |
| 81 | Source code: OM-Axcess 1.0; OM-Axcess documentation; Pathfinder; Transact 2.1; pathfinder versions; hacks demo (SOVSRC0001-SOVSRC0003) |
| 82 | 1st Edition - Designing Systems for Internet Commerce |
| 83 | 2nd Edition - Designing Systems for Internet Commerce |
| 84 | Part of Payment System Prototype |
| 85 | Database Creation Script |
| 86 | Part of Payment System Prototype |
| 87 | Part of Payment System Prototype |
| 88 | CGI Script to Permit Buyer to Add Items to Shopping Cart |
| 89 | File Containing Subroutines for Cart Management |
| 90 | Payment System |
| 91 | Open Market Inc. Managing in a Turbulent Environment |
| 92 | http_get.c |
| 93 | Pathfinder --Day 1 |
| 94 | pay1094 code |
| 95 | Email re: Working definition of binary SID |
| 96 | Payment Switches for Open Networks |

| | |
|---|---|
| 97 | nph-payment.cgi-rev1.10 |
| 98 | payment.tcl-rev1.22 |
| 99 | dbschema.tcl-rev1.16 |
| 100 | smartstatement.tcl-rev1.16 |
| 101 | nph-payment.cgi-rev1.43 |
| 102 | nph-payment.cgi-rev1.12 |
| 103 | Payment System |
| 104 | nph-statement.cgi-rev1.11 |
| 105 | smartstatement.tcl-rev1.8 |
| 106 | This is the CGI script that authenticates the customer and if successful, redirects to the specified URL. |
| 107 | OnAccount (TR-104) email from L. Stewart |
| 108 | Patent Assignment to Open Market |
| 109 | Patent Assignment to Open Market |
| 110 | Inventor's Declaration |
| 111 | Inventor's Declaration |
| 112 | Inventor's Declaration |
| 113 | Inventor's Declaration |
| 114 | Patent Assignment to Open Market |
| 115 | Company Officer's Declaration |
| 116 | Inventor's Declaration |
| 117 | Inventor's Declaration |
| 118 | Inventor's Declaration |
| 119 | Inventor's Declaration |
| 120 | Petition to Correct Inventorship |
| 121 | Petition to Correct Inventorship |
| 122 | Notice of Recordation of Assignment |

| 123 | Asset Purchase Agreement by and among divine, Inc. and Certain Domestic Subsidiaries and Saratoga DMS LLC |
| 124 | Asset Purchase Agreement by and among divine, inc. and Certain Domestic Subsidiaries and Saratoga DMS LLC |
| 125 | Patent Assignment to Saratoga DMS LLC |
| 126 | Patent Assignment to Saratoga DMS LLC |
| 127 | Notice of Recordation of Assignment |
| 128 | Notice of Recordation of Assignment |
| 129 | Certificate of Amendment of Saratoga DMS LLC changing name to Data Return Managed Services LLC |
| 130 | Notice of Recordation of Assignment |
| 131 | Asset Purchase Agreement by and among Data Return Managed Services LLC and Conor Robert Patent Holdings LLC |
| 132 | Patent Assignment to Conor Robert Patent Holdings, LLC |
| 133 | Notice of Recordation of Assignment |
| 134 | Certificate of Amendment of Data Return Managed Services LLC changing name to Data Return LLC |
| 135 | Certificate of Amendment for Data Return Managed Services, LLC changing name to Data Return LLC |
| 136 | Certificate of Amendment of Conor Robert Patent Holdings LLC changing name to Soverain Software LLC |
| 137 | Notice of Recordation of Assignment |
| 138 | Intellectual Property Security Agreement |
| 139 | Certificate of Correction |
| 140 | Open Market Annual Report for 1997 |
| 141 | Open Market 10-K FY 1997 |
| 142 | Open Market 10-K FY 1998 |
| 143 | Open Market 10-K FY 1999 |
| 144 | Open Market 10-K FY 2000 |
| 147 | Strategic Partnership and Patent Assignment Agreement between Open Market. and Ricos International – Unexecuted |
| 149 | Open Market Management Presentation |
| 158 | divine 10-K405 FY 2001 |

| | |
|---|---|
| 160 | http://www.soverain.com/asp/products/products_ahead.asp |
| 161 | Soverain "Commerce Service Provider Program" |
| 162 | Newegg Mall Business Plan |
| 163 | Magnell Associate, Inc., Combined Financial Statements for the year ended 12/31/2001 |
| 164 | Magnell Associate, Inc., (dba American Business Service Computer Technologies) Combined Financial Statements for the year ended 12/31/2002 |
| 165 | Magnell Associate, Inc., (dba American Business Service Computer Technologies) Combined Financial Statements for the year ended 12/31/2003 |
| 166 | Newegg Business Overview 2005 Q3 Board Meeting |
| 167 | Newegg Inc. and Subsidiaries Financial Forecast for the years 2006, 2007 and 2008 |
| 168 | Newegg Inc. and Subsidiaries Report on Audited Consolidated Financial Statements For the Years Ended December 31, 2006, 2005 and 2004 |
| 169 | Newegg Board of Directors 2008 Plan |
| 170 | Newegg. Inc Financial Statements For the Years Ended December 31, 2007, 2006 and 2005 |
| 171 | Newegg Projected Income Statements 2005-2008 |
| 172 | Newegg Inc. Financial Statements As of December 31, 2008 and 2007 and for the years ended December 31, 2008, 2007 and 2006 |
| 173 | Newegg Inc. Consolidated Statements of Operations for the three months ended March 31, 2009 and March 31, 2008 |
| 174 | Newegg.com, Newegg.ca, Neweggmall.com Total sales revenue for 2001-2009 |
| 175 | Newegg Canada - 2008 Q4 Summary and 2009 Strategy |
| 176 | Amended Form S-1 filed by Newegg Inc. with the Securities and Exchange Commission |
| 177 | http://www.newegg.com/Info/FactSheet.aspx |
| 178 | http://www.newegg.com/info/aboutus.aspx |
| 180 | http://www.neweggmall.com/partners/BusinessModel.html |
| 181 | http://secure.neweggmall.com/Affiliates/SignUp.aspx |
| 184 | "Patent Assignment and License Agreement" between Open Market and Internet Number Corporation |

| 185 | Patent license agreement between Open Market and Johnson & Johnson Vision Care, Inc. |
| 186 | Patent license agreement between divine, Inc. and Bikecology, Inc. (supergo.com) |
| 187 | Patent license agreement between divine, Inc. and Bissinger French Confections |
| 188 | Patent license agreement between divine, Inc. and Cadence 120 Bicycle Works, Inc. |
| 189 | Patent license agreement between divine, Inc. and Cartronix, Inc. |
| 190 | Patent license agreement between divine, Inc. and DVD Planet.com Inc. |
| 191 | Patent license agreement between divine, Inc. and Emagio Inc. |
| 192 | Patent license agreement between divine, Inc. and Game Link, Inc. |
| 193 | Patent license agreement between divine, Inc. and GLOOKS.COM |
| 194 | Patent license agreement between divine, Inc. and Katco Industries Inc. (cosmeticmall.com) |
| 195 | Patent license agreement between divine, Inc. and Kreiss Enterprises, Inc. |
| 196 | Patent license agreement between divine, Inc. and L.H. Internet (adultbiggest.com) |
| 197 | Patent license agreement between divine, Inc. and Natural Foods, Inc. (bulkfoods.com) |
| 198 | Patent license agreement between divine, Inc. and Perfumania.com |
| 199 | Patent license agreement between divine, Inc. and Odimo Incorporated (diamond.com) |
| 200 | Patent license agreement between divine, Inc. and Spun.com, Inc. |
| 201 | Patent license agreement between divine, Inc. and System Optics, Inc. |
| 202 | Patent license agreement between divine, Inc. and The Fruit Company, Inc. (Webster Orchard, Inc.) |
| 203 | Patent license agreement between divine, Inc. and Tryiton Eyewear, LLC (eyeglasses.com) |
| 204 | Transact License Agreement between Open Market and MTS Advanced |
| 205 | Amendment to Transact License Agreement between Open Market and MTS Advanced |
| 206 | Transact License Agreement between Open Market and Lynk Systems, Inc. |
| 207 | Transact License Agreement between Open Market and Corel Corp. |
| 208 | Transact License Agreement between Open Market and Reuters |

8

| 209 | Transact License Agreement between Open Market and The McGraw Hill Companies |
| 210 | Transact License Agreement between Open Market and Clearview Technologies |
| 211 | Transact License Agreement between Open Market and Bureau of National Affairs |
| 212 | Transact License Agreement between Open Market and Thompson Learning |
| 213 | Transact License Agreement between Open Market and Novis |
| 214 | Transact License Agreement between Open Market and Finsiel Spa |
| 215 | Transact License Agreement between Open Market and AT&T |
| 216 | Transact License Agreement between Open Market and Blue Window |
| 217 | Transact License Agreement between Open Market and Nippon Telegraph and Telephone Corporation |
| 218 | Transact License Agreement between Open Market and Cable Wireless |
| 219 | Transact License Agreement between Open Market and Telia Electronic Commerce |
| 220 | Transact License Agreement between Open Market and Mirand d.o.o. |
| 221 | Transact License Agreement between Open Market and Canal+ |
| 222 | Transact License Agreement between Open Market and Terranet Ltd. |
| 223 | Transact License Agreement between Open Market and Kocsistem-Bilgi Ve ilertisim Hizmelteri As |
| 224 | Transact License Agreement between Open Market and NTT PC Communications |
| 225 | Transact License Agreement between Open Market and Wind Telecommunicazioni Spa |
| 226 | Transact License Agreement between Open Market and Houghton Mifflin |
| 227 | Curriculum Vitae of James Nawrocki |
| 230 | Internet Applications Customer Showcase, "Customer Showcase" Internet, Sep. 18, 1995 |
| 231 | The Server-Application Function and Netscape Server API, "The Netscape Server APT" Netscape Products Internet, Sep. 18, 1995 |
| 232 | Lou Montulli, Electronic Mail to multiple recipients of the www-talk list (www-talk@www10.w3.org) on "Session Tracking" (omi.mail.ww-talk, Apr. 18, 1995) |
| 233 | IStore, "Netscape Istore Data Sheet" Internet, Sep. 18, 1995. |

| 234 | Appendix G |
|-----|-----------|
| 239 | Re: Session ID Patent |
| 240 | Newegg's Statement of Undisputed Facts (Dkt. No. 221-2) |
| 241 | Exhibit K (Dkt. No. 221-15) |
| 243 | Certificate of Correction |
| 245 | Third Amended Form S-1 filed by Newegg Inc. with the Securities and Exchange Commission |
| 246 | Transaction data for www.newegg.com, www.newegg.ca, and www.neweggmall.com through March 19, 2010 |
| 247 | Transaction data for www.newegg.com, www.newegg.ca, and www.neweggmall.com through March 31, 2010 |
| 248 | Ex Parte Reexamination Certificate for Patent No. 5,708,780 |