

Defendant's
Exhibit List 1
607CV511

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

SOVERAIN SOFTWARE LLC,                                §
§
Plaintiff,                                §
§
v.                                                                §
§
CDW   CORPORATION,   NEWEGG   INC.,    §          Civil Action No. 6:07-CV-00511-LED
REDCATS USA, INC., SYSTEMAX INC.,    §
ZAPPOS.COM, INC., REDCATS USA, L.P.,    §
THE  SPORTSMAN'S  GUIDE,  INC.,  and    §
TIGERDIRECT, INC.,                             §
§
Defendants.                             §
§

## DEFENDANT NEWEGG'S TRIAL EXHIBITS LIST (NO OBJECTIONS)

| Presiding Judge:<br>Leonard Davis | Plaintiff's Attorney(s):<br>Kenneth Adamo, Thomas Giannetti,<br>Barry Satine, Clark Craddock | Defendant's Attorneys:<br>Richard   Sayles,   Mark<br>Strachan, Kent Baldauf, Jr.,<br>David Hanson, Daniel Brean |
|---|---|---|
| Trial / Hearing Date(s):<br>April 26, 2010 – April 30, 2010 | Court Reporter:<br>Shea Sloan | Courtroom Deputy:<br>Rosa Ferguson |

Note:  Newegg's trial exhibits are not sequentially numbered, since previous versions of the list included
exhibits that were subsequently withdrawn.

| DEF.<br>EX.<br>NO. | DESCRIPTION | PRODUCTION<br>NO. |
|---|---|---|
| · 2 | How to Get the Most Out of CompuServe,<br>4th Edition (1989) by Bowen and Peyton<br>(Excerpts Attached as Exh 7 to Docket<br>#247) | |
| · 3 | CompuServe CIM Running Start (1993) by<br>Bob Campbell (Excerpts Attached as Exh 6<br>to Docket #247) | |



| | | |
|---|---|---|
| 4 | Using CompuServe by Ellsworth and Ellsworth (published March 30, 1994) (Excerpts attached as Exh 8 to Docket #247) | |
| 5 | Certified copyright registration for Using CompuServe by Ellsworth and Ellsworth (published March 30, 1994) (Exh 9 to Docket #247) | |
| 6 | Declaration of William P. Boger(11/17/2009) | |
| 7 | Navigating the Internet, Smith and Gibbs (March 25, 1994) pages 5, 23-26, 183-184, and 191-193(Exh 10 to Docket #247) | |
| 8 | Certified Copyright Registration for Navigating the Internet, Smith and Gibbs (March 25, 1994) establishing the date of publication(Exh 11 to Docket #247) | |
| 9 | Designing Systems for Internet Commerce, Second Edition, Treese and Stewart (2003) (Exh 12 to Docket #247) | |
| 11 | U.S. Patent No. 5,774,670 to Montulli, issued on June 30, 1998 | |
| 12 | U.S. Patent No. 5,724,424 to Gifford, issued on March 3, 1998 | |
| 14 | Amendment dated May 15, 2001 filed at the Patent Office in connection with the application which resulted in the '639 patent(Exh. C to docket # 221) | |
| 15 | Amendment dated December 28, 2001 filed at the Patent Office in connection with the application which resulted in the '639 patent(Exh D to docket # 221) | |
| 16 | Excerpted pages from a book by G. Winfield Treese and Lawrence C. Stewart, both named inventors of the '639 and '780 patents, entitled "Designing Systems for Internet Commerce," Addison-Welsey (2nd ed. 2003).(Exh E to docket # 221) | |
| 20 | Declaration filed by Lou Montulli filed in connection with prosecution of U.S. Patent Application Serial No. 08/918,977, which is a divisional application of the Montulli patent(Exh L to docket # 221  ) | |

| | | | |
|---|---|---|---|
| 21 | "Persistent Client State HTTP Cookies," which was published by Netscape on its website between December 1994 and January 1995(Exh M to docket # 221) | | |
| 22 | Article by David M. Kristol entitled "HTTP Cookies: Standards, Privacy, and Politics," published in 2001(Exh N to docket # 221) | | |
| 25 | WWW-Talk Montulli 4/18/95 | SVN2-0041802-804 | |
| 27 | Johnson et al. U.S. Patent No. 5,560,008. | | |
| 31 | Appendices A-E of '314 Patent | | |
| 34 | Email from Lawrence Stewart to Bill Dally of 5/19/1995(Exh 7 to docket # 231) | SOV-E0009539-40 | |
| 35 | Email from Lawrence Stewart to Andrew Payne of 5/3/1995(Exh 8 to docket # 231) | SOV0003587-88 | |
| 37 | IDS dated 3/27/1996(Exh 10 to docket # 231) | | |
| 48 | Newegg MIS Dep't Presentation | NEW008317-46 | |
| 51 | Open Market memo re payment system, by Lawrence Stewart | SVN2-0072064-71 (Stewart Depo Ex. 9) | |
| 52 | Routines for talking to payment database at Open Market | SVN2-0024292 (Stewart Depo Ex. 10) | |
| 53 | Email from Lawrence Stewart | SVN2-0039738-39 (Stewart Depo Ex. 14) | |
| 54 | Email from Lawrence Stewart | SVN2-0039787-91 (Stewart Depo Ex. 17) | |
| 56 | Designing Systems for Internet Commerce by Treese & Stewart Addison-Wesley Professional, 04/1998, 400 pages, ISBN-0-201-57167-6 | | |
| 57 | Source code from Lawrence Stewart | SVN2-0025102-103 (Payne Depo Ex. 19) | |
| 58 | Source code from Andrew Payne | SVN2-0025329-31 (Payne Depo Ex. 20) | |
| 59 | Open Market press release of 10/24/1994 | SOV-E 0000980-85 (Treese Depo Ex. 7) | |
| 60 | Open Market Http code | SVN0-0025800 (Treese Depo Ex. 9) | |

| | | |
|---|---|---|
| ' 61 | Declaration of Prior Invention to Overcome Cited Reference(s) Under 37 C.F.R. § 1.131 for Serial No. 09-005,479 dated October 19, 2006 | Treese Depo. Ex. 15 |
| 62 | HTML for Dummies 3rd ed. by Tittel et al. For Dummies, 1997, 404 pgs, ISBN-0-7645-0214-X | |
| ' 63 | CGI Bible: With CDROM by Tittel et al, Wiley Publishing, 1996, 618 pgs, ISBN-0-7645-8016-7 | |
| 64 | Building Web Commerce Sites by Tittel et al.,  Wiley Publishing, 2000, 382 pgs ISBN-0-7645-3032-1 | |
| 65 | Foundations of World Wide Web Programming with HTML & CGI with CD-ROM by Tittel, Dreiser Wiley Publishing, 1995, 648 pgs, ISBN-1-56884-703-3 | |
| '66 | Navigating the Internet, Deluxe. by Smith & Gibbs Sams Publishing, 1994, 640 pgs, ISBN-0-672-30485-6 | |
| . 69 | ShoppingCartCheckOutBL.cs | NEW0000441 |
| ' 71 | Newegg screen shot shopping_flow_part11.Home | |
| . 74 | Newegg screen shot shopping_flow_part12. Search SSD | |
| ' 78 | Newegg screen shot shopping_flow_part13.Add To Cart | |
| . 81 | Newegg screen shot shopping_flow_part14. View Shopping Cart | . |
| ' 83 | Newegg screen shot shopping_flow_part15.Login | |
| ' 85 | Newegg screen shot shopping_flow_part2A.View cart_2 Items | |
| ' 88 | Newegg screen shot shopping_flow_part26.Check out | |
| . 91 | Newegg screen shot shopping_flow_part27.Home Again | |
| 94 | Newegg screen shot shopping_flow_part28.Search sata 3.0gb cable | |
| 96 | Newegg screen shot shopping_flow_part29.Add card to cart | |

4

| | | |
|---|---|---|
| .100 | Newegg screen shot<br>shopping_flow_part3B.Login to checkout | |
| '103 | Newegg screen shot<br>shopping_flow_part3C.Checkout_step1 | |
| ·106 | Newegg screen shot<br>shopping_flow_part3D.Checkout_Step2 | |
| '109 | Newegg screen shot<br>shopping_flow_part3E.Order Done | |
| '112 | Photographs of Newegg Facilities | |
| · 116 | ShoppingRealTimeBL.cs | NEW0000441 |
| ·117 | ShoppingRealTimeDA.cs | NEW0000441 |
| · 118 | DataCommand_Addtion.config | NEW0000441 |
| ·137 | http://www.ietf.org/rfc/rfc791.txt"Internet Protocol Darpa Internet Program Protocol Specification"(9/1981) (Exh 14 to docket # 230) | |
| ·138 | Newegg System Diagrams (Exh 15 to docket # 230) | NEW0000232-33 |
| · 140 | Newegg About Us and FAQ pages (Exh 17 to docket # 230) | |
| , 141 | Newegg Flowchart (Exh 18 to docket # 230) | NEW0000002-3 |
| · 146 | Appendix G to '314 Patent (Exh. 26 to docket # 258) | |
| ·171 | Batini, Ceri, Navathe "Conceptual Database Design," The Benjamin/Cummings Publishing Company, Inc. (1992) (Exh 20 to Docket #247) | |
| '172 | Wall Street Journal Article re Open Market of 3/3/1998(Exh C to Docket #257) | SOV0085655 |
| ·175 | Building Web Commerce Sites, Tittel et al.(Exh F to Docket #257) | Tittel Depo. Ex 11 |
| · 177 | Server Diagram(Exh 3 to Docket # 262) | NEW0000234 |
| · 192 | Transact software license from Open Market to Bureau of National Affairs | SOV0158819-29 |
| · 193 | Transact software license from Open Market to McGraw-Hill | SOV0159085-92 |
| ·194 | Transact software license from Open Market to Clearview Technologies | SOV0085865-73 |
| · 195 | Transact software license from Open Market to Bureau of National Affairs | SOV0158830-43 |

| | | |
|---|---|---|
| . 196 | Transact software license from Open Market to MIC Systems | SOV0160541-53 |
| . 197 | Transact software license from Open Market to Thomson Learning | SOV0159498 - 508 |
| . 198 | Transact software license from Open Market to Novis | SOV0160562-83 |
| .199 | Transact software license from Open Market to Corel | SOV0158664-77 |
| . 200 | Transact software license from Open Market to Finsiel Spa | SOV0160415-26SOV0160449-59 |
| . 201 | Transact CSP software license from Open Market to AT&T Corp. | SOV0093315-57 |
| . 202 | Transact CSP software license from Open Market to Blue Window | SOV0160638-66 |
| . 203 | Transact CSP software license from Open Market to MTS Advanced | SOV0159257-91 (Ghosh Depo. Ex. 4) |
| . 204 | Transact CSP software license from Open Market to Nippon Telegraph | SOV0159801-34 |
| .205 | Transact CSP software license from Open Market to Cable and Wireless PLC | SOV0160127-202;(Ghosh Depo Ex. 7) |
| .206 | Transact CSP software license from Open Market to Demon Internet, Ltd. | SOV0159768-92 |
| . 207 | Transact CSP software license from Open Market to Telia Electronic Commerce AB | SOV0160701-50 |
| . 208 | Transact CSP software license from Open Market to Marand d.o.o. | SOV0159523-40 (Ghosh Depo Ex. 5)SOV0159567-84 |
| . 209 | Transact CSP software license from Open Market to Demon Internet, Ltd. | SOV0159751-66 |
| . 210 | Transact CSP software license from Open Market to Canal | SOV0160219-34 |
| . 211 | Transact CSP software license from Open Market to Terranet, Ltd. | SOV0160803-22 |
| . 212 | Transact CSP software license from Open Market to Reuters Limited | SOV0159320-53 |
| . 213 | Transact CSP software license from Open Market to Kocsistem-Bilgi Ve Iletisim Hizmetleri As | SOV0160481-97 |
| . 214 | Transact CSP software license from Open Market to Lynk Systems | SOV0159615-66 (Ghosh Depo Ex. 6) |
| . 215 | Transact CSP software license from Open Market to NTT PC Communications | SOV0159864-71 |

| | | |
|---|---|---|
| · 216 | Transact CSP software license from Open Market to Wind Telecommunicaczioni Spa | SOV0160852-66 |
| . 217 | Transact software license from divine to Houghton Mifflin | SOV0158721-33 |
| .218 | Transact CSP software license from Open Market to Swisscom AG, BusinessCom Eleconic Commerce Solutions | SOV0160619-23 |
| · 220 | Internal Open Market Documents | SVN2-0079969 -- 0080059 |
| · 221 | History of Intershop Efinity product, Attachment B to Supplemental expert report of W. Christopher Bakewell (9/22/2009) | |
| . 222 | Overview of Intershop Efinity functionality, Attachment C to Supplemental expert report of W. Christopher Bakewell (9/22/2009) | |
| · 223 | Patent license from Open Market to Johnson & Johnson Vision Care | SVN2-0040620-23 (Ghosh Depo. Ex. 13) |
| . 224 | Patent license from Open Market to Internet Number Corp. | SVN2-0040611-19 (Ghosh Depo. Ex. 12) |
| · 225 | Patent license from divine to Emagio, Inc. | SVN2-0040585-89 |
| ·226 | Patent license from divine to Natural Foods, Inc. | SVN2-0040639-42 |
| · 227 | Patent license from divine to Webster Orchard / The Fruit Company, Inc. | SVN2-0040673-77 |
| . 228 | Patent license from divine to Perfumania.com | SVN2-0040648-52 |
| ·229 | Patent license from divine to Game Link, Inc. | SVN2-0040601-05 |
| · 230 | Patent license from divine to Bikecology, Inc. | SVN2-0040559-63 |
| . 231 | Patent license from divine to Cartronix, Inc. | SVN2-0040569-74 |
| · 232 | Patent license from divine to L.H. Internet | SVN2-0040634-38 |
| . 233 | Patent license from divine to Katco Industries | SVN2-0040624-28 |
| · 234 | Patent license from divine to Glooks.com | SVN2-0040606-10 |
| · 235 | Patent license from divine to Spun.com | SVN2-0040653-57 |
| · 236 | Patent license from divine to Kreiss Enterprises, Inc. | SVN2-0040629-33 |

| 237 | Patent license from divine to Odimo, Inc. | SVN2-0040643-47 |
| 238 | Patent license from divine to Cadence 120 Bicycle Works | SVN2-0040564-68 |
| 239 | Patent license from divine to Tryiton Eyewear, LLC | SVN2-0040668-72 |
| 240 | Patent license from divine to Bissenger French Confections | SVN2-0040554-58 |
| 241 | Patent license from divine to DVDPlanet.com, Inc. | SVN2-0040580-84 |
| 242 | Patent license from divine to System Optics, Inc. | SVN2-0040658-62 |
| 243 | Open Market Proposed Patent License Terms | SOV0095678-79 (Ghosh Depo Ex. 14) |
| 244 | Open Market correspondence and proposed assignment of patents to Ricos International | SOV0093369-83 (Ghosh Depo. Ex. 11) |
| 245 | Harvard Business School Article Concerning Open Market | SOV0105039-59 (Ghosh Depo Ex. 1) |
| 247 | Soverain CSP Program Summary | SVN2-0080135 (Wolanyk Depo Ex. 2) |
| 248 | Soverain Transact Strategy | SVN2-0080068-76 |
| 250 | Soverain Transact Income Statement for 2003-2008 | SVN2-0080060 (Wolanyk Depo Ex. 6) |
| 252 | Open Market Form 10-K for fiscal year ended December 31, 1996 | SOV0206243-414 |
| 253 | Open Market Form 10-K for fiscal year ended December 31, 1999 | SOV0206699-819 |
| 254 | Open Market Form 10-K for fiscal year ended December 31, 2000 | SOV0206820-207035 |
| 255 | Open Market Form 10-Q for six months ended June 30, 2001 | |
| 256 | Open Market Financials | SOV0171074-126 |
| 268 | CV of W. Christopher Bakewell, Attachment A to expert report of W. Christopher Bakewell (8/31/2009) | |
| 269 | Internal Open Market strategy document | SVN2-0077080-87 |
| 270 | Newegg customer poll | NEW028553-54 |
| 272 | Open Market Internal licensing document | ESDALE06642- |

| | | 44 |
|---|---|---|
| • 273 | Soverain Internal strategy document | SVN2-0080068-76 |
| •274 | Open Market's form 10-K for the fiscal year ended December 31, 1997 | SOV0206415-504 |
| • 275 | Open Market's form 10-K/A for the fiscal year ended December 31, 2000 | |
| • 276 | Divine, Inc.'s Form 8-K (filed May 6, 2003) | |
| • 278 | "Integrating Content and Commerce," A Technical White Paper from Open Market, Inc.(10/18/1999) | SVN20079917-940 |
| • 283 | Open Market, Inc., Montgomery Securities Analyst Report March 4, 1998 | WEINBERGER000480 |
| • 284 | Newegg.com Information Memorandum March 2005 | NEW027690-27736 |
| • 285 | Newegg.com Board of Directors Meetings, Financial Update – Q3 Results, Q4 and Full Year Outlook(11/9/2007) | NEW013712-729 |
| •287 | Newegg.com Corporate Summary, http://www.newegg.com/Info/AboutUs.aspx | |
| , 295 | Newegg.com Online Poll Results http://secure.newegg.com/FeedBack/Online PollResult.aspx | |
| • 296 | Newegg.com Awards/Rankings http://www.newegg.com/Info/Awards.aspx | |
| •298 | Newegg.com Fact Sheethttp://www.newegg.com/Info/Fact Sheet.aspx. | |
| • 300 | Article— "Open Market Sues Intershop Over Patent Infringement," http://www.crn.com/it-channel/ 18812942;jsessionid= LHYUVEC12TJ4LQE1GHOSKH4ATMY 32JVN f/n. 150(1/26/2001) | |
| . 301 | Article—"Where is It Now? Open Market's Fall," http://www.businessweek.com/1999/99 44/b3653038.htm(11/1/1999) | |
| • 303 | United States Patent No. 5,715,314 | |
| • 304 | United States Patent No. 5,909,492 | |

| | | |
|---|---|---|
| ·305 | United States Patent No. 7,272,639 | |
| · 306 | United States Patent No. 5,708,780 | |
| · 307 | United States Patent No. 5,715,314 C1 | |
| · 308 | United States Patent No. 5,909,492 C1 | |
| ·311 | Selling on Amazon.com—Amazon Marketplace;http://www.amazon.com/g p/help/customer/display.html?ie=UTF8& nodeId=1161232. | |
| ·312 | Selling on Amazon.com—Fees and Pricing; http://www.amazon.com/gp/help/custom er/display.html?ie=UTF8&nodeId=1161 240. | |
| ·313 | Yahoo! Store, "What is Yahoo Merchant Solutions," http://onlinebusiness.about.com/od/selli nggoodsonline/p/yahoo-store.htm?p=1. | |
| ·314 | Google Checkout—Increase Online Sales Using Google Checkout, https://checkout.google.com/sell/?gsess ionid=bwGYf6Ni2iw | |
| . 315 | Google Checkout—The Google Checkout Buyer Experience, https://checkout.google.com/seller/expe rience.html | |
| · 341 | Open Market, Inc. Annual Report for 1997 | SOV0100200-·235 |
| ' 342 | Divine, Inc. Form 10-K 405 for the fiscal year ended December 31, 2001 | |
| ' 343 | Divine, Inc. 8-K (Filed 5/06/2003) | |
| · 345 | Mergent Company Report, Divine, Inc. (11/30/2001) | |
| ·349 | Article— "Divine Bids US$59.3m for Open Market," http://www.internetnews.com/xSP/ article.php/867161/divine+Bids+US593 m+For+Open+Market.htm  (8/16/2001) | |
| · 352 | Soverain-About Us, http://www.soverain.com/asp/about/ | |
| · 353 | Soverain-Legacy, http://www.soverain.com/asp/about/abo ut_legacy.asp | |
| ·354 | "Soverain—Transact A Full-Service E-Commerce System,"www.soverain.com/pdf/transac t_product_overview.pdf (2009) | |

| | | |
|---|---|---|
| ' 357 | Article—"Newegg.com Works With Foresee Results to Gauge Satisfaction of Diverse Customers," http://www.foreseeresults.com/Press_N ewEgg_Jan07.html (1/16/2007) | |
| '358 | Article—"Leading Online Electronics Retailer Newegg Begins New Year With Key Awards," http://www.newegg.com/Info/Newsroom Detail.aspx?ID=492&Type=3 (1/28/2009) | |
| '359 | The Internet Commerce Software Market | WEINBERGER0 02353-55 |
| 363 | Correspondence between representatives of Open Market, Inc. and Johnson & Johnson Vision Care, Inc. (5/30/2000) | SOV0083251 |
| 364 | Correspondence between representatives of Divine Technology Ventures and Emagio, Inc. (9/20/2002) | SOV0095764 |
| 365 | Correspondence between representatives of Divine Technology Ventures and Emagio, Inc. (9/17/2002) | SOV0095770 |
| 366 | Correspondence between representatives of Divine Technology Ventures and Natural Foods, Inc. (9/24/2002) | SOV0086455 |
| ' 367 | Correspondence between representatives of Divine Technology Ventures and Natural Foods, Inc. (9/13/2002) | SOV0086468 |
| '368 | Correspondence between representatives of Divine Technology Ventures and Natural Foods, Inc. (8/28/2002) | SOV0086477 |
| 369 | Correspondence between representatives of Divine Technology Ventures and Webster Orchard, Inc./The Fruit Company, Inc. (9/24/2002) | SOV0086870 |
| ' 370 | Correspondence between representatives of Divine Technology Ventures and Webster Orchard, Inc./The Fruit Company, Inc. (8/28/2002) | SOV0086883 |
| 371 | Complaint filed by Divine Technology Ventures against Allwall Technologies, Inc. d/b/a/ Art.com (9/9/2002) | SOV0086885-891 |

| | | |
|---|---|---|
| ·372 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (10/2002) | SOV0096324-327 |
| ·373 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (10/3/2002) | SOV0096339 |
| ·374 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (9/17/2002) | SOV0096347-348 |
| ·375 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (7/26/2002) | SOV0096377 |
| ·376 | Correspondence between representatives of Divine Technology Ventures and Game Link, Inc. (9/2002) | SOV0084306-310 |
| ·377 | Correspondence between representatives of Divine Technology Ventures and Game Link, Inc. (9/29/2002) | SOV0084345 |
| ·378 | Correspondence between representatives of Divine Technology Ventures and Game Link, Inc. (10/10/2002) | SOV0084341 |
| ·379 | Complaint filed by Divine Technology Ventures against Wine.com, Inc. (9/20/2002) | SOV0083874-879 |
| ·380 | Voluntary Dismissal filed by Divine Technology Ventures against Wine.com, Inc.(10/24/2002) | SOV0083862 |
| ·381 | Correspondence between representatives of Divine Technology Ventures and Bikecology, Inc. (9-10/2002) | SOV0084389-417 |
| ·382 | Correspondence between representatives of Divine Technology Ventures and Bikecology, Inc. (9/16/2002) | SOV0084427 |
| ·383 | Correspondence between representatives of Divine Technology Ventures and Cartronix, Inc. (10/17-20/2002) | SOV0095688-689 |
| ·384 | Correspondence between representatives of Divine Technology Ventures and Cartronix, Inc. (9/26/2002) | SOV0095722 |

| | | |
|---|---|---|
| *385 | Correspondence between representatives of Divine Technology Ventures and Cartronix, Inc. (9/12/2002) | SOV0095738 |
| .386 | Complaint filed by Divine Technology Ventures against Direct Distributions Enterprises, Inc. (10/11/2002) | SOV0082411-16 |
| *387 | Correspondence between representatives of Divine Technology Ventures and L.H. Internet (10/16/2002) | SOV0084928 |
| .388 | Correspondence between representatives of Divine Technology Ventures and L.H. Internet (10/4/2002) | SOV0084934-935 |
| *389 | Correspondence between representatives of Divine Technology Ventures and L.H. Internet (9/13/2002) | SOV0084945 |
| *390 | Complaint filed by Divine Technology Ventures against Five Star Video, L.C. d/b/a Five Star Video Distributors (9/26/2002) | SOV0082617-622 |
| *391 | Correspondence between representatives of Divine Technology Ventures and GLOOKS.com (10/2002) | SOV0086405-407 |
| *392 | Correspondence between representatives of Divine Technology Ventures and GLOOKS.com (9/26/2002) | SOV0086416 |
| *393 | Correspondence between representatives of Divine Technology Ventures and GLOOKS.com (9/10/2002) | SOV0086426 |
| .394 | Correspondence between representatives of Divine Technology Ventures and Spun.com (10/8/2002) | SOV0082195 |
| .395 | Correspondence between representatives of Divine Technology Ventures and Spun.com (9/25/2002) | SOV0082207 |
| .396 | Voluntary Dismissal filed by Divine Technology Ventures against Bellacor.com, Inc. (11/5/2002) | SOV0084838-840 |
| *397 | Complaint filed by Divine Technology Ventures against Bellacor.com, Inc. (9/16/2002) | SOV0084899-904 |
| *398 | Correspondence between representatives of Divine Technology Ventures and Kreiss Enterprises, Inc. (10/16/2002) | SOV0082240 |
| *399 | Correspondence between representatives of Divine Technology Ventures and Kreiss Enterprises, Inc. (10/4/2002) | SOV0082263 |

13

| | | |
|---|---|---|
| 400 | Correspondence between representatives of Divine Technology Ventures and Odimo Incorporated (10/31/2002) | SOV0084686 |
| 401 | Correspondence between representatives of Divine Technology Ventures and Odimo Incorporated (9/2002) | SOV0084694-696 |
| 402 | Correspondence between representatives of Divine Technology Ventures and Cadence 120 Bicycle Works, Inc. (10-11/2002) | SOV0084996-032 |
| 403 | Correspondence between representatives of Divine Technology Ventures and Bissenger French Confections (10/22/2002) | SOV0084797 |
| 404 | Correspondence between representatives of Divine Technology Ventures and CLBL, Inc. (11/5/2002) | SOV0086976 |
| 405 | Complaint filed by Divine Technology Ventures against Thompson & Morgan, Inc. and Thompson & Morgan (Group) Holdings Limited (11/20/2002) | SOV0085122-127 |
| 406 | Litigation Related Documents and correspondence re divine v. Thompson & Morgan | SOV0085225-286 |
| 407 | Settlement agreement and proof of payments by Advance Comfort to Divine Technology Ventures | SOV0083488-514 |
| 408 | Advance comfort pleadings | SOV0083588-614 |
| 409 | Correspondence between representatives of Divine Technology Ventures and Allposters.com,Inc. (10/30/2002) | SOV0083958 |
| 410 | Complaint filed by Divine Technology Ventures against Allposters.com, Inc. (11/13/2002) | SOV0084069-79 |
| 411 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (1/26/2002) | SOV0096174-175 |
| 412 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (10/30/2002) | SOV0096192 |

14

| | | |
|---|---|---|
| • 413 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (10/2/2002) | SOV0096202-203 |
| •414 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (9/10/2002) | SOV0096219 |
| •415 | Correspondence between representatives of Divine Technology Ventures and System Optics, Inc. (1/4/2003) | SOV0096081-82 |
| •416 | Correspondence between representatives of Divine Technology Ventures and System Optics, Inc. (1/16/2003) | SOV0096112 |
| •417 | Correspondence between representatives of Divine Technology Ventures and System Optics, Inc. (11/4/2002) | SOV0096144-145 |
| • 418 | Complaint filed by Divine Technology Ventures against Johnny Selected Seeds | SOV0087210-218 |
| • 419 | Correspondence between representatives of divine and eyeglasses.com | SOV0083840 |
| •420 | Correspondence between representatives of divine and Tryiton Eyewear, LLC | SOV0083838 |
| •439 | Article-Webstore by Amazon http://webstore.amazon.com/WebStore-Pricing/ | |
| •440 | Article-Webstore by Amazon, http://webstore.amazon.com/Benefits-of-WebStore-by-Amazon/ | |
| • 443 | Article-http://smallbusiness.yahoo.com/ecommerce/plans.php | |
| •445 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (09/03/02) | SOV-0096355 |
| •446 | Correspondence between representatives of Divine Technology Ventures and Cadence 120 Bicycle Works Inc. (09/20/02) | SOV-0085054 |

| | | |
|---|---|---|
| · 447 | Correspondence between representatives of Divine Technology Ventures and Cadence 120 Bicycle Works Inc. (09/13/02) | SOV-0085059 |
| ·448 | Patent Assignment and License agreement between Open Market and Internet Number Corporation | SVN2-0040611 – 619 |
| · 486 | CV of Edward Tittel | |
| · 488 | Library of Congress Catalog entry, Ellsworth, "Using CompuServe" | |
| · 489 | Nash Community College Library Catalog entry, Ellsworth, "Using CompuServe" | |
| · 490 | Ohio Private Academic Libraries, Walsh Library Catalog Entry, Ellsworth, "Using CompuServe" | |
| · 491 | Toronto Public Library Catalog Entry, Ellsworth, "Using CompuServe" | |
| · 492 | California State University Northridge Library Catalog Entry, Ellsworth, "Using CompuServe" | |
| · 493 | The University of Illinois at Chicago Library Catalog Entry, Ellsworth, "Using CompuServe" | |
| , 494 | Lake County Public Library Catalog Entry, Ellsworth, "Using CompuServe" | |
| · 495 | Library of Congress Catalog entry, Bowen and Peyton, "How to get the most out of CompuServe" | |
| · 496 | Azusa Pacific University library Catalog entry, Bowen and Peyton, "How to get the most out of CompuServe" | |
| ·497 | Cleveland Public Library Catalog entry Bowen and Peyton, "How to get the most out of CompuServe" | |
| ,498 | University of South Florida Library Catalog entry, Bowen and Peyton, "How to get the most out of CompuServe" | |
| ·499 | Buffalo & Erie County Public Library Catalog entry, Bowen and Peyton, "How to get the most out of CompuServe" | |
| ' 500 | Upper Arlington Public Library Catalog entry, Bowen and Peyton, "How to get the most out of CompuServe" | |
| · 501 | Library of Congress Catalog entry, Campbell, "CompuServe CIM Running Start" | |
| 502 | Oakland Public Library Catalog entry, Campbell, "CompuServe CIM Running Start" | |
| ' 503 | Texas Tech University Catalog entry, Campbell, "CompuServe CIM Running Start" | |

| | | |
|---|---|---|
| '504 | Certified copyright registration for How to get the most out of CompuServe by Bowen and Peyton (published January 2, 1989) | |
| '505 | Certified copyright registration for CompuServe CIM Running Start by Campbell (published May 24, 1993) | |
| '506 | Telecom Archive, CompuServe CIM Running Start Book Review | |
| '515 | The Trail Guide to CompuServe by Robert R. Wiggins and Ed Tittel, ISBN 0201408341, Addison Wesley Longman (September 1994) | |

Dated: April 25, 2010

By: /s/ Kent E. Baldauf, Jr.
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500

SAYLES | WERBNER
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

David C. Hanson
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
trey@yw-lawfirm.com

Attorneys for Newegg Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT NEWEGG'S TRIAL EXHIBITS LIST (NO OBJECTIONS) was served via email this 25th day of April, 2010 upon the following:

> Clark Craddock, Esq.
> Jones Day
> 222 E. 41st Street
> New York, NY 10017
> ccraddock@jonesday.com

> _____/s/ Daniel H. Brean_____
> Attorney for Defendant Newegg Inc.