IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC.,<br><br>　　　　　Defendants. | § § § § § § § § § § § § § § § § Civil Action No. 6:07-CV-00511-LED |

## NEWEGG'S FIRST SUPPLEMENTAL TRIAL EXHIBITS LIST

Defendant Newegg Inc. respectfully submits that the following exhibits were offered and admitted at trial by Newegg on Wednesday, April 28, 2010:

D-001 and D-050.

The following exhibits are hereby offered by Newegg into evidence, with no objection by Soverain:

D-002, D-003, D-004, D-005, D-006, D-156, D-488, D-495, D-501, D-504, and D-505.

Dated: April 29, 210



Defendant's Exhibit List 2

　　　　　　　　　　　　　　　　　　/s/ Kent Baldauf, Jr. (with permission)
　　　　　　　　　　　　　　　　　　Richard A. Sayles
　　　　　　　　　　　　　　　　　　Texas State Bar No. 17697500
　　　　　　　　　　　　　　　　　　Mark D. Strachan
　　　　　　　　　　　　　　　　　　Texas State Bar No. 19351500
　　　　　　　　　　　　　　　　　　SAYLES | WERBNER

1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

David C. Hanson
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
trey@yw-lawfirm.com

ATTORNEYS FOR DEFENDANT