IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., and TIGERDIRECT, INC.,<br><br>Defendants. | §§§§§§§§§§§§§§§§ Civil Action No. 6:07-CV-00511-LED |

### NEWEGG'S SECOND SUPPLEMENTAL TRIAL EXHIBITS LIST

Defendant Newegg Inc. respectfully submits that the following exhibits were offered and admitted at trial by Newegg on Thursday, April 29, 2010:

D-516.

Dated: April 30, 2010



Defendant's Exhibit List 3

/s/ Kent Baldauf, Jr. (with permission)
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

David C. Hanson
Kent E. Baldauf, Jr.

Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
trey@yw-lawfirm.com

ATTORNEYS FOR DEFENDANT