

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | §   Civil Action No. 6:07-CV-00511-LED |
| ~~CDW   CORPORATION~~, NEWEGG   INC., | § |
| ~~REDCATS  USA,  INC.,  SYSTEMAX   INC.~~, | § |
| ZAPPOS.COM, INC., ~~REDCATS~~ USA, L.P., | § |
| THE   SPORTSMAN'S   GUIDE,   INC.,   and | § |
| ~~TIGERDIRECT, INC.~~, | § |
| | § |
| Defendants | § |
| | § |

DEFENDANT NEWEGG'S ADMITTED TRIAL EXHIBITS INDEX

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| · 1 | Notes re meeting of 5/6/1994 at Open Market |
| · 2 | How to Get the Most Out of CompuServe, 4th Edition (1989) by Bowen and Peyton (Excerpts Attached as Exh 7 to Docket #247) |
| › 3 | CompuServe CIM Running Start (1993) by Bob Campbell (Excerpts Attached as Exh 6  to Docket #247) |
| · 4 | Using CompuServe by Ellsworth and Ellsworth (published March 30, 1994) (Excerpts attached as Exh 8 to Docket #247) |
| · 5 | Certified copyright registration for Using CompuServe by Ellsworth and Ellsworth (published March 30, 1994) (Exh 9 to Docket #247) |
| 6 | Declaration of William P. Boger(11/17/2009) |

| | |
|---|---|
| 9 | <u>Designing Systems for Internet Commerce, Second Edition</u>, Treese and Stewart (2003) (Exh 12 to Docket #247) |
| 11 | U.S. Patent No. 5,774,670 to Montulli, issued on June 30, 1998 |
| 12 | U.S. Patent No. 5,724,424 to Gifford, issued on March 3, 1998 |
| 14 | Amendment dated May 15, 2001 filed at the Patent Office in connection with the application which resulted in the '639 patent(Exh. C to docket # 221) |
| 15 | Amendment dated December 28, 2001 filed at the Patent Office in connection with the application which resulted in the '639 patent(Exh D to docket # 221) |
| 16 | Excerpted pages from a book by G. Winfield Treese and Lawrence C. Stewart, both named inventors of the '639 and '780 patents, entitled "Designing Systems for Internet Commerce," Addison-Welsey (2nd ed. 2003).(Exh E to docket # 221) |
| 20 | Declaration filed by Lou Montulli filed in connection with prosecution of U.S. Patent Application Serial No. 08/918,977, which is a divisional application of the Montulli patent(Exh L to docket # 221  ) |
| 21 | "Persistent Client State HTTP Cookies," which was published by Netscape on its website between December 1994 and January 1995(Exh M to docket # 221) |
| 22 | Article by David M. Kristol entitled "HTTP Cookies: Standards, Privacy, and Politics," published in 2001(Exh N to docket # 221) |
| 25 | WWW-Talk Montulli 4/18/95 |
| 27 | Johnson et al. U.S. Patent No. 5,560,008. |
| 31 | Appendices A-E of '314 Patent |
| 34 | Email from Lawrence Stewart to Bill Dally of 5/19/1995(Exh 7 to docket # 231) |
| 35 | Email from Lawrence Stewart to Andrew Payne of 5/3/1995(Exh 8 to docket # 231) |
| 37 | IDS dated 3/27/1996(Exh 10 to docket # 231) |

| 48 | Newegg MIS Dep't Presentation |
|---|---|
| 50 | Open Market memo re store building kit, by Lawrence Stewart |
| 51 | Open Market memo re payment system, by Lawrence Stewart |
| 52 | Routines for talking to payment database at Open Market |
| 53 | Email from Lawrence Stewart |
| 54 | Email from Lawrence Stewart |
| 56 | Designing Systems for Internet Commerce  by Treese & Stewart Addison-Wesley Professional, 04/1998, 400 pages, ISBN-0-201-57167-6 |
| 57 | Source code from Lawrence Stewart |
| 58 | Source code from Andrew Payne |
| 59 | Open Market press release of 10/24/1994 |
| 60 | Open Market Http code |
| 61 | Declaration of Prior Invention to Overcome Cited Reference(s) Under 37 C.F.R. § 1.131 for Serial No. 09-005,479 dated October 19, 2006 |
| 69 | ShoppingCartCheckOutBL.cs |
| 71 | Newegg screen shot shopping_flow_part11.Home |
| 74 | Newegg screen shot shopping_flow_part12. Search SSD |
| 78 | Newegg screen shot shopping_flow_part13.Add To Cart |
| 81 | Newegg screen shot shopping_flow_part14. View Shopping Cart |
| 83 | Newegg screen shot shopping_flow_part15.Login |
| 85 | Newegg screen shot shopping_flow_part2A.View cart_2 Items |
| 88 | Newegg screen shot shopping_flow_part26.Check out |
| 91 | Newegg screen shot shopping_flow_part27.Home Again |

| 94 | Newegg screen shot shopping_flow_part28.Search sata 3.0gb cable |
|---|---|
| 96 | Newegg screen shot shopping_flow_part29.Add card to cart |
| 100 | Newegg screen shot shopping_flow_part3B.Login to checkout |
| 103 | Newegg screen shot shopping_flow_part3C.Checkout_step1 |
| 106 | Newegg screen shot shopping_flow_part3D.Checkout_Step2 |
| 109 | Newegg screen shot shopping_flow_part3E.Order Done |
| 112 | Photographs of Newegg Facilities |
| 116 | ShoppingRealTimeBL.cs |
| 117 | ShoppingRealTimeDA.cs |
| 118 | DataCommand_Addtion.config |
| 137 | http://www.ietf.org/rfc/rfc791.txt"Internet Protocol Darpa Internet Program Protocol Specification"(9/1981) (Exh 14 to docket # 230) |
| 138 | Newegg System Diagrams (Exh 15 to docket # 230) |
| 140 | Newegg About Us and FAQ pages (Exh 17 to docket # 230) |
| 141 | Newegg Flowchart (Exh 18 to docket # 230) |
| 146 | Appendix G to '314 Patent (Exh. 26 to docket # 258) |
| 156 | CompuServe Mall Video |
| 172 | Wall Street Journal Article re Open Market of 3/3/1998(Exh C to Docket #257) |
| 175 | Building Web Commerce Sites, Tittel et al.(Exh F to Docket #257) |
| 177 | Server Diagram(Exh 3 to Docket # 262) |
| 192 | Transact software license from Open Market to Bureau of National Affairs |
| 193 | Transact software license from Open Market to McGraw-Hill |
| 194 | Transact software license from Open Market to Clearview Technologies |

| 195 | Transact software license from Open Market to Bureau of National Affairs |
|---|---|
| 196 | Transact software license from Open Market to MIC Systems |
| 197 | Transact software license from Open Market to Thomson Learning |
| 198 | Transact software license from Open Market to Novis |
| 199 | Transact software license from Open Market to Corel |
| 200 | Transact software license from Open Market to Finsiel Spa |
| 201 | Transact CSP software license from Open Market to AT&T Corp. |
| 202 | Transact CSP software license from Open Market to Blue Window |
| 203 | Transact CSP software license from Open Market to MTS Advanced |
| 204 | Transact CSP software license from Open Market to Nippon Telegraph |
| 205 | Transact CSP software license from Open Market to Cable and Wireless PLC |
| 206 | Transact CSP software license from Open Market to Demon Internet, Ltd. |
| 207 | Transact CSP software license from Open Market to Telia Electronic Commerce AB |
| 208 | Transact CSP software license from Open Market to Marand d.o.o. |
| 209 | Transact CSP software license from Open Market to Demon Internet, Ltd. |
| 210 | Transact CSP software license from Open Market to Canal |
| 211 | Transact CSP software license from Open Market to Terranet, Ltd. |
| 212 | Transact CSP software license from Open Market to Reuters Limited |
| 213 | Transact CSP software license from Open Market to Kocsistem-Bilgi Ve Iletisim Hizmetleri As |
| 214 | Transact CSP software license from Open Market to Lynk Systems |
| 215 | Transact CSP software license from Open Market to NTT PC Communications |

| 216 | Transact CSP software license from Open Market to Wind Telecommunicaczioni Spa |
|---|---|
| 217 | Transact software license from divine to Houghton Mifflin |
| 218 | Transact CSP software license from Open Market to Swisscom AG, BusinessCom Eleconic Commerce Solutions |
| 220 | Internal Open Market Documents |
| 221 | History of Intershop Efinity product, Attachment B to Supplemental expert report of W. Christopher Bakewell (9/22/2009) |
| 222 | Overview of Intershop Efinity functionality, Attachment C to Supplemental expert report of W. Christopher Bakewell (9/22/2009) |
| 223 | Patent license from Open Market to Johnson & Johnson Vision Care |
| 224 | Patent license from Open Market to Internet Number Corp. |
| 225 | Patent license from divine to Emagio, Inc. |
| 226 | Patent license from divine to Natural Foods, Inc. |
| 227 | Patent license from divine to Webster Orchard / The Fruit Company, Inc. |
| 228 | Patent license from divine to Perfumania.com |
| 229 | Patent license from divine to Game Link, Inc. |
| 230 | Patent license from divine to Bikecology, Inc. |
| 231 | Patent license from divine to Cartronix, Inc. |
| 232 | Patent license from divine to L.H. Internet |
| 233 | Patent license from divine to Katco Industries |
| 234 | Patent license from divine to Glooks.com |
| 235 | Patent license from divine to Spun.com |
| 236 | Patent license from divine to Kreiss Enterprises, Inc. |
| 237 | Patent license from divine to Odimo, Inc. |

| 238 | Patent license from divine to Cadence 120 Bicycle Works |
| --- | --- |
| 239 | Patent license from divine to Tryiton Eyewear, LLC |
| 240 | Patent license from divine to Bissenger French Confections |
| 241 | Patent license from divine to DVDPlanet.com, Inc. |
| 242 | Patent license from divine to System Optics, Inc. |
| 243 | Open Market Proposed Patent License Terms |
| 244 | Open Market correspondence and proposed assignment of patents to Ricos International |
| 245 | Harvard Business School Article Concerning Open Market |
| 247 | Soverain CSP Program Summary |
| 248 | Soverain Transact Strategy |
| 250 | Soverain Transact Income Statement for 2003-2008 |
| 252 | Open Market Form 10-K for fiscal year ended December 31, 1996 |
| 253 | Open Market Form 10-K for fiscal year ended December 31, 1999 |
| 254 | Open Market Form 10-K for fiscal year ended December 31, 2000 |
| 255 | Open Market Form 10-Q for six months ended June 30, 2001 |
| 256 | Open Market Financials |
| 268 | CV of W. Christopher Bakewell, Attachment A to expert report of W. Christopher Bakewell (8/31/2009) |
| 269 | Internal Open Market strategy document |
| 270 | Newegg customer poll |
| 272 | Open Market Internal licensing document |
| 273 | Soverain Internal strategy document |
| 274 | Open Market's form 10-K for the fiscal year ended December 31, 1997 |
| 275 | Open Market's form 10-K/A for the fiscal year ended December 31, 2000 |
| 276 | Divine, Inc.'s Form 8-K (filed May 6, 2003) |

| | |
|---|---|
| 278 | "Integrating Content and Commerce," A Technical White Paper from Open Market, Inc.(10/18/1999) |
| 283 | Open Market, Inc., Montgomery Securities Analyst Report March 4, 1998 |
| 284 | Newegg.com Information Memorandum March 2005 |
| 285 | Newegg.com Board of Directors Meetings, Financial Update – Q3 Results, Q4 and Full Year Outlook(11/9/2007) |
| 287 | Newegg.com Corporate Summary, http://www.newegg.com/Info/AboutUs.aspx |
| 295 | Newegg.com Online Poll Results http://secure.newegg.com/FeedBack/OnlinePollResult.aspx |
| 296 | Newegg.com Awards/Rankings http://www.newegg.com/Info/Awards.aspx |
| 298 | Newegg.com Fact Sheethttp://www.newegg.com/Info/FactSheet.aspx. |
| 300 | Article— "Open Market Sues Intershop Over Patent Infringement," http://www.crn.com/it-channel/ 18812942;jsessionid= LHYUVEC12TJ4LQE1GHOSKH4ATMY32JVN f/n. 150(1/26/2001) |
| 301 | Article—"Where is It Now? Open Market's Fall," http://www.businessweek.com/1999/99_44/b3653038.htm(11/1/1999) |
| 303 | United States Patent No. 5,715,314 |
| 304 | United States Patent No. 5,909,492 |
| 305 | United States Patent No. 7,272,639 |
| 306 | United States Patent No. 5,708,780 |
| 307 | United States Patent No. 5,715,314 C1 |
| 308 | United States Patent No. 5,909,492 C1 |
| 311 | Selling on Amazon.com—Amazon Marketplace;http://www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=1161232. |

| | |
|---|---|
| 312 | Selling on Amazon.com—Fees and Pricing; http://www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=1 161240. |
| 313 | Yahoo! Store, "What is Yahoo Merchant Solutions," http://onlinebusiness.about.com/od/sellinggoodsonline/p/yahoo-store.htm?p=1. |
| 314 | Google Checkout—Increase Online Sales Using Google Checkout, https://checkout.google.com/sell/?gsessionid=bwGYf6Ni2iw |
| 315 | Google Checkout—The Google Checkout Buyer Experience, https://checkout.google.com/seller/experience.html |
| 341 | Open Market, Inc. Annual Report for 1997 |
| 342 | Divine, Inc. Form 10-K 405 for the fiscal year ended December 31, 2001 |
| 343 | Divine, Inc. 8-K (Filed 5/06/2003) |
| 345 | Mergent Company Report, Divine, Inc.  (11/30/2001) |
| 349 | Article— "Divine Bids US$59.3m for Open Market," http://www.internetnews.com/xSP/ article.php/867161/divine+Bids+US593m+For+Open+Market.htm (8/16/2001) |
| 352 | Soverain-About Us, http://www.soverain.com/asp/about/ |
| 353 | Soverain-Legacy, http://www.soverain.com/asp/about/about_legacy.asp |
| 354 | "Soverain—Transact A Full-Service E-Commerce System,"www.soverain.com/pdf/transact_product_overview.pdf (2009) |
| 357 | Article—"Newegg.com Works With Foresee Results to Gauge Satisfaction of Diverse Customers," http://www.foreseeresults.com/Press_NewEgg_Jan07.html (1/16/2007) |

| | |
|---|---|
| 358 | Article—"Leading Online Electronics Retailer Newegg Begins New Year With Key Awards," http://www.newegg.com/Info/Newsroom Detail.aspx?ID=492&Type=3 (1/28/2009) |
| 359 | The Internet Commerce Software Market |
| 363 | Correspondence between representatives of Open Market, Inc. and Johnson & Johnson Vision Care, Inc. (5/30/2000) |
| 364 | Correspondence between representatives of Divine Technology Ventures and Emagio, Inc. (9/20/2002) |
| 365 | Correspondence between representatives of Divine Technology Ventures and Emagio, Inc. (9/17/2002) |
| 366 | Correspondence between representatives of Divine Technology Ventures and Natural Foods, Inc. (9/24/2002) |
| 367 | Correspondence between representatives of Divine Technology Ventures and Natural Foods, Inc. (9/13/2002) |
| 368 | Correspondence between representatives of Divine Technology Ventures and Natural Foods, Inc. (8/28/2002) |
| 369 | Correspondence between representatives of Divine Technology Ventures and Webster Orchard, Inc./The Fruit Company, Inc. (9/24/2002) |
| 370 | Correspondence between representatives of Divine Technology Ventures and Webster Orchard, Inc./The Fruit Company, Inc. (8/28/2002) |
| 371 | Complaint filed by Divine Technology Ventures against Allwall Technologies, Inc. d/b/a/ Art.com (9/9/2002) |
| 372 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (10/2002) |

| | |
|---|---|
| 373 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (10/3/2002) |
| 374 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (9/17/2002) |
| 375 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (7/26/2002) |
| 376 | Correspondence between representatives of Divine Technology Ventures and Game Link, Inc. (9/2002) |
| 377 | Correspondence between representatives of Divine Technology Ventures and Game Link, Inc. (9/29/2002) |
| 378 | Correspondence between representatives of Divine Technology Ventures and Game Link, Inc. (10/10/2002) |
| 379 | Complaint filed by Divine Technology Ventures against Wine.com, Inc. (9/20/2002) |
| 380 | Voluntary Dismissal filed by Divine Technology Ventures against Wine.com, Inc.(10/24/2002) |
| 381 | Correspondence between representatives of Divine Technology Ventures and Bikecology, Inc. (9-10/2002) |
| 382 | Correspondence between representatives of Divine Technology Ventures and Bikecology, Inc. (9/16/2002) |
| 383 | Correspondence between representatives of Divine Technology Ventures and Cartronix, Inc. (10/17-20/2002) |
| 384 | Correspondence between representatives of Divine Technology Ventures and Cartronix, Inc. (9/26/2002) |
| 385 | Correspondence between representatives of Divine Technology Ventures and Cartronix, Inc. (9/12/2002) |

| 386 | Complaint filed by Divine Technology Ventures against Direct Distributions Enterprises, Inc. (10/11/2002) |
|---|---|
| 387 | Correspondence between representatives of Divine Technology Ventures and L.H. Internet (10/16/2002) |
| 388 | Correspondence between representatives of Divine Technology Ventures and L.H. Internet (10/4/2002) |
| 389 | Correspondence between representatives of Divine Technology Ventures and L.H. Internet (9/13/2002) |
| 390 | Complaint filed by Divine Technology Ventures against Five Star Video, L.C. d/b/a Five Star Video Distributors (9/26/2002) |
| 391 | Correspondence between representatives of Divine Technology Ventures and GLOOKS.com (10/2002) |
| 392 | Correspondence between representatives of Divine Technology Ventures and GLOOKS.com (9/26/2002) |
| 393 | Correspondence between representatives of Divine Technology Ventures and GLOOKS.com (9/10/2002) |
| 394 | Correspondence between representatives of Divine Technology Ventures and Spun.com (10/8/2002) |
| 395 | Correspondence between representatives of Divine Technology Ventures and Spun.com (9/25/2002) |
| 396 | Voluntary Dismissal filed by Divine Technology Ventures against Bellacor.com, Inc. (11/5/2002) |
| 397 | Complaint filed by Divine Technology Ventures against Bellacor.com, Inc. (9/16/2002) |
| 398 | Correspondence between representatives of Divine Technology Ventures and Kreiss Enterprises, Inc. (10/16/2002) |
| 399 | Correspondence between representatives of Divine Technology Ventures and Kreiss Enterprises, Inc. (10/4/2002) |

| 400 | Correspondence between representatives of Divine Technology Ventures and Odimo Incorporated (10/31/2002) |
| 401 | Correspondence between representatives of Divine Technology Ventures and Odimo Incorporated (9/2002) |
| 402 | Correspondence between representatives of Divine Technology Ventures and Cadence 120 Bicycle Works, Inc. (10-11/2002) |
| 403 | Correspondence between representatives of Divine Technology Ventures and Bissenger French Confections (10/22/2002) |
| 404 | Correspondence between representatives of Divine Technology Ventures and CLBL, Inc. (11/5/2002) |
| 405 | Complaint filed by Divine Technology Ventures against Thompson & Morgan, Inc. and Thompson & Morgan (Group) Holdings Limited (11/20/2002) |
| 406 | Litigation Related Documents and correspondence re divine v. Thompson & Morgan |
| 407 | Settlement agreement and proof of payments by Advance Comfort to Divine Technology Ventures |
| 408 | Advance comfort pleadings |
| 409 | Correspondence between representatives of Divine Technology Ventures and Allposters.com,Inc. (10/30/2002) |
| 410 | Complaint filed by Divine Technology Ventures against Allposters.com, Inc. (11/13/2002) |
| 411 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (1/26/2002) |
| 412 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (10/30/2002) |

| | |
|---|---|
| 413 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (10/2/2002) |
| 414 | Correspondence between representatives of Divine Technology Ventures and DVDPlanet.com, Inc. (9/10/2002) |
| 415 | Correspondence between representatives of Divine Technology Ventures and System Optics, Inc. (1/4/2003) |
| 416 | Correspondence between representatives of Divine Technology Ventures and System Optics, Inc. (1/16/2003) |
| 417 | Correspondence between representatives of Divine Technology Ventures and System Optics, Inc. (11/4/2002) |
| 418 | Complaint filed by Divine Technology Ventures against Johnny Selected Seeds |
| 419 | Correspondence between representatives of divine and eyeglasses.com |
| 420 | Correspondence between representatives of divine and Tryiton Eyewear, LLC |
| 439 | Article-Webstore by Amazon http://webstore.amazon.com/WebStore-Pricing/ |
| 440 | Article-Webstore by Amazon, http://webstore.amazon.com/Benefits-of-WebStore-by-Amazon/ |
| 443 | Article-http://smallbusiness.yahoo.com/ecommerce/plans.php |
| 445 | Correspondence between representatives of Divine Technology Ventures and Perfumania.com (09/03/02) |
| 446 | Correspondence between representatives of Divine Technology Ventures and Cadence 120 Bicycle Works Inc. (09/20/02) |

| | | |
|---|---|---|
| 447 | Correspondence between representatives of Divine Technology Ventures and Cadence 120 Bicycle Works Inc. (09/13/02) | |
| 448 | Patent Assignment and License agreement between Open Market and Internet Number Corporation | |
| 486 | CV of Edward Tittel | |
| 488 | Library of Congress Catalog entry, Ellsworth, "Using CompuServe" | |
| 495 | Library of Congress Catalog entry, Bowen and Peyton, "How to get the most out of CompuServe" | |
| 501 | Library of Congress Catalog entry, Campbell, "CompuServe CIM Running Start" | |
| 504 | Certified copyright registration for How to get the most out of CompuServe by Bowen and Peyton (published January 2, 1989) | |
| 505 | Certified copyright registration for CompuServe CIM Running Start by Campbell (published May 24, 1993) | |
| 515 | The Trail Guide to CompuServe by Robert R. Wiggins and Ed Tittel, ISBN 0201408341, Addison Wesley Longman (September 1994) | |
| 516 | Plaintiff's and Defendant's Stipulated Facts | |