IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:07 CV 511 |
| NEWEGG INC. | § § | PATENT CASE |
| Defendant | § § | |

## MEDIATION ORDER

The Court is of the opinion that this case would benefit from further mediation and hereby **APPOINTS** Mike Patterson, 515 South Vine, Tyler, TX 75702, 903-592-4433, to convene a mediation session at the time and in the manner he believes will be most effective.

The Court further **ORDERS** that the mediation session be conducted before May 24, 2010.

**So ORDERED and SIGNED this 6th day of May, 2010.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE