IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:07 CV 511 |
| NEWEGG INC. | § § | PATENT CASE |
| Defendant | § § | |

**ORDER**

As stated on April 29, 2010, the Court **GRANTS** in part and **DENIES** in part Soverain's Motion for Judgment as a Matter of Law (Docket No. 366), **DENIES** Newegg's Rule 50(a) Motion for Judgment as a Matter of Law of Non-Infringement (Docket No. 367), **DENIES** Newegg's Rule 50(a) Motion for Judgment as a Matter of Law on Invalidity (Docket No. 368), and **DENIES** Newegg's Rule 50(a) Motion for Judgment as a Matter of Law on Damages (Docket No. 369).

**So ORDERED and SIGNED this 6th day of May, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**