1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
 2                          TYLER DIVISION

 3   SOVERAIN SOFTWARE          )
                                )   DOCKET NO. 6:07cv511
 4      -vs-                    )
                                )   Tyler, Texas
 5                              )   9:05 a.m.
     NEWEGG, INC.               )   April 28, 2010
 6
                          TRANSCRIPT OF TRIAL
 7                         MORNING SESSION
                BEFORE THE HONORABLE LEONARD DAVIS,
 8        UNITED STATES DISTRICT JUDGE, AND A JURY

 9                  A P P E A R A N C E S

10   FOR THE PLAINTIFFS:     MR. KENNETH R. ADAMO
                             JONES DAY
11                           2727 N. Harwood St.
                             Dallas, Texas  75201-1515
12
                             MR. THOMAS L. GIANNETTI
13                           MR. BARRY R. SATINE
                             MS. CLARK CRADDOCK
14                           JONES DAY
                             222 East 41st St.
15                           New York, New York  10017-6702

16                           MR. CARL ROTH
                             ROTH LAW FIRM
17                           115 N. Wellington, Ste. 200
                             P.O. Box 876
18                           Marshall, Texas  75670

19                           MR. MICHAEL C. SMITH
                             SIEBMAN, REYNOLDS, BURG,
20                           PHILLIPS & SMITH
                             713 S. Washington Ave.
21                           Marshall, Texas  75670

22
     COURT REPORTER:         MS. JUDITH WERLINGER
23
     Proceedings taken by Machine Stenotype; transcript was
24   produced by a Computer.

25
```

```
 1  FOR THE THE DEFENDANTS:  MR. RICHARD SAYLES
                             MR. MARK STRACHAN
 2                           SAYLES WERBNER
                             4400 Renaissance
 3                           1201 Elm St.
                             Dallas, Texas  75270
 4
                             MR. HERBERT A. YARBROUGH, III
 5                           YARBROUGH LAW FIRM
                             100 E. Ferguson, Ste. 1015
 6                           Tyler, Texas  75702

 7
                             MR. DAVID C. HANSON
 8                           MR. KENT BALDAUF, JR.
                             MR. DANIEL H. BREAN
 9                           THE WEBB LAW FIRM
                             200 Koppers Bldg.
10                           436 Seventh Ave.
                             Pittsburgh, PA  15219
11

12                           MS. CLAUDIA W. FROST
                             MR. JEREMY J. GASTON
13                           PILLSBURY WINTHROP
                             909 Fannin St., Ste 2000
14                           Houston, Texas  77010

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    P R O C E E D I N G S
 2              (Jury out.)
 3              COURT SECURITY OFFICER:  All rise.
 4              THE COURT:  Please be seated.
 5              All right.  First of all, I apologize for
 6  not telling y'all yesterday, but I did look at your
 7  various objections to the -- both sides' objections to
 8  the video depositions, and all of the objections are
 9  overruled, so you can make your --
10              MR. SAYLES:  Very well.
11              THE COURT:  And also, Mr. Sayles, I --
12  you indicated yesterday that you were very tired and
13  could not think of your objections, and I -- I want to
14  be sensitive to that, because I know this is a
15  time-crunching trial.
16              And I didn't mean to cut you off, and if
17  you would like to make those objections anytime later
18  this morning or have someone else make it, I will
19  re-entertain them.
20              MR. SAYLES:  Thank you, sir.
21              THE COURT:  Okay.  All right.  Now, I
22  believe there -- sorry, Mr. Adamo.  You look
23  disappointed.
24              MR. ADAMO:  Well, I thought I had looked
25  the gift horse in the mouth last night, and it had
```

4

1 smiled at me; and now, I guess, Your Honor, I've got to

2 earn it.

3           THE COURT:  That's right.  That's right.

4           All right.  Now, y'all have some other

5 matters to take up with me before we bring the jury in?

6           MR. SAYLES:  We're -- we're actually

7 ready to start with the jury.  There are some other

8 matters, but I think they'll fall nicely at the break or

9 at noon --

10          THE COURT:  Okay.

11          MR. SAYLES:  -- and we can keep the jury

12 going, if the Court wishes.

13          THE COURT:  All right.

14          MR. ADAMO:  Two evidentiary issues that

15 we informed your Clerk about.

16          We need to reoffer our hearsay objections

17 to the three CompuServe manuals for preservation

18 purposes.

19          THE COURT:  Okay.  Would you like to do

20 that --

21          MR. ADAMO:  And then there's the Trewitt

22 document that you saw, that I showed you yesterday when

23 Mr. Treese was on the stand.  We need to have an

24 argument with you about that.  The document is not

25 admitted into evidence, and we need a ruling beforehand.

5

1            The only other thing I have, Your Honor, is

2  our list of -- agreed list of exhibits that were

3  admitted yesterday.

4            THE COURT:  All right.  Bring the jury

5  in.

6            (Jury in.)

7            THE COURT:  Please be seated.

8            All right.  Good morning, Ladies and

9  Gentlemen of the Jury.  Welcome back.  I hope you had a

10 good night's rest, have all the cobwebs cleared this

11 morning, had your coffee, and are ready to hear some

12 more testimony.

13            So, Mr. Sayles, you may call your first

14 witness.

15            MR. SAYLES:  May it please the Court.

16            As Newegg's expert, we call Mr. Lee

17 Cheng.

18            THE WITNESS:  Good morning.

19            MR. SAYLES:  You've been sworn.

20            THE WITNESS:  Yes, I have.

21            MR. SAYLES:  All right.

22    LEE CHENG, DEFENDANT'S WITNESS, PREVIOUSLY SWORN

23                DIRECT EXAMINATION

24 BY MS. SAYLES:

25    Q    We'll start out by introducing you to the

6

1    jury, please.  Give them your name and your personal

2    background.

3        A    My name is Lee Cheng.  I'm the general counsel

4    and corporate secretary of Newegg, Inc., and I was born

5    in San Francisco.  My father was a librarian.

6             And I grew up in a small town outside of San

7    Francisco.  I went to the public schools in the area,

8    and I was fortunate enough, after high school, to be

9    able to attend Harvard College thanks to some

10   scholarships that I obtained.

11            After college, I worked my way largely through

12   law school at the University of California at Berkeley.

13            And when I graduated from law school in 1997,

14   I started in private practice.  I did take out some

15   loans, so I had to pay it back.

16            So I started off in private practice in

17   Washington, D.C., and in Silicon Valley representing

18   mostly high-technology startup companies.

19            In the year 2000, I caught the startup fever

20   myself, and I joined --

21                THE WITNESS:  Can you hear?

22       A    In the year 2000, I caught the startup fever

23   myself, and I joined a telecom startup company.  I was

24   employed, number one, there.

25            And for about two years, I was a general

7

1   counsel and also the head of administration at a

2   startup -- two different startup companies.

3           At my first startup company, we actually filed

4   for 70 patents in our first year, and so I'm very, very

5   familiar with why companies file for and acquire

6   patents.

7           In 2002, when the internet -- basically, the

8   bubble burst for the first time, I joined a -- I went

9   back into private practice, and I joined the law firm of

10  Latham & Watkins.  It's the tall building law firm that

11  Ms. Wolanyk also worked at.  And I worked there for

12  three years until I got married.

13          My wife and I had our first child, and I

14  decided to leave the tall-building law firms, because I

15  wanted to see my baby grow up.

16          I joined Newegg, Inc., in 2005 as its general

17  counsel.

18      Q   All right.  Let me stop you right there.

19          That -- is that an overview of your personal

20  and educational background and an overview of your

21  professional background?

22      A   Yes, it is.

23      Q   While you were at Latham & Watkins, did you

24  happen to know or meet Ms. Wolanyk?

25      A   I never had the pleasure of meeting

1  Ms. Wolanyk until Soverain sued us.

2      Q    So it was just a coincidence that the two of

3  you actually had a tenure with the same law firm?

4      A    I don't think we overlapped.  She -- I think

5  she left Latham, and she was in the Chicago office.

6           These are very big law firms.  The law firm

7  now has about 2,000 lawyers.  So it's very hard to meet

8  any other given lawyer.

9      Q    All right.  And if you would, tell us the type

10  of law practice that you had when you were in the

11  practice of law.

12      A    I was also a corporate lawyer; and as a

13  corporate lawyer, I focused on representing startup

14  companies.  So I did all of their corporate work.  I

15  formed them.  I provided advice on corporate governance.

16  I helped them raise money.

17           But when you represent startups, they, you

18  know, usually require and they lean on their lawyers to

19  provide them with all sorts of different types of legal

20  advice.

21           So I also did some other types of contract

22  work for them, including some -- a little bit of

23  licensing, some real estate work, and just the full

24  gamut of services to small startup companies.

25      Q    All right.  Now, you've been in the courtroom

1    for the last two days.  We're now on the third.  Have

2    you ever -- in the past ever testified in a jury trial

3    in a courtroom before?

4         A    I haven't.  This is my first time.

5         Q    Now, in your practice, did it involve you

6    being the litigation lawyer that does the courtroom

7    work?

8         A    I'm not a litigator.

9         Q    All right.  Would you describe to the Ladies

10   and Gentlemen of the Jury what your duties and

11   responsibilities are as general counsel at Newegg?

12        A    I am the chief legal officer.  I don't have

13   the title.  I'm the general counsel effectively.  I

14   oversee the whole legal function of Newegg.

15             So whatever work that I and my team are

16   capable of doing ourselves in the way of legal work and

17   legal needs, we do ourselves.  It saves a lot of money.

18             From time to time, when the need arises for

19   specialty work, like litigation, for instance, we retain

20   and we manage and oversee outside counsel.

21             I also oversee the risk management function at

22   Newegg, which involves the purchase of insurance.

23             And I'm also the corporate secretary of

24   Newegg, which means that I interact with our Board of

25   Directors.  I organize board meetings, and I make sure

1  that the company is up to date on its corporate

2  governance practices.

3      Q    When did you become the general counsel of

4  Newegg?

5      A    At the end of September in 2005.

6      Q    And as the corporate representative here in

7  court and as the general counsel of Newegg, are you

8  familiar with its history from formation?

9      A    I'm very familiar with Newegg's history since

10  its formation.  Part of my job is to keep the records of

11  Newegg.

12          When I first joined, I was basically the

13  second general counsel.  The first general counsel was

14  there very briefly.  And so I had the task of,

15  basically, tracking down, organizing, understanding all

16  of our corporate records, Newegg's corporate records,

17  since its formation.

18      Q    Can you tell us when Newegg was founded or

19  when it launched?

20      A    I think Newegg Computers was technically

21  founded in 2000 as a company.  I think there's been talk

22  in the last couple of days of a company called Magnell

23  or ABS.  Magnell and ABS are actually the same company.

24  And Newegg Computers, when it was formed, was a separate

25  company from Magnell and ABS.  It was literally a

1  startup company.

2          And Magnell and ABS was indeed a

3  computer-maker.  It was -- the industry calls it a

4  systems integrator.  They build computers to order.

5  And as some people are probably familiar with, that was

6  a very, very competitive market in the mid to late '90s,

7  early 2000.  With the advent of companies like Dell,

8  like HP, like Compaq, basically, Magnell was being

9  slowly squeezed out of business.

10          And Newegg was virtually a -- our founder,

11  Fred Chang, viewed Newegg as virtually a Hail Mary.

12  There was a young executive at the time named Howard

13  Tong, who said:  You know, Hey, Fred, there's this thing

14  called the internet.  Some of our customers say they'd

15  rather buy some computer components from us instead of

16  buying built-to-order systems.  Can we try this out?

17  And Fred said:  Yeah, try it out.  If you don't make it,

18  I'm packing up and going home.

19      Q    All right.  So that's a little background on

20  the origin of Newegg as an online retailer of

21  electronics?

22      A    That's correct.

23      Q    All right.  Now, the jury has heard some other

24  witnesses say -- and they've heard the opening

25  statements, but the opening statements aren't evidence.

1   I need to get you to tell the Ladies and Gentlemen of

2   the Jury whether Newegg has been successful from the

3   time of its inception to date.

4       A    We are very proud to say and we're very lucky

5   to be able to say that we've been very successful as a

6   company.  We have grown very quickly since the launch of

7   the website in early 2001.

8            In recent years, our growth has slowed

9   tremendously.  Part of it is just the law of large

10  numbers.  Part of it is because the competition has

11  gotten very, very fierce in internet and online retail.

12      Q    All right.  Now, keep your voice up just a

13  little bit.  You're doing better now, but -- you had it

14  there for a moment.

15           When did Newegg first learn of Soverain?

16      A    We first learned of Soverain in November of

17  2007 when we were served with a lawsuit.

18      Q    And had you ever heard of Soverain yourself

19  before?

20      A    I had never heard of Soverain before November

21  of 2007.

22      Q    And did you have any familiarity or knowledge

23  of the patents-in-suit before the lawsuit was filed?

24      A    I did not.

25      Q    What about Soverain's predecessor Divine and

1  Open Market?  Had you ever heard of them?

2      A    I did hear of both Open Market and Divine when

3  I was a lawyer in Silicon Valley.  There was a huge,

4  huge tech bubble, and both Divine and Open Market were

5  well-known in the industry as high-flyers.  They went

6  public.  They achieved fantastic valuations.

7          Divine was probably more -- I knew of it as a

8  venture capital fund.  And they were just high-flyers, a

9  lot of companies that at that time were being valued at

10  and raising billions of dollars sometimes based more on

11  business plans and hope.

12     Q    Did you ever have any professional involvement

13  or interaction with either Divine or Open Market?

14     A    I didn't, no.

15     Q    It was just knowledge from being in that field

16  at that time?

17     A    Right.  Right.  That's correct.

18     Q    All right.  Now I want to shift your attention

19  to the subject of licensing.

20          As the chief legal officer of Newegg, do you

21  have responsibility for licensing of software?

22     A    I have overall responsibility for all legal

23  needs of Newegg, so I do have a lawyer who focuses more

24  on licensing of the day-to-day sort of operation and

25  work of negotiating the licenses, but I have overall

1  responsibility for licensing.

2      Q    And I mentioned software licenses, and I think

3  the Ladies and Gentlemen of the Jury might have heard

4  this, but just explain briefly the difference between

5  software license on the one hand and a patent license on

6  the other hand.

7      A    A software license typically, as we enter

8  into -- my understanding, as we enter into software

9  licenses, they're basically for a very -- a fairly

10  comprehensive set of solutions to address specific

11  business needs.

12         Patent licenses are for licenses to practice a

13  technology.

14         Our company doesn't generally -- I mean, we --

15  to my knowledge, we only have licensed a single patent

16  license, because our company is not a technology

17  company, per se.  We may be a dot-com, but what we

18  really are is a retailer.  And --

19      Q    All right.  Let me ask you this question:

20  Does Newegg have any official policy with respect to

21  licensing patents?

22      A    We don't have a policy to license or not

23  license patents.  We license intellectual property.

24  Software and patents are just two different types of

25  intellectual property.

1          Software can often -- a software license can

2   often include a patent or patent rights of the licensor,

3   but we don't have any policy against or for licensing

4   any type of IP.  We license it when we need to, when

5   it's appropriate, at commercially reasonable rates.

6       Q    Does Newegg license any software that you've

7   mentioned?

8       A    We license a lot of software.

9       Q    And in licensing software, do you pay the

10  freight, so to speak?  Do you pay the license fees for

11  software?

12      A    Yes.  We pay a license fee for the software.

13  It's a lump-sum, one-time payment upfront for the right

14  to use the software.

15      Q    As the chief legal officer, can you tell us at

16  least some of the software licenses for which Newegg

17  actually pays a lump-sum fee?

18      A    Sure.

19          We license software to perform a lot of

20  different functionalities that go towards operating our

21  website or even to allow it to exist in the first place.

22          And so we license from big companies,

23  well-known companies, like Microsoft.  We license from

24  IBM.  We license from -- accounting functionalities from

25  a company called SAP, which is a competitor of Oracle.

1          We license from less-known companies, less

2     well-known companies, Okami or Coremetrics or, for

3     example, our search functionality.

4          If you were to go to our website and try to

5     find one of our 40,000 products, you know, you would

6     type some keyword into a search box, but the fundamental

7     functionality and the platform comes from a company

8     called Endeca.

9          Q    All right.  Keep your voice up just a

10    little --

11         A    Sorry.

12         Q    -- all right?

13         Now, we've talked about software licenses a

14    little bit.  Now, let me ask you, why is it that Newegg

15    generally does not license patents?  I think you

16    mentioned that a moment ago.

17         A    Well, we generally don't license patents

18    because we are not a technology company.  We do not --

19    we -- what we do is, we buy products -- literally, we

20    buy products from hundreds, if not thousands -- low

21    thousands of vendors; companies like Sony, Sharp, you

22    know, Toshiba, companies like HP.

23         And we sell them.  We merchandise.  We sell

24    them to end users.  We're like a Best Buy online, except

25    we don't have physical stores.  And --

```
 1        Q     All right.  Let's just be clear about this.
 2              In the context of this lawsuit, you have
 3  become familiar with Soverain and its business, right?
 4        A     Right.  Correct.
 5        Q     Are Soverain and Newegg competitors in the
 6  marketplace?
 7        A     We're not competitors in the marketplace.
 8        Q     Explain that, please.
 9        A     Soverain doesn't sell any products, certainly
10  not on a resale basis.  They sell -- or they purport to
11  sell a software suite.  They purport to license a family
12  or groups of patents.  We don't do that.
13              We sell -- our business involves buying
14  someone else's product, merchandising it, and then
15  reselling it, providing services to customers if they
16  have problems.  We're the middleman, trusted middleman,
17  between customers and all the vendors.
18        Q     Mr. Cheng, you heard me, at least in opening
19  statement, describe the early beginnings of Newegg and
20  its lack of resources.
21              Can you describe what Newegg is like today in
22  terms of its approach to managing its resources?
23        A     Well, despite what appears to be our business
24  success, one of the reasons that I think Newegg has
25  always been successful is because of our frugality.
```

1  We've always -- we worked frugal before it was popular

2  to be frugal.

3         I said, you know, one of the reasons that I

4  think Newegg has been successful is that, you know, we

5  have always been very, very frugal.  We were frugal

6  before it was popular to be frugal, and we've always --

7  our company is what's known as a C-corporation.

8         And so we don't pay dividends.  All the money

9  that the company earns always gets plowed back into the

10  business.  And we watch every single penny very

11  carefully.  And we do that so we can offer our

12  customers, you know, low prices and high-quality

13  customer service.

14         So at the corporate level, we really try to

15  squeeze every single penny.  Every single penny has to

16  be justified.  Our -- you know, I think you'll see a

17  picture later of our corporate headquarters.  It's a

18  warehouse.  We converted a warehouse.

19         I work in a cubicle.  Our CEO works in a

20  cubicle.  All of our executives fly coach everywhere we

21  go.

22         Two nights ago, our CTO, James Wu, who you'll

23  meet later today, and I were up till 1:30 in the morning

24  putting together exhibit binders physically, and that

25  saved us a lot of money, so...

1      Q    All right.  Let's do introduce the Ladies and

2  Gentlemen of the Jury to what Newegg looks like.  I'm

3  going to show you what's in evidence as Exhibit 112.

4  This is a series of pictures.

5           This is No. 34.  Tell us what we're looking at

6  here.

7      A    This is the sign at the front of our worldwide

8  global headquarters.

9      Q    And this is the outside?

10     A    This is the outside.

11     Q    All right.  Let's look at 35.

12     A    And here is my home away from home.  It's a

13  converted warehouse.  True to Newegg tradition, we

14  converted it ourselves.  Our own people did most of the

15  work inside the warehouse.

16     Q    For a converted warehouse, it looks pretty

17  nice.

18     A    We try to do good work.

19     Q    All right.  Now, I want to show you

20  Exhibit 112, No. 41, and then we'll go to 44.  And I'd

21  like you to describe what the jury is seeing here,

22  please.

23     A    These are the cubicles in our warehouse

24  where -- this is actually our finance and accounting

25  team.  Way in the corner over there, you know, there's

1   the head or -- our chief financial officer, basically,

2   has his royal cubicle.

3        Q    And then, if you would, tell us what 44 is.

4        A    And 44 is some more, you know, accounting and

5   finance cubicles.  And in the background, you can see my

6   legal department.  I'm right behind the door.

7        Q    All right.  And let's take a look at 112, No.

8   3.  Tell the Ladies and Gentlemen of the Jury what this

9   is.

10       A    This is one of our warehouses.  We have a

11  network of warehouses spread across the country.  This

12  is one of the ones in California.  This is what we call

13  Warehouse 7, and this is where a lot of small parcels

14  get shipped out; anything that can be put into a

15  slightly larger box.

16       Q    All right.  From Exhibit 112, I'm now going to

17  show you picture 11 first.  Tell us what we're looking

18  at here.

19       A    This is the -- this is also -- so a group that

20  we call our Product Management Group is also resident in

21  Warehouse 7.  So this shows our Product Management

22  Group.  These are the people who buy and sell the

23  products that we offer for sale to end users and

24  customers.

25       Q    And what's No. 12?

1       A    It's a picture of the same group.

2       Q    All right.  Now, there's been some discussion

3   of Newegg's warehouses where they actually do shipping.

4            Tell the Ladies and Gentlemen of the Jury

5   where the shipping warehouses are located.

6       A    We have two shipping warehouses located in

7   California.  So our company was founded in California,

8   so it's -- we have one warehouse in California for

9   larger bulker -- bulkier items, and then we have another

10   warehouse, which is Warehouse 7, for the smaller items.

11            We have two warehouses -- well, one warehouse

12   each in Memphis, Tennessee, and one in New Jersey, and

13   we put them there for a specific reason.

14            It allows us to offer our customers a

15   guarantee, three-day -- three-business-day delivery from

16   the time your order is approved to your doorstep.  And

17   it allows us to use ground shipping rates to get it

18   there that quickly.

19            We usually get products to our customers in

20   about two days.  That's one of the reasons customers

21   like us.  We -- we over-deliver.

22       Q    Do you usually do it in two, but you guarantee

23   three?

24       A    We typically guarantee three.  There is a

25   discount -- there's also now a discounted shipping

1  option where if you rely on the United States Postal

2  Service, it's a five-day guarantee.

3       Q    All right.  Now, I'd like to go through one of

4  the warehouses.  Is the operation of the three

5  warehouses substantially similar so that if we look at

6  one, we'll have the idea?

7       A    Yes.  Yes.  They're very, very similar.

8       Q    All right.  Let's take a look at Defendant's

9  Exhibit 112, No. 46.  Just tell us what we're looking at

10 here, please.

11      A    This is the initial receiving area in

12 Warehouse 7.  And this is where, when we order a product

13 from a vendor, the vendor will ship it over to us, we

14 accept the shipment, and you can see on the left-hand

15 side, you know, basically, shrink-wrapped, you know,

16 items from a particular vendor.

17           And you can see in the background the racks

18 that we have -- we built to store this inventory.  It

19 looks a little bit like a Cosco, but slightly messier.

20      Q    All right.  Now, I want to move through the

21 process in the warehouse.

22           Let's take a look at No. 7.  Tell the Ladies

23 and Gentlemen of the Jury what's going on in Photograph

24 112-7.

25      A    So the gentleman on this forklift that you see

1  is actually taking the inventory and putting it on the

2  racks.

3      Q    All right.  Let's look at No. 48.  What's

4  happening here?

5      A    So in 48, between the racks and -- you know,

6  between the racks we have an automated -- semi-automated

7  conveyor belt.  And on the racks, you see our shopping

8  bins.

9          There are bins -- when a customer places an

10 order, that customer's order then is, you know,

11 basically, assigned a -- the customer is assigned a bin,

12 and the bin moves through the conveyor belt.

13         And it just moves past all of our inventory,

14 small-item inventory, and the worker -- we have workers

15 stationed throughout the warehouse who will place items

16 in a bin.

17     Q    And are they signaled as to what item to put

18 in?  And I'm showing you Photograph 49.

19     A    Yes.  Yes, they are.  I mean, they -- they are

20 signaled using what's called a pick-to-light system.

21 So if -- you know, we have a warehouse management

22 software system that basically tracks where the -- you

23 know, what -- what items a customer ordered.  It's very

24 sophisticated.  This was a very expensive system that we

25 had to install and implement in all of our warehouses.

 1           And so when a light goes on as a bin passes a

 2    certain section of the warehouse, that means that the

 3    worker is supposed to pick that item up and put it into

 4    that shopping cart, into that bin.

 5       Q    All right.  I'm going to ask you, if you

 6    would, as we go through the photographs, through the

 7    process, to describe, as we see them, 50, 52, 53, 54,

 8    and 55.  And if we can, I think that will speed it up,

 9    but I just want you to explain the process as we see it

10    in these exhibits.

11       A    Sure.  So, again, you know, 50 is a bin.  It

12    shows the bar code.  That bin has now been assigned to

13    one customer.

14           52 shows the bin, presumably, after items have

15    been placed into the bin that the customer ordered,

16    moving through our conveyor belts.  It's a multi-story

17    racking system, and it's -- 53 is also very similar.

18    You see already some items in various bins.

19           54, very similar.  It's getting closer and

20    closer to the end of the, you know, picking area.

21       Q    All right.

22       A    And then --

23       Q    Let's --

24       A    Yeah.

25       Q    Let's continue on with the process in the

1  warehouse through the rest of the photographs.

2      A    So 55 shows the contents of a bin.  This is

3  what one customer ordered.  And there's a UPS shipping

4  label that's been dropped into the bin to prepare the

5  order for packaging.  And you can see this customer

6  order, you know, a hard disk drive, I think, and some

7  memory and things like that.

8      Q    All right.  57 and 58?

9      A    So 57 shows where we have staff that's waiting

10 with boxes to package all of the orders, put them into

11 the bin.

12          Newegg didn't always have such a sophisticated

13 system.  When Newegg started, it was all manual.

14          Literally, people were in a -- one very small,

15 little warehouse.

16          And I heard stories from the founders about

17 how they would sit around with stopwatches to time

18 themselves to figure out how to, you know, configure the

19 few conveyor belts that they had to optimize the filling

20 time.

21     Q    All right.  Let's continue on until we get

22 through the boxing and the -- out the other door.

23     A    So --

24     Q    Tell us what's going on here.

25     A    This is where an order is getting checked.

1  It's very important, when somebody places an order, to

2  make sure that the order is accurate, because,

3  otherwise, you end up with either a return or a very

4  irate customer, right?

5          And so we make sure we verify that an order is

6  accurate.  This lady is verifying that the order is

7  accurate and printing out a shipping label.

8      Q    All right.  And next?

9      A    And this gentleman is --

10     Q    I think you're off a little bit.  Look at your

11  screen.

12     A    Oops, sorry.

13     Q    63.

14     A    Okay.  So -- you know, and those people are

15  basically just handling the packages and preparing them

16  to get to -- on 64 here, which is what's being -- oh,

17  I'm sorry.  Now, we're back to this nice young lady.

18          Okay.  So she is, basically, about -- she's

19  helping to prepare this package, this box, now that has

20  been checked, that's been verified for shipment.

21     Q    All right.

22     A    So -- yeah.

23     Q    And what's going on here?

24     A    So at the end of our warehouse process, Newegg

25  doesn't actually end up delivering the packages

1  themselves.  Like almost everybody else, we rely on and

2  use UPS and FedEx and the U.S. Postal Service.  But we

3  now ship so many boxes a day now, that we have a very

4  close partnership with UPS.

5        And here what we have done is, you know, we've

6  basically assembled all of the boxes going probably to

7  one area, maybe based upon ZIP codes, and we're

8  shrink-wrapping it so that UPS can come and just grab

9  it, stick it in the right truck, so that they can just

10  speed it off there and get it to our customers in our

11  promised three days.

12     Q    All right.  And then 65, is this the back end

13  of an open truck?

14     A    That's correct.  At any given time, because we

15  ship a lot of products, we have UPS trucks parked

16  literally right -- right at our warehouse gate.  We have

17  at any given time probably about a dozen UPS personnel

18  stationed inside our warehouses.

19     Q    All right.  Now, I want to shift your

20  attention from the warehouse now that we've seen how

21  it -- products come in, get stored, and get shipped out.

22        Generally speaking, tell the jury what the

23  company's 16 principles are in a general way.

24     A    Our company was founded and it's still largely

25  controlled by a gentleman named Fred Chang.  And he's

1    really probably the primary reason, I think, Newegg was

2    able to achieve success.

3              Like a lot of business visionaries, he didn't

4    set out -- and he's told me this many times -- he didn't

5    set out to start a company, to run a company to make as

6    much money as possible out of every customer, out of

7    every transaction.  He's always believed that Newegg

8    should represent more than making money.

9              And he's told me many times:  If you do the

10   right thing by your customers, if you're fair, the

11   financial part, the money will take care of itself.

12             And so he -- from the very beginning, he wrote

13   up a business philosophy.  He wrote up 16 principles.

14   And he wanted all of our workers to follow these 16

15   principles, all of our managers, all of our workers.

16             And these are essentially guidelines on how

17   managers should treat people and employees, how our

18   employees should be viewing customers, and how we should

19   conduct ourselves and behave.

20        Q    Do these banners that we see in 112-14

21   actually hang in the workplace at Newegg?

22        A    They are in every one of our offices.  At our

23   bigger locations, they're in multiple places.  They're

24   printed on the back of all of our employee IDs.

25        Q    All right.  Now, this particular actual

1 photograph of the 16 principles is a little hard to read

2 here, and we've prepared a slide that simply puts those

3 principles on the slide.

4          Can you tell us -- and you need to do it

5 verbally, because we're making a record here -- what the

6 16 principles are that constitute the company

7 philosophy?

8      A    Respect, tolerance, fairness, integrity,

9 honesty, objectivity, cooperation, and proactivity,

10 leading by example, strictly enforcing philosophy,

11 knowing when to delegate, trustworthiness, maintaining

12 the highest standards, intelligence, passion, knowledge,

13 and experience.

14      Q    All right.  You told us who created these

15 principles and why.  And are these principles lived and

16 talked about on a daily basis in the workplace?

17      A    They are very, very important to Fred.

18      Q    All right.

19      A    Now, of these principles, he -- I've worked

20 fairly closely with Fred, and of the principles, he --

21 what ties them all together, what he believes very

22 strongly in, is our integrity and our fairness.

23          You see integrity and honesty both up there,

24 and some people actually would say they're kind of

25 redundant, because honesty is really just a subset,

1  technically, of integrity, and that's the --

2      Q    Now you're being a lawyer.

3      A    That's the lawyer in me thinking, that's

4  right.  And I pointed that out to Fred, and Fred said:

5  Well, it's important enough to me I want to say it

6  twice.

7      Q    All right.  Now, let me shift your attention

8  to customer service.

9           What is Newegg's reputation regarding customer

10 service?

11     A    Newegg's business from day one, it was built

12 on a recognition that our success in business ends and

13 begins -- begins and ends with whether or not we're able

14 to make our customers happy, to know what they want, to

15 give them what they want, to give them selection of

16 product and low pricing.

17          And if something goes wrong, we're, you know,

18 to be fanatical, completely fanatical about making sure

19 that our customers are well taken care of.

20          I mean, we -- for many years, we had a return

21 policy, for instance, where a year after you bought an

22 item, you could call up our customer service call center

23 and say:  Hey, I have a problem.  You know, yes, I know

24 your return policy is technically 30 days.

25          And our CS guys would be delegated the

1  authority to say:  You know what?  We'll take care of

2  you.  You know, you're our customer, and we want you to

3  be happy.

4            And that's been Newegg's philosophy since day

5  one.

6     Q    I'm showing in a slide graphic here some

7  representative awards for customer service.  Are these

8  all the awards that Newegg has received?

9     A    No.  These are not all the awards we've

10 received for customer service.  I suspect there are

11 probably some other ones.  These are some of the ones

12 we're very proud of.  A lot of these -- these are

13 awarded by third parties.

14           Computer Shopper, for instance, is a leading

15 magazine for a core customer base of people who like to

16 play computer games and build their own computers.

17           We're proud to say that we won their Shoppers

18 Choice awards for now the last five years.  We also won

19 in 2009.

20           You know, we were ranked the top computer and

21 electronics retailer, not in size, but because of our

22 customer service, in 2008, in a national survey of

23 internet retailers.

24           We were voted the -- well, I think -- do you

25 want me to read it?  Sorry.  Do you want me to read all

1  of them or --

2      Q    No.  Are these just representative of the many

3  customer service awards that Newegg has received?

4      A    Yes.  They're representative of awards and

5  recognition that we take a lot of pride in.

6          We don't do a lot of mass market advertising.

7  This is really -- it's doubtful that many people have

8  heard of Newegg, I think, before -- many of you had

9  heard of Newegg before this lawsuit.

10         And what we do instead is we let our customers

11 do the advertising for us.  It's word of mouth that

12 makes our business.  About 70 percent of our revenue is

13 generated from people coming back because they had a

14 good shopping experience.

15     Q    Based on your knowledge, experience, and your

16 time with Newegg, what distinguishes Newegg from its

17 competition in the online sale of retail products?

18     A    It's our customer service.  I think it's the

19 fact that we try to delight our customers.  We try to

20 over-deliver to our customers.  When we promise three

21 days, we try to get it to them in two.  We take care of

22 them.

23         Our customer services -- we make sacrifices to

24 take care of our customers.  Our customer service call

25 center has always been in the United States.

1          We've never considered sending our call center

2    offshore or to outsource it, because we want it to

3    control the customer experience.  We want it to be able

4    to be there -- executives to be there in person to say:

5          Hey, you know, take care of that customer on

6    that first call and that first contact.

7          And of course, as Dr. Grimes mentioned on

8    Monday, our low prices.

9               THE WITNESS:  And by the way, thank you,

10   Dr. Grimes, for your business.

11     Q    With regard to the awards that have been

12   received and the success that's been achieved, has any

13   particular specific function of the website ever been

14   pointed out as the basis for that?

15     A    The awards that we've received for customer

16   service, nobody has told us that any functionality --

17   and you can think of these functionalities really, I

18   think, appropriately as tools, right?

19          They're sort of -- they're just like if you

20   were in a supermarket.  There's a shopping cart.  It's a

21   tool.  It's one asset out of hundreds, if not thousands,

22   of different assets, tools, fixtures, that contribute to

23   allowing a store to exist.

24          Nobody has mentioned a -- to my knowledge, in

25   these awards, a specific tool that caused them to vote

1   Newegg as providing great customer service.

2       Q    All right.  Now, in the three warehouses and

3   at the corporate headquarters that you've told us about

4   today, how many persons are employed with Newegg?

5       A    I'm sorry.  Just in the three warehouses and

6   the corporate headquarters?

7       Q    Well, yes, in the United States.

8       A    In the United States, we employ about a

9   thousand people.

10      Q    And does that represent growth in the last few

11  years, in terms of the number of jobs and employees?

12      A    No.  Actually, we've managed to figure out

13  ways, you know, through innovation, to not increase our

14  headcount in the United States.

15           But given the fact that the economy was

16  contracting, we're extremely proud -- when my new CEO

17  came on board two years ago, he talked to all of our

18  employees.  He made a commitment to all of our

19  employees, which we're very proud to have kept, that we

20  would not lay anybody off to meet our numbers.

21      Q    All right.  And you mentioned that the company

22  is a very frugal company.  You've talked about that.

23      A    Yes.

24      Q    And the sales at low prices, you've talked

25  about that.

1      A    Yes.

2      Q    And you've talked about Fred Chang's

3  philosophy of making small margins but on large volumes.

4      A    That's correct.  That's correct.

5      Q    And you heard some projections that were

6  relied on by Mr. Nawrocki yesterday that he pulled out

7  that showed 6 percent profits.

8          Do those represent the operating profit

9  margins of Newegg?

10     A    Only in our wildest dreams.  We've never come

11 close to 6.  Our profit margins are currently -- our

12 actual profit margins are currently and historically --

13 they hover just a little bit over 1 percent.

14     Q    And if Newegg had to pay 25 to 33 percent of

15 its operating profit to someone else, what would it do

16 to the company?

17     A    We would go out of business very, very

18 quickly; and so, for that matter, would any company

19 that -- that, basically, agreed to pay that kind of

20 percentage of their profit for a single functionality.

21          MR. ADAMO:  Your Honor, I move to strike

22 the last part of the answer.  No foundation.  What he

23 says about Newegg is one thing, but that's speculative

24 and opinion testimony regarding what other companies

25 might have happen to them if they paid that rate.

1                    THE COURT:  All right.  Sustained at this

2    time.

3        Q    (By Mr. Sayles) All right.  Let me -- let me

4    ask the question again, and answer it specifically.

5                    What would it do to Newegg, not others, if it

6    had to pay 25 to 33 percent of its profits to a single

7    other entity?

8        A    If we had to pay 25 to 33 percent of our

9    profits to license a single or a few functionalities, we

10   would very likely be driven out of business in short

11   order, because we could not be competitive in a very

12   competitive marketplace.

13                   MR. SAYLES:  I'll pass the witness.

14                   THE COURT:  Cross-exam.

15                   MR. ADAMO:  Thank you, Your Honor.

16                   THE WITNESS:  Thank you.

17                   MR. ADAMO:  You're welcome.

18                   May I proceed, Your Honor?

19                   THE COURT:  Yes, you may.

20                   MR. ADAMO:  Thank you.

21                   CROSS-EXAMINATION

22   BY MR. ADAMO:

23       Q    Good morning, Mr. Cheng.

24       A    Good morning.

25       Q    I'm over here.

1          You and I have not met each other before,

2  officially, have we?

3      A    I shook your hand on Monday.

4      Q    That's close enough.  I will try to be as

5  brief as I can.

6          You mentioned, in response to one of

7  Mr. Sayles' questions, that Newegg only licensed one

8  patent.

9          Do you recall that testimony?

10     A    To my recollection, we have only entered into

11  a single patent license.

12     Q    That was -- that was a patent that Magnell

13  entered into, sir?

14     A    I don't remember the contracting party.

15  What was the counterparty?

16     Q    MPEG LA, LLC.

17     A    That's -- that's the one that -- that's

18  correct.  That's the single patent license that we've

19  entered into.

20     Q    All right.  That's a patent license, correct?

21     A    It's a license for a whole pool of patents.

22  It's a whole bunch of patents.

23     Q    So the answer is, yes, it's a patent license?

24     A    Yes, it's a patent license.

25     Q    And it's a running royalty license, correct?

1      A    That's correct.  That particular license has a

2   royalty that is based upon the number of units of a

3   specific product that we sell.  They're MP3 players, and

4   it's for a very, very small amount; about $2,000 every

5   half year.

6      Q    It is, however, for a running royalty,

7   correct?

8      A    This particular patent license -- patent

9   license is for a running royalty.  It's not a product

10  that we sell.  Yes.

11     Q    And that's the only patent license you have,

12  and that patent license is a running royalty, correct,

13  Mr. Cheng?

14     A    To the best of my knowledge, that's the only

15  patent license that we have.  It covers a product that

16  we sell.  We do not have any patent licenses for any of

17  the functionalities or tools.

18     Q    Sir, I'm sorry.  I guess I'm not making my

19  questions very clear.

20          The question was very simple.  That patent

21  license has running royalty payments, correct?

22     A    That's correct.  That's correct.

23     Q    Now, in response to another one of Mr. Sayles'

24  questions -- hopefully, I took this note accurately --

25  you told him that Newegg doesn't do a lot of mass market

1  advertising, that you operate on word of mouth.

2          Is that approximately what you recall saying

3  to him?

4      A    That's correct.  We do not do the kind of --

5  you know, historically, we really just haven't engaged

6  in the kind of branding that a lot of better-known

7  competitors have.

8          We historically don't do a lot of billboard

9  advertising or television ads.  We don't have any

10 stadiums named after us.  We don't put our logo on, you

11 know, NASCAR cars.

12     Q    All right.  The question was, did I recite

13 accurately what your testimony was?

14     A    You did.  You did.

15     Q    Thank you.

16          You know what a sponsored link is, don't you?

17     A    Yes, I know what a sponsored link is.

18          MR. ADAMO:  Would you put up Plaintiff's

19 Exhibit 16 for me, please?

20     Q    (By Mr. Adamo) I'm going to show you the first

21 page of Plaintiff's Exhibit 16.

22          You're familiar with Google, aren't you,

23 Mr. Cheng?

24     A    Oh, yes, I'm familiar with Google.

25     Q    And you recognize what I've put up here as

1    search results of a -- at least part of the search

2    results of a Google search?

3        A    I do.  It is -- it's -- it's -- you know,

4    it's, basically -- yeah, it's a search page from Google.

5        Q    And the search was for computer components.

6             Do you see that up in the box at the top?

7        A    Yes.

8        Q    On the right-hand side, you see there's a list

9    of sponsored links.

10            Do you see those?

11       A    Yes.

12       Q    That means people pay money to Google to get

13   the information in those links on search results, such

14   as we're seeing in Exhibit P16, right?

15       A    That's correct.  On the right-hand side, it

16   does have search results.

17       Q    You've answered the question, Mr. Cheng.

18   Thank you.  I want to move along.  I'm on a time budget

19   here, so try to stay with me.

20            The third item down in the sponsored links is

21   from Newegg, correct?

22       A    That's correct.

23       Q    It reads:  Newegg.  Huge savings on PCs,

24   digicams, TVs.  Start saving today with newegg.com.  And

25   then there's a www.newegg.com, correct?

```
 1        A     That's correct.

 2        Q     That www.newegg.com is a hypertext link,

 3   correct?

 4        A     Yes, it is a hypertext link.

 5        Q     So someone picking up these search results

 6   reads the sponsored link that you-all paid for so that

 7   they would show up in these results, clicks on

 8   www.newegg.com in that spot, and bang, they're at your

 9   website, correct?

10        A     That's correct.

11        Q     And that's intentional.

12        A     Oh, absolutely.

13        Q     And that's why you're paying Google to do

14   this, correct?

15        A     That's right.

16        Q     Would you look, please, at the next --

17              MR. ADAMO:  Looks like it's the third or

18   fourth page, Mr. Gooden, where we have the computer hard

19   drives?

20        Q     (By Mr. Adamo) You with me, Mr. Cheng?

21        A     Which page is it?

22        Q     In your copy, it would be the -- it's

23   double-sided, so one, two, three, fourth page.

24        A     Is it the one that says --

25        Q     If you look at the monitor, it might help.
```

1       A     Oh, yeah.

2       Q     There you go.

3             All right.  You with me?

4       A     No.  My monitor is still showing Google.

5       Q     You got it now?

6       A     No.  It's still --

7       Q     All right.  Then look -- look at the soft copy

8  in front of you, if you don't mind.  Four pages and

9  you'll see it.

10      A     One, two, three -- my fourth page is blank.

11      Q     Part of the problem is you're not looking at

12  the right exhibit, sir.

13      A     Oh, I'm sorry.  You're right.  I'm sorry.  I

14  thought you wanted me to move on to --

15      Q     P16, which is the one we were on.  Try to stay

16  with me.

17      A     Okay.  I got it.

18      Q     Good.

19            Okay.  All right.  Fourth page, that's a

20  search on computer hard drives, correct?

21      A     That's correct, yes.

22      Q     All right.  And there were sponsored links

23  there as well, correct?

24      A     Yes.  Yes.

25      Q     And the second of the links, hard drive deals,

1  that's the sponsored link that Newegg paid for so that

2  it would show up on these Google searches, correct?

3      A    That's correct, yes.

4      Q    All right.  And it says:  Hard drive deals.

5  Huge selection of hard drives, internal, external, and

6  more.  And then in green, www.newegg.com hypertext link,

7  (snaps fingers), click on that, bang, you're at your

8  website, correct?

9      A    That's correct.

10     Q    And that's what you paid Google to do to bring

11 customers to your website, right?

12     A    Yes.  That's one of the ways we advertise,

13 that's correct.  That gets much better results than a

14 billboard.

15     Q    If you look through the rest of the exhibit,

16 and I won't belabor the point, there is search results

17 for computer motherboards, and there's a

18 Newegg-sponsored link there, search results for computer

19 parts.  There's a Newegg-sponsored link there as well.

20          Do you know that?

21     A    I do know that, Mr. Adamo.

22     Q    Now, would you look at Exhibit P17 for me,

23 please, sir.

24     A    That's the Gizmodo?

25     Q    No.  That's -- that's --

44

1      A      P17.

2      Q      That is right.  That is Gizmodo, correct.

3      A      Right.  Okay.

4      Q      Let's just look at the first page of P17.

5             There are sponsored links on that first page,

6   correct?

7      A      That's correct.

8      Q      And right on the bottom of the first page is a

9   Newegg-sponsored link?

10     A      Yes, there's a Newegg-sponsored link.

11     Q      And Newegg paid Gizmodo to put that sponsored

12  link into this printout, correct?

13     A      That's correct, yes.

14     Q      And as we saw earlier:  Huge savings on PCs,

15  digicams, TVs.  Start saving today with newegg.com.  And

16  then www.newegg.com hypertext link, click on that, bang

17  (snaps fingers), customer's at your website, correct?

18     A      I hope so, yes.

19     Q      And that's why you pay these two companies,

20  Google and Gizmodo, to put up sponsored links.  It's to

21  bring customers to your website, correct?

22     A      That's correct.

23     Q      And that's, I think you just said,

24  advertising, correct?

25     A      We absolutely advertise, Mr. Adamo.

1     Q    Right.  And this is absolutely mass market

2 advertising, isn't it?  What could you think of that has

3 more people looking at it every day than Google?  This

4 is mass marketing, isn't it, sir?

5     A    No.  I would -- I would disagree.  I don't

6 think anybody on this jury has seen any of these ads.

7 They haven't seen -- I doubt anybody on the jury has

8 seen any of our sponsored links.

9     Q    Mr. Cheng -- Mr. Cheng, you don't know what

10 anybody on this jury has seen of your own personal

11 knowledge, do you?

12     A    Well --

13     Q    Other than what they just saw here.

14     A    Mr. Adamo, from the jury selection, as I

15 recall, there was only one potential juror who knew of

16 Newegg, and none of them are -- that person is not on

17 the jury right now.

18          And so I'm making an assumption that nobody on

19 this jury saw those links.

20     Q    Let's try to stick to things that you're sure

21 of, not things that you're making assumptions of, Mr.

22 Cheng, okay?

23          Now let's talk about Fred Chang.

24     A    Yes.

25     Q    He's your founder?

```
 1     A    That's correct.  He's our controlling

 2  shareholder, and he is the primary founder.  He will --

 3     Q    That was the question.

 4     A    Yes, he is.

 5     Q    That was the question.  Thank you.

 6          He's not only the controlling shareholder and

 7  the founder, he's actually the person who owns 77.7

 8  percent of Newegg, correct?

 9     A    I think that makes him our controlling

10  shareholder, yes.

11     Q    The question was, he owns 77.7 percent of

12  Newegg, correct?

13     A    Yes.

14     Q    He controls 77.4 percent of the voting power,

15  correct?

16     A    I'm sorry.  Which page are you specifically

17  referring to?  Is that 115?

18     Q    I'm not referring to any page at the moment,

19  but if you would like to look at Exhibit P245.

20              MR. ADAMO:  Mr. Gooden, would you put the

21  first page up, please?

22     Q    (By Mr. Adamo) You recognize that, don't you,

23  Mr. Cheng?

24     A    Yes.  Yes.  I just would like to be accurate,

25  Mr. Adamo, because you're throwing specific numbers at
```

1  me.

2       Q    That's -- just hang on.  I'll get you there.

3       A    Thanks.

4       Q    Your name actually is on the second page of

5  this document, correct?

6       A    That -- that's right.

7       Q    This is a document -- and Mr. Gooden will show

8  where your name is in one second.

9            That's you, right?

10      A    That's me, yes.

11      Q    All right.  This document is one of a series

12  of what are called S1's that Newegg has submitted to the

13  United States Securities and Exchange Commission,

14  correct?

15      A    That's correct, yes.

16      Q    It's accurate to the best of your knowledge,

17  correct?

18      A    It's accurate to the best of my knowledge.

19      Q    Now, this is being submitted to the SEC as

20  part of a possible initial public offering of shares by

21  Newegg, correct?

22      A    That's correct, yes.

23      Q    And if you would, please, look at the page

24  that's numbered 115 in the bottom center.

25      A    Sure.  Sure.

1            MR. ADAMO:  Mr. Gooden will have it up on

2   the viewing system, hopefully, in a few minutes.

3       Q     (By Mr. Adamo) Why don't you and I -- while

4   he's pulling it up, let's you and I work through this.

5            On Page 115, you see there's a bunch of

6   information about beneficial ownership prior to the

7   offering.

8       A     Yes, there is.

9       Q     And Mr. Chang's name appears there as the --

10  second down, under officers and directors?

11      A     That's correct.

12      Q     And in the column that says, Class B Common

13  Stock, he's shown as holding 40,516,305 shares or 77.7

14  percent.

15           Do you see that?

16      A     Well, actually, you scared me for a second,

17  Mr. Adamo.  I thought you were referring to me.  I'm

18  also Mr. Cheng.

19      Q     My apologies.  I just made you a rich man.

20  I'm sorry.

21      A     I wish I owned 77 percent.

22      Q     All right.  I'm trying -- all right.

23           Mr. Cheng -- excuse me, Mr. Cheng.

24  Mr. Chang holds 77.7 percent of the Class B common

25  stock, correct?

1        A      That is correct.

2        Q      And also --

3        A      Between that and also his family trust.

4        Q      Well, next to Mr. Chang's name, it says 77.7

5   percent, correct?

6        A      If you read the Footnote 3, it explains the

7   concept of beneficial ownership means that he or people

8   that he is affiliated with.

9        Q      All right.  So either Mr. Chang or his family,

10  through a trust, own 77.7 percent?

11       A      That's correct, yes.  Yes.

12       Q      Okay.  And that 77.7 percent that either he or

13  his family own represents 77.4 percent of the total

14  voting power, right?

15       A      That's correct, yes.

16       Q      All right.  Let's go back to Page 12 of the

17  S-1.

18              MR. ADAMO:  Which, Your Honor, is P245,

19  by the way.

20       Q      (By Mr. Adamo) Page 12, there's a bold-faced

21  sentence that says:  If we are unable to provide a

22  satisfactory customer experience, our reputation would

23  be harmed, and we could lose customers.

24              Do you see that?

25       A      I do see that, yes.

1      Q      There's a paragraph that appears immediately

2  below that paragraph.

3            Do you see that?

4      A      Yes.

5      Q      It starts:  A critical component?

6      A      Yes, I see the paragraph.

7      Q      The second sentence of that paragraph --

8            MR. ADAMO:  And, Mr. Gooden, if you could

9  highlight it along with me.

10     Q      (By Mr. Adamo) -- reads:  Quote, accordingly,

11  the effective performance, reliability, and availability

12  of our website and network infrastructure are critical

13  to our reputation and our ability to attract and retain

14  customers, period, close quote.

15            Did I read that correctly?

16     A      You did.

17     Q      Doesn't say anything about customer service in

18  that sentence, nothing specific, does it?

19     A      Customer service is part of the customer

20  experience.

21     Q      Mr. Cheng --

22     A      It doesn't say anything -- I think if you view

23  customer service as we do, as part of the customer

24  experience, then a reference to customer experience

25  would include customer service.

1     Q    Okay.  There's no reference in that sentence

2  to customer experience, customer service, anything.  It

3  reads:  Quote, accordingly, the effective performance,

4  reliability, and availability of our website and network

5  infrastructure are critical to our reputation and our

6  ability to attract and retain customers, close quote; is

7  that correct?

8     A    That's correct, yes.

9     Q    And down further in that same paragraph is

10  another sentence that reads:  Quote, the lack of these

11  services and inability to successfully provide an

12  adequate online shopping experience may cause certain

13  consumers to purchase products from our competitors

14  rather than from us.

15        Did I read that correctly?

16     A    You did.

17     Q    There's no mention in that sentence about

18  customer service, is there?

19     A    No.  No, he didn't.  But online shopping

20  experience, it's conceptually very similar.

21     Q    No.  Online shopping experience is the use of

22  computers and the internet and the worldwide web to

23  provide a way for customers to buy products from Newegg;

24  isn't that correct?

25     A    I don't think I would necessarily agree.  You

1  could define it that way.

2      Q    Newegg only -- sells everything online,

3  correct?

4      A    Yes, that's correct.

5      Q    You didn't have your online system, you

6  wouldn't sell a thing, would you?

7      A    We could.  It's possible.  You know, if we

8  didn't have an online system, we would presumably

9  convert our business model, yes.

10      Q    Well, you'd have to go on out and start

11  building stores, right?

12      A    That's correct.

13      Q    Well, in view of your frugality, that's not

14  something that's very likely.  You're an online

15  merchant, you were built as an online merchant, and you

16  intend to stay as an online merchant, correct?

17      A    That's not necessarily true.  I mean, you see

18  a lot of online merchants -- some of our competitors,

19  they're adopting what's called a multichannel strategy.

20  And multichannel means -- business evolves.  It just

21  evolves.  And some of them are building stores.

22      Q    You're not telling the Securities and Exchange

23  Commission that you're planning to do anything other

24  than remain an online shopping company, correct?

25      A    That's -- that's absolutely correct.  At this

1   point, we don't have plans, but I can't preclude the

2   possibility.

3              MR. ADAMO:  Thank you, Your Honor.  That

4   completes my cross-examination.

5              THE COURT:  All right.  Redirect?

6              MR. SAYLES:  May it please the Court.

7                   REDIRECT EXAMINATION

8   BY MR. SAYLES:

9   Q    Mr. Cheng, just a few things.

10           Are you in any way trying to suggest or say

11  that the website and its robust functionality is not

12  important?

13  A    No.  Our website is our store.  It's our store

14  front.  It's just like the store front for a Best Buy or

15  a supermarket.

16  Q    You were asked a number of questions about

17  advertising on Google and Gizmodo.  Is that inconsistent

18  with your earlier statement that you don't engage in

19  mass advertising?

20  A    In my view, absolutely not.  What I meant by

21  mass market advertising are things that people commonly

22  do -- companies commonly do for branding purposes,

23  right.

24           And it just gets their name out there.  What

25  we have always focused on, consistent with our policy of

1  being very frugal, are ways to advertise to build our

2  business as inexpensively and as cost effectively as

3  possible.  It saves us money to allow us to keep our

4  prices low.

5          And online advertising, like the kind

6  Mr. Adamo introduced us to, it's by far the most

7  effective way to advertise, because you don't pay

8  generally for the advertising until someone actually

9  clicks on the add.

10          And, you know, so that's our secondary form of

11  advertising, as I mentioned earlier.  Our primary form

12  of advertising is just by providing an excellent

13  customer experience.

14          So 70 percent of our revenue is generated from

15  repeat customers, people just telling their friends and

16  families.

17      Q    70 percent is repeat customers?

18      A    70 percent of our revenue comes from people

19  either directly typing in www.newegg.com, meaning they

20  know us or someone told us about us specifically, or

21  from us sending out e-mails to our existing customers.

22      Q    All right.  Last subject.

23          You were asked a couple of questions about the

24  one patent license that Newegg is a party to, and you

25  were asked a few questions about that on cross.

 1          Would you explain what that license is about?

 2     A    That license is one where a patent pool -- so

 3   sometimes in an industry, after probably years of

 4   litigation, a lot of people get together, and they

 5   contribute all of the patents relevant to, say, a

 6   certain device family, like music players, into a patent

 7   pool, right?

 8          So MPEG -- I believe MPEG is a -- you know, I

 9   think maybe some people have heard of MPEG3, MPEG4,

10   stuff like that.  And my understanding is that MPEG, the

11   entity, is a license pool that has aggregated a lot of

12   these patents together.

13          And they approached us, as I'm sure they have

14   approached everybody else, and said, you know, we have

15   all of these patents, you know, and you should take a

16   license from us.

17          And we looked at the terms that they were

18   offering.  The royalty that they were offering, it was

19   de minimis.  It's literally never, I think, exceeded

20   $4,000 a year.

21          And we found it more cost effective in that

22   one specific case to take a license so that we could

23   continue to sell a specific -- a couple of specific

24   models of music players.

25     Q    All right.

1                    MR. SAYLES:  I'll pass the witness.

2                    MR. ADAMO:  Nothing further, Your Honor.

3    Thank you.

4                    THE COURT:  All right.  Thank you.  You

5    may step down, Mr. Cheng.

6                    Who will be your next witness?

7                    MR. SAYLES:  May it please the Court.  At

8    this time, we would call Mr. James Wu.  And he's in the

9    witness room.

10                   THE COURT:  All right.

11                   MR. SAYLES:  Mr. Strachan will go get

12   him.

13                   MR. ADAMO:  Your Honor, might this be an

14   opportune time to hand up to the Court the list of

15   admitted exhibits from yesterday?

16                   THE COURT:  Yes, that will be fine.

17                   MR. ADAMO:  I have two copies.  I'll give

18   them to the Courtroom Deputy.

19                   THE COURT:  All right.  So do you have

20   this labeled?

21                   MR. ADAMO:  Yes, sir.  The document is

22   labeled.

23                   THE COURT:  Okay.  And these have already

24   been offered and admitted?

25                   MR. ADAMO:  Yes, sir.  Yes, sir.

```
 1                    THE COURT:  All right.  Very well.
 2    That's just for the Court's information then?
 3                    MR. ADAMO:  Yes, sir.  Thank you.
 4                    THE COURT:  We're going to label that as
 5    Plaintiff's Exhibit List No. 2, just for the record.
 6                    (Pause in proceedings.)
 7                    MR. SAYLES:  I apologize, Your Honor.  I
 8    asked him to stay in the witness room, and he must have
 9    stepped out.
10                    (Witness enters the courtroom.)
11                    THE COURT:  Oh, here he is.
12                    MR. SAYLES:  All right.  Very good.
13                    Step over here to the witness stand.
14                    THE WITNESS:  Thank you.
15                    MR. SAYLES:  And Mr. Wu has been sworn,
16    Your Honor.  He was here at the beginning.
17                    THE COURT:  Okay.
18        JAMES WU, DEFENDANT'S WITNESS, PREVIOUSLY SWORN
19                        DIRECT EXAMINATION
20    BY MR. SAYLES:
21        Q    Good morning.
22        A    Good morning, sir.
23                    MR. SAYLES:  May it please the Court.
24                    May I begin?
25                    THE COURT:  Yes, you may.
```

1      Q      (By Mr. Sayles) Would you introduce yourself

2  to the jury, please.

3      A      My name is James Wu.

4      Q      And what is your position with Newegg?

5      A      I'm currently the chief technology officer of

6  Newegg.

7      Q      The chief technology officer?

8      A      Yes.

9      Q      All right.  And did you have anything to do

10  with the development of the Newegg website?

11     A      I was the principal designer and the person

12  most responsible for the website, the architecture and

13  design.

14     Q      Now, before we go into your work and design of

15  the Newegg website, I'd like to get a little bit more

16  information about you.

17            Where were you born?

18     A      I was born in China.

19     Q      And would you tell the Ladies and Gentlemen of

20  the Jury your educational background, please.

21     A      I -- I attended high school and college in

22  China, and I received a bachelor degree of the computer

23  science at Si Chang University, which is a top 10 school

24  in China.

25            And I start getting first job working on the

1  Petro China, working on the oil refinery company.

2      Q    Si Chang University.  We have it up on the

3  slide there.

4      A    Yeah.

5      Q    And you got your degree in 1991, right?

6      A    Yes.

7      Q    And tell the Ladies and Gentlemen of the Jury

8  what you did in your first job at Petro China.

9      A    Oh, Petro China is an oil refinery.  They

10  mostly do the oil, transport gasoline.  My job is also

11  computer related.  I maintain a large -- the computer

12  system to control the pipeline.  They call distributor

13  control system.

14          And I manage the media frame and the mainframe

15  and also I building the network.  I establish a network

16  on 1991.

17          And after Microsoft is -- introduced NT --

18              (The Reporter asked the witness to speak

19              slower.)

20              THE WITNESS:  Oh, sorry about that.

21      A    So also -- I also building the company

22  internet using the Microsoft NT and building web server

23  and building the company home page and using the

24  Microsoft ASP technology to building dynamic page.

25      Q    (By Mr. Sayles) So you worked in the computer

1   field at Petro China?

2        A    That's right.

3        Q    And when did you move to the United States?

4        A    The first time I visited Houston, because the

5   company has the one big project and wanted to do the

6   process optimization, wanted to optimize the oil

7   refinery pipeline.

8             One company in Houston called the Aspen,

9   the -- all part of the world-class technology on this

10  field, so we come over to Houston for the training to

11  learn the cutting-edge technology.

12       Q    All right.  So you came to Houston for

13  training, and that was your first visit to the U.S.?

14       A    That's -- that's correct, sir.

15       Q    And what was your impression of the United

16  States when you visited here?

17       A    Cutting-edge technology and the freedom and

18  the culture.

19       Q    The freedom and the culture?

20       A    That's right.

21       Q    And were you the first person in your family

22  to earn a college degree?

23       A    Yes, I'm the first one.

24       Q    What did your parents do for a living?

25       A    My parents is working as a field worker.

1  They're working at the home construction for -- to build

2  a new home.  They building the -- they building the home

3  as a field worker.

4       Q    A field worker?

5       A    Yes.

6       Q    All right.  And when you came to the U.S. to

7  live here, when was that?

8       A    Well, this is late 1999 or early the year

9  2000, I first came to the Los Angeles.

10      Q    And did you -- did you interview for a job?

11      A    Yes.  I looking for job.  I looking in the

12  newspaper and answer the advertisement.  I got my first

13  job at ABS Technology.

14      Q    All right.  You mentioned the word ABS

15  Technology -- Computer Technologies.

16      A    Yes.

17      Q    Is that what became known as Newegg?

18      A    Yes.

19      Q    And what did you do when you joined Newegg?

20      A    Well, the first job the company have as one

21  project is they want to convert the Microsoft Fox Pro,

22  the -- the system, to the large scale Microsoft SQL.

23  Even the Microsoft Pro system handle sales, inventory,

24  billing, and warehouse management.  They want to convert

25  small scale to the large scale system.  I took that job.

1      Q      All right.  Now we're going to have to touch

2  on a few of those words you mentioned a moment ago, but

3  in summary, you were building a larger system?

4      A      That's right.

5      Q      Okay.  And back when you joined the company in

6  the year 2000, what was its business?

7      A      Oh, ABS was doing the computer assembly to

8  sell the desktop to the customer.

9      Q      Desktop computers?

10      A      Yes.

11      Q      And did it have a store then?

12      A      No, they don't.

13      Q      How did -- how did those computers get sold at

14  the time of around 2000?

15      A      All they have is the two main.  One is they

16  have the static website to --

17      Q      Static website?

18      A      Yes.  Static website.  And also the -- they

19  print the -- they print ads for the -- for the customer

20  to look in.  If the customer interested, they pick up

21  the 800 number to call sales support to order.

22      Q      So if there's a static website, it meant, if a

23  customer was interested, they had to pick up the phone

24  and call and place their order?

25      A      Yeah.  Call 800 number to ABS sales support.

1       Q       When you joined the Newegg in 2000, how many

2  employees did it have at that time in the United States?

3       A       About 90 people, most of our warehouse-related

4  employee, and including me, only possibly three

5  technology employee.

6       Q       Three technology employees?

7       A       Yes.

8       Q       Counting you?

9       A       Including me.

10      Q       And let me show you a picture that is marked

11  Defense Exhibit 112, and it's No. 26, and this is just

12  the sign outside a building that's kind of scratched up

13  that says ABS Technologies.

14              What are we looking at here?

15      A       Oh, this is the old site of the -- sign of the

16  Warehouse 1 building, which I working over there to

17  building the website, to building the whole system.

18              During the time, the company, all they had was

19  this one building.

20      Q       All right.  Now, let's take a look at the next

21  photograph.  Is this the inside of the building?

22      A       Oh, this look like the year 2004 or 2005,

23  because in the year 2000, we don't have that much

24  resources.  We had less furniture, less people.  Most of

25  the area is empty.

1      Q    All right.  How would you describe Newegg

2  today?

3      A    Oh, Newegg is an online retailer.  We sell all

4  the merchandising, is acting with the proper retailer.

5  So you can train and actually get the best buy on the

6  internet.

7      Q    When you joined the company, did the Newegg

8  website exist?

9      A    No, they don't.

10      Q    You indicated that Newegg became an online

11  retailer.  What type of stores does Newegg compete with

12  in the sale of products?

13      A    Oh, most of the competitor company was Best

14  Buy, Circuit City, and HP, Dell, and Amazon.

15      Q    All right.  And does Newegg manufacture or

16  sale any E-commerce software?

17      A    No, we don't.

18      Q    Are you familiar with a company known as

19  Soverain?

20      A    Never till the lawsuit was filed.

21      Q    Does Newegg compete with Soverain in the

22  marketplace as you understand Newegg's business and

23  Soverain's business?

24      A    No.  We are the retailer.

25      Q    And what does Newegg sell online?

1      A    We sell the merchandising.  We buy the

2  electronics from the distributor or manufacturer, and we

3  sell them through online.  You never to leave the home

4  to shop.  We have many offerings online.

5      Q    And does Newegg manufacture these items?

6      A    No.  We just approved and we buy from the

7  manufacturer or distributor.

8      Q    All right.  Let me pull up Defense Exhibit 71,

9  and do you recognize this document?

10     A    Oh, this is the home page of Newegg.

11          Actually, if one customer have the browser,

12  can open -- open it and type the address,

13  http:/www.newegg.com.  Then push enter, and the Newegg

14  home page will show up.

15     Q    All right.  Now, this is just an example that

16  was taken back just before -- well, before Christmas, I

17  guess, by the snowman that's --

18     A    Yeah.

19     Q    -- on the banner.

20          What are the categories that go across the top

21  ribbon here?

22     A    Well, you know, we are the -- most of the top

23  revenue is called computer hardware.  Most of these we

24  derive our revenue from.

25          Also, we sell the PC, the laptop, networking,

1  electronic, home theater, camera, camcorder, software,

2  gaming console.

3          So we have a lot of the category.  The list is

4  very long.  You can see these are just a list of partial

5  of the category we -- currently we offering.

6      Q    Partial categories they're offering?

7      A    Yes, that's right.

8      Q    All right.  Let's take a look at computer

9  hardware.

10          MR. SAYLES:  If we can blow that up just

11  a little bit.

12      A    Yeah.  We -- because the computer hardware is

13  a category, we have -- there's a backup device, a

14  minicomputer, cable, CD, and a DVD, and a computer

15  accessory.  They have many under the listed category.

16      Q    (By Mr. Sayles) All right.  And so the list of

17  products would go on for a long time if we went through

18  it?

19      A    Right, very long.

20      Q    Okay.  And let's look at the rest of the home

21  page.  And would you describe what -- what is shown

22  here?

23      A    The rest of the home page is, most of all, the

24  deal and offering.  You can see deal of the day, holiday

25  deal, and there's a deal page.

1     Q    Deal of the day?

2     A    Yes.  Deal --

3     Q    Holiday deal?

4     A    Holiday deal.  And also you can -- on the

5  bottom, you have some kind of the FAQ instructions, that

6  kind of stuff.

7     Q    Who can access the Newegg website on to this

8  home page?

9     A    Well, actually, anyone who own a personal

10  computer, also have ISP connection to the internet.

11        Also, they need to install the browser.  She

12  or he can open the browser and then type the

13  www.newegg.com, then enter, then can access newegg.com.

14     Q    All right.  Now that we've taken a brief look

15  at the Newegg home page on its website, I want to take

16  you back to when you were first employed in the year

17  2000.

18        At that time, what sort of technologies was

19  Newegg using?

20     A    During that time, we only use Fox Pro.

21     Q    Fox Pro?

22     A    Yes.  Small-scale database system.  We use Fox

23  Pro to manage the sales.

24     Q    To manage what?

25     A    Sales.

1      Q    Sales?

2      A    Yeah.  All the entry and then billing, return

3  merchandising, called RMA, and the inventory management

4  system.  They're all running on this Fox Pro database

5  system.

6      Q    All right.  And you said this was a small

7  scale?

8      A    Yes.

9      Q    What was the task that you were given?

10      A    Oh, I was given -- wanted to enlarge capacity

11  of the whole system and --

12      Q    To enlarge the capacity?

13      A    Yes.

14      Q    All right.

15      A    I was given the job to say, okay, we need to

16  convert small-scale system, convert to large-scale

17  capacity using Microsoft SQL server as a back end.

18      Q    SQL server?  Is that the SQL here?

19      A    Yeah.  SQL server, yes.

20      Q    What is an SQL server?

21      A    SQL actually stand for the NC standard, the

22  structure query language.  Microsoft SQL server is the

23  Microsoft implementation on this technology.

24      Q    All right.  So there was an implementation of

25  Microsoft SQL database on a small scale when you

1   arrived?

2        A    Yes.

3        Q    And your job was to convert that to a larger

4   scale?

5        A    Yeah.  It took eight months to convert it.

6        Q    How long?

7        A    Eight months.

8        Q    Eight months?

9        A    Yeah.

10        Q    And you mentioned the word back end when you

11   mentioned the SQL server database.  What -- what is back

12   end?

13        A    Oh, back end just means all the part of the

14   data storing of Microsoft, is database server.  That's

15   the meaning of the back end.

16        Q    Beginning in 2000 and being given that job of

17   converting the system to a larger system, did you do

18   that?

19        A    Yeah.  I made --

20        Q    Did you make it in the eight months?

21        A    Yes.  I spent the eight months.

22        Q    How much help did you have?

23        A    Can you repeat again?

24        Q    How much?

25        A    Eight months.

1        Q     And how much help did you have?

2        A     Well, only with other two co-worker.  I spend

3    the eight months to convert all of the code.  We write

4    all the code.

5        Q     Write all the code?

6        A     Yes.

7        Q     And tell the Ladies and Gentlemen of the Jury

8    what it means to write code for a computer program.

9        A     Well, that mean you needed the -- the

10   Microsoft development first.  You line by line to write

11   the code and then compile and test it to make sure the

12   work is to expectation.

13            Then after all of the module would be re-write

14   of the new platform.  Then the launch.  And the launch

15   is more challenge as well, because we needed to be sure

16   all the department can work together.  We took the

17   weekend, no sleep two night.

18       Q     All right.  Before we get to the launch, let

19   me be sure that we can understand what you were saying

20   there.

21            During the eight-month period when you were

22   making the conversion, were you and the two others

23   writing what's called the source code?

24       A     That's right, source code.

25       Q     Is that the code that makes a computer program

1   function in a certain way?

2       A    Yes.  Computer code, source code, is the

3   one -- lines of code that instruct your computer to

4   work.  And also need to compile and install to the

5   computer.

6       Q    What type of -- well, before I get to the

7   resources that you had, I want to ask you another

8   question, and then we'll get to that.

9            After you converted the SQL server database

10  from Fox Pro into a larger system, what was the next

11  task or goal that you were assigned?

12      A    Oh, I was being asking to build the E-commerce

13  website.

14      Q    To build an E-commerce website?

15      A    Yes.  I was given three months time period to

16  get the job done.

17      Q    All right.  And did the work that you were

18  doing at Newegg fit the skill set that you had developed

19  in your education and your work at Petro China?

20      A    Yes.  I have a computer science four-year

21  degree.  I have ten years experience in the computer

22  field and the programming.  I was very skilled, say, in

23  this area.

24      Q    All right.  And during the first eight months

25  when you were converting to a larger, more -- a larger

1   system with more capability, what kind of days were you

2   working?  Long days?

3       A    Yeah.  Yeah, it was a long day, 10:00 at

4   night, even the weekend and even during the launch --

5   the launch day, converting day with two weeks on the

6   weekend with no sleep, just sitting over there working

7   like a dog.

8       Q    Okay.  The term has been used and it's a slang

9   term here, working basically 24/7?

10      A    Yes.

11      Q    All right.  And then when you received the

12  task of building an E-commerce system, was that a

13  challenge?

14      A    That's a big challenge.  Three months take me

15  to building the E-commerce online shopping from the

16  ground.  It was a big challenge.

17      Q    To build it from the ground.

18      A    Yes.

19      Q    And what resources did you have to use to

20  build an E-commerce website?

21      A    Nothing much.  Company don't have the

22  financial resources.  Only giving -- the management say,

23  okay, here's the computer, the parts.  You guys building

24  new server, and you got three months to get E-commerce

25  up and running.  And all of the -- the resources are

1   very limited, so you can see how big a challenge for us.

2       Q    All right.  Did I hear you say that you were

3   given server components or just parts?

4       A    Yeah.

5       Q    Did you build some of your own servers?

6       A    Yes, we do.  We -- because to do it in time,

7   the company have the assemblies business.  We can have

8   ability to building a low-end server, so we just get

9   component to build server by ourself.

10      Q    And why did you do it this way where you

11  built -- even built the server yourself from the parts

12  as opposed to just buying it?

13      A    Well, number one, we don't -- we have the

14  financial limitation.

15           Number two, based on that financial

16  limitation, the company wanted to do more with less.

17  Everything they do the economic way.

18      Q    Everything you can do the economical way?

19      A    Yes.

20      Q    All right.  In addition to the programming

21  work that you did in 2000, what other responsibilities

22  did you have at Newegg when you first joined?

23      A    Well, besides the programming work and also I

24  perform as IT technical support, such as I fix computer,

25  install the software, and also I -- I was the database

74

1    administrator and the whole system architecture.  Many

2    role, human person.

3         Q     You were responsible for the system

4    architecture?

5         A     Yes, and also the database administrator.

6         Q     So you were given the task and an eight-month

7    period to do it, and then another task and a three-month

8    period to do it?

9         A     Yes.

10        Q     And you had other duties as well?

11        A     Yeah.

12        Q     All right.  And you told us that your second

13   task was to build an E-commerce website, and I think the

14   Ladies and Gentlemen of the Jury have heard that plenty

15   now, but is that basically online shopping?

16        A     Yes, that is online shopping.

17        Q     And did you build the Newegg online shopping

18   website?

19        A     Yes, I did.  I spend three months to get it up

20   and running.

21        Q     And would you tell us how you did that?

22        A     Well, actually, I do -- well, first step, I

23   need to develop the functional model.

24        Q     Talk a little slower.

25        A     I needed to develop the functional model, and

1  then --

2       Q    Developed the functional model?

3       A    Yes.

4       Q    All right.

5       A    And the second step, I needed to go to the

6  other website to take a look at the major functionality

7  and come up with a use case, a use case.

8       Q    All right.

9            MR. ADAMO:  Mr. Sayles, I'm sorry.

10            MR. SAYLES:  Yes.

11            MR. ADAMO:  I don't mean to interrupt,

12  but I'm having a difficult time understanding the

13  witness.

14            Could you ask the Court Reporter to read

15  his last answer back?  I really didn't understand it.

16  Or could you help him, as you've been doing, with the

17  mic?

18            MR. SAYLES:  I don't mind at all.

19       Q    (By Mr. Sayles) Let's try that again, and I

20  want you to speak slowly.

21       A    Sure.

22       Q    And if I stop you, it's just to clarify, all

23  right?

24       A    Okay.

25       Q    When you built the Newegg online shopping

1  website, how did you do it?  Let's just take it one step

2  at a time.

3      A    First step, I needed to develop a functional

4  model.

5      Q    Develop a functional model.

6           What was the second step?

7      A    I needed to develop a use case.

8      Q    Develop a use case?

9      A    Use case.

10     Q    And what is a use case?

11     A    That means how the page link each other, the

12  use case.

13     Q    How the pages link each other?

14     A    Yes.

15     Q    And then what was the next step?

16     A    Then based on two, I needed to do the

17  programming.

18     Q    All right.  You needed to do the programming.

19          And then what did you need to do?

20     A    Well, the programming I think through, I have

21  two choice, to recorder (sic) shopping cart event.

22  That's the question.  I need the address.

23     Q    All right.  Let's see if I heard you

24  correctly.  In the process of building the system, you

25  had a choice to make --

1       A    Two choice.

2       Q    -- regarding where you said recorder, but you

3   mean record?

4       A    Yes.

5       Q    Where to record what?

6       A    Shopping cart event.

7       Q    Shopping cart event.

8            What were the choices that you were faced with

9   as the designer?

10      A    Well, number one, I needed to choose whether I

11  have to record everything to the central database on the

12  Microsoft SQL server side.

13      Q    On the Microsoft SQL server side?

14      A    Yes.

15      Q    Is that the server that's over in Newegg?

16      A    Yes, central side.

17      Q    And you said you had a choice.  What was the

18  choice?

19      A    The second choice I have, I can utilize the

20  cookie on the customer computer side related to browser

21  to recorder (sic) all the shopping cart event.

22      Q    To use a cookie on the customer computer to

23  record the shopping cart event?

24      A    Correct.

25      Q    All right.  And which choice did you make?

1        A    I pick up client cookie system.

2        Q    And why did you -- as the designer and the

3   architect of this system, did you choose the client

4   cookie system to record the shopping cart event?

5        A    Number one, as a skilled programmer, I knew a

6   lot -- a lot of the customer no going to the checkout,

7   just to the cart.

8        Q    Okay.  A lot of customers weren't going to

9   check out?  So what?  What does that mean?

10       A    Well, I needed -- I -- I needed a central

11  database.  I needed large storage, large server, many

12  memory to store everything you need to recorder (sic).

13       Q    I see.

14            So if a user of the system didn't finish the

15  transaction, if you had a database on the Newegg side,

16  it would take up space that it didn't need to take up?

17       A    That's right.

18       Q    And so the choice you made was to use the

19  client cookie system?

20       A    Yeah.

21       Q    And were you familiar with the concept of

22  cookies from your background, education, training, and

23  experience?

24       A    Yeah.  The cookie is very straightforward, the

25  https, the protocol, the component; and at first, they

1   introduced it by Netscape on early of the '90.

2        Q    Introduced by Netscape in the early '90s?

3        A    Yes.

4        Q    All right.  And when you were building this

5   E-commerce system, did you copy anything?

6        A    No.

7        Q    What did you base your development of the

8   Newegg online shopping website on?

9        A    Oh, based on my -- the ten years experience

10  and formal education.

11            THE COURT:  Mr. Sayles, we're -- been

12  going about an hour-and-a-half.  Whenever you get to a

13  good place, I think it would be appropriate to take a

14  break.

15            MR. SAYLES:  All right.  We can do that

16  now.

17            THE COURT:  All right.  Very well.

18            All right, Ladies and Gentlemen of the

19  Jury, we're going to take a 15-minute break, until

20  10:45.  Please remember the Court's instructions, and

21  I'll see you back here then.

22            COURT SECURITY OFFICER:  All rise.

23            MR. ADAMO:  Your Honor?

24            THE COURT:  Do you have a matter?

25            MR. ADAMO:  After -- I'm sorry.  If the

1  Court would just stay for a moment.

2                  (Jury out.)

3                  THE COURT:  All right.  Please be seated.

4                  All right.  You have some matters for the

5  Court?

6                  MR. ADAMO:  Yes.  I'm trying to cooperate

7  with Mr. Sayles as much as I possibly can here.

8                  THE COURT:  Y'all are doing a good job of

9  cooperating, both of you.

10                  MR. ADAMO:  Under the circumstances, but

11  it's getting to the point now where what the witness is

12  saying and what Mr. Sayles is saying aren't matching.

13                  When I asked Mr. Sayles just now to

14  clarify what the witness had said, I'm going to have to

15  hope the Court Reporter heard this the first time

16  around.  He changed his answer.

17                  And Mr. Sayles, frankly -- and I've tried

18  to give as much leeway as I can, because I've been in

19  this situation before, but he is really starting to lead

20  him.

21                  Now I'm trying to be cooperative, but I

22  have to have a record that it's him testifying and not

23  Mr. Sayles saying what he thinks the witness said.

24                  THE COURT:  Okay.  Is the Court Reporter

25  getting down what the witness is saying?

```
1                    THE REPORTER:  As best I can.

2                    THE COURT:  As best you can?

3                    THE REPORTER:  As best as I can.

4                    All right.  Well, we have a language

5       problem, so I'll ask Mr. Wu to please try to speak as

6       slowly and as distinctly -- I know it's not your native

7       language, but as you can so that the Court Reporter can

8       get it down, and the jury can hear your testimony.

9                    THE WITNESS:  Yes, sir.

10                    THE COURT:  Mr. Sayles, you just try to

11      do the best -- I know nothing intentional, but be sure

12      you try to repeat back as accurately as you can, if you

13      have to interpret for him.

14                    MR. SAYLES:  I will, and I assure the

15      Court and Mr. Adamo that I would never intentionally --

16                    THE COURT:  I understand.

17                    MR. ADAMO:  It was not my -- it was not

18      my intention to imply that; but as I said, I've been in

19      similar situations, and sometimes what you thought you

20      heard is not what the witness really said, and then I

21      don't know whose testimony I've got.  I mean, I trust my

22      colleague --

23                    THE COURT:  It might be better just to

24      try to get him to answer the questions as best you can.

25                    MR. ADAMO:  A little less leading would
```

1  help.

2                THE COURT:  All right.

3                MR. ADAMO:  Thank you, Your Honor.

4  That's all I have.

5                THE COURT:  Try to watch the leading as

6  much as you can.

7                MR. SAYLES:  All right.

8                THE COURT:  Okay.  Anything further?

9                MR. ADAMO:  No, sir.  Thank you.

10                MR. SAYLES:  Thank you, Judge.

11                THE COURT:  All right.  We'll be in

12  recess.

13                (Recess.)

14                THE COURT:  Please be seated.

15                All right.  Ladies and Gentlemen of the

16  Jury, you got a little extra long break there.  The

17  Court Reporter had some technical difficulties with her

18  equipment we had to get straightened out.

19                All right.  You may proceed, Mr. Sayles.

20                MR. SAYLES:  May it please the Court.

21      Q    (By Mr. Sayles)  Mr. Wu, I'm going to ask you

22  to be careful and stay close to the microphone and speak

23  slowly.  All right?

24      A    Okay.

25      Q    Back at the time you were doing your work in

1   2000, had you ever heard of the company Open Market?

2        A    Never heard that.

3        Q    Back when you were doing your work that you

4   described in the year 2000, were you aware of the

5   patents-in-suit?

6        A    No.

7        Q    And there has been some testimony that you

8   have not heard because you haven't been in the

9   courtroom, but did you ever hear of a software product

10  that could perform the E-commerce function that you were

11  trying to build back in 2000?

12       A    Yes.  There were several of them.  It's the

13  big names offering, such as ABM --

14       Q    ABM?

15       A    Yeah, ABM.  WebSphere.

16       Q    Websphere?

17       A    Yes.  Another one, Microsoft, has the same

18  kind of product called -- Microsoft has the same

19  servers, same kind of product.

20       Q    A Microsoft product?

21       A    Yeah.  Another one called ATT, ATT is the one

22  the -- because E-commerce software is the leader.

23       Q    All right.  Had you ever heard of a software

24  product called Transact?

25       A    Never.

1      Q      And why is it that, instead of you having to

2   work night and day, you didn't purchase a software

3   product for building and using an E-commerce site?

4      A      Oh, there are several reasons.  Number one,

5   company have the financial limitation.  We don't have

6   the extra money to acquire the big software package.

7      Q      You don't have the money to acquire a big

8   software package?

9      A      That's right.

10      Q      All right.

11      A      Number two, we don't know the commercialize

12   the software because the time will be the successful if

13   we are using.

14      Q      All right.  Now, based on your knowledge and

15   experience, do many customers shop but not end up

16   checking out, for whatever reason?

17      A      Yes.  We have a lot of the customer shop into

18   cart, change quantity, but never checkout or checkout

19   later.

20      Q      And you told us that one of the choices you

21   had was to use a customer cookie system to store the

22   shopping cart event.  Would you tell us why you've made

23   that choice?

24      A      The choice is -- is the natural choice for me.

25      Q      A natural choice?

1    A    Natural choice for me.  Because cookie side of

2  the shopping cart event only utilized customer computer

3  storage to record the order event.  And if I using the

4  database, central database to record order event, I knew

5  many customer just shop, add to cart, and change

6  quantity.  But most of them never check it out.

7    Q    Does a server-side database rely on a cookie?

8    A    No, the server-side database system don't rely

9  on the cookie.

10    Q    Are there differences to using a cookie-based

11  system to record the shopping event as opposed to the

12  server-side shopping cart?

13    A    They do have some difference.

14    Q    And are there advantages and disadvantages,

15  from Newegg's perspective?

16    A    One is for user side disadvantage, number one.

17    Q    Say that again.

18    A    The customer, they have the disadvantage.

19    Q    It has an advantage?

20    A    Disadvantage.

21    Q    Disadvantage.  And what is that?

22    A    Number one, if customer pay to cart on the

23  office's computer and go back to home to check,

24  everything is gone.

25         Number two, if customer has a multiple browser

1  such as using Microsoft Explorer to add-to-cart and

2  using the Firefox to open, then everything is gone.

3       Q    So do some computers have more than one

4  browser on them?

5       A    Yes, they do.

6       Q    And that's what you were mentioning there?

7       A    Yes.

8       Q    If a customer goes from one browser to the

9  other?

10      A    Everything's gone.

11      Q    Okay.  And are there any disadvantages

12  directly to Newegg?

13      A    They do.

14      Q    And what is that?

15      A    For the Newegg side, for example, we have the

16  data entry value.  We have the 500,000 add-to-cart

17  event.  But on the everyday we only be able to generate

18  40,000 order.  You can see, if we knew all the 500,000

19  event not only to check out the order, the customer --

20  our marketing department will be -- have more visibility

21  to target those kind of customer who never be checked

22  out.

23      Q    If you knew what a customer who did not check

24  out chose, your marketing department could address that?

25      A    If we have the data for customer, we should be

1 able to do the better job to target this kind of

2 customer.

3    Q    But with the system that you built and the

4 choice you made, does Newegg have that ability?

5    A    No, we don't have this capability now.

6    Q    I'm now going to take you back to Defense

7 Exhibit 71, which you've already testified was the

8 screen-shot from the homepage --

9    A    Yes.

10    Q    -- of the Newegg website?

11    A    Yes, it is homepage of Newegg's website.

12    Q    And I would like to walk you through the

13 website so that the jury can see as you go deeper into

14 it.

15        If the customer clicks on one of the

16 categories on the row at the top, then what happens

17 next?

18    A    Going to list in the category page, and then

19 listing all the product under that category.

20    Q    All right.  Let's look at 74.  Is this some of

21 the products that they would get if they clicked on a

22 certain category?

23    A    Yes.  This is the category called solid state

24 disk.  Your customer navigate this page.  All the

25 associated items under this category, would be listing

1   over there.

2        Q    That's solid state drives or disks?

3        A    Yes, solid state disk.

4        Q    And what happens on the Newegg website when

5   you click the add-to-cart button?

6        A    If customer clicks the add-to-cart button,

7   then the item identification, the web server is going to

8   read identification and generate setup cookie command,

9   customer's browser download back html document which set

10  up a cookie command folder going to establish a cookie,

11  an eight-item identification into the cookie and with

12  quantity one.

13       Q    Did you say an html command?

14       A    Html instruction.

15       Q    What is that?

16       A    Html is the hybrid markup language.  It is

17  the -- the web server generate html document, and in the

18  meantime the server set up the one string called set up

19  the cookie command.

20       Q    If a customer wants to add another item by

21  clicking on add-to-cart, where does that item go?

22       A    Follow the same process.  Add-to-cart again.

23  The folder that receive the html document from the web

24  server and also going to add a single-line item which

25  item identification into the local cookie.

1       Q    And the cookie is stored?

2       A    On the customer PC side.

3       Q    All right.  And did you review, at my request,

4  a slide to help explain how the Newegg website works, as

5  a matter of fact?

6       A    Yes.

7       Q    Let's take a look at Demonstrative 21.  And

8  would you describe how the Newegg system works just

9  using this demonstrative to explain it?

10      A    Yes.

11      Q    And just stick to the facts, all right?

12      A    Yes.

13      Q    All right.

14      A    You can see this is the cookie side of system

15  currently Newegg is using.  On the right-hand side of

16  the customer folder, and a little bit the cookie, and

17  the three-line item:  Camera, battery, memory.  On the

18  right-hand side you can see the Newegg, they have the

19  one --

20      Q    On the left-hand side?

21      A    Yeah, left-hand side.  The triple W that

22  stands for worldwide web.  And the two machines, one

23  machine called web server.  On the top, one called

24  Newegg shopping cart database server.

25           So if customer finds first item called camera,

1  he or she clicks add-to-cart button.  The camera listed

2  item identification, and is sent to the web server.  Web

3  server read this item identification and it generate

4  html document and along with one string, which is called

5  set up cookie command.

6          Then click the browser, download html document

7  back to browser.  The browser pick up one string, set up

8  the command, and establish this little cookie in one

9  string called camera equal quantity piece one.

10      Q    Say that last part again.

11      A    The browser going to establish the cookie

12  based on html instruction, and force a line item into

13  the cookie called camera quantity one.

14      Q    All right.  And is what we see on the left

15  side of the demonstrative labeled Newegg, servers that

16  are over at the Newegg facility?

17      A    Yep.

18      Q    And what we see labeled customer or client,

19  where would that be?

20      A    Customer, that mean any user sitting in the

21  home or office that uses their computer to open the

22  browser we called customer side.  They are not called

23  client.

24          The Newegg side is a server that is offered by

25  Newegg in our data center.  The server have two kind of

1  server we have.  One is called web server; on the top is

2  database server.

3       Q    All right.  And when a customer selects a

4  camera or a battery or memory, does Newegg add those

5  items at that time to its database on the Newegg side?

6       A    No, because we choose cookie-base system, we

7  never add line item into the shopping cart database.  We

8  just -- the browser, receive the html document and add

9  into the -- of the cookie.  We never adding to database.

10      Q    All right.  Now, you mentioned to us earlier

11 before the break that one of the advantages of the

12 system is that it requires less computer space?

13      A    Yeah.

14      Q    All right.  Now, just for the moment if -- if

15 you had made the choice to add the -- add-to-cart items

16 over on the Newegg side, how much more computer space

17 would you need?

18      A    Based on my estimation to the time, if we put

19 in all the shopping cart information to the Newegg

20 shopping cart database, you can just store the one day.

21 Based on last year's data, we have a half million

22 add-to-cart event.  Only 40,000 item to become final

23 order.  That would be 15 times bigger required

24 infrastructure and including the server, including the

25 memory, including hard disk.

1           In general, we store the seven-day --

2   currently the cookie has a seven-day life cycle.  If we

3   use seven day as the storing in the database side, it's

4   going to be 15 times 7.  That's more than 100 times the

5   space capacity, memory need to be established on

6   Newegg's server side to holding as a solution.

7      Q    All right.  So in the notebook in front of you

8   there is a copy of DX81.

9           Do you recognize that?

10     A    Yes.

11     Q    Tell us what it is.

12     A    This is the Newegg shopping cart page.  Any

13  customer want to review how many line items in she or

14  her or his shopping cart, he can open this page to look

15  in the line item and the subtotal.

16     Q    All right.  Now, we can't see it very well

17  because we can't blow this one up, but in the right-hand

18  corner, the orange button down here, what is that?

19     A    It's called checkout button.

20     Q    And what is the checkout button?

21     A    Checkout button is the -- we put it over there

22  for customer who start a purchase in the shopping cart.

23     Q    And if a customer wants to make a purchase,

24  how many times do they hit checkout?

25     A    Under last year's data, we still using the

1  half million add-to-cart operation, only 40,000 order

2  become final order.  About 6 to 8 percent customer going

3  to hitting the checkout button.

4       Q     6 to 8 percent hit the checkout button?

5       A     Yes.  6 to 8 percent.

6       Q     And if a customer does indeed wish to check

7  out, how many times do they have to hit the checkout

8  button?

9       A     Can you repeat the question?

10       Q     Yes.  If a customer does want to check out,

11  how many times do they hit the checkout button?

12       A     You only need to hit the button one time.  All

13  the data of the cookie value are going to be uploaded to

14  the Newegg's temporary shopping cart database just one

15  time.  No matter one line, two line, nine line; just one

16  time.

17       Q     All right.  In the system that you developed,

18  is hitting checkout adding items into a shopping cart?

19       A     Yes.

20       Q     In the notebook in front of you, there are

21  copies of DX106.  Do you recognize this?

22       A     Yes.  This --

23       Q     Describe what it is, please.

24       A     This page is we call order confirmation page.

25  Customer pay forward to submit final order.  He or she

1  can review all the information he input, such as billing

2  and the payment and line item he wish to order.

3      Q    All right.  So we have in the lower right-hand

4  corner a button that says submit order?

5      A    Yes.  They have the button for customer wish

6  to complete a final order.  He have the choice --

7      Q    And that's different from checkout?

8      A    That's different from checkout.

9      Q    What is the difference?

10     A    Only difference is here, if customer review

11 the final order, they can be able to click submit order,

12 become permanent, permanent order instead of temporary

13 data.  And after click, Newegg, the web server, going to

14 pull all the temporary shopping information, including

15 line item, and all the billing, shipping, payment

16 information we collect; and we put it together into

17 order XML document sent to Newegg messaging

18 infrastructure for loading to our Newegg data center.

19     Q    An XML order, was that that term you used in

20 that answer?

21     A    Yes.  XML order document for the loading to

22 our in-house data center.

23     Q    Is that what you just described what happens

24 between a customer hitting checkout and a customer

25 hitting submit?

1      A     Yes.

2      Q     From your background, training, and

3  experience, do you know what the session identifier is?

4      A     Yes, I do.

5      Q     What is that?

6      A     Session identifier really just is a creatable

7  web server and then client side collects the data and

8  stores in your local computer.  Then append it on the

9  following your request, and sent back to the web server.

10  This generically may tend to state.

11      Q     All right.  And for a session ID to work, are

12  some actions required on the client computer?

13      A     Yes, it does.

14      Q     What actions?

15      A     Make a selection.  First of all, require the

16  client to storing session ID.  Number two, client need

17  append session ID on the following the request.  Number

18  three, the browser on local client side need to send

19  request along with the ID.

20      Q     As the architect of the Newegg system, can you

21  tell us whether Newegg stores a session ID at the

22  customer computer?

23      A     No, that's customer browser does.

24      Q     Does Newegg add the item to messages at the

25  customer computer?

1     A     No, that's customer browser download

2  information.  Customer browser performs the action.

3     Q     Does Newegg send the item from the customer

4  computer?

5     A     No.  Customer's browser send item information

6  and downloads the html information back.  We never send

7  it.

8     Q     All right.  I would like you to tell the

9  Ladies and Gentlemen of the Jury how you developed

10  Newegg's website source code.

11     A     Source code, as I state before, is the one

12  word to instruct the computer to perform the task.  And

13  we are using the Microsoft technology as a primary.  We

14  are using the Microsoft ASP.net, or ASP, C#, and SQL,

15  and all the language.  We're using the source code

16  server to allow the programmer check-in and the

17  checkout, make the change again in the source code.

18            After the -- after the people make the change

19  based on the project, then they go into the compile of

20  the source code to binary format, then load it into the

21  system.

22     Q     All right.  Did you say C#?

23     A     Yes, C#.

24     Q     Is that a C with a little number sign after

25  it?

1      A      Yeah, C pound.

2      Q      And one of the other letters you mentioned was

3   ASP?

4      A      Yes, ASP.  ASP.net, yes.

5      Q      And you mentioned MSMQ; what is that?

6      A      That was the messaging for structure.  We

7   using the MSQ, and we using the queue technology.  That

8   mean if you sending over there this technology, we will

9   guarantee the message going to be delivered to

10  somewhere.  It's one-time guarantee.

11     Q      All right.  And are these items that you used,

12  are these standard programming models?

13     A      That was very standard offered by Microsoft.

14     Q      All right.  You've told us what source code

15  is.  How many lines of source code are there in the

16  Newegg website, if you include all its functions?

17     A      On the Newegg website for you just take away

18  the bottom line of this code, Newegg's website going to

19  have 636,000 lines of source code.  That's the whole

20  website functionality.

21     Q      636,000 lines?

22     A      Yes.

23     Q      And how many line items of code consist of the

24  shopping cart in the session ID tracking functionality?

25     A      Roughly less than 4,000.

1        Q    Less than 4,000?

2        A    Yes.

3        Q    So what percentage of the source code that you

4   developed for the Newegg shopping center is related to

5   the shopping cart ID and session tracking function?

6        A    If the number just you want together, we just

7   get is 0.66 percent related to the session and the

8   shopping cart.  Point 66.

9        Q    Point 66 percent?

10       A    Yes.

11       Q    Less than 1 percent --

12       A    Yes.

13       Q    -- of the total source code?

14       A    Less than 1 percent.

15       Q    All right.  Besides the Newegg shopping

16  cookie, what other cookies does Newegg use to handle

17  shopping?

18       A    Well, we use another one called the cart ID,

19  which is to facilitate three steps of the checkout

20  process.

21       Q    And how are the shopping cart ID cookies

22  created?

23       A    Oh, like I say, this cookie ID, because we

24  have this three-step with customer hitting the checkout,

25  we needed the one cookie to facilitate transaction in

1  case, prevent all the information lost.  You hitting --

2  customer hitting the checkout button, the server just

3  makes the function call to number generate a table to,

4  just to say, give me the new number.

5       Q    Okay.  And have we prepared a graph for you to

6  explain how the Newegg system works in this regard?

7       A    Yes.

8       Q    And can you explain this very slowly?

9       A    Yes.

10           This chart is -- just demonstrate how the

11  Newegg -- the checkout button in the several step, the

12  procedure.

13           If customer hitting the checkout button on the

14  shopping cart page, the web server going to the first

15  action, say take the number.

16       Q    All right.  Then what happens?

17       A    Then second step, this number going to be

18  placed on the cookie.

19           The third step, the web server going to read

20  line item information of the shopping cookie, marry with

21  shopping cart ID together.

22       Q    Marry it together?

23       A    Marry shopping cart ID with cookie value,

24  which the item identification, along with quantity

25  together, insert into shopping cart temporary table is

1  one time.

2      Q    All right.  So whatever is on this cookie is

3  dropped into this temporary table that has taken a

4  number?

5      A    Yes.  It just takes number that we upload one

6  time.

7      Q    All right.  And then when the submit-order

8  button has happened, is clicked, what happens?

9      A    If customer clicks submit-order button, the

10  web server just pull all the temporary information from

11  the server and combine with the payment, billing,

12  shipping information together, web server using this

13  information to create one XML, the document, and is

14  sending it to messaging system, such as MSQ, they wrote

15  it into the Newegg in-house data center for processing.

16      Q    And that's what happens when you hit the

17  checkout button?

18      A    That's what happen when you hitting on the

19  submit-order button.

20      Q    All right.  Why does Newegg need a shopping

21  cart ID to identify this shopping cart data?

22      A    Because we have this three steps in the

23  checkout process.  We needed one number to prevent that

24  information to loss.  So this number just can be

25  arbitrary number to protect the data loss for the

1  three-step page.

2      Q    Now, has Newegg grown and thrived since you've

3  been there since 2000?

4      A    Yes.

5      Q    And you told us that at the beginning of your

6  work you had a fork in the road between developing a

7  system based on a server side database or a customer

8  cookie system?

9      A    Yes.

10     Q    Now that the company obviously has many more

11 resources than it had back in 2000, has Newegg changed

12 that architecture and that system that you designed?

13     A    No.

14     Q    And why are you still using that design even

15 though you programmed it in 2000 with so little

16 resources?

17     A    Well, Newegg is number-one performer in term

18 of the responding time because our whole -- Newegg's

19 architecture, the shopping cart, Newegg is number-one

20 performers in the world.  We happy with our performance,

21 so we stick with our solution.

22     Q    You're happy with the performance so you'll

23 stick with it?

24     A    We are number one now.

25             MR. SAYLES:  Pass the witness.

```
 1                    THE COURT:  All right.

 2                    Cross-examination.

 3                    MR. ADAMO:  May I have a moment just to

 4   get squared away, Your Honor?

 5                    THE COURT:  Yes, you may.

 6                    (Pause in proceedings.)

 7                    MR. ADAMO:  Thank you.

 8                    May I have two minutes, Your Honor --

 9                    THE COURT:  Yes, you may.

10                    MR. ADAMO:  -- just to talk to Dr. Grimes

11   for a moment?

12                    I apologize to the Ladies and Gentlemen.

13                    (Pause in proceedings.)

14                    MR. ADAMO:  Thank you, Your Honor.

15                    I apologize, Ladies and Gentlemen.

16                    THE COURT:  No problem.

17                    MR. ADAMO:  I need the smart guys to talk

18   to.

19                          CROSS-EXAMINATION

20   BY MR. ADAMO:

21        Q    Okay.  Mr. Wu?

22        A    Yes, sir.

23        Q    Good morning.

24        A    Good morning, sir.

25        Q    Close to the mic?
```

1      A    Sure.

2      Q    Slowly.

3      A    Okay.  Thank you.

4      Q    Okay.  We're not in a hurry.  What we need is

5  for you and I to be able to hear each other.

6      A    Okay.

7      Q    All right.  Deal?

8      A    Deal, sir.

9      Q    All right.

10          Let's talk first about your use of Microsoft

11  equipment and technology.  Okay?

12      A    Okay.

13      Q    Microsoft did not design Newegg's web pages,

14  correct?

15      A    Microsoft -- yes, they did not prepare the web

16  page.  We -- our web server generate the web page.

17      Q    But you programmed them, not Microsoft,

18  correct?

19      A    We only program the server.  The server

20  generate the page.

21      Q    Microsoft did not design Newegg's web pages,

22  correct?

23      A    Agree.

24      Q    Okay.  You designed your own web pages,

25  correct?

104

1      A    We design the system.  The system generate the
2  page.
3      Q    Okay.  So the system that you designed
4  generated the pages, right?
5      A    Correct.
6      Q    Microsoft did not program Newegg's web pages,
7  correct?
8      A    We program the system.  The system generate
9  the page.
10     Q    Okay.  So you programmed the system that then
11 generated the page.  And you did that, not Microsoft,
12 right?
13     A    Not Microsoft.
14     Q    Okay.  You programmed -- you Newegg --
15 programmed the web pages that your customers see,
16 correct?
17     A    Can you repeat the question?
18     Q    Yes.  Newegg -- you -- programmed the web
19 pages that the customer sees, correct?
20     A    Newegg, we just program the system.  Customer
21 download the page to show up the browser; customer sees
22 the browser.
23     Q    Which is how you designed the system to work,
24 correct?
25     A    Yes.

1      Q    You designed your system on the assumption

2 that your customers would have browsers, correct?

3      A    That's the -- that's the common knowledge

4 during the year 2000, every computer has a browser;

5 netscape, Microsoft Explorer.  Not assumption; it's the

6 fact.

7      Q    Okay.  So you relied on that fact when you

8 designed your system?

9      A    Yes.

10     Q    And you also relied on the fact that, in the

11 browsers you just mentioned, the default is that cookies

12 are enabled, turned on, correct?

13     A    Most of the browsers does --

14     Q    Yes.  In each of the browsers that you just

15 mentioned, and you knew this when you designed the

16 system, the customer, if they didn't do anything to the

17 browser, cookies would be turned on.  That was the

18 default, correct?

19     A    Yes or no.  It depends --

20     Q    The customer would have to go in --

21     A    Well --

22     Q    -- and do something to shut them off.

23     A    Let me put it this way --

24          (Reporter requests Counsel and the

25          Witness to speak one at a time.)

1            MR. ADAMO:  Yes, I'm sorry.

2       Q    (By Mr. Adamo) Let me start again.

3            With the browsers that you mentioned, that you

4  were aware of when you designed the system --

5       A    Yeah.

6       Q    -- the browsers are on unless the customer

7  goes in and does something to turn them off; is that

8  fair?

9       A    Yes, but --

10      Q    That's -- that's the answer to the question.

11      A    Yes, but some of the enterprise have the

12  firewall setting in filtering all the cookie.  So if the

13  customer have the most secreted label, such as the big

14  company, they going to have the firewall policy and the

15  filtering disable the cookie no matter what.

16      Q    Let me see if I can say that back so we all

17  can understand it.

18            If you're in a big company and the company's

19  got a firewall --

20      A    Yeah.

21      Q    -- the firewall may prevent working with

22  cookies; is that fair?

23      A    Yes.

24      Q    Okay.

25      A    And some small user does have the internal --

1   the firewall does the same function, too.

2        Q    If that was the type of person who got on the

3   website that you designed, they couldn't complete a

4   transaction, correct?  If you don't have cookies turned

5   on on the customer side, they can't buy anything from

6   your system?

7        A    Right.

8        Q    And that's the way you designed it?

9        A    That's the condition, yes.

10        Q    That's the way you designed it, right?

11        A    We try to design like this way.

12        Q    Now, Newegg also -- not Microsoft, but

13   Newegg -- programmed the shopping cart cookie, I think

14   you call it NV, low underlining, Newegg cookie?

15        A    We don't program the cookie.  The cookie --

16   the cookie is broader functionality.  Newegg only

17   generates html document.  Html document will contain one

18   string called cookie instruction.  What happen, customer

19   browser download html document back from Newegg server.

20   The browser going to promote action based on html

21   string.  We don't program the cookie.

22        Q    All of which you designed the system to do,

23   correct?

24        A    We only design the system to generate html

25   document.

1      Q     With respect to the cookie as you just

2   described it, correct?

3      A     With the cookie with respect only the string

4   of the cookie instruction.

5      Q     But that's what Newegg did?  Microsoft didn't

6   do that for you; you did it?

7      A     Yes, that's -- we did it, yes.

8      Q     And the functionality of the cookies as they

9   worked in your system that you designed, you did that,

10   not Microsoft, correct?

11      A     The functionality of the cookie, or the

12   nature, is introduced by Netscape.  All of the browser

13   have the nature -- the cookie, the behavior.  We didn't

14   develop no cookie.  We just developed html document,

15   which generate from the web server or the string, what

16   string contains html cookie instruction.

17      Q     You took advantage in the system you designed,

18   of how you knew Netscape cookies and other cookies

19   worked, right?

20      A     That's common sense.  Every people --

21      Q     Well, I agree with you it's common sense.  But

22   that's what you did, not Microsoft, right?

23      A     Yes.

24      Q     Now, a little earlier I asked Mr. Sayles to

25   repeat back one of your answers.  Do you remember when I

109

1   stood up and asked him to do that?

2        A    Yeah.

3        Q    Okay.  And when you repeated back to

4   Mr. Sayles the answer, you changed your answer, didn't

5   you?

6        A    I don't remember.

7        Q    Well, I will represent to you that you changed

8   your answer.  And I believe, according to the three

9   notes from my colleagues --

10       A    Uh-huh.

11       Q    -- that what you originally said when you were

12  asked about the steps you took in designing --

13       A    Yeah.

14       Q    -- your -- your internet sales system --

15       A    Uh-huh.

16       Q    -- you said you looked at other websites to

17  determine their functionality.  Do you remember telling

18  them that?

19       A    Yes.  Yes, I say that.

20       Q    And that's what you did?

21       A    Yes.

22       Q    And by looking at -- and at the time you did

23  this, looking at the other websites, Newegg had no

24  experience with running an online shopping website,

25  right?

1      A    That's correct.

2      Q    Okay.  And when you worked for the oil company

3  in -- is it -- there's two Chinas, right, some people

4  say.  There's Taiwan, and there's the Mainland.  Are you

5  from Taiwan originally or from the PRC?

6      A    The Mainland.

7      Q    The Mainland.  All right.  So you're not from

8  the ROC, the Republic of China, Taiwan; you're from the

9  place where Beijing is?

10     A    Yes.

11     Q    Okay.  When you were working for the oil

12 company over there for the ten years, you weren't

13 working on any online shopping database, correct?

14     A    I do working on the online, the transaction

15 system.  I working as the company network.  I building

16 the first network, the Novell network back to the early

17 '90s.  Then I building the SQL network based on

18 Microsoft NT.  I do the programming based on the SQL

19 server, based on ASP, to maintain the company

20 information system.  The common sense database, ASP,

21 browser, html.

22     Q    But none of that had anything to do with

23 consumers buying something from the oil company, right?

24     A    You're right.  But --

25     Q    Okay.  That's all I wanted to know.

1          All right.  Now, you said in designing the

2    system, that one of the reasons you chose to use the

3    storage of your customers' computers was because you

4    knew that a lot of people will take a shopping cart but

5    wouldn't go all the way through checkout?

6          A    Correct.

7          Q    You learned that from somebody else's website

8    that you had studied to determine the functionality,

9    right?

10         A    This is nature assumption.  This assumption is

11   not a study.  Like I go to the shopping -- most of the

12   time during the year 2000 I go to the eBay or to

13   somewhere, just -- all the HP or Dell, because the

14   Newegg during time only big target competitor is Dell

15   and HP.  We go to the website to take look to building

16   the system, to building the shopping cart, but I never

17   checkout.

18         Q    Mr. Wu, you admit that you looked at other

19   websites to determine functionality.  That's the answer

20   you changed.  Remember that?

21         A    I did search the website to look at

22   functionality to generate a use case.

23         Q    Right.  And you looked at the functionality of

24   other online shopping websites, correct?

25         A    Yes, I did.

1      Q     And, in fact, the one you undoubtedly looked

2   at was Amazon.com, right?

3      A     Well, Amazon.com during time is not our

4   competitor --

5      Q     That's not what I asked you.  Try to answer

6   the questions, and we will get done with this much more

7   quickly.

8            What I asked you was -- not who your

9   competitors were -- I asked you which other websites you

10  looked at.

11     A     Well, I remember looking at HP and Dell

12  because we are assembling the computer.  We are the

13  main -- same business with them.

14           If you -- possibly I'm looking at Amazon,

15  possibly not, because we are only want to do same

16  business with Dell because they are taking market share

17  from us.

18     Q     In 2000 when you designed the system, you --

19  the company was still trying to transition from

20  assembling computers into the new business, correct?

21     A     Right.

22     Q     So at the time you designed the system, you

23  didn't have a system, you didn't have anything to

24  compete with HP and Dell at that point, right?  You were

25  trying to design it?

```
 1      A     Then I look at their website to come to learn
 2  what's the functionality and the use case and the flow.
 3      Q     You may have looked at Amazon.com's as well,
 4  correct?
 5      A     Well, I may.  I even may look at eBay.
 6      Q     You're aware that Amazon.com is licensed under
 7  the patents in this case, aren't you?
 8      A     No.  I never heard this case.
 9      Q     Now, you -- you said that your choice that Mr.
10  Sayles went over and over with you about where the
11  shopping cart database information was going to reside,
12  either on your side of the wall, or the street I should
13  say, your server system or your customer's computers,
14  you made that choice because you didn't want to pay for
15  extra storage; is that fair?
16      A     I don't have money to pay.
17      Q     Well, I understand.  I understand that.  I --
18  I appreciate being, as we'd say in English, skinned,
19  having no money, Mr. Wu.
20            But you made the choice because, we'll say it
21  your way, you didn't have money to put the storage on
22  Newegg's bill, right?
23      A     To holding extra data, yes, I don't have money
24  to do so.
25      Q     So you ended up, however, with all of the
```

1   storage that you needed by borrowing your customer's

2   computer to do some of the storage that Newegg had to do

3   somewhere; isn't that fair?

4        A    Why I say to borrow?  The storage of the

5   cookie already is there.  I don't need to borrow them.

6   That's the nature of functionality.

7        Q    So you took advantage -- let's not say borrow,

8   let's just say used -- you got the storage space that

9   you needed by using how your customer's cookies worked?

10  So the information, instead of you having to store it,

11  your customers did it for you because that's the way you

12  designed your system, right?

13       A    I utilize the nature of general functionality

14  of the cookie to record on the shopping cart event.

15  That's all.

16       Q    And you knew that's the way the cookies

17  worked; you knew your customers were going to have

18  browsers; you knew the default condition on browsers was

19  going to be the cookies were turned on.  So you designed

20  the system so that the shopping cart data, at least

21  until it got put over when checkout was punched, the

22  shopping cart data was being stored by your customers

23  for you.  That's what you did, isn't it?

24       A    That's the broader performance function to

25  store the data into the local.  We don't have the

1  control.  That's broad function does.  That's local --

2     Q    You knew that, and when you designed the

3  system, you designed the system to take advantage of

4  that, correct?

5     A    That's the nature, we utilize the

6  functionality.

7     Q    And you knew that and you took advantage of it

8  so that you, because you didn't have the money, couldn't

9  pay for the storage you needed, you needed the storage,

10 so you got it from your customers?

11    A    That is the customer's standardized

12 functionality of the browser site we can use.

13    Q    You made some mention earlier of temporary

14 shopping cart database.  Do you remember that?

15    A    Yes, I do.

16    Q    By temporary -- and you remember you were

17 deposed in this case.  Remember you had a court

18 reporter?

19    A    Yes.

20    Q    And you testified for Newegg.  Do you remember

21 that?

22    A    Yes.

23    Q    By temporary there, you meant it was stored at

24 least the period of time between when checkout was

25 pushed, and then we went through all the operations we

1    just saw on your last slide; and either the information

2    was then passed to shipping and payment, or you'd hit

3    the end of the business day, whichever came first,

4    right?

5         A    Yeah.

6         Q    So it was stored; it was just a question of

7    for how long?

8         A    The question is stored a whole lot because why

9    we call temporary, the nature, we don't have the data.

10   We just needed the temporary data stored in the

11   temporary table for three-step transaction.  That's

12   another reason we even have daily the job to purge this

13   data.

14        Q    Yes, but that's my point.  The data, once

15   checkout was pushed in that circular diagram we just

16   looked at, the data goes into the shopping cart

17   database.  And when you say it's temporary, it stays in

18   there either until the rest of the sales transaction is

19   completed or you get to the end of the business day and

20   then you purge it, right?

21        A    Correct.

22        Q    When the shopping cart database comes from the

23   cookie, whether it's one item, two items, three items,

24   and goes into the shopping cart database, that changes

25   the contents of the shopping cart database, doesn't it?

1       A       No.   Just one time to insert; never change,

2   never modification.

3       Q       No, the insertion --

4       A       Is the insert --

5       Q       The insertion changes the contents of the

6   database, doesn't it?

7       A       No.

8       Q       First there's nothing.

9       A       They just user one row in line.   It's not a

10  change; it's just an insert only, upload only.

11      Q       Let's see if we can agree with this.   Before

12  the insertion, the shopping cart database for that

13  particular customer and transaction is empty, right,

14  before the insertion?

15      A       It's not empty.   It's nothing.

16      Q       Well, nothing is empty, right?

17      A       Empty is not nothing.

18      Q       Well, in any event, let's say there's nothing.

19              After the insertion, in the shopping cart

20  database, at least temporarily, there's all the

21  information relating to what the person wants to

22  purchase; is that correct?

23      A       Just one time from nothing becomes a record.

24      Q       Is what I said correct?   I am going to ask you

25  the question one more time.   I'm trying to be very

118

1  specific about the question.

2          When the information from the cookie goes into

3  the shopping cart database, we go from nothing --

4      A    Nothing.

5      Q    -- to all of the information that was on the

6  cookie being stored in the shopping cart database,

7  correct?

8      A    Just insert as one time, yes.

9      Q    Well, one time or whatever, it's in there and

10  it's being stored in the shopping cart database,

11  correct?

12      A    Temporary stored.

13      Q    Temporary meaning until either we complete the

14  sales transaction or it's time to go home and we purge

15  the system at the end of the business day, right?

16      A    Correct.

17              MR. ADAMO:  I have nothing further, Your

18  Honor.  Thank you.

19              THE COURT:  Any redirect?

20              MR. SAYLES:  May it please the Court.

21                  REDIRECT EXAMINATION

22  BY MR. SAYLES:

23      Q    Mr. Wu, have you ever testified in a courtroom

24  in front of a jury before?

25      A    No, never.

1    Q    All right.  You were asked by Mr. Adamo if you

2  changed your testimony in response to my question, but

3  did you acknowledge to him the first time, and when he

4  reasked it, that you saw other websites?

5    A    I did say I saw other websites.

6    Q    All right.  And when you look at a website on

7  its face, does that tell you anything about the source

8  code that is behind it?

9    A    No.  Just major, several steps, add-to-cart,

10  checkout, browsing.  That's just the use case.

11    Q    And after you look at a website of HP or Dell,

12  or any other party that has a website, does that give

13  you any inside or insight to how they've written their

14  source code and made it work?

15    A    No.  It just use case.

16    Q    And with regard to the Newegg site, do you

17  take responsibility for the writing of that source code

18  which makes the website function in the manner it does?

19    A    Yes, I take the use case and think it how to

20  implement at the programming level.

21    Q    You were asked about your experience at Petro

22  China and if that related to an E-commerce consumer-type

23  website.  And you said no, but.

24         Did your experience there have any

25  relationship to the job that you had in developing an

1  E-commerce website?

2      A    All of the programming, already I have

3  experience.  Web server, html, the SQL database, all the

4  ASP.net, ASP.  I already do several projects to using

5  this technology for all phases of people to input

6  information and collecting the database and inquiries

7  later on.  That's an easy job for me.

8      Q    All right.  So, essentially, were the

9  principles the same?

10     A    Right.

11     Q    Was the common knowledge the same?

12     A    It is the same.

13             MR. SAYLES:  Pass the witness.

14             THE COURT:  Anything further?

15             MR. ADAMO:  Nothing further, Your Honor.

16  Thank you.

17             THE COURT:  All right.  Mr. Wu, you may

18  step down.

19             THE WITNESS:  Thank you.

20             THE COURT:  All right, Ladies and

21  Gentlemen of the Jury, we're going to take our noon

22  recess in just a moment.  And we're going to be in

23  recess until 1 o'clock for lunch.  Give you a little

24  longer for lunch today.  I've got another matter I need

25  to take up immediately following our break in about five

1    minutes.

2                    So, Counsel, you may leave your materials

3    on the table, but just kind of clean them up and stack

4    them up and turn them over, that type of thing, because

5    there will be a bunch of other lawyers in here.

6                    MR. ADAMO:  Yes, sir.

7                    THE COURT:  Be in recess until 1 o'clock.

8                    COURT SECURITY OFFICER:  All rise.

9                    (Recess.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

122

```
 1              C E R T I F I C A T I O N

 2

 3    I certify that the foregoing is a correct transcript

 4    from the record of proceedings in the above-entitled

 5    matter.

 6

 7    /s/

 8    SHEA SLOAN, CSR, RPR

 9    OFFICIAL COURT REPORTER

10    STATE OF TEXAS NO. 3081

11

12

13    /s/

14    JUDITH WERLINGER, CSR

15    DEPUTY OFFICIAL COURT REPORTER

16    STATE OF TEXAS NO. 267

17

18

19

20

21

22

23

24

25
```