

515 SOUTH VINE AVENUE
TYLER, TEXAS 75702
PHONE 903-592-4433
www.mikepattersonmediation.com
mike@mikepattersonmediation.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC** | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL NO. 6:07-CV-511** |
| | § | |
| | § | |
| | § | |
| **NEWEGG INC.** | § | |
| | § | |

### MEDIATOR'S REPORT

This case was mediated on May 18, 2010.  The parties did not settle.

SIGNED this 19th day of May, 2010.

**Mike Patterson**
**MEDIATOR**

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served upon all attorneys of record, via email, this 19th day of May, 2010.

Kara Barrett
Secretary to Mike Patterson


cc:
       Ms. Katharine Wolanyk
       Email:  wolanyk@soverain.com

       Mr. Lee Cheng
       Email:  lee.c.cheng@newegg.com