**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CDW CORPORATION, ) | |
| NEWEGG INC., ) | Case No. 6:07-cv-00511-LED |
| REDCATS USA, INC., ) | |
| SYSTEMAX INC., ) | |
| ZAPPOS.COM, INC., ) | |
| REDCATS USA, L.P., ) | |
| THE SPORTSMAN'S GUIDE, INC., AND ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to this Court's Order of May 13, 2010 (Dkt. No. 389), notice is hereby given

that a statement of redaction will be submitted to the court reporter within 21 days from the filing

of the transcript with the clerk of court.  The proceeding occurred on 4/26/10 morning session

before Judge Leonard Davis, and was reported by Shea Sloan/J Werlinger, the court reporter.


Dated: May 20, 2010                        By: /s/ Richard A. Sayles by Trey Yarbrough
                                               with permission
                                               Richard A. Sayles
                                               Texas State Bar No. 17697500
                                               Mark D. Strachan
                                               Texas State Bar No. 19351500
                                               SAYLES | WERBNER
                                               1201 Elm Street
                                               4400 Renaissance Tower
                                               Dallas, Texas 75270
                                               Telephone: (214) 939-8700
                                               Facsimile: (214) 939-8787

David C. Hanson
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T:  (412) 471-8815
F:  (412) 471-4094

Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax:  (903) 595-0191
trey@yw-lawfirm.com

Attorneys for Newegg Inc.


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 20, 2010.   All other counsel of record will be served via facsimile or first class mail.


/s/ Trey Yarbrough
Trey Yarbrough