IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **NEWEGG, INC.,** ) <br> ) <br> ) <br> **Defendant.** ) | Case No. 6:07-CV-00511-LED |

**PLAINTIFF SOVERAIN'S AGREED MOTION TO EXTEND
PAGE LIMITS WITH RESPECT TO SOVERAIN'S NON-DISPOSITIVE
MOTION REGARDING POST-TRIAL REMEDIES**

Plaintiff Soverain submits this Agreed Motion to Extend Page Limits With Respect to Soverain's Non-Dispositive Motion Regarding Post-Trial Remedies and in support of the same respectfully shows:

1. Plaintiff Soverain wishes to file a motion with respect to post-trial remedies. Said motion exceeds this Court's fifteen (15) page limit for non-dispositive motions.

2. Soverain has made every effort to be succinct and efficient with respect to the length of its motion, but believes that the additional pages are essential to adequately present grounds for the relief sought in its motion.

3. Soverain and Newegg have conferred with respect to the subject matter of this motion and have agreed to request that the Court modify the overall page limits for non-dispositive briefing in this case as follows:

(1) Soverain's non-dispositive trial motion and supporting brief shall not exceed twenty (20) pages collectively, excluding attachments; and

NYI-4279755v2

(2) Newegg's response to Soverain's non-dispositive trial motion shall not exceed the length of Soverain's motion.

WHEREFORE Soverain respectfully moves the Court to extend the page limits as set forth above.

Dated: May 20, 2010				Respectfully submitted,


						/s/  Thomas L. Giannetti     (with permission)
						Kenneth R. Adamo
						State Bar No. 00846960
						Lead Attorney
						Email:  kradamo@jonesday.com
						JONES DAY
						2727 North Harwood Street
						Dallas, Texas 75201-1515
						Telephone:  214-220-3939
						Facsimile:  214-969-5100

						Thomas L. Giannetti
						NY Attorney Reg. No. 1632819
						Email:  tlgiannetti@jonesday.com
						Ognian V. Shentov
						NY Attorney Reg.  No. 2867737
						Email:  ovshentov@jonesday.com
						Barry R. Satine
						NY Attorney Reg. No. 1450220
						Email:  barryrsatine@jonesday.com
						JONES DAY
						222 East 41st Street
						New York, New York 10017-6702
						Telephone:  212-326-3939
						Facsimile:  212-755-7306

						Jennifer Seraphine
						CA Attorney Reg. No. 245463
						Email:  jseraphine@jonesday.com
						JONES DAY
						555 California Street, 26th Floor
						San Francisco, CA 94104

						ATTORNEYS FOR PLAINTIFF

NYI-4279755v2

**CERTIFICATE OF SERVICE**

    This is to certify that on May 20, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

/s/  Debra R. Smith
Debra R. Smith

NYI-4279755v2