IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **NEWEGG, INC.,** | ) ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING PLAINTIFF SOVERAIN'S AGREED MOTION TO EXTEND PAGE LIMITS WITH RESPECT TO SOVERAIN'S NON-DISPOSITIVE MOTION REGARDING POST-TRIAL REMEDIES

Before the Court is Plaintiff Soverain's Agreed Motion to Extend Page Limits with Respect to Soverain's Non-Dispositive Motion Regarding Post-Trial Remedies. After consideration of the same, the Court is of the opinion that said motion should be GRANTED.

IT IS ORDERED THAT Plaintiff Soverain's Agreed Motion to Extend the Page Limits with Respect to Soverain's Non-Dispositive Motion Regarding Post-Trial Remedies is GRANTED.

IT IS FURTHER ORDERED THAT Soverain's non-dispositive trial motion and supporting brief shall not exceed twenty (20) pages collectively, excluding attachments.

IT IS FURTHER ORDERED THAT Newegg's response to Soverain's non-dispositive trial motion shall not exceed the length of Soverain's motion.

NYI-4279780v1