**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX INC., ZAPPOS.COM, INC., REDCATS USA, L.P., THE SPORTSMAN'S GUIDE, INC., AND TIGERDIRECT, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 6:07-cv-00511-LED

## AGREED MOTION FOR ADDITIONAL REDACTION

Defendant, Newegg, Inc. hereby moves for a redaction of the transcript of proceedings occurring on April 26, 2010 during the morning session before Judge Leonard Davis, as reported by Shea Sloan and J. Werlinger, court reporters. Plaintiff Soverain Software, LLC joins in this request. In support of the request for additional redactions, Newegg states as follows:

1. During argument by Newegg's counsel on April 26, 2010, reference was made to an agreement produced in discovery pursuant to various restrictions imposed under a protective order entered in this matter pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

2. That agreement was produced in discovery subject to restrictions that prohibited the public disclosure of the identity of the party to that agreement. Such a restriction had been an express term of the agreement.

3. Newegg's counsel inadvertently made reference to the identity of the party to that agreement in open court.

4. Plaintiff Soverain Software LLC and Defendant Newegg, Inc. wish to remedy this inadvertent disclosure by means of a redaction to Page 50, line 9 of the April 26, 2010 transcript of the morning session in this proceeding. A copy of page 50 showing the proposed redaction is attached hereto as Exhibit A.

WHEREFORE, Newegg with the consent of Plaintiff Soverain Software respectfully requests that the proposed redaction be made to Page 50 as shown in the attached Exhibit A, in order to comply with the restrictions on disclosure to which the production of this agreement was subject during discovery.

Dated: May 24, 2010

By:/s/ Richard A. Sayles by Trey Yarbrough with permission
Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

David C. Hanson
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax:  (903) 595-0191
trey@yw-lawfirm.com

Attorneys for Newegg Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 24, 2010.   All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough