# Exhibit A

50

```
 1                MR. SAYLES:  That slide would be
 2   consistent with your ruling in the pretrial.
 3                THE COURT:  Okay.  So what was your
 4   objection this morning about then?
 5                MR. BALDAUF:  Your Honor, it was the
 6   reference to these licenses with the entities that have
 7   been previously sued as evidence of commercial success
 8   as a secondary consideration.
 9                Amazon, ████ all of these entities that
10   settled --
11                THE COURT:  Isn't that what I just talked
12   about that we decided at the pretrial?
13                MR. BALDAUF:  Well, it's how they're
14   referenced, Your Honor, the idea of whether they can be
15   referenced, the fact that they exist or whether he's
16   going to go into the fact --
17                THE COURT:  Okay.
18                MR. BALDAUF:  -- that these are evidence
19   of secondary consideration on obviousness.
20                THE COURT:  All right.  How are you going
21   to reference them, Mr. Adamo?
22                MR. ADAMO:  Your Honor, all I was going
23   to do was -- and I apologize.
24                Casey, can you put 22 up?  There's the
25   slide, Your Honor, if you can see it on the monitor.
```