UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CDW CORPORATION, ) | |
| NEWEGG INC., ) | Case No. 6:07-cv-00511-LED |
| REDCATS USA, INC., ) | |
| SYSTEMAX INC., ) | |
| ZAPPOS.COM, INC., ) | |
| REDCATS USA, L.P., ) | |
| THE SPORTSMAN'S GUIDE, INC., AND ) | |
| TIGERDIRECT, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING AGREED MOTION**
**FOR ADDITIONAL REDACTION**

Defendant, Newegg, Inc., moved for an order redacting a reference made at Page 50, line 9 of the transcript of proceedings occurring on April 26, 2010 during the morning session before Judge Leonard Davis, as reported by Shea Sloan and J. Werlinger, court reporters. Newegg timely filed Notice of Intent to Request Redaction on May 20, 2010. Plaintiff, Soverain Software LLC joins in this request.

Accordingly, such motion is GRANTED and it is ORDERED THAT the original page 50 of the transcript of the morning session of the proceedings held before Judge Davis on April 26, 2010 be sealed and that court reporter shall redact all publicly available versions of the transcript of those proceedings to reflect the following redaction to page 50:

```
Line 9:            Amazon,[OMITTED], all of these entities that
```