# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CDW CORPORATION, )<br>NEWEGG INC., )<br>REDCATS USA, INC., )<br>SYSTEMAX INC., )<br>ZAPPOS.COM, INC., )<br>REDCATS USA, L.P., )<br>THE SPORTSMAN'S GUIDE, INC., AND )<br>TIGERDIRECT, INC., )<br>)<br>Defendants. )<br>) | Case No. 6:07-cv-00511-LED |

## ORDER GRANTING AGREED MOTION
## FOR ADDITIONAL REDACTION

Defendant, Newegg, Inc., moved for an order redacting a reference made at Page 50, line 9 of the transcript of proceedings occurring on April 26, 2010 during the morning session before Judge Leonard Davis, as reported by Shea Sloan and J. Werlinger, court reporters.  Newegg timely filed Notice of Intent to Request Redaction on May 20, 2010.  Plaintiff, Soverain Software LLC joins in this request.

Accordingly, such motion is GRANTED and it is ORDERED THAT the original page 50 of the transcript of the morning session of the proceedings held before Judge Davis on April 26, 2010 be sealed and that court reporter shall redact all publicly available versions of the transcript of those proceedings to reflect the following redaction to page 50:

Line 9:              Amazon,**[OMITTED]**, all of these entities that

So ORDERED and SIGNED this 25th day of May, 2010.

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**