IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,      ) <br> ) <br> Plaintiff,      ) <br> ) <br> v.      ) <br> ) <br> NEWEGG INC.,      ) <br> ) <br> ) <br> Defendant.      ) | Case No. 6:07-CV-00511-LED |

**ORDER DENYING NEWEGG'S OPPOSED MOTION TO STRIKE CERTAIN
EVIDENCE SUBMITTED IN SUPPORT OF SOVERAIN'S POST-TRIAL MOTIONS**

The Court has considered Newegg's Opposed Motion to Strike Certain Evidence Submitted in Support of Soverain's Post-Trial Motions. The Court finds that the motion should be DENIED.