# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 6:07-CV-00511-LED |
| | ) |
| **NEWEGG INC.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

---

**PLAINTIFF SOVERAIN'S REPLY IN SUPPORT OF ITS MOTION FOR PREJUDGMENT INTEREST AND COSTS, POST-VERDICT DAMAGES TO JUDGMENT, AND POST-JUDGMENT INTEREST**

---

Newegg concedes (if its motion for JMOLs on non-infringement and validity are denied), that Soverain is entitled to prejudgment interest, costs, post-verdict damages to judgment, and post-judgment interest calculated pursuant to 28 U.S.C. § 1961.

Newegg contends, however, that the only proper calculation of prejudgment interest is based on the U.S. Treasury Bill rate. Newegg is mistaken. This Court is "afforded wide latitude" to select a prejudgment interest rate, and "may award interest at or above the prime rate." *Uniroyal, Inc. v. Rudkin-Wiley Corp.*, 939 F.2d 1540, 1545 (Fed. Cir. 1991) (affirming prejudgment interest award at the prime rate compounded daily). Indeed, Newegg does not dispute that in the Eastern District of Texas, prejudgment interest normally is based on the prime rate, compounded. *See Creative Internet Advertising Corp. v. Yahoo Inc.*, 689 F.Supp.2d 858 (E.D. Tex. 2010) (awarding prejudgment interest at the prime rate, compounded annually); *z4 Tech.* v. *Microsoft Corp.*, 2006 WL 2401099, at *27 (E.D. Tex. 2006), *aff'd*, 507 F.2d 1340 (Fed. Cir. 2007) (awarding prejudgment interest at the prime rate, compounded monthly).

Soverain is entitled to $98,499 in prejudgment interest, together with costs, post-verdict damages to judgment, and post-judgment interest calculated pursuant to 28 U.S.C. § 1961.

Dated: June 14, 2010

Respectfully submitted,

*/s/ Kenneth R. Adamo*

Kenneth R. Adamo
State Bar No. 00846960
Lead Attorney
Email: kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

Thomas L. Giannetti
NY Attorney Reg. No. 1632819
Email: tlgiannetti@jonesday.com
Ognian V. Shentov
NY Attorney Reg. No. 2867737
Email: ovshentov@jonesday.com
Barry R. Satine
NY Attorney Reg. No. 1450220
Email: barryrsatine@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Jennifer Seraphine
CA Attorney Reg. No. 245463
Email: jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on June 14, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via the court's ECF system.

_____
Kenneth R. Adamo