**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 6:07-CV-00511-LED |
| ) | |
| NEWEGG INC.,    ) | |
| ) | |
| ) | |
| Defendant.    ) | |

**ORDER GRANTING EMERGENCY MOTION OF SOVERAIN TO STRIKE
NEWEGG'S SUPPLEMENTAL SUBMISSION OF DEMONSTRATIVE EVIDENCE**

The Court has considered the Emergency Motion of Soverain to Strike Newegg's Supplemental Submission of Demonstrative Evidence.  The Court finds that the Motion should be GRANTED.

NYI-4290868