# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **NEWEGG INC.,** | ) ) ) |
| Defendant. | ) ) |

### ORDER GRANTING EMERGENCY MOTION OF SOVERAIN TO STRIKE NEWEGG'S SUPPLEMENTAL SUBMISSION OF DEMONSTRATIVE EVIDENCE

Having considered the Emergency Motion of Soverain to Strike Newegg's Supplemental Submission of Demonstrative Evidence (Docket No. 426), and Newegg's response thereto, the Court **GRANTS** the motion and **STRIKES** Docket No. 425.

So ORDERED and SIGNED this 2nd day of July, 2010.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**