# Exhibit 3 to Appendix B

**Recoverable Witness Costs (Witness Lodging, Meal, Incidental, Travel, and Attendance Costs[1])**
**28 U.S.C. 1920(3) and 28 U.S.C. 1821**

| Witness | Trial Days Attended | No of Days Recoverable for Subsistence Fees | Lodging, Meals & Incidental Expenses | Airfare | Mileage, Parking Car Service | $40 Attendance Fee + 2 Travel Days | Totals |
|---|---|---|---|---|---|---|---|
| Michael Shamos | 4 | 4 | $444.00 | $500.00 | $138.00 | $240.00 | $1,322.00 |
| Jack Grimes | 4 | 4 | $444.00 | $482.40 | | $240.00 | $1,166.40 |
| James Nawrocki | 4 | 4 | $444.00 | | $200.00 | $240.00 | $884.00 |
| Winfield Treese | 3 | 3 | $ 333.00 | $583.29 | | $200.00 | $ 1,116.29 |
| | | | | | | **TOTAL** | **$4,488.69** |

[1] For Lodging, Meals and Incidental Expenses, see U.S. Gen. Servs. Admin., Per Diem Rates, Standard CONUS destination ($70.00 for lodging and $41.00 for meals and incidental expenses)



**Expert Engagements LLC**

4415 Fifth Avenue, Suite 302
Pittsburgh, PA 15213-2654
Phone # 412-621-0204
Fax # 412-621-0206

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 5/3/2010 | 0510-003 |

**Bill To:**

Jones Day
Attn: Thomas Giannetti, Esq.
221 East 41st Street
New York City, NY 10017-6702

| Billing For: | P.O. Number: | Terms | Project: |
|---|---|---|---|
| Michael I. Shamos | | Net 15 | Soverain v. CDW Corp. |

| Date | Hours/Qty | Description | Rate | Amount |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 4/24/2010 | | Airfare: PIT-DFW | 1,882.00 | 1,882.00 |
| 4/24/2010 | | Car rental | 769.00 | 769.00 |
| 4/24/2010 | | Parking | 60.00 | 60.00 |

> Soverain seeks to recover $500 for the cost of Mr. Shamos's air fare and $138 for the cost of Mr. Shamos's car rental.

Federal Tax-ID 20-0219102

| Total | [redacted] |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | [redacted] |

Electronic Expense Receipt                                              Page 1 of 1

# Travelport ViewTrip™

| | | | |
|---|---|---|---|
| Apollo Reservation Number: | LXDQVE | Agency Name: | AMEX TRAVELERS SERVICE |
| Traveler: | SHAMOS, MICHAEL IAN | Agency IATA Number: | 39713682 |
| Total Agency Charges to Date: | 1882.40 USD | Frequent Flyer Number(s): | 89B1L20 AA |

**Thursday, April 08, 2010**                                    Validating Carrier: American Airlines

| Date | Form of Payment | Document | | |
|---|---|---|---|---|
| 3/31/2010 | | | Airfare: | 1713.48 |
| | | | Taxes/Fees/Charges: | 149.92 |
| | AX xxxxx2001 | e-Ticket 0017842743671 | Total Airfare: | 1863.40 |
| | | | Service Fee: | 19.00 |
| | | | Total Amount Charged: | 1882.40 USD |

**Flight - American Airlines (AA) - 621**                              Saturday, April 24, 2010
American Airlines Confirmation Number:         HMQZOE
Depart:    7:35 AM              Pittsburgh Intl Arpt (PIT)
Arrive     9:35 AM              Dallas Ft Worth Intl (DFW)
Flight  621                      Non-stop
Class of Service:                First (A)
Seat                Status       Passenger
05A (Non-smoking, Window)  Confirmed   SHAMOS, MICHAEL IAN

                                                            Status: Confirmed (HK)

**Flight - American Airlines (AA) - 1638**                             Saturday, May 01, 2010
American Airlines Confirmation Number:         HMQZOE
Depart:    1:55 PM              Dallas Ft Worth Intl (DFW)
Arrive     5:35 PM              Pittsburgh Intl Arpt (PIT)
Flight  1638                     Non-stop
Class of Service:                First (A)
Seat                Status       Passenger
05A (Non-smoking, Window)  Confirmed   SHAMOS, MICHAEL IAN

                                                            Status: Confirmed (HK)

Electronic Expense Receipt available until Monday, May 03, 2010

© 2010 Travelport Inc. All Rights Reserved

https://www.viewtrip.com/Expense.aspx                                        4/8/2010

```
DALLAS-FT WORTH AP

RR 159306173                              #01
MICHAEL
SHAMOS

VEHICLE: 01698 / 9377771
10N37X    LIC: TX  BS4L730

CDP: 211762 -PLATINUM CARD FROM AMEX
FF: US7157202
RES: E7003585761 / MCLW / G4
COMPLETED BY: 2664 / TXDFW20
RENTED:  DALLAS - DFW AP
RENTAL:  04/24/10  13:12
RETURN:  05/01/10  12:22

PLAN IN:   MCLW    RATE CLASS: G4
PLAN OUT:  MCLW

MILES IN:      1201   TR-X MILES
MILES OUT:      838   MILES ALLOWED
MILES DRIVEN:   363   MILES CHARGED

WEEKS     1 @ $ 575.49 / WEEK  $  575.49
SUBTOTAL 1                     $  575.49
DISCOUNT -       R 12%         $   69.06
SUBTOTAL 2                    T$  506.43
CONCESSION FEE RECOVERY       T$   62.09
FF SURCHARGE                  T$    5.25
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
FPO   ACCEPTED                 $   52.98
VLC*/CFC/BUS                  T$   48.65
TAX 15.000% ON    622.42       $   93.36
NET DUE                        $  768.76
PAID BY  AMX   XXXXXXXXXXX2001


FF: US 7157202      - 500   MILES
AWARDED




         HOW WAS YOUR EXPERIENCE?
         WE'D LIKE YOUR FEEDBACK.

      1) Call  1-800-278-1595, or
         Visit  WWW.HERTZSURVEY.COM

      2) Enter Access Code:   01600

      3) Take Brief 4 Question Survey




         THANK YOU FOR RENTING FROM
                  HERTZ
```



> only used the ATL-DFW-TYL part of this ticket. Rest had no value (i.e., value was less than the $150 cost to change the ticket). Purchased a new ticket for TYL-DFW-RNO return flight.

**Record Locator: HBQOGF**

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 668 | ATLANTA | FRI 23APR 10:00 AM | DALLAS FT WORTH | 11:35 AM | Q |
| | | Jack Grimes | FF#: 6160082 | Economy | Seat 10E | Food For Purchase |
| American Airlines | 4749 | DALLAS FT WORTH | FRI 23APR 12:15 PM | TYLER | 1:05 PM | Q |
| | | OPERATED BY EXECUTIVE AS AMERICAN EAGLE | | | | |
| | | Jack Grimes | FF#: 6160082 | Economy | Seat 11C | Food For Purchase |
| American Airlines | 4715 | TYLER | SAT 01MAY 7:15 AM | DALLAS FT WORTH | 8:10 AM | Q |
| | | OPERATED BY EXECUTIVE AS AMERICAN EAGLE | | | | |
| | | Jack Grimes | FF#: 6160082 | Economy | Seat 11B | Food For Purchase |
| American Airlines | 1273 | DALLAS FT WORTH | SAT 01MAY 9:20 AM | RENO/TAHOE INTL | 10:50 AM | Q |
| | | Jack Grimes | FF#: 6160082 | Economy | Seat 19D | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| JACK GRIMES | 0012318179225 | 424.19 | 58.21 | 482.40 |

Payment Type: ███████████████   **Total: $482.40**

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

   

Conditions Of Carriage   Special Assistance   Flight Check-in   Flight Status Notification

 

Our Lowest Fare Guarantee Only at AA.com      member of oneworld      We know why you fly  AmericanAirlines AA.com

# ORBITZ

**Dallas/Fort Worth 4/23/10**
This trip includes flights.

## Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP110101ON8COR8M |
| **Airline record locator:** | US Airways - BP82K9 |
| | Delta Air Lines - D2FQZ8 |
| **Ticket numbers:** | 0378602228697698 |
| **Total flight cost:** | **$583.29 USD** |

See if you've earned a **Price Assurance refund.**

| **Traveler(s)** | **Frequent flier details** |
|---|---|
| GEORGE TREESE | US Airways Dividend Miles |
| | 513M8F8 |
| | Delta Air Lines SkyMiles |
| | 2260171406 |

---

### Flight 1: Friday, April 23, 2010

**US Airways 2031**   Economy | Airbus Industrie A319 (319) | 1hr 29min | 406 miles

Depart: **11:00am**   **Boston, MA** Boston Logan International (BOS)
Arrive: **12:29pm**   **Washington, DC** Washington Ronald Reagan National (DCA)

Your flight is confirmed. The airline will assign seats at check-in.

**Change planes.** Time between flights: **0hr 46min**

**US Airways 3285**   Economy | Embraer 175 (E75) | 3hr 27min | 1176 miles
Operated by: US AIRWAYS EXPRESS-REPUBLIC AIRLINES. Please check in with the operating carrier.

Depart: **1:15pm**   **Washington, DC** Washington Ronald Reagan National (DCA)
Arrive: **3:42pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International **(DFW)**

Your flight is confirmed. The airline will assign seats at check-in.

Total duration: 5hr 42min | Total miles: 1582 miles

---

### Flight 2: Friday, April 30, 2010

**Delta Air Lines 5261**   Economy | Canadair Regional Jet (CRJ) | 1hr 12min | 285 miles
Operated by: ASA DBA DELTA CONNECTION. Please check in with the operating carrier.

Depart: **12:20pm**   **Shreveport, LA** Shreveport Regional **(SHV)**
Arrive: **1:32pm**   **Memphis, TN** Memphis International (MEM)

Your flight is confirmed. The airline will assign seats at check-in.

**Change planes.** Time between flights: **0hr 53min**

**Delta Air Lines 5710**   Economy | Embraer 175 (E75) | Snack Breakfast | 2hr 59min | 1138 miles
Operated by: COMPASS DBA DELTA CONNECTION. Please check in with the operating carrier.

Depart: **2:25pm**   **Memphis, TN** Memphis International (MEM)
Arrive: **6:24pm**   **Boston, MA** Boston Logan International (BOS)

Your flight is confirmed. The airline will assign seats at check-in.

**This flight departs from a different airport.**
Total duration: 5hr 4min | Total miles: 1423 miles

---

## Cost summary and billing information

| **Flight cost summary** | **Billing information** |
|---|---|
| | |

| | |
|---|---|
| Airfare, GEORGE TREESE (Adult) | $576.30 |
| Total service fee: | $6.99 |
| **Total trip cost** | **$583.29 USD** |

See if you've earned a **Price Assurance refund.**

**Card holder's Name:**
GEORGE W TREESE

**Card type:**
American Express

**Card number:**
xxxxxxxxxxx2084