# Exhibit 4 to Appendix B

**Recoverable Exemplification Costs (Scanning and Copying of Trial Exhibits)**
**28 U.S.C. 1920(3) (4)**

**Trial Exhibits**

| Description | Transaction Date | Amount |
|---|---|---|
| Scanning & copying of Defendants' Trial Exhibits | 1/28/2010 | $2,324.14 |
| Scanning & copying of Plaintiff's Trial Exhibits | 1/28/2010 | $1,388.88 |

**Witness Trial Notebooks**

| Description | Transaction Date | Amount |
|---|---|---|
| Preparation of witness trial notebooks | 4/13/2010 | $2,529.47 |
| Preparation of witness trial notebooks | 4/19/2010 | $56.53 |
| Preparation of witness trial notebooks | 4/19/2010 | $135.68 |
| Preparation of witness trial notebooks | 4/19/2010 | $190.45 |
| Preparation of witness trial notebooks | 4/19/2010 | $278.18 |
| Preparation of witness trial notebooks | 1/27/2010 | $531.98 |
| | **TOTAL** | **$7,435.31** |



# THE DARCEL GROUP
## comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

**Sold To:** Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

**Invoice Number:** NYMT-1000327
**Invoice Date:** Jan 28, 2010
**Page:** 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 1/27/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Elaine Goodman | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 23,592 | 11,796 Originals - B/W Litigation Documents Printed X 2 with Assembly | 0.080 | 1,887.36 |
| 2,190 | 1,095 Originals - Color Litigation Documents Printed X 2 with Assembly | 0.750 | 1,642.50 |
| 493 | Custom Folders- Colored Labels | 1.500 | 739.50 |

*defendant's trial exhibits*

> Soverain seeks to recover $2,324.14 for the cost of one set of defendant's trial exhibits.

Tax ID: 13-4024795
Check/Credit No Applied:

| | |
|---|---|
| Subtotal | 4,269.36 |
| Freight | |
| Sales Tax | 378.91 |
| Total Invoice Amount | 4,648.27 |
| Payment Received | |
| **TOTAL** | **$ 4,648.27** |

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!



# Invoice

**Sold To:** Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

**Invoice Number:** NYMT-1000326
**Invoice Date:** Jan 28, 2010
**Page:** 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 1/27/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Elaine Goodman | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 14,072 | 3,518 Originals - B/W Litigation Documents Printed X 4 | 0.060 | 844.32 |
| 824 | 206 Originals - Color Litigation Documents Printed X 4 | 0.750 | 618.00 |
| 484 | Custom Folders-Colored Labels | 1.500 | 726.00 |
| 242 | Custom Folders | 1.500 | 363.00 |

*plaintiff's trial exs* [handwritten]

> Soverain seeks to recover $1,388.88 for the cost of one set of plaintiff's trial exhibits.

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal: 2,551.32
Freight:
Sales Tax: 226.43
Total Invoice Amount: 2,777.75
Payment Received:
**TOTAL: $ 2,777.75**

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!



### comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

Sold To: Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

Invoice Number: NYMT-101267
Invoice Date: Apr 13, 2010
Page: 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/12/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 27,544 | 3,443 Originals - B/W Litigation Documents Copied X 8 | 0.120 | 3,305.28 |
| 3,016 | 377 Originals - Color Litigation Documents Copied X 8 | 0.500 | 1,508.00 |
| 3,756 | Tabs Provided and Inserted | 0.250 | 939.00 |
| 24 | Velo Bind | 2.000 | 48.00 |
| 18 | 3" Custom D-Ring View Binders | 12.000 | 216.00 |
| 4 | Redwelds | 2.000 | 8.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal         6,024.28
Freight
Sales Tax         534.65
Total Invoice Amount   6,558.93
Payment Received
TOTAL       $ **6,558.93**

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!

> Soverain seeks to recover $2,529.47 for the cost of four sets of witness binders for Jack Grimes.

5-6-10
sent to Finance



# THE DARCEL GROUP
## comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To: Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

Invoice Number: NYMT-101380
Invoice Date: Apr 19, 2010
Page: 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/18/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 486 | 54 Originals - B/W Litigation Documents Copied X 9 | 0.120 | 58.32 |
| 72 | Tabs Provided and Inserted | 0.250 | 18.00 |
| 9 | Custom Tabs Provided and Inserted | 0.500 | 4.50 |
| 9 | 1" Custom D-Ring View Binders | 4.000 | 36.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal: 116.82
Freight:
Sales Tax: 10.37
Total Invoice Amount: 127.19
Payment Received:

We Accept All Major Credit Cards, Check, or Cash

**TOTAL   $ 127.19**

...your documents...our mission!

> Soverain seeks to recover $56.53 for the cost of four witness binders for Michael Shamos.

Sent to Financial
6-23-10



## comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To:  Jones Day
222 East 41st Street
New York, NY  10017

Attn: Accounts Payable

Invoice Number: NYMT-101369
Invoice Date: Apr 19, 2010
Page: 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/17/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Clark Craddock | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 2,904 | 2,904 Originals - B/W Litigation Documents Copied X Various | 0.120 | 348.48 |
| 104 | Tabs Provided and Inserted | 0.250 | 26.00 |
| 24 | Custom Redwelds | 2.500 | 60.00 |
| 16 | 1" Custom D-Ring View Binders | 4.000 | 64.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

We Accept All Major Credit Cards, Check, or Cash

Subtotal       498.48
Freight
Sales Tax      44.24
Total Invoice Amount   542.72
Payment Received
TOTAL     $  **542.72**

...your documents...our mission!

Soverain seeks to recover $135.68 for the cost of four witness binders for Winfield Treese.

*sent to Financial*
*5-6-10*



# comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

Sold To:  Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

Invoice Number: NYMT-101366
Invoice Date: Apr 19, 2010
Page: 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/16/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 1,253 | 179 Originals - B/W Litigation Documents Copied X 7 | 0.120 | 150.36 |
| 42 | 6 Originals - Color Litigation Documents Copied X 7 | 0.500 | 21.00 |
| 119 | Tabs Provided and Inserted | 0.250 | 29.75 |
| 42 | Custom Tabs Provided and Inserted | 0.500 | 21.00 |
| 21 | 1" Custom D-Ring View Binders | 4.000 | 84.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal: 306.11
Freight:
Sales Tax: 27.17
Total Invoice Amount: 333.28
Payment Received:
TOTAL: $ **333.28**

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!

> Soverain seeks to recover $190.45 for the cost of four cross binder for James Wu, Edward Tittel, and Alexandor Trevor.

sent to KAW
6-23-10



## comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To:  Jones Day
          222 East 41st Street
          New York, NY  10017

Invoice Number: NYMT-101376
Invoice Date: Apr 19, 2010
Page: 1

Attn: Accounts Payable

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/18/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 2,032 | 127 Originals - Color Litigation Documents Printed X 16 | 0.500 | 1,016.00 |
| 4 | Custom Folders | 1.500 | 6.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

We Accept All Major Credit Cards, Check, or Cash

| | |
|---|---|
| Subtotal | 1,022.00 |
| Freight | |
| Sales Tax | 90.70 |
| Total Invoice Amount | 1,112.70 |
| Payment Received | |
| TOTAL | $ **1,112.70** |

...your documents...our mission!

> Soverain seeks to recover $278.18 for the cost of four sets of witness binders for Jack Grimes.

# The Darcel Group
## comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

Sold To:  Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

**Invoice Number:** NYMT-1000323
**Invoice Date:** Jan 27, 2010
**Page:** 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 1/26/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Debra Smith | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 13,482 | 1,926 Originals - B/W Litigation Documents Printed X 7 | 0.060 | 808.92 |
| 154 | 22 Originals - Color Litigation Documents Printed X 7 | 0.750 | 115.50 |
| 658 | Tabs Provided and Inserted | 0.250 | 164.50 |
| 14 | 3" Custom D-Ring View Binders | 12.000 | 168.00 |

*Nawrocki binder* (handwritten)

> Soverain seeks to recover $531.98 for the cost of four sets of witness binders for James Nawrocki.

Tax ID: 13-4024795
Check/Credit No Applied:

**Subtotal** 1,256.92
**Freight**
**Sales Tax** 111.55
**Total Invoice Amount** 1,368.47
**Payment Received**
**TOTAL** $ **1,368.47**

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!