# Exhibit 5 to Appendix B

**Recoverable Exemplification Costs (Technical Trial Support)**
**28 U.S.C. 1920(4), E.D. Tex. Case Law, and 5th Circuit Case Law**

| Provider | Date | Description | Rate | Hours | Cost |
|---|---|---|---:|---:|---:|
| Barnes & Roberts | 4/26/2010 | In Court Support | 225 | 10.87 | $2,445.75 |
| Barnes & Roberts | 4/27/2010 | In Court Support | 225 | 9.83 | $2,211.75 |
| Barnes & Roberts | 4/28/2010 | In Court Support | 225 | 10.75 | $2,418.75 |
| Barnes & Roberts | 4/29/2010 | In Court Support | 225 | 11.65 | $2,621.25 |
| Barnes & Roberts | 4/30/2010 | In Court Support | 225 | 5.9 | $1,327.50 |

**TOTAL**           **$11,025.00**



**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

# Invoice

| Date | Invoice No. |
|---|---|
| 05/07/10 | 3019 |

**Bill To:**
Jones Day
Attn: Elaine Goodman
on behalf of Ognian Shentov
222 East 41st Street
New York, NY 10017-6702

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 05/07/10 | 432383-600041 | 0111-0003 Soverain Software v. C |

| Date | Item | Description | Qty. | Rate | Amount | |
|---|---|---|---|---|---|---|
| 04/25/10 | CG Design | Working on Opening and Slides for trial. | 7.77 | 225.00 | 1,748.25T | |
| 04/25/10 | BP Design | Working in war room; copying CD; creating slides. | 12.9 | 175.00 | 2,257.50T | |
| 04/26/10 | CG Presenta | Presenting in court for Opening and Direct of Grimes. | 10.87 | 225.00 | 2,445.75 | ✓ |
| 04/26/10 | CG Case Mg | Working on materials for day two. Documents and slides. Going over outlines. | 6.03 | 225.00 | 1,356.75T | |
| 04/26/10 | BP Presenta | Setting up courtroom; working in court. | 10.5 | 175.00 | 1,837.50 | |
| 04/26/10 | BP Design | Working in war room; creating and revising slides; preparing documents for court. | 5.75 | 175.00 | 1,006.25T | |
| 04/27/10 | CG Presenta | Presenting in court for Grimes Re-direct, Treese, Wolanyk. | 9.83 | 225.00 | 2,211.75 | ✓ |
| 04/27/10 | CG Case Mg | Working on materials for Closing, Cross of Wu, Treese, Tittel, Cheng, Treavor. | 6.37 | 225.00 | 1,433.25T | |
| 04/27/10 | BP Design | Working in war room; revising slides; converting documents for presentations; preparing presentations for court. | 7.28 | 175.00 | 1,274.00T | |
| 04/27/10 | BP Presenta | Working in court. | 10 | 175.00 | 1,750.00 | |
| 04/28/10 | CG Presenta | In court presenting for WU Cross, Cheng Cross. | 10.75 | 225.00 | 2,418.75 | ✓ |
| 04/28/10 | CG Design | Working on slides for Closing: Shamos, Tittel. | 5.97 | 225.00 | 1,343.25T | |
| 04/28/10 | BP Presenta | Working in court. | 9.5 | 175.00 | 1,662.50 | |
| 04/28/10 | BP Design | Working in war room; revising slides; converting documents for presentations; preparing presenations for court. | 6.75 | 175.00 | 1,181.25T | |
| 04/29/10 | CG Presenta | In court presenting for Tittel, Bakewell, Shamos. | 11.65 | 225.00 | 2,621.25 | ✓ |
| 04/29/10 | CG Design | Working on Closing slides. | 9.38 | 225.00 | 2,110.50T | |
| 04/29/10 | BP Presenta | Working in court. | 9.5 | 175.00 | 1,662.50 | |
| 04/29/10 | BP Design | Working in war room; revising slides; preparing presentations for court; closing slides. | 10.5 | 175.00 | 1,837.50T | |
| 04/30/10 | CG Presenta | Presenting in court for Closing arguements. | 5.9 | 225.00 | 1,327.50 | ✓ |
| 04/30/10 | CG Case Mg | Packing up war room and travelling back to Dallas, TX. | 3.28 | 225.00 | 738.00T | |
| 04/30/10 | BP Presenta | Working in court; breaking down courtroom and war room. | 5.75 | 175.00 | 1,006.25 | ✓ |
| 04/30/10 | BP Travel Hr | Traveling from Tyler, TX back to Dallas, TX. | 3 | 175.00 | 525.00T | |
| 04/30/10 | HDTV - 40" L Reimb Grou | Per diem rental of 40" LCD FULL HDTV with 1080P | 3 | 250.00 | 750.00T | |
| 04/29/10 | | BP: 4/29 Parking 3 days @ $8 per day - in Tyler, TX providing trial presentation services | | 24.00 | 24.00 | |

Taxpayer Identification # 75-2780636   (214)421-5900
mkutos@barnesandroberts.com

Past due balances are subject to Late fees.    Page 1

**Total**

**Balance Due    $37,994.07**