# Exhibit 6 to Appendix B

**Recoverable fees for court-appointed experts**
**28 U.S.C. 1920(6)**

| Expert / Technical Advisor | Fees |
|---|---|
| Michael McLemore | $12,500.00 |

**TOTAL** **$12,500.00**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| CDW CORPORATION, NEWEGG INC., | § | |
| REDCATS USA, INC., SYSTEMAX, INC., | § | |
| ZAPPOS.COM, INC., TIGER DIRECT, | § | |
| INC., THE SPORTSMAN'S GUIDE, INC., | § | |
| and REDCATS USA LP | § | |
| | § | |
| Defendant | § | |

**ORDER**

Previously, the Court appointed Michael T. McLemore technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. McLemore's invoice for services through May 21, 2009 in the amount of $25,000 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $12,500.00 |
| Defendant: | $12,500.00 |
| TOTAL: | $25,000.00 |

**So ORDERED and SIGNED this 27th day of May, 2009.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE