Exhibit 2 to Appendix B

**Recoverable Fees of the Court Reporter (Trial and Hearing Transcripts)**
**28 U.S.C. 1920(2)**

### SUMMARY

| Provider | Date | Description | Cost |
|----------|------|-------------|------|
|  |  |  |  |
| Shea Sloan | 1/21/2010 | Pretrial Hearing | $378.25 |
|  |  |  |  |
| Susan Simmons | 4/26/2010 - 4/30/2010 | Daily Copy of Trial Transcript | $13,025.00 |
|  |  |  |  |
| Shea Sloan | 6/29/2010 | Post-Verdict Motion Hearing | $392.85 |

**TOTAL**      **$13,796.10**

Pretrial Hearing Transcript.txt

```
 1                            INVOICE

 2   INVOICE NO. 21016                    February 24, 2010

 3   SOCIAL SECURITY NO:  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

 4   MAKE CHECK PAYABLE TO:    SHEA SLOAN
                               211 West Ferguson
 5                             Tyler, Texas  75702

 6

 7   TO:   SIEBMAN REYNOLDS

 8
     FOR:   Transcript of Pretrial Conference
 9           before the Honorable Leonard Davis

10
     CASE:  Soverain v. Newegg
11

12

13   NO. OF PAGES    PRICE PER PAGE

14     89                4.25

15
                          TOTAL DUE:   $378.25
16

17
           I, Shea Sloan, Official Reporter, do certify that the
18   transcript fees charged and the page format used, comply with
     the requirements of this Court and the Judicial Conference of
19   the United States.

20                             /s/ Shea Sloan

21                             SHEA SLOAN
                               OFFICIAL REPORTER
22

23

24

25
```

Page 1

### SUSAN SIMMONS, CSR
100 East Houston, Suite 125
Marshall, Texas   75670
903.935.3868
S.S.# 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

April 20, 2010

| | |
|---|---|
| Mr. Ken Adamo | RE: 6:07-CV-511 |
| Jones Day | Soverain |
| 2727 North Harwood Street | Vs. |
| Dallas, TX   75201 | Newegg |

THE VOIR DIRE WILL NOT BE DONE AS DAILY COPY

<u>PLAINTIFF'S  PORTION OF BILL</u>

The following is a request for deposit for Daily Copy transcripts, hook-up to realtime feed,  condensed copies, copy for clerk's office, and key-word index for the above-mentioned trial.

5  days of trial at $3,150.00 per day                              $15,750.00
   (This is figured at 350 pages per day; $9.00 per page)

Set-up fee for daily (supplies, etc.)                                 300.00
   (This amount is **nonrefundable**.)

   TOTAL AMOUNT   DUE        $16,050.00        Soverain seeks to recover $13,025.00.

 If the case settles, this amount will be refunded less the set-up fee.

## Thank you!!

sent w/ RAW ~~Discovery~~
7-7-10

INV7

INVOICE

INVOICE NO. 21056                        July 6, 2010

SOCIAL SECURITY NO:   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

MAKE CHECK PAYABLE TO:     SHEA SLOAN
                           211 West Ferguson
                           Tyler, Texas  75702


TO:    JONES DAY

FOR:   Transcript of Post-Verdict Motion Hearing
       before the Honorable Leonard Davis

CASE:  SOVERAIN
       v.
       NEWEGG


NO. OF PAGES     PRICE PER PAGE

    81               4.85


            TOTAL DUE:    $392.85


       I, Shea Sloan, Official Reporter, do certify that the
transcript fees charged and the page format used, comply with
the requirements of this Court and the Judicial Conference of
the United States.

                    /s/ Shea Sloan

                    SHEA SLOAN
                    OFFICIAL REPORTER

¥

Page 1

**Recoverable Fees of the Court Reporter (Deposition Transcripts and Court Reporter Copying of Deposition Exhibits)**
**28 U.S.C. 1920(2) (4)**

## SUMMARY

| Witnesses | Date | Deposition Cost | Exhibit Cost | Other Costs | Total |
|---|---|---|---|---|---|
| | | | | | |
| Bakewell, C.* | 9/25/2009 | $3,484.25 | | | $3,484.25 |
| Cheng, Lee | 7/15/2009 | $557.50 | | | $557.50 |
| Ghosh, S. | 8/25/2009 | $359.10 | $66.50 | | $425.60 |
| Grimes, J. | 9/10/2009 | $555.00 | $336.00 | | $891.00 |
| Huo, L. | 7/9/2009 | $174.38 | | | $174.38 |
| Levergood, T. M. | 8/14/2009 | $245.10 | $27.50 | | $272.60 |
| Nawrocki, J. | 9/24/2009 | $920.50 | $958.00 | | $1,878.50 |
| Payne, A. | 7/30/2009 | $290.70 | $64.75 | | $355.45 |
| Quiroga, R. | 7/15/2009 | $883.75 | | | $883.75 |
| Shamos, M. | 8/25/2009 | $480.00 | $41.50 | | $521.50 |
| Stewart, L. | 8/4/2009 | $359.10 | $60.25 | | $419.35 |
| Tittel, E. | 9/2/2009 | $812.00 | $95.00 | $75.00 | $982.00 |
| Tittel, E. | 9/2/2009 | $171.50 | | | $171.50 |
| Tittel, E. | 9/3/2009 | $710.50 | $32.50 | $75.00 | $818.00 |
| Treese, W. | 7/24/2009 | $342.00 | $80.50 | | $422.50 |
| Trevor, A. * | 2/23/2010 | $1,968.00 | | | $1,968.00 |
| Wolanyk, K. | 8/20/2009 | $522.50 | $32.40 | | $554.90 |
| Wu, James | 7/8/2009 | $1,179.87 | | | $1,179.87 |
| Wu, James [30(b)(6)] | 7/9/2009 | $454.37 | | | $454.37 |
| Wu, James [30(b)(1)] | 7/9/2009 | $236.75 | | | $236.75 |

**TOTAL     $16,651.77**

* Includes fees for expedited service

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9274 | 10/16/2009 | 4084 |
| **Job Date** | **Case No.** | |
| 9/25/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

Barry Satine, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | |
|---|---|---|
| Original & 1        Immediate      267 pages | | |
| Christopher W. Bakewell | | 3,698.25 |
| Rough ASCII | 267.00  Pages | |
| Exhibits tabbed/bound/copy | 212.00 | |
| Exhibits Scan/OCR/CD | 212.00 | |
| Condensed/Index | | |
| *Litigation Support Package   complimentary | | |
| | TOTAL DUE >>> | $3,698.25 |
| | AFTER 11/15/2009 PAY | $3,883.16 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Soverain seeks to recover $3,484.25 (the above charge minus $159 for scanned exhibits ($0.75 per page) and $55 for the condensed index).

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Barry Satine, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | | |
|---|---|---|---|---|
| Job No. | : 4084 | BU ID | : Main |
| Case No. | : | | |
| Case Name | : Soverain Software v CDW Corporation | | |
| Invoice No. | : 9274 | Invoice Date | : 10/16/2009 |
| **Total Due** | **: $3,698.25** | | |
| AFTER 11/15/2009 PAY $3,883.16 | | | |

**PAYMENT WITH CREDIT CARD**        AMEX   [logo]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Toby Feldman, Inc.**
             **1 Penn Plaza, Suite 4510**
             **New York, NY 10119**

*sent to KAW  9-10-09*
*via email*

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8924 | 8/14/2009 | 3876 |

| Job Date | Case No. | |
|---|---|---|
| 7/15/2009 | | |

| Case Name |
|---|
| Soverain Software v CDW Corporation |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

Stela Tipi, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | | | |
|---|---|---|---|---|---|
| Original & 1 | | 200 pages | | | |
| | 30(b)(6) Rick Quiroga | | | | 1,767.50 |
| | Rough ASCII | | 200.00 Pages | | |
| | Condensed/Index | | | | |
| Original & 1 | | 126 pages | | | |
| | 30(b)(6) Lee Cheng | | | | 1,115.00 |
| | Rough ASCII | | 126.00 Pages | | |
| | Condensed/Index | | | | |
| | *Litigation Support Package complimentary | | | | |

| | |
|---|---|
| TOTAL DUE >>> | $2,882.50 |
| AFTER 9/13/2009 PAY | $3,026.63 |

*ASCII/PTX/PDF

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

Invoice for R. Quiroga and L. Cheng.  Soverain seeks to recover half of the charges for each witness.

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| | Job No. | : 3876 | BU ID : Agency |

Stela Tipi, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Case No.      :
Case Name  : Soverain Software v CDW Corporation

Invoice No.  : 8924          Invoice Date  : 8/14/2009
**Total Due**  : **$2,882.50**
AFTER 9/13/2009 PAY $3,026.63

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Toby Feldman, Inc.**
            **1 Penn Plaza, Suite 4510**
            **New York, NY 10119**

9-17-09

All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 25316 | 09/10/2009 | 02-11024 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/25/2009 | ANBLAT | |

| CASE CAPTION |
|---|
| Soverain Software,LLC vs. CDW Corp. et al |

| TERMS |
|---|
| Due upon receipt |

Stela C. Tipi, Esq.
Jones, Day, Reavis, & Pogue
222 East 41st Street
New York, NY 10017-6702

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Shikhar Ghosh              126 Pages @      2.85/Page        359.10
          Condensed and E-Tran                                  40.00
          Rough Draft      126.00 Pages @      1.25/Page       157.50
          Exhibits         266.00 Pages @       .25/Page        66.50
          Postage and Handling                                 10.00
                                                               ------
                           TOTAL  DUE  >>>>                    633.10

Thank you for your business.
Nancy C. Varallo, RDR/CRR
```

TAX ID NO. : 59-3799965                                    (212) 326-3939   Fax (212) 755-7306

*Please detach bottom portion and return with payment.*

Stela C. Tipi, Esq.
Jones, Day, Reavis, & Pogue
222 East 41st Street
New York, NY 10017-6702

```
Invoice No.:  25316
Date      :  09/10/2009
TOTAL DUE :      633.10


Job No.   :  02-11024
Case No.  :
Soverain Software,LLC vs. CDW Corp.
```

Remit To:   **All New England Reporting Service, LLC**
            **9 Hammond Street**
            **Worcester, MA 01610**

*sent to kаw 10/8/09*

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9183 | 10/6/2009 | 4045 |
| **Job Date** | **Case No.** | |
| 9/10/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

Ognian V. Shentov, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | | | |
|---|---|---|---|---|---|
| 1 copy | 222 pages | | | | |
| Jack Grimes, Ph.D. | | 222.00 Pages | @ | 2.50 | 555.00 |
| Rough ASCII | | 222.00 Pages | @ | 1.50 | 333.00 |
| Exhibits tabbed/bound/copy | | 448.00 | @ | 0.75 | 336.00 |
| Exhibits Scan/OCR/CD | | 448.00 | @ | 0.75 | 336.00 |
| Condensed/Index | | | | 55.00 | 55.00 |
| *Litigation Support Package   complimentary | | | | 0.00 | 0.00 |
| Shipping & Handling | | | | 48.00 | 48.00 |

|  |  |
|---|---|
| TOTAL DUE >>> | **$1,663.00** |
| AFTER 11/5/2009 PAY | $1,746.15 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,663.00 |

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Ognian V. Shentov, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | |
|---|---|---|---|
| Job No. | : 4045 | BU ID | : Main |
| Case No. | : | | |
| Case Name | : Soverain Software v CDW Corporation | | |
| Invoice No. | : 9183 | Invoice Date | : 10/6/2009 |
| **Total Due** | **: $1,663.00** | | |

**PAYMENT WITH CREDIT CARD**        AMEX   ☐   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature:

Remit To:   **Toby Feldman, Inc.**
            **1 Penn Plaza, Suite 4510**
            **New York, NY 10119**

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8906 | 7/31/2009 | 3865 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | | |
| | **Case Name** | |
| Soverain Software v CDW Corporation | | |
| | **Payment Terms** | |
| Net 30, 1.5% per month on unpaid balance | | |

Ognian V. Shentov, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | |
|---|---|---|---|
| Original & 1 | 89 pages | | |
| 30(b)(1) James Wu | | | **908.75** |
| Rough ASCII | | 89.00 Pages | |
| Realtime Feed | | 89.00 | |
| Condensed/Index | | | |
| *Litigation Support Package complimentary | | | |
| Original & 1 | 54 pages | | |
| 30(b)(6) James Wu | | | **527.50** |
| Rough ASCII | | 54.00 Pages | |
| Realtime Feed | | 54.00 | |
| Condensed/Index | | | |
| Original & 1 | 25 pages | | |
| 30(b)(1) Lucy Huo | | | **348.75** |
| Rough ASCII | | 25.00 Pages | |
| Realtime Feed | | 25.00 | |
| Condensed/Index | | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,785.00** |
| AFTER 8/30/2009 PAY | $1,874.25 |

Tax ID: 11-2742258

**Invoice for J. Wu and L. Huo. Soverain seeks to recover half of the charges for each witness.**

*Please detach bottom portion and return with payment.*

Ognian V. Shentov, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Job No.       : 3865
Case No.     :
Case Name  : Soverain Software v CDW Corporation

Invoice No.  : 8906          Invoice Date  : 7/31/2009
**Total Due**  : **$1,901.03**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: _____ Phone#: _____ | |
| Billing Address: | |
| Zip: _____ Card Security Code: _____ | |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:   **Toby Feldman, Inc.**
              **1 Penn Plaza, Suite 4510**
              **New York, NY 10119**

All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 25101 | 08/24/2009 | 02-10847 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/14/2009 | ANBLAT | |

**CASE CAPTION**

Soverain Software, LLC vs. CDW Corp. et al

**TERMS**

Due upon receipt

Clark Craddock, Esq
Jones, Day, Reavis, & Pogue
222 East 41st Street
New York, NY 10017-6702

1 CERTIFIED COPY OF TRANSCRIPT OF:
Thomas M. Levergood
   Rough Draft            86 Pages @       2.85/Page       245.10
   Condensed and E-Tran   86.00 Pages @    1.25/Page       107.50
   Exhibits               110.00 Pages @    .25/Page        40.00
   Postage and Handling                                    27.50
                                                           10.00

                         TOTAL  DUE  >>>>                  430.10

Thank you for your business.
Nancy C. Varallo, RDR/CRR

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9243 | 10/16/2009 | 4082 |
| **Job Date** | **Case No.** | |
| 9/24/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

Barry Satine, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | | | |
|---|---|---|---|---|---|
| 1 copy | Expedite | 263 pages | | | |
| James Nawrocki | | 263.00 Pages | @ | 3.50 | 920.50 |
| Expedite 2-day | | | | | 986.25 |
| Rough ASCII | | 263.00 Pages | @ | 1.50 | 394.50 |
| Exhibits tabbed/bound/copy | | 2,555.00 | @ | 0.75 | 1,916.25 |
| Exhibits Scan/OCR/CD | | 2,555.00 | @ | 0.75 | 1,916.25 |
| Condensed/Index | | | | 55.00 | 55.00 |
| *Litigation Support Package  complimentary | | | | 0.00 | 0.00 |
| Shipping & Handling | | | | 100.00 | 100.00 |
| Shipping & Handling | | | | 38.00 | 38.00 |

Soverain seeks to recover $958 for the cost of scanning the deposition exhibits.

|  | |
|---|---|
| | **$6,326.75** |
| AFTER 11/15/2009  PAY | $6,643.09 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

| | |
|---|---|
| (-) Payments/Credits: | 263.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 6,063.75 |

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Barry Satine, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | | |
|---|---|---|---|---|
| Job No. | : 4082 | BU ID | : Main | |
| Case No. | : | | | |
| Case Name | : Soverain Software v CDW Corporation | | | |
| Invoice No. | : 9243 | Invoice Date | : 10/16/2009 | |
| **Total Due** | : **$6,063.75** | | | |

| PAYMENT WITH CREDIT CARD | AMEX |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **Toby Feldman, Inc.**
           **1 Penn Plaza, Suite 4510**
           **New York, NY 10119**

All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24957 | 08/13/2009 | 02-10825 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/30/2009 | ANBLAT | |

| CASE CAPTION |
|---|
| Soverain Software,LLC vs. CDW Corp. et al |

| TERMS |
|---|
| Due upon receipt |

Clark Craddock, Esq.
Jones, Day, Reavis, & Pogue
222 East 41st Street
New York, NY 10017-6702

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Andrew C. Payne          102 Pages @      2.85/Page      290.70
    Rough Draft           102.00 Pages @      1.25/Page      127.50
    Exhibits              259.00 Pages @       .25/Page       64.75
    Condensed and E-Tran                                      40.00
    Postage and Handling                                      10.00
                                                          _____
                         TOTAL  DUE  >>>>                    532.95


Thank you for your business.
Nancy C. Varallo, RDR/CRR
```

TAX ID NO. : 59-3799965                         (212) 326-3939   Fax (212) 755-7306

# Weber Reporting, LLC

9515 Deereco Road
Suite 200
Tir   nium, MD 21093
P..   : (412) 401-6226     Fax: (410) 821-4889

**Job #:** 090901WEW
**Job Date:** 09/01/2009
**Order Date:** 09/01/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## Invoice

**Invoice #:** 1851
**Inv.Date:** 09/04/2009
**Balance:** $650.50

**Bill To:**
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

**Action:** **Soverain Software**
vs
**CDW Corporation**
**Action #:**
**Rep:** WEW
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Michael Shamos, Ph.D. | Copy of Proceedings | Pages | 120 | $4.00 | $0.00 | $480.00 |
| 2 | Michael Shamos, Ph.D. | Rough ASCII | Pages | 104 | $1.00 | $0.00 | $104.00 |
| 3 | Michael Shamos, Ph.D. | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 4 | Michael Shamos, Ph.D. | Condensed Transcript | Book | 1.00 | $0.00 | $0.00 | $0.00 |
| 5 | Michael Shamos, Ph.D. | Exhibits - Regular Sized | Copy | 166.00 | $0.25 | $0.00 | $41.50 |
| 6 | | Shipping & Handling | Package | 1.00 | $25.00 | $0.00 | $25.00 |

**Comments:**
Etranscript file emailed 9/3/09.  All exhibits in pdf format emailed 9/4/09.

Thank Your For Business

| | |
|---|---|
| Sub Total | $650.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $650.50 |
| Payment | $0.00 |
| **Balance Due** | $650.50 |

*Federal Tax I.D.:* 20-4756786     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

**Deliver To:**
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

## Invoice

Weber Reporting, LLC
9515 Deereco Road
Suite 200
Timonium, MD 21093

**Phone:** (412) 401-6226
**Fax:** (410) 821-4889

**Invoice #:** 1851
**Inv.Date:** 09/04/2009
**Balance:** $650.50
**Job #:** 090901WEW
**Job Date:** 09/01/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

All New England Reporting Service, LLC
9 Hammond Street,
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24959 | 08/13/2009 | 02-10824 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/04/2009 | ANBLAT | |

| CASE CAPTION | | |
|---|---|---|
| Soverain Software,LLC vs. CDW Corp. et al | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Clark Craddock, Esq.
Jones, Day, Reavis, & Pogue
222 East 41st Street
New York, NY 10017-6702

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Lawrence C. Stewart              126 Pages @      2.85/Page     359.10
              Rough Draft         126.00 Pages @      1.25/Page     157.50
              Condensed and E-Tran                                  40.00
              Exhibits            241.00 Pages @       .25/Page      60.25
              Postage and Handling                                  10.00

                          TOTAL  DUE  >>>>              626.85
```

Thank you for your business.
Nancy C. Varallo, RDR/CRR

TAX ID NO. : 59-3799965                              212) 326-3939   Fax (212) 755-7306

# Weber Reporting, LLC

9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (412) 401-6226    Fax: (410) 821-4889

Job #: 090902CLEE
Job Date: 09/02/2009
Order Date: 09/02/2009
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #:           1866
Inv.Date:      09/22/2009
Balance:       $1,178.50

| Bill To: | Action: |
|---|---|
| Thomas L. Giannetti, Esq<br>Jones, Day, Reavis & Pogue<br>222 E. 41st Street<br>New York, NY 10017 | **Soverain Software**<br>vs<br>**CDW Corporation**<br>Action #:<br>Rep: **CLEE**<br>Cert: |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | Per Diem (Full Day) | Session | 1.00 | $75.00 | $0.00 | $75.00 |
| 2 | Edward Tittel | Original | Pages | 232 | $3.50 | $0.00 | $812.00 |
| 3 | Edward Tittel | Transcript in ASCII/PDF  Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 4 | Edward Tittel | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 5 | Edward Tittel | Condensed Transcript | Book | 1.00 | $0.00 | $0.00 | $0.00 |
| 6 | Edward Tittel | Exhibits - Regular Sized | Copy | 380.00 | $0.25 | $0.00 | $95.00 |
| 7 | Edward Tittel (Vol. I) | Original | Pages | 49 | $3.50 | $0.00 | $171.50 |
| 8 | Edward Tittel (Vol. I) | Transcript in ASCII/PDF  Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 9 | Edward Tittel (Vol. I) | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 10 | Edward Tittel (Vol. I) | Condensed Transcript | Book | 1.00 | $0.00 | $0.00 | $0.00 |
| 11 | | Shipping & Handling | Package | 1.00 | $25.00 | $0.00 | $25.00 |

Comments:

Thank Your For Business

| | |
|---|---|
| Sub Total | $1,178.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,178.50 |
| Payment | $0.00 |
| Balance Due | $1,178.50 |

Federal Tax I.D.: 20-4756786     Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*



Bill To:
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

Deliver To:
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

# Invoice

Weber Reporting, LLC
9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (412) 401-6226
Fax: (410) 821-4889

Invoice #: 1866
Inv.Date: 09/22/2009
Balance: $1,178.50
Job #: 090902CLEE
Job Date: 09/02/2009
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Weber Reporting, LLC

9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (412) 401-6226     Fax: (410) 821-4889

**Job #:** 090903CLEE
**Job Date:** 09/03/2009
**Order Date:** 09/03/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

**Invoice #:**      1868
**Inv.Date:**    09/22/2009
**Balance:**    $843.00

**Bill To:**
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

**Action:** **Soverain Software**
vs
**CDW Corporation**
**Action #:**
**Rep:** CLEE
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | | Per Diem (Full Day) | Session | 1.00 | $75.00 | $0.00 | $75.00 |
| 2 | Edward Tittel (Vol. II) | Original | Pages | 203 | $3.50 | $0.00 | $710.50 |
| 3 | Edward Tittel (Vol. II) | Transcript in ASCII/PDF Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 4 | Edward Tittel (Vol. II) | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 5 | Edward Tittel (Vol. II) | Exhibits - Regular Sized | Copy | 130.00 | $0.25 | $0.00 | $32.50 |
| 6 | | Shipping & Handling | Package | 1.00 | $25.00 | $0.00 | $25.00 |

**Comments:**

Thank Your For Business

| | |
|---|---|
| Sub Total | $843.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $843.00 |
| Payment | $0.00 |
| **Balance Due** | $843.00 |

**Federal Tax I.D.:** 20-4756786     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

**Deliver To:**
Thomas L. Giannetti, Esq
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

# Invoice



Weber Reporting, LLC
9515 Deereco Road
Suite 200
Timonium, MD 21093

**Phone:** (412) 401-6226
**Fax:** (410) 821-4889

**Invoice #:** 1868
**Inv.Date:** 09/22/2009
**Balance:** $843.00
**Job #:** 090903CLEE
**Job Date:** 09/03/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

All New England Reporting Service, LLC
9 Hammond Street .
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24900 | 08/11/2009 | 02-10694 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2009 | ANBLAT | |

| CASE CAPTION |
|---|
| Soverain Software,LLC vs. CDW Corp. et al |

| TERMS |
|---|
| Due upon receipt |

Clark Craddock, Esq.
Jones, Day, Reavis, & Pogue
222 East 41st Street
New York, NY 10017-6702

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   G. Winfield Treese              120 Pages @      2.85/Page     342.00
          Condensed and E-Tran                                    40.00
          Exhibits               322.00 Pages @      .25/Page     80.50
          Rough Draft            120.00 Pages @     1.25/Page    150.00
          Postage and Handling                                   10.00
                                                               --------
                              TOTAL  DUE  >>>>                   622.50
```

Thank you for your business.
Nancy C. Varallo, RDR/CRR

**TAX ID NO**                                                                    306

*Sent to KAW 4-6-10*
*Email*

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY  10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9690*** | 4/5/2010 | 4364 |

| Job Date | Case No. |
|---|---|
| 2/23/2010 | |

| Case Name |
|---|
| Soverain Software v CDW Corporation |

Thomas L. Giannetti, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

| | | |
|---|---|---|
| Original & 1   Expedite | 155 pages | |
| Alexander Trevor | | 2,083.00 |
| Rough ASCII | 155.00  Pages | |
| Exhibits tabbed/Bound | 68.00  Pages | |
| Exhibits Color | 12.00 | |
| Exhibits Scan/OCR/CD | 80.00 | |
| Condensed/Index | | |
| *Litigation Support Package   complimentary | | |
| | **TOTAL DUE >>>** | **$2,083.00** |
| | AFTER 5/5/2010 PAY | $2,187.15 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

> Soverain seeks to recover $1,968 (the above charge minus $60 for scanned exhibits ($0.75 per page) and $55 for the condensed index).

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

Thomas L. Giannetti, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

| | | |
|---|---|---|
| Job No. | : 4364 | BU ID        : Agency |
| Case No. | : | |
| Case Name | : Soverain Software v CDW Corporation | |
| | | |
| Invoice No. | : 9690*** | Invoice Date    : 4/5/2010 |
| **Total Due** | **: $2,083.00** | |
| AFTER 5/5/2010 PAY $2,187.15 | | |

**PAYMENT WITH CREDIT CARD**   AMEX      VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Toby Feldman, Inc.**
**1 Penn Plaza, Suite 4510**
**New York, NY  10119**

*Sent to Financial 8·31·09*

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 313729 | 8/21/2009 | 342982 |
| **Job Date** | **Case No.** | |
| 8/20/2009 | | |
| **Case Name** | | |
| Soverain Software, LLC. vs. CDW Corporation, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Barry R. Satine
Jones Day
222 East 41st Street
New York, NY 10017

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Katharine Wolanyk | 209.00 Pages | @ | 2.50 | 522.50 |
| Next Day Delivery | | | | 156.75 |
| E-Transcript File | | | 25.00 | 25.00 |
| Condensed Transcript | | | 25.00 | 25.00 |
| Exhibits, copied | 108.00 Copies | @ | 0.30 | 32.40 |
| Delivery & Handling | | | 49.00 | 49.00 |
| | **TOTAL DUE  >>>** | | | **$810.65** |

Signature pages and errata sheets enclosed.
E-tran sent via email on 08-21-09.
FedEx Standard Overnight charges applied.
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Barry R. Satine
Jones Day
222 East 41st Street
New York, NY 10017

| | |
|---|---|
| Job No. | : 342982    BU ID    :MCC-MAIN |
| Case No. | : |
| Case Name | : Soverain Software, LLC. vs. CDW Corporation, et al. |
| Invoice No. | : 313729    Invoice Date  :8/21/2009 |
| **Total Due** | **: $ 810.65** |

Remit To: **McCorkle Court Reporters, Inc.**
    **200 North LaSalle Street**
    **Suite 300**
    **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**    MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8908 | 7/31/2009 | 3863 |

| Job Date | Case No. | |
|---|---|---|
| 7/8/2009 | | |

| Case Name | |
|---|---|
| Soverain Software v CDW Corporation | |

| Payment Terms | |
|---|---|
| Net 30, 1.5% per month on unpaid balance | |

Ognian V. Shentov, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | |
|---|---|---|
| Original & 1 | 283 pages | |
| 30(b)(6) James Wu | | 2,359.75 |
| Rough ASCII | complimentary | |
| Realtime Feed | 283.00 | |
| Condensed/Index | | |
| *Litigation Support Package complimentary | | |

| | |
|---|---|
| TOTAL DUE >>> | $2,359.75 |
| AFTER 8/30/2009  PAY | $2,477.74 |

*ASCII/PTX/PDF

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

Soverain seeks to recover half of this charge.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 153.39 |
| (=) New Balance: | 2,513.14 |

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Ognian V. Shentov, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

| | | | | |
|---|---|---|---|---|
| Job No. | : 3863 | BU ID | : Agency | |
| Case No. | : | | | |
| Case Name | : Soverain Software v CDW Corporation | | | |
| | | | | |
| Invoice No. | : 8908 | Invoice Date | : 7/31/2009 | |
| **Total Due** | : **$2,513.14** | | | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Toby Feldman, Inc.**
**1 Penn Plaza, Suite 4510**
**New York, NY 10119**