# Exhibit 4 to Appendix B

**Recoverable Exemplification Costs (Scanning and Copying of Trial Exhibits)**
**28 U.S.C. 1920(3) (4)**

**Trial Exhibits**

| Description | Transaction Date | Amount |
|---|---|---|
| Scanning & copying of Defendants' Trial Exhibits | 1/28/2010 | $2,324.14 |
| Scanning & copying of Plaintiff's Trial Exhibits | 1/28/2010 | $1,388.88 |

**Witness Trial Notebooks**

| Description | Transaction Date | Amount |
|---|---|---|
| Preparation of witness trial notebooks | 4/13/2010 | $2,529.47 |
| Preparation of witness trial notebooks | 4/19/2010 | $56.53 |
| Preparation of witness trial notebooks | 4/19/2010 | $135.68 |
| Preparation of witness trial notebooks | 4/19/2010 | $190.45 |
| Preparation of witness trial notebooks | 4/19/2010 | $278.18 |
| Preparation of witness trial notebooks | 1/27/2010 | $531.98 |

**TOTAL** **$7,435.31**



**comprehensive legal document services**

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

Sold To:  Jones Day
           222 East 41st Street
           New York, NY 10017

Invoice Number: NYMT-1000327
Invoice Date: Jan 28, 2010
Page: 1

Attn: Accounts Payable

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 1/27/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Elaine Goodman | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 23,592 | 11,796 Originals - B/W Litigation Documents Printed X 2 with Assembly | 0.080 | 1,887.36 |
| 2,190 | 1,095 Originals - Color Litigation Documents Printed X 2 with Assembly | 0.750 | 1,642.50 |
| 493 | Custom Folders - Colored Labels | 1.500 | 739.50 |

*defendant's trial exhibits*

> Soverain seeks to recover $2,324.14 for the cost of one set of defendant's trial exhibits.

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal      4,269.36
Freight
Sales Tax       378.91
Total Invoice Amount   4,648.27
Payment Received

We Accept All Major Credit Cards, Check, or Cash

TOTAL   $ **4,648.27**

...your documents...our mission!



2-8-10

comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

**Sold To:** Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

**Invoice Number:** NYMT-1000326
**Invoice Date:** Jan 28, 2010
**Page:** 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 1/27/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Elaine Goodman | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 14,072 | 3,518 Originals - B/W Litigation Documents Printed X 4 | 0.060 | 844.32 |
| 824 | 206 Originals - Color Litigation Documents Printed X 4 | 0.750 | 618.00 |
| 484 | Custom Folders-Colored Labels | 1.500 | 726.00 |
| 242 | Custom Folders | 1.500 | 363.00 |

*plaintiff's trial exs*

Soverain seeks to recover $1,388.88 for the cost of one set of plaintiff's trial exhibits.

Tax ID: 13-4024795
Check/Credit No Applied:

| | |
|---|---|
| Subtotal | 2,551.32 |
| Freight | |
| Sales Tax | 226.43 |
| Total Invoice Amount | 2,777.75 |
| Payment Received | |
| **TOTAL** | **$ 2,777.75** |

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!



## The Darcel Group
### comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To:  Jones Day
          222 East 41st Street
          New York, NY 10017

Invoice Number: NYMT-101267
Invoice Date: Apr 13, 2010
Page: 1

Attn: Accounts Payable

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/12/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 27,544 | 3,443 Originals - B/W Litigation Documents Copied X 8 | 0.120 | 3,305.28 |
| 3,016 | 377 Originals - Color Litigation Documents Copied X 8 | 0.500 | 1,508.00 |
| 3,756 | Tabs Provided and Inserted | 0.250 | 939.00 |
| 24 | Velo Bind | 2.000 | 48.00 |
| 18 | 3" Custom D-Ring View Binders | 12.000 | 216.00 |
| 4 | Redwelds | 2.000 | 8.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

We Accept All Major Credit Cards, Check, or Cash

Subtotal: 6,024.28
Freight:
Sales Tax: 534.65
Total Invoice Amount: 6,558.93
Payment Received:
**TOTAL  $ 6,558.93**

...your documents...our mission!

> Soverain seeks to recover $2,529.47 for the cost of four sets of witness binders for Jack Grimes.

5-6-10
sent to Finance



# THE DARCEL GROUP

comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To:  Jones Day
          222 East 41st Street
          New York, NY 10017

Invoice Number: NYMT-101380
Invoice Date: Apr 19, 2010
Page: 1

Attn: Accounts Payable

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/18/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 486 | 54 Originals - B/W Litigation Documents Copied X 9 | 0.120 | 58.32 |
| 72 | Tabs Provided and Inserted | 0.250 | 18.00 |
| 9 | Custom Tabs Provided and Inserted | 0.500 | 4.50 |
| 9 | 1" Custom D-Ring View Binders | 4.000 | 36.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal 116.82
Freight
Sales Tax 10.37
Total Invoice Amount 127.19
Payment Received

We Accept All Major Credit Cards, Check, or Cash

TOTAL  $ **127.19**

...your documents...our mission!

> Soverain seeks to recover $56.53 for the cost of four witness binders for Michael Shamos.

Sent to Financial
6-23-10



**comprehensive legal document services**

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To:  Jones Day
          222 East 41st Street
          New York, NY  10017

Attn: Accounts Payable

Invoice Number:
NYMT-101369
Invoice Date:
Apr 19, 2010
Page:
1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/17/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Clark Craddock | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 2,904 | 2,904 Originals - B/W Litigation Documents Copied X Various | 0.120 | 348.48 |
| 104 | Tabs Provided and Inserted | 0.250 | 26.00 |
| 24 | Custom Redwelds | 2.500 | 60.00 |
| 16 | 1" Custom D-Ring View Binders | 4.000 | 64.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

We Accept All Major Credit Cards, Check, or Cash

Subtotal         498.48
Freight
Sales Tax         44.24
Total Invoice Amount  542.72
Payment Received
TOTAL         $ **542.72**

...your documents...our mission!

> Soverain seeks to recover $135.68 for the cost of four witness binders for Winfield Treese.

*sent to Financial*
*5-6-10*



**comprehensive legal document services**

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To: Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

Invoice Number: NYMT-101366
Invoice Date: Apr 19, 2010
Page: 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/16/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 1,253 | 179 Originals - B/W Litigation Documents Copied X 7 | 0.120 | 150.36 |
| 42 | 6 Originals - Color Litigation Documents Copied X 7 | 0.500 | 21.00 |
| 119 | Tabs Provided and Inserted | 0.250 | 29.75 |
| 42 | Custom Tabs Provided and Inserted | 0.500 | 21.00 |
| 21 | 1" Custom D-Ring View Binders | 4.000 | 84.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

| | |
|---|---|
| Subtotal | 306.11 |
| Freight | |
| Sales Tax | 27.17 |
| Total Invoice Amount | 333.28 |
| Payment Received | |
| TOTAL | $ **333.28** |

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!

> Soverain seeks to recover $190.45 for the cost of four cross binder for James Wu, Edward Tittel, and Alexandor Trevor.

sent to KAW
6·23·10



comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

**Invoice**

Sold To:  Jones Day
          222 East 41st Street
          New York, NY  10017

Attn: Accounts Payable

Invoice Number: NYMT-101376
Invoice Date: Apr 19, 2010
Page: 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 4/18/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Ken Canfield | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 2,032 | 127 Originals - Color Litigation Documents Printed X 16 | 0.500 | 1,016.00 |
| 4 | Custom Folders | 1.500 | 6.00 |

Tax ID: 13-4024795
Check/Credit No Applied:

Subtotal       1,022.00
Freight
Sales Tax         90.70
Total Invoice Amount  1,112.70
Payment Received
TOTAL       $  **1,112.70**

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!

> Soverain seeks to recover $278.18 for the cost of four sets of witness binders for Jack Grimes.

# The Darcel Group
## comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

**Sold To:** Jones Day
222 East 41st Street
New York, NY 10017

Attn: Accounts Payable

**Invoice Number:** NYMT-1000323
**Invoice Date:** Jan 27, 2010
**Page:** 1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| JONES | 432383-600047 | 1/26/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| Marshall Chasan | Debra Smith | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 13,482 | 1,926 Originals - B/W Litigation Documents Printed X 7 | 0.060 | 808.92 |
| 154 | 22 Originals - Color Litigation Documents Printed X 7 | 0.750 | 115.50 |
| 658 | Tabs Provided and Inserted | 0.250 | 164.50 |
| 14 | 3" Custom D-Ring View Binders | 12.000 | 168.00 |

*Nawrocki binder* (handwritten)

> Soverain seeks to recover $531.98 for the cost of four sets of witness binders for James Nawrocki.

Tax ID: 13-4024795
Check/Credit No Applied:

| | |
|---|---|
| Subtotal | 1,256.92 |
| Freight | |
| Sales Tax | 111.55 |
| Total Invoice Amount | 1,368.47 |
| Payment Received | |
| **TOTAL** | **$ 1,368.47** |

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission!