IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BOND NO. CGB7618051

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>NEWEGG INC., )<br>)<br>Defendant, ) | Case No. 6:07 CV 511<br>Patent Case |

## SUPERSEDEAS BOND

KN OW ALL MEN BY THESE PRESENTS, That we, NEWEGG INC. as Principal and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, duly authorized to do business in the State of Texas, as Surety are held and firmly bound unto SOVERAIN SOFTWARE LLC in the amount of Three Million Seven Hundred Eighteen Thousand Two Hundred Thirty-Three and 88/100 Dollars ($3,718,233.88) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas the said, SOVERAIN SOFTWARE LLC, did on the 11th day of August, 2010 obtain a judgment against NEWEGG INC. which the said Principal(s) has duly given or will duly give notice of appeal.

NOW, IF THE SAID Principal(s) shall duly prosecute said appeal, and shall moreover pay the amount of said judgment rendered, then this obligation to be null and void, otherwise to remain in full force and effect, provided, however, the maximum liability of the Surety shall not exceed Three Million Seven Hundred Eighteen Thousand Two Hundred Thirty-Three and 88/100 Dollars ($3,718,233.88).

Bond No. CGB7618051

IN WITNESS WHEREOF, I have set my hand this __31st__ day of __August__ _____, 2010.

NEWEGG INC.

BY: _____

IN WITNESS WHEREOF, I have set my hand this __1st__ day of September _____, 2010.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

BY: _____
JAMES E BASS          **Attorney-in-Fact**
TURNER-BASS & ASSOCIATES
P O BOX 6680
TYLER, TEXAS 75711

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

State of California

County of __Los Angeles__

On __August 31, 2010__ before me, __Myla Nedic Corpuz-De Castro__,
      Date                                           Here Insert Name and Title of the Officer

personally appeared __Shih-Chi Lee__
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
                                        Signature of Notary Public

[Notary Seal: MYLA NEDIC CORPUZ-DE CASTRO, Commission # 1896867, Notary Public - California, Los Angeles County, My Comm. Expires Jul 25, 2014]

Place Notary Seal Above

────────────── OPTIONAL ──────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Supersedeas Bond__

Document Date: _____ Number of Pages: __3__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Shih-Chi Lee__
- ☒ Corporate Officer — Title(s): __EVP__
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: __Newegg Inc.__

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Corporate Officer — Title(s): _____
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

## ACKNOWLEDGMENT

STATE OF TEXAS      §
§
COUNTY OF SMITH    §

On September 1, 2010 before me, the undersigned Notary Public, personally appeared James E. Bass, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and for the purposes therein contained.

To certify which witness my hand and seal of office.

_____
Notary Public In and for the
State of Texas

My Commission Expires:

_____3-31-2013_____



DORIS N. SHIPP
Notary Public, State of Texas
My Commission Expires
March 31, 2013