IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 6:07-cv-511-LED |
| | § | |
| CDW CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT NEWEGG INC.'S
UNOPPOSED MOTION TO APPROVE SUPERSEDEAS BOND
FOR PURPOSE OF OBTAINING A STAY PENDING APPEAL**

On consideration of the Motion to Approve Supersedeas Bond for Purpose of Obtaining a

Stay Pending Appeal, the Court hereby orders that such motion is GRANTED.  The Court

approves and enters the attached supersedeas bond submitted by Newegg for the purpose of

obtaining a stay pending appeal of the portions of the Court's Final Judgment (a) awarding

damages in the amount of $2,500,000, (b) awarding post-verdict damages of $2,900 per day, (c)

prejudgment interest at the prime rate, (d) prejudgment Costs of Court, and (e) post-judgment

interest under 28 U.S.C. § 1961, but not the portion of the Final Judgment pertaining to ongoing

royalties.  No execution shall issue on the Court's August 11, 2010 Final Judgment, insofar as it

relates to the above-identified portions, nor shall proceedings be taken for enforcement while any

appeal is pending before the United States Court of Appeals for the Federal Circuit, and if

necessary, while any petition for writ of certiorari is pending before the United States Supreme

Court.  The terms of this Order shall remain in effect until further order of the Court.
**So ORDERED and SIGNED this 2nd day of September, 2010.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**