# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| Plaintiff | § § § | |
| vs. | § § | CASE NO. 6:07 CV 511 |
| NEWEGG INC. | § § | PATENT CASE |
| Defendant | § § | |

### ORDER

The Court prefers to resolve all post-trial issues before entering a final judgment. Accordingly, the Court **ORDERS** all post-verdict motions be filed by May 24, 2010, responses by June 7, 2010, replies by June 14, 2010, and surreplies by June 21, 2010. The Court sets all post-verdict motions for hearing on **Tuesday, June 29, 2010 at 9:00 a.m.**

Additionally, the Court **ORDERS** that, if a party files more than one motion for judgment as a matter of law (under Federal Rule of Civil Procedure 50(b)) or motion for new trial (under Rule 59), the following page limits shall apply: (1) a party's motions shall not collectively exceed forty pages, excluding attachments; (2) a party's responses shall not collectively exceed forty pages, excluding attachments; (3) a party's replies shall not collectively exceed fifteen pages, excluding attachments; and (4) a party's surreplies shall not collectively exceed fifteen pages, excluding attachments.

So ORDERED and SIGNED this 6th day of May, 2010.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**