# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| Plaintiff, | ) |
| v. | )  Case No. 6:07-CV-00511-LED |
| NEWEGG INC., | ) |
| Defendant. | ) |

## ORDER DENYING NEWEGG'S RENEWED POST-JUDGMENT MOTIONS

The Court has considered Newegg's "Renewed" Post-Judgment Motions (Dkts. 442 and 443). The Court finds that Newegg's motions should be DENIED. The Court finds that Newegg's renewed motions (Dkts. 442 and 443) are untimely filed and are stricken from the record, and the time for filing Newegg's notice of appeal remains within 30 days after the entry of Final Judgment (Dkt. 435).