**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas Tyler Division | 6:07-cv-00511-LED |

Short Case Title: Soverain Software v. CDW Corp. et al   Court Reporter: Shea Sloan

Date Notice of Appeal Filed by Clerk of District Court: 9-10-10    Court of Appeals #: _____

FILED U.S. DISTRICT COURT
2010 SEP 22 AM 10: 46
TEXAS EASTERN
BY_____

## PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: (check appropriate box)
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | | |
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature: _[signature]_    Date Transcript Ordered: 9-21-10

Print Name: Kent E. Baldauf, Jr.    Counsel for: Newegg Inc

Address: 700 Koppers Bldg., 436 7th Ave., Pittsburgh, PA 15219    Telephone: (412) 471-8815

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

## PART II.   COURT REPORTER ACKNOWLEDGEMENT
(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

_____   _____   _____
Date   Signature of Court Reporter   Telephone

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages   _____ Actual Number of Volumes

_____   _____
Date   Signature of Court Reporter

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

## CERTIFICATE OF SERVICE

I certify that the enclosed copy 6 of the Transcript Order Form was served via Federal Express this 21st day of September, 2010 upon:

> Mr. Dave Maland
> Clerk of Court
> USDC Eastern District of Texas
> Tyler Division
> 211 West Ferguson Street, Room 106
> Tyler, Texas 75702

> _____
> Kent E. Baldauf, Jr.
> Attorney for Newegg Inc.



| | |
|---|---|
| THE WEBB LAW FIRM. | 700 Koppers Building   P 412.471.8815 |
| Patent \| Trademark \| Copyright Law | 436 Seventh Avenue   F 412.471.4094 |
| | Pittsburgh, PA 15219   webblaw@webblaw.com |

KENT E. BALDAUF, JR.
Attorney at Law

September 21, 2010

**VIA FEDERAL EXPRESS**

Mr. Dave Maland
Clerk of Court
USDC Eastern District of Texas
Tyler Division
211 West Ferguson Street, Room 106
Tyler, Texas 75702

    Re: Soverain Software LLC v. CDW Corporation et al.
       Civil Action No. 6:07-cv-00511

Dear Mr. Maland:

  Pursuant to Federal Rule of Appellate Procedure 10(b), enclosed please find copy 6 of the Transcript Order Form for the above-referenced matter. As indicated on the Transcript Order Form, it is our understanding that all transcripts of proceedings are already on file in the Clerk's office.

  Copies 1-4 of the Transcript Order Form are concurrently submitted to the Court Reporter, Ms. Shea Sloan.

  On behalf of Newegg Inc., I respectfully request that the enclosed Transcript Order Form be filed, so that the record includes a certification that all transcripts of proceedings are already on file, and that none need to be ordered to have a complete record on appeal.

  Please contact me if you have any questions, or if I can be of any assistance.

            Very truly yours,

            Kent E. Baldauf, Jr.

KEB, Jr./DHB:jmnb
Enclosure