Form 22

**FORM 22. Transcript Purchase Order**

# United States Court of Appeals for the Federal Circuit

**Soverain Software, LLC**

) Appeal from  ☑ U.S. District Court for __Eastern Dist. of Texas Tyler Division__
  ❑ Court of International Trade
  ❑ Court of Federal Claims

—VERSUS—

) TRIAL COURT NO. __6:07-cv-00511-LED__
) CIRCUIT COURT NO. _____

**CDW Corporation et al.**

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
  (☐) A transcripts is not needed for the appeal
  (✓) A transcript is already on file
  (☐) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
      Note: voir dire and closing arguments are not prepared unless specifically requested.

  Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
  (☐) Private Funds
  (✓) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _/s/ M E B_ DATE _9/27/10_ COUNSEL FOR _Newegg Inc._
ADDRESS _700 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219_
TELEPHONE _(412) 471-8815_

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date
Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____     _____
Date                                                  Signature

146

## CERTIFICATE OF SERVICE

I certify that the enclosed Federal Circuit Transcript Purchase Order Form was served via Federal Express this 27th day of September, 2010 upon:

>Mr. Dave Maland
>Clerk of Court
>USDC Eastern District of Texas
>Tyler Division
>211 West Ferguson Street, Room 106
>Tyler, Texas 75702

>/s/ Kent E. Baldauf, Jr.
>Kent E. Baldauf, Jr.
>Attorney for Newegg Inc.



700 Koppers Building   P 412.471.8815
436 Seventh Avenue    F 412.471.4094
Pittsburgh, PA 15219   webblaw@webblaw.com

KENT E. BALDAUF, JR.
Attorney at Law

2010 SEP 28  AM 10: 46

September 27, 2010

**VIA FEDERAL EXPRESS**

BY_____

Mr. Dave Maland
Clerk of Court
USDC Eastern District of Texas
Tyler Division
211 West Ferguson Street, Room 106
Tyler, Texas 75702

    Re:    Soverain Software LLC v. CDW Corporation et al.
           Civil Action No. 6:07-cv-00511

Dear Mr. Maland:

    We have been informed by Ms. Shea Sloan, the court reporter for the above-referenced action, that the Transcript Order Form previously submitted to you along with our letter dated September 21, 2010 is used exclusively for appeals to the U.S. Court of Appeals for the Fifth Circuit. As Newegg is appealing to the U.S. Court of Appeals for the Federal Circuit, enclosed is a completed Federal Circuit Transcript Order Form. A copy of this form was also emailed to Ms. Sloan today.

    On behalf of Newegg Inc., I respectfully request that the attached Transcript Order Form be filed and/or substituted for the previously filed Transcript Order Form.

    Please let me know if you have any questions, or if I can be of any assistance.

           Very truly yours,

           Kent E. Baldauf, Jr.

KEB, Jr./DHB:jmnb
Enclosure