IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:07 CV 511 |
| § | PATENT CASE |
| NEWEGG INC., § | |
| § | |
| Defendant. § | |

**ORDER**

For the reasons stated in the Court's August 11, 2010 Memorandum Opinion and Order (Docket No. 434), the Court **DENIES** Newegg's renewed post-judgment motions on non-infringement and validity (Docket No. 442) and damages (Docket No. 443).

**So ORDERED and SIGNED this 1st day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**