**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CDW CORPORATION, NEWEGG | ) | Civil Action No. 6:07-CV-00511-LED |
| INC., REDCATS USA, INC., | ) | |
| SYSTEMAX INC., ZAPPOS.COM, | ) | |
| INC., REDCATS USA, L.P., THE | ) | |
| SPORTSMAN'S GUIDE, INC., and | ) | |
| TIGERDIRECT, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>**AMENDED NOTICE OF APPEAL**</u>

Notice is hereby given that Defendant Newegg, Inc. ("Newegg") appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on August 11, 2010 (Dkt. #435) and from the October 1, 2010 denial of Newegg's renewed post-judgment motions for judgment as a matter of law on non-infringement, invalidity, and damages (Dkt. #448).

Respectfully submitted,

Dated: October 5, 2010

By: <u>/s/ Kent Baldauf, Jr. by perm. Trey Yarbrough</u>
David C. Hanson
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T:  (412) 471-8815
F:  (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorneys for Defendant Newegg Inc.

OF COUNSEL:

Claudia Wilson Frost
Texas Bar No. 21671300
Christopher J. Richart
Texas Bar No. 24033119
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin, Suite 2000
Houston, TX 77010
(713) 276-7600
(713) 276-7673 FAX

Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

Attorneys for Defendant Newegg Inc.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being hereby served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 5, 2010, or will be served via electronic mail.  All other counsel of record will be served via facsimile or first class mail.

/s/   Trey Yarbrough
Trey Yarbrough

Newegg - Amended NoA.doc