**U. S. DISTRICT COURT, OFFICE OF THE CLERK**
211 W. Ferguson
Tyler, TX 75702

U. S. Court of Appeals Federal Circuit
~~600 Camp Street~~ 717 Madison Place, NW
~~New Orleans, LA 70130~~ Washington DC 20439

Date: October 1, 2010

Case # 6:07cv511          USCA Case # **2011-1009**

Style   SOVERAIN SOFTWARE LLC v. CDW CORPORATION, ET AL

---

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

(X) Certified copy of the Notice of Appeal (Dkt # 445    ) and docket entries.
( ) Certified copy of the Notice of Interlocutory Appeal (Dkt # _____ ) and docket entries.
( ) Certified copy of notice of cross-appeal (Dkt # _____ ) and docket entries.
( ) 2255 (Mo/Vacate) - Notice of Appeal (Dkt # _____ ) and civil and criminal docket entries.
( ) Record on appeal consisting of ____ vol(s) of the record _____,
    _____, _____ transcript vol(s), _____ video tape(s), _____ audio tape(s) and ECRO notes, _____ sealed envelope(s), _____ container(s) of state court records, _____ container(s) of exhibits.
( ) Supplemental record consisting of ____ vol(s) of the record _____,
    _____ transcript vol(s), _____ video tape(s), _____ audio tape(s) and ECRO notes, _____ sealed env(s), _____ container(s) of state court records, _____ container(s) of exhibits.
( ) Case consolidated with _____. Docket entries attached.
( ) Certified copy of CJA-20/Order appointing counsel.
( ) Public Defender appointed.
( ) Copy of CJA-30 appointing counsel in death penalty case.
( ) Other _____

In regards to the notice of appeal, the following additional information is furnished:

(X) The Court of Appeals docket fee  XX  HAS ____ HAS NOT been paid.
( ) A motion to proceed IFP on appeal has been filed in District Court.
( ) IFP motion has been ____ granted ____ denied.
(X) Judge entering final judgment or order on appeal:
    District Judge  Leonard Davis       Magistrate Judge _____
( ) Court rptr/ECRO assigned to case: ___ Ron Mason, ___ Susan Simmons, ___ Shea Sloan,
    ___ Vicki Baker, ___ Kathy Riley, ___ Libby Smith, ___ Ernie Ryer, ___ Terri Nickelson,
    ___ Linda Pritchard, ___ Mechelle Morris, ___ Other _____
( ) This case was decided without a hearing/trial; therefore, there will be no transcripts.
( ) State court papers filed in District Court.
( ) Other appeals filed: _____

Mike Lantz
, Deputy Clerk

*Stamps: RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS OCT 15 2010, DAVID J. MALAND, CLERK; RECEIVED OCT -8 2010 United States Court of Appeals For The Federal Circuit; FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT; JAN HORBALY CLERK*