IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEWEGG INC., )<br>)<br>Defendant. ) | Civil Action No. 6:07-cv-00511-LED<br><br>Judge Leonard Davis |

## PROPOSED ORDER

Good cause having been shown, the motion of Jones Day to withdraw as counsel to plaintiff Soverain Software, LLC is hereby GRANTED.

CLI-1854514v1