UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  6:07-CV-511 |
| CDW CORPORATION, NEWEGG INC., REDCATS USA, INC., SYSTEMAX, INC., ZAPPOS.COM, INC., TIGER DIRECT, INC., THE SPORTSMAN'S GUIDE, INC., and REDCATS USA LP, | § § § § § § | Hon. Leonard E. Davis |
| Defendants. | | |

### ORDER DENYING JONES DAY'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SOVERAIN SOFTWARE, LLC

Defendant Newegg Inc.'s Opposition to Jones Day's Motion to Withdraw as Counsel for Soverain Software, LLC has been presented for determination by the Court.  This Court, having considered the initial motion, opposition, subsequent additional pleadings and argument, the evidence, and the applicable law, finds that the motion is without merit and should be denied.

It is, therefore, Ordered that Jones Day's Motion to Withdraw as Counsel for Soverain Software, LLC is hereby DENIED.