## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **CDW CORPORATION,** **NEWEGG INC.,** **REDCATS USA, INC.** **SYSTEMAX INC.,** **ZAPPOS.COM, INC.,** **REDCATS USA, L.P.,** **THE SPORTSMAN'S GUIDE, INC.,** **AND** **TIGERDIRECT, INC.,** | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

CAME ON TO BE HEARD THIS DAY the Motion of Jones Day to Withdraw as Counsel for Plaintiff Soverain Software, LLC (Docket #452) in this action. After considering the motion, the Court finds that it is not well taken and should be in all things DENIED.