# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC,   ) | |
| ) | Civil Action No. 6:07-cv-00511-LED |
| Plaintiff,   ) | |
| ) | Judge Leonard Davis |
| v.   ) | |
| ) | |
| NEWEGG INC.,   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF RULING BY COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jones Day hereby gives notice of the attached Order of the Court of Appeals for the Federal Circuit granting its motion to withdraw as counsel of record in the appeal from the judgment entered by this Court in the above-captioned case.

Dated: February 1, 2011                                        Respectfully submitted,

                                                                                 /s/  Kenneth R. Adamo
                                                                                Kenneth R. Adamo
                                                                                (State Bar No. 00846960)
                                                                                Lead Attorney
                                                                                Email: kradamo@jonesday.com
                                                                                JONES DAY
                                                                                2727 North Harwood Street
                                                                                Dallas, Texas 75201-1515
                                                                                Telephone: 214-220-3939
                                                                                Facsimile: 214-969-5100

CLI-1872634v1

**Certificate of Service**

This is to certify that on February 1, 2011, a copy of the foregoing was served on all counsel of record via the Court's ECF system. Also on February 1, 2011, a copy of the foregoing was sent via first-class U.S. Mail, postage prepaid, to the following:

Ms. Katharine A. Wolanyk, Esq.
Soverain Software LLC
233 S. Wacker Drive, Suite 9425
Chicago, Illinois 60606
wolanyk@soverain.com

Counsel for Soverain Software, LLC

/s/ Kenneth R. Adamo

CLI-1872634v1