NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG, INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

ON MOTION

---

Before LINN, *Circuit Judge.*

### ORDER

Jones Day moves for leave to withdraw as counsel for Soverain Software LLC (Soverain), asserting unpaid fees. Soverain, through separate counsel, and Newegg, Inc. oppose. Soverain also moves for extensions of time to file its brief or in the alternative moves to stay the briefing schedule pending a determination whether there are unpaid fees. Jones Day replies. Avon Products, Inc.

SOVERAIN SOFTWARE v. NEWEGG                                2

moves for leave to file a brief amicus curiae. Soverain moves for an extension of time to file its opposition and opposes Avon's motion. Newegg opposes Soverain's motion. Avon replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw as counsel is granted. New principal counsel for Soverain should promptly enter an appearance.

(2) Soverain's motions for an extension of time to file its brief are granted in part. Soverain's brief is due within 60 days of the date of filing of this order. The motion to stay the briefing schedule is denied.

(3) Soverain's motion for an extension of time to respond to Avon's motion for leave to file a brief amicus curiae is granted. Avon's motion is denied.

FOR THE COURT

JAN 27 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth R. Adamo, Esq.
    Kent E. Baldauf, Jr., Esq.
    Paul J. Ripp, Esq.
    Michael Nicodema, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 27 2011

JAN HORBALY
CLERK