IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE, LLC, | ) |
| Plaintiff, | ) Civil Action No. 6:07-cv-00511-LED |
| | ) Judge Leonard Davis |
| v. | ) |
| NEWEGG INC., | ) |
| Defendant. | ) |

## ORDER

Good cause having been shown, the motion of Jones Day to withdraw as counsel to plaintiff Soverain Software, LLC is hereby GRANTED.

**So ORDERED and SIGNED this 15th day of February, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

CLI-1854514v1