# United States Court of Appeals for the Federal Circuit

———————————

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

**v.**

**NEWEGG INC.,**
*Defendant-Appellant.*

———————————

2011-1009

———————————

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

———————————

**JUDGMENT**

———————————

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

**REVERSED IN PART, VACATED IN PART**

ENTERED BY ORDER OF THE COURT

January 22, 2013        /s/ Jan Horbaly
    Date         Jan Horbaly
                 Clerk