**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 6:07-cv-00511 |
| | ) | |
| v. | ) | Judge Leonard Davis |
| | ) | |
| CDW CORPORATION, et al, | ) | |
| | ) | ***Electronically Filed*** |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT NEWEGG INC.'S
MOTION FOR EXTENSION OF TIME TO FILE ITS BILL OF COSTS**

After considering Defendant Newegg Inc.'s Motion for Extension of Time to File its Bill of Costs, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that Newegg Inc. has until October 9, 2013 to file its Bill of Costs with the Court.