# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 6:07-cv-00511 |
| | ) | |
| v. | ) | Judge Leonard Davis |
| | ) | |
| CDW CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION FOR EXTENSION OF TIME
### FOR NEWEGG INC. TO FILE ITS BILL OF COSTS

Plaintiff Soverain Software LLC ("Soverain") and Defendant Newegg Inc. ("Newegg") jointly move the Court to extend the deadline for Newegg to file its bill of costs in this action until fourteen (14) days following the earlier of the date upon which: (1) the Supreme Court denies Soverain's certiorari petition; (2) if Soverain does not file such petition, the expiration of the deadline for Soverain to file such petition; or (3) if Soverain's certiorari petition is granted, the Supreme Court announces its opinion, provided Newegg is still entitled to its costs in this action in view of any such opinion.

Newegg previously filed a motion requesting until October 9, 2013 to file its bill of costs as counsel for Newegg had been unable to reach counsel for Soverain to discuss its proposed bill of costs by the original deadline. (Dkt. No. 463.)

On October 2, 2013, counsel for Newegg and counsel for Soverain met and conferred concerning Newegg's bill of costs. Counsel for Soverain informed counsel for Newegg that Soverain will likely petition the Supreme Court for certiorari. Because the outcome of Soverain's petition for certiorari could impact whether Newegg is entitled to costs in this action,

No. 6:07-cv-00511

the parties agreed to an extension of the deadline for Newegg to file its bill of costs until two weeks after all issues concerning Soverain's petition for certiorari have been resolved.

Accordingly, the parties jointly request that the Court grant an extension of the deadline for Newegg to file its bill of costs until fourteen (14) days following the earlier of the date upon which: (1) the Supreme Court denies Soverain's certiorari petition; (2) if Soverain does not file such petition, the expiration of the deadline for Soverain to file such petition; or (3) if Soverain's certiorari petition is granted, the Supreme Court announces its opinion, provided Newegg is still entitled to its costs in this action in view of any such opinion.

Respectfully submitted,

*/s/ Kent E. Baldauf, Jr.*
David C. Hanson
Kent E. Baldauf, Jr.
John W. McIlvaine

THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
903.595.3111
903.595.0191 (fax)

***Attorneys for Defendant Newegg Inc.***

/s/ Michael C. Smith
Michael C. Smith
Siebman Burg Phillips & Smith, LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
972-767-4620 (fax)
michaelsmith@siebman.com

*Attorney for Plaintiff Soverain Software LLC*

No. 6:07-cv-00511

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr.
