# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 6:07-cv-00511 |
| | ) | |
| v. | ) | Judge Leonard Davis |
| | ) | |
| CDW CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON JOINT MOTION FOR EXTENSION OF
TIME FOR NEWEGG INC. TO FILE ITS BILL OF COSTS**

Before the Court is the parties' Joint Motion for Extension of Time for Newegg Inc. to File its Bill of Costs.  The Court hereby **GRANTS** the motion.

The deadline for defendant Newegg Inc. to file its bill of costs is hereby reset to fourteen (14) days following the earlier of the date upon which: (1) the Supreme Court denies Soverain's certiorari petition; (2) if Soverain does not file such petition, the expiration of the deadline for Soverain to file such petition; or (3) if Soverain's certiorari petition is granted, the Supreme Court announces its opinion, provided Newegg is still entitled to its costs in this action in view of any such opinion.

In light of the foregoing, Defendant Newegg's Motion for Extension of Time to File Its Bill of Costs is hereby **DENIED** as **MOOT**.