IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 6:07-cv-00511 |
| | ) | |
| v. | ) | Judge Leonard Davis |
| | ) | |
| CDW CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANT NEWEGG INC.'S UNOPPOSED
MOTION FOR RELEASE OF *SUPERSEDEAS* BOND**

Before the Court is Defendant Newegg Inc.'s Unopposed Motion for Release of *Supersedeas* Bond. The Court hereby **GRANTS** the motion.

The *supersedeas* bond posted by Newegg to stay execution of this Court's Final Judgment is hereby discharged, released, and exonerated, and the surety of such bond, as well as its parents, affiliates and subsidiaries, are hereby released from any and all past, present or future liability in connection with the issuance of this bond.