IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** ) <br>  ) <br> **Plaintiff,** ) <br>  ) <br> v. ) <br>  ) <br> **CDW CORPORATION, et al.** ) <br>  ) <br>  ) <br> **Defendants.** ) | Case No. 6:07-CV-00511-LED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR NEWEGG'S DEADLINE TO FILE BILL OF COSTS**

NOW COMES Plaintiff Soverain Software, LLC ("Soverain") and files this unopposed motion for an extension of time of fourteen (14) days for Defendant Newegg, Inc. to file its bill of costs in this action.

Per the Court's Order (Docket # 465) the deadline is currently scheduled for two weeks following the Supreme Court's denial of Soverain's certiorari petition, which is now calculated to be January 27, 2014.

Soverain currently has deadlines in multiple courts, including this court in multiple cases as well as the Federal Circuit, in which to act within two weeks following the Supreme Court's action on the petition for certiorari.  As a result, Soverain believes that absent a brief extension it will not be able to devote sufficient resources to the issues in Newegg's bill of costs motion to ensure that all disputes that the Court would expect be resolved are in fact resolved.  Soverain believes that a brief two week extension of this deadline will assist the parties in resolving as many issues as possible with respect to Newegg's bill of costs in this case.  Soverain has conferred with counsel for Newegg and Newegg is not opposed to this motion.

Accordingly, Soverain requests the Court to extend the deadline for filing the bill of costs in this matter for fourteen (14) days, up to and including, February 10, 2014.

                Respectfully submitted,

                *Michael C. Smith*
                Michael C. Smith
                State Bar No. 18650410
                Siebman, Burg, Phillips & Smith, LLP
                113 East Austin Street
                Marshall, Texas 75670
                Office: (903) 938-8900
                (Fax):  (972) 767-4620
                michaelsmith@siebman.com

                COUNSEL FOR SOVERAIN SOFTWARE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail.

                /s/ *Michael C. Smith*
                Michael C. Smith