# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:07-CV-00511-LED |
| **CDW CORPORATION, et al.** | ) |
| Defendants. | ) |

## ORDER

CAME ON TO BE HEARD THIS DAY Plaintiff Soverain Software, LLC's unopposed motion for an extension of time of fourteen (14) days for Defendant Newegg, Inc. to file its bill of costs in this action. After considering the motion, the Court finds that it is well taken and should be granted. It is, therefore, ORDERED that the deadline for filing the bill of costs in this matter is hereby extended until and including February 10, 2014.

**So ORDERED and SIGNED this 24th day of January, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**