# Exhibit B-1



## Appeal Documents

<u>6:07-cv-00511-LED Soverain Software LLC v. CDW Corporation et al</u> **CASE CLOSED on 08/11/2010**
CLOSED, PATENT, PATENT/TRADEMARK, PROTECTIVE-ORDER

U.S. District Court [LIVE]

Eastern District of TEXAS

### Notice of Electronic Filing

The following transaction was entered by Baldauf, Kent on 9/10/2010 at 2:57 PM CDT and filed on 9/10/2010

**Case Name:**  Soverain Software LLC v. CDW Corporation et al
**Case Number:**  6:07-cv-00511-LED
**Filer:**  Newegg Inc.
**WARNING: CASE CLOSED on 08/11/2010**
**Document Number:** 445

**Docket Text:**
NOTICE OF APPEAL - PATENT CASE as to [435] Judgment,,,,,, by Newegg Inc.. Filing fee $ 455, receipt number 0540-2663849. (Baldauf, Kent)


**6:07-cv-00511-LED Notice has been electronically mailed to:**

Amanda Aline Abraham     aa@rothfirm.com, jf@rothfirm.com, lp@rothfirm.com

Andrey Belenky     abelenky@jonesday.com

Barry J Schindler     schindlerb@gtlaw.com

Barry R Satine     barryrsatine@jonesday.com

Brendan Clay Roth     br@rothfirm.com

Carl R Roth     cr@rothfirm.com, lp@rothfirm.com

Charles Edward Juister     cjuister@marshallip.com, jdaly@marshallip.com

Clark Craddock     ccraddock@jonesday.com, dpjacobson@jonesday.com

Claudia Wilson Frost     claudia.frost@pillsburylaw.com, pam.howell@pillsburylaw.com

Daniel H Brean     dbrean@webblaw.com, jburgess@webblaw.com

David C Hanson     dhanson@webblaw.com, jburgess@webblaw.com

Debra R Smith     debrarsmith@jonesday.com, debrose59@gmail.com

Douglas Ray McSwane , Jr     dougmcswane@potterminton.com, vam@potterminton.com

Eric Hugh Findlay     efindlay@findlaycraft.com, bcraft@findlaycraft.com, ncadenhead@findlaycraft.com, nvasquez@findlaycraft.com

Gaston Kroub     kroubg@gtlaw.com

George T Manning     gtmanning@jonesday.com

Herbert A Yarbrough , III     trey@yw-lawfirm.com, debby@yw-lawfirm.com, ilene@yw-lawfirm.com, jana@yw-lawfirm.com, lisa@yw-lawfirm.com

Jennifer Seraphine     jseraphine@jonesday.com, dpjacobson@jonesday.com

Jeremy Jason Gaston     jeremy.gaston@pillsburylaw.com

John W McIlvaine , III     jmcilvaine@webblaw.com, jburgess@webblaw.com

Julianne Hartzell     jhartzell@marshallip.com, ahernandez@marshallip.com

Kenneth Canfield     kcanfield@jonesday.com

Kenneth Robert Adamo     kradamo@jonesday.com, mbrazil@jonesday.com

Kent E Baldauf , Jr     kbaldaufjr@webblaw.com, jburgess@webblaw.com

Lynda Q Nguyen     lqnguyen@jonesday.com

Mark Christopher Howland     mchowland@jonesday.com, jdraeger@jonesday.com

Mark Daniel Strachan     mstrachan@swtriallaw.com

Mary-Olga Lovett     lovettm@gtlaw.com, alemana@gtlaw.com, HOULitDock@gtlaw.com

Matthew C Nielsen     mnielsen@marshallip.com, dbland@marshallip.com, mkipley@marshallip.com

Michael A Nicodema     nicodemam@gtlaw.com, kihma@gtlaw.com

Michael Charles Smith     michaelsmith@siebman.com, pammatthews@siebman.com

Michael Philip Patterson     mike@mikepattersonmediation.com, kara@mikepattersonmediation.com

Mira S Wolff     mira.s.wolff@newegg.com

Ognjan V Shentov     ovshentov@jonesday.com, elgoodman@jonesday.com

Richard Alan Sayles     dsayles@swtriallaw.com, hroberson@swtriallaw.com

Scott A Sanderson     ssanderson@marshallip.com, mgreene@marshallip.com

Stela Cristina Tipi     stipi@jonesday.com

Thomas Demitrack     tdemitrack@jonesday.com

Thomas L Duston     tduston@marshallip.com, akosterman@marshallip.com, lsolski@marshallip.com

Thomas L Giannetti     tlgiannetti@jonesday.com, elgoodman@jonesday.com, kavelez@jonesday.com

**6:07-cv-00511-LED Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/10/2010] [FileNumber=6633079-0
] [89ac81c834f65fb11d507a976c169a159761b8aa3405c2fb6ea1ac325ac5283e735
f705486bb55b441546692b903741674c9256762a43c0844cb2bb357dd395e]]