# Exhibit

# B-2

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

**COPY**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7940*** | 12/5/2008 | 3224 |
| **Job Date** | **Case No.** | |
| 11/19/2008 | | |
| **Case Name** | | |
| Soverain Software v CDW Corp | | |
| **Payment Terms** | | |
| Payment on or before delivery | | |

Alexander Detschelt, Esq.
The Webb Law Firm
700 Koppers Building
Pittsburgh, PA 15219

---

1 copy                          149 pages                                                                947.00
   Mark Cirmotich
      Exhibits                                          97.00  Pages
      CD Exhibits
      Condensed/Index
      ASCII Disk
      CD E-transcript

*Deposition   5185-674375   DPT*

**TOTAL DUE >>>                    $947.00**

COMPLIMENTARY CONFERENCE ROOMS NATIONWIDE

*Invoice cannot be adjusted after
30 days from the original invoice date*

*We appreciate
your business.*

*Thank you!*

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8335*** | 2/27/2009 | 3438 |
| **Job Date** | **Case No.** | |
| 2/5/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corp | | |
| **Payment Terms** | | |
| Payment on or before delivery | | |

Alexander Detschelt, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

5188-074375

| Duplication Video Services | | |
|---|---|---|
| John Schachat | | 478.00 |
| Digital DVD | 3.00  Disks | |
| | **TOTAL DUE >>>** | **$478.00** |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.

**Tax ID:** 11-2742258

COPY

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

RECEIVED
THE WEBB LAW FIRM
MAR ~ 9 2009

Alexander Detschelt, Esq
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8286 | 3/6/2009 | 3437 |

| Job Date | Case No. |
|---|---|
| 2/5/2009 | |

| Case Name |
|---|
| Soverain Software v CDW Corp |

| Payment Terms |
|---|
| Net 30, 2% per month on unpaid balance |

| 1 copy | 155 pages | | 928.00 |
|---|---|---|---|
| John Harlan Schachat | | | |
| Exhibits | 77.00 Pages | | |
| CD Exhibits | | | |
| Condensed/Index | | | |
| ASCII Disk | | | |
| E-Transcript | | | |

**TOTAL DUE >>>**   **$928.00**

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.

Invoice cannot be adjusted after
30 days from the original invoice date

*We appreciate
your business.*

*Thank you!*

**Tax ID:** 11-2742258



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8909 | 7/31/2009 | 3863 |

| Job Date | Case No. | |
|---|---|---|
| 7/8/2009 | | |

| Case Name | | |
|---|---|---|
| Soverain Software v CDW Corporation | | |

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

5/88 -074375

| 1 copy | 283 pages | | |
|---|---|---|---|
| 30(b)(6) James Wu | | | 1,766.00 |
| Rough ASCII | | 283.00  Pages | |
| Exhibits tabbed/bound/copy | | | |
| Exhibits Scan/OCR/CD | | | |
| Condensed/Index | | | |
| *Litigation Support Package | | | |

| | TOTAL DUE  >>> | $1,766.00 |
|---|---|---|
| | AFTER 8/30/2009  PAY | $1,854.30 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*



Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9017 | 8/28/2009 | 3864 |

| Job Date | Case No. | |
|---|---|---|
| 7/8/2009 | | |

| Case Name | | |
|---|---|---|
| Soverain Software v CDW Corporation | | 5188-074375 |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

---

Duplication Video Services
   30(b)(6) James Wu                                        478.00
      Digital DVD

      3.00  Disks

      TOTAL DUE >>>           **$478.00**
      AFTER 9/27/2009  PAY       $501.90

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

**Tax ID:** 11-2742258

---

*Please detach bottom portion and return with payment.*

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| | | | |
|---|---|---|---|
| Job No. | : 3864 | BU ID | : Video |
| Case No. | : | | |
| Case Name | : Soverain Software v CDW Corporation | | |
| Invoice No. | : 9017 | Invoice Date | : 8/28/2009 |
| **Total Due** | : **$478.00** | | |

AFTER 9/27/2009  PAY  $501.90

**PAYMENT WITH CREDIT CARD**       

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Toby Feldman, Inc.**
           **1 Penn Plaza, Suite 4510**
           **New York, NY 10119**



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8907 | 7/31/2009 | 3865 |
| Job Date | Case No. | |
| 7/9/2009 | | |
| Case Name | | |
| Soverain Software v CDW Corporation | | |
| Payment Terms | | |
| Net 30, 1.5% per month on unpaid balance | | |

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

5188-074375

| | | | |
|---|---|---|---|
| 1 copy | 89 pages | | |
| 30(b)(1) James Wu | | | 777.50 |
| Rough ASCII | | 89.00  Pages | |
| Exhibits tabbed/bound/copy | | 72.00 | |
| Exhibits Scan/OCR/CD | | 72.00 | |
| Condensed/Index | | | |
| *Litigation Support Package | | | |
| 1 copy | 54 pages | | |
| 30(b)(6) James Wu | | | 530.50 |
| Rough ASCII | | 54.00  Pages | |
| Exhibits tabbed/bound/copy | | 119.00 | |
| Exhibits Scan/OCR/CD | | 119.00 | |
| Condensed/Index | | | |
| 1 copy | 25 pages | | |
| 30(b)(1) Lucy Huo | | | 292.50 |
| Rough ASCII | | 25.00  Pages | |
| Realtime Feed | | 25.00 | |
| Exhibits tabbed/bound/copy | | 25.00 | |

$ 1600.50

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8964 | 8/28/2009 | 3866 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation 5188-074375 | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

Duplication Video Services
  30(b)(1) James Wu, Lucy Huo - 30 (b)(6) James Wu                                              478.00
    Digital DVD

                                                              3.00  Disks

                                                       TOTAL DUE >>>                    $478.00
                                                       AFTER 9/27/2009 PAY              $501.90

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

Job No.        : 3866            BU ID          : Video
Case No.       :
Case Name      : Soverain Software v CDW Corporation

Invoice No.    : 8964            Invoice Date   : 8/28/2009
**Total Due**  : **$478.00**
AFTER 9/27/2009 PAY $501.90

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Toby Feldman, Inc.**
           **1 Penn Plaza, Suite 4510**
           **New York, NY 10119**

# National Video Reporters, Inc.
## 7 Cedar Drive
## Woburn, MA 01801

### Tel. 800-551-2440

# INVOICE

RECEIVED
THE WEBB LAW FIRM

NOV 16 2009

| DATE | INVOICE # |
| --- | --- |
| 11/6/2009 | 27480 |

5188-074379

COPY

BILL TO:

The Webb Law Firm
James Bosco, Esquire
700 Koppers Bldg.
436 Seventh Ave.
Pittsburgh, PA 15219

| | Terms | REF |
| --- | --- | --- |
| | Due on receipt | Synch |
| | AllN-02425K,M,N,O | |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Deposition Dates: 09/01/09, 07/09/09, 09/24/09, 09/25/09 | | | |
| Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al. | | | |
| Deponents: Dr. Michael Shamos, James Wu, James Nawrocki, Christopher | | | |
| Bakewell | | | |
| Location: Boston, MA | | | |
| Court Reporter: All New England Court Reporting | | | |
| | | | |
| Duplication: MPEG1 Digitization  - per hour 09/01/09 Dr. Michael Shamos | 3 | 50.00 | 150.00T |
| Video-Transcript Synchronization: per hour | 3 | 50.00 | 150.00T |
| Duplication: MPEG1 Digitization  - per hour 07/09/09 James Wu | 3 | 50.00 | 150.00T |
| Video-Transcript Synchronization: per hou | 3 | 50.00 | 150.00T |
| Duplication: MPEG1 Digitization  - per hour 09/24/09 James Nawrocki | 7 | 50.00 | 350.00T |
| Video-Transcript Synchronization: per hour | 7 | 50.00 | 350.00T |
| Duplication: MPEG1 Digitization  - per hour 09/25/09 Christopher Bakewell | 7.5 | 50.00 | 375.00T |
| Video-Transcript Synchronization: per hour | 7.5 | 50.00 | 375.00T |
| | | | |
| Discount: 20% on MPEG1 & synch charges | | -410.00 | -410.00 |
| | | | |
| Shipped Via - UPS Next Day | | 40.00 | 40.00 |
| | | | |
| Out of State - No Sales Tax | | | 0.00 |

Total: $1,640

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719. | Payments Received | $0.00 |
| --- | --- | --- |
| | **BALANCE DUE** | **$1,680.00** |

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**

**Tel. 800-551-2440**

COPY



RECEIVED
THE WEBB LAW FIRM

NOV 2 7 2009

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/6/2009 | 27541 |

BILL TO:

The Webb Law Firm
James Bosco, Esquire
700 Koppers Bldg.
436 Seventh Ave.
Pittsburgh, PA 15219

| Terms | REF |
|-------|-----|
| Due on receipt | Synch |
| AllN-02425L,P,Q | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Deposition Dates: 07/08/09, 07/09/09, 08/20/09, 09/10/09 | | | |
| Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al. | | | |
| Deponents: James Wu, Katherine Wolanyk, Jack Grimes, Ph.D. | | | |
| | | | |
| Duplication: MPEG1 Digitization  - per hour 07/08/09 James Wu | 6 | 50.00 | 300.00T |
| Video-Transcript Synchronization: per hour | 6 | 50.00 | 300.00T |
| Duplication: MPEG1 Digitization  - per hour 07/09/09 James Wu | 1 | 50.00 | 50.00T |
| Video-Transcript Synchronization: per hou | 1 | 50.00 | 50.00T |
| Duplication: MPEG1 Digitization  - per hour 08/20/09 Katherine Wolanyk | 4.5 | 50.00 | 225.00T |
| Video-Transcript Synchronization: per hour | 4.5 | 50.00 | 225.00T |
| Duplication: MPEG1 Digitization  - per hour 09/10/09 Jack Grimes, Ph.D. | 7.5 | 50.00 | 375.00T |
| Video-Transcript Synchronization: per hour | 7.5 | 50.00 | 375.00T |
| | | | |
| Discount: 20% on MPEG1 & synch charges | | -380.00 | -380.00 |
| | | | |
| Shipped Via - UPS Next Day 11/19/09 | | 40.00 | 40.00 |
| Shipped Via - UPS Next Day 11/20/09 | | 40.00 | 40.00 |
| Out of State - No Sales Tax | | | 0.00 |

Total: $1,570.00

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | **$1,600.00** |



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8925 | 8/14/2009 | 3876 |
| **Job Date** | **Case No.** | |
| 7/15/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation | | |
| | 5788-074375 | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| 1 copy | 200 pages | | |
|---|---|---|---|
| 30(b)(6) Rick Quiroga | | | 1,743.00 |
| Rough ASCII | 200.00 | Pages | |
| Exhibits tabbed/bound/copy | 392.00 | | |
| Exhibits Scan/OCR/CD | 392.00 | | |
| Condensed/Index | | | |
| 1 copy | 126 pages | | |
| 30(b)(6) Lee Cheng | | | 980.00 |
| Rough ASCII | 126.00 | Pages | |
| Exhibits tabbed/bound/copy | 38.00 | | |
| Exhibits Scan/OCR/CD | 38.00 | | |
| Condensed/Index | | | |
| *Litigation Support Package | | | |

| | TOTAL DUE >>> | $2,723.00 |
|---|---|---|
| | AFTER 9/13/2009 PAY | $2,859.15 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| Job No. | : 3876 | BU ID | : Agency |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Soverain Software v CDW Corporation | | |

| Invoice No. | : 8925 | Invoice Date | : 8/14/2009 |
|---|---|---|---|

**Total Due** : **$2,723.00**
AFTER 9/13/2009 PAY $2,859.15

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Toby Feldman, Inc.**
**1 Penn Plaza, Suite 4510**
**New York, NY 10119**



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9015 | 8/28/2009 | 3877 |

| Job Date | Case No. | |
|---|---|---|
| 7/15/2009 | | |

| Case Name | | |
|---|---|---|
| Soverain Software v CDW Corporation | 5788-074375 | |

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

---

Duplication Video Services
  Lee Cheng and Rick Quiroga

    Digital DVD        5.00  Disks               778.00

      **TOTAL DUE >>>**      **$778.00**
      AFTER 9/27/2009  PAY    $816.90

Invoice cannot be adjusted after 30 days from the original date & is not contigent upon client payment

**Tax ID:** 11-2742258

---

*Please detach bottom portion and return with payment.*

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| | | | | |
|---|---|---|---|---|
| Job No. | : 3877 | | BU ID | : Video |
| Case No. | : | | | |
| Case Name | : Soverain Software v CDW Corporation | | | |

Invoice No.   : 9015        Invoice Date    : 8/28/2009
**Total Due**   : **$778.00**
AFTER 9/27/2009  PAY $816.90

**PAYMENT WITH CREDIT CARD**      AMEX  [ ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Toby Feldman, Inc.**
         **1 Penn Plaza, Suite 4510**
         **New York, NY 10119**

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**

**Tel. 800-551-2440**

RECEIVED
THE WEBB LAW FIRM

AUG 1 0 2009

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/1/2009 | 27047 |


COPY

BILL TO:

The Webb Law Firm
David C. Hanson, Esquire
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219-1845

| | Terms | REF |
|---|---|---|
| | Due on receipt | ANE |
| | AIIN-02425 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Deposition Date: 07/24/2009<br>Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al.<br>Deponent: G. Winfield Treese<br>Location: Boston, MA<br>Court Reporter: All New England Court Reporting | | | |
| Videotaping: First hour (minimum includes setup, strike & travel) | 1 | 295.00 | 295.00T |
| Videotaping: Additional hours | 5 | 95.00 | 475.00T |
| Video Cassette(s): 124 Minute DVCam Master - Archived | 2 | 38.00 | 76.00T |
| Parking | | ~~36.00~~ | ~~36.00~~ |
| Duplication: DVD Digitization - per hour | 4.5 | 65.00 | 292.50T |
| Shipped Via - UPS | | ~~20.00~~ | ~~20.00~~ |
| Out of State - No Sales Tax | | | 0.00 |
| | | | total: $1,138.5 |

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | **$1,194.50** |

5188-074375



All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

COPY

RECEIVED
THE WEBB LAW FIRM

AUG 1 3 2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24899 | 08/11/2009 | 02-10694 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2009 | ANBLAT | |

| CASE CAPTION |
|---|
| Soverain Software,LLC vs. CDW Corp. et al |

| TERMS |
|---|
| Due upon receipt |

David Hanson, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:
G. Winfield Treese
    Rough Draft
    Postage and Handling

120 Pages @         3.35/Page        402.00
120.00 Pages @      1.25/Page        150.00
                                      10.00
                              Total $552.00

TOTAL  DUE  >>>>                     562.00

Thank you for your business.
Nancy C. Varallo, RDR/CRR

TAX ID NO.: 59-3799965                          (412) 227-3026   Fax (412) 471-4094

*Please detach bottom portion and return with payment.*

# National Video Reporters, Inc.
## 7 Cedar Drive
## Woburn, MA 01801

### Tel. 800-551-2440

RECEIVED
THE WEBB LAW FIRM

NOV 12 2009

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/4/2009 | 27459 |

5188-074375

COPY

BILL TO:

The Webb Law Firm
James Bosco, Esquire
700 Koppers Bldg.
436 Seventh Ave.
Pittsburgh, PA 15219

| | Terms | REF |
|---|---|---|
| | Due on receipt | Synch |
| | AllN-02425E-H | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Deposition Dates: 07/24/09, 07/30/09, 08/04/09, 08/25/09<br>Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al.<br>Deponents: G. Winfield Treese, Andrew C. Payne, Dr. Lawrence C.<br>Stewart, Shikhar Ghosh<br>Location: Boston, MA<br>Court Reporter: All New England Court Reporting | | | |
| Video-Transcript Synchronization: per hour 07/24/09 G. Winfield Treese | 4.5 | 50.00 | 225.00T |
| Video-Transcript Synchronization: per hour 07/30/09 Andrew C. Payne | 3.5 | 50.00 | 175.00T |
| Video-Transcript Synchronization: per hour 08/04/09 Dr. Lawrence C. Stewart | 4.5 | 50.00 | 225.00T |
| Video-Transcript Synchronization: per hour 08/25/09 Shikhar Ghosh | 3.5 | 50.00 | 175.00T |
| Discount: 20% on synch charges | | -160.00 | -160.00 |
| Shipped Via - UPS Next Day | | 40.00 | 40.00 |
| Out of State - No Sales Tax | | | 0.00 |
| | | | Total: $640.00 |

| | | |
|---|---|---|
| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719. | **Payments Received** | $0.00 |
| | **BALANCE DUE** | **$680.00** |

COPY

S188-079375

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**

**Tel. 800-551-2440**

# INVOICE

RECEIVED
THE WEBB LAW FIRM
AUG 10 2009

| DATE | INVOICE # |
|------|-----------|
| 8/1/2009 | 27049 |

BILL TO:

The Webb Law Firm
David C. Hanson, Esquire
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219-1845

| Terms | REF |
|-------|-----|
| Due on receipt | ANE |
| AIIN-02425A | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Deposition Date: 07/30/2009 | | | |
| Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al. | | | |
| Deponent: Andrew C. Payne | | | |
| Location: Boston, MA | | | |
| Court Reporter: All New England Court Reporting | | | |
| | | | |
| Videotaping:  First hour (minimum includes setup, strike & travel) | 1 | 295.00 | 295.00T |
| Videotaping:  Additional hours | 4 | 95.00 | 380.00T |
| Video Cassette(s): 124 Minute DVCam Master - Archived | 2 | 38.00 | 76.00T |
| Parking | | 34.00 | 34.00 |
| | | | |
| Duplication: DVD Digitization  - per hour | 3.5 | 65.00 | 227.50T |
| | | | |
| Shipped Via - UPS | | 20.00 | 20.00 |
| | | | |
| Out of State - No Sales Tax | | | 0.00 |
| | | | Total: $978.50 |

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | **$1,032.50** |

5788-074373

All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284



# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24956 | 08/13/2009 | 02-10825 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/30/2009 | ANBLAT | |

| CASE CAPTION |
|---|
| Soverain Software,LLC vs. CDW Corp. et al |

| TERMS |
|---|
| Due upon receipt |

David Hanson, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:
  Andrew C. Payne                    102 Pages @        3.35/Page      341.70
      Rough Draft               102.00 Pages @        1.25/Page      127.50
      Postage and Handling                                            10.00
                                                                Total $464.20

                              TOTAL  DUE  >>>>                        479.20

Thank you for your business.
Nancy C. Varallo, RDR/CRR

**TAX ID NO. :** 59-3799965                         (412) 227-3026   Fax (412) 471-4094

Please detach bottom portion and return with payment

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**

**Tel. 800-551-2440**

COPY

# INVOICE

| | DATE | INVOICE # |
|---|---|---|
| RECEIVED THE WEBB LAW FIRM | 8/4/2009 | 27098 |

AUG 2 0 2009

BILL TO:

The Webb Law Firm
David C. Hanson, Esquire
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219-1845

5188-074375

| Terms | REF |
|---|---|
| Due on receipt | ANE |
| AIIN-02425B | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Date: 08/04/2009<br>Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al.<br>Deponent: Dr. Lawrence C. Stewart<br>Location: Boston, MA<br>Court Reporter: All New England Court Reporting | | | |
| Digital Video Recording:  First hour (minimum includes recording media, setup, strike & travel) | 1 | 335.00 | 335.00T |
| Digital Video Recording:  Additional hours | 5.5 | 115.00 | 632.50T |
| Parking | | ~~36.00~~ | ~~36.00~~ |
| Duplication: DVD Digitization  - per hour | 4.5 | 65.00 | 292.50T |
| Shipping - UPS | | ~~20.00~~ | ~~20.00~~ |
| Out of State - No Sales Tax | | | 0.00 |
| | | | Total: $1,260.00 |

| | | |
|---|---|---|
| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719. | **Payments Received** | $0.00 |
| | **BALANCE DUE** | ~~$1,316.00~~ |

COPY 5188-074375

All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284

RECEIVED
THE WEBB LAW FIRM
AUG 17 2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24958 | 08/13/2009 | 02-10824 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/04/2009 | ANBLAT | |

| CASE CAPTION | | |
|---|---|---|
| Soverain Software,LLC vs. CDW Corp. et al | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

David Hanson, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Lawrence C. Stewart | 126 Pages @ | 3.35/Page | 422.10 |
| Rough Draft | 126.00 Pages @ | 1.25/Page | 157.50 |
| Postage and Handling | | | 10.00 |
| | | | $579.60 |
| | TOTAL DUE >>>> | | 589.60 |

Thank you for your business.
Nancy C. Varallo, RDR/CRR

TAX ID NO. : 59-3799965                     (412) 227-3026   Fax (412) 471-4094

Please detach bottom portion and return with payment.

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**

COPY

# INVOICE

**Tel. 800-551-2440**

RECEIVED
THE WEBB LAW FIRM

AUG 24 2009

| DATE | INVOICE # |
|------|-----------|
| 8/14/2009 | 27122 |

BILL TO:

The Webb Law Firm
David C. Hanson, Esquire
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219-1845

| | Terms | REF |
|---|-------|-----|
| | Due on receipt | ANE |
| | AllN-02425C | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date: 08/14/2009 | | | |
| Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al. | | | |
| Deponent: Thomas Levergood | | | |
| Location: Boston, MA | | | |
| Court Reporter: All New England Court Reporting | | | |
| | | | |
| Digital Video Recording: First hour (minimum includes recording media, setup, strike & travel) | 1 | 335.00 | 335.00T |
| Digital Video Recording: Additional hours | 1.5 | 115.00 | 172.50T |
| Parking | | ~~34.00~~ | ~~34.00~~ |
| Duplication: DVD Digitization - per hour | 3 | 65.00 | 195.00T |
| Shipping - UPS to: Attorney Bosco | | ~~20.00~~ | ~~20.00~~ |
| Out of State - No Sales Tax | | | 0.00 |
| | | | $702.50 |

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | ~~$756.50~~ |



All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282  Fax (508) 753-9284

**COPY**

**RECEIVED**
**THE WEBB LAW FIRM**

AUG 2 6 2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 25100 | 08/24/2009 | 02-10847 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/14/2009 | ANBLAT | |

| CASE CAPTION |
|---|
| Soverain Software, LLC vs. CDW Corp. et al |

| TERMS |
|---|
| Due upon receipt |

James Bosco, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:
Thomas M. Levergood
Rough Draft
Postage and Handling

| | | |
|---|---|---|
| 86 Pages @ | 3.35/Page | 288.10 |
| 86.00 Pages @ | 1.25/Page | 107.50 |
| | | ~~10.00~~ |
| | Total, $395.60 |  |

**TOTAL  DUE  >>>>**      ~~405.60~~

Thank you for your business.
Nancy C. Varallo, RDR/CRR

**TAX ID NO. :** 59-3799965                    (412) 227-3026    Fax (412) 471-4094

5188-074375



# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 313730 | 8/21/2009 | 342982 |
| **Job Date** | **Case No.** | |
| 8/20/2009 | | |
| **Case Name** | | |
| Soverain Software, LLC. vs. CDW Corporation, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Kent Baldauf
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Katharine Wolanyk | 209.00 Pages | @ | 3.55 | 741.95 |
| Next Day Delivery | | | | 365.75 |
| Condensed Transcript | | | 25.00 | 25.00 |
| E-Transcript File | | | 25.00 | 25.00 |
| Summation File | | | 0.00 | 0.00 |
| E-Transcript File | | | 25.00 | 25.00 |
| Original Exhibits Attached | | | 0.00 | 0.00 |
| Appearance (Hourly) | 6.00 Hour | @ | 40.00 | 240.00 |
| Delivery & Handling | | | 45.00 | 45.00 |

TOTAL DUE >>>    **$1,467.70**

Total: $1,397.70

E-tran and summation file sent via email on 08-21-09.
FedEx Standard Overnight charges applied.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

5188-074375



# INVOICE

McCorkle Video
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 315457 | 9/3/2009 | 342983 |
| **Job Date** | **Case No.** | |
| 8/20/2009 | | |
| **Case Name** | | |
| Soverain Software, LLC. vs. CDW Corporation, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Kent Baldauf
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

Katharine Wolanyk

| | | | | |
|---|---|---|---|---|
| Video - 2 Hour Minimum | | | 325.00 | 325.00 |
| Video Additional Hours | 4.50 Hour | @ | 125.00 | 562.50 |
| Delivery & Handling | | | 11.80 | 11.80 |

TOTAL DUE >>>   $899.30

Total: $887.50

3 DVDs sent.
Delivery fee reflects FedEx charges.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

RECEIVED
THE WEBB LAW FIRM
SEP - 8 2009

ax ID: 362799976

*Please detach bottom portion and return with payment.*



National Video Reporters, Inc.
7 Cedar Drive
Woburn, MA 01801

Tel. 800-551-2440

# INVOICE

RECEIVED
THE WEBB LAW FIRM

SEP 1 4 2009

| DATE | INVOICE # |
|------|-----------|
| 8/25/2009 | 27165 |

**BILL TO:**

The Webb Law Firm
David C. Hanson, Esquire
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219-1845

| Terms | REF |
|-------|-----|
| Due on receipt | ANE |
| AllN-02425D | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date: 08/25/2009 | | | |
| Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al. | | | |
| Deponent: Shikhar Ghosh | | | |
| Location: Boston, MA | | | |
| Court Reporter: All New England Court Reporting | | | |
| | | | |
| Digital Video Recording: First hour (minimum includes recording media, setup, strike & travel) | 1 | 335.00 | 335.00T |
| Digital Video Recording: Additional hours | 3 | 115.00 | 345.00T |
| Parking | | 36.00 | 36.00 |
| | | | |
| Duplication: DVD Digitization - per hour | 3.5 | 65.00 | 227.50T |
| | | | |
| Shipping - UPS to: Attorney Brean | | 20.00 | 20.00 |
| | | | |
| Out of State - No Sales Tax | | | 0.00 |
| | | | Total: $907.50 |

Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719.

| | |
|---|---|
| **Payments Received** | $0.00 |
| **BALANCE DUE** | $963.50 |

5188-074375

All New England Reporting Service, LLC
9 Hammond Street
Worcester, MA 01610
(508) 753-9282   Fax (508) 753-9284


**COPY**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 25315 | 09/10/2009 | 02-11024 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/25/2009 | ANBLAT | |

| **CASE CAPTION** | | |
|---|---|---|
| Soverain Software,LLC vs. CDW Corp. et al | | |

| **TERMS** | | |
|---|---|---|
| Due upon receipt | | |

Kent E. Baldauf, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219

ORIGINAL TRANSCRIPT OF:
    Shikhar Ghosh                    126 Pages @         3.35/Page          422.10
        Rough Draft              126.00 Pages @         1.25/Page          157.50
        Postage & Handling                                                ~~10.00~~

                                            TOTAL  DUE  >>>>                ~~589.60~~
                                                                    Total:  $579.60

Thank you for your business.
Nancy C. Varallo, RDR/CRR

RECEIVED
THE WEBB LAW FIRM

SEP 1 4 2009

**TAX ID NO. :**  59-3799965                                (412) 227-3026    Fax (412) 471-4094

*Please detach bottom portion and return with payment*

 



**INVOICE**

Invoice No. 2973
Invoice Date: 9/04/09

Sold To: Webb Law Firm          Ship To: Kent Baldauf Jr., Esquire
436 Seventh Avenue              Deponent: Michael Shamos Ph. D
700 Koppers Building            Video Job #:  NA
Pittsburgh, Pa 15222

Case: Soverain Software v. CDW Corp.    Date Ordered: 9/01/09
Shipped:  Fed Ex                        F.O.B. Veritas Legal Service LLC
Terms: NET 30                           Payment Due: 10/15/09

| Quantity | Description | Rate | Price |
|----------|-------------|------|-------|
| 1 | Appearance Fee | $ 225.00 | $ 225.00 |
| 3.5 | Additional hours | $  75.00 | $ 262.50 |
| 1 | Parking | face value | $  ~~12.00~~ |

Total $274.20

Thank you for your patronage.

TOTAL: $ ~~286.20~~

# Weber Reporting, LLC

515 Deereco Road
Suite 200
Timonium, MD 21093
Tel: (412) 401-6226    Fax: (410) 821-4889

Job #: 090901WEW
Job Date: 09/01/2009
Order Date: 09/01/2009
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 1853 |
| Inv.Date: | 09/04/2009 |
| Balance: | $845.50 |

**Bill To:**
David C. Hanson, Esq
Webb Law Offices
436 Seventh Avenue
700 Koppers Building
Pittsburgh, PA 15219

Action: **Soverain Software**
vs
**CDW Corporation**

Action #:

Rep: **WEW**

Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | Per Diem (Half Day) | Session | 1.00 | $75.00 | $0.00 | $75.00 |
| 2 | Michael Shamos, Ph.D. | Original | Pages | 120 | $5.00 | $0.00 | $600.00 |
| 3 | Michael Shamos, Ph.D. | Rough ASCII | Pages | 104 | $1.00 | $0.00 | $104.00 |
| 4 | Michael Shamos, Ph.D. | Condensed Transcript | Book | 16.00 | $0.00 | $0.00 | $0.00 |
| 5 | Michael Shamos, Ph.D. | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 6 | Michael Shamos, Ph.D. | Exhibits - Regular Sized | Copy | 166.00 | $0.25 | $0.00 | $41.50 |
| 7 | | Shipping & Handling | Package | 1.00 | -$25.00 | $0.00 | -$25.00 |

RECEIVED
THE WEBB LAW FIRM
SEP 1 0 2009

**Comments:**
Exhibits scanned and burned to CD.  Etranscript file emailed 9/3/09

Thank Your For Business

| | |
|---|---|
| Sub Total | $845.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $845.50 |
| Payment | $0.00 |
| Balance Due | $845.50 |

Federal Tax I.D.:  20-4756786

Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Total: $716.50



Weber Reporting, LLC
5 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (412) 401-6226    Fax: (410) 821-4889

**RECEIVED**
**THE WEBB LAW FIRM**
SEP 2 8 2009

Job #: 090902CLEE
Job Date: 09/02/2009
Order Date: 09/02/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 1867 |
| Inv.Date: | 09/22/2009 |
| Balance: | $822.50 |

**Bill To:**
Kent E. Baldauf, Jr., Esq
Webb Law Offices
436 Seventh Avenue
700 Koppers Building
Pittsburgh, PA 15219

Action: Soverain Software
vs
CDW Corporation

Action #:
Rep: CLEE
Cert:

**COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Edward Tittel | Copy of Proceedings | Pages | 232 | $2.50 | $0.00 | $580.00 |
| 2 | Edward Tittel | Transcript in ASCII/PDF Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 3 | Edward Tittel | Condensed Transcript | Book | 1.00 | $0.00 | $0.00 | $0.00 |
| 4 | Edward Tittel | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 5 | Edward Tittel | Exhibits - Regular Sized | Copy | 380.00 | $0.25 | $0.00 | $95.00 |
| 6 | Edward Tittel (Vol. I) | Copy of Proceedings | Pages | 49 | $2.50 | $0.00 | $122.50 |
| 7 | Edward Tittel (Vol. I) | Transcript in ASCII/PDF Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 8 | Edward Tittel (Vol. I) | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 9 | Edward Tittel (Vol. I) | Condensed Transcript | Book | 1.00 | $0.00 | $0.00 | $0.00 |
| 10 | | Shipping & Handling | Package | 1.00 | $25.00 | $0.00 | $25.00 |

Comments:
per copies of exhibits attached as well as burned to CD.

Thank Your For Business

| | |
|---|---|
| Sub Total | $822.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $822.50 |
| Payment | $0.00 |
| Balance Due | $822.50 |

Federal Tax I.D.: 20-4756786          Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Total: $797.50



**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**

**Tel. 800-551-2440**

RECEIVED
THE WEBB LAW FIRM

NOV 2 0 2009

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/6/2009 | 27493 |

BILL TO:

The Webb Law Firm
James Bosco, Esquire
700 Koppers Bldg.
436 Seventh Ave.
Pittsburgh, PA 15219

5188-074375

| | Terms | REF |
|---|-------|-----|
| | Due on receipt | Synch |
| | AllN-02425I,J | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Deposition Dates: 09/02/09, 09/03/09 | | | |
| Re: Soverain Software, L.L.C. vs. CDW Corporation, Newegg, Inc., et al. | | | |
| Deponent: Edward R. Tittel | | | |
| | | | |
| Duplication: MPEG1 Digitization  - per hour 09/02/09 Edward R. Tittel | 5 | 50.00 | 250.00T |
| Video-Transcript Synchronization: per hour | 5 | 50.00 | 250.00T |
| Duplication: MPEG1 Digitization  - per hour 09/03/09 Edward R. Tittel | 4.5 | 50.00 | 225.00T |
| Video-Transcript Synchronization: per hour | 4.5 | 50.00 | 225.00T |
| of video & written trans of Ed Tittel | | | |
| Discount: 20% on MPEG1 & synch charges | | -190.00 | -190.00 |
| | | | |
| Shipped Via - UPS Next Day | | 40.00 | 40.00 |
| | | | |
| Out of State - No Sales Tax | | | 0.00 |
| | | | Total: $720.00 |

Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719.

| Payments Received | $0.00 |
|-------------------|-------|
| **BALANCE DUE** | **-$800.00** |

**'eber Reporting, LLC**

5 'Deereco Road
te 200

nium, MD 21093

.: (412) 401-6226     Fax: (410) 821-4889

| | |
|---|---|
| Job #: | 090903CLEE |
| Job Date: | 09/03/2009 |
| Order Date: | 09/03/2009 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

5-188-
074375

# Invoice

| | |
|---|---|
| Invoice #: | 1869 |
| Inv.Date: | 09/22/2009 |
| Balance: | $662.50 |

Bill To:

Kent E. Baldauf, Jr., Esq
Webb Law Offices
436 Seventh Avenue
700 Koppers Building
Pittsburgh, PA 15219

Action: **Soverain Software**
         *vs*
         **CDW Corporation**

Action #:

Rep: **CLEE**

Cert:

**COPY**

| | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Edward Tittel (Vol. II) | Copy of Proceedings | Pages | 203 | $2.50 | $0.00 | $507.50 |
| 2 | Edward Tittel (Vol. II) | Transcript in ASCII/PDF  Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 3 | Edward Tittel (Vol. II) | Transcript in e-Tran Format | Disk | 1.00 | $0.00 | $0.00 | $0.00 |
| 4 | Edward Tittel (Vol. II) | Condensed Transcript | Book | 1.00 | $0.00 | $0.00 | $0.00 |
| 5 | Edward Tittel (Vol. II) | Exhibits - Regular Sized | Copy | 1.00 | $130.00 | $0.00 | $130.00 |
| 6 | | Shipping & Handling | Package | 1.00 | $25.00 | $0.00 | $25.00 |

ments:

copies of exhibits attached as well as burned to a CD.

k Your For Business

eral Tax I.D.:  20-4756786

Terms: **Net 30 Days @ 1.5%**

Please YPPD THIS PAPT for YOUR RECORDS

| | |
|---|---|
| Sub Total | $662.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $662.50 |
| Payment | $0.00 |
| Balance Due | $662.50 |

Total $637.50



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9214 | 10/2/2009 | 4046 |

| Job Date | Case No. | |
|---|---|---|
| 9/10/2009 | | |

| Case Name | | |
|---|---|---|
| Soverain Software v CDW Corporation | 5188-074375 | |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

Videotaping Services - Time: 9:30 a.m. to 6:05 p.m.
   Jackk Grimes, Ph.D.

      Digital DVD                       6.00  Disks

      Premium after 5 pm

      Sales Tax 8.375%                              2,480.00

                                                    204.35       204.35

| | |
|---|---|
| TOTAL DUE >>> | $2,684.35 |
| AFTER 11/1/2009  PAY | $2,818.57 |

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

**Tax ID:** 11-2742258

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9182 | 10/6/2009 | 4045 |
| **Job Date** | **Case No.** | |
| 9/10/2009 | | |
| | **Case Name** | |
| Soverain Software v CDW Corporation | | |
| | | 5188-074375 |
| | **Payment Terms** | |
| Net 30, 1.5% per month on unpaid balance | | |

James Bosco, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

Original & 1                          222 pages

    Jack Grimes, Ph.D.
        Rough ASCII                                                              2,924.00
        Exhibits tabbed/bound/copy              222.00  Pages
        Exhibits Scan/OCR/CD                    448.00
        Condensed/Index                         448.00
        *Litigation Support Package   complimentary

                                            TOTAL DUE  >>>                    $2,924.00
*ASCII/PTX/PDF/EXHIBITS                      AFTER 11/5/2009 PAY               $3,070.20

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

                                            (-) Payments/Credits:                 0.00
                                            (+) Finance Charges/Debits:          190.06
                                            (=) New Balance:                    3,114.06

**Tax ID:** 11-2742258

COPY INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9242 | 10/16/2009 | 4082 |
| **Job Date** | **Case No.** | |
| 9/24/2009 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

5188-074375

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| Original & 1 | Expedite | 263 pages | | |
|---|---|---|---|---|
| James Nawrocki | | | | 5,891.00 |
| | Rough ASCII | | 263.00  Pages | |
| | Exhibits Scan/OCR/CD | | 2,555.00 | |
| | Condensed/Index | | | |
| | *Litigation Support Package | | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$5,891.00** |
| AFTER 11/15/2009  PAY | $6,185.55 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Copies 75¢prps
Transcipt 7.50prps

**Tax ID:** 11-2742258

# INVOICE



Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9313 | 10/30/2009 | 4083 |

| Job Date | Case No. | |
|---|---|---|
| 9/24/2009 | 5188-074375 | |

| Case Name | | |
|---|---|---|
| Soverain Software v CDW Corporation | | |

| Payment Terms | | |
|---|---|---|
| Net 30, 1.5% per month on unpaid balance | | |

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

Videotaping Services - Time: 9:00 a.m. to 4:45 p.m.
    James Nawrocki
        Digital DVD

1,733.00

4.00  Disks

**TOTAL DUE >>>**          **$1,733.00**
AFTER 11/29/2009 PAY          $1,819.65

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

**Tax ID:** 11-2742258

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9275 | 10/16/2009 | 4084 |

| Job Date | Case No. | |
|---|---|---|
| 9/25/2009 | | |

| Case Name | | |
|---|---|---|
| Soverain Software v CDW Corporation | | |

*5188-074370*

| Payment Terms | | |
|---|---|---|
| Net 30, 1.5% per month on unpaid balance | | |

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

| | | | |
|---|---|---|---|
| 1 copy | Immediate | 267 pages | |
| Christopher W. Bakewell | | | 3,104.50 |
| Rough ASCII | | 267.00 Pages | |
| Exhibits tabbed/bound/copy | | 212.00 | |
| Exhibits Scan/OCR/CD | | 212.00 | |
| Condensed/Index | | | |
| *Litigation Support Package | | | |

| TOTAL DUE  >>> | $3,104.50 |
|---|---|
| AFTER 11/15/2009  PAY | $3,259.73 |

*ASCII/PTX/PDF/EXHIBITS

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Copies 75¢ per ps
Transcript 10.50 per ps

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9314 | 10/30/2009 | 4085 |

| Job Date | Case No. | |
|---|---|---|
| 9/25/2009 | | |

| Case Name | |
|---|---|
| Soverain Software v CDW Corporation | 5788-074375 |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

Kent E. Baldauf, Jr., Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA 15219

Duplication Services
   Christopher Bakewell
      Digital DVD                                 703.00

        9.00  Disks

**TOTAL DUE >>>**        **$703.00**

AFTER 11/29/2009  PAY    $738.15

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    45.70
(=) New Balance:    **748.70**

**Tax ID:** 11-2742258

5788 – 074375



# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY  10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9691*** | 4/5/2010 | 4364 |
| **Job Date** | **Case No.** | |
| 2/23/2010 | | |

| **Case Name** |
|---|
| Soverain Software v CDW Corporation |

David C. Hanson, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA  15219

| **Payment Terms** |
|---|
| Net 30, 1.5% per month on unpaid balance |

| 1 copy | 155 pages | | |
|---|---|---|---|
| Alexander Trevor | | | |
| Rough ASCII | | | 1,195.50 |
| Exhibits tabbed/Bound | | 155.00 Pages | |
| Exhibits Color | | 68.00 Pages | |
| Exhibits Scan/OCR/CD | | 12.00 | |
| Condensed/Index | | 80.00 | |
| *Litigation Support Package | | | |

|  | **TOTAL DUE >>>** | **$1,195.50** |
|---|---|---|
| *ASCII/PTX/PDF/EXHIBITS | AFTER 5/5/2010 PAY | $1,255.28 |

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

**COPY**

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY  10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9700 | 4/16/2010 | 4366 |
| **Job Date** | **Case No.** | |
| 2/23/2010 | | |
| **Case Name** | | |
| Soverain Software v CDW Corporation | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

David C. Hanson, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA  15219

5188 - 074375

| Duplication Video Services | | |
|---|---|---|
| Alexander Trevor | | |
| Digital DVD | 3.00  Disks | 510.00 |
| | **TOTAL DUE >>>** | **$510.00** |
| | AFTER 5/16/2010  PAY | $535.50 |

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

**Tax ID:** 11-2742258

*Please detach bottom portion and return with payment.*

David C. Hanson, Esq.
The Webb Law Firm*
700 Koppers Building
Pittsburgh, PA  15219

| Job No. | : 4366 | BU ID | : Video |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Soverain Software v CDW Corporation | | |

| Invoice No. | : 9700 | Invoice Date | : 4/16/2010 |
|---|---|---|---|
| **Total Due** | **: $510.00** | | |
| AFTER 5/16/2010  PAY  $535.50 | | | |

**Remit To:** **Toby Feldman, Inc.**
**1 Penn Plaza, Suite 4510**
**New York, NY  10119**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature: