# Exhibit B-3

Invoice                                                                                              Page 1 of 1



**Elite Document Technology-Dallas**

# INVOICE

| Date | Invoice # |
|---|---|
| 4/15/2010 | 026343 |

www.elitedoctechnology.com

Call us today to learn more about our multi-tool approach
to ONLINE HOSTING and ASSISTED REVIEW!!

| Bill To |
|---|
| Kevin Patterson<br>Sayles & Werbner<br>1201 Elm Street Ste. 4400<br>Dallas, TX 75201 |

Job #: EDT_026343

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| Newegg 2333.1 | Net 30 | CP | Kevin Patterson |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| GRAPHICS:Edging | 16 | $0.000 | $0.00T |
|   Black vinyl edging (per board)<br>  (4/14/2010 12:27:06 PM - 4/14/2010 10:41:22 PM) | | | |
| GRAPHICS:Mount - Gator | 192 | $2.500 | $480.00T |
| GRAPHICS:Graphic Design | 2 | $85.000 | $170.00T |
| GRAPHICS:Trial Boards | 16 | $96.000 | $1,536.00T |

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges: Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

A 5% late fee will be applied to any invoice over 30 days past due.

We accept VISA & Mastercard.

| | |
|---|---|
| Subtotal: | $2,186.00 |
| Sales Tax(0.0825): | $180.35 |
| Total: | $2,366.35 |

Customer Signature:                                      Date:

Tax ID Number:
33-1029748

Please remit all payments to: 403 North Stemmons Freeway, Suite 100, Dallas, Texas 75207

http://pts.doculogix.com/pts/invoice/auto/invoice.asp?id=9276                                        9/26/2013