# Exhibit B-4

5188-074375

# PRECISE | Discover. Organize. Present. Prevail.

429 Fourth Avenue, 2nd Fl.
Pittsburgh, PA 15219
(412) 281-8699
precise-law.com

PAID 02/05/09

Webb Law Firm
Jody Burgess
700 Koppers Bldg.
436 Seventh Avenue
Pittsburgh, PA 15219

Federal EIN: 25-1879341

# Invoice

| Date | Invoice # |
|---|---|
| 10/14/08 | 2628 |

| Terms | Due Date | Project |
|---|---|---|
| net 30 | 11/13/08 | New Egg |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| 1601-DB Processing | 6 | database material review, preparation and formatting; conducting of search/print jobs; gen. database management tech. time | 75.00 | 450.00 |
| 1610-Dbase Consult. | 2 | database consultant time re. database troubleshooting, Client user interface, database structuring and processing | 150.00 | 300.00 |
| 1615-Project Mngmt. | 3.5 | creation, editing, implementation and management of load files/dbase structure for litigation support software (.dii, .oll, .mdb, .cms, etc.); general database project mngmt. | 150.00 | 525.00 |
| 1695-Software Sales | 1 | Summation 2 Node Network + 1 Node Mobile + maintenance | 7,048.00 | 7,048.00 |

Ttl $975.

For a detailed breakdown of all billed items, please refer to the attached Billing Statement.
THANK YOU for choosing PRECISE, Inc. for all your litigation support needs.

| | |
|---|---|
| Invoice Total | $8,323.00 |
| Retainer/Credit Applied | $-8,323.00 |
| Invoice Balance Due | $0.00 |

Please remit OUTSTANDING PROJECT BALANCE to Pittsburgh address shown above. Thank you.

PITTSBURGH | PHILADELPHIA | WASHINGTON, D.C.

Page 1 of 1



**IKON Document Efficiency At Work.**

IKON Office Solutions - Pittsburgh, PA - DPC
Phone: (412) 281-6700    Fax: (412) 281-6877
Federal ID: 230334400

# INVOICE


COPY

| | |
|---|---|
| Invoice # | PID08110008 |
| Invoice Date: | 11/18/2008 |
| Due Date: | 11/28/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PID-WEBB |
| Natl ID: | 1 |

**BILL TO:**
The Webb Law Firm
Koppers Building
7th Floor
Pittsburgh, PA 15219

Price using: STANDARD Price

**SHIP TO:**
The Webb Law Firm
Koppers Building
7th Floor
Pittsburgh, PA 15219
Attn: Jody Burgess

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5188-074375 | | | BEN HITTLE |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0811-0019 | 11/18/2008 | Jody Burgess - The Webb Law Firm | | | |
| | | CD - Master(s) | 1.00 | 15.0000 | 15.00 |
| | | Copy Date Per Gig | 9.00 | 1.0000 | 9.00 |
| | | DVD - Master | 5.00 | 35.0000 | 175.00 |

V-46D

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 199.00 |
| Sales Tax: | 13.93 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **$ 212.93** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: *Jody Burgess*    Date: 11-18-08

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
The Webb Law Firm
Koppers Building
7th Floor
Pittsburgh, PA 15219

**Amount Enclosed**
$

**Invoice:** PID08110008
Invoice Date: 11/18/2008
Due Date: 11/28/2008
Customer Code: PID-WEBB
Natl ID: 1

**Please Remit To:**
IKON Office Solutions
LDS Great Lakes District - PID
1600 Solutions Center
Chicago, IL 60677-1005

**PAY THIS AMOUNT  $ 212.93**

**IKON Document Efficiency At Work.**

# INVOICE

IKON Office Solutions - Pittsburgh, PA - Graphics
Phone: (412) 281-6700  Fax:
Federal ID: 230334400

**COPY**

| | |
|---|---|
| Invoice # | PIG08110097 |
| Invoice Date: | 11/24/2008 |
| Due Date: | 12/04/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PIG-WEBB |
| Natl ID: | 76670 |

**BILL TO:**
WEBB LAW FIRM (THE)
KOPPERS BUILDING 7th FL.
PITTSBURGH, PA 15219

**SHIP TO:**
WEBB LAW FIRM (THE)
KOPPERS BUILDING 7th FL.
PITTSBURGH, PA 15219

Attn: JODY BURGESS

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5188-074375 | | | Ben Hittle |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| O-0811-0155 | 11/24/2008 | JODY BURGESS - WEBB LAW FIRM (THE) | | | | |
| | | Black & White Copies | 17,670.00 | 0.0900 | | 1,590.30 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,590.30 |
| Sales Tax: | 111.32 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,701.62** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _[signature]_  Date: ____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WEBB LAW FIRM (THE)
KOPPERS BUILDING 7th FL.
PITTSBURGH, PA 15219

**Amount Enclosed**
$

**Please Remit To:**
IKON Office Solutions
LDS Great Lakes District - PIG
1600 Solutions Center
Chicago, IL 60677-1005

Invoice: PIG08110097
Invoice Date: 11/24/2008
Due Date: 12/04/2008
Customer Code: PIG-WEBB
Natl ID: 76670

**PAY THIS AMOUNT** $ 1,701.62

5188-074375

# PRECISE | Discover. Organize. Present. Prevail.

429 Fourth Avenue, 2nd Fl.
Pittsburgh, PA 15219
(412) 281-8699
precise-law.com

PAID 02/05/09

Webb Law Firm
Jody Burgess
700 Koppers Bldg.
436 Seventh Avenue
Pittsburgh, PA 15219

Federal EIN: 25-1879341

# Invoice

| Date | Invoice # |
|---|---|
| 11/25/08 | 2885 |

| Terms | Due Date | Project |
|---|---|---|
| net 30 | 12/25/08 | New Egg |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| 1601-DB Processing | 7 | database material review, preparation and formatting; conducting of search/print jobs; gen. database management tech. time | 75.00 | 525.00 |
| 1605-Client Meetings | 0.75 | Client meeting time re. database structure, additions, edits, doc. productions, etc. | 150.00 | 112.50 |
| 1610-Dbase Consult. | 2 | database consultant time re. database troubleshooting, Client user interface, database structuring and processing | 150.00 | 300.00 |
| 1615-Project Mngmt. | 3 | creation, editing, implementation and management of load files/dbase structure for litigation support software (.dii, .oll, .mdb, .cms, etc.); general database project mngmt. | 150.00 | 450.00 |
| 1625-CD/DVD Creation | 1 | digital archive to CD/DVD | 25.00 | 25.00 |

Total: $1000.00

For a detailed breakdown of all billed items, please refer to the attached Billing Statement.
THANK YOU for choosing PRECISE, Inc. for all your litigation support needs.

| Invoice Total | $1,412.50 |
|---|---|
| Retainer/Credit Applied | $-1,412.50 |
| Invoice Balance Due | $0.00 |

Please remit OUTSTANDING PROJECT BALANCE to Pittsburgh address shown above. Thank you.

PITTSBURGH | PHILADELPHIA | WASHINGTON, D.C.