# Exhibit B-5

Theresa M. Wilson

From: Jody Burgess
Sent: Friday, September 18, 2009 10:04 AM
To: Check Request
Subject: 5188-074375



# CHECK REQUEST

Please issue a check made payable to:

Michael T. McLemore

In the amount of: $ 4,166.67

Requested by: Jody

Authorized by: KEB, Jr.

Date: Friday, September 18, 2009

Special Instructions:
Deliver to Jody for handling,
or mail to: _____.

Charge to: 5188-074375

Account Code: _____
Technical Expert appointed by Court (1/3 of plaintiff's share)

_umentation)_

*Michael McLemore*
*"Court appointed*
*technical expert"*
*(Newegg's portion*
*of his fee).*
*period of time?*

*new vendor*
*#6410*
*GL-1121*
*ALF*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC § <br> § <br> Plaintiff § <br> § <br> § <br> vs. § <br> § <br> CDW CORPORATION, NEWEGG INC., § <br> REDCATS USA, INC., SYSTEMAX, INC., § <br> ZAPPOS.COM, INC., TIGER DIRECT, § <br> INC., THE SPORTSMAN'S GUIDE, INC., § <br> and REDCATS USA LP § <br> § <br> Defendant § | CASE NO. 6:07 CV 511 <br> PATENT CASE |

ORDER

Previously, the Court appointed Michael T. McLemore technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. McLemore's invoice for services through May 21, 2009 in the amount of $25,000 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $12,500.00 |
| Defendant: | $12,500.00 |
| TOTAL: | $25,000.00 |

So ORDERED and SIGNED this 27th day of May, 2009.

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE