UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,**<br>  **Plaintiff**<br><br>v.<br><br>**NEWEGG INC.,**<br>**Defendant** | **CASE NO. 6:07-CV-511-LED**<br><br>**JURY DEMANDED**<br><br>**Electronically filed** |

## PROPOSED ORDER

The Court, having considered Newegg's Motion for Costs, and pursuant to Soverain's agreement to pay Newegg's Bill of Costs in all parts, it is hereby ORDERED that the clerk shall tax costs to Newegg in the amount of $60,507.32.